UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KIK INTERACTIVE INC., <br><br> Defendant. | Case No. 1:19-cv-05244 <br><br> MOTION FOR ADMISSION PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, David S. Mendel, hereby move this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of New York and Washington, D.C., and I am a member in good standing (with inactive status) of the bar of Massachusetts. Attached herewith are certificates of good standing for these jurisdictions. I have never been convicted of a felony, and I have never been censured, suspended, disbarred or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court. I have attached to this motion a supporting declaration pursuant to Local Rules 1.3 and 1.9. A proposed order is also attached herewith.

Dated:  June 4, 2019                              Respectfully submitted,

*David Mendel*
David S. Mendel
U.S. Securities and Exchange Commission
100 F St., N.E.
Washington, D.C.  20549-5971
Tel:  202-551-4418
Mendeld@sec.gov
*Attorney for Plaintiff*