UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                                              Plaintiff,<br><br>v.<br><br>KIK INTERACTIVE INC.,<br><br>                                              Defendant. | Case No. 1:19-cv-05244 |

## **DECLARATION OF DAVID S. MENDEL**

I, David S. Mendel, declare as follows:

1. I am an attorney and Assistant Chief Litigation Counsel in the Division of Enforcement of the U.S. Securities and Exchange Commission (the "SEC"). I am based in the SEC's home office located at 100 F St., N.E, Washington, D.C, 20549. I make this declaration in support of my Motion for Admission Pro Hac Vice in the above-captioned matter ("Motion").

2. I am a member in good standing of the bars of New York and Washington, D.C., and I am a member in good standing (with inactive status) of the bar of Massachusetts. Attached to the Motion are certificates of good standing for these jurisdictions.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2019, in
Washington, D.C.

                                                                                      *David Mendel*
                                                                                        David S. Mendel