### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE
COMMISSION,

                                        Plaintiff,

        v.

KIK INTERACTIVE INC.,

                                        Defendant.

Case No. 1:19-cv-05244


MOTION FOR ADMISSION
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Stephan J. Schlegelmilch, hereby move this Court for an Order for admission to practice Pro Hac Vice and to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the State of Ohio and Washington, DC. Attached herewith are certificates of good standing for these jurisdictions.  I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  There are no pending disciplinary proceedings against me in any state or federal court.  I have attached to this motion a supporting declaration pursuant to Local Rules 1.3 and 1.9.  A proposed order is also attached herewith.

Dated:  June 12, 2019

Respectfully submitted,

 /s/ Stephan J. Schlegelmilch
Stephan J. Schlegelmilch
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549-5971
202.551.4935 (direct)
202.772.9292 (facsimile)
SchlegelmilchS@SEC.gov
Attorney for Plaintiff