UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>KIK INTERACTIVE INC.,<br><br>          Defendant. | Case No. 1:19-cv-05244 |

## DECLARATION OF STEPHAN J. SCHLEGELMILCH

I, Stephan J. Schlegelmilch, declare as follows:

1. I am an attorney and Supervisory Trial Counsel in the Division of Enforcement of the United States Securities and Exchange Commission (the "SEC"). I am based in the SEC's home office located at 100 F Street, N.E, Washington, D.C, 20549. I make this declaration in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

2. I am a member in good standing of the bars of the State of Ohio and Washington, DC. Attached as exhibits to this declaration are certificates of good standing for these jurisdictions.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2019, in
Washington, D.C.

_____
Stephan J. Schlegelmilch

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Stephan Jacob Schlegelmilch**
Attorney Registration No. **0073088**

was admitted to the practice of law in Ohio on November 20, 2000; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of May, 2019.

GINA WHITE PALMER
*Director, Attorney Services Division*

Lei Moore
*Administrative Assistant*

No. 2019-05-13-1
Verify by email at GoodStandingRequests@sc.ohio.gov



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Stephan Jacob Schlegelmilch

was duly qualified and admitted on **October 6, 2008** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on May 13, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.