AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S. SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-5244 |
| KIK INTERACTIVE INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KIK INTERACTIVE INC.

Date: 07/12/2019

/s/ Sarah M. Lightdale
*Attorney's signature*

Sarah Lightdale (4395661)
*Printed name and bar number*

Cooley LLP
55 Hudson Yards
New York, NY 10019

*Address*

slightdale@cooley.com
*E-mail address*

(212) 479-6000
*Telephone number*

(212) 479-6275
*FAX number*