UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

U.S. SECURITIES AND EXCHANGE
COMMISSION,                                    :

:        Civil Action No. 19-cv-5244

            Plaintiff,

:        **MOTION FOR ADMISSION *PRO HAC***
                                                        **VICE***
      vs.
                                                :

KIK INTERACTIVE INC.,                   :

            Defendant.                          :

------------------------------------- X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, Luke T. Cadigan, hereby move this Court for an Order for

admission to practice *Pro Hac Vice* to appear as counsel for Defendant Kik Interactive Inc. in the

above-captioned action.

I am in good standing of the bars of the state of Massachusetts and the District of Columbia,

and there are no pending disciplinary proceedings against me in any state or federal court.  I have

never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied

admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 12, 2019

Respectfully submitted,


By: /s/ Luke T. Cadigan
    Luke T. Cadigan (561117)

    Cooley LLP
    500 Boylston Street
    Boston, MA  02116-3736
    Phone: (617) 937-2300
    Fax:     (617) 937-2400
    Email: lcadigan@cooley.com

    Attorneys for Defendant
    KIK INTERACTIVE INC.

206214519