UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------- X
U.S. SECURITIES AND EXCHANGE COMMISSION, :

      Plaintiff, :

vs. :

KIK INTERACTIVE INC., :

      Defendant. :
----------------------------------------- X

Civil Action No. 19-cv-5244

**DECLARATION OF LUKE T. CADIGAN IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE*

I, Luke T. Cadigan, being duly sworn, hereby state as follows:

1. I am an attorney with Cooley LLP, 500 Boylston Street, Boston, MA 02116, Telephone number (617) 937-2300. I have been retained by Kik Interactive Inc. in the above-captioned matter. I make this declaration in support of my Motion for Admission *Pro Hac Vice*. I have personal knowledge of the facts stated herein, and if called to testify as a witness, would and could testify competently thereto.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Signed this 12 day of July, 2019 in Boston, Massachusetts.

Dated: July 12, 2019

Respectfully submitted,

By: /s/ Luke T. Cadigan
Luke T. Cadigan (561117)

Cooley LLP
500 Boylston Street
Boston, MA  02116-3736
Phone: (617) 937-2300
Fax:    (617) 937-2400
Email: lcadigan@cooley.com

Attorneys for Defendant
KIK INTERACTIVE INC.

206214708