UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-

KIK INTERACTIVE INC.,

          Defendants.

19-cv-5244

[~~PROPOSED~~] ORDER FOR ADMISSION
*PRO HAC VICE*

The motion of __Luke T. Cadigan__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Massachusetts and the District of Columbia__; and that his contact information is as follows (please print):

Applicant's Name: Luke T. Cadigan
Firm Name: Cooley LLP
Address: 500 Boylston Street
City / State / Zip: Boston, MA 02116-3736
Telephone / Fax: (617) 937-2300 / (617) 937-2400

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kik Interactive Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: 7-15-19

_____
United States District Judge
Honorable Alvin K. Hellerstein

206215004

DOCUM[ENT]
ELECTRO[NICALLY] [FILE]D
DOC #: _____
DATE FILED: 7/15/19