UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | Civil Action No. 19-cv-5244 |
| vs. | : | **MOTION FOR ADMISSION *PRO HAC VICE*** |
| KIK INTERACTIVE INC., | : | |
| Defendant. | : | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick E. Gibbs, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Kik Interactive Inc. in the above-captioned action.

I am in good standing of the bars of the state of California and the state of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 15, 2019                                     Respectfully submitted,


                                                  By:            */s/ Patrick E. Gibbs*
                                                            Patrick E. Gibbs (183174)

                                                   Cooley LLP
                                                   3175 Hanover Street
                                                   Palo Alto, CA  94304-1130
                                                   Phone: (650) 843-5000
                                                   Fax:    (650) 849-7400
                                                   Email: pgibbs@cooley.com

                                                   Attorneys for Defendant
                                                   KIK INTERACTIVE INC.


206210740 v1