UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
U.S. SECURITIES AND EXCHANGE COMMISSION,  :

      Plaintiff,  :

vs.  :

KIK INTERACTIVE INC.,  :

      Defendant.  :
------------------------------------- X

Civil Action No. 19-cv-5244

**DECLARATION OF PATRICK GIBBS IN SUPPORT OF MOTION FOR ADMISSION** *PRO HAC VICE*

I, Patrick E. Gibbs, being duly sworn, hereby state as follows:

1. I am an attorney with Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, Telephone number (650) 843-5000. I have been retained by Kik Interactive Inc. in the above-captioned matter. I make this declaration in support of my Motion for Admission *Pro Hac Vice*. I have personal knowledge of the facts stated herein, and if called to testify as a witness, would and could testify competently thereto.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Signed this 15th day of July, 2019 in Palo Alto, California.

Dated: July 15, 2019                              Respectfully submitted,


By: _____*/s/ Patrick E. Gibbs*_____
                Patrick E. Gibbs (183174)

Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Phone: (650) 843-5000
Fax:    (650) 849-7400
Email: pgibbs@cooley.com

Attorneys for Defendant
KIK INTERACTIVE INC.

206210967 v1