# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

U.S. Securities & Exchange Commission

Plaintiff,

-v-

Kik Interactive Inc.

Defendant.

Case No. 19-cv-5244

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kik Interactive Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicly held corporate parents, affiliates, and/or subsidiaries of Kik Interactive Inc.

Date: July 16, 2019

/s/ Sarah M. Lightdale
Signature of Attorney

Attorney Bar Code:

Form Rule7_1.pdf   SDNY Web 10/2007