UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
U.S. SECURITIES AND EXCHANGE          :
COMMISSION,
                                      :   Civil Action No. 19-cv-5244
         Plaintiff,
                                      :   **MOTION FOR ADMISSION *PRO HAC***
    vs.                                   ***VICE***
                                      :
KIK INTERACTIVE INC.,
                                      :
         Defendant.
------------------------------------- X

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Brett de Jarnette, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Kik Interactive Inc. in the above-captioned action.

I am in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 23, 2019 Respectfully submitted,

By:    */s/ Brett de Jarnette*
    Brett de Jarnette (292919)

    Cooley LLP
    3175 Hanover Street
    Palo Alto, CA  94304-1130
    Phone: (650) 843-5000
    Fax:    (650) 849-7400
    Email: bdejarnette@cooley.com

    Attorneys for Defendant
    KIK INTERACTIVE INC.

206213915