UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
U.S. SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

KIK INTERACTIVE INC.,

        Defendant.
------------------------------------- X

Civil Action No. 19-cv-5244

**DECLARATION OF BRETT DE JARNETTE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Brett de Jarnette, being duly sworn, hereby state as follows:

1. I am an attorney with Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, Telephone number (650) 843-5000. I have been retained by Kik Interactive Inc. in the above-captioned matter. I make this declaration in support of my Motion for Admission *Pro Hac Vice*. I have personal knowledge of the facts stated herein, and if called to testify as a witness, would and could testify competently thereto.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Signed this 23rd day of July, 2019 in Palo Alto, California.

Dated: July 23, 2019                                  Respectfully submitted,


By: */s/ Brett de Jarnette*
   Brett de Jarnette (292919)

   Cooley LLP
   3175 Hanover Street
   Palo Alto, CA  94304-1130
   Phone: (650) 843-5000
   Fax:    (650) 849-7400
   Email: bdejarnette@cooley.com

   Attorneys for Defendant
   KIK INTERACTIVE INC.

206214044