UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

U.S. SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

    -against-

KIK INTERACTIVE INC.,

                    Defendants.

19-cv-5244

**[PROPOSED] ORDER FOR ADMISSION**
*PRO HAC VICE*

-------------------------------------------------------------------

The motion of <u>Brett de Jarnette</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of <u>California</u>; and that his contact information is as follows (please print):

    Applicant's Name:  Brett de Jarnette

    Firm Name:  Cooley LLP

    Address:  3175 Hanover Street

    City / State / Zip:  Palo Alto, CA 94304-1130

    Telephone / Fax:  (650) 843-5000 / (650) 849-7400

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kik Interactive Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php

Dated: _____

                                                        _____
                                                        United States District Judge
                                                        Honorable Alvin K. Hellerstein

206214159 v1