UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

       -against-

KIK INTERACTIVE INC.,

            Defendants.

19-cv-5244

[~~PROPOSED~~] ORDER FOR ADMISSION
*PRO HAC VICE*

The motion of __Brett de Jarnette__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __California__; and that his contact information is as follows (please print):

Applicant's Name: __Brett de Jarnette__

Firm Name: __Cooley LLP__

Address: __3175 Hanover Street__

City / State / Zip: __Palo Alto, CA 94304-1130__

Telephone / Fax: __(650) 843-5000 / (650) 849-7400__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Kik Interactive Inc. in the above entitled action;__

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php

Dated: __7-24-19__

_____
United States District Judge
~~Honorab~~le Alvin K. Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/19

206214159 v1