UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                            **Plaintiff,**<br><br>v.<br><br>**KIK INTERACTIVE INC.,**<br><br>                                            **Defendant.** | Case No. 1:19-cv-05244 |

## DECLARATION OF LAURA K. D'ALLAIRD

I, Laura K. D'Allaird, declare as follows:

1. I am a staff attorney in the Division of Enforcement of the United States Securities and Exchange Commission (the "SEC"). I am based in the SEC's home office located at 100 F Street, N.E., Washington, DC, 20549. I make this declaration in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

2. I am a member in good standing of the bars of the State of New York and Washington, DC. Attached as exhibits to this declaration are certificates of good standing for these jurisdictions.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2019, in Washington, D.C.

_____
Laura K. D'Allaird