UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/19
```

U.S. SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

KIK INTERACTIVE INC.,

        Defendant.

Case No. 1:19-cv-05244

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Laura K. D'Allaird for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bars of the State of New York and Washington, DC, and that her contact information is as follows:

> Laura K. D'Allaird
> U.S. Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, DC 20549
> 202.551.5475
> DallairdL@SEC.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff United States Securities and Exchange Commission in the above-captioned action;

**IT IS HEREBY ORDERED THAT** Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.

DATED: _____8-13_____, 2019
New York, New York

_____
UNITED STATES DISTRICT JUDGE