UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>  vs.<br><br>KIK INTERACTIVE INC.<br><br>                        Defendant. | Case No. 19-cv-5244 (AKH)<br><br>**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT KIK INTERACTIVE INC.'S FIRST AFFIRMATIVE DEFENSE** |

      PLEASE TAKE NOTICE that Plaintiff U.S. Securities and Exchange Commission, by and through undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, in the United States District Court for the Southern District of New York, Courtroom 14D, at 500 Pearl Street, New York, New York, 10007, on a date to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(c) granting Plaintiff judgment on the pleadings as to Kik Interactive Inc.'s first affirmative defense. In support of this motion, counsel for the moving party shall rely upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Judgement on the Pleadings as to Defendant Kik Interactive Inc.'s First Affirmative Defense and all pleadings and exhibits previously filed and all proceedings heretofore in this action.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda of law shall be served within fourteen days after service of the moving papers, and any reply memoranda of law shall be served within seven days after service of the answering papers.

Dated: October 24, 2019  /s/ David Mendel
Stephan J. Schlegelmilch
David S. Mendel
Laura D'Allaird
U.S. SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549
(202) 551-4935 (Schlegelmilch)
(202) 551-4418 (Mendel)
(202) 551-5475 (D'Allaird)
SchlegelmilchS@SEC.gov
MendelD@SEC.gov
DAllairdL@SEC.gov

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2019, I caused the foregoing to be filed using the Court's CM/ECF system, which will send a notification of such filing to each counsel of record.

                                                 */s/ David Mendel*
                                                 David S. Mendel
                                                 *Counsel for Plaintiff*