# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> vs.<br><br>KIK INTERACTIVE INC.<br><br>      Defendant. | Case No.  19-cv-5244 (AKH)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT KIK INTERACTIVE INC.'S FIRST AFFIRMATIVE DEFENSE |

  Plaintiff U.S. Securities and Exchange Commission, by and through counsel, moved for an Order pursuant to Federal Rule of Civil Procedure 12(c) granting Plaintiff judgment on the pleadings as to Defendant Kik Interactive Inc.'s first affirmative defense.

  After considering the pleadings, together with the papers and arguments submitted by the parties, and good cause appearing therefore, the Court hereby GRANTS Plaintiff U.S. Securities and Exchange Commission's Motion for Judgment on the Pleadings as to Defendant Kik Interactive

Inc.'s first affirmative defense which asserts unconstitutional vagueness. Pursuant to Federal Rule of Civil Procedure 12(c),

It is hereby ORDERED that Judgment on the pleadings as to Defendant Kik Interactive Inc.'s first affirmative defense which asserts unconstitutional vagueness is GRANTED;

It is hereby FURTHER ORDERED that the first defense is stricken from Defendant's answer.

IT IS SO ORDERED.


Dated: _____  _____

                                                      HON. ALVIN K. HELLERSTEIN
                                                      U.S. DISTRICT JUDGE