IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 19-cv-5244 (AKH) |
| vs. | NOTICE OF MOTION FOR RECONSIDERATION |
| KIK INTERACTIVE INC., | |
| Defendant. | |

---

**KIK INTERACTIVE INC.'S NOTICE OF MOTION FOR RECONSIDERATION OF ORDER DENYING LETTER MOTION FOR DISCOVERY [ECF 30]**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Kik's Motion for Reconsideration of the Order Denying Letter Motion for Discovery, Defendant Kik Interactive, Inc. ("Kik"), by and through its attorneys, hereby moves this Court pursuant to Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, for an order granting reconsideration of the Court's October 29, 2019 Order (ECF 30). For the reasons set forth in the accompanying Memorandum, Kik respectfully requests that the Court reconsider the portion of its Order granting Plaintiff U.S. Securities and Exchange Commission ("SEC") a protective order and denying Kik's request for production of documents related to its affirmative defense, and order the SEC to comply with the four depositions Kik noticed and produce documents in response to Kik's requests.

Dated: November 8, 2019

Respectfully submitted,

By: /s/ *Patrick E. Gibbs*

Patrick E. Gibbs (*Pro Hac Vice*)
Brett H. De Jarnette (*Pro Hac Vice*)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
Fax: (650) 849-7400
Email: pgibbs@cooley.com;
bdejarnette@cooley.com

Sarah M. Lightdale (SL7122)
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6374
Fax: (212) 479-6275
Email: slightdale@cooley.com

Luke T. Cadigan (*Pro Hac Vice*)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2425
Email: lcadigan@cooley.com;

Kenneth R. Lench (*Pro Hac Vice forthcoming*)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Phone: (202) 879-5270
kenneth.lench@kirkland.com

Attorney for Defendant
KIK INTERACTIVE INC.