# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X

U.S. SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

vs.

KIK INTERACTIVE INC.,

       Defendant.

---------------------------------- X

Civil Action No. 19-cv-5244 (AKH)

PROPOSED ORDER GRANTING MOTION
FOR RECONSIDERATION

**[PROPOSED] ORDER GRANTING KIK INTERACTIVE INC.'S
MOTION FOR RECONSIDERATION OF ORDER DENYING
LETTER MOTION FOR DISCOVERY  [ECF 30]**

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Kik Interactive Inc.'s ("Kik") Motion for Reconsideration of Order Denying Letter Motion for Discovery is hereby granted.  Upon reconsideration, the Court finds that Kik's requested discovery is relevant to its affirmative defense.  Plaintiff U.S. Securities and Exchange Commission ("SEC") is hereby ordered to produce documents regarding Kik's affirmative defense in response to Kik's Requests for Production of Documents within fourteen (14) days from this Order, and to produce the three noticed witnesses and a 30(b)(6) witness for deposition.

    SO ORDERED.

Dated:    New York, New York
            November __, 2019

                                      _____
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

-2-

Dated: _____, 2019    Respectfully submitted,


    By: /s/ *Patrick E. Gibbs*
    Patrick E. Gibbs (*Pro Hac Vice*)
    Brett H. De Jarnette (*Pro Hac Vice*)
    Cooley LLP
    3175 Hanover Street
    Palo Alto, CA  94304-1130
    Phone: (650) 843-5000
    Fax:    (650) 849-7400
    Email: pgibbs@cooley.com;
    bdejarnette@cooley.com

    Sarah M. Lightdale (SL7122)
    Cooley LLP
    55 Hudson Yards
    New York, NY 10001-2157
    Phone: (212) 479-6374
    Fax:    (212) 479-6275
    Email: slightdale@cooley.com

    Luke T. Cadigan (*Pro Hac Vice*)
    Cooley LLP
    500 Boylston Street, 14th Floor
    Boston, MA  02116-3736
    Phone: (617) 937-2425
    Email: lcadigan@cooley.com;

    Kenneth R. Lench (*Pro Hac Vice*
    forthcoming*)
    Kirkland & Ellis LLP
    655 Fifteenth Street, N.W.
    Washington, D.C. 20005-5793
    Phone: (202) 879-5270
    kenneth.lench@kirkland.com


    Attorney for Defendant
    KIK INTERACTIVE INC.