

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, DC 20549-5971

DIVISION OF
ENFORCEMENT

David Mendel
Assistant Chief Litigation Counsel
Telephone: (202) 551-4418
Facsimile: (202) 772-9282
Email: MendelD@sec.gov

November 11, 2019

*BY ECF and FAX*

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *SEC v. Kik Interactive Inc.*, Case No. 1:19-cv-5244 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

I write to seek the Court's approval of extensions of the briefing deadlines regarding Defendant Kik Interactive Inc.'s Notice of Motion For Reconsideration of Order Denying Letter Motion for Discovery [ECF 30] ("Kik Motion for Reconsideration"). Kik's Motion for Reconsideration (ECF 33) was filed the evening of November 8, 2019. The parties understand that, pursuant to Local Civil Rules 6.1, 6.3, and 6.4, the opposition brief of plaintiff U.S. Securities and Exchange Commission is currently due on November 15, 2019, and any reply brief by Kik is due November 18, 2019.

The SEC requests, and Kik consents to, an extension of seven days until November 22, 2019, for the filing of the SEC's opposition brief. Assuming this request is granted, Kik requests, and the SEC consents to, an extension of two days until November 27, 2019, for the filing of any reply brief by Kik.

There have been no previous requests for an extension regarding Kik's Motion for Reconsideration. Other dates previously scheduled by the Court in this matter are: (1) the close of fact discovery on November 29, 2019, and (2) a conference with the Court on December 6, 2019. The parties do not suggest a modification of these dates as a result of the proposed revised briefing schedule set forth above.

Thank you for your attention to this issue.

Sincerely yours,

David Mendel

David Mendel
Assistant Chief Litigation Counsel
Division of Enforcement

Cc (by email): Patrick Gibbs
Brett de Jarnette
Luke Cadigan
Sarah Lightdale
Kenneth Lench

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2019, I caused the foregoing to be filed using the Court's CM/ECF system, which will send a notification of such filing to each counsel of record.

*/s/ David Mendel*
David S. Mendel
*Counsel for Plaintiff*