EXHIBIT C

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
 4   UNITED STATES SECURITIES   )
     AND EXCHANGE COMMISSION,   )
 5                              )
             Plaintiff,         ) Case No. 1:19-cv-05244
 6                              )
     v.                         )
 7                              )
     KIK INTERACTIVE INC.,      )
 8                              )
             Defendant.         )
 9   _____)
10
11
12
13                    CONFIDENTIAL
14              VIDEOTAPED DEPOSITION OF
15                    ERAN BEN-ARI
16            Tuesday, November 5, 2019
17                  Washington, D.C.
18
19
20
21
22
23
     Reported by:
24   Lori J. Goodin, RPR, CLR, CRR, RSA
     California CSR #13959
25   JOB No. 191105LJG

                                                          1
```

```
14:38:11  1        Q.    Are there any other agreements
14:38:13  2   between you and Kik following your departure?
14:38:16  3        A.    No.
14:38:17  4        Q.    Are you being compensated for your
14:38:20  5   time today?
14:38:20  6        A.    Just reasonable, you know, air fare
14:38:23  7   and hotel, and having a meal or something.
14:38:28  8              And for the days that I am not at
14:38:30  9   work.
14:38:31 10        Q.    Are you getting --
14:38:32 11        A.    I have to take days off.
14:38:33 12        Q.    Are you getting a per diem for the
14:38:36 13   days that you have to take off from work?
14:38:37 14        A.    Yes.
14:38:38 15        Q.    How much are you receiving?
14:38:40 16        A.    I don't remember how much I asked
14:38:42 17   last time, but basically I took my salary and
14:38:44 18   divided by the number of days that I work in a
14:38:46 19   year and the number of days that I'm here is
14:38:53 20   multiplied by that rate.
14:38:55 21        Q.    Is that like just an informal
14:38:57 22   agreement or is it on paper?
14:38:59 23        A.    Through e-mail.
14:39:00 24        Q.    Have you paid any legal bills
14:39:02 25   related to the SEC's investigation or this
```

212

```
14:39:03   1    lawsuit?
14:39:04   2         A.    No.
14:39:05   3         Q.    Do you have an understanding who is
14:39:07   4    covering those bills?
14:39:08   5         A.    Yes.
14:39:09   6         Q.    Who?
14:39:09   7         A.    Kik.
14:39:11   8         Q.    And you haven't paid any out of
14:39:14   9    pocket costs like for your travel to D.C. or
14:39:16  10    anything?
14:39:17  11         A.    I have.
14:39:18  12         Q.    Unreimbursed or is Kik covering
14:39:21  13    that?
14:39:21  14         A.    Oh, Kik hopefully will reimburse,
14:39:23  15    yes.
14:39:25  16         Q.    What professionally have you been
14:39:27  17    doing after Kik?
14:39:29  18         A.    I have been, I joined another
14:39:31  19    company called ████ and I fulfill the same
14:39:34  20    role as Chief Product Officer.
14:39:36  21         Q.    And you are still there?
14:39:37  22         A.    Yes.
14:39:38  23         Q.    And we talked about this at the
14:39:40  24    beginning.  You are living in the Toronto area
14:39:43  25    now?
```

213

```
14:39:43   1           A.   Yes.
14:39:44   2                MR. MENDEL:  Okay.  Can we go off
14:39:46   3      the record.
14:39:46   4                THE VIDEOGRAPHER:  The time is
14:39:47   5      2:40 p.m. and we are going off the record.
14:39:49   6                (Recess taken -- 2:40 p.m.)
14:51:19   7                (After recess -- 2:52 p.m.)
14:51:19   8                THE VIDEOGRAPHER:  The time is
14:51:20   9      2:52 p.m. and we are back on the record.
14:51:23  10   BY MR. MENDEL:
14:51:24  11           Q.   I just want to fill in some of the
14:51:26  12   details about what we just talked about in terms
14:51:28  13   of your compensation for testimony.
14:51:29  14                So, I think you said that basically
14:51:34  15   it is your salary divided by 365 is like your
14:51:37  16   daily rate; is that right?
14:51:38  17                How is that, you are deciding, your
14:51:42  18   compensation rate for testimony?
14:51:44  19           A.   Yes, I took the annual salary that I
14:51:47  20   have, I divided it by the days that I work and
14:51:51  21   then multiplied by the number of days that I have
14:51:54  22   to come here and testify.
14:51:56  23           Q.   What is your daily rate then?
14:51:58  24           A.   I don't remember.  I, last time we
14:52:01  25   did it was like a year ago when I asked for the
```

214

