UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : Civil Action No. 19-cv-5244 |
| vs. | : **MOTION FOR ADMISSION *PRO HAC VICE*** |
| KIK INTERACTIVE INC., | : |
| Defendant. | : |

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jenna Bailey, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Kik Interactive Inc. in the above-captioned action.

I am in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 26, 2019 Respectfully submitted,

By:      */s/ Jenna Bailey*
    Patrick E. Gibbs (183174)
    Sarah M Lightdale (4395661)
    Luke T. Cadigan (561117)
    Brett H. De Jarnette (292919)
    Jenna Bailey (319302)

    Cooley LLP
    3175 Hanover Street
    Palo Alto, CA  94304-1130
    Phone: (650) 843-5000
    Fax:    (650) 849-7400
    Email: pgibbs@cooley.com;
    slightdal@cooley.com;
    lcadigan@cooley.com;
    bdejarnette@cooley.com;
    jbailey@cooley.com

    Attorneys for Defendant
    KIK INTERACTIVE INC.

    Kenneth R. Lench (*Pro Hac Vice forthcoming*)

    Kirkland & Ellis LLP
    655 Fifteenth Street, N.W.
    Washington, D.C. 20005-5793
    Phone: (202) 879-5270
    kenneth.lench@kirkland.com

    Attorney for Defendant
    KIK INTERACTIVE INC.

215796269