UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
U.S. SECURITIES AND EXCHANGE : 
COMMISSION,
: Civil Action No. 19-cv-5244
        Plaintiff,
: **DECLARATION OF JENNA BAILEY**
vs.       **IN SUPPORT OF MOTION FOR**
: **ADMISSION** *PRO HAC VICE*
KIK INTERACTIVE INC.,
:
        Defendant.
------------------------------------- X

I, Jenna Bailey, being duly sworn, hereby state as follows:

1. I am an attorney with Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304, Telephone number (650) 843-5000. I have been retained by Kik Interactive Inc. in the above-captioned matter. I make this declaration in support of my Motion for Admission *Pro Hac Vice*. I have personal knowledge of the facts stated herein, and if called as a witness, would and could testify competently thereto.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Signed this 26th day of November, 2019 in Palo Alto, California.

Respectfully submitted,

By:     */s/ Jenna Bailey*
    Patrick E. Gibbs (183174)
    Sarah M Lightdale (4395661)
    Luke T. Cadigan (561117)
    Brett H. De Jarnette (292919)
    Jenna Bailey (319302)

    Cooley LLP
    3175 Hanover Street
    Palo Alto, CA  94304-1130
    Phone: (650) 843-5000
    Fax:   (650) 849-7400
    Email: pgibbs@cooley.com;
    slightdal@cooley.com;
    lcadigan@cooley.com;
    bdejarnette@cooley.com;
    jbailey@cooley.com

    Attorneys for Defendant
    KIK INTERACTIVE INC.

    Kenneth R. Lench (*Pro Hac Vice forthcoming*)

    Kirkland & Ellis LLP
    655 Fifteenth Street, N.W.
    Washington, D.C. 20005-5793
    Phone: (202) 879-5270
    kenneth.lench@kirkland.com

    Attorney for Defendant
    KIK INTERACTIVE INC.

215796404