**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. SECURITIES AND EXCHANGE
COMMISSION,

                              Plaintiff,                                    19-cv-5244

         -against-

                                                          **[PROPOSED] ORDER FOR ADMISSION**
KIK INTERACTIVE INC.,                                           *PRO HAC VICE*

                              Defendants.

-------------------------------------------------------------------

         The motion of Jenna Bailey _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

         Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

California _____; and that his contact information is as follows

(please print):

         Applicant's Name: Jenna Bailey _____

         Firm Name:        Cooley LLP _____

         Address:          3175 Hanover Street _____

         City / State / Zip: Palo Alto, CA 94304-1130 _____

         Telephone / Fax: (650) 843-5000 / (650) 849-7400 _____

         Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Kik Interactive Inc. in the above entitled action; _____

         **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php

   Dated: _____          _____
                                        United States District Judge
                                        Honorable Alvin K. Hellerstein