UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
U.S. SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

  -against-

KIK INTERACTIVE INC.,

       Defendant.
------------------------------------------------------------- x

**ORDER**

19 Civ. 5244 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-26-19

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Pursuant to the Court's teleconference with the parties, the order issued earlier today, ECF No. 40, is amended as follows:

1. The status conference previously scheduled for December 6, 2019 is adjourned to January 14, 2020 at 2:30 p.m. at the United States Courthouse, 500 Pearl Street, New York, New York 10007, in Courtroom 14D. This order replaces all previous scheduling of status conferences.

2. The parties shall endeavor to agree to a stipulation setting a deadline for the end of fact discovery (previously scheduled to be completed by January 8, 2020, ECF No. 37), sequence of expert discovery, and a briefing schedule for summary judgment.

  SO ORDERED.

Dated: New York, New York
    November 26, 2019

               _____
               ALVIN K. HELLERSTEIN
               United States District Judge