UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

-against-

KIK INTERACTIVE INC.,

Defendants.

-------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-27-19
```

19-cv-5244

[~~PROPOSED~~] ORDER FOR ADMISSION
*PRO HAC VICE*

The motion of Jenna Bailey _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

California _____; and that his contact information is as follows

(please print):

Applicant's Name: Jenna Bailey _____

Firm Name:    Cooley LLP _____

Address:      3175 Hanover Street _____

City / State / Zip: Palo Alto, CA 94304-1130 _____

Telephone / Fax: (650) 843-5000 / (650) 849-7400 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Kik Interactive Inc. in the above entitled action; _____

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php

Dated: 11-27-19

_____
United States District Judge
Honorable Alvin K. Hellerstein