**EXHIBIT F**

## Schlegelmilch, Stephan

| | |
|---|---|
| **From:** | Schlegelmilch, Stephan |
| **Sent:** | Sunday, December 8, 2019 2:44 PM |
| **To:** | 'Landsvik, Julianne'; D'Allaird, Laura; Mendel, David S |
| **Cc:** | Gibbs, Patrick; Cadigan, Luke T.; De Jarnette, Brett; Welsh, Michael E; Bailey, Jenna C; 'Lench, Kenneth R.' |
| **Subject:** | RE: SEC v. Kik Interactive - 30(b)(6) Deposition of Kik |
| **Attachments:** | 2019-12-8_Amended Rule 30(b)(6) deposition notice_v2.pdf; October 30(b)(6) vs December 30(b)(6).pdf |

Julianne:

As we are preparing our response to your motion to quash the SEC's Rule 30(b)(6) deposition of Kik, we would like to make one final effort to resolve our impasse by providing the attached amended notice of deposition, which addresses many of the issues set forth in your draft letter to the Court. For your convenience, I have also attached a comparison of the SEC's original and amended notices, so that you can see our efforts to narrow our request.

We are hopeful that this narrowing of the SEC's notice resolves your concerns and that the deposition can go forward. As requested in earlier correspondence, we would like to schedule the deposition during the week of January 13, 2020. We have noticed the deposition for Wednesday, January 15, but we are available any day that week. If your client will not appear for a deposition under any circumstances – which we understand to be your position, prior this overture – please let us know immediately.

For all the reasons discussed at length previously, we are not willing to accept a stipulation in lieu of this deposition, nor are we required to do so. Kik is a party to this action, and a Rule 30(b)(6) deposition is an uncontroversial discovery device in litigation involving a corporate entity like Kik. Each of the itemized topics are relevant (indeed, many are based upon your client's narrative answer and affirmative defenses); we're willing to clarify any of the topics that you identify as vague; and we've endeavored to reduce to the extent possible the burden on your client by significantly paring the SEC's earlier request. Moreover, as we have discussed on the telephone, we have attempted to obtain similar discovery from your client through other means – e.g., requests for admission – and Kik's answers to that discovery were in many instances non-responsive.

Again, please let us know whether this resolves the dispute, and Kik will have a designee appear during the week of January 13, or whether we should revise the letter seeking Judge Hellerstein's intervention accordingly. If a call regarding this and the other outstanding discovery issues would be helpful, please let us know your availability. That said, again, if Kik simply will not appear under any circumstances, please let us know so that we do not have to belabor this issue further.

Thank you,

Stephan

**Stephan J. Schlegelmilch**
U.S. Securities and Exchange Commission
202.551.4935

---

**From:** Landsvik, Julianne <jlandsvik@cooley.com>
**Sent:** Wednesday, November 27, 2019 3:00 PM
**To:** Schlegelmilch, Stephan <SchlegelmilchS@SEC.GOV>; D'Allaird, Laura <dallairdl@SEC.GOV>; Mendel, David S

1

<MendelD@sec.gov>
**Cc:** Gibbs, Patrick <pgibbs@cooley.com>; Cadigan, Luke T. <lcadigan@cooley.com>; De Jarnette, Brett <bdejarnette@cooley.com>; Welsh, Michael E <mwelsh@cooley.com>; Bailey, Jenna C <jbailey@cooley.com>
**Subject:** SEC v. Kik Interactive - 30(b)(6) Deposition of Kik

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel:

Following the parties' meet and confer last week, attached is Kik's position on the 30(b)(6) deposition. Please fill in the SEC's position and return to us.

Best,
Julie

Julianne Landsvik
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA  02116-3736
+1 617 937 2407 office
+1 781 799 6155 mobile
jlandsvik@cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.