UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

U.S. SECURITIES AND EXCHANGE
COMMISSION,

                       Plaintiff,

   -against-

KIK INTERACTIVE INC.,

                       Defendant.

------------------------------------------------------------- x

**ORDER**

19 Civ. 5244 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties shall appear by counsel before this Court on January 22, 2020 at 2:30 p.m. to discuss the issues raised in the joint letter dated January 14, 2020 (ECF No. 45).

        SO ORDERED.

Dated:    New York, New York
            January 16, 2020

                                                   ALVIN K. HELLERSTEIN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-16-20