AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| U.S. SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-CV-5244 |
| KIK INTERACTIVE INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KIK INTERACTIVE INC.

Date: 01/17/2020

/s/ Daniel P. Roy III
*Attorney's signature*

Daniel Roy
*Printed name and bar number*

Cooley LLP
55 Hudson Yards
New York, NY  10001
*Address*

droy@cooley.com
*E-mail address*

(212) 479-6000
*Telephone number*

(212) 479-6275
*FAX number*