UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2020

------------------------------------------------------------ x
U.S. SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

-against-

KIK INTERACTIVE INC.,

                  Defendant.
------------------------------------------------------------ x

**ORDER**

19 Civ. 5244 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 22, 2020, I held a hearing regarding the parties' joint letter motion dated January 14, 2020 (ECF No. 45) and case management. Regarding the letter motion, Tanner Philp shall testify as corporate representative for Defendant Kik Interactive Inc. ("Kik") on January 28, 2020, or on a mutually convenient date within ten days of January 28, 2020. If Kik or Philp has any objections to Philp's serving as corporate representative, they shall object by January 23, 2020 at 5:00 p.m. The deposition shall be for the limited purpose of discussing the nature of Kik's business, including any business conducted through affiliates, from 2018 through the present. The SEC's request for Rule 30(b)(6) testimony is denied in all other respects.

        In accordance with the parties' agreement, the following shall serve as the revised schedule of deadlines in this matter:

1. Close of fact discovery: January 28, 2020
2. Motions for summary judgment: March 20, 2020
3. Oppositions to motions for summary judgment: April 24, 2020

4. Replies in support of motions for summary judgment: May 8, 2020

If necessary, expert discovery and trial will be scheduled following motions for summary judgment.

SO ORDERED.

Dated: New York, New York
January 23, 2020

_____
ALVIN K. HELLERSTEIN
United States District Judge