AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| US SECURITIES and EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-05244 (AKH) |
| KIK INTERACTIVE INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KIK INTERACTIVE INC.

Date: 02/04/2020

/s/ Robert W. Pommer III
*Attorney's signature*

Robert W. Pommer III, RP5328
*Printed name and bar number*

Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004

*Address*

rpommer@kirkland.com
*E-mail address*

(202) 389-5950
*Telephone number*

(202) 389-5200
*FAX number*