UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>KIK INTERACTIVE INC.,<br><br>          Defendant. | Civil Action No. 1:19-cv-05244<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael E. Welsh, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Kik Interactive Inc. in the above-captioned action.

  I am in good standing of the bars of the states of Massachusetts and Connecticut, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

-2-

Dated: February 10, 2020 	Respectfully submitted,

By: */s/ Michael E. Welsh*
  Michael E. Welsh (22795)

  Cooley LLP
  500 Boylston Street
  Boston, MA 02116-3736
  Phone: (617) 937-2300
  Fax:    (617) 937-2400
  Email: mwelsh@cooley.com

  Attorney for Defendant
  KIK INTERACTIVE INC.