UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KIK INTERACTIVE INC.,<br><br>　　　　　　　　　　　　　Defendant. | Civil Action No. 1:19-cv-05244<br><br>**DECLARATION OF MICHAEL E. WELSH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Michael E. Welsh, being duly sworn, hereby state as follows:

1.　I am an attorney with Cooley LLP, 500 Boylston St, Boston, MA 02116-3736, Telephone number (617) 937-2300. I have been retained by Kik Interactive Inc. in the above-captioned matter. I make this declaration in support of my Motion for Admission *Pro Hac Vice*. I have personal knowledge of the facts stated herein, and if called to testify as a witness, would and could testify competently thereto.

2.　I have never been convicted of a felony.

3.　I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.　There are no disciplinary proceedings presently against me.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Signed this 10th day of February 2020 in Boston, Massachusetts.

Dated: February 10, 2020

Respectfully submitted,

By: /s/ Michael E. Welsh
Michael E. Welsh (22795)

Cooley LLP
500 Boylston Street
Boston, MA 02116-3736
Phone: (617) 937-2300
Fax:     (617) 937-2400
Email: mwelsh@cooley.com

Attorney for Defendant
KIK INTERACTIVE INC.