UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>KIK INTERACTIVE INC.,<br><br>           Defendant. | Civil Action No. 1:19-cv-05244<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Julianne M. Landsvik, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Kik Interactive Inc. in the above-captioned action.

I am in good standing of the bars of the states of Massachusetts and Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 10, 2020

Respectfully submitted,

By: ____/s/ Julianne M. Landsvik_____
    Julianne M. Landsvik (23571)

    Cooley LLP
    500 Boylston Street
    Boston, MA 02116-3736
    Phone: (617) 937-2300
    Fax:    (617) 937-2400
    Email: jlandsvik@cooley.com

    Attorney for Defendant
    KIK INTERACTIVE INC.