UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>v.<br><br>KIK INTERACTIVE INC.,<br><br>                          Defendant. | Civil Action No. 1:19-cv-05244<br><br>DECLARATION OF JULIANNE M. LANDSVIK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

       I, Julianne M. Landsvik, being duly sworn, hereby state as follows:

       1.      I am an attorney with Cooley LLP, 500 Boylston St, Boston, MA 02116-3736, Telephone number (617) 937-2300. I have been retained by Kik Interactive Inc. in the above-captioned matter. I make this declaration in support of my Motion for Admission *Pro Hac Vice*. I have personal knowledge of the facts stated herein, and if called to testify as a witness, would and could testify competently thereto.

       2.      I have never been convicted of a felony.

       3.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

       4.      There are no disciplinary proceedings presently against me.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Signed this 10th day of February 2020 in Boston, Massachusetts.

Dated: February 10, 2020                      Respectfully submitted,

                                       By: */s/ Julianne M. Landsik*
                                             Julianne M. Landsvik (23571)

                                             Cooley LLP
                                             500 Boylston Street
                                             Boston, MA 02116-3736
                                             Phone: (617) 937-2300
                                             Fax:   (617) 937-2400
                                             Email: jlandsvik@cooley.com

                                             Attorney for Defendant
                                             KIK INTERACTIVE INC.