**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

U.S. SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

      -against-

KIK INTERACTIVE INC.,

                    Defendant.

Civil Action No. 1:19-cv-05244

**[PROPOSED] ORDER FOR ADMISSION**
*PRO HAC VICE*

The motion of Julianne M. Landsvik, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Massachusetts and Illinois; and that his contact information is as follows (please print):

    Applicant's Name:   Julianne M. Landsvik

    Firm Name:   Cooley LLP

    Address:   500 Boylston Street

    City / State / Zip:   Boston, MA 02116-3736

    Telephone / Fax:   (617) 937-2300/ (617) 937-2400

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Kik Interactive Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php

Dated: _____, 2020

                                                            United States District Judge