UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KIK INTERACTIVE INC.<br><br>                    Defendant. | Case No.  19-cv-5244 (AKH)<br><br>NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE that Plaintiff U.S. Securities and Exchange Commission, by and through undersigned counsel, will move this Court before the Honorable Alvin K. Hellerstein, in the United States District Court for the Southern District of New York, Courtroom 14D, at 500 Pearl Street, New York, New York, 10007, on a date to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting Plaintiff summary judgment on all claims and defenses by the parties in this action.  In support of this motion, counsel for the moving party shall rely upon the accompanying (1) Memorandum of Law of Plaintiff U.S. Securities and Exchange Commission In Support of Motion for Summary Judgment, (2) Plaintiff U.S. Securities and Exchange Commission's Statement of Material Facts On Motion For Summary Judgment Under Local Civil Rule 56.1; and (3) and Declaration of Laura D'Allaird In Support of Plaintiff's Motion For Summary Judgment, and

exhibits submitted therewith; and all pleadings and exhibits previously filed and all proceedings heretofore in this action.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order issued on January 23, 2020 (ECF No. 48), any opposing affidavits and answering memoranda of law shall be served by April 24, 2020, and any reply memoranda of law shall be served by May 8, 2020.

Dated:   March 20, 2020  /s/ David Mendel
Stephan J. Schlegelmilch
David S. Mendel
Laura D'Allaird
U.S. SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549
(202) 551-4935 (Schlegelmilch)
(202) 551-4418 (Mendel)
(202) 551-5475 (D'Allaird)
SchlegelmilchS@SEC.gov
MendelD@SEC.gov
DAllairdL@SEC.gov

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on March 20, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, which will send a notification of such filing to each counsel of record.

                                                  */s/ David Mendel*
                                                  David S. Mendel
                                                  *Counsel for Plaintiff*