# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> KIK INTERACTIVE INC. <br><br> Defendant. | Case No. 19-cv-5244 (AKH) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Plaintiff U.S. Securities and Exchange Commission (the "SEC"), by and through counsel, moved for an Order pursuant to Federal Rule of Civil Procedure 56 granting Plaintiff summary judgment on all claims and defenses by the parties in this action.

After considering the motion, together with the papers and arguments submitted by the parties, and good cause appearing therefore, the Court hereby GRANTS Plaintiff SEC's Motion for Summary Judgment.  Pursuant to Federal Rule of Civil Procedure 56,

It is hereby ORDERED that Summary Judgment on the claim of plaintiff SEC that defendant Kik Interactive Inc. ("Kik") violated Sections 5(a) and (c) of the Securities Act of 1933, 15 U.S.C. §§ 77e(a), (c), is GRANTED;

It is hereby FURTHER ORDERED that Summary Judgment on all of Kik's defenses is GRANTED in favor of the SEC, and all of those defenses are denied.

IT IS SO ORDERED.


Dated: _____        _____

                                               HON.  ALVIN K. HELLERSTEIN
                                               U.S. DISTRICT JUDGE