# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                   Plaintiff,<br><br>   vs.<br><br>KIK INTERACTIVE INC.<br><br>                   Defendant. | Case No. 19-cv-5244 (AKH) |

## DECLARATION OF LAURA D'ALLAIRD IN SUPPORT OF PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT

I, Laura D'Allaird, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am a member of the bar of the State of New York, and I am admitted to practice *pro hac vice* in the above-captioned action. I am employed by Plaintiff United States Securities and Exchange Commission (the "SEC") in the SEC's headquarters office in Washington, D.C. as Senior Counsel in the Division of Enforcement.

2. I have personal knowledge of the facts and circumstances of this case. As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3. I am submitting this Declaration to put forth exhibits in support of the SEC's motion for summary judgment against Defendant Kik Interactive Inc.

4. Attached hereto are true and correct copies of the following documents or excerpts thereof:

| Exhibit | Document Description | Bates |
|---|---|---|
| SEC1 | Kik's Responses to the SEC's Investigative Requests for Admission, dated September 17, 2018 | N/A |
| SEC2 | Kik's Responses to the SEC's Rule 36 Requests for Admission, dated October 7, 2019 | N/A |
| SEC3 | Transcript of Erin Clift Investigative Testimony, dated July 26, 2018 | N/A |
| SEC4 | Transcript of Peter Heinke Deposition Testimony, dated November 22, 2019 | N/A |
| SEC5 | Transcript of Eileen Lyon Investigative Testimony, dated August 30, 2018 | N/A |
| SEC6 | Transcript of Rule 30(b)(6) Deposition Testimony of Kik Interactive Inc., dated February 5, 2020 | N/A |
| SEC7 | Deposition Exhibit 264 | N/A |
| SEC8 | Transcript of Ted Livingston Investigative Testimony, dated November 7 & 8, 2018 | N/A |
| SEC9 | Transcript of Paul Holland Investigative Testimony, dated June 15, 2018 | N/A |
| SEC10 | Deposition Exhibits 21 & 22, Transcript of Peter Heinke Investigative Testimony, dated September 21 & 22, 2018 | N/A |
| SEC11 | Deposition Exhibit 26 | KIK_00007193-229 |
| SEC12 | Deposition Exhibit 27 | KIK_00007243-79 |
| SEC13 | Email Chain, dated February 1, 2017 | KIK_FOUNDATION_CAP_001299-305 |
| SEC14 | Transcript of Tanner Philp Investigative Testimony, dated August 20 & 21, 2018 | N/A |
| SEC15 | Deposition Exhibit 28 | KIK_FOUNDATION_CAP_005705-71 |
| SEC16 | Investigative Testimony Exhibit 150 | USV0003712 |
| SEC17 | Transcript of Fred Wilson Investigative Testimony, dated September 5, 2018 | N/A |
| SEC18 | Deposition Exhibit 4 | KIK_00026450-94 |
| SEC19 | Deposition Exhibit 36 | KIK_00106784-835 |
| SEC20 | Dirk A. Zetzsche, Ross P. Buckley, Douglas W. Arner, & Linus Föhr, *The ICO Gold Rush: It's a Scam, It's a Bubble, It's a Super Challenge for Regulators*, 60 Harv. Int'l L. J. 267, 288 (2019) | N/A |
| SEC21 | Deposition Exhibit 133 | MMLWM-00000145-62 |

| | | |
|---|---|---|
| SEC22 | Transcript of William Mougayar Deposition Testimony, dated December 6, 2019 | N/A |
| SEC23 | Transcript of Daniel Morehead Investigative Testimony, dated September 14, 2018 | N/A |
| SEC24 | Investigative Testimony Exhibit 180 | KIK_00100298 |
| SEC25 | Email Chain, dated February 28, 2017 | KIK_00026563-64 |
| SEC26 | Investigative Testimony Exhibit 107 | KIK_00026624-28 |
| SEC27 | Deposition Exhibit 6 | COINFUND007691-747 |
| SEC28 | Deposition Exhibit 35 | KIK_00106656-714 |
| SEC29 | Email Chain, dated April 26, 2017 | USV0015937-38 |
| SEC30 | Deposition Exhibit 7 | KIK_00106868-98 |
| SEC31 | Deposition Exhibit 12 | KIK000001-28 |
| SEC32 | Investigative Testimony Exhibit 56 | COINFUND006070-97 |
| SEC33 | Investigative Testimony Exhibit 84 | KIK_00021417 |
| SEC34 | Deposition Exhibit 135 | MMLWM-00000020-21 |
| SEC35 | November 12, 2019 Stipulation | N/A |
| SEC36-A | May 25, 2017 Token Summit Video | SEC-KIK-LIT-E-0000333 |
| SEC36-B | Transcript of May 25, 2017 Token Summit Video | SEC-KIK-LIT-E-0000181-89 |
| SEC37 | Investigative Testimony Exhibit 200 | N/A |
| SEC38 | Investigative Testimony Exhibit 88 | N/A |
| SEC39 | Investigative Testimony Exhibit 202 | KIK_00107736-63 |
| SEC40 | Transcript of Eran Ben-Ari Deposition Testimony, dated November 5, 2019 | N/A |
| SEC41 | Deposition Exhibit 2, Transcript of Eran Ben-Ari Investigative Testimony, dated October 23, 2018 | N/A |
| SEC42 | Transcript of Michael Hourigan Investigative Testimony, dated July 24, 2018 | N/A |
| SEC43 | Email, dated June 1, 2017 | COINFUND012819-20 |