```
14:52:07   1   reimbursement of that.
14:52:08   2        Q.   So, you got, it was the same deal a
14:52:09   3   year ago for your investigative testimony?
14:52:10   4        A.   Yes.
14:52:11   5        Q.   What was the rate that they came up
14:52:13   6   with a year ago?
14:52:14   7        A.   So, I don't remember that.  That is
14:52:16   8   the part I don't remember.
14:52:17   9        Q.   What is your salary now?
14:52:18  10        A.   It is ███████ annual.
14:52:21  11        Q.   Canadian?
14:52:22  12        A.   Yes.
14:52:24  13        Q.   And how many days a year do you
14:52:26  14   work?
14:52:27  15        A.   How many days of the year did I
14:52:29  16   work?
14:52:29  17        Q.   Yes, what would you divide that by
14:52:31  18   to arrive at your daily rate?
14:52:33  19        A.   So, it is ███████ plus ███████
14:52:36  20   variable, and that would divide that by I think
14:52:43  21   22.5 days per month, times 12.
14:52:49  22        Q.   So, you work about 270 days a year;
14:52:58  23   is that right, roughly, correct?
14:52:59  24        A.   Yes.
14:53:00  25        Q.   So, if then your approach, your
```

215

```
14:53:03   1    mathematical approach would be ▇ divided by
14:53:07   2    270. Do I have that right?
14:53:08   3             A.    Yes.
14:53:09   4             Q.    So, your daily rate would be ▇
14:53:13   5    Canadian dollars for providing testimony?
14:53:17   6             A.    Yes, I don't remember if I divided
14:53:18   7    that ▇, or ▇ because the ▇ is
14:53:22   8    variable.
14:53:23   9             Q.    I see.
14:53:23  10             A.    But, more or less that was the
14:53:25  11    calculation, yes.
14:53:26  12             Q.    So, then ▇ divided by 270
14:53:29  13    would be ▇ Canadian dollars?
14:53:31  14             A.    Yes.
14:53:32  15             Q.    So, it is between that and ▇,
14:53:34  16    right?
14:53:34  17             A.    Yes.
14:53:35  18             Q.    Okay. And you had a similar deal
14:53:36  19    when you provided investigative testimony, right,
14:53:38  20    last year?
14:53:39  21             A.    Yes.
14:53:39  22             Q.    And that would apply to your days of
14:53:44  23    preparation time for your testimony, correct?
14:53:45  24             A.    It is days of work that I have to be
14:53:47  25    absent from work. So, in --
```

216

```
14:53:51   1            Q.   Does work still pay you or do you
14:53:53   2       take vacation days?
14:53:55   3            A.   I have to take vacation days.
14:53:59   4            Q.   What did you do to prepare for
14:54:00   5       today's testimony?
14:54:01   6            A.   I met with my legal counsels.
14:54:03   7            Q.   When?
14:54:04   8            A.   Yesterday.
14:54:06   9            Q.   Did you, for how long did you meet
14:54:10  10       yesterday?
14:54:11  11            A.   From 9:00 to 5:00, I think.
14:54:17  12            Q.   And you looked at documents?
14:54:19  13            A.   Yes.
14:54:19  14            Q.   About how many documents did you
14:54:21  15       review?
14:54:22  16            A.   Around 60.
14:54:25  17            Q.   Did you do anything to prepare for
14:54:27  18       your deposition today before yesterday?
14:54:32  19            A.   Yes.
14:54:33  20            Q.   What did you do?
14:54:34  21            A.   I read through the transcript of my
14:54:39  22       testimony a year ago.
14:54:40  23            Q.   Anything else?
14:54:41  24            A.   Meditated.
14:54:45  25            Q.   How long did you spend reviewing
```

217