| | | |
|---|---|---|
| SEC44 | Email, dated June 1, 2017 | PANT-000000051-52 |
| SEC45-A | June 20, 2017 TechCrunch Shenzhen Video | SEC-KIK-LIT-E-0000305 |
| SEC45-B | June 20, 2017 TechCrunch Shenzhen Video Transcript | SEC-KIK-LIT-E-0000031-44 |
| SEC46-A | June 27, 2017 An Evening with Ted Livingston Video | SEC-KIK-LIT-E-0000277 |
| SEC46-B | June 27, 2017 An Evening with Ted Livingston Video Transcript | SEC-KIK-LIT-E-0000133-62 |
| SEC46-C | June 27, 2017 An Evening with Ted Livingston Video Screen Capture | SEC-KIK-LIT-E-0000332 |
| SEC47-A | August 1, 2017 Finance Magnates' Blockchain Podcast Video | SEC-KIK-LIT-E-0000272 |
| SEC47-B | August 1, 2017 Finance Magnates' Blockchain Podcast Video Transcript | SEC-KIK-LIT-E-0000119-32 |
| SEC47-C | August 1, 2017 Finance Magnates' Blockchain Podcast Video Screen Capture | SEC-KIK-LIT-E-0000271 |
| SEC48-A | August 14, 2017 Fintech Canada: Bitcoin and Ethereum Summit Video | SEC-KIK-LIT-E-0000275 |
| SEC48-B | August 14, 2017 Fintech Canada: Bitcoin and Ethereum Summit Video Transcript | SEC-KIK-LIT-E-0000077-90 |
| SEC48-C | August 14, 2017 Fintech Canada: Bitcoin and Ethereum Summit Video Screen Capture | SEC-KIK-LIT-E-0000295 |
| SEC49-A | September 7, 2017 New York City Ethereum Video | SEC-KIK-LIT-E-0002353 |
| SEC49-B | September 7, 2017 New York City Ethereum Video Transcript | SEC-KIK-LIT-E-0002275-310 |
| SEC49-C | September 7, 2017 New York City Ethereum Video Screen Capture | SEC-KIK-LIT-E-0002354 |
| SEC50 | Transcript of Harrison Wang Deposition Testimony, dated January 9, 2020 | N/A |
| SEC51 | Deposition Exhibit 52 | KIK000066-72 |
| SEC52 | Deposition Exhibit 16 | KIK000037-65 |
| SEC53 | Deposition Exhibit 40 | N/A |
| SEC54 | Email and attachment, dated June 1, 2017 | KIK_00017702-05 |
| SEC55 | Email and attachment, dated June 1, 2017 | KIK_00017698-701 |
| SEC56 | Investigative Testimony Exhibit 181 | KIK_00113490-93 |
| SEC57 | Investigative Testimony Exhibit 133 | N/A |