```
14:54:50   1   your transcript?
14:54:51   2          A.    Probably a couple of hours.  Two,
14:54:56   3   three hours.
14:54:56   4          Q.    And, you traveled, too, right?
14:54:58   5          A.    Yes.
14:54:59   6          Q.    And you traveled on Sunday?
14:55:00   7          A.    Yes, Sunday night.
14:55:04   8          Q.    And so is your compensation applying
14:55:05   9   to your time reading the transcript and your time
14:55:08  10   travelling?
14:55:08  11          A.    No.
14:55:08  12          Q.    No.  Okay.  Just prep time yesterday
14:55:14  13   and your deposition today?
14:55:15  14          A.    Yes.
14:55:16  15          Q.    Okay.  Is it your testimony -- again
14:55:52  16   a detail about the compensation that you are
14:55:53  17   getting for providing deposition testimony today.
14:55:56  18                Is that compensation coming from Kik
14:56:00  19   Interactive, Inc.?
14:56:01  20                MR. DEJARNETTE:  Objection.
14:56:02  21                THE WITNESS:  I don't know.  I
14:56:04  22      haven't --
14:56:04  23   BY MR. MENDEL:
14:56:04  24          Q.    Well, who is going to pay, who is
14:56:06  25   going to write you the check?
```

218

```
14:56:08   1         A.    I think Kik, yes.
14:56:10   2         Q.    And did Kik pay you last year?  Did
14:56:21   3   the money come from Kik last year when you
14:56:23   4   provided investigative testimony?
14:56:24   5         A.    Yes.
14:56:25   6         Q.    Do you remember how, in addition to
14:56:29   7   the day of testimony you provided last year, do
14:56:32   8   you remember how long it took you to prepare for
14:56:33   9   last year's testimony?
14:56:35  10         A.    Yes, we had a day of preparation
14:56:39  11   before that.
14:56:41  12         Q.    Anything else?
14:56:42  13         A.    I read through many documents as
14:56:49  14   preparation as well.
14:56:52  15         Q.    And, what was your salary last year
14:56:56  16   during October of 2018?
14:56:57  17         A.         ████   Canadian dollars per year
14:57:00  18   plus    ████    in variable bonus.
14:57:02  19         Q.    Okay.  So, applying the methodology
14:57:04  20   we just went through to last year because it
14:57:07  21   would be roughly the same amount of compensation,
14:57:09  22   correct?
14:57:09  23         A.    Correct.
14:57:10  24         Q.    A day of testimony plus a day of
14:57:12  25   prep beforehand?
```

219

**CONFIDENTIAL**

```
14:57:13   1         A.    Yes.
14:57:13   2         Q.    Great.  I have no further questions
14:57:16   3    today.
14:57:17   4         A.    Okay, thank you.
14:57:20   5               MR. MENDEL:  Thank you.
14:57:21   6               MR. DEJARNETTE:  We have no further
14:57:22   7      questions, either, or we have no questions,
14:57:24   8      either.
14:57:25   9               THE VIDEOGRAPHER:  Okay.  The time
14:57:27  10      is 2:58 p.m. November 5th, 2019.  Going off
14:57:31  11      the record completing the videotaped
14:57:32  12      deposition.
          13          (Whereupon, signature not having been
          14    waived, the deposition concluded at 2:58 p.m.)
          15                    *  *  *
          16
          ...
          25
```

220