| | | |
|---|---|---|
| SEC58-A | May 25, 2017 Promotional Video | SEC-KIK-LIT-E-0000339 |
| SEC58-B | May 25, 2017 Promotional Video Transcript | SEC-KIK-LIT-E-0000248-53 |
| SEC59-A | May 25, 2017 CNBC Interview Video | SEC-KIK-LIT-E-0002351 |
| SEC59-B | May 25, 2017 CNBC Interview Transcript | SEC-KIK-LIT-E-0002269-74 |
| SEC60 | Email Chain, dated February 19, 2017 | KIK_00024739-40 |
| SEC61 | Email Chain, dated July 6, 2017 | DBP-SEC-KIN_0000070-71 |
| SEC62 | August 30, 2017 Twitter Screen Capture | KIK_00006919 |
| SEC63 | September 17, 2017 Reddit Screen Capture | KIK_00004467 |
| SEC64 | Letter from P. Gibbs to B. Mitchell, dated October 20, 2017 Letter | N/A |
| SEC65 | Deposition Exhibit 230 | KIK_00002665-66 |
| SEC66 | Kin Foundation Reddit Post, dated September 17, 2017 | KIK_00045074-78 |
| SEC67 | Investigative Testimony Exhibit 93 | N/A |
| SEC68 | Deposition Exhibit 227 | KIK_00045122 |
| SEC69 | Communitech News, "The Kin revolution, in Kik CEO Ted Livingston's own words," dated June 8, 2017 | KIK_00007074-93 |
| SEC70 | Transcript of Jake Brukhman Investigative Testimony, dated July 11, 2018 | N/A |
| SEC71 | Investigative Exhibit 184 | KIK_00002106-07 |
| SEC72 | Deposition Exhibit 105, Transcript of Alexander Rousmaniere Investigative Testimony, dated July 18, 2018 | N/A |
| SEC73 | Deposition Exhibit 229, Transcript of Harrison Wang Investigative Testimony, dated October 5, 2018 | N/A |
| SEC74 | Transcript of Jack Neil Deposition Testimony, dated January 28, 2020 | N/A |
| SEC75 | Transcript of Garrette Furo Investigative Testimony, dated July 12, 2018 | N/A |
| SEC76 | Deposition Exhibit 146 | MMLWM-00000888 |
| SEC77 | Investigative Testimony Exhibit 75 | SEC-PBDIGITAL-E-0000429 |

| | | |
|---|---|---|
| SEC78 | Investigative Testimony Exhibit 49 | KIK_00117728-30 |
| SEC79 | Investigative Testimony Exhibit 194 | KIK_00103267 |
| SEC80 | Deposition Exhibit 76 | KIK_00060737 |
| SEC81 | Investigative Testimony Exhibit 29 | KIK_00078794-97 |
| SEC82 | Deposition Exhibit 150 | MMLWM-00002606-14 |
| SEC83 | Deposition Exhibit 33 | COINFUND020091; COINFUND019854-84 |
| SEC84 | Email, dated April 4, 2017 | COINFUND000369-70 |
| SEC85 | Deposition Exhibit 53 | KIK00118242-45 |
| SEC86 | Deposition Exhibit 67 | KIK_00115681-86 |
| SEC87 | Kik's Second Amended Initial Disclosures, dated November 18, 2019 | N/A |
| SEC88 | DAO Report | N/A |
| SEC89 | Transcript of Pat Chaukos Deposition Testimony, dated December 6, 2019 | N/A |
| SEC90 | Transcript of Ross McKee Deposition Testimony, dated December 10, 2019 | N/A |
| SEC91 | Investigative Testimony Exhibit 120 | KIK_00025159-60 |
| SEC92 | Transcript of Alexander Rousmaniere Deposition Testimony, dated November 22, 2019 | N/A |
| SEC93 | Declaration of Brent Mitchell, dated March 20, 2020 | N/A |
| SEC94 | Deposition Exhibit 141 | MMLWM-00000877-80 |
| SEC95 | Compilation of Emails, dated August 30, 2017 | KIK_00019210-475 |
| SEC96 | Deposition Exhibit 55 | N/A |
| SEC97 | Investigative Testimony Exhibit 9 | KIK000098-108 |
| SEC98 | Investigative Testimony Exhibit 185 | KIK_00025985-89 |
| SEC99 | Investigative Testimony Exhibit 94 | N/A |
| SEC100 | Investigative Testimony Exhibit 95 | N/A |

| SEC101 | Deposition Exhibit 149 | MMLWM-00001027-28 |
| SEC102 | Compilation Emails, dated September 26, 2017 | KIK_00020141-50 |
| SEC103 | Deposition Exhibit 62 | KIK001071-76 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
       March 20, 2020　　　　　　　　　　　　　　　　_/s/ Laura D'Allaird_
                                                               Laura D'Allaird

## CERTIFICATE OF SERVICE

I certify that on March 20, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, which will send a notification of such filing to each counsel of record.

    /s/ Laura D'Allaird
Laura D'Allaird
*Counsel for Plaintiff*