SEC8

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:      )

                       )   File No. HO-13388-A

                       )

KIK INTERACTIVE      )


WITNESS:  Edward "Ted" Livingston

PAGES:    1 through 314

PLACE:    U.S. Securities and Exchange Commission

          100 F Street, N.E.

          Washington, D.C. 20549

DATE:     Wednesday, November 7, 2018


     The above-entitled matter came on for hearing,

pursuant to notice, at 9:48 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1    APPEARANCES:
2    On behalf of the Securities and Exchange Commission:
3        BRENT MITCHELL, ESQ.
4        JAMES MURTHA, ESQ.
5        JEFF LEASURE, ESQ.
6        STEPHAN SCHLEGELMILCH, ESQ.
7        DAVID MENDEL, ESQ.
8        REID MUOIO, ESQ.
9        Securities and Exchange Commission
10       100 F Street, N.E.
11       Washington, D.C. 20549
12       (202)551-4683
13       mitchellb@sec.gov
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1        APPEARANCES(CONT.):
2
3    On behalf of the Witness:
4        LUKE CADIGAN, ESQ.
5        BRETT DEJARNETTE, ESQ.
6        PATRICK GIBBS, ESQ.
7        Cooley LLP
8        500 Boylston Street
9        Boston, Massachusetts 02116
10       (617)937-2480
11       KENNETH LENCH, ESQ.
12       Kirkland & Ellis
13       655 Fifteenth Street, N.W.
14       Washington, D.C. 20005
15       (202)879-5270
16
17    Also Present:
18        Steven Jones, Videographer
19
20
21
22
23
24
25

Page 4

1         C O N T E N T S
2
3    WITNESS:              EXAMINATION
4    Edward "Ted" Livingston        5
5
6    EXHIBITS      DESCRIPTION      IDENTIFIED
7    197      Subpoena            8
8    198      E-mail            271
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1         P R O C E E D I N G S
2        THE VIDEOGRAPHER:  Good afternoon.  This
3    begins -- sorry.  Good morning.  This begins Disc
4    Number 1.  We are now on the video record.
5        The time on the monitor is 9:48 a.m.
6        MR. LEASURE:  On the record on
7    November 7th, 2018, at the SEC's D.C. office.
8        Sir, can you please raise your right hand.
9        Do you swear to tell the truth, the whole
10   truth, and nothing but the truth?
11       THE WITNESS:  I do.
12   Whereupon,
13       EDWARD "TED" LIVINGSTON
14   was called as a witness, and having been first sworn, was
15   examined and testified as follows:
16       EXAMINATION
17       BY MR. LEASURE:
18   Q   You can put the hand down.  Thank you, sir.
19   A   Thank you.
20   Q   Can you please state and spell your full
21   name for the record?
22   A   My legal name is Edward Livingston.  Do you
23   want me to spell it?  I go by Ted, though.
24   Q   Okay.  It's all right if you call you Ted?
25   A   I would prefer Ted.  Nobody calls me

1  Edward.
2      Q  Understood.  I'm a Jeffrey.  I understand
3  that.
4          Can you spell your last name just for the
5  record?
6      A  Yeah.  L-i-v-i-n-g-s-t-o-n.
7      Q  Good morning.  I am Jeff Leasure.  And to
8  my left are Brent Mitchell, James Murtha, Steven
9  Schlegelmilch, and David Mendel.  We are members of the
10  staff of the enforcement division of the United States
11  Securities and Exchange Commission and officers of the
12  Commission for purposes of this proceeding.
13          This is an investigation by the United
14  States Securities and Exchange Commission in the matter
15  of Kik Interactive, Inc., File Number HO13388, to
16  determine whether there have been violations of certain
17  provisions of the federal securities laws.  However,
18  the facts developed in this investigation might
19  constitute violations of other federal or state, civil,
20  or criminal laws.
21          Prior to the opening of the record, you
22  were provided with a copy of the formal order of
23  investigation in this matter as supplemented.  It will
24  be available for your examination during the course of
25  this proceeding.

1          Have you had an opportunity to review the
2  formal order?
3      A  I have.
4      Q  Do you have any questions?
5      A  I do not.
6      Q  Prior to the opening of the record, you
7  were provided with a copy of the Commission's
8  Supplemental Information Form 1662.  A copy of this
9  notice has previously been marked as Exhibit 1.
10          Have you had the opportunity to read
11  Exhibit 1?
12      A  I have.
13      Q  Do you have any questions concerning this
14  notice?
15      A  I do not.
16      Q  Are you represented by counsel today?
17      A  I am.
18          MR. LEASURE:  Would counsel please identify
19  themselves?
20          MR. GIBBS:  Patrick Gibbs from Cooley, LLP,
21  on behalf of Kik and Mr. Livingston.
22          MR. LYNCH:  Kenneth Lynch, Kirkland &
23  Ellis, LLP, representing the witness today.
24          MR. CADIGAN:  Luke Cadigan of Cooley, LLP,
25  representing the witness and Kik.

1          MR. DEJARNETTE:  Brett DeJarnette from
2  Cooley, representing the witness and Kik.
3          MR. MITCHELL:  Can you just run the list?
4          MR. DEJARNETTE:  Sure.  So Cooley and
5  Kirkland jointly represent Kik, Tanner Philp, Phil
6  Yang, Peter Heinke, Eileen Lyon, and the Kin
7  Foundation.  Cooley represents Eran Ben-Ari, Fred
8  Wilson, Union Square Ventures, and Erin Clift.
9          MR. MITCHELL:  Thanks.
10          MR. LEASURE:  Thank you.
11          (SEC Exhibit No. 197 was marked for
12          identification.)
13          BY MR. LEASURE:
14      Q  I've marked a copy of this subpoena as
15  Exhibit 197.  Is this a copy of the subpoena you're --
16  subpoena you are appearing pursuant to here today?
17      A  Yes.
18      Q  Thank you.  Is there any reason you'd be
19  unable to give complete and accurate testimony today?
20      A  Not to my knowledge.
21      Q  Okay.  How did you prepare to come in for
22  testimony today?
23      A  I met with my legal team last week for two
24  days in Waterloo.  Other than that, that's the only
25  thing that specifically comes to mind in preparing for

1  today.
2      Q  Great.  Roughly how many hours did you
3  spend with your legal team in Waterloo?
4      A  Roughly two eight-hour days.
5      Q  Great.  I gave you this caution before we
6  went on the record, but I'm going to reiterate it
7  throughout the day.  If you're about to tell me
8  something your legal team told you, pause and look to
9  your right to your lawyers, and they can help you with
10  the appropriate instructions.  Okay?
11      A  Thank you.
12      Q  I can ask this:  Roughly how -- did you
13  review documents with your legal team?
14      A  Yes.
15      Q  Roughly how many?  Do you have a ballpark?
16      A  I think there were roughly 100.
17      Q  Okay.  And did they help you remember past
18  events?
19      A  They did.
20      Q  Okay.  Documents to do that sometimes.
21      A  Yeah.
22      Q  Okay.  To start out today, I'd like to
23  get a -- we always ask witnesses for sort of their
24  resume level background and experience.  With you,
25  though, from what I've seen and read, it seems like

Page 10

1  **your education and then work life is obviously tied up**
2  **with the founding and growth of the company, Kik,**
3  **K-i-k.**
4       **Can you maybe give us a sort of summary**
5  **level of sort of you went to school and then moving on**
6  **from there to the start of Kik?**
7       A   Sure.  So I think probably the right place
8  to start is, you know, I went to college in 2005 to the
9  University of Waterloo for engineering.  Lots of things
10 cool about Waterloo, but the coolest thing from my
11 point of view is in order to graduate, you do six
12 four-month co-ops.
13      Q   What's a co-op?
14      A   So a co-op is a full-time internship.  So
15 it's basically like going into a real job for four
16 months, but then leaving after four months.  I think
17 it's the largest co-op program in the world.
18      Q   Wow.
19      A   So I did my third, fourth, and fifth co-op
20 term at Blackberry.  And so I started at BlackBerry, I
21 think, May 2007.  So just before the iPhone was
22 announced, I started at BlackBerry.  It was awesome.
23 They were right beside the university.  They hire about
24 2,000 interns every term, if you can imagine.
25      So 2,000 kids come in and leave every four

Page 11

1  months.  That was sort of the high times of BlackBerry.
2  And the coolest thing about that is they gave us all
3  BlackBerries with full data plans.  So I got to live in
4  the world where literally everybody I would converse
5  with on a daily basis outside my immediate family had a
6  smart phone that was always on, always connected.  And
7  this is like a world before iPhones.
8       Q   Right.
9       A   So I got to live in this, like, world we
10 live in today where everybody is always reachable
11 through a smart phone early before most of the world.
12 Started there in sort of a process job by day.  I did
13 that process job by night.  I wrote a piece of software
14 to replace myself.  They really liked that.  So they
15 brought me back part-time.  They gave me a team of
16 developers.  I did that.
17      After that, they were like, "You're really
18 good at this.  Here's our binder of every internship
19 co-op job we have in the company.  Which one are you
20 interested in?"  So I went through.  I was like, "Wow,
21 this is awesome."  And what caught my eye was a
22 consumer product management job.
23      Again, iPhone had just come out.  This is
24 when they thought, like, what consumer would want a
25 smart phone sort of thing.  So it's a very small team

Page 12

1  inside the company.  I got that job.  I spent two co-op
2  terms in it.  And I worked part-time in between, but
3  it's really more full-time.  I was working about
4  40 hours a week while doing full-time engineering.
5       And I was -- sort of me on a team of maybe
6  me plus eight other people, the youngest one in the
7  team by ten years, roughly.  Got to work with all of
8  the product managers.  That was an amazing job.  I did
9  well.  They liked me.  I liked them.  This is now 2008.
10      And they offered me to drop out and come on
11 full-time and be the youngest product manager in the
12 history of the company, which I thought was super cool
13 and I was definitely prepared to do.  But my boss
14 pulled me aside, he said, "Ted, you're really good at
15 this."  And at the same time, I think BlackBerry is in
16 trouble, because, again, iPhone was just sort of
17 starting to, like, hit its stride.
18      "I think you shouldn't drop out and come in
19 full-time.  I think you should go back to school and
20 start your own company."  Best career advice I ever got
21 in my life.  I am very thankful to that boss.  So I did
22 that.  So I went back to school in January 2009.
23      Wanted to start a company.  I tried
24 starting a couple of companies before, you know, with
25 friends.  It never really worked out.  So I wanted to

Page 13

1  take is seriously this time.  And so I went -- they
2  just started a new dorm called Velocity.  It was the --
3  it was only four months old when I moved into it.  It
4  was basically 80 kids roughly who all wanted to start
5  companies.
6       So it was sort of cool because you knew you
7  could go live there with 80 other kids who were like
8  you wanting -- like, we're taking it seriously, wanting
9  to start tech companies.  So that's what I did.
10 Originally, we were building a music app, but it turned
11 into a chat app.  And it sort of went from there.
12      Q   Okay.  The University of Waterloo sounds
13 very cool, by the way.
14      A   Yeah, it is very cool.
15      Q   Yeah.
16      A   It's the one school, I think, outside the
17 U.S. Bill Gates would go talk at and...
18      Q   Right.  Okay.
19      A   It was cool.  It's a great school.
20      Q   Yeah.  So moving ahead to Kik, then.
21      You said you started working on a music app
22 that transformed into a chat app.
23      A   Yeah.
24      Q   Can you walk me through that?
25      A   Yeah.  So we -- like, we loved our

Page 14

```
 1   BlackBerries.  I loved BlackBerry.  There was a bit of
 2   a hometown thing at the time with the iPhone coming
 3   out, the BlackBerry could compete.  Here we are today
 4   as I have my iPhone.  So I looked at -- I looked at my
 5   BlackBerry.  Again, I was coming from consumer product
 6   management.  And I said, this BlackBerry does a lot of
 7   things great; messaging, e-mail, calendar, et cetera.
 8        But the one thing it really sucks at
 9   compared to iPhone is music.  So we could -- like for
10   myself, I would want to build for myself a better music
11   app, but probably a lot of other people would want it
12   as well.  So that's what we started with.
13        We're like, hey, we're going to build a
14   music app for BlackBerry.  We worked with the labels to
15   get licensing.  Tried to change for the model for how
16   music was tried and purchased and owned.  As we were
17   working on licensing with the labels, which takes a
18   long time with very cool technology, so we started in
19   Canada, and then became Canada and the U.S.  That sort
20   of slowed things down.
21        We realized two things.  So one is people
22   would want to share music with their friends,
23   obviously.  And two, those friends would be on multiple
24   different phone platforms.  So we said -- we went to
25   BlackBerry.  Our original plan was to share music
```

Page 15

```
 1   through their messenger called BlackBerry Messenger.
 2        So we had a BlackBerry app, they had a
 3   BlackBerry app, we would connect the two.  But we
 4   realized, hey, people won't just want to share music
 5   with their friends on BlackBerry, but also their
 6   friends on iPhone.  I think Android was just coming out
 7   at the time as well.  And so if that -- if we were
 8   going to make that work, BlackBerry Messenger needs to
 9   be on the iPhone as well.
10        And they said, "No, we're never going to do
11   that."  And we said okay.  And they said to us, "If you
12   want that, you should build it yourself."  So we built
13   chat functionality into the music app.  But we were
14   waiting for licensing, waiting for licensing.  And so
15   we said, hey, while we're waiting for licensing, which
16   is, you know, always right around the corner, why don't
17   we break out the chat app and launch that as an
18   independent app.
19        Then you can have chat, you can have music.
20   But if you have both, they'll work together.  So that's
21   what we did.  We broke out the chat app.  We worked on
22   that for a while.  And then while we were waiting for
23   licensing, we relaunched the chat app, and it just took
24   off.  Went zero to a million users in 15 days, million
25   to 2 million users in seven days, you know, the whole
```

Page 16

```
 1   world.
 2        You know, like Tencent, the big tech
 3   company in China, said, hey, why don't we build WeChat,
 4   one of the biggest apps in the world.  That's when we
 5   saw Kik go viral.  I remember the time my mom calling
 6   me and saying, you know, Whoopi Goldberg is like
 7   talking about Kik on The View.  And this is so cool.
 8        And so just chat took off.  And we had all
 9   these investors fly in.  They're like, you know -- and
10   isn't there a music thing as well?  And we were like,
11   no, there's no more music thing.  We're just focused on
12   chat.
13   Q   Okay.
14   A   So from then on, we were building a chat
15   app.
16   Q   What made it take off, looking back?
17   A   I think they were -- yeah.  So, you know,
18   part of this is like getting a little lucky.  And we
19   definitely got a little lucky.  But when I go back and
20   think about, you know, trying to explain -- because it
21   was the fastest growing thing in, like, human history
22   at that point in time.  Nothing had grown faster.  No
23   disease, no spread of information.
24        It was like -- like, it blew up globally.
25   It was surreal.  And I think it was, one, we were the
```

Page 17

```
 1   first chat app with great support for all three
 2   platforms, including BlackBerry.  So, you know, you had
 3   apps that were okay on iPhone, but almost always -- you
 4   know, and I would even go so far to say as pretty much
 5   always -- they were terrible on BlackBerry.
 6        Why?  Because BlackBerry was very hard to
 7   develop for.  It was a very, like, archaic platform.
 8   It was never built with, like, third-party apps in
 9   mind.  So if you want to build a great app, it was
10   very, like, almost impossible to do so.  So Kik was the
11   first app that was great on iPhone, great on Android,
12   and great on BlackBerry.
13        People had never seen an app like that on
14   BlackBerry before.  It was smooth.  It was beautiful.
15   It was like a real app.  It wasn't just a bunch of text
16   boxes.  So I think that was one part.  And then you
17   combine that with BlackBerry users who knew the power
18   of BlackBerry Messenger, loved BlackBerry Messenger,
19   but at the same time were sort of getting made fun of
20   by their iPhone friends at this point for being on, you
21   know, yesterday's platform.
22        And then maybe third, actually, is we were
23   also the first to make it really easy to find your
24   friends using your phone number and your address book.
25   So you had -- we made it really easy to come on board,
```

Page 18

1  and we built a great experience for everyone.  And
2  these BlackBerry users basically became our advocates,
3  like saying, hey, you have to get this.  It's great for
4  not just for you, but also for us, for the first time
5  ever.  And it just blew up.
6  **Q   Got it.  So the Kik app was created and**
7  **blew up in 2010; is that right?**
8  A   Yeah.  October 2010.
9  **Q   Okay.  Let's take that half of the decade,**
10 **2010 to 2015.**
11 A   Okay.
12 **Q   Did competitors come in, competing chat**
13 **apps?**
14 A   So you want the history?
15 **Q   Yeah.**
16 A   Yeah.  Yeah.  I can give you the rest of
17 the story --
18 **Q   Oh, yeah, go ahead.**
19 A   -- if you want.
20 **Q   Yeah.**
21 A   Competitors definitely came in.  So what
22 happened at that time, you know, 2 millions users,
23 everybody in the world is talking about us, is in
24 hindsight -- we didn't realize this at the time.  In
25 hindsight, BlackBerry was viewing Kik as a threat to

Page 19

1  BlackBerry Messenger, a competitive -- a competitor.
2  And they probably saw it in their data.  I don't know
3  if they did or not, but I assume they did, with seeing
4  BlackBerry Messenger users using BlackBerry Messenger
5  less when they became Kik users.
6      Now, we had worked with them for years.  I
7  had worked there.  I knew a lot of people there.  Not
8  at a senior level, because it was a massive company at
9  this point, and I was just, like, some intern kid.  But
10 we had worked for them -- with them for a while.  And
11 basically, they tried to kill Kik at that point.
12     So they kicked us off their platform.  They
13 turned off push notifications.  So messages would take
14 about an hour to deliver.  They took us out of the app
15 store.  They took away all access to their tools.  And
16 they sued us for patent infringement.
17     And so basically, what that meant is at the
18 time, we had about a third iPhone, a third Android, and
19 a third BlackBerry users.  And we lost 99 percent of
20 those users over by about three weeks.  So we went from
21 literally the hottest thing on the planet to being,
22 like, yesterday's news in a matter of weeks.
23     Because even if you weren't on BlackBerry,
24 the odds are you were talking to somebody on
25 BlackBerry.  That was the whole value proposition.

Page 20

1  It's a cross-platform chat.  And so it basically wiped
2  us out.  That was, like, personally very tough for me
3  as well because there was a lawsuit, so, you know, you
4  can't say anything.  But they implied a lot of things
5  about me personally.  I had been at BlackBerry.
6      I worked at BlackBerry.  I signed a
7  nondisclosure agreement.  I signed an IP agreement.
8  It's, like, so what are you saying, you stole this?  No,
9  we're not saying that.  It was, like, a tough time
10 personally for everyone.  Fortunately, some top
11 investors in the U.S. realized that this is an amazing
12 team.  This is just a big incumbent being threatened.
13 These are the guys to back.
14     So in March 2011, even though we had almost
15 no users at this point, we raised $8 million U.S. from
16 Union Square Ventures, Spark Capital, and RRE.  And
17 that saved the company.
18 **Q   What was the last one?**
19 A   RRE.
20 **Q   Okay.**
21 A   It's an acronym.
22 **Q   Sorry.**
23 A   Robinson, Robinson and Ellis, maybe.  So
24 here we are in March 2011.  I think we announced it
25 April 2011, something like that.  So we have money, but

Page 21

1  we have no users.  And so how do we get back in the
2  game?  And so what we focused on was, one, okay, we're
3  never going to be SMS for free because we don't have
4  BlackBerry anymore.  And so over time, WhatsApp took
5  that position.  But at the time, we owned it.
6      It was sort of unfairly taken away from us,
7  from my point of view.  So we couldn't be that.  So we
8  focused on the differentiation of while in Kik, we'll
9  give you complete control over your identity.  We won't
10 tie it to a phone number.  We'll tie it to a username.
11 So if you just want SMS for free, we can't be that,
12 because we are sort of fundamentally handicapped there.
13     But if you want to come in, connect with
14 people all over the world, but have sort of complete
15 control over who you are, how you present yourself, you
16 should get Kik.  So that was one of the things we
17 focused on, and then the second was becoming a
18 platform.
19     Do you have a question?
20 **Q   I don't know.  Got it.  So you -- it sounds**
21 **like as a result -- correct me if I'm mischaracterizing**
22 **this.  As a result of BlackBerry cutting you off of**
23 **their platform and what you perceived as sort of unfair**
24 **threats, shutting --**
25 A   Unfair actions.  I don't know about

1   threats. But unfair actions, yes.
2        **Q   I didn't want to mischaracterize it. It**
3   **sounds like you -- Kik pivoted its value proposition to**
4   **users to attract them. Am I getting that right?**
5        A   Not quite. Let me try to explain.
6        **Q   Go ahead. Yeah.**
7        A   So Kik was a messenger.
8        **Q   Yup.**
9        A   And so basically, if you want to chat with
10  your friends for free, really fast group chats, all of
11  these different things, you should get a messenger.
12  And Kik is a messenger. There are two different groups
13  who adopted Kik as a messenger when it went viral.
14       There was the people who are adopting it as
15  an SMS replacement, and there were people who were
16  adopting it as something better than SMS, different
17  than SMS, not tied to a phone number.
18       **Q   Got it. SMS being the text message**
19  **function on your phone?**
20       A   Text message, yes.
21       **Q   And people would like to not use that**
22  **because I think at the time you had to pay for text**
23  **messages?**
24       A   Correct.
25       **Q   And so some people saw apps like Kik just**

1   **as a substitute for paying for text messages, right?**
2        A   Correct.
3        **Q   But you're saying, no, there was another**
4   **value proposition being offered aside from just being a**
5   **substitute for SMS?**
6        A   Correct.
7        **Q   Okay. And now, tell me about that value**
8   **proposition.**
9        A   So -- and, you know, I think this is more
10  clear in hindsight than it was at the time, but we
11  could no longer -- all of those users, the 99 percent
12  left, right? Because they were looking for something
13  to chat with their friends no matter what phone they
14  were on for free, quickly, group chats, all those
15  different things.
16       We couldn't offer that anymore because we
17  couldn't -- BlackBerry at the time was like what
18  Android would be like today. It was a huge part of the
19  ecosystem. So we couldn't do that. WhatsApp
20  ultimately, from my point of view, won that race.
21       But for those people who stayed behind,
22  what did we offer them? It's that, you know -- a big
23  part of SMS is it's based on your phone number. So you
24  need a phone number and you need to give away your
25  phone number to everybody you want to talk to.

1        So what we said is Kik from day one was not
2   based on a phone number. It was based on a username.
3   So we could say to them, if you don't have a phone
4   number or you don't want to give away your phone
5   number, you should get Kik. So it wasn't that we
6   changed our focus. It's sort of we focused more within
7   our focus.
8        So everybody who wanted to use a
9   messenger, someone wanted to use it for this reason,
10  someone wanted to use it for this reason. We focused
11  on these people.
12       **Q   Got it. And why did that matter, the**
13  **ability to just sign up and use Kik just with a**
14  **username and not a phone number?**
15       A   There's lots of people in the world who
16  don't have phone numbers.
17       **Q   Sure.**
18       A   So that was part of it. But there's also a
19  lot of people who don't want to give up their phone
20  number, want to connect with people. They come from
21  all sorts of different backgrounds. And, you know,
22  some people have great lives, and some people have a
23  less fortunate hand dealt to them.
24       And for those people to sort of eschew sort
25  of, like, the physical reality that was dealt to them

1   and they had no say in, and then basically take on this
2   digital reality where they can be who they want to be
3   was a powerful and is a powerful proposition.
4        **Q   Other people suggested to us something I**
5   **just want to run by you --**
6        A   Yeah, yeah, yeah.
7        **Q   -- and see if you agree. That one of**
8   **the -- one of the key features you're accounting for**
9   **the messenger app's growth, I guess particularly in**
10  **this 2011 period going forward, was that it was a safer**
11  **place for younger people or --**
12       A   Yeah.
13       **Q   -- other people to express themselves**
14  **without having to, you know, have a phone, use their**
15  **phone number, that part of their identity.**
16       **Does that sound right to you?**
17       A   Yeah. So within the -- within the "I don't
18  want to use a phone number," it can be for two reasons.
19  It can be because "I don't have a phone number," and
20  that's typically younger people. Or it can be "I don't
21  want to give out my number." And that could be young
22  people or older people.
23       **Q   Sure.**
24       A   So yes. I think it's both those things.
25       **Q   Okay. And I think I keep cutting you off.**

1    Can you roll the camera forward on the Kik
2    story from that point?
3        A   Yup.  So maybe -- that was one thing.
4    And I -- and I think it's fair to say we only
5    recognized -- like, really understood the power of that
6    later on.  Okay?  So what was our hypothesis at the
7    time?  So we go viral.  We show the world what's
8    possible.  Everybody in the world is talking about Kik.
9        From our point of view, we get unfairly
10   taken out of that race.  But we raised the money.  And
11   so I'm thinking, how are we going to get back in the
12   game, how are we going to show the world that this
13   wasn't just a fluke, that we deserved it.  Okay?
14       And the hypothesis at the time was, well,
15   we don't have BlackBerry anymore, but what's the one --
16   so anything we can do, WhatsApp, for example, could
17   just copy and put it on BlackBerry.  So anything that's
18   trying to be SMS for free is going to be a losing game
19   because we had this fundamental handicap.
20       But the one nice thing about not having
21   BlackBerry is it's really hard to develop apps for
22   BlackBerry.  So if we were to become a platform that
23   other apps could, you know, integrate into and spread
24   through and connect into, and those developers only had
25   to build for iPhone and Android -- because that's the

1    only platform the Kik is on, Kik is only on iPhone and
2    Android, and not BlackBerry -- we could build a
3    platform in a very compelling way that maybe WhatsApp
4    couldn't because they'd be trying to score all these
5    BlackBerry users, too.
6        So when you send them something, you know,
7    iPhone and Android is fine.  But on the BlackBerry,
8    they'd be like, wait, I can't use this, this is broken,
9    this doesn't work.  So maybe we could turn it into an
10   advantage.
11       Q   Okay.
12       A   And so I think a big part of our story is
13   becoming that platform.  We were the first chat app in
14   the world, to my knowledge, to launch an API so that
15   apps could plug into a mobile messenger.  We launched
16   that in July 2011.  And, you know, we launched a web
17   platform a couple of years later.  We launched a bot
18   platform a couple of years later.
19       And so we've been, you know, trying to turn
20   chat into a platform to get back into the game for a
21   long time.
22       Q   Okay.  And what happens next?  I think I
23   understand the pivots or the changes that happened
24   following the BlackBerry challenge, if I can call it
25   that.  What happens after those pivots?

1        Walk me through the history.
2        A   So we spent a long time working on how to
3    become a platform.  First with plug-in, native apps,
4    and web apps, and bots.  So while all that work is
5    going on, Kik is starting to grow again at the same
6    time.  And this is what I talked about, you know, that
7    we didn't really understand the power at the time.
8        We do now.  But it's just this segment of
9    the world that doesn't want SMS for free, but wants SMS
10   without a phone number for various reasons.  So that
11   started to grow.  It started to grow really well,
12   culminating in 2014, Tencent investing $50 million at a
13   billion dollar valuation.
14       Q   So you had more rounds of investment?
15       A   Yeah.  So that was our, like, fourth --
16   like, our Series D, to use the terminology.  We raised
17   our Series A in March, April 2011.  Then we had a B, a
18   C, and then a D in 2014 with Tencent at a billion
19   dollar valuation.
20       Q   Okay.  What happened after that Series D in
21   2014?  Just a broad history of the company, what
22   happened after that?
23       A   So I think as we were coming into our
24   Series D, our growth chart had flattened out.  We were
25   no longer growing.  And we were very open about this

1    with Tencent saying, like, hey, you know, we're
2    competing with Facebook.  Seems like everything they
3    do, they just -- everything we do, they just copy.
4        And so, you know, we want to become this
5    platform.  We've been working on this platform for a
6    long time.  It looks a lot like the platform you guys
7    are building in China.  And so what they effectively
8    said to us, they might have literally said to us, but,
9    you know, the culmination of the investment was, We
10   think chat is going to be hugely powerful in the world.
11   We see it ourselves firsthand in China.  We think the
12   same thing is going to happen in the west.  And right
13   now, if we had to guess who would make that happen, it
14   would be Facebook.  But if there's anybody else who
15   could compete with them to make it happen, it would be
16   you guys.  And so we'll invest, even though your growth
17   has plateaued, and try to help you to make it you
18   guys -- to make this happen in the west, because, you
19   know, you're really the pioneers here, and they're just
20   copying and crushing you.
21       So they made that investment.  Turned out
22   it was harder than I think either of us thought.  We
23   started to lose users.  And as we lost users, we were
24   sort of, like, scrambling to try to get growing again
25   because as consumer company, the number one thing you

Page 30

1    must do is grow.  So you lose some users.  Everybody
2    gets more tense.  They get more tense.
3            They scramble a little bit more.  By
4    scrambling a little bit more, you make mistakes, you
5    lose more users, and on and on and on.  And it sort of
6    became a negative reinforcing cycle of things not
7    working.  You try to hire different people.  And
8    sometimes they make it better, many times they make it
9    worse.  And we were -- you know, I remember -- we
10   didn't realize at the time this was actually a systemic
11   thing in the mobile industry.
12           When people look back, almost -- you know,
13   Snapchat is losing users at this point.  Everybody is
14   losing users except for these monopolies.  So everybody
15   behind closed doors was saying, "We're losing users.
16   What are we going to do?"  We didn't know that.  We
17   knew we were having those discussions.  We didn't know
18   how many other people were at the time.
19           But we were the first ones, I think, in the
20   world to admit it in the press.  You know, a reporter
21   asked me, like, how is growth?  And I said, we're not
22   growing anymore.  And I remember he looked at me, he
23   was, like, shocked that I would say this on the record.
24           And then like -- did almost like a
25   double-take, and then went back, wrote the article, and

Page 31

1    then a bunch of people picked up the article.  And at
2    the time, that was a tough thing as well.  Like, "Why
3    are we admitting it?"  Like, "What's going on here?"
4    It's like, "Listen, it's just the truth."
5            So it was this, like, tough time.  And, you
6    know, I think what we didn't realize at the time is --
7    I think we put a lot of the blame on ourselves at the
8    time.  But I think in hindsight, what we realized is we
9    were playing an impossible game.
10   Q    And if you had to -- I think I've seen you
11   talking about this over the years.
12           The core challenge that Kik is facing --
13   are we in, like, 2014, 2015, 2016, that period?
14   A    Yeah.
15   Q    Okay.  The core challenge is that a
16   behemoth company like Facebook -- I think the phrase
17   you used is "copy and crush"?
18   A    Uh-huh.
19   Q    Walk me through that.  Copy, Facebook
20   introduces its own messaging function.  Is that it, or
21   is there some other aspect to the copy?
22   A    Copy is like a feature level.  So we
23   rolled out our native platform, for example, in July
24   2011.  About two years later, they rolled out an almost
25   identical platform.  I remember actually putting what

Page 32

1    our screens looked like and what their screens looked
2    like, and it was almost a pixel-for-pixel clone of what
3    we had done.
4            Same thing with the bot platform.  We put
5    out the bot platform.  I think it was 9 to 12 months
6    later, they put in an identical platform.  So it was
7    on a -- you know, same things happening with Snapchat,
8    you know.  Snapchat puts out stories, super successful.
9    Instagram and all Facebook products put out an almost
10   identical clone to that product.
11   Q    And how -- it might be obvious, but explain
12   to me -- I understand the copy piece.
13           How does that crush then?
14   A    The copy piece is -- there's two things you
15   need to do as a consumer company.  You need to grow.
16   You need more and more consumers using your products.
17   And you need to monetize.  The only way to monetize in
18   a consumer product or in any business, consumer
19   business, is to either sell something to consumers or
20   to sell their attention to somebody else who wants to
21   sell something to them, which is advertising.
22           So the copy and crush is anything you
23   wanted to create to monetize, say sell it, they would
24   copy it and just make it free.  So that was no longer
25   an option.  And so then your only option was to do

Page 33

1    advertising, just like them.  The only way to get
2    advertising to compete with them -- Google and Facebook
3    have a duopoly on advertising -- is get to a
4    significant scale where you become interesting to
5    advertisers.
6            The only way to do that is to take on
7    significant investment, significant growth to try to
8    get to that scale.  And so the copy and crush is as
9    you're trying to get to that scale where you become
10   viable and your business becomes viable, they're trying
11   to do anything they can to cut off your growth.
12   They're trying to copy and crush you.
13           Anything you do, let's copy them and let's
14   crush them.  Let's put in maximum, sort of, torque
15   there to make them -- to make them lose.
16   Q    And the crush idea is they have scale -- so
17   many users that they can cut off your growth and users?
18   A    Anything we can do, they can copy and make
19   free.
20   Q    Right.
21   A    So either we -- it's already free on us.
22   But at a minimum, they can copy and then promote it to
23   their much bigger audience base.  So, you know, the
24   majority of people, when they see it, they're like,
25   "Wow, Facebook is so smart.  Look at what they've

Page 34

1  built."  Whereas, you know, they didn't build it.
2       So anything that you can build to get your
3  consumers excited, and then you want to take it to new
4  consumers, you know, Facebook gets there first.  So --
5       Q   Got it.  I'm sorry to interrupt.
6       A   Yeah.
7       Q   You used the term "monetize."
8       A   Yeah.
9       Q   Like monetize the app?  Can you just define
10  that for me?  What does it mean to monetize an app?
11       A   To make money.  To generate revenue.
12       Q   And Kik, is it right that up through 2016,
13  Kik wasn't significantly monetizing its app?
14       A   I think that's absolutely correct.
15       Q   Right.
16       A   And, you know, this is -- you know, we're
17  going to talk about Kin in a second, I'm sure, or at
18  some point.  This was always the looming challenge,
19  which is how are we going to make money.  Because --
20  you know, I talked about copy and crush at sort of a
21  consumer level in the consumer app space.
22       But then within messaging more
23  specifically, nobody was making money.  And even today,
24  nobody makes money.  iMessage does not make money
25  directly.  Facebook Messenger does not make money.

Page 35

1  WhatsApp does not make money.  Telegram does not make
2  money.  They all have rich parents who make money from
3  somewhere else.
4       And so anything we could put in and then
5  sell, we knew our competitors would just copy and make
6  it free, making us look bad in a way in front of our
7  users.  You know, "Oh, Kik is trying to charge you
8  money for that.  They're such bad people.  Look, we'll
9  give it to you for free."
10       So we couldn't sell anything.  And anybody
11  who tried to put in advertising into a messenger, not a
12  feed-based app like Twitter or Snapchat stories or
13  something like that, but into a messenger, we saw
14  quickly disappear, to the point where there's no
15  significant advertising in any of the prominent
16  messengers today.
17       And so the question is:  How are we going
18  to make money in a world where all of our competitors
19  have, you know, for lack of a better word, rich
20  parents, and we do not, and none of them make any money
21  on their messengers.  And if we try to, we've seen
22  many -- you know, there was thousands of messengers at
23  one point, all competing to try to get to this end
24  game.
25       If we put in -- you know, we saw them one

Page 36

1  by one drop out trying to make money.  And so our thing
2  was we just keep raising money and keep going because
3  these -- until we figure it out.
4       Q   Why not just advertise?
5       Why not just sell user data to advertisers
6  and let them advertise on the platform?
7       A   I think we always had a problem with
8  advertising from a philosophical point of view.  We
9  never collected data on our users.  We always believed
10  in privacy.  That's why we chose usernames over phone
11  numbers originally.  Like, you shouldn't have to give
12  away something that you could never take back.  That's
13  sort of where we started.
14       So we never -- we sort of were always
15  philosophically opposed to collecting data.  We were
16  philosophically opposed to advertising, which is
17  basically trying to manipulate somebody to buy
18  something they wouldn't otherwise buy most of the time.
19  And so we never liked advertising.
20       But at a practical level, it -- for two
21  reasons, it wouldn't work.  One, we didn't have the
22  scale to be interesting to advertisers.  Yeah, they'll
23  do trial things, and we did do many trial things with
24  different advertisers and brands, but not enough to be
25  interesting versus Google and Facebook's duopoly.

Page 37

1       But then, at a practical level, to do
2  advertising, what's been shown in consumer applications
3  is the most effective place to do that is you need them
4  to do some sort of passive consumption.  You know,
5  you're scrolling through your Facebook feed.  Like, oh,
6  that was an ad, and you just keep going.  You're
7  scrolling through your Twitter feed, that was an ad,
8  just keep going.  Going through your Snapchat stories,
9  oh, that's an ad, you just keep going.
10       Whereas, in Kik, we didn't have any form of
11  passive consumption.  It was all active messaging.  I
12  say "hey," you say "hey."  There's -- never are you
13  ever a passive participant.  And that was by design,
14  you know.  We didn't want a passive consumption mode
15  because they you have to put in some sort of the
16  broadcast-type sharing; you know, Tweeting, posting on
17  Facebook, posting a story on Snapchat.
18       And we found that we felt that when you
19  added that to a product, it sort of turned into a
20  popularity contest, you know.  "I want to post things
21  on Facebook so I look good and I can get a lot of
22  likes, and my friends can say how great I am."  And
23  then people start filtering themselves.  They start
24  becoming less authentic.
25       And that was part of the reason we started

Page 38

1  Kik to begin with because we hated that. We wanted Kik
2  to be the one place to go where you didn't have to
3  worry about how you were coming across to other people.
4  You could just come in and connect on a human level.
5         So for sort of all reasons, advertising,
6  despite we did spend some time trying it, we never
7  liked it. But it seemed like the only -- of the two
8  options historically, it was -- you know, we can't sell
9  stuff because they copy it and make it free, so this is
10 the only option left. So we did try it, but we never
11 liked it.
12     **Q  Got it. 2016. Before -- some period**
13 **before the Kin project gets started, how would you**
14 **characterize the messaging app's user base?**
15     A  In what way?
16     **Q  Demographics, age, nationality.**
17        **At a high level, what did it look like?**
18     A  Global, declining, all ages. But the
19 largest demographic would be sort of teenagers and
20 20-somethings in the U.S.
21     **Q  Okay. Fair enough. And you had mentioned**
22 **some -- when we were talking about financing, you had**
23 **mentioned some early backing from venture capital**
24 **firms. Union Square was a key backer; is that right?**
25     A  Correct.

Page 39

1     **Q  And still are, correct?**
2     A  Yep.
3     **Q  Foundation Capital, when did they get**
4  **involved?**
5     A  I want to say 2012.
6     **Q  Like, a Series B or C?**
7     A  They got involved with the Series B.
8     **Q  Got it. Okay. Who would you say -- I**
9  **understand a lot of tech firms have key venture capital**
10 **backers. It's not just about money. It's about**
11 **guidance and experience.**
12        **Do you have venture capital backers like**
13 **that, sort of that have been guides for you over the**
14 **years?**
15    A  Yeah. We definitely had many different
16 mentors, advisors, over the years. I would say the one
17 that sticks out is Fred Wilson from Union Square
18 Ventures, who invested and joined the board in 2011.
19    **Q  Okay. And he's been sort of a mentor or**
20 **guide for the company over the years?**
21    A  Yeah. Him and -- yeah. He's been an
22 advisor, I would say, a very active and very smart
23 advisor over the years.
24    **Q  Any other firms or people at the firms that**
25 **had that role that you'd think of?**

Page 40

1     A  I think early on, another guy who was very
2  influential was a guy named Adam Ludwin from RRE.
3     **Q  Would you mind spelling that?**
4     A  Ludwin?
5     **Q  Yeah.**
6     A  L-u-d-w-i-n.
7     **Q  Okay.**
8     A  He was a -- not yet a partner, but an --
9  I'm not sure if the right word is "associate" or -- I'm
10 not sure what one level is down from a partner. But he
11 was one of the employees of RRE. And he was one of the
12 first ones up in Waterloo when Kik was first taking
13 off. Like, he literally was there.
14        And I remember asking him, like, "So what
15 brings you to Waterloo?" And he goes, "What do you
16 mean? You guys." And so it was sort of, like, this
17 idea that somebody would come to Waterloo just to meet
18 us was sort of a novel concept. But he is a very smart
19 guy. He graduated top of his class at Harvard Business
20 School.
21        And so he eventually left the board to go
22 start his -- left the firm, and therefore, also left
23 the board just to go start his own company. But I
24 would say for the first three years, he was influential
25 as well.

Page 41

1        And then we've had other partners over the
2  years, you know. We had a guy named Anamitra. I can't
3  remember how to say his last name. I'd say Banerji,
4  but I don't think that's quite correct. But he was a
5  partner at Foundation Capital. He had been an early,
6  if not the first, product manager at Twitter.
7        So we spent time with him, time with his
8  partner, Paul Holland. Series C was a guy named Danny
9  Carrerian, I believe is how you say it. He's a -- I
10 think they called him partner at the private equity or
11 hedge fund.
12    **Q  Okay.**
13    A  And then -- yeah. I would say those are
14 sort of the key guys.
15    **Q  And in terms of -- let's take USV.**
16 **Because Fred Wilson is a partner of some**
17 **sort at Union Square; is that right?**
18    A  Correct.
19    **Q  Did you deal with other people at Union**
20 **Square?**
21    A  Yeah. Like, I would say, I met with other
22 people, his other partners occasionally, like, a
23 handful of times. But by far, I spent the most time
24 with Fred.
25    **Q  So the other people at Union Square didn't**

Page 42

1   play the same role as sort of advising you --
2       A   No.
3       Q   -- and dealing with the business as Fred?
4       A   I wouldn't say so.  Like, they -- like, I
5   met them at -- like, at Union Square Ventures, they
6   would have CEO summits, for example.  I would meet them
7   there.  I might have done the odd phone call with them
8   over the years.  But, like, nowhere near to the degree
9   that I would spend the time with Fred.
10      Q   Okay.  So we're going to talk about Kin
11  very shortly.  Right before that, is it -- right before
12  then, I take it -- let's go late 2016.
13          Kik was still struggling to -- is it fair
14  to say, to find a business model to compete with larger
15  competitors like Facebook?
16      A   I think we were struggling to make money
17  and struggling to grow.  And the answer of "we'll
18  figure out how to make money later" was no longer an
19  option with investors.  And I think, at the same time,
20  Facebook and others were realizing how important
21  messaging was in the consumer space and were massively
22  ramping up their investment to compete with us in the
23  space.
24          So on the growth side, we were becoming --
25  we were outgunned.  And we were becoming quickly

Page 43

1   massively outgunned in terms of money being spent,
2   employees being deployed, to build a compelling
3   product.  And then on the monetization side, we hadn't
4   yet found something that would work.
5       Q   And you said -- on the monetization side,
6   you said that it was no longer an option for your
7   investors just to tell them, "We'll make money
8   eventually"?
9       A   Yes.
10      Q   Is that right?  Tell me about that.
11      A   I think -- like, I -- I don't know if it's,
12  like, that explicit.  It's just this -- it became this
13  increasing realization that we were driving at a wall
14  and not -- you know, not just us, but, like, almost
15  everybody in the consumer space, you know.  We weren't
16  going to be able to deploy more people and resources
17  than Facebook.
18          Facebook wasn't making any money on it.
19  But they didn't need to.  So we're competing with
20  people who have billions of dollars to compete with us
21  with.  They view this as critically strategic to their
22  strategy.  And they have zero need to make money from
23  it.
24          So it's not like -- you know, when I'm
25  going and talking to potential investors, like, so how

Page 44

1   are we going to beat Facebook.  And it got to the point
2   where it was like, I don't know.
3       Q   And you said it was never explicit.  Did
4   you have a sense that investors -- investors in Kik
5   were clamoring for you to have an answer to that
6   question?
7       A   Yeah.  I think, like, 2014 to 2016 were,
8   like, some of the toughest years of my life by a mile.
9   And when I say some of the toughest, by far the
10  toughest years of my life by a mile.  Why?  Because
11  when you're winning, everything is great and everybody
12  is happy.  And, you know, everybody is excited to take
13  on the next challenge.
14          When you're losing, it starts to become the
15  opposite.  And that becomes a self-fulfilling prophecy.
16  And people sort of get more scattered, less trusting.
17  Not just outside the company, but even inside the
18  company.  People start seeing like, wait a second, we
19  might die here.  And to manage a team and to manage an
20  investor base when it looks like you might die and to
21  try to turn that around is one of the toughest things I
22  think you can do in human existence.
23      Q   I think I read somewhere -- it might have
24  been a statement you made.
25      A   Maybe who, sorry?

Page 45

1       Q   That you might have made.
2       A   Uh-huh.
3       Q   That when Snapchat went public, that seeing
4   their financials, was an aha moment or was revealing
5   for you guys.  Does that ring a bell?
6       A   Yup.
7       Q   Tell me about that.
8       A   There was a period inside -- there was a
9   period in time where we thought we were unique in our
10  struggles, you know.  We said publicly to the press,
11  like, we're struggling.  Nobody else said that.  So we
12  assumed nobody else was saying that because nobody else
13  was struggling, you know.
14          Maybe that was -- that certainly was naive,
15  looking back.  But -- so for a long time, we thought it
16  was unique to us.  We thought it was because we didn't
17  know what we were doing.  And we didn't realize it was
18  because what we now realize in hindsight is we were
19  playing an impossible game.
20          And so when we saw Snapchat's IPO
21  documents, what we realized -- because we had this
22  increasing sense that it wasn't just us, that it was
23  other companies.  Actually, it was a lot of companies.
24  And then with Snapchat's IPO documents, we realized it
25  was all companies.

1      Like Snapchat, of all consumer companies to
2  challenge the incumbent monopolies, had executed better
3  than anyone.  They had raised billions of dollars of
4  capital.  They had thousands of employees.  And yet,
5  even they were struggling.  And so for me, it was this
6  realization where I could say, listen, it's not us.  It
7  is not just us.  It's not just most companies.  It's
8  pretty much all companies.  If we are going to survive,
9  we need a new game.
10      And so for me, it was an aha moment, that
11  this new game I had been thinking about since 2011 was
12  not so crazy enough of an idea, and that now is the
13  time to put it into motion.
14      Q   And you're talking about crypto?
15      A   Correct.
16      Q   Okay.
17          MR. SCHLEGELMILCH:  Can I ask a quick
18  question, Jeff?
19      So is it fair to say that sort of going
20  into 2017, was there sort of a fear within Kik that Kik
21  could die?
22          THE WITNESS:  Yes.
23          BY MR. LEASURE:
24      Q   And I promise we're going to talk more
25  about crypto because that happened in 2017, right?

1      A   Uh-huh.
2      Q   Let's imagine that a pivot to that didn't
3  happen.  Run through the scenarios otherwise facing
4  Kik.  What could have happened to Kik in 2017 or 2018
5  absent the crypto project?
6      A   Going into crypto?
7      Q   Yeah.
8      A   It's hard to speculate on the future.
9      Q   Particularly now that it's passed.  But
10  yeah, I understand.
11      A   Now it has passed?
12      Q   Yeah.
13      A   Like, at the time, like, it was very tough,
14  you know.  One of our values is we're constantly -- we
15  look at all of the options.  So we were constantly
16  looking at options over and over and over again.  And
17  one of the options we were looking at is, like,
18  calculating severances, you know, and how much money do
19  we need to legally set aside for severances.
20      So it was a dire time.  We faced many dire
21  times at Kik, you know.  We've been trying to come back
22  from this fundamental handicap, you know.  What is it
23  now?  Like, over eight years ago.  We've been trying to
24  get back in the game and get back on top.  So we've
25  faced many sort of situations like this before.

1      We only got one term sheet at our Series B,
2  one term sheet at our Series C, and one term sheet at
3  our Series D.  And so what would we have done if we
4  didn't get those term sheets at each of those points?
5  You know, I don't know.  It didn't look good.
6      But yet, we've always been able to figure
7  something else out.  So in hindsight, it's sort of, you
8  know, it didn't feel like we had other options.  But we
9  also have a history of finding other options.
10      Q   Right.  Like how you approached the
11  BlackBerry challenge in late 2010?
12      A   Yeah.  We have a history of figuring it
13  out, finding options other people miss.
14      Q   Okay.  Let's talk money and financing just
15  for a minute because we are at the SEC.  We've seen the
16  term "runway" used in connection with Kik's cash
17  situation.
18      If things didn't change and there wasn't a
19  move to crypto and Kik didn't raise additional money,
20  how long did Kik have to operate in late 2016?
21      A   I can't recall exactly.  But I think the
22  rough calculation was we weren't making money, we were
23  spending money, and we had a -- we had money in the
24  bank.  And so, you know, runway is the calculation of
25  how much money you have in the bank divided by the

1  amount of money you spend every month.
2      And so I think the calculation around our
3  runway was somewhere in the end of 2017.
4      Q   Got it.  And that was a helpful, I take
5  it -- let's call it a fraction of money in the bank by
6  how -- your spend rate.  Taking that fraction in turn,
7  were there efforts in late 2016 to increase the
8  numerator, that is how much money is in the bank?
9      In other words, to bring in more money?
10      A   In 2016, I'm not sure.  I can't recall
11  exactly what the efforts were.  But I think they
12  weren't that big.  Because for me, it's very hard to
13  sell a story that I don't believe.  And so if I were to
14  go out and try to raise money, you know, and they asked
15  me the question like, but how are we going to take on
16  Facebook, I didn't -- like, with the traditional means,
17  I didn't have a good answer.
18      Q   Got it.  So if you were to answer, "We got
19  a Facebook killer here.  We got a way to build scale
20  and to take on Facebook on our terms," you wouldn't
21  have believed that at that time?
22      A   Since 2011, when I first started thinking
23  about crypto, I had this what I would call crazy plan
24  in the back of my head of something that might be a
25  third way to generate revenue as a consumer company.

Page 50

1  But it was something that was fundamentally new, had
2  fundamentally never been done before.
3       And so I knew that, especially at this time
4  when Kik was struggling, that bringing that option up
5  at the wrong time would -- like, I'd look crazy, you
6  know.  Like, "Who is this guy?"  Like, you know, "We're
7  struggling.  We're trying to figure this out.  And he's
8  off talking about some cryptocurrency thing."  It's not
9  like today where everybody is talking about
10  cryptocurrency.
11       Back then, nobody was talking about
12  cryptocurrency.  Bitcoin was viewed as a big failed
13  experiment.  So I wanted to make sure I would exhaust
14  all of the other options first.  So I could say not
15  only do I believe crypto is an amazing option, but good
16  news guys, it is also the only option, from my point of
17  view.  So I think we should do it.  But I think if we
18  do it, we can do it without having any regrets.
19       Q   Got it.
20       A   And maybe -- can I add?
21       Q   Please.
22       A   And at that time, we looked at raising
23  money.  We also looked at selling the company, you
24  know.  And we looked around.  All of our competitors
25  are spending millions, if not billions, of dollars

Page 51

1  investing in their products with hundreds, if not
2  thousands, of employees.  And they make no money on
3  those products.
4       So it is fundamentally impossible for us to
5  compete with them as somebody who does need to make
6  money, has tens and, you know, barely 100 employees and
7  only has millions of dollars.  So we also went out and
8  said, well, maybe an option is to look for our own,
9  quote, unquote, rich parent.
10       And so we went out and we talked to all of
11  the big tech companies and big companies around the
12  world that saw that messaging was strategic but didn't
13  have their own messenger.  But the killer -- you know,
14  we had a great story of why we were the innovators, why
15  we were where we were, all of these pieces.
16       But the question I couldn't give a good
17  answer to at the end of it is, "Okay.  We agree with
18  you it's strategic.  We agree with you that you guys
19  are leading experts in this field.  That you have an
20  amazing technology, amazing product.  But
21  Facebook continues to copy and crush you.  If you had
22  our resources and our team and we had to go head to
23  head versus Facebook together, how would we win
24  together?  What would we do?"
25       I did not have a good answer to that

Page 52

1  question because it felt like Facebook had won.
2       (Discussion off the record.)
3       BY MR. LEASURE:
4       Q   All right.  Let's start again.  We see a
5  process -- we just see documents.
6       A   Yeah.
7       Q   But it's helpful to talk to a human being
8  about them.  We see a process with the investment bank,
9  Credit Suisse --
10       A   Yup.
11       Q   -- looking around for financing.  Does any
12  of that ring a bell?  Do you recall that?
13       A   Yes, I do.
14       Q   And what were they looking for?  An
15  acquirer, a source of new capital, all of the above?
16       A   Technically, they were looking for both.
17  But primarily, they were looking for an acquirer.
18       Q   And is that the process you were just
19  describing of --
20       A   Yeah.
21       Q   -- even with an acquirer with good
22  resources, you'd still have to answer fundamentally?
23       A   Yeah.  I'm sorry, what's the question?
24       Q   The question was:  Credit Suisse was
25  looking for an acquirer, and you met with -- or they

Page 53

1  discussed the possibility of Kik being acquired by
2  someone, correct?
3       A   Correct.
4       Q   And you described earlier the process where
5  even in discussions with acquirers -- potential
6  acquirers, the question would still be, okay, how are
7  you going to compete against Facebook?
8       A   Even with our money and our team.
9       Q   Right.  And that was the Credit Suisse
10  process?
11       A   Correct.
12       Q   Was there ever a valuation prepared for,
13  like, the value of Kik during that Credit Suisse
14  process?
15       A   I think there was a model prepared.  I seem
16  to recall that, you know, looked on comparables and
17  looked at a bunch of different ways of what Kik
18  hypothetically could or should be worth.
19       Q   Was it in the same range as it was for
20  Tencent in 2014, I think, of a billion?
21       Q   Was it less than that?
22       A   I can't recall.
23       Q   Okay.  Early in 2017, was there a
24  possibility that Kik might have to reduce costs and
25  fire employees?

1    A  Say the question one more time.
2    Q  Sure.  Early 2017 --
3    A  Yeah.
4    Q  -- before the pivot to crypto was
5  announced, was there a possibility that Kik would have
6  to cut costs and fire some of its employees?
7    A  It was one of the options we were
8  considering.
9    Q  I see in the documents sort of head count
10  listings and scenarios.
11    A  Yeah.  Like, one of our values is we look
12  at all of the options constantly.  That's how we
13  discover things that the rest of the world misses.  And
14  so one of the options we were looking at, because it
15  was an option, you know, raise money, sell the company,
16  lay off a bunch of people.  These were all options.  We
17  were looking at all of them.
18    Q  It's hard to tell from cold documents,
19  right?  I'm reading board decks and things.  I had the
20  impression from the cold documents that the idea of
21  firing employees really did not appeal to you or that
22  you were -- you would seek out other options well
23  before you'd be wailing to let people go from Kik.
24       Is that fair or a misreading of the
25  documents?

1    A  Let me step back.  Like -- nobody likes to
2  fire anybody, obviously.  I did have experience firing
3  people, you know.  We shut down our LA office with six
4  or seven employees in there, and laid off other people
5  as well.  We had done a layoff before.  So I wouldn't
6  say -- I don't like doing it, but I don't -- I wouldn't
7  say I wouldn't do it.
8       I think what I would do, if it was in the
9  best interest of the company, if I thought laying off
10  or firing, to use your terms, was in the best interest
11  of the company, meaning that it maximized the chance of
12  Kik succeeding, then I would have done it.
13    Q  Okay.  In terms of your own holdings and
14  interests in Kik -- Kik is a private company, correct?
15    A  Uh-huh.
16    Q  Do you own Kik stock?
17    A  I do.
18    Q  What percentage -- do you know roughly what
19  percentage of Kik's outstanding stock you, yourself,
20  hold?
21    A  I don't know exactly, but I could guess.
22    Q  Please.
23    A  Somewhere around 30 percent.
24    Q  30 percent.  Who are the other major
25  holders of Kik's stock?

1    A  Investors, early employees.  But I'm
2  certainly -- I believe I'm the largest.
3    Q  Okay.  And the other major holders are some
4  of the early -- or the --
5    A  My co-founder, other investors, et cetera.
6    Q  Have you sold stock, Kik stock, over time?
7    A  I believe I did sell some Kik stock at our
8  Series C financing.  But I believe that's the only time
9  I've sold Kik stock.
10    Q  Okay.  And moving ahead a bit to Kin
11  tokens.  Do you personally own any Kin tokens?
12    A  I personally bought $10,000 worth of Kin
13  tokens in the token sale.  But I haven't claimed those
14  tokens yet.  And I haven't done anything with them yet.
15    Q  Okay.  So if I were to try to understand,
16  you know, your own skin in the game or financial
17  interest in the Kin project --
18    A  Uh-huh.
19    Q  -- is it right that you indirectly have an
20  interest in Kin as a 30 percent or so owner of Kik,
21  which in turn holds some amount of Kin?
22    A  Yes.
23    Q  Okay.  Is there any other way you'd think
24  about just your financial interest in the project, the
25  Kin project?

1    A  I think what I recognized back in 2011 is
2  that launching our own cryptocurrency could be a
3  fundamentally new way to monetize the business, a new
4  way to build a consumer experience, a new way to
5  compensate our shareholders, like, you know, realize
6  that it was sort of the ultimate win-win-win.
7       So I would say, yes.  You know, part of the
8  reason why we went into crypto is because we would hold
9  a piece of an asset.  And the shareholders would own
10  that asset.  And I was one of those shareholders.
11    Q  Got it.  Was it also a way to obtain
12  financing for Kik?
13    A  I think it was a way to bring money into
14  the company, yeah.  Again, back then, like, crypto was
15  a totally, totally new thing.  So I wouldn't call it
16  financing.  I would call it, like, revenue.  It was a
17  way to make revenue.
18    Q  Okay.  Early 2017 -- I just want to talk
19  about the Kik org chart for a second.
20    A  Okay.
21    Q  Who were the key managers in place?
22    A  Early 2017?
23    Q  Yeah.  Right before the announcement of the
24  Kin project.
25    A  Like, are you asking for, like, the org

Page 58

1  chart at the high level or --
2     **Q  The highest level.  Who were the key people**
3  **that you had in positions?**
4     A  So it was myself.  It was Peter as our CFO.
5  Early 2017.  Eran as our chief product officer.  Alim
6  as our chief people officer.  Erin, I believe, as our
7  CMO.
8     **Q  Erin Clift -- I'm sorry to interrupt --**
9     A  Erin Clift.
10    **Q  -- is the chief marketing officer?**
11    A  Marketing officer, yep.
12    **Q  Okay.**
13    A  I'm forgetting other people for sure.
14    **Q  Let's take Erin Clift.**
15       **Did you think she was doing a good job?**
16    A  I think we were all trying to figure it
17  out.  You know, I think at the time it was -- like, lot
18  of those people were new managers, like, new leaders
19  inside the company.  Like, Erin was brought on somewhat
20  recently.  Eran was brought in through an acquisition
21  recently, put into that role recently.  Alim was
22  brought on somewhat recently.
23       So it was -- I would say it was, like, the
24  second leadership team I had at Kik.  I had the same
25  leadership team for roughly the first seven years or

Page 59

1  something like that.  And so I don't think there's,
2  like, good job or bad job.  I think it was we were all
3  scrambling, looking at where we were as Kik through our
4  own lens and trying to figure out how to save it.
5       MR. LEASURE:  Got it.  Let's take five.
6  Can we go off the record.
7       THE VIDEOGRAPHER:  Going off the record.
8  The time on the video monitor is 10:48 a.m.
9       (A brief recess was taken.)
10      THE VIDEOGRAPHER:  We are back on the
11  record.  The time on the video monitor is 11:04 a.m.
12      BY MR. LEASURE:
13    **Q  Back on the record after a brief break**
14  **during which, Mr. Livingston, did you have any**
15  **substantive conversations about this investigation with**
16  **SEC staff?**
17    A  No.
18    **Q  I'm going to ask that every time.**
19    A  Okay.
20    **Q  I'm sure there's a reason I ask it.  I**
21  **don't particularly know, but there's -- I will ask it**
22  **each time we come back on the record.**
23       **So we've been foreshadowing a pivot to**
24  **crypto.  Tell me, in your head, how the idea of Kik one**
25  **day maybe entering the crypto space came up.**

Page 60

1    A  So maybe the -- we'll go way back in the
2  history of Kik.  I always -- I didn't like -- like,
3  "How are we going to make money one day" is obviously a
4  question you get as a business.  As a music app, it's a
5  little bit more obvious.  Hey, you sell the music
6  because you have to sell the music.  And everybody
7  sells the music.  So nobody can offer it for free and
8  just undercut you.  So that was the original revenue
9  model.
10      Then Kik Chat takes off.  And so now we
11  lose our music model because we're not doing music
12  anymore.  But at the same time, it's like, well, that
13  doesn't matter because now you're a hot consumer app.
14  And consumer app, the -- or consumer startup, the
15  playbook is always grow, grow, grow now, monetize
16  later.
17      And so when we made the shift from music to
18  chat, we were growing.  We didn't have to think about
19  revenue because that wasn't part of the strategy for
20  how to grow a consumer company.  That's something you
21  can always figure out down the road.  But I knew
22  personally, as the CEO, that one day down the road
23  would come.  And I knew that there were only two
24  options.  The only two options are either you sell
25  something or you sell advertising.

Page 61

1      And I knew that selling something probably
2  wouldn't work because I've seen the competitive
3  dynamics.  And, you know, what I would do if I were one
4  of the competitors that are just copying what we were
5  doing or make it free.  So I knew that wouldn't be an
6  option.  And both philosophically and practically did
7  not like the option of advertising.
8      So really, if you had asked me back then,
9  like, what are the options before I learned about
10  Bitcoin, I would say I don't know.  But our investors
11  say, it's fine.  We can figure it out later.  So we're
12  going to figure it out later.
13      So I was always on the look out for another
14  business model.  It was always my dream to build a big
15  independent company, not to just sell it along the way.
16  And if we're going to be a big independent company, one
17  day, we would have to make money.  But the only two
18  options that seemed to exist didn't appeal to me.
19      So I was always on the lookout.  And so
20  when I first read about Bitcoin, which I believe was in
21  2011, I almost immediately realized that this could be
22  a third way to make money.  Because what I realized on
23  one side is that Bitcoin was this fundamentally new
24  technology where for the first ever, you could
25  guarantee the scarcity of a digital asset.

Page 62

1    So before you can guarantee the scarcity of
2  something, by choosing something physical, like gold,
3  nobody can create more gold, it's a pain to move gold
4  around.  But on the other side, you got something
5  digital, like points or dollars, easy to move around.
6  But whoever controls the database can make more
7  whenever they want.
8    Now, with Bitcoin, for the first time ever
9  in human history, you could have both of those
10  properties at the same time.  So what that meant is,
11  you know, if Bitcoin -- the supply was fixed.  There
12  would never be more than 21 million Bitcoins.  That was
13  guaranteed by math and cryptography.
14    So that if the demand for Bitcoin grew,
15  then the price of Bitcoin would grow, right?  Supply
16  stays fixed, demand grows.  Price is a function of
17  supply and demand.  So now, really, price is just a
18  function of demand.  So that if -- you know, if we had
19  created Bitcoin, and we had set a big chunk of it aside
20  for ourselves at the beginning, then this could be a
21  fundamentally new business model where instead of using
22  our community to try to sell them something, or using
23  our community to sell their attention to somebody else
24  through the form of advertising, we could use our
25  community and get them to start transacting in this

Page 63

1  currency, creating demand for the currency, growing the
2  value of that currency; and therefore, growing the
3  value of the currency that we held.  Okay?
4    And so that was what got me excited about
5  Bitcoin as a technology.  And there was another thing
6  that got me excited about Bitcoin, which was at the
7  same time, while Bitcoin was amazing, I also thought it
8  was fundamentally flawed.  And I thought the flaw was
9  is that it had a very bad go-to-market as a heat
10  currency.
11    You know, everybody is talking about
12  Bitcoin.  Oh, we're going to buy coffee with it and
13  plane tickets and all of these different things where I
14  could already use dollars.  So as a consumer, why would
15  I want to buy a currency -- a different currency to buy
16  something when I could just buy it with the currency I
17  already have?
18    And as a merchant, why would I want to
19  accept a currency when I could just accept it in a
20  currency where -- the same currency that all my
21  expenses were in.  And so for me, there's this, like,
22  fundamental flaw where Bitcoin was this amazing
23  technological and economic innovation, and yet, it was
24  fundamentally flawed in its go-to-market.
25    And I actually went to a Bitcoin conference

Page 64

1  in January 2012.  It's me and, like -- I think there
2  were 12 other people there, something like that, 13 of
3  us.  One of them was the lead developer of Bitcoin.
4  And I was like, "Guys, this is going to change the
5  world.  This is an incredible innovation that so few
6  people understand.  But how are we going to get people
7  to use it?"
8    And everybody sort of sat around in the
9  room and was like, "Well, we don't know.  But right
10  now, that doesn't really matter because we're focusing
11  on the technology."  Most of these guys were engineers.
12  And that's where I said, "Well, you guys focus on the
13  technology.  That's fine if you want to do that.  But
14  I'm going to go focus on the go-to-market."
15    And my thesis was -- you know, Bitcoin was
16  trying to focus on the digital world.  But the digital
17  world -- or, sorry.  Let me correct that.  Bitcoin was
18  focused on the physical world.  But the physical world
19  already had a currency.  But in a way, we had our own
20  digital world, you know.
21    In a way, we had our own digital country, a
22  country where millions of people are showing up every
23  day and interacting with each other.  But that digital
24  world, one, did not have a currency.  And two, we
25  could, as the owners of that digital world, give them

Page 65

1  and choose which currency they were going to use.
2    Q   So the idea of -- because you, Kik, ran a
3  digital world, that solved the flaw you saw in Bitcoin?
4    A   Yes.
5    Q   Why would people spend in a physical world?
6    A   Correct.
7    Q   Okay.
8    A   Like, what would be the fastest way to get
9  everybody in the world using Bitcoin every day, if the
10  United States government said, "Hey, from now on, the
11  only way to buy coffee is with Bitcoin."  And then
12  everybody would go, "Oh, fuck.  Okay.  How do I" --
13  sorry.  "How do I get Bitcoin?  Because I really want
14  coffee."  Right?
15    Boom.  Bitcoin would be super used
16  overnight.  But, of course, the U.S. government is
17  never going to do that.  They already have a currency.
18  We could effectively do the same thing, but within our
19  digital country.  We could say if you want all of these
20  things, the only way to get it is with what became Kik
21  Points.  And so everybody would say, "Okay.  Well, how
22  do I get Kik Points?"
23    Q   So by 2011 or 2012, you had this vision or
24  idea that you see as a potential to monetize the Kik
25  community; is that fair?

1      A   I got very excited about the idea that this
2   could be a third option as a way for consumer apps to
3   make money.
4      Q   Got it.  Why not introduce a crypto in 2012
5   then?
6      A   Or 2013, '14, '15, '16.
7      Q   Sure.
8      A   I think for a few reasons.  So back then,
9   there wasn't the pressure to make money that there was
10   later.  So I think that was one of it.  Second is this
11   Bitcoin thing was a brand new thing.  Like, very few
12   people in the world understood what was happening with
13   Bitcoin.  I was in a room with 12 other people, like
14   the who's who in Bitcoin.  And there's -- it's less
15   people in the room than at this table.
16          So it was a very new and novel idea.  So I
17   think while I viewed it as it could be a one day
18   solution, that it wasn't required today.  And, in fact,
19   you know, I get excited about different options and
20   about the future.  And that's something I'm very good
21   at is sort of seeing the future early.  But then I want
22   to confirm it for myself that it's viable.
23      Q   What did that take with crypto?
24      A   So the logic for why crypto could work as a
25   business model, the logic was very good.  And the logic

1   back then is the logic today, and it has proven to me
2   to be totally true.  But people always say, "Well, what
3   data do you have to validate your hypothesis?"
4          You know, I'm a very gut-driven person, a
5   logic-driven person.  But when you're trying to
6   convince a group of investors, a team, all of these
7   different people, that, hey, of all our very small
8   amount of resources that we're trying to allocate to
9   win and survive and build a business, that we should
10   spend some of those resources on this, you know.  It's
11   not just a "Well, I thought it was a good idea."
12          And that becomes especially true when
13   you're struggling.  Then it's even more important to
14   have a bulletproof argument for why this is a good idea
15   because people both outside and, more importantly,
16   inside are naturally skeptical.
17      Q   Let me make sure I understand that.
18          Is it fair to say that in 2012, had you
19   gone to Kik's backers, its investors, and said, "I want
20   to pivot to crypto," it wouldn't have been a known
21   tested thing in the world that they would have heard
22   about and embraced at the time?
23      A   I didn't go to any of our investors at the
24   time.  In fact, the first investor I went to, to the
25   best of my knowledge, is Fred Wilson in 2016.  And even

1   when I think back to who I went to inside the company,
2   I'm not -- like, a lot of this, I was just doing the
3   thinking on my own.  I might have talked to my
4   co-founder.  I haven't asked him since then.
5          He left the company sort of two years ago.
6   I know I brought it up to him at some point, but I'm
7   not even sure when that was.  Because the idea that
8   you're going to invent the third, meaning there were
9   only two before it, business models for consumer
10   applications in history, and that business model is
11   you're going to launch a new economy around a new
12   currency, you're going to own a piece of that currency,
13   and that piece you own will be your ultimate economic
14   reward, today it seems straightforward, but even a year
15   ago, it was, like, a crazy idea.
16      Q   It wasn't a tested or thought about
17   business model in 2012, '13, '14?
18      A   Even today, when I talk to people in the
19   cryptocurrency industry today, lots of people do not
20   understand this.
21      Q   Okay.  But I also take it part of what made
22   the project emerge in 2017 and not 2012 is you were
23   facing more pressure for monetization and pressure from
24   investors; is that fair?
25      A   I'd say in 2012, it was a very crazy idea.

1   It's not a crazy idea we needed to pursue yet.  It was
2   just sort of like what could be a third option one day.
3   So for all of those reasons, I could sort of slowly
4   build my own internal case for why this made sense.
5      Q   And it was -- it was you building the
6   internal case within Kik; is that right?
7      A   Correct.
8      Q   Were there any other people who were
9   championing the crypto project other than you?
10      A   Internally?
11      Q   Yeah.
12      A   I'm -- it's possible -- again, I'm -- I
13   believe the first person I told -- the first person I
14   told of our investors was Fred Wilson in 2016.  Before
15   that, I probably told Chris Best, but I'm not even
16   certain of that.  And then outside of him, I'm fairly
17   sure I didn't tell anyone, or at least not until right
18   around when I told Fred.
19      Q   Chris Best was the co-founder of the
20   company?
21      A   Correct.
22      Q   Okay.  You were the driver of the Kin
23   project, what became the Kin project?
24      A   Correct.
25      Q   Okay.  There's a project that I think you

Page 70

1    mentioned publicly before called Kik Points.
2        A   Uh-huh.
3        Q   What is Kik Points?
4        A   Kik Points was the first version of a
5    currency inside of Kik.  And what made it different
6    versus other currencies was -- there's lots of
7    currencies in apps, in-game currencies.  But all of
8    those currencies are really just a proxy for dollars,
9    you know.  You buy 100 gems for a dollar, and then you
10   spend your 100 gems, you know, one penny worth at a
11   time.
12           Whereas, what we want to do with Kik
13   Points, what I wanted to do with Kik Points
14   primarily -- my primary goal, which I did not share
15   with, I believe, anyone else at the time, but if I
16   shared it with anybody, it would have been Chris, was
17   to test this idea of launching a currency inside of our
18   community where it wasn't a currency you would buy and
19   spend, but a currency that you could only earn and
20   spend.
21           So there was no way to buy Kik Points.  It
22   was like its own little digital country.  You could
23   earn it and you could spend it, but that was it.  It
24   was its own internal currency.  That was my primary
25   goal of launching Kik Points.  But, again, I'm -- you

Page 71

1    know, we have a long history of doing more with less as
2    this little company that keeps surviving and keeps
3    playing against these giants.
4           We have to do more with less.  And so I
5    knew that alone would not be enough.  It was too crazy
6    of an idea to convince people that this was worth
7    spending engineering and product resources on and legal
8    resources on and all these different things.  So there
9    is a secondary benefit to Kik Points, which is it was
10   also a way -- a better way to get people to opt into
11   advertising.  And that could generate revenue.
12           So, hey, we don't have a feed where we just
13   show ads.  We don't want a feed because that sort of
14   goes against our philosophy for what we want Kik to be
15   as a product.  But what if who launched a currency that
16   the only way to get certain things within the product
17   was with that currency.  And the way to get that
18   currency on day one was to watch advertising.
19           So in effect, you know, now it's not just
20   you're watching ads and you see none of that value for
21   yourself, now you're choosing to watch ads and you're
22   getting paid to watch ads.  And that could be great for
23   our users because they're opting in.  It's their data.
24   They're monetizing their own data.  But it could also
25   be a revenue model for us.

Page 72

1        Q   Right.  So what was different between the
2    future Kin project and Kik Points?
3           How were they different?
4        A   Got it.  Like just -- they're different in
5    a bunch of ways.  Like, where do you want -- that's a
6    big question.  Like, technically, philosophically,
7    strategically?
8        Q   Yeah.  Let's talk strategically.  I take it
9    Kik Points, it was decided not to keep investing
10   engineering resources on it, correct?
11       A   Kik Points was, again, these -- was testing
12   these two hypotheses.  One was that you could get a
13   community transacting in a new currency that you didn't
14   have to buy, you would earn and spend.  And two was it
15   was a way to generate advertising revenue.  I would say
16   it disproved the second hypothesis.
17           It was not a good way to drive advertising
18   revenue, at least not to the degree we needed to become
19   profitable.  But it was great way with smashing success
20   of getting people to adopt a currency that they would
21   earn and spend.
22       Q   Yeah.  I think I saw maybe some of your
23   public statements saying that the velocity of
24   transactions on Kik Points exceeded Bitcoin
25   transactions, right?

Page 73

1        A   Correct.
2        Q   People were using it.  Was there a way to
3    transfer Kik Points into the physical world outside of
4    Kik?  In other words, trade Kik Points for dollars?
5        A   There was not.
6        Q   Was that a difference between Kik Points
7    and what became the Kin project?
8        A   Yes.
9        Q   And is that important?
10       A   What do you mean by "is that important"?
11       Q   Is that difference, the transferability to
12   the outside world, did that make a difference in the
13   success of the two projects?
14       A   It made them different.
15       Q   Okay.
16       A   So if Kik Points was a cryptocurrency but
17   could never be traded for dollars, then it wouldn't
18   work as a fundamentally new business model for
19   developers.  And it would also inhibit consumers
20   because, you know, the goal was to prove that we could
21   get the majority of people earning a currency.
22           But then, certainly, there would be some
23   people, like, "Hey, I don't want to watch ads.  Is
24   there just some way to buy this?"
25       Q   Right.

Page 74

1      A   And we would want to offer that as well.
2      Q   And I take it Kik couldn't -- just with a
3  project like Kik Points, other than generating limited
4  advertising revenue, Kik itself couldn't monetize its
5  app, right?
6      A   Sorry.  I'm not sure I understand the
7  question.
8      Q   Yeah.  Sure.  I'm trying to explore what --
9  Kin is transferable outside of the Kin project, for
10  dollars or other currencies, right?
11     A   Right.
12     Q   Kik Points were not?
13     A   Correct.
14     Q   I'm trying to understand if that -- if that
15  difference mattered or -- between the two projects.
16     A   I think it did matter.  I think, you know,
17  the fact that Kik Points was not transferable made it
18  not a business model for us or anybody else and also
19  slowed down the growth of the economy.  The other piece
20  that comes into the factor here is, like, the money
21  transmission laws.
22         You know, Kik Points, we could transfer
23  because there was no in or out.  And so that let us do
24  that and yet not be a bank.  Whereas, now, with
25  blockchain, you can allow that transferability and also

Page 75

1  not be a bank.  So I think that was part of the -- that
2  was part of the equation, too, is that it's not that we
3  didn't want to launch transferability of Kik Points,
4  but that we could not with the financial technology.
5      Q   Got it.  I think this is outside of Kik
6  Points, but was there ever any discussion or
7  exploration within Kik of the idea of using some kind
8  of dollars or Kik cash?
9      A   Yeah.
10     Q   Okay.  Tell me about that.
11     A   You're discovering why Kin was, like, the
12  killer win-win-win solution to a bunch of challenges we
13  had.  Because as we were -- you know, we talked about,
14  you know, this is just, like, a totally separate arm of
15  a different problem we needed to solve.  So I talked
16  about we were building this platform.
17         We're building a native platform, a web
18  platform, a bot platform.  And all those -- many of
19  these interactions for -- especially for bots would end
20  in, like, an exchange of money.  We talked about being
21  able to walk into restaurants, scan the Kik code, tell
22  the bot what you want for launch, say, "Yes, I'll pay,"
23  and then, boom, your lunch just magically shows up.
24         This bot platform actually was a big reason
25  why Tencent invested in Kik.  But the challenge was at

Page 76

1  the end of every of those interactions, you needed to
2  pay money.  And so we looked at all the options.  How
3  can we get money into the system, looked at all the
4  different partners we can integrate, like Stripe, et
5  cetera, or companies like them, to add payments into
6  the system, add your credit card.
7         We realized a lot of our users didn't have
8  credit cards.  We looked at doing our own credit card.
9  I still have this very cool Kik branded Mastercard that
10  we were considering launching.  But what we realized
11  with all of this is the current financial
12  infrastructure was so complicated that we would show
13  Facebook, for example, how to make bots work, how they
14  could change the world.  But then we'd be so dragged
15  down, and all of the things we would need to do to make
16  the financial side work, that by the time we got those
17  working, they would have long copied and crushed us.
18         So I think the other very cool thing about
19  Kik Points and Kin is it was a way to add transactions
20  to the ecosystem that we knew we needed to make the
21  platform succeed, but in a way that was much sort of
22  more efficient and cutting edge and we could move
23  quickly on, and so that we could actually get in front
24  and get to this escape velocity before Facebook could
25  copy and crush us.

Page 77

1         MR. MITCHELL:  What does "escape velocity"
2  mean?
3         THE WITNESS:  Escape velocity means that
4  you get to a point where -- so you're trying to launch
5  something new.  In software, anything can be copied.
6  Increasingly, these big companies are blatant about
7  copying and aggressive.  It used to be a bad thing.
8  Oh, you don't want to copy.  But now, they're like,
9  yeah -- like, you know, when Instagram launched
10  Snapchat's stories' clone, they were like, "Yeah, we
11  just copied it."  They don't even pretend anymore.
12  It's just like, "Of course we would do that."
13         So escape velocity is this idea that you
14  can set up a new product and it starts going, meaning
15  it starts generating its own momentum.  The network
16  effects start to kicks in such that by the time a
17  competitor realizes what's happening and starts putting
18  in place with their mass of resources of money and
19  people, it is too late, they cannot catch the network
20  effect, and so you have reached escape velocity.
21         MR. MITCHELL:  So just before I ask my
22  question, the product you were talking about was the
23  Kin product, the Kin tokens?
24         THE WITNESS:  Kin was a tool.  The product
25  I'm talking about in this case was the bot platform.

Page 78

BY MR. LEASURE:

1    BY MR. LEASURE:
2        Q   But the same concept of achieving escape
3    velocity to avoid being copied and crushed applies to
4    the Kin project, right?
5        A   In this example, if one restaurant had this
6    killer experience where you walk in, you scan the code,
7    like click, click, click, your food magically shows up,
8    and then it's like an Uber, you just walk out at the
9    end, it was a killer experience.  We had ran trials
10   with McDonald's and Burger King, for example.  It was
11   killer.
12           But at the end of those, you need to pay.
13   Okay?  "You want fries, a burger?  Okay.  It's
14   five bucks.  Yes, you'll pay?  Okay.  Great.  It's on
15   its way."  So in this case, you know, we could do one
16   restaurant.  But then we would need all of the
17   infrastructure in place to be able to get all the
18   financial infrastructure in place so that people could
19   pay for these things, get all the restaurants on board,
20   show them, "Hey, look at what's happening here."
21           They come on board.  So now consumers are
22   going into more restaurants and seeing Kik codes.  So
23   that's bringing in more consumers.  More consumers
24   brings in more restaurants.  They'll say, "Hey, look at
25   all of those other restaurants with all those

Page 79

1    consumers."
2           And you're achieving this network effect
3    and this escape velocity before Facebook just goes to
4    all the restaurants and say, "Hey, yeah, what Kik is
5    doing is really cool.  We'll give you a billion dollars
6    if you can do it with us."  Crushed.
7        Q   Right.  So we talked about your early
8    interest in crypto and applying it to Kik.  You're in
9    the wilderness in 2011 or 2012 with a handful of people
10   at a conference, I think you referenced, right?
11       A   Okay.  I went to the conference because I
12   was so excited about Bitcoin.  It's not the other way
13   around.
14       Q   Oh, no, I got you.  Yeah, yeah.  I'm trying
15   to move the camera forward to how the world changed by
16   early 2017.
17       A   Okay.
18       Q   Around the time the Kin project is being
19   explored.  How would you characterize the change that
20   happened from 2011 to 2012 to 2017?
21       A   How would I characterize the change?
22           Which change?
23       Q   Sure.  Good question.  The change in
24   interest in crypto, change in interest in new digital
25   assets, how would you characterize...

Page 80

1        A   I would characterize that period as having
2    increasing conviction that crypto was not only a great
3    option, but would also become the only option.
4        Q   For Kik?
5        A   For Kik.
6        Q   Okay.  There were more people -- there were
7    more people interested in crypto in 2017 than there
8    were --
9        A   Yup.
10       Q   -- right?  And there were a lot of new
11   digital projects on top of what Kik was exploring,
12   right?
13       A   Correct.
14       Q   Okay.  Would you say it was easier in 2017
15   than in 2012 to raise money for a new token project?
16       A   I would say there was much more interest in
17   cryptocurrencies in 2017 than there were in 2012, and
18   that there were certainly many more people buying
19   cryptocurrencies in 2017 than 2012.
20       Q   That's fine.  And in terms of that
21   interest, I want to see how you would characterize what
22   was driving that interest in new crypto projects in
23   2017.
24       A   I'm not sure I understand the question.
25       Q   You said there's new interest in crypto in

Page 81

1    2017, correct?
2        A   Much more people were buying
3    cryptocurrencies in 2017.  There was much more interest
4    in the industry in cryptocurrencies in 2017.
5        Q   That's fine.  Let me ask it in a better
6    way.  We see a term in some documents called "crypto
7    enthusiasts."
8        A   Okay.
9        Q   Have you ever heard that term?
10       A   I have heard the term.
11       Q   How would you characterize a crypto
12   enthusiast at that time?
13       A   Somebody who -- again, the industry was
14   just forming.  Many people had many different terms for
15   many different things.  I would describe that term as
16   people who were excited about the promise of blockchain
17   technology and what it could do for society.  And I
18   would describe it as people who were also buying
19   cryptocurrencies.
20       Q   Okay.  And they were buying because they
21   thought the future of crypto technology was bright?
22       A   Yeah.
23       Q   And there was more money coming into the
24   token market in 2017, would you agree with that?
25       A   If the statement was there was more people

1 buying cryptocurrencies in 2017 than the amount of
2 money buying cryptocurrencies in 2016 and so on and so
3 forth, yes, I would agree with that.
4 **Q   It follows from people being interested?**
5 A   Yeah.
6 **Q   Was that -- in terms of timing, because we**
7 **talked about how you were thinking about crypto for**
8 **half a decade by that point, did that timing matter for**
9 **you in terms of a market being developed and a lot of**
10 **interest in crypto assets in 2017?**
11 A   I think the most important thing it did for
12 me was it allowed me to explain the idea to my
13 investors and my team with appearing less and less
14 crazy over time.
15 **Q   Okay.  In 2017, it didn't sound entirely**
16 **crazy to pivot to a crypto project?**
17 A   Yeah.
18 **Q   Like it would have maybe in 2012?**
19 A   It didn't pivot to a crypto project.  It
20 didn't sound entirely crazy that crypto could be our
21 business model.
22 **Q   Okay.  That's one thing I want to be --**
23 **this wasn't -- I'm going to refer to it as the Kin**
24 **project if that's okay.**
25 A   Yeah.

1 **Q   Just to not get hung up on terms.**
2 A   Yeah.
3 **Q   But this was a transition of Kik's business**
4 **model, correct?**
5 A   This was increasingly going all in on a
6 fundamentally new business model that was powered by
7 crypto.
8 **Q   Got it.  And "all in" was actually the term**
9 **I was thinking of.  It wasn't sort of a side business**
10 **that you'd see would or wouldn't work.  It was putting**
11 **the company into this new business model?**
12 A   I think it started as a side business,
13 right?  Like, with Kik Points, it was a side business.
14 But as we got increasing conviction on the power of
15 this option and increasing conviction on the futility
16 of the other options, it became increasingly clear to
17 me that this was the best option.
18 **Q   Okay.**
19 A   And so at -- and then at some point, it was
20 all in.
21 **Q   We're going to walk chronologically through**
22 **2017 mostly.**
23 A   Okay.
24 **Q   But I want to first talk about this sort of**
25 **big picture concepts behind the Kin project.**

1 A   Okay.
2 **Q   There's a concept in the documents and some**
3 **of the things you said called an ecosystem or the Kin**
4 **ecosystem.  Is that a term you're familiar with?**
5 A   Yes.
6 **Q   Okay.  Tell me about the Kin ecosystem.**
7 **How does it -- how does it work or how is**
8 **it envisioned to work?**
9 A   The vision of the Kin ecosystem is hundreds
10 or thousands or -- hopefully, we'll see how far this
11 goes -- tens of thousands of digital apps that all use
12 Kin as their native currency.
13 **Q   So give me an example of an app and what it**
14 **would do with Kin.**
15 A   So Kik, for example, is an app.  Anything
16 you wanted to do inside Kik, like the different chats
17 you wanted to get into, different content you wanted to
18 buy, if you wanted to get advice on something, anywhere
19 where you're interacting with other people, Kin would
20 be the currency you would do to facilitate the exchange
21 of that value.
22 **Q   And is it solely -- in this vision, is it**
23 **solely digital or does it also interface with the**
24 **physical world?**
25 A   I'm not sure where Kin will end up one day

1 and how much of it will be digital and how much of it
2 will be physical.  But certainly, it feels like the
3 best go-to-market for a cryptocurrency from our point
4 of view is to focus on digital worlds.
5 **Q   Why is that?**
6 A   It's the place where millions of people get
7 together every day to exchange value with each other
8 where they do not have a currency, but where the owner
9 of that digital community could choose to introduce a
10 currency.
11 **Q   Got it.  And the ecosystem requires there**
12 **to both be apps and producers of services and also**
13 **consumers of those services, correct?**
14 A   Correct.
15 **Q   Like any market?**
16 A   Yeah.  Well, maybe just -- why did I pause?
17 The cool thing about Kin is, you know, before -- like,
18 what's the difference between Kin and in-app purchase,
19 right?  Why not just in-app purchase, like all of these
20 other iPhone apps do?
21 In Kin, you no longer have to think about
22 what services you can offer as the community owner that
23 people would pay you money for.  But now, you can
24 simply set up marketplaces where consumers can exchange
25 value with each other and do so in this cryptocurrency,

Page 86

1  and you can take nothing for yourself.  Right?
2      Like, hey, you know, you give fitness
3  advice to you.  And in return, you gave 50 Kin to do
4  that.  And we, Kik, we facilitated it, but we took none
5  of it.  But in doing so, you're getting people to use
6  this new cryptocurrency.
7      In doing so, that's creating more demand
8  for this new cryptocurrency.  And in doing so, because
9  the supply is fixed, that's making the cryptocurrency
10  more valuable for everyone, including us.
11      Q   Got it.  And so the business model for Kik
12  is you don't have to get paid for that 50 Kin transfer
13  directly, correct?
14      A   Right.  Right.  Because 50 Kin might be,
15  like, a fraction of a penny.
16      Q   Right.
17      A   Right.  We're like, oh, great, we got one
18  percent of a fraction of a penny.  You know, good news,
19  we're profitable.  Like, that wouldn't work.  And that
20  was the problem with digital world is, like, the
21  transaction fees were too high, the friction was too
22  high.  And the money, the percentage or the value of
23  those transactions was too low.
24      But now, with cryptocurrency, by getting
25  millions, hundreds of millions -- hopefully, one day,

Page 87

1  billions -- of people to use this new cryptocurrency as
2  their primary currency in this digital Kin ecosystem,
3  that would create a ton of demand for the
4  cryptocurrency.  Supply would be fixed, and that would
5  make our piece of that cryptocurrency very valuable.
6      Q   Right.  And so Kin -- Kik itself doesn't
7  have to take a piece of any of the transactions.  It
8  sits, hopes that there is more demand.  And because
9  it's, correct me if I'm wrong, sitting on a large pile
10  of its own Kin holdings, it can one day hope to make a
11  profit from that?
12      A   It can hope to -- like, its Kin, that piece
13  it owns, becomes more and more valuable.  It can sell
14  off pieces of that along the way to be revenue for
15  other things it wants to do.  And then whatever it has
16  left at the end of the day, once this open source
17  ecosystem is built and runs itself like Bitcoin,
18  whatever is left is the financial reward for the
19  shareholders.
20      Q   And you used the phrase, I think,
21  "win-win-win"?
22      A   Yeah.  Yeah.  Okay.
23      Q   I want to make sure I'm getting all the
24  wins.
25      A   Yeah, yeah.  Lots of wins.

Page 88

1      Q   Okay.
2      A   One of our values is we work hard to find
3  the win-win.
4      Q   Got it.
5      A   And we work very hard to find win-wins.
6      Q   To make sure I understand that in this
7  context, is it right that the win-win-win there is that
8  Kik's interest as a holder of Kin are aligned with
9  people who might hold Kin, that is with fixed supply,
10  people benefit when there are more transactions and the
11  value goes up?
12      A   I think this is -- there's many wins, and
13  we can go through them one at a time, but this
14  certainly is -- one of the wins is it's a currency.
15  The supply is fixed.  Nobody can create more.  So not
16  just if Kik has some of that currency, not just if
17  anybody else has some of that currency, but everybody
18  who has that currency, as the economy grows, they all
19  win together.
20      Even, you know, Billy here who just
21  transferred one Kin for fitness advice, even he --
22  like, he has one Kin, there's only going to ever be so
23  much Kin, so he forever has one piece of the whole
24  thing.
25      Q   How do you -- but -- so in terms of

Page 89

1  building out this project, how do you attract people to
2  use this ecosystem?  Why should I accept Kin as opposed
3  to anything else?
4      A   Why should I accept Kin as who?
5      Q   Let's say I'm a supplier of a digital
6  service.
7      A   As a developer?
8      Q   Sure.
9      A   I think there's -- well, maybe let's take
10  Kik, for example.  Why would Kik accept Kin?  And then
11  we can --
12      Q   Yeah.
13      A   -- generalize it to anybody else.  One,
14  it's a fundamentally new business model for Kik.
15  That's part of it.  It's a new way to generate revenue.
16  As the asset gets more valuable, you can sell pieces of
17  it to make revenue.  But two, you make revenue in a way
18  that is fundamentally aligned with your consumers in a
19  way that advertising is fundamentally not.
20      This was the piece that was very exciting
21  to us and to me, is not only could we make money, but
22  we could make money in a way that was fundamentally
23  aligned with our consumers.  In advertising, if anybody
24  says, "Hey, would you take Facebook without ads," every
25  single person would say yes.

Page 90

1    Whereas, with Kin, again, we're not taking
2  any piece. We're not taking transaction fees. We're
3  not even selling things over time. We're just
4  facilitating the exchange of value between consumers.
5  And so it is actually now our goal not only not to
6  extract value, but for -- to enable consumers to find
7  ways to extract value for themselves.
8    People could only spend a currency that
9  they've earned. And it's only if they spend that the
10  demand is increased. And only if demand has increased
11  that this is a successful business model for us. Ergo,
12  our goal is to now get our consumers paid. That is our
13  fundamental goal now with this business model, is we
14  are only successful to the degree that we can get
15  consumers paid for the value they contribute.
16    And that was, like, the killer win, is not
17  only is this a new way to make money, a way that the
18  monopolies cannot just take for themselves, but it's
19  also in a way that makes the consumer experience
20  better. We can do a service to direct consumers, not
21  extract something for ourselves.
22    Q   **But, again, leave aside Kik, you want third**
23  **parties to --**
24    A   So let's generalize it now.
25    Q   **Please.**

Page 91

1    A   Is that your question?
2    Q   **Yes.**
3    A   Okay.
4    Q   **Let's do.**
5    A   So killer solution for Kik, right? Like,
6  it's a fundamentally new business model for us in a way
7  that fundamentally aligns with what our consumers want.
8  Win-win. Okay? But we realized two other things. The
9  first thing we realized was that if Kik needed this as
10  a billion dollar consumer app, that there would be many
11  other people who would need a similar third option.
12    It wasn't just us who was struggling,
13  failing to compete with this monopoly called Facebook.
14  It was actually everybody. And so if we needed this
15  business, this new business model for ourselves, there
16  are probably lots of other developers that would need
17  it -- out there that would need it for themselves also.
18    And we said, well, okay, so probably a lot
19  of other consumer apps would get to the point where
20  their only option is to launch a cryptocurrency as
21  well. Well, that's not going to be good because then
22  consumers will have all these different currencies in
23  all these different apps.
24    But at the same time, for it to be a
25  business model for themselves, they're going to have to

Page 92

1  capture -- you know, when they grow demand for this
2  currency by having it be the currency inside their app,
3  they need to get the value from that. Otherwise, it's
4  not a viable business model for them.
5    How could we set that up? How could we set
6  it up? Yes, you could go launch your own
7  cryptocurrency. But if you adopt Kin, you'll actually
8  make just as much money, but you'll be part of a bigger
9  ecosystem. And so that was the Kin Rewards Engine. We
10  said let's set 60 percent of all Kin aside for any
11  developer who helps us come build this economy.
12    Because as we said, like, when we say to a
13  developer, hey, if you put this in your app, you'll
14  grow a demand like this. That will grow the value of
15  Kin like this. And the Kin Reward Engine will look at
16  that and give you that value back. So there is no
17  financial reason to do your own, and there's also a
18  very practical reason to band together and to compete
19  as one. I would think that was one thing.
20    But two is we also realized that if Kin
21  were only ever used in Kik, it wouldn't work. Why? As
22  a business model. Why? Because while Kik Point --
23  while Kin is on the blockchain, and therefore, there
24  could never be more, if only one, quote, unquote,
25  digital country is accepting it, and one day we decide,

Page 93

1  hey, Kin is great. There's never going to be more.
2  But now we want a different currency. We're creating
3  Kin 2, the value of Kin would go away.
4    There would be no more demand, nobody is
5  using it because the one country -- digital country,
6  that was using it is no longer using it. So we realize
7  just from a business model point of view as well, this
8  needed to be an ecosystem where there were many
9  different digital countries all adopting it. So that
10  if any one digital country decided to no longer support
11  it, that it wouldn't matter to the overall ecosystem.
12    So, again, a win-win where -- another
13  example of a win-win where every other developer --
14  almost every other developer out there needed this as a
15  business model as well. But by doing that, it made Kin
16  as an ecosystem and as a currency stronger overall.
17    And then the third piece is it would also
18  let us all compete together as one against these
19  monopolies like Facebook because now we're all trying
20  to drive demand for the same currency. We're all
21  working together to do that through our own independent
22  efforts. And if we -- so we can all take on Facebook
23  as one. And if we do that, we all win as one as well.
24    Q   **So all parties in this ecosystem have an**
25  **interest in -- including Kik, have an interest in**

Page 94

1  increasing the velocity and the amount of transactions
2  that happen over time?
3      A   Correct.
4      Q   Okay.  And their -- and the goal of the Kin
5  project, correct me if I'm wrong, is to, through
6  network effects, build up such interest in this
7  ecosystem that it's immune from a copy and crush by a
8  larger competitor?
9      A   This was the -- I have ten years' almost at
10 this point experience of being copied and crushed, and
11 it's painful.  And every time somebody has tried to
12 tell me, "But they won't copy this," every time, you
13 know, for years, "Wow, that's amazing.  It's crazy.
14 It's amazing.  It's so innovative.  They're such a big
15 company.  They're not going to copy this," and every
16 time, they do.  Every time, they do.
17     And so this time, people -- "Facebook is
18 not going to get into crypto.  It's crazy.  They don't
19 need to.  They have advertising."  Blah, blah, blah.
20 "They won't copy this."  And I'm like, if there is a
21 big opportunity to build value for consumers, to build
22 value for themselves, it doesn't matter how crazy it
23 is, they're going to try to copy and crush.
24     And so Kin has been set up from day one in
25 anticipation of the moment when Facebook enters the

Page 95

1  ring to try to copy and crush once again.
2      Q   And how has it been set up?
3      A   This is the most beautiful thing.  At the
4  end of the day, you want the expert level understanding
5  of Kin and crypto.  Kin is a new currency.  Kin is a
6  new business model.  But Kin is a new way to work
7  together.  Crypto is a new way to work together.  Let
8  me explain.
9      Historically, anything we can build,
10 Facebook can copy and has.  Our app platform, our bot
11 platform, our web platform, many of our features inside
12 the app, copy, copy, copy.  Snapchat, they built
13 stories.  It's a new thing.  New stories are growing
14 faster than the feed in Facebook.  Like, it was a
15 fundamentally new innovation that would change the
16 world.  Copy, copy, copy.
17     In each of those instances, the company
18 being copied -- Kik, Snapchat, whoever it is -- would
19 have to defend themselves against the monopoly on their
20 own.  Okay?  Let me -- let me explain.  Snapchat.
21 Instagram puts stories into Snapchat.  Stories has now
22 wiped out Snapchat.  Snapchat is now declining in its
23 users.  What do I do?  How can I help Evan?
24     I feel bad for Evan Spiegel, the CEO of
25 Snapchat.  I feel bad because I've been there myself.

Page 96

1  I call him, I say, "I feel very bad for you.  Good
2  luck," click.  That's all I can do.  All I can do is
3  say, "I feel bad for you.  If you need a shoulder to
4  cry on, give me a call.  I'm here for you, buddy.  But
5  good luck."
6      Q   I have to ask:  Did you make that call?
7      A   I did not make that call.
8      Q   Okay.  Continue.
9      A   I don't think --
10     Q   Are you sure?
11         (Discussion off the record.)
12         THE WITNESS:  Why is crypto so exciting?
13 Why is Kin so exciting for me?  Because for the first
14 time ever, we can work and defend as one.  Let me
15 explain.  Facebook is going to launch its own
16 cryptocurrency one day.  I can almost guarantee it.  I
17 would be shocked if they don't launch Face Coin one day
18 or whatever they'd call it.
19     And I bet you it will be set up very
20 similarly to Kin in almost every respect.  But this
21 time, what is so interesting about this is we can work
22 together as everybody else, as everybody who's been
23 screwed by Facebook over the years.  Because before,
24 it's like there's nothing I can do to help you except
25 say "good luck."

Page 97

1  But now it's saying, listen, Facebook is
2  putting their currency into all of their apps.  But now
3  we can put our currency into all of our apps, and our
4  combined economy across all of these apps can compete
5  with their economy.  And actually, not only compete
6  with it, but potentially beat it.  And I think the
7  analogy here is this is the way the Euro competes with
8  the RMB.
9      It's saying -- the RMB is like, listen,
10 that's the currency of that major economy over there.
11 But if we all band together, together, combined, our
12 economy can be even bigger.  And so what's so exciting
13 to me that this is not only just a new business model,
14 it's not only fundamentally aligned with our consumers,
15 all those things could be also true for Facebook or
16 anybody else.
17     But who -- which currency wins and which
18 currency loses will be decided by the digital
19 communities that adopt it.  And so now, I can say to
20 all of these other digital communities out here, you
21 can make just as much money, build just as great a
22 consumer experience for your users.
23     But by adopting, you make just as much
24 money.  The only difference by adopting our
25 cryptocurrency versus their cryptocurrency is that in

Page 98

1   our world, we win if you adopt ours.  And if you adopt
2   theirs, in their world, they win.  And so it's like you
3   could -- like, everything is the same.  Same user
4   experience.  Same money you're going to make.  The only
5   difference is Facebook wins or loses.
6           And all of these guys are going to say,
7   "Right, it's identical, and the only difference is
8   Facebook loses.  Yeah, I'm going to take that on if
9   Facebook loses."  And so this to me is like -- the
10  thing that's emerging, that people are starting to
11  understand, like, we have all these developers gone
12  live with apps now, is it's in everybody's best
13  interest to work together.
14          Why?  Because you own a bunch of Kin.  I'm
15  going to work selfishly to get Kin more adopted in Kik,
16  to make my Kin more valuable.  But in doing so, I will
17  make everybody else's Kin more valuable as well.  And
18  the same is true for them.  And so it's the first time
19  forever that all of these consumer communities that
20  have been unfairly copied and crushed for years by
21  Facebook can band together and win and compete as one.
22          BY MR. LEASURE:
23      Q   But based on what you're saying, this
24  vision of a group banding together and enough scale to
25  compete with Facebook, it seems like you're in a race

Page 99

1   against time, then, to achieve that scale before F Coin
2   or Face Coin is introduced, right?
3       A   It's always -- everything in life is matter
4   of time.
5       Q   No, I understand.  But to press on that,
6   Kin is introduced in September of 2017 to the broader
7   market, correct?
8       A   Correct?
9       Q   And at that time, it was not capable of --
10  there wasn't an ecosystem in place to compete against
11  F Coin or Facebook Coin, if it came out in
12  September 2017, right?
13      A   I think it's a gradient, right?  It's like
14  a network effect thing.  Like, the more people that
15  join, the more people that will join, the more people
16  that will join, and on and on and on.  And this is the
17  exciting thing about, like, cryptocurrency as a
18  business model.  It's like the more people that join,
19  the more enticing it is for everybody else to join.
20          And that was one of the exciting things
21  with Kik and Kin, is we're saying, hey, if, you know,
22  Kik -- Kin has a bunch of things, it's a cryptocurrency
23  on the blockchain, and it has one consumer app for sure
24  that is all in on it, and it's a big consumer app
25  called Kik.

Page 100

1       Q   Right.  And that was one of the marketing
2   pitches of the Kin offering, right?
3       A   That's one of the reasons we thought this
4   was a killer business model, not just for us, but for
5   other developers as well.
6       Q   Got it.  But the key to defeating a future
7   Facebook Coin --
8       A   The evil empire.
9           (Discussion off the record.)
10          BY MR. LEASURE:
11      Q   The key to defeating it, though, I take it,
12  from what you're saying, is network effects, building
13  up a strong enough community that through self-interest
14  would rather not adopt Facebook Coin, but would rather
15  keep with Kin?
16      A   Correct.
17      Q   Okay.  We're going to walk through time.
18  But does that community exist today in your view?
19      A   I think it's a gradient.  Like, the
20  community keeps growing and growing and growing.  Like,
21  community members who are helping, like, evangelize Kin
22  to their friends, community members who are developers,
23  who are building apps.  Like, the community today is
24  bigger than it was yesterday.
25          And I hope that will continue to be true

Page 101

1   until this is one of the largest ecosystems and
2   communities in the world.
3       Q   Okay.  Comparing it to Kik Points, is one
4   of the differences between Kik Points and the Kin
5   ecosystem the ability to transfer value out of the
6   community, that is to fiat dollars or other cryptos?
7       A   That is a difference and one of the key
8   things that makes Kin a viable business model where Kik
9   Points was not.
10      Q   Right.  Both for Kik, I take it.
11      A   For Kik and for every other developer and
12  also for consumers.
13      Q   Right.  A developer ultimately might want
14  to extract the value it gets and turn it into dollars
15  to pay their employees?
16      A   Yes.
17      Q   Okay.  How would you characterize the role
18  of Kik, the company, in the Kin ecosystem?
19      A   I think what we were to Kin is what Satoshi
20  Nakamoto, whoever he, she, or they are, is to Bitcoin.
21  This was our brainchild.  You know, we wrote the first
22  lines of code.  We launched the ecosystem.  We were
23  sort of the first ones in.
24      Q   Is that it?
25      A   Yeah.  I think there's a lot of

Page 102

1 similarities between the two.
2     Q   No. Obviously, he or she or they are
3 important people in the history of Bitcoin. I'm
4 asking: Is that the only role Kik, the company, has in
5 the Kin ecosystem?
6     A   The question is what other roles does Kik
7 have, if any, in the ecosystem? Kik also owns Kik, the
8 messenger. So they could say, "Hey, this is going to
9 be our currency in our app. We're sort of" -- "We're
10 going to go first."
11        I think that's, like, a powerful statement.
12     Q   So an early adopter?
13     A   Yeah. That's a good way to put it, I
14 think.
15     Q   Okay. What else?
16     A   I think we were going to help set up the
17 Kin Reward Engine. We set up an independent -- what
18 became an independent foundation to actually oversee
19 the Kin reserves, the 6 trillion Kin. But like all of
20 these things, they have to start somewhere. So we
21 could help -- we could propose a Kin Reward Engine
22 algorithm, which they could choose to fund or not fund.
23        So I think that's one of the things Kik is
24 doing. And just be all-around advocates for the
25 project.

Page 103

1     Q   And in terms of being all-around advocates,
2 does Kik have a role in -- not only in just being an
3 earlier adopter, but in otherwise evangelizing or
4 spreading the word about the ecosystem?
5     A   I think on that one, everybody has a role.
6 I think this is, like, one of the powers of
7 cryptocurrencies, is everybody owns some of the
8 currencies. So everybody is evangelizing it.
9     Q   But Kik does that?
10     A   Yeah. Kik does that for sure.
11     Q   Kik has a program to do that?
12     A   Kik creates programs to do that.
13     Q   I'm sorry. Let me ask. Program is a --
14     A   Yeah.
15     Q   It can mean different things. There
16 is a -- is there a business unit within Kik, the
17 company, whose job is to evangelize or promote the
18 ecosystem to third parties?
19     A   There is a division within Kik whose job
20 it is -- there's multiple divisions within Kik to get
21 developers to adopt Kin.
22     Q   I'm literally blanking on the name right
23 now. The developer --
24     A   Program.
25     Q   -- program. Is that the name of that

Page 104

1 group?
2     A   Yeah. That was one of the programs that
3 employees of Kik put together.
4     Q   Got it. Who runs that?
5     A   There's different people involved. But I
6 would say -- so it's sort of like a transition. I
7 think it was first run by a woman by the name of
8 Natasha. She's since gone on a mat leave. So I don't
9 know for sure, like, who would be the official leader
10 of it now. And then we have different squads.
11        One of the squads is building the developer
12 experience. That's run by a guy by the name of
13 Ayelet. One of them is like -- almost like running a
14 consultancy. It's run by a woman by the name of Noa.
15        MR. LEASURE: Okay. We need to take a
16 brief break.
17        MR. MITCHELL: Actually, one more question.
18        Why is Kik doing that?
19        Why is Kik trying to recruit developers?
20        THE WITNESS: I think this is, like, the
21 cool thing about cryptocurrencies, is when everybody
22 has a stake, if they're operating in their own selfish
23 best interest, they're trying to get more people to use
24 the cryptocurrency because that will make their
25 currency that they own more valuable.

Page 105

1        But in doing so, they're also benefitting
2 everybody else who owns that currency. So we are
3 operating in our own selfish interest, but everybody
4 else is independently operating in their own selfish
5 interest as well. But in doing so, we are actually all
6 operating in our collective self-interest and best
7 interest. That's the coolest thing about crypto.
8        MR. MITCHELL: This recruiting effort is
9 part of that?
10        THE WITNESS: We're operating in our own
11 selfish best interest because if Kin is the most used
12 cryptocurrency in the world, then our Kin is going to
13 be very valuable.
14        MR. MITCHELL: Thanks.
15        MR. LEASURE: Let's take a video break.
16        THE VIDEOGRAPHER: This ends Disc Number 1.
17 Going off the record.
18        The time on the monitor is 12:01 p.m.
19        (A brief recess was taken.)
20        THE VIDEOGRAPHER: This begins Disc
21 Number 2. We are back on the record.
22        The time on the video monitor is 12:03 p.m.
23        BY MR. LEASURE:
24     Q   We're back on the record after a brief
25 break during which, Mr. Livingston, did you have any

1    substantive conversations about this investigation with
2    SEC staff?
3        A   I did not.
4        Q   Okay.  We've been talking about the Kin
5    ecosystem.  Has Kik ever tried to identify in writing
6    the specific criteria for the Kin ecosystem?
7        A   I'm not sure what you mean.
8        Q   Sure.  Has it ever tried to put down in a
9    document what the Kin ecosystem will look like?
10       A   I think we've tried to explain our vision
11   for what we think the Kin ecosystem could look like,
12   what we would want it to look like.  I would say we've
13   done that.
14       Q   And what document or documents do you have
15   in mind?
16       A   Like, I think we, for what, a year and a
17   half now, or however long it's been, have been trying
18   to get the world to see what we see, the opportunity
19   here to make money as developers in a way that's better
20   for consumers, and then all work together and compete
21   against these monopolies as one.
22           And so in doing so, we've done lots of
23   conferences.  We wrote a white paper.  We created a
24   website.  Various things.
25       Q   And so those laid out the vision of a Kin

1    ecosystem?
2        A   Yeah.  I think, you know, there's like --
3    for example, the white paper, right?  The white paper
4    was created by different pieces by different people.
5    So it's sort of different people's interpretation of
6    the vision at that time in their area.
7            But, you know, the vision is an evolving
8    thing because this is a brand new sort of technology,
9    business model, economic framework, et cetera.
10       Q   Understood.  And aside from vision, were
11   there any documents ever created that laid out things
12   like metrics for a Kin ecosystem?
13       A   In what way?
14       Q   Sure.  So, for example, a desired number of
15   suppliers of goods and services, a desired number of
16   buyers or transactions that would happen.
17       A   I'm not sure.  Maybe there were.  I'm just
18   laughing because, like, the answer to those is the
19   desired number is all of the developers.  And the
20   desired number of consumers is all of the consumers.
21   And the desired number of transactions is all the
22   transactions.  So I'm not sure.
23       Q   Okay.  But prior to conquering the world,
24   has there ever been a document that lays out by 2019, a
25   goal would be this number of transactions, consumers,

1    developers?
2        A   I'm sure we probably had -- I can't
3    remember anything specifically.  I'm trying to think
4    back.  I'm sure we had goals, you know.  Again, this is
5    not -- Kin doesn't exist in a vacuum.  One day, there
6    will be Facebook Coin.  And so we want to put as much
7    pressure on ourselves to contribute as much as we can
8    to Kin to get it to the escape velocity before Facebook
9    enters the ring.
10       Q   Has there ever been any desired -- I'm
11   talking about desired metrics for the Kin ecosystem in
12   terms of numbers, what it looks like.  Has there ever
13   been any such desired metrics shared outside of Kik?
14       A   Maybe you have something specifically
15   you're thinking about, but I don't know.  I can't think
16   of any specific metrics.  Like, we want, you know, 48
17   developers with Kin by this date.  Like, we want as
18   many as possible as fast as possible.  And so I'm sure
19   we set goals at some point.  I'm not sure what those
20   goals were, who they would have been shared with.  So I
21   can't recall specifically.
22       Q   That's fine.  And I have no -- I'm not
23   hiding a specific document I have in mind, just to be
24   clear.
25           Kin project has been public for a year and

1    a few months, correct?
2        A   It was announced in May of last year, May
3    or June.  I think May.
4        Q   And then tokens were distributed in
5    September, correct?
6        A   Yeah.
7        Q   Okay.  So in that year and a few months, do
8    you think the goals of the Kin ecosystem within that
9    time frame have been met?
10       A   The reason I'm thinking about this is,
11   like, you know -- and your question, like, which goals,
12   what goals?  Like, the goal of Kin is to write a new
13   business model for developers to provide a new way to
14   create value for consumers, and for them to share in
15   that value, and to be the most used cryptocurrency on
16   the planet.
17           So in terms of achieving those goals, it's
18   not a binary thing, like check, we did that.  Like, I
19   think it's -- like, it's, you know, something we will
20   always be striving for until every developer on the
21   planet is using it.  So have we achieved that goal?
22           Is every developer on the planet using Kin
23   as their business model and every consumer on the
24   planet is using it as the medium of exchange in all
25   those apps and it's the most used cryptocurrency in the

Page 110

1  world?  Like, no, we haven't achieved those goals yet.
2      Q   Understood.  How do you feel about the
3  progress of the project so far?
4      A   I feel amazing about it.
5      Q   Okay.  And what do you think has
6  contributed to the success of the project in your view
7  today?
8      A   I think the number one thing that is
9  contributing to the success of Kin is the amount of
10  time we have spent, I have spent thinking about this,
11  understanding it, and being able to explain that vision
12  to the rest of the world so that the rest of the world
13  can say, "Holy shit" -- sorry.
14          So the rest of the world can say, you know,
15  "This could work, and I want to be part of this."
16  That's the number one thing.  I think a lot of
17  people -- you know, again, let me rewind, right?  I've
18  been thinking about this since 2011.  There was only
19  one cryptocurrency in 2011.  That was Bitcoin.
20          I think Ethereum came out in 2013, 2014.  I
21  have been thinking about this longer than most -- like,
22  almost anybody in the world, not just from a
23  hypothetical technology point of view, not from some
24  anarchist point of view, but from a very practical
25  point of view of how this could fundamentally change

Page 111

1  the game for developers and consumers.  And so I
2  think -- like even today, I talk to people in the
3  industry.
4          I listen to podcasts with other projects.
5  And I say, "Buy how are you going to get people to use
6  it?"  And to this day, almost nobody has an answer.
7  And so I think the biggest thing is we explain how
8  we're going to get people to use it.  People go, "Wow,
9  I've never actually heard somebody explain how you
10  could get a consumer using a cryptocurrency before."
11          And I think that's been the most valuable
12  thing.
13      Q   Okay.  In terms -- do you know how many
14  transactions are taking place with Kin today?
15      A   Not off the top of my head.
16      Q   Do you have access to that data?
17      A   It's a bit of a complicated question
18  because today Kin is being used across two blockchains.
19  One is the Ethereum blockchain, and one is a fork of
20  the Stellar blockchain.  But, for example, there's a
21  website, blocktivity.info, that looks at transactions.
22  It's looking at transactions not on the Ethereum
23  blockchain, but just on the fork of Stellar blockchain.
24          And I think in there, Kik is the number
25  10th or 9th most used cryptocurrency.  Actually, I

Page 112

1  think it's -- we're actually used more.  Why?  Because
2  a lot of the blockchains above us are just doing test
3  transactions back and forth or just doing needless
4  operations.  Whereas, Kin is only reporting real
5  user-driven earn and spends, consumer-driven earn and
6  spends.
7          I think if -- for example, if you could
8  separate out all of the people just speculating on
9  cryptocurrencies, not the people actually using it, if
10  you could look at just the number of people that spent
11  it each month, spent it, that Kin would already today
12  be the most used cryptocurrency in the world.
13      Q   Got it.  And that was what I was going to
14  ask.  The data wouldn't distinguish between people
15  speculating on a cryptocurrency versus buying and using
16  the cryptocurrency?
17      A   On most blockchains, no.
18      Q   Okay.  And are you otherwise aware of a
19  data source that would break out trading in Kin between
20  speculators versus users of the cryptocurrency?
21      A   Am I aware of -- so on the Ethereum
22  blockchain, no.  On the Kin blockchain, because it's a
23  test blockchain right now, all of them would be utility
24  usage, I believe.
25      Q   There is a test Kin blockchain right now?

Page 113

1      A   Yeah, which is the fork of the Stellar
2  blockchain.
3      Q   Got it.  And who is -- it's a test; it's
4  not in use right now?
5      A   It's in use.  But it's sort of like, you
6  know -- so Kin was launched on the Ethereum blockchain
7  as an ERC-20 token.  People could start using it there.
8  People did use it there.  But the problem with Ethereum
9  is it has very low scalability and very high fees.
10          So back to our fitness example.  Example, I
11  want to tip you 50 Kin.  On Ethereum, I would have to
12  pay a transaction fee of something like 50,000 Kin,
13  maybe more, ballpark.  So I'm going to give you 50 Kin,
14  and then pay this 50,000 Kin transaction fee.  Oh, and
15  by the way, if more than just a handful, like a couple
16  of thousand people try to do that, the whole thing
17  would grind to a halt.
18          So what we said is, okay, well, that's --
19  you know, that's -- we started there, it worked.  But
20  it's not going to get us where we need to go.  So what
21  are all of the options?  So we looked at the other
22  blockchains.  We said Stellar is the best for sort of
23  high scalability.  But we said -- but there's still
24  problems with fees on Stellar.  It's very complicated
25  for a consumer.

## Page 114

1    So we took that code.  We called what's --
2  forked it.  Meaning, we copied and pasted it and
3  basically tweaked it now and changed it.  We needed it,
4  so that's now fee-less.  And now, for example, all of
5  the apps in the developer program, their Kin in those
6  apps is running on this new blockchain.
7    Q  And just so we're clear, who's the "we" in
8  that?  You said "we."
9    A  There's a team in Tel Aviv who are
10  employees of Kik Interactive, Inc. --
11    Q  Got it.
12    A  -- who set up that new blockchain.
13    Q  When we were talking about personnel
14  earlier as of 2017, in my imagination, Kik itself, the
15  company, has somewhat had to change personnel-wise, I
16  imagine.  Let me put that in a better way.
17    Have you guys hired blockchain
18  technologists?
19    A  We've hired lots of different people, yeah.
20    Q  Sure.
21    A  Yeah.  Some of which are blockchain experts
22  for sure.
23    Q  Yeah.
24    A  But I -- the only reason I'm hesitating,
25  we've hired lots of people.  Some of those are

## Page 115

1  engineers.  Some of those engineers have experience
2  with blockchains, some do not.  Like, there's lots --
3  when people say "blockchain," it's, like, a very big
4  word.  It means a lot of different things.  And a lot
5  of people are claiming they're experts.
6    Like, really, we look for smart people who
7  have a passion about blockchain because, you know,
8  we're doing things that are different than most of the
9  projects.
10    Q  Got it.  And I don't want to use a loaded
11  term.  I take it, though, Kik has hired some people to
12  work on blockchain-related tech projects?
13    A  Totally.
14    Q  Okay.
15    MR. MITCHELL:  Earlier, I think you said
16  that people got an ERC-20 token at the beginning, and
17  that it worked on Ethereum, but that wouldn't get you
18  where you wanted to go?
19    THE WITNESS:  Uh-huh.
20    MR. MITCHELL:  Did I -- do I have that
21  right?
22    THE WITNESS:  It validated that we could
23  build a currency that people could use and that
24  currency would run on the blockchain.  But if we wanted
25  that currency to be used by millions of people and

## Page 116

1  thousands of developers, Ethereum could not handle that
2  and there was no foreseeable path when it would be able
3  to handle that.
4    MR. MITCHELL:  And that was the path that
5  sort of you had laid out in the white paper to get lots
6  and lots of people to use it?
7    THE WITNESS:  Yeah.  We -- I think -- I am
8  not exactly sure what we said in the white paper.  I
9  remember the advice I was giving to the person who was
10  writing it, who I can't even remember who that is right
11  now, is like what are all of the options, is the
12  exercise we're going to go through.  Like, we can start
13  here.  It will work here.  But as of right now, we're
14  probably going to have to iterate on it, as any
15  technological project would have to do.
16    MR. MITCHELL:  And the "work here," you
17  mean work on the Ethereum blockchain?
18    THE WITNESS:  Sorry.  When did I say "work
19  here"?
20    MR. MITCHELL:  You just said "work here."
21    What did you mean by "work here".
22    THE WITNESS:  Kin as a cryptocurrency could
23  work as a currency.  It could run as a currency that
24  people were using to -- and it's way similar to Kik
25  Points.  It would work on Ethereum.

## Page 117

1    MR. MITCHELL:  But you would probably have
2  to make changes?
3    THE WITNESS:  That -- we wouldn't have to
4  make changes.  But if we wanted it to -- for example,
5  like, Ethereum hasn't made changes.  There's apps on
6  the Ethereum platform.  You hear about CryptoKitties
7  and Augur.  Those apps have hundreds of active users.
8    Like, we could all get CryptoKitties today
9  and we would have a significant impact on the number of
10  people using CryptoKitties today.
11    MR. MITCHELL:  Just a dozen people?
12    THE WITNESS:  Just a dozen people.  And so
13  it could work if we just left it on Ethereum.  But it
14  would not be able to achieve the vision we had, the
15  very big vision we had for what Kin could become if it
16  were to stay on Ethereum.
17  BY MR. LEASURE:
18    Q  So correct me if I'm wrong.  We've been
19  doing a high-level discussion of the vision and how the
20  ecosystem does or will work.  Is it right that a goal
21  that Kik shares with its partners in this ecosystem is
22  to increase the velocity of transactions using Kin?
23    A  I'm not sure if the goal is velocity of
24  transactions.  The goal of Kin -- like, the value of
25  any cryptocurrency is a function -- the value of any

Page 118

1  asset is a function of supply and demand.  We lock the
2  supply in cryptocurrencies.  That's the fundamental
3  innovation.  So price is a function of demand.
4      So the Kin that we all hold at the end of
5  the day is a function of demand.  So our goal
6  economically is to maximize demand.  How do we maximize
7  demand?  There are two ways to create demand.  There is
8  people buying it to use it, and people buying to
9  speculate on it.  Almost every other cryptocurrency
10  project out there is purely focusing on speculation
11  side.  If you look at Ethereum, nobody is using it.
12      So how could there be real demand?  With
13  Kin, we said we want to be the one project that is
14  purely focused on driving real demand.  Real demand can
15  only come from two places.  It can come from people
16  buying it to use it.  Hey, instead of me doing all this
17  work to earn some Kin, can I just buy it somewhere and
18  take a shortcut?  Or people who earn it from somebody
19  who bought it to hire them.
20      So as a brand, I'm going to want people to
21  watch my ad.  There's millions of people in this Kin
22  thing, but the only way you can hire them is you pay
23  them in Kin.  How do I get Kin?  Oh, you can go buy it
24  here.  So it's only when people are buying Kin for
25  dollars in order to use it or to hire somebody who

Page 119

1  wants to use it that it's creating real sustainable
2  demand, and therefore, real sustainable increase in the
3  value of Kin.
4      Q   So if it was just speculators buying it to
5  hold it, that wouldn't create increased transactions
6  and increased demand?
7      A   Correct.  Maybe -- if only people were
8  buying it to speculate, which is the truth for
9  99 percent of these projects, one day, those projects,
10  like in the dot-com, from my point of view, will get
11  wiped out.
12      Q   At some point, there has to be actual
13  transactions and demand?
14      A   Even the people in crypto, the large
15  majority of the people in crypto do not understand
16  crypto.
17      Q   And so you said 99 percent of the other
18  projects going on were being bought by speculators; is
19  that correct?
20      A   I said 99 percent of the other projects are
21  focused on speculators.
22      Q   Focused on.  I see.
23      From the people selling the tokens, they're
24  focused on identifying speculators?
25      A   They're focused on hyping their projects;

Page 120

1  flashy websites, flashy white papers, lots of Ph.D.s,
2  things that are very complicated that you can never
3  understand, but just trust us.  Most of the projects,
4  like, what I listen for, you know -- because I can
5  listen to podcasts with a lot of the founders of these
6  other projects.
7      Yes, I listen for it.  But how are you
8  going to get people to use it?  And it seems that
9  almost all of these projects, nobody talks about that.
10      Q   Because you assume they don't really have
11  an idea or a plan for the people who use it?
12      A   They're very smart, nice people, so
13  maybe I --
14      Q   You're not giving their name.
15      A   I'm not sure if they know -- understand
16  that that's important, but -- like, it might be a case
17  of sort of, you know, "Yeah, you're right.  But right
18  now, we're focused on the technology.  And once we have
19  the technology, then we'll think about that, but it's
20  not yet ready."
21      And this is what, you know, the lead
22  developer in Bitcoin told me in 2012.  This is what
23  people had told me all the way through.  Well, how can
24  people use it when the transaction times are so long?
25      How can people use it when the fees are so

Page 121

1  high?  How can people use it when these experiences
2  so poor?  Once we solve those things, then people will
3  use it.  But there is another thing you need to solve,
4  is, like, the logic of Bitcoin is flawed.  People are
5  not going to spend Bitcoin on things that they could
6  more easily get with dollars.
7      Q   I understand that.  But you were seeing in
8  2017 a lot of projects going on around you, crypto
9  projects being pitched to speculators?
10      A   I saw a lot of projects showing their
11  vision for the future of what could be possible,
12  creating new cryptocurrencies, and selling some of
13  those cryptocurrencies.  And for the most part, I
14  thought, like, most of them really didn't understand
15  what was going on.
16      Q   And you thought those projects, unless
17  there's actual use and demand in future, would go to
18  zero?
19      A   I thought that if there was no real demand
20  at some point, then, like, people, as they are today --
21  like, we're in a, quote, unquote, crypto bear market
22  today.  Like, to me, that makes total sense.  In fact,
23  I think it should be way lower as a cryptocurrency
24  market today.  Ethereum, people are saying that
25  currency is worth $20 billion, or whatever it is, and

Page 122

1   nobody uses it.
2       Q   Right.
3       A   So what I'm -- like, already today, we're
4   seeing people realize, wait a second, nobody is using
5   these things.
6       Q   Right.  And absent -- again, just to finish
7   the thought, absent some day where people are using
8   these things, these things don't have intrinsic value?
9       A   If people aren't buying them to use them or
10  buying them to hire somebody who wants to use them,
11  then there would be no real demand, and therefore, no
12  real value.
13      Q   Got it.  But the speculators out there in
14  the crypto market, would you agree that they're betting
15  that one day there will be demand for one or more of
16  these projects?
17      A   Maybe we should define the term
18  "speculators."
19      Q   Sure.
20      A   There's a lot of people buying
21  cryptocurrencies.  And I think for many of them, they
22  don't know -- like, it's unclear what -- I think
23  it's -- their motivation for doing it is they're sort
24  of, you know, looking around and saying, "Well, other
25  people are buying it, and I should by it, too," and not

Page 123

1   really knowing why.
2           Like I said, for example, I got on stage,
3   that I think one day Bitcoin will go to zero.  So I
4   just think that was the industry, is a lot of people
5   were buying it, but they didn't really understand the
6   fundamentals of crypto economics.
7       Q   Do you know whether or not the Kin project
8   and the Kin public sale attracted speculators?
9       A   I can't say for sure.  Like, again, it
10  depends on your definition of "speculator."  There are
11  lots of different people buying lots of different
12  cryptocurrencies for lots of different reasons, you
13  know.  Like, when I would go speak about Kin before we
14  sold it, I would get on stage, and people would come up
15  to me and say, "This is what the world has been waiting
16  for.  This is the power of blockchain.  This is what
17  we've been waiting for.  I want to be part of this."
18          And so I think for Kin, you know, for us,
19  this, more than anything, was about solving a major
20  problem that we saw in the world and a problem that we
21  thought was leading down a very dangerous path where a
22  few companies would control the whole digital world.
23          And so I can't speak to why different
24  people bought different cryptocurrencies, including our
25  own.  But I would say the feedback I got more than

Page 124

1   anything is the world needs this.
2       Q   Okay.
3           MR. MITCHELL:  When you say the world needs
4   it, you mean the world needs something that can compete
5   against these monopolists, duopolists, large companies?
6           THE WITNESS:  Yes.
7           BY MR. LEASURE:
8       Q   So there -- you would agree that there were
9   people with all sorts of motivations to buy
10  cryptocurrencies in 2017, right?
11      A   Yes.
12      Q   And you can't possibly know what every
13  single person wanted to do, right?
14      A   Yes.
15      Q   And you would agree that there were some
16  people who for better or for worse were speculating on
17  the hope that they could make money off of a
18  cryptocurrency, some?
19      A   I think there were some people who would
20  buy one cryptocurrency.  They would see the value of it
21  go up.  They would say, "Wow, that was great.  I'm
22  going to buy another cryptocurrency."  For sure, those
23  people existed.
24      Q   But you also think there were some people
25  who believed in a project like Kin and wanted to be a

Page 125

1   part of the ecosystem?
2       A   For sure.
3       Q   And you would distinguish at least those
4   sets of people from just speculators; is that right?
5       A   Again, it's sort of -- the word
6   "speculator" is tough, right?  Because what is the
7   crypto business model?  Like, there's only going to be
8   so much of this currency.  If demand for this currency
9   goes up and supply is fixed, then the price will go up.
10          That's true for Kik.  That's true for any
11  developer building for Kin today and any developer
12  building for Kin in the future.  That's true for Billy,
13  who gets 10 Kin for offering fitness advice.  That's
14  true for everybody.
15          So I think, like, you know, it is a
16  currency.  It's money.  And then the supply is fixed.
17  So as demand grows, if it were to grow, the value
18  increases for everyone.
19          MR. MITCHELL:  Did you think -- do you
20  think people bought Kin tokens in September of 2017
21  because they thought the value could grow?
22          THE WITNESS:  If people didn't understand
23  that the value could grow, then they would not
24  understand cryptocurrencies and the fundamentals of
25  crypto economics.  The fundamental of crypto economics

Page 126

1    is supply is fixed.  So if demand goes up, then the
2    price goes up.
3         Like, would Kik have launched Kin if it
4    thought the value of its Kin holdings wouldn't
5    increase?  No.  That's what made it a viable business
6    model for us and everybody else.  Some people bought it
7    knowing only that.  But I think lots of people bought
8    it with the idea that this could be a solution to a
9    major world problem for everybody including themselves.
10        MR. LEASURE:  Let's take a break.
11        Can we go off the record.
12        THE VIDEOGRAPHER:  Going off the record.
13        The time is now 12:29 p.m.
14        (A brief recess was taken.)
15        THE VIDEOGRAPHER:  We are back on the
16   record.  The time on the video monitor is 1:43 p.m.
17        MR. SCHLEGELMILCH:  Welcome back,
18   Mr. Livingston.  Just a reminder, which probably
19   doesn't come as a surprise, but you're still under
20   oath, right?
21        THE WITNESS:  Yup.
22        MR. SCHLEGELMILCH:  Great.  And did you
23   have any conversations of substance with the staff,
24   other than rating the Union Station restaurants, during
25   the break?

Page 127

1         THE WITNESS:  I did not.
2         MR. SCHLEGELMILCH:  Great.  I just have a
3    few follow-up questions from our morning session.
4         I think you said earlier -- and I'm not
5    trying to misquote you.  I'm just trying to sort of
6    reorient your -- where we are.  I think you said
7    earlier that you didn't have any sort of granular data
8    about the number of transactions in Kin on sort of a
9    month-to-month basis; is that fair?  Or am I totally
10   wrong?
11        THE WITNESS:  That's not quite correct.
12        MR. SCHLEGELMILCH:  Okay.  Tell me what is
13   correct.
14        THE WITNESS:  We have -- we know the exact
15   number of transactions happening on Ethereum.  We know
16   the exact number of transactions happening on the
17   Stellar blockchain in a realtime fashion.  In fact,
18   anybody can know it.  You just look at the blockchain.
19        MR. SCHLEGELMILCH:  Okay.
20        THE WITNESS:  What we do not know is how
21   many of those transactions are trading versus using.
22        MR. SCHLEGELMILCH:  Okay.  Just looking at
23   sort of one month.  Let's look at October 2018, the
24   month we just finished.  Do you have -- I suspect you
25   don't have the specific number.  If you do, I'd love to

Page 128

1    hear it.  But assuming you don't have the specific
2    number, can you give me sort of an order of magnitude
3    of the number of transactions on the Ethereum
4    blockchain in Kin?
5         And then I'll ask you the same question
6    about the Stellar side of it.
7         THE WITNESS:  I don't know on Ethereum.
8    Most of the apps have transitioned to doing
9    transactions on the new fork of Stellar blockchain.
10        MR. SCHLEGELMILCH:  Okay.
11        THE WITNESS:  I don't know the number
12   there.  So I'd just be wildly guessing.
13        MR. SCHLEGELMILCH:  Can you give me, like,
14   an order of magnitude?  Like, 10,000, 100,000?  I don't
15   know.  Just if you can just give me sort of a ballpark.
16        THE WITNESS:  So what I think -- if I had
17   to guess, I think there is 10,000 people on the fork of
18   Stellar blockchain made a transaction in the last
19   24 hours.  So that will you give you sort of a
20   ballpark.  Let's say they made two or three
21   transactions on average.  It would be 20- to 30,000
22   transactions in the last day on the fork of Stellar
23   blockchain.
24        MR. SCHLEGELMILCH:  Okay.  That's very
25   helpful.  And how has that trended over time?  Sort

Page 129

1    of -- I assume it's -- well, let me ask you this:  Is
2    it more now than it was sort of on the day after the
3    TDE, the token distribution event?
4         THE WITNESS:  Yes.  So just the
5    technicalities of it, like, there was no fork of
6    Stellar the day after the TDE event.
7         MR. SCHLEGELMILCH:  Okay.
8         THE WITNESS:  So the number of transactions
9    on that blockchain, which is the only number I know, or
10   even roughly know, or could speculate on, guess on, is,
11   you know, that obviously started at zero.
12        MR. SCHLEGELMILCH:  Okay.  And when did --
13   when was the fork of Stellar?
14        THE WITNESS:  I think we started putting
15   apps on that July this year, I would say.
16        MR. SCHLEGELMILCH:  Of 2018?
17        THE WITNESS:  Yes.
18        MR. SCHLEGELMILCH:  Okay.  And so I just
19   want to make sure I understand your testimony.
20        You don't know and you don't even know sort
21   of an order of magnitude for the ERC-20 token?
22        THE WITNESS:  Correct.
23        MR. SCHLEGELMILCH:  Okay.  And is that --
24   do you know the number of transactions in the ERC-20 --
25   and I think I know your answer, I just want to put it

1  on the record -- the number of transactions on the
2  ERC-20 token sort of the day after the token
3  distribution event?
4          THE WITNESS: Not off the top of my head.
5          MR. SCHLEGELMILCH: Is that knowable from
6  Kik's perspective?
7          THE WITNESS: My guess is it would be
8  knowable and actually be public record.
9          MR. SCHLEGELMILCH: Okay. Because the
10  blockchain is public?
11          THE WITNESS: Exactly.
12          MR. SCHLEGELMILCH: Okay. But from Kik's
13  perspective, is that something that -- is that a data
14  point that Kik track, that Kik would know?
15          THE WITNESS: Certainly, there are
16  definitely people who would track that. But I wasn't
17  one of them.
18          MR. SCHLEGELMILCH: Okay. And as I
19  understand, the reason for the move from the ERC-20
20  token to the Stellar fork token was because -- and,
21  again, if I get this wrong, correct me -- is because
22  the time it took to complete a transaction on the
23  ERC-20 token was higher than optimal. I think it's 25
24  or 30 seconds a transaction.
25          THE WITNESS: It was a number of reasons

1  why.
2          MR. SCHLEGELMILCH: Sure. I just want to
3  mark -- actually walk through the reasons.
4          THE WITNESS: Okay.
5          MR. SCHLEGELMILCH: So one was the
6  transaction time. Is that one --
7          THE WITNESS: One was transaction time.
8  But actually, that was probably the smallest of the
9  reasons.
10          MR. SCHLEGELMILCH: Okay.
11          THE WITNESS: Other reasons were
12  scalability. And this sort of ties into transaction
13  time. So if more than a thousand or a few thousand
14  people wanted to do transactions, the whole network
15  would grind to a halt and your transactions would never
16  go through.
17          MR. SCHLEGELMILCH: Okay.
18          THE WITNESS: And the third was because the
19  cost to do a transaction was -- made it very
20  complicated for us from a technical point of view. We
21  were subsidizing the cost of those transactions so that
22  that user wouldn't see it, so that it would work from a
23  consumer point of view. But that was a very expensive
24  thing to do.
25          MR. SCHLEGELMILCH: And it's that last

1  point that I was actually driving at, so thank you.
2          How did that subsidizing work?
3          THE WITNESS: We -- my understanding -- and
4  I don't have a perfect understanding of this. I wasn't
5  the guy that wrote the software -- is that every, in
6  this case, Kik user, for example, would -- they would
7  get created an Ethereum wallet. And we would put some
8  Ether in their wallet that would fund their
9  transactions of Kin.
10          MR. SCHLEGELMILCH: Okay. So the wallet
11  would contain both Kin and Ether, the latter going to
12  cover the transaction cost in the former?
13          THE WITNESS: Exactly. That's my
14  understanding.
15          MR. SCHLEGELMILCH: Okay. Do you have an
16  understanding of how much Ether was put into each
17  wallet to cover those transaction costs?
18          THE WITNESS: I don't know exactly. But if
19  I had to guess, between 5 and $10 worth.
20          MR. SCHLEGELMILCH: Okay. And was that
21  replenished over time? Like, if somebody engaged in a
22  lot of transactions, would they -- would Kik continue
23  to contribute Ether to sort of fill it back up again?
24          THE WITNESS: I don't know for sure. But
25  my understanding is yes. We would monitor it and

1  refill it as necessary.
2          MR. SCHLEGELMILCH: Okay.
3          MR. MITCHELL: And that Ether came from
4  Kik, the company?
5          THE WITNESS: Correct.
6          MR. SCHLEGELMILCH: Thank you.
7          That's what I had.
8          MR. MITCHELL: Can I ask you just about the
9  Stellar blockchain, the fork of the Stellar blockchain.
10  On this new -- this fork -- does the fork of a Stellar
11  block -- does the forked Stellar blockchain have a
12  different name or do you just call it the forked
13  Stellar blockchain?
14          THE WITNESS: We now call it internally the
15  Kin blockchain.
16          MR. MITCHELL: Okay. So on the Kin
17  blockchain, are there tokens other than Kin? Are there
18  Stellar tokens or other tokens that people have that --
19          THE WITNESS: It's actually a complicated
20  question.
21          MR. MITCHELL: Sure.
22          THE WITNESS: But like the -- generally,
23  no. Like, there is -- there is, like, the tokens,
24  which is the currency. But then there's also the
25  tokens which pay for the transactions. So, for

Page 134

```
 1    example, when we first forked Stellar, that token was
 2    -- you know, XLM is what's built in Stellar, the
 3    Stellar token.
 4          We sort of created another version of that,
 5    and then just gave a lot of that to everyone, just so
 6    the technology would work.  We're now collapsing those
 7    two.  So it's just Kin for everything on the Kin
 8    blockchain.
 9          MR. MITCHELL:  Okay.  But initially, there
10    were two types of tokens; one of which was sort of a
11    forked version of XLM?
12          THE WITNESS:  This is where it's going to
13    get a little complicated.
14          MR. MITCHELL:  Yeah.  Sure.
15          THE WITNESS:  It's two blockchains.
16          MR. MITCHELL:  Yup.
17          THE WITNESS:  On the Ethereum blockchain,
18    there's two tokens.  From our purposes, there's Ether,
19    used to pay for the transactions.  And then there's
20    Kin, the currency, used in these apps.  On the Stellar
21    blockchain initially, it was similar.  There is
22    Stellar, or a clone of Stellar, you know.  We just
23    create a bunch of Stellar, effectively our own Stellar.
24    Stellar II, let's call it.  And then Kin as well.
25          So initially, use Stellar II, which we can
```

Page 135

```
 1    make as much as we want to pay for the transactions, to
 2    make the whole thing work.  We're now moving to a model
 3    where it's just all Kin, but we can do it in a way
 4    that's still fee-less for the consumer.
 5          MR. MITCHELL:  Sounds great.  When the
 6    Bitcoin blockchain forked, people -- if you had a bit
 7    chain -- Bitcoin before that, afterwards, you had a
 8    Bitcoin and Bitcoin cash, I think?
 9          THE WITNESS:  Yeah.
10          MR. MITCHELL:  Did that happen when you
11    forked Stellar?
12          THE WITNESS:  No.  And, like, "forked" can
13    mean different things in different contexts.
14          MR. MITCHELL:  Okay.
15          THE WITNESS:  We didn't fork the currency;
16    we forked the technology.
17          MR. MITCHELL:  Okay.  So then at the point
18    in which -- sorry.  And Kik did this?
19          THE WITNESS:  The employees of Kik
20    Interactive did this, yes.
21          MR. MITCHELL:  Did this to create -- sort
22    of basically create a new blockchain?
23          THE WITNESS:  Correct.
24          MR. MITCHELL:  All right.  But it's just
25    very fundamentally different than how the Bitcoin
```

Page 136

```
 1    blockchain forked with the creation of Bitcoin cash?
 2          THE WITNESS:  Bitcoin forked both the
 3    technology and the currency.  Whereas, we only forked
 4    the technology.
 5          MR. MITCHELL:  Okay.  And so when the new
 6    blockchain was created, Kik could create as much of
 7    this -- whatever, new Stellar, or new -- the coin used
 8    for expenses as much as it wanted?
 9          THE WITNESS:  It could create as much
10    Stellar as it wanted because that's -- it's sort of
11    like Ethereum.  If you were to fork Ethereum, you could
12    create as much as Ether as you want for yourself, and
13    that's what's used to pay for running this smart
14    contract.  That's just how the system is set up.
15          It's sort of similar with Stellar.  So when
16    we first forked it, we create as much of this new
17    Stellar, our Stellar, as we want to then pay for the
18    transactions because that's just how the system is set
19    up.
20          MR. MITCHELL:  Got it.  But then at the
21    same time, did the engineers create 10 trillion sort of
22    new coin -- two new tokens that are the Kin tokens on
23    that blockchain?
24          THE WITNESS:  They -- so as we were moving
25    apps to this new blockchain, we created test Kin to get
```

Page 137

```
 1    them up and running, to make sure it all worked.  We
 2    are now working through the options for how to migrate
 3    from the Ethereum Kin to the new Kin blockchain Kin in
 4    all 10 trillion.
 5          MR. MITCHELL:  Because there are two
 6    different things?
 7          THE WITNESS:  Yeah.  They're two different
 8    infrastructures.
 9          MR. MITCHELL:  But the tokens aren't -- you
10    can't -- someone with a token on the Ethereum
11    blockchain can't just today just move their token to
12    the new blockchain, can they?
13          THE WITNESS:  Not automatically, no.
14          MR. MITCHELL:  They'd have to exchange?
15          THE WITNESS:  Correct.
16          MR. MITCHELL:  And then -- so is there a
17    limit today to the number of Kin tokens that this --
18    let me start over.
19          Today, is there a limit to a number of the
20    tokens that are called Kin but are on the new Stellar
21    blockchain?
22          THE WITNESS:  There is a limit, yes.
23          MR. MITCHELL:  What is that?
24          THE WITNESS:  But that's -- I think we
25    created something like 1 trillion as a starting point.
```

Page 138

1   But while we get it set up, you know, it's just sort of
2   an arbitrary number.
3       MR. SCHLEGELMILCH:  Ultimately, will there
4   be sort of a one-for-one transfer from -- let me step
5   back.  Let me step back and actually ask you a question
6   that hopefully makes more sense.
7       As a baseline, there are 10 trillion Kin.
8   The Foundation has some, Kik Interactive has some, and
9   other people have some.  But it all adds up to a
10   hundred trillion -- or to 10 trillion, and there's a
11   finite number.
12       THE WITNESS:  Correct.
13       MR. SCHLEGELMILCH:  Will there be
14   10 trillion of, we'll call, new Kin on the Stellar
15   blockchain, so it will be like a one-for-one?
16       THE WITNESS:  Correct.
17       MR. MITCHELL:  That's the plan?
18       THE WITNESS:  That -- we are working
19   through all the options to achieve that.
20       MR. MITCHELL:  But as of right now, do you
21   know how you're going -- what steps you're going to
22   take to make that happen?
23       THE WITNESS:  We have different options
24   we're looking at, but nothing is set in stone yet.
25       MR. MITCHELL:  And who is looking at that?

Page 139

1       THE WITNESS:  Different employees.
2       MR. MITCHELL:  Of Kik?
3       THE WITNESS:  Of Kik.
4       MR. MITCHELL:  Anybody else?
5       THE WITNESS:  I think, like, the whole
6   industry is trying to figure this out at large, which
7   is because any currency on Ethereum, including Ether
8   itself, is not scalable.
9       MR. MITCHELL:  So do you think that other
10   people are thinking about this technological problem?
11       THE WITNESS:  Yes, many other people.
12       MR. MITCHELL:  But are those people
13   actually working with Kik employees on how to create
14   this new blockchain?
15       THE WITNESS:  So definitely Kik employees
16   are sharing notes with other teams.  For example, Kik
17   employees have met with employees of Stellar to talk
18   about the different ways to do this for sure, yeah.
19       MR. MITCHELL:  Okay.  Anybody else?
20       THE WITNESS:  I'm not sure.  Like, I'm
21   not -- it's a little -- it's in the day-to-day.  I'm
22   not sure.
23       MR. MITCHELL:  And the tokens that are --
24   the Kin tokens on this Kin blockchain, how do people
25   get those?

Page 140

1       THE WITNESS:  Today, we are giving them to
2   developers to give to their users in the form of grants
3   that are approved and given out by the Kin Foundation.
4   But over time, some of the options we're working out
5   is, you know, exchanges and different ways to transfer
6   them over.
7       MR. MITCHELL:  I'm sorry.  What do you mean
8   by decided by the Kin Foundation?
9       THE WITNESS:  So the Kin Foundation has
10   6 trillion Kin.  Its job with that 6 trillion Kin is to
11   maximize the rate of growth of the Kin ecosystem and
12   the Kin economy.  So as part of that, you know, that's
13   why we set aside so much Kin at the beginning as part
14   of the vision as an incentive for developers to not
15   only jump start the economies with their consumers in
16   their apps, but also as their own financial reward and
17   business model for building with Kin.
18       MR. MITCHELL:  So the Foundation owns the
19   Kin -- the new Kin that are on the Kin blockchain?
20       THE WITNESS:  I guess like -- the question
21   is, like, what's the definition of "owns" because the
22   Kin blockchain is new and is being set up.  Kik
23   Interactive employees created those Kin tokens.  But
24   one day, we need, you know, there to only be
25   10 trillion Kin.  And so we're giving out that Kin as

Page 141

1   being approved by the Foundation.
2       MR. MITCHELL:  Each transaction is
3   approved?
4       THE WITNESS:  Each grant to developers,
5   both for themselves and for their users, and then they
6   give it out to their users.
7       MR. MITCHELL:  So you said the Foundation
8   is approving -- Kik is giving new Kin tokens to
9   developers; is that right?
10       THE WITNESS:  It's a logistical thing.  The
11   Kin Foundation wants developers to adopt Kin.  It has
12   6 trillion Kin to do that.  And so what Kik is doing is
13   finding partners, saying, "Hey, this partner wants to
14   develop with Kin, Kin Foundation.  To do it, we think
15   we should offer them this.  Do you want to do that or
16   not?"
17       MR. MITCHELL:  Okay.  And then -- it sounds
18   great.  And then you said something about also then
19   those developers are giving out tokens to their users?
20       THE WITNESS:  Yup.
21       MR. MITCHELL:  Is the Kin Foundation
22   approving that transaction as well?
23       THE WITNESS:  The Kin Foundation is
24   approving the initial grant.
25       MR. MITCHELL:  To the developer?

Page 142

1    THE WITNESS: To the developer.
2    MR. MITCHELL: And who is doing that?
3    THE WITNESS: Who is doing which?
4    MR. MITCHELL: Approving.
5    THE WITNESS: Myself and William.
6    MR. MITCHELL: William Mougayar?
7    THE WITNESS: Yup.
8    MR. MITCHELL: Okay. And you're having,
9    like, meetings?
10   THE WITNESS: Yeah. We have formal board
11   meetings to approve those things.
12   MR. MITCHELL: Okay. And has either of you
13   ever voted against a grant?
14   THE WITNESS: We've sent the team from Kik
15   back to the drawing board. We say, we don't think this
16   makes sense. What about this? What about that? Go
17   reevaluate it. And they'll go reevaluate it and come
18   back.
19   MR. MITCHELL: And are there minutes to
20   those meetings?
21   THE WITNESS: I believe so. I'm not sure
22   of the detail of those minutes. But I believe there
23   are minutes, yeah.
24   MR. MITCHELL: And you actually vote?
25   THE WITNESS: We approve, so yeah. I and

Page 143

1    I, yeah. William and I both have to -- if that's a
2    vote, then yes.
3    MR. MITCHELL: Great.
4    BY MR. LEASURE:
5    **Q   Okay. I'm going to go back in time.**
6    A   Okay.
7    **Q   And proceed chronologically through the --**
8    **thinking about the Kik Kin project and how it developed**
9    **over time.**
10   A   Okay.
11   **Q   I think you said that you were thinking on**
12   **crypto --**
13   MR. MITCHELL: I'm sorry. Can I ask one
14   more question on that?
15   When that -- when -- you said the
16   Foundation gives its approval. The developer gets new
17   Kin tokens on the new blockchain?
18   THE WITNESS: Correct.
19   MR. MITCHELL: Does the Foundation give up
20   anything?
21   THE WITNESS: It will. It hasn't yet.
22   MR. MITCHELL: What do you mean?
23   THE WITNESS: Well, right now, the two
24   blockchains are running in parallel. This blockchain
25   over here, the Kin blockchain, it's an arbitrary amount

Page 144

1    of Kin. Then when we connect the two blockchains
2    together, there will only be 10 trillion Kin. So
3    while -- like, they're not connected yet.
4    When they are, there will only 10 trillion
5    Kin. That's why we're approving it today because we
6    know that as this new blockchain comes online, there
7    will only ever be 10 trillion Kin.
8    MR. MITCHELL: And so the Foundation will
9    eventually have to give up some of its Kin on the
10   Ethereum blockchain in order -- in an equal amount to
11   whatever has just been given out?
12   THE WITNESS: Correct.
13   MR. MITCHELL: And how does it give
14   that up?
15   THE WITNESS: That sort of depends on the
16   migration process. Like, a similar thing is how will
17   anybody who owns Kin on Ethereum, like, prove that they
18   gave that up, and then it gets unlocked on the new
19   blockchain. So it will be sort of -- however we decide
20   that will work will be a similar way for the Kin
21   Foundation.
22   MR. MITCHELL: Leaving aside the actual
23   transaction, leaving aside the technical way, someone
24   will have to sort of burn their token on the Ethereum
25   blockchain in order to get a token on the new

Page 145

1    blockchain?
2    THE WITNESS: Yeah, that's one option.
3    Sometimes options are just locking it and unlocking it
4    and allowing you to actually go back if you want.
5    There is much of different ways to do it.
6    MR. MITCHELL: No one has made a decision
7    yet about how that's going to happen?
8    THE WITNESS: Not to my knowledge.
9    MR. MITCHELL: Why not just pick one and
10   move on?
11   THE WITNESS: It's a complicated thing from
12   a technology, security, and compliance point of view in
13   terms of money transmission. There's a lot of
14   different ways to do it. Lots of projects have done.
15   We want to make sure we do it in the right way.
16   MR. MITCHELL: I guess what's the downside
17   of doing it the wrong way, as long as people give up
18   one thing and get the other?
19   THE WITNESS: Lots of things could go
20   wrong, depending on how you set it up.
21   MR. MITCHELL: Things that are important to
22   the project, though, I mean, that could affect the
23   whole project?
24   THE WITNESS: Anything that could go wrong
25   is probably correctable. But like everything, you

Page 146

1  know, you don't want to make mistakes. You want to do
2  it the right way. And we look at all the options, and
3  we take our time and make sure it's the best option.
4  And then we move forward.
5       MR. MITCHELL: Okay. Thanks.
6       BY MR. LEASURE:
7       **Q   You talked to -- at some point in 2016, you**
8  **talked to Fred Wilson about the possibility of Kik**
9  **moving into the crypto space; is that right?**
10      A   Correct.
11      **Q   Okay. So after that, rolling the clock**
12  **forward, how was the idea of a potential coin project**
13  **surfaced within Kik, either to the board or to the**
14  **employees? Can you walk me through that?**
15      A   Yeah. Very carefully.
16      **Q   Why is that, let me ask you.**
17      A   Why is that? That's a good question. I
18  think to understand the answer to that question, you
19  have to look at the context of what was going on at Kik
20  at the time, right? So Kik comes out of nowhere in
21  2010, lights the world on fire. Gets unfairly
22  handicapped by something outside of its control and
23  ultimately something I believe was totally wrong.
24      Fights its way back into the race and
25  achieves a billion dollar valuation. But from there,

Page 147

1  starts to struggle and starts to lose users, isn't
2  making money. And it created an environment within the
3  company, between employees of the company, but also
4  between the company and the board, and the company and
5  investors of -- what's the word -- high anxiety.
6       **Q   Okay.**
7       A   Okay? Like, the more -- the more you look
8  at the situation you're in, things aren't getting
9  better, they're getting worse. So you try harder, and
10  they just keep getting worse. Try harder, and they
11  just keep getting worse. It creates a very toxic
12  environment internally at any organization.
13      And so at this point, I would say I had low
14  credibility among the leadership team and among the
15  investors. Why? Because I had put out different
16  things I think we should try. They don't work. Put
17  out different things we should try. They don't work.
18      My original leadership team, we largely and
19  almost completely got rid of, brought in a new
20  leadership team. The experts who knew what they were
21  doing, had been there before, they tried their best.
22  In some cases, they made things a little bit better.
23  But in many cases, things got worse.
24      And it was a very tough time in the company
25  and a tough time for me personally. And so this idea

Page 148

1  of bringing this idea forward of, like, "Hey, guys,
2  crazy idea. What if we created a new currency and a
3  new economy, and that was a new business model for us?"
4       There was a very high risk that it would
5  eliminate what little credibility I had left. So when
6  introducing this idea to the team, I had to be very
7  careful about how I did that. Because on the inside,
8  personally, I was very excited because what became
9  increasingly clear to me was that this was going to be
10  our only option.
11      And that excited me because I knew we were
12  going to go for it. But I have been doing this a long
13  time by now. And I didn't want to let my excitement
14  jeopardize our ability to achieve that vision. And so
15  despite my own personal amazing excitement about this
16  opportunity, I had to be very careful about how I
17  rolled it out internally.
18      **Q   How did you manage that? What did you do?**
19      A   I had to rely on the credibility of others.
20      **Q   Who?**
21      A   The first person was Fred Wilson.
22      **Q   What did he think?**
23      A   I think his words were something like -- so
24  we had this breakfast in New York. I think that's --
25  from my recollection, that's the first time I ever told

Page 149

1  him about this. From my recollection, that's the first
2  time I ever told any of the investors about this. And
3  we talked about it, we talked about it.
4       I explained Kik Points. I explained how
5  this could work. I explained Bitcoin. I explained all
6  these different things. And he said, "Ted, that's sort
7  of crazy, but it just might work." That became a very
8  important tool for me when I went back to my leadership
9  team and started explaining this idea to them that,
10  like, "Listen, I know this is crazy. I know we're
11  struggling here. I know your confidence in me as a
12  leader right now, because we are failing, is low. But
13  it's not just me who thinks this is a good idea. Fred
14  says it's a good idea, too. And he is one of the
15  smartest guys in the industry. He's very into crypto.
16  So don't hear it from me; hear it from him."
17      **Q   Okay. What happens next?**
18      A   I think the initial reaction from the
19  leader team, despite having that, was one of
20  skepticism, is what I recall. It took a while to
21  convince people that this wasn't yet another crazy
22  idea, but actually could work.
23      Again, today, it's still a crazy idea, but
24  at least people understand cryptocurrencies today.
25  This was back in mid-2016. Like, you know, nobody had

Page 150

1  even really heard of cryptocurrencies yet, Bitcoin, et
2  cetera.  So it took a lot of work to slowly but surely
3  convince person by person on the leadership team, and
4  then investor by investor, shareholders of the company,
5  that this was a good idea.
6          And all along the way, my strategy in
7  hindsight was to rely on the credibility of others to
8  show that this was a good idea.
9      **Q   And this sort of person by person,**
10 **constituent by constituent outreach, was that going on**
11 **while Credit Suisse was doing its thing on behalf of**
12 **Kik around that time?**
13     A   I believe so, yes.
14     **Q   Okay.  So while this is going on, this sort**
15 **of germinating, if I can call it that, of a crypto**
16 **idea, there's also a process looking for financing for**
17 **Kik and Credit Suisse?**
18     A   Yeah.  And I would say as it became
19 increasingly clear to me and the leadership team and
20 the investors that the Credit Suisse process was not
21 going to end in a sale, gave me increasing conviction
22 and motivation to convince everybody that crypto was
23 going to be a compelling option.
24     **Q   Because the alternative, correct me if I'm**
25 **wrong, to a sale or other financing by Credit Suisse or**

Page 151

1  **crypto is cuts and the reduction of Kik's footprint; is**
2  **that fair?**
3      A   Yeah, I think that's fair.
4      **Q   Okay.  Let me show you a document that I**
5  **think might relate to this time period.  It's a long**
6  **one.  This is a document previously marked as**
7  **Exhibit 12B.  Take a look and let me know when you're**
8  **ready.  You'll get used to this routine.**
9          **Exhibit 12B is a multi-page document.  It's**
10 **an e-mail with an attachment beginning with the Bates**
11 **stamp Kik Foundation Cap 005705.  It's an e-mail from**
12 **Ted Livingston to Kik board dated January 27th, 2017.**
13 **You're welcome to read through the whole thing.**
14     A   Okay.
15     **Q   But it's a long one.  And I'm going to**
16 **point you to specific things in this document.**
17     A   Okay.
18     **Q   My first question is going to be:  What is**
19 **this document?**
20     A   It appears to be an e-mail from me to the
21 board.  Or do you mean the document attached at the
22 back?
23     **Q   Sure.  Both.  So it's an e-mail from you to**
24 **the board.**
25     A   Yeah.

Page 152

1      **Q   And what's the attachment?**
2      A   I think it's a copy of the upcoming board
3  deck.
4      **Q   Okay.**
5      A   An upcoming deck for a board meeting, it
6  looks like.
7      **Q   Got it.  And in terms of process, to**
8  **communicate to the board for upcoming board meetings,**
9  **it was typical to have a board deck or slides sent to**
10 **them in advance?**
11     A   Yes.
12     **Q   And typically, how were those slides**
13 **written?**
14     A   What do you mean?
15     **Q   Who wrote this -- who would typically write**
16 **board's decks?**
17     A   It's a team effort.  Depending on the
18 topic, different people write it.
19     **Q   You'd want to look at them before it was**
20 **sent?**
21     A   Yeah.  I would typically review it before
22 it would go to the board.
23     **Q   Sometimes, not in this document, we see a**
24 **deck that has, like, notes or --**
25     A   Yeah.

Page 153

1      **Q   Underneath the slide, there will be, like,**
2  **talking points or notes.  Is that -- was that sometimes**
3  **done with board decks where you would provide notes?**
4      A   I think people sometimes, when they're
5  writing their slides, would add notes, like, how they
6  would explain the slide.  But many times, I wouldn't
7  read those.  I'd sort of have an idea of the -- you
8  know, what I wanted to say to each slide.  So sometimes
9  I would; sometimes I wouldn't.
10     **Q   Got it.  Okay.  And is it -- before you --**
11 **was it typical for you to send the board decks?**
12     A   Yes.
13     **Q   Okay.  And you -- would you approve them**
14 **before they were sent?**
15     A   I would -- as far as I can recall, it's,
16 like, at the end, it would get sent to me.  I would
17 take a last look, and then it would get sent to the
18 board.
19     **Q   Got it.  But if you wanted changes, you can**
20 **say, "Guys, this doesn't work for me"?**
21     A   Correct.
22     **Q   Okay.  And the goal was to facilitate the**
23 **board meeting, to have a conversation, right?**
24     A   Correct.
25     **Q   So I take it the goal was to put in things**

Page 154

1    that you thought were important and accurate for the
2    board to consider?
3        A    Correct.
4        Q    You wouldn't put in -- you wouldn't put in
5    something that was, you know, false or not what you
6    really thought?
7        A    Well, I think it's definitely possible that
8    there could be things in here that I didn't really
9    think and maybe didn't catch them.  Again, I'm not
10   creating these slides.
11       Q    Oh, sure.
12       A    But, like, for the most part, like, this is
13   a deck for the board to facilitate a discussion of
14   which I am leading.
15       Q    Yeah.  Right.  Okay.  So you might miss
16   something, but that doesn't mean --
17       A    Correct.
18       Q    Okay.  And certainly, you intended to
19   facilitate a transparent discussion with the board?
20       A    Correct.
21       Q    Got it.  Okay.  The e-mail address, is
22   that -- this is sent to board@kik.com.  That's all the
23   board members?
24       A    Correct.
25       Q    Including you?

Page 155

1        A    I believe so, yes.  I think I'm on that.
2             (Simultaneous speakers.)
3        Q    Who is Derek Lebert, L-e-b-e-r-t?
4        A    I believe his title was controller for Kik.
5    He's a Kik employee.  Yeah.
6        Q    Okay.  Looking at just the e-mail, I
7    thought this might in context be around the time where
8    the Credit Suisse process was in gear --
9        A    Yep.
10       Q    -- and maybe the consideration of crypto
11   was being discussed.  Does that roughly fall within
12   that time frame?
13       A    The Credit Suisse process, yes, I think was
14   in that time frame.  I think crypto was just -- I was
15   just starting to talk to people about it on the team
16   around this time as well.
17       Q    Okay.  So in your -- excuse me -- in your
18   e-mail, you wrote, "With no bids coming out of the
19   process and a continued decline of our metrics, we are
20   in a precarious position, to say the least."
21            I think that's what we've already talked
22   about this morning.
23       A    Uh-huh.
24       Q    To break that out, the process is the
25   Credit Suisse process; is that right?

Page 156

1        A    Correct.
2        Q    And no bids to acquire Kik came out of
3    that?
4        A    Correct.
5        Q    "The continued decline in our metrics."
6             What were the major ones in terms of
7    metrics?
8        A    Monthly active users would be the main one.
9        Q    I see references to MAU and DAU --
10       A    Uh-huh.
11       Q    -- which is daily average users?
12       A    Daily active users, yeah.
13       Q    Active users.  Sorry.
14       A    Uh-huh.
15       Q    And so those are the major ones that you
16   tracked in terms of the growth of the platform?
17       A    Correct.
18       Q    Okay.  I think we already talked about this
19   today, but you would agree with, I guess, what you
20   wrote here in January of 2017, that Kik was in a
21   precarious position at that point?
22       A    Yes.
23       Q    Okay.  You said -- the next sentence says,
24   "Therefore, I would like to spend the majority of the
25   meeting discussing the options to extend our runway."

Page 157

1             At a high level, other than crypto, what
2    were the options that were available to Kik?
3        A    You know, you need more money.  Runway is a
4    function of how much you -- how much money you have,
5    how much money you're making or raising, and how much
6    money you're spending.  So the options are make money,
7    raise money, or spend less.
8        Q    Got it.  And all of those were on the
9    table?
10       A    Correct.
11       Q    Okay.  You also wrote, "I will also have
12   Credit Suisse come in to discuss their view of the
13   process."  Did that happen?
14       A    I can't say for sure.  But my -- I would
15   think, yes, if I said that.  I can't recall exactly,
16   but I would assume so.
17       Q    More importantly, what was Credit Suisse's
18   view?  Do you remember if they provided you with one?
19       A    I think their view was nobody wanted to
20   buy us.
21       Q    And did they give you options?
22       A    Their job was to -- they were hired to look
23   at all the options for selling the company.  So that's
24   what they were focused on.
25       Q    Okay.  They weren't, like, management

Page 158

1    consulting?
2        A   No.
3        Q   Okay.  Actually, I think we've already
4    covered the things I wanted to ask you about in this
5    document.  So if you don't mind, I'll take it back from
6    you.
7            So based on that e-mail, I'll tell you it
8    looks like there was a board meeting in early February
9    where maybe crypto came up.
10           Does any of that ring a bell for you?
11       A   Yep.
12       Q   Tell me about that board meeting.
13       A   So I think at this time, I was convinced
14   that now was the time to do crypto.  But I was also
15   very aware that my credibility as CEO was at an
16   all-time low in the history of the company, both with
17   investors, the board, and the leadership team.
18           To me, there were only three options.  One
19   was sell the company, one was bet on the crypto
20   business model, and one was cut expenses.  Cut expenses
21   to me was not an option because it would just delay the
22   inevitable, which is we can't make money from ads and
23   we can't money from selling stuff.
24           So in my mind, there were only -- in my
25   mind, there's only one option, which was go all in on

Page 159

1    crypto.  But I wanted to bring the team and the
2    investors and the board around to that conclusion in a
3    tactful and compelling as way possible.
4            And so I think what I did and why I wrote
5    that e-mail so strongly worded is because I was -- I
6    wanted to lean into the fact that crypto was going to
7    be our only option.  And so why did I bring Credit
8    Suisse to the meeting?  There had been a suggestion in
9    the past that, well, we haven't gotten any offers
10   because Ted just doesn't want to sell the company.
11           You know, as a founder/CEO, this is my
12   baby.  And that is the truth, that I do not want to
13   sell the company because I feel there is a massive
14   opportunity, and I felt it for a long time with going
15   into crypto, which we talked about.  So did I want to
16   sell the company?  No.
17           But I never let that get in the way of
18   doing what is best for the company.  And so this idea
19   that -- you know, the insinuation was that maybe Ted
20   was on purpose trying to make the sale process a
21   failure because he doesn't want to sell.  There were
22   some -- some people insinuated that.  And it's like a
23   rumor that I heard, like, maybe true, that people may
24   be saying it.
25           And so with Credit Suisse, my thing is

Page 160

1    always what are all of the options.  And I like nothing
2    more than eliminating options.  And I like nothing more
3    than only having one option.  So we hired Credit
4    Suisse.  And I did my absolute best to sell the
5    company.  I put together an amazing story with the
6    team.  Credit Suisse, I heard through somebody else,
7    said they had never seen a CEO tell such a good story,
8    be such a good explainer, the vision, the mission, and
9    yet why they are where they are as a company.
10           And so I wanted to bring Credit Suisse to
11   that meeting.  So, again, relying on the credibility of
12   others at this point for them to say, "Listen, don't
13   hear it from Ted.  Hear it from us as Credit Suisse.
14   Ted did an amazing job.  This has nothing to do with
15   Ted.  Selling the company is not an option."
16           Why was that important to me?  So then me,
17   in my own little mental board, I could go up to the
18   board and cross that out.  This is not an option.  It's
19   not because I don't want to sell the company.  It's
20   because it's not an option.  So that's why I wrote the
21   e-mail this way, is -- and that's why I brought Credit
22   Suisse.
23       Q   Okay.  And so do you think, at that board
24   meeting, the option of selling the company, do you
25   think the board was convinced that that option was

Page 161

1    crossed out, as you put it?
2        A   I'm not when they would be convinced or
3    not, but -- I'm not sure.  But I'm sure, at a minimum,
4    Credit Suisse is saying, "Ted did an amazing job."
5    "Okay.  Fine.  I'll believe Credit Suisse.  It's not
6    Ted's fault.  It's not like Ted is trying to
7    intentionally not get a buyer."
8            And Credit Suisse is saying we have no
9    offers, so I would assume that that would lead them to
10   that conclusion.  But I can't say for sure.
11       Q   And did crypto come up at that board
12   meeting?
13       A   I don't recall for sure.  I guess I could
14   flip through the deck.  I can't recall.  I think so,
15   but I would have to look at the deck again to be sure.
16       Q   Let me give you -- I think this might be
17   relevant, but let me give something shorter than the
18   deck.
19       A   Okay.
20       Q   I'm handing you a document that's
21   previously been marked as Exhibit 169.
22       A   Okay.
23       Q   Exhibit 169, it's on the front and back of
24   the page.  I think it begins on the back.  Yeah.
25       A   Okay.

Page 162

1   Q   It's a multi-page printout of an e-mail
2   chain ending February 3rd, 2017, with a Bates number
3   KIK 21266, with the subject "Kik Follow-up." My first
4   question is going to be, when you're done reading it,
5   what is this document?
6      A   So your -- I missed a part in there. Your
7   question is going to be what is which document? This
8   e-mail?
9      Q   Yeah.
10      A   Okay. What is this document -- got it.
11   There's no reference to a document in this e-mail.
12      Q   Correct. Yeah.
13      A   So this looks like an e-mail thread
14   starting between me and the board. It looks like a
15   follow-up e-mail from the board meeting. And it looks
16   like a private reply from Jim to me. And then it looks
17   like me forwarding that reply to Peter. And then it
18   looks like Peter replying to me.
19      Q   Got it. So this is an e-mail chain you
20   were involved in relating to a board meeting and its
21   follow-up?
22      A   That's what it looks like, yes.
23      Q   Okay. And do you think this was the board
24   meeting we were just discussing with -- where Credit
25   Suisse came and --

Page 163

1      A   I would have to look at, like, the exact
2   dates. But, like, seems reasonable.
3      Q   Okay. Yup. Ted, I want to be fair when I
4   ask the question. Here is the prior exhibit,
5   Exhibit 12B.
6      A   Yes. Thank you.
7      Q   Yeah, you're welcome.
8      A   So, yeah, this is January 27th. And this
9   is February 2nd. It seems reasonable to me that this
10   would be a follow-up e-mail from this board meeting.
11      Q   The board met periodically, but not every
12   other day, I take it?
13      A   Yes. Yeah.
14      Q   So does it appear from this that crypto may
15   have been discussed at that board meeting?
16      A   Yes, it does.
17      Q   Okay. I'm just trying to --
18      A   I think it was in the slides, but I can be
19   wrong. I didn't get that far in the deck.
20      Q   It's fine. It's fine. I'm trying to --
21   you can read the slides. I'm trying to remember if you
22   can -- if looking at this e-mail helps you remember any
23   discussion or reaction from the board.
24      A   I can't recall the specific reaction. But
25   I can try to guess based on having this e-mail in front

Page 164

1   of me.
2      Q   That's fine. As long as we know you're
3   guessing, go ahead.
4      A   My guess is, based on this e-mail, we
5   discussed two options. One is to reduce the amount of
6   money we're spending. And the other is go all in on
7   crypto. At this time, my recollection is I knew that
8   reducing spending was a futile option because it would
9   just prolong the inevitable if we weren't --
10      Q   Right.
11      A   -- going to go all in on crypto. And if we
12   were going to go all in on crypto, we were already a
13   very, very small team. And so I think probably I was
14   looking at that as, listen, one of our values is we
15   look at all the options. I think -- I seem to recall
16   one board member in particular pushing that option of,
17   like, massively reducing expenditures to extend runway.
18         And so being true to that value, we said
19   we'll look at that option. And it looks like the other
20   option we discussed was going all in on a
21   cryptocurrency. That was the option I was excited
22   about. It looks like Jim, as one of the board members,
23   replied. And it looks like -- and, again, this is why
24   I had to be so strategic about how I rolled out this
25   idea inside the company, you know, not sure the board

Page 165

1   gets why Kik coin would be big.
2         The reality is not many people in the world
3   understood or even today understand why
4   cryptocurrencies are going to be big. And so this was
5   my concern is the board would say, "Listen, doesn't
6   this guy get it? Doesn't he get that we're not making
7   any money, we're heading towards a wall, we're spending
8   lots of money, we're not going to raise more, we're not
9   going to sell the company? Doesn't he get it?"
10         And the answer of course is of course I got
11   it. Of course I understood. And so I had to be very
12   careful about step by step convincing the board to bet
13   on this other option, this option that had never been
14   tried before in human history.
15      Q   Okay. And so it looks like Jim Estill,
16   E-s-t-i-l-l, if I pronounced that right, was pretty
17   supportive of the idea, at least of exploring it,
18   right?
19      A   Yes, he was.
20      Q   Who was the board -- I think you said there
21   was a board member who wanted to focus on cost cutting?
22      A   Yep.
23      Q   Who was that?
24      A   That was the partner from Foundation
25   Capital, Paul Holland.

Page 166

1    Q   Did he ultimately vote against moving into
2    crypto?
3        A   I don't think it's right to say he voted
4    against going into crypto.  I think it's that he voted
5    for doing major cost reductions.
6        Q   Fair enough.  Okay.  In the fist paragraph,
7    Jim Estill writes the last sentence -- tell me if you
8    don't see where I am -- "People call it a Hail Mary,
9    but to me, that is a long shot.  And I really do not
10   think it is a long shot."
11        Do you see that?
12        Sorry.  I can point it out.
13        A   I did just read it.  Yes, there.  Yep.
14        Q   Did people consider the crypto project a
15   Hail Mary on Kik's board?
16        A   I think when people first heard the idea,
17   they, like almost everyone else I've ever introduced
18   this idea to, thought it was crazy.  But also, they --
19   like everyone else, as they spent more time with it,
20   they heard more about it, they understood more about
21   it, realized that like Jim realized here, not only was
22   this not a long shot, but it was a great shot.
23        Q   Right.  Okay.  He lists out advantages.
24   You see a list there including you have a team in
25   place, you have users, users who are the right

Page 167

1    demographic.  I won't read through all of these.
2        But do you generally agree that these were
3    the advantages Kik had in moving to a crypto project?
4        A   I think these are the advantages from Jim's
5    point of view.  Some of them I would agree with.  There
6    may be some in here, I haven't read them all, that I
7    would disagree with or would articulate differently.
8    And there's probably some that are missing.
9        Q   We touched on this earlier.  But the fact
10   that -- obviously, Kik was an established company by
11   this point.  It's an advantage, right?
12        A   Uh-huh.
13        Q   For moving into a crypto project?
14        A   I would say it's an advantage, yes.
15        Q   The Kin project was not two guys and a
16   dream from their basement.  It was an established
17   serious company, right?
18        A   Correct.
19        Q   Right.  And it had a significant user base?
20        A   Uh-huh.
21        Q   I think Jim Estill identifies that.
22        He defines it as users who are the right
23   demographic and just getting into money?
24        A   Uh-huh.
25        Q   Do you see that?

Page 168

1        A   Uh-huh.
2        Q   Is that -- I guess, first, would you
3    consider that an advantage for Kik versus some other
4    crypto project?
5        A   I would consider it an advantage for Kin to
6    have an app like Kik in its ecosystem.
7        Q   Right.
8        A   For sure.
9        Q   As opposed to no existing user base?
10        A   For sure.
11        Q   Okay.  And in terms of the demographic,
12   he's saying, right, that the Kik messaging app user
13   base are -- correct me if I'm wrong -- young users who
14   are just getting into sort of the use of money in their
15   lives?
16        A   That's one reason he states there.  We had
17   young users.  We also had older users as well.  So
18   that's sort of a different conversation, I think, for
19   us.  But we had seen that millions of people had used Kik
20   Points.  And so -- regardless of age, that this would
21   be a great fit for our community.
22        Q   We're going to turn to this more in a bit.
23   But did the Kik user base -- which we talked about this
24   morning, all ages, but it had a lot of younger people
25   in it, right?

Page 169

1        A   I guess a lot of it is -- like, the only
2    term I would -- to be more specific, like, I think
3    roughly a third of our user base was teenagers.  You
4    know, today, I know actually our user base is a little
5    bit older, for example.  I don't know the exact numbers
6    at the exact time.
7        Q   Yeah.
8        A   Some of our users were younger.  Some of
9    our users were teenagers.  Many were not teenagers.  So
10   I don't have the specific what the curves look like at
11   what time.
12        Q   That's a fair point.  Just I had heard that
13   the Kik messaging app user base may have started as a
14   young user.  But it's an established messaging app over
15   the years, that those users may have grown into young
16   adults and still be using Kik, right?
17        A   When you have an app with millions of
18   users, there's many different subsets within that user
19   base that use it for different reasons and different
20   ways.
21        Q   In your head, was there a good overlap
22   between the types of people who used Kik, the messaging
23   app, and people who might participate in the Kin
24   ecosystem?
25        A   Yes.  In terms of within the Kin ecosystem

Page 170

1   within Kik, yes, for sure.
2       Q   Sure.
3       A   For sure.  We had gotten millions of people
4   using Kik Points.  Like, we had the proof, the
5   indisputable proof, the data, that showed that millions
6   of people would use a new currency inside of Kik.
7       Q   Okay.  I want to go towards the end of
8   Jim's e-mail to you.  It starts on the second page of
9   this printout chain on the back.  He writes,
10  "Blockchain currency is the dot-com of today."
11          Do you see that?
12      A   Uh-huh.  Yep.
13      Q   Did you agree with him about that?
14      A   I do agree with him.
15      Q   You do agree with him?
16      A   I do.
17      Q   What makes blockchain currency the dot-com
18  of today?
19      A   Because it's the exciting thing that
20  every -- especially at this time, it was the thing that
21  everybody was excited about.  And yet, it was the thing
22  that almost nobody actually understood, and 99 percent
23  of these things were flawed and would go to zero.
24      Q   Is it also true that despite that
25  99 percent failure rate, the one percent who might

Page 171

1   succeed in this would stand to be a potentially vastly
2   successful enterprise in the future?
3       A   No.  And maybe it's just the words you're
4   using that I would tweak or change.
5       Q   Please.
6       A   There was an incredible economic
7   opportunity here.  The economic opportunity of dot-com
8   was to build new tech companies.  The economic
9   opportunity of crypto was to build new global
10  currencies.  So they were the same in that there was a
11  huge -- is a huge economic opportunity.  But in where
12  that economic opportunity comes from is fundamentally
13  different.
14      Q   Understood.  I've been trying to use the
15  term "project" or something not --
16      A   Currency.
17      Q   Currency.  Okay.  But that 99 percent of
18  them will fail.  But whatever does succeed has the
19  potential to be a huge transformative?
20      A   Absolutely.
21      Q   And that you might be able to attract a lot
22  of not only interest, but money in the start of a
23  project because there's a possibility for people to be
24  extremely successful if the project succeeds?
25      A   I think the opportunity was for a

Page 172

1   cryptocurrency to be used to solve the fundamental and
2   global problems of what was happening in the consumer
3   industry, technology industry.  And that if we solve
4   that for the world through all of our own independent
5   efforts, that based on the fundamentals of crypto
6   economics, that the cryptocurrency would get more and
7   more valuable if there was more and more demand.
8       Q   Got it.  Okay.  And I think this follows
9   along with what you're saying.  He writes, "If you get
10  even a bit along, fundraising would be easy.  They are
11  licensed to make $$."
12          Do you see that?  Yeah, there on that page.
13      A   I think when I read this, there is an
14  incredible amount of financial opportunity in
15  cryptocurrencies.  But how those financial
16  opportunities get manifested is not intuitive.  And so
17  my guess would be, when Jim wrote this -- you know, for
18  example, people would say, "Hey, we should just add
19  transaction fees to the whole thing.  And we'll take
20  the transaction fees, and it will be a license to make
21  money."
22          But that's actually failing to understand
23  the real power of what these cryptocurrencies are.
24      Q   Oh, got it.  So someone, when you first
25  presented the project, might have a vision of -- and

Page 173

1   then Kik can have a gatekeeper function where it
2   charges a small toll for every transaction?
3       A   Or Kin could -- Kik could print more of the
4   currency or -- all sorts of people have different ideas
5   of, you know, all of the things you might be able to
6   do.  Most of those things are wrong.  At the end of the
7   day, like, the business model here is to launch a new
8   currency.  As people buy that currency, earn that
9   currency, use that currency, there begets more and more
10  demand.
11          And so the powerful thing here is, like,
12  everybody through their own selfish efforts trying to
13  make their own piece of that currency more valuable is
14  at the same time making everybody else's pieces more
15  valuable as well.  And then you latter that altogether,
16  and I think it becomes an unstoppable network effect.
17      Q   Got it.  And so that -- to you, that was --
18  at least in your head, if other people didn't
19  understand it yet, that was the economic reality of a
20  cryptocurrency project to you?
21      A   Correct.  That's the fundamentals of the
22  economics behind cryptocurrencies.
23      Q   You put that better than I did.  And that
24  was always in your head --
25      A   Yes.

1    Q   -- when you were thinking about this
2    project?
3    A   You know, I think the question of when it
4    became as clear as what I just stated, I'm not sure.
5    But certainly, the idea that we could create our own
6    Bitcoin, set some of that Bitcoin aside for ourselves,
7    and then launch an ecosystem that grew demand for that
8    Bitcoin, making everybody's Bitcoin more valuable
9    including our own, you know, that was sort of the
10   fundamental opportunity I spotted back in 2011.
11   Q   Got it.  Okay.  You forward Jim's e-mail to
12   Peter Heinke and say, "FYI, some good thoughts from
13   Jim.  I couldn't agree more."
14       I take it you were -- you couldn't agree
15   more with his enthusiasm for the crypto project, right?
16   A   Maybe let me step back.
17   Q   Yeah.
18   A   Like, why did I forward this to Peter?
19   Q   Yeah.
20   A   I forwarded this to Peter, again, relying
21   on the credibility of somebody else to try to convince
22   somebody on my leadership team not to be so cynical and
23   to -- maybe "cynical" is the wrong word, but to
24   understand and believe that this was a good option.
25   Q   Got it.  Peter might have been skeptic at

1    the time?
2    A   I think every single person I ever talked
3    to about this started, to some degree, as a skeptic.
4    Q   You wrote, "Just told the YPO group, and
5    everyone's eyes lit up."
6        What's the YPO group?
7    A   It's Young Presidents' Organization.
8    Q   Oh, it's like a business association?
9    A   Yeah.  It's other CEOs.  I think there's
10   nine other CEOs.
11   Q   Okay.  Peter writes, "There are nuances
12   here" -- Peter responded to you with some stuff,
13   including, "There are nuances here that you have to
14   consider, also from a securities law standpoint."
15       I think I'm giving you the third warning of
16   the day of don't tell me something that begins with,
17   "My lawyers told me X."
18   A   Yep.
19   Q   Did you discuss with Peter at this early
20   phase securities laws issues?
21   A   Not to my knowledge.
22   Q   Okay.
23   A   Not to my recollection.  I don't remember
24   discussing it at that point with him.
25   Q   Later on?

1    A   At some point, yes, certainly, we discussed
2    it.  But I can't remember at that point.
3    Q   You're not a securities lawyer, right?
4    A   Correct.
5    Q   Okay.  Had you dealt much with securities
6    laws issues in your career as the Kik's CEO?
7    A   Nope.
8    Q   Okay.  Roughly -- I don't know need the
9    exact date.  Roughly, in the process of the Kin
10   project, when did you begin, if at all, to think about
11   securities laws issues in connection with a token
12   project?
13   A   I would say pretty -- like, if -- I can't
14   recall exactly.  But if I were to guess, at this point,
15   I was not thinking about securities law.  Why?  Because
16   I knew Kik Points wasn't a security.  That was a
17   currency.  We got people to use it.  All we're doing
18   now is we're guaranteeing the supply of Kik Points.
19       We're giving the ability to buy Kik Points.
20   And we're giving the ability for other developers to
21   integrate Kik Points and for it to be a business model
22   for them, too.  So if Kik Points wasn't a security and
23   we're just doing this, why would this be a security?
24       So that's probably why I wasn't thinking
25   about it at the time.  I also know at the time, though,

1    like, discussion of it was ramping up in the industry.
2    So I'm not sure if it had ramped up enough in the
3    industry at that point for me to notice from that other
4    angle, but I'm not sure.
5    Q   Okay.  This e-mail from Peter didn't
6    trigger you to begin thinking about it, or you don't
7    know?
8    A   I don't recall.
9    Q   Okay.  How about -- again, I'm just trying
10   to see when you were beginning to be aware of or
11   thinking of securities laws, whether that does or does
12   not impact this crypto project I'm thinking about.
13       How about by the time of the white paper,
14   which I'll tell you is in May?
15   A   I can't recall exactly, but I would assume
16   we had talked about it at that point.
17   Q   Okay.  I'll take that back from you.  Thank
18   you.
19   A   No problem.
20       MR. MURTHA:  You said that you became aware
21   around the time of Exhibit 169 that discussions around
22   securities laws topics were ramping up, I think, maybe
23   you said, or something to that effect.
24       What were you referring to?
25       THE WITNESS:  So that's not quite what

Page 178

1  I said.
2       MR. GIBBS:  Just a caution.  Answer it as
3  best you can without disclosing any communications with
4  counsel.
5       THE WITNESS:  That's not quite what I said.
6  I said I know that in the industry, discussion of what
7  may or may not constitute a security ramped up.
8       MR. MURTHA:  Okay.
9       THE WITNESS:  So, obviously, people are
10  talking about it in the industry today.  People were
11  not talking about it in the industry back in 2011.  And
12  at some point, you know, there was a curve of talking
13  about it not at all, not at all, and then a little bit,
14  and then more, and then more and more and more, and
15  then here we are today.
16       So I'm not sure -- if we were to plot that
17  curve of how much the industry was looking at it and
18  when this date was, I'm not sure where it would sit on
19  that curve.
20       MR. MURTHA:  Okay.
21       BY MR. LEASURE:
22       **Q   Can I show you another board deck, I think,**
23  **moving forward in time.  This is a document previously**
24  **marked as Exhibit 14A.  Exhibit 14A is an e-mail with a**
25  **multi-page printout, beginning with the Bates stamp**

Page 179

1  **KIK 26450.  It's dated February 16th, 2017, from Ted**
2  **Livingston to Kik board.**
3       A   Uh-huh.
4       **Q   And I am going to point you to parts of**
5  **this document, but take your time.  The first question,**
6  **you'll never see it coming is:  What is this document?**
7       A   It looks like a board deck that would be
8  used to facilitate a discussion with the board of
9  directors.
10      **Q   Okay.  And do you have any recollection of**
11  **this -- of the particular board meeting to which this**
12  **deck was in connection?**
13      A   I don't have any specific recollection to
14  the meeting itself.
15      **Q   Okay.  As I eyeballed the deck, it looks**
16  **like the discussions on crypto had somewhat advanced or**
17  **deepened with the board; is that fair?**
18      A   I'm not sure, actually, if that is fair or
19  not.  I think what this is, again, relying on the
20  credibility of others, you know, there's this -- I'm a
21  very intuitive gut-driven person.  I always have been.
22  I use logic to move fast and to eliminate options and
23  to arrive at the best option faster than if you just
24  wait for the data, wait for the data.
25      But I needed to convince my leadership team

Page 180

1  and the board of directors that this was a good option
2  with crypto.  And so I think what this is is -- I think
3  one of the things I did is -- you know, I think one of
4  the reactions from the leadership team was, "Well, what
5  data is this option based on?"
6       I could give my logic, and I could give,
7  you know, Kik Points, and I could explain as best as I
8  could, but I don't recall that being enough at the
9  time.  And so I think what this is is -- if I recall,
10  this is our chief marketing officer saying, "Well,
11  maybe I'll go out and do some research, come back, and
12  then we can look at that."  And I think this probably
13  is the output of that research, but I'm not sure.
14      **Q   Fair enough.  In light of that, let me**
15  **point you to the page 2 of the deck.**
16      A   Okay.
17      **Q   It has -- these documents all come with**
18  **little numbers on them.**
19      A   Yeah.
20      **Q   This one is KIK 26452.**
21      A   Okay.
22      **Q   It's called "Agenda."**
23      A   Yep.
24      **Q   Just looking at that agenda, you had**
25  **mentioned that the chief marketing officer might have**

Page 181

1  gone out to put some data around these questions.
2       A   Uh-huh.
3       **Q   That's Erin Clift?**
4       A   Correct.
5       **Q   Does that appear to be part of this agenda**
6  **for this meeting?**
7       A   It does appear to be part of that.
8       **Q   Do you know what she did?**
9       A   What does that mean?
10      **Q   Do you know what she did?  I'm sorry.  Not**
11  **existentially.  Do you know -- do you know what she did**
12  **with -- if she was tasked with go put some data around**
13  **the question of a potential crypto project?**
14      A   She probably did a lot of research through
15  different means.  I think probably one of the things
16  she did is talked to the people at CoinFund about it,
17  to get their thoughts and their data and their view of
18  it, as sort of a viewed expert in the ecosystem at the
19  time.  But probably looked at a number of sources.
20      **Q   Fair enough.  And we'll turn to CoinFund in**
21  **a bit.  Can I point you to page 4?**
22      **That's the one with Bates stamp 26454.**
23      A   Yep.
24      **Q   I think this is referring to the Credit**
25  **Suisse look for an acquirer project; is that right?**

Page 182

1    A   Yep.
2    Q   Were these two -- I see -- aside from
3  Credit Suisse, I think I see five -- I don't know what
4  Chinese Renaissance is.  What is Chinese Renaissance?
5    A   I think they're an investor in China.  I'm
6  not sure.
7    Q   Are some of these potential acquirers or
8  partners for a merger, the other companies listed here?
9    A   Yes, that's what it looks like.
10   Q   Tango, Zynga, and the others?
11   A   Uh-huh.
12   Q   Did the process of talking with potential
13  acquirers -- I'm trying to understand -- did it end on
14  its own or did it end because the crypto project was
15  adopted?
16   A   I think it was probably both.  Like, these
17  processes don't end, like, you know, yesterday the
18  process was on, and today it's over.
19   Q   Right.
20   A   Like, they sort of phase out.  And so, you
21  know, as you get -- and you never get, like, hard noes.
22  Like, no, we'll never buy you.  Like, you never get
23  that.  You just -- people are slower and slower to
24  return your e-mails, and you sort of get the hint that
25  at least at this point, they are not interested.  And

Page 183

1  you start to get those signals from more and more
2  people as you realize -- and that's a signal that this
3  process is not going to work out.
4       But it's never definitive.  At the same
5  time, our conviction as a leadership team now, not just
6  as Ted, but as a leadership team and a board of
7  directors, was growing.  So as our conviction in
8  selling the company was going down, our conviction in
9  crypto working as a business model, a new way to build
10  a consumer app, and a new way to compete was growing.
11   Q   Was Kik still involved in merger
12  discussions or selling the company discussions after
13  the crypto project was publicly announced in May?
14   A   Not to my knowledge.  But I do know, you
15  know, even after we announced it, there was -- again, I
16  think we had -- it was a very tough time the leadership
17  team went through.  And so I think there -- I can't
18  recall exactly, but ideas of, like, "Oh, now maybe we
19  can sell the company."  I'm like, "We're not selling
20  the company."
21       But, you know, I think for some people,
22  money was very important, and offloading this thing and
23  locking in a return was important, even if it wasn't
24  what was best for the company.
25   Q   Right.  Okay.

Page 184

1    A   So I don't know for sure, but I'm sure
2  there were conversations.
3    Q   Okay.  Fair enough.  The next section is
4  the PowerPoint which you're --
5    A   Yep.
6    Q   -- which you're drawing on.  I should scold
7  you about that.
8    A   Oh, sorry.
9    Q   No, it's okay.
10   A   It's work product.
11   Q   You're learning.
12       Next section is "Kik in the blockchain."
13       Do you see that?
14   A   Yep.
15   Q   Do you recall discussion at this board
16  meeting -- it looks like there -- if you go to the
17  slides following it, it looks like there's some data
18  and information about the market.
19       Do you see that?
20   A   I do.
21   Q   Do you recall discussion with the board
22  about that?
23   A   It -- I don't recall specific discussion.
24  But looking at this, you know, like, I can recall these
25  slides being real, and so I assume we would have a

Page 185

1  discussion around it.
2    Q   Sure.  Of course.  One of the slides, the
3  one under 26457, it looks like there's some data on the
4  total size of the market.
5       Do you see that?
6    A   Yep.
7    Q   Was that discussed at some point, what the
8  market looks like for crypto assets?
9    A   Yep.
10   Q   What was discussed, that it was promising
11  for a potential Kin project?
12   A   So maybe let's step back.  What's the
13  context of this?
14   Q   Yeah.
15   A   Like, if you look at the agenda, you'll see
16  that Erin was presenting this section.  And I am
17  presenting this section before.
18   Q   Got it.
19   A   Why?  I was presenting the section on the
20  process because I wanted the board to know that I
21  personally was taking the process very seriously.  And
22  yet, I didn't present what is listed here as the
23  potential for an ICO.  Why?  Because, again, I had to
24  convince my board that this was a viable option.
25       And so, once again, I was saying, "Don't

1    hear it from me.  Hear it from Erin."
2        Q   Got it.
3        A   So this is her research and these are her
4    slides.
5        Q   Got it.  Okay.  This is one you were
6    presented.  Fair enough.
7            Page 8 -- I just want to get your sense of
8    where a Kin project might fit in.  Page 8 begins,
9    "Crypto investors are largely funding three areas:
10   Blockchain platforms, infrastructure projects, and
11   decentralized applications."
12           Do you see that?
13       A   Yes.
14       Q   What's the Kin project?
15           Is it one of those or is it none of those?
16       A   I would say it is all of those and none of
17   those at the same time.
18       Q   Yeah.  That's a paradox.  Sorry.  I didn't
19   mean to be glib.
20           What do you mean by that?
21       A   What would I call Kin at the end of the
22   day --
23       Q   Uh-huh.
24       A   -- is a decentralized currency.  That's
25   what it is.  It is a currency.  So when I look at

1    decentralized --
2        A   Ether is a decentralized currency.
3        Q   Apologies.  I used the wrong term.
4            How is that different from Kin then?
5        A   Because Ether was trying to get people --
6    Ether was the currency that would power the smart
7    contract applications.  We weren't trying to get
8    anybody to use smart contract applications because we
9    thought they were flawed for the most part and that
10   nobody would ever use them.  And we thought that back
11   then, that has largely proven to be true.
12           So, like, if Ether -- Ethereum had a
13   currency, we had a currency, that's true.  They were
14   trying to use the currency to do one thing.  We were
15   trying to use the currency to do something else.
16       Q   Okay.  Let me point you a few slides
17   onwards.  It's Slide 10.  And it has the Bates stamp
18   26460.  Do you see that?
19       A   Yep.
20       Q   It's the section that's called the
21   "Immediate Opportunity."
22       A   Yep.
23       Q   Just because you had given me some helpful
24   context before about that Erin presented the prior
25   section there, Erin Clift.

1    these, these are things that you need to sit underneath
2    to make that currency work.  Actually, I don't think
3    you need decentralized applications, but you need a
4    blockchain and the infrastructure.  I would almost say
5    those two are the same thing.
6        Q   Got it.
7        A   So I would -- and, again, I think this is
8    just, like, the very early and misguided understanding
9    of what exactly crypto was at the time and even is
10   today.  People were like -- they're trying to -- it's
11   this brand new thing, and they're trying to put it into
12   familiar buckets that they understand to try to help
13   them explain to other people who don't -- even
14   understand it less, and so they try to put it into
15   these buckets.
16           But in doing so -- like, Kin is none of
17   these things, and yet, is all of these things.  It's a
18   fundamentally new thing.
19       Q   And so I think I understand your answer.
20           But it's a decentralized cryptocurrency?
21       A   Uh-huh.
22       Q   Which I think is how you --
23       A   A decentralized currency is a
24   cryptocurrency.
25       Q   Right.  How is -- Ethereum is a

1        A   Yep.
2        Q   Did you present this?
3            Did Erin present this upcoming section?
4        A   I can't recall.  But if I were to guess, I
5    would guess that Erin presented this.
6        Q   Okay.  This was still in the spirit of you
7    having others, not you yourself, present the
8    opportunity here?
9        A   I am not crazy.
10       Q   Okay.  Fair enough.
11       A   Other people agree with me.
12       Q   Fair enough.  The next slide, Slide 11,
13   this might go into what Kin is in its distinction.
14           The header is:  "Kik can be the first major
15   consumer network to apply real use cases built off of
16   blockchain."
17           Do you see that?
18       A   Uh-huh.  I do.
19       Q   And is that true, is that fundamentally
20   what the Kin project is?
21       A   I think so.  I would say there is no --
22   like, the consumer use cases of other cryptocurrencies
23   today, outside of just speculative trading, are almost
24   zero for the most part.
25       Q   Okay.  All right.  And if the dreaded day

Page 190

1    comes when Facebook Coin, Zucker Coin, or whatever --
2        A   It's not going to be a dreaded day.  When
3    the exciting day comes, yes.
4        Q   Where competition is there, that would
5    be -- would that be an example of another major
6    consumer network attempting to apply real use cases at
7    least, built off of blockchain?
8        A   So Kin is a cryptocurrency.
9        Q   Yep.
10       A   For Facebook Coin to compete with Kin, it
11   would also need to be a cryptocurrency.  For it to be a
12   cryptocurrency, it would also need a blockchain.
13       Q   Yeah.
14       A   So I would say yes.
15       Q   Yeah.  I'm just trying understand what --
16   if Kin is -- if Kin is the first, what its peers would
17   be.
18       A   Uh-huh.
19       Q   And I'm thinking a Facebook Coin would be.
20       A   Uh-huh.  Uh-huh.  Uh-huh.
21       Q   Okay.
22       A   Yeah.  If Facebook copied Kin exactly,
23   which they probably will.
24       Q   Copy and crush.
25           The bottom of this reads, "We believe that

Page 191

1    the scale of our network alone will drive strong
2    interest from the cryptocurrency investor community."
3        Did you believe that?
4        A   I think the question here is the term
5    "crypto investor."  You know, I talked a little bit
6    earlier about people not understanding this space.  And
7    so they're trying to put it into buckets that they
8    understand to make it more easy to understand for
9    themselves, but to make it more easy to explain to
10   other people.
11           Maybe let me say how could I reword this so
12   that I would agree with it.  We believed that the scale
13   of our network alone will get people who are interested
14   in cryptocurrencies excited about Kin.
15       Q   Sorry.  There was a phone tone.
16           Did you want to continue or was that --
17       A   No, that was it.  I was just rewording the
18   sentence for you, if that's helpful.
19       Q   What -- just from your perspective, it
20   sounds like you wanted to reword the term "crypto
21   investor" into something else; is that right?
22       A   Uh-huh.
23       Q   Why?
24       A   Because I think it's inaccurate.  Like,
25   it's not an industry term anymore.  Maybe it was used

Page 192

1    here because people were using it in the industry at
2    the time to describe people who were buying
3    cryptocurrencies.
4        Q   And do you know why the industry changed
5    the term?
6        A   I don't know.  I don't even know if it was
7    an industry term at some point.  I don't know if it
8    could have been a term for CoinFund.  I don't believe
9    it's a term I have ever used.
10       Q   Okay.  Can I point you to Slide 13.
11           That's the one with Bates stamp 26463.
12       A   Yeah.
13       Q   The header is "Crowd funders have strong
14   appetites for exploration."
15           Do you see that?
16       A   Yep.
17       Q   Okay.  Good.  And I think we're still --
18   you believe this is still Ms. Clift's section?
19       A   I believe so.
20       Q   Her -- I don't want to say book report, but
21   her report back to the board on what she's seen --
22       A   Her own independent findings.
23       Q   There you are.
24       A   Which is what I wanted.  I wanted somebody
25   to independently verify that this was a good idea.

Page 193

1        Q   Yeah.  She gives some data here.
2            Do you see that?
3        A   Yep.
4        Q   And reasons why people might invest in a
5    project.  Do you see that?
6        A   Yep.
7        Q   She lists as a source CoinFund investor
8    survey, that's in truly small print --
9        A   Yep.
10       Q   -- on the bottom of it.
11           Do you know anything about that survey,
12   what she's drawing off of?
13       A   I can't recall specifically.  But if I had
14   to guess, it would be, as part of her due diligence,
15   she reached out to CoinFund.  As part of their due
16   diligence, they did a survey of people they knew who
17   were buying cryptocurrencies, and that they called that
18   an investor survey.
19       Q   Okay.  That's fine.  Do you recall
20   discussion about this survey with the board?
21       A   I recall -- I don't recall specifically.
22   But, you know, I can recall points of it being used,
23   pieces of it being used to explain why this was a good
24   idea, and to bring data to why this was a good idea.
25           But I don't recall myself personally

Page 194

1    reading through the report itself.
2        Q   Okay.  We might turn to that in a bit.  How
3    about other people?  Do you know, in your discussions
4    with them, did they point to CoinFund analysis or data
5    that was out there in discussing the Kin project?
6        A   If I had to guess, I'm sure they would.
7    Sure.
8        Q   Okay.  Do you remember?
9        A   I don't remember.
10       Q   That's fine.  Let me see if there's
11   anything else in this document.  Yeah.  This might just
12   cue us to "Next Steps."  Page 21, Bates stamp 26471.
13       A   Uh-huh.
14       Q   This is -- I should apologize.  The page
15   before that reads, "Next Steps."
16       A   Uh-huh.  Okay.
17       Q   I just want to orient you.  Any sense on
18   where -- is this you?  Is this Erin Clift?
19           Is this somebody else?
20       A   My guess is this would be Erin.
21       Q   Okay.
22       A   But I can't say for sure.
23       Q   She writes, "Three weeks to gauge
24   preliminary investor interest."
25           Do you see that?

Page 195

1        A   Yep.
2        Q   And is this describing -- and it says the
3    word "CoinFund" here.  Is this describing work that she
4    was doing with CoinFund?
5        A   That would be my guess.
6        Q   Okay.  Under -- so we'll talk about
7    CoinFund in a minute.  Under the -- there's two items
8    for Kik.  Do you see that, user research and brand
9    developer exploration?
10       A   Yep.
11       Q   Under "user research" -- besides "user
12   research," it writes, "Understand fit with users, ie,
13   earn/redeem."
14       A   Uh-huh.
15       Q   What was done for that, do you know?
16       A   I don't recall.  Like, from my point of
17   view, I knew there would be a fit with users because we
18   had already validated that at scale with Kik Points.
19       Q   By the number of Kik Points transactions?
20       A   Correct.
21       Q   Okay.  How about what people might want to
22   do, not with Kik Points, but with a cryptocurrency?
23   Was there -- were there studies done by that by Kik?
24       A   There probably were.
25       Q   Did you see them?

Page 196

1        A   I probably saw some of them.  But I don't
2    recall any specifically.
3        Q   Okay.  So it sounds like -- you can't speak
4    for all of Kik or what everyone did.  You can only
5    speak for what you know.  So I appreciate that.
6            It sounds like you were confident at this
7    time and up to the token distribution event that people
8    would want to earn, use the Kin token?
9        A   Correct.
10       Q   And you believed that because of what you
11   saw as the success of the earlier Kik Points project?
12       A   Correct.
13       Q   Is there any other reason you had -- you
14   were confident that people would want to use Kin
15   tokens?
16       A   I think I was also confident based on my
17   experience building consumer products.
18       Q   Sure.  Okay.  Fair.  You built a successful
19   messaging app, right?
20       A   Correct.
21       Q   And how does that connect to being
22   confident -- I mean, I understand that people -- you
23   had experience with people wanting to join a chat
24   community and all of the things that go into the Kik
25   messaging app.  How does that equate into people would

Page 197

1    want to earn, spend, redeem Kin?
2        A   Because the logic was very simple.  If you
3    run a big community, and you find something the
4    community wants, and you tell them the only way to get
5    it is with this specific currency, their next question
6    will be: "Okay.  Then how do I get that currency?"
7        Q   Got it.  Okay.  Your sense of the -- not
8    online, but dynamics of people in a digital
9    environment?
10       A   If the United States government said the
11   only way to get coffee tomorrow is -- the only legal
12   way is with Bitcoin, would you be confident that would
13   go find how to get Bitcoin?
14       Q   Anything that has to do with coffee, I
15   think there would a riot, also.  People would be very
16   concerned about their morning.
17           You didn't have -- there weren't -- you
18   didn't -- you didn't rely on any particular studies on
19   how people would use Kin in the future?
20       A   No.
21       Q   Okay.
22       A   I had been thinking about this for years at
23   this point.  And at this point, I could see the light
24   at the end of the tunnel, that we were going to get to
25   go for it.  So all of this work was, from my point of

1      view, done as an exercise for people to convince
2      themselves that this was a good idea.  Convince
3      themselves and then help me convince others.
4          Q   Is it fair to say you were somewhat
5      agnostic on what precisely people would want to do with
6      their Kin in the future?  Let me ask that a better way.
7              You didn't have particular desired use
8      cases for Kin when the ecosystem was up and running?
9          A   I think we had use cases we didn't want to
10     happen with Kin for sure, like on the illegal and
11     safety side.
12         Q   Yeah.
13         A   But in terms of outside of those, what we
14     did want Kin to be used for, what I believe and still
15     believe today is that there will be millions of ways to
16     earn and spend Kin in the future.  And so, you know,
17     which ones come first and which come later and which
18     can we foresee and which ones can't we foresee is sort
19     of an irrelevant exercise.
20         Q   Okay.  Fair enough.  Let me point you to
21     one more page in this document, 22, 26472.
22         A   22?
23         Q   I'm sorry.  Page 22.
24         A   Got it.
25             And then that has Bates stamp 26472.  It

1      begins with:  "Well-known decentralized token sales."
2              Do you see that?
3          A   Yep.
4          Q   Are these somewhat -- just based on the
5      appearance of this, this appears to me to be giving
6      some comparables about what recent token sales were
7      able to raise in the market.
8          A   Uh-huh.
9          Q   Is that a fair reading of it?
10         A   Yep.
11         Q   Okay.  So these are from -- I guess
12     Ethereum is one thing from 2014, but there are three
13     from 2016.  Do you see that?
14         A   I do.
15         Q   24 million, 33 million, and 19 million.
16         A   Yep.
17         Q   Was that -- I guess I just want to get
18     context in terms of the amount of the raise that Kik
19     was expecting compared to what it did raise, I guess,
20     first.  It ultimately raised $100 million, correct?
21         A   I wouldn't use the word "raised."  I would
22     use the word "sold."
23         Q   Fair.
24         A   It ultimately sold almost $100 million
25     worth of Kin.

1          Q   Okay.  That's obviously some multiple more
2      than -- this is February of 2017, but some comparables
3      that were put into this document, right?
4          A   Uh-huh.
5          Q   From your perspective, were you expecting
6      at this time, February of 2017, a sale of $100 million
7      of Kin?
8          A   I can't recall exactly.  But I would say my
9      guess would be no.
10         Q   Okay.  What happened -- you were expecting
11     something less, I take it.
12         A   It was hard to know at the time what the
13     expectations should be.  I don't recall having a
14     specific number in mind.
15         Q   I'm sure you didn't.  But it was uncertain?
16         A   Uh-huh.
17         Q   But you weren't thinking in the range of
18     magnitude of the sale of 100 million; is that what you
19     just said?
20         A   I think, at some point, I said in front of
21     the company that somebody else said that we might be
22     able to sell $100 million worth.  And that got me
23     excited because for me, again, I had been thinking
24     about this for years and was unable to share this with
25     people for years.  And then as I shared it with people,

1      most of the time, it got pushed back.
2              And at the same time was going through a
3      very difficult time for me as a company.  And so for
4      somebody else to say, wow, if Kik did this, they could
5      probably sell $100 million worth of Kin, it was a
6      validation to me that finally the world was seeing what
7      I was seeing.  And that to me, after years of pain,
8      sort of made it all worth it.
9          Q   It was a validation of the vision?
10         A   Validated the vision.
11         Q   And that's, I guess, what I wanted to
12     explore.  To what extent -- just sitting back now
13     and -- what is it, November 2018.
14             To what extent is the 100 million sale that
15     Kik was able to do versus the 19 to 33 million sales of
16     the comparables it's looking at, to what extent was
17     that appetite in the market that developed in 2017?
18         A   I'm sorry.  What's the question?
19         Q   Sure.  I'm trying to understand were you
20     guys able to sell more tokens because there was
21     increased demand in the market in 2017?
22         A   I would say that was part of it, sure.
23         Q   Okay.  Had you tried to approach the
24     market, let's say in 2016, don't think you would have
25     been able to sell 100 million?

1  A  We didn't try to approach it in 2016, so I
2  can't say for sure.  But if I have to guess, I would
3  say no, we would not be able to.
4  Q  Okay.  You would say -- would you agree
5  that the timing of the Kin token sale was favorable for
6  selling more tokens?
7  A  For selling the tokens at a higher price
8  per token, and therefore, resulting in selling more
9  dollars worth, I would say the timing was perfect.
10  Q  You put that better than I did.
11  Would you agree that the market for tokens
12  in 2017 was pretty hot?
13  A  I would say that people were realizing that
14  cryptocurrencies were going to be a very exciting
15  thing.  And yet at the same time, for the most part,
16  did not understand why.
17  Q  Right.  And you've referenced this, that
18  you think there were a lot of -- I'm going to put my
19  own gloss on this.
20  You thought there were a lot of ill thought
21  out, poor token projects being put out there in 2017?
22  A  Yeah.  I thought there were -- even to take
23  it a step further, there's a large percentage which
24  were just outright scams.
25  Q  Scams, people trying to take advantage of

1  speculation out there in the market?
2  A  Yeah.
3  MR. LEASURE:  Let's go off the record.
4  THE VIDEOGRAPHER:  This ends Disc Number 2.
5  Going off the record.
6  The time on the video monitor is 3:09 p.m.
7  (A brief recess was taken.)
8  THE VIDEOGRAPHER:  This begins Disc
9  Number 3.  We are back on the record.
10  The time on the video monitor is 3:19 p.m.
11  BY MR. LEASURE:
12  Q  We're back on the record after a brief
13  break during which, Mr. Livingston, did you have any
14  substantive conversations about this investigation with
15  SEC staff?
16  A  I did not.
17  Q  Okay.  So we're talking about circulating
18  the idea of a crypto project.  We talked about the
19  board --
20  A  Uh-huh.
21  Q  -- and discussions with the board.
22  How about with Kik employees?  Was there a
23  process for telling them that you were thinking about
24  pivoting the company into a crypto project?
25  A  Yeah.  There was a period when nobody at

1  the company knew that we were going to go into crypto.
2  And now, obviously, everybody knows that we're going
3  into crypto.  And there was a process in between for
4  sure, a series of steps to introduce the company to it
5  and get them working on it, and then to where we are
6  today.
7  Q  And I take it you started with maybe some
8  people in the executive leadership, and then move on to
9  a more general discussion?
10  A  Yeah.
11  Q  Yeah.
12  A  How do you get people to buy into an idea
13  that at first blush is something totally new and
14  different.
15  Q  Right.  And did you help facilitate those
16  communications, get involved in them?
17  A  I would -- yeah, certainly.
18  Q  Okay.
19  A  I can't remember anything specific, but I
20  would assume so.
21  Q  That's fine.  How did people react?
22  A  I don't know.  I can't say.  And it's hard
23  for me to know because I think -- at some point, by the
24  time we go to the company, my recollection is, like,
25  the leadership team was pretty bought in.  And they

1  were having their own conversations with their people
2  to sort of validate that, you know, is this actually a
3  good idea.  Okay.  It is a good idea.
4  So I don't remember there being any
5  significant pushback from the company when I spoke with
6  them, but I can't recall exactly.
7  Q  Was there a -- let me back up.
8  Within the leadership team, was there
9  resistance to the idea of moving to crypto?
10  A  I can't recall specifically.  But as a
11  generality, yes, I can recall resistance.
12  Q  What was that based around?
13  A  Just the idea that it was yet another crazy
14  idea that probably wouldn't work.
15  Q  Okay.
16  A  It felt like the general idea.
17  Q  Was there a concern about the effect the
18  move to crypto might have on the existing Kik messenger
19  app business?
20  A  No.  Not to my recollection.
21  Q  Okay.  Was there eventually a sit-down
22  meeting within Kik?
23  A  I would think so, yes.
24  Q  Sit-downs are how communications are done
25  to all Kik employees?

Page 206

1    A   Correct.
2    Q   And do you usually participate in those?
3    A   I usually do participate in those, yes.
4    Q   And do you recall -- do you recall a
5  sit-down meeting relating to the idea of moving into a
6  crypto project?
7    A   I recall us having one. I can't recall the
8  specific meeting.
9    Q   You don't know -- do you know what was
10 said?
11   A   I'm sure my memory could be jogged. But I
12 don't remember, other than, "We're doing crypto. It's
13 a great idea. You should be excited."
14   Q   I imagine -- and correct me if I'm wrong.
15   If I imagine myself as a Kik employee, I
16 imagine one of my questions would be for any project:
17 How is this going to lead us to profitability?
18   A   Uh-huh.
19   Q   Was that a common question from Kik
20 employees?
21   A   I think a question from Kik employees over
22 the years is: How are we going to make money? And for
23 sure.
24   Q   And was that a question posed in connection
25 with the move to crypto?

Page 207

1    A   At some point, yes. Like, I think probably
2  first is like, "What is this thing?" So at some point,
3  you know, how is this going to lead to profitability
4  for us would definitely be a question. But I'm not
5  sure at what time, who would ask that. I don't recall
6  somebody specifically asking that, say, at an all-hands
7  meeting.
8    Q   And you provided an explanation for that
9  during a testimony today, which is, you know, fixed
10 supply of the currency. If demand goes up, our Kik's
11 holdings of the currency goes up, and we can sell it.
12   A   Uh-huh.
13   Q   Right?
14   A   Correct.
15   Q   Was that the answer you always conveyed?
16   A   I'm not sure. Like, if I was asked -- I
17 don't recall being specifically asked, so that's why I
18 can't recall specifically answering. I do -- like,
19 even for the board and for the leadership team, never
20 mind the company, like, how this works as a business
21 model is something fundamentally new, right?
22   Like, what do you mean we're going to keep
23 selling pieces of this asset? Like, what happens when
24 the asset runs out? It's, like, good question. You
25 know, by then, it's open decentralized, and you can

Page 208

1  walk away. Look, Satoshi did it. Disappeared, and yet
2  it keeps going. But then -- well, then what happens to
3  us? Well, then you're participants in the ecosystem,
4  too. And we can all decide how we want to contribute.
5    Or if we want to move on to something else.
6  It turns out that's sort of a hard answer for people to
7  internalize.
8    Q   Yeah. Can I -- I might not have shown it
9  to you, but I think I've seen an e-mail where you had
10 the -- maybe just a senior leadership explain, the
11 company might not exist once we're done. If the
12 project is successful and we profitably sell all of our
13 Kin, Kik as a company may no longer need to exist.
14   A   Right. Satoshi Nakamoto disappeared.
15   Q   Right.
16   A   We don't know who he/she/they are.
17   (Discussion off the record.)
18   BY MR. LEASURE:
19   Q   Let me show you a document marked
20 Exhibit 107. Take a look at it. And as always, let me
21 know when you're ready. I'll ask you what it is.
22   A   Okay.
23   Q   Let me identify it for the record while
24 you're reading it.
25   A   Yeah.

Page 209

1    Q   It's a multi-page printout of an e-mail
2  chain ending March 24th, 2017, dated -- with the Bates
3  stamp KIK 26624.
4    A   Okay.
5    Q   What is this document?
6    A   I think this is me -- I'm not sure when --
7  it's not listed here, but when I sent the original
8  e-mail. I see that I forwarded it March 24th.
9  Usually, there would be a date on a thread like this.
10 But let's assume it's roughly around then. I think,
11 you know, despite Fred's endorsement, despite Erin's
12 endorsement and own independent research, there was
13 still, from my recollection, skepticism on the
14 leadership team at this point.
15   And so this is me trying to dumb it down as
16 much as possible so that people understand what we are
17 talking about and how it would work.
18   Q   Got it. A few names and people before we
19 get into the substance of it.
20   A   Uh-huh.
21   Q   The initial e-mail, which I think might
22 have a date. It's -- do you see March 24th, 2017,
23 there?
24   A   You're right. Sorry. I see it now.
25   Q   That's sent to leadership team, which has

Page 210

1  an e-mail address, exec@kik.com. I take it that's
2  senior managers --
3      A   Yeah. That's the leadership team
4  distribution list.
5      Q   People like Ben-Ari, Clift?
6      A   Yep.
7      Q   Okay. And that's you, as you say, trying
8  to present in a -- I don't want to say dumbed down, I
9  feel like that would be rude to say -- in a simplified
10 format the vision you had?
11     A   Yeah. The goal of this was to help them
12 understand as much as possible, like, what this option,
13 what the idea was.
14     Q   Got it. And you ultimately forwarded it to
15 a person named Hubert?
16     A   Hubert, yeah. He was my CEO -- is my CEO
17 coach.
18     Q   Oh, understood. Okay. Very good.
19         Did he have a role in the Kin project,
20 other than just being your coach?
21     A   He had a major role in helping me turn
22 around the company from a leadership point of view.
23 And so I sent this to him because, like, I was
24 explaining do him that I thought there was this other
25 way, and how can I get the leadership team on board.

Page 211

1  And so when I highlighted here, I said -- like, my
2  recollection, I'd forward it to him and be like, "Hey,
3  this could be a helpful context as you helped me turn
4  around the leadership of the company."
5      Q   Got it. And you're looking for coaching
6  and ideas on leadership issues with --
7      A   Correct.
8      Q   With a tough task, I take it.
9      A   Yeah. Turning around a failing consumer
10 company is a very tough task.
11     Q   I've never done it, but I believe you.
12         You write -- let's go to the substance of
13 what you write to the leadership team. Okay?
14     A   Okay.
15     Q   You write, "Hi, all. I had a chance to
16 sync with a few of you about the crypto meeting on
17 Wednesday."
18         Any of that ring a bell, the crypto
19 meeting?
20     A   I assume it was like a meeting to discuss
21 doing cryptocurrency. I can't remember specifically,
22 but that would be my guess.
23     Q   You write about themes you heard. Going
24 down to the one where you write, "The other theme I
25 heard was that there is still some ambiguity around the

Page 212

1  vision for crypto and how it'd fit into Kik."
2      Do you see that?
3      A   Yep.
4      Q   I take it -- that seems to be consistent
5  with your recollection that people just had some
6  confusion or not really -- not clarity around the
7  vision yet.
8      A   It was and is a very big idea, and at first
9  is very hard for people to get their heads around,
10 especially, you know, almost, like, a year and a half
11 ago or almost two years ago, whatever this is.
12     Q   Sure. And as you said, this is you trying
13 to put the vision down on paper?
14     A   Yes. This is me trying to dumb it down as
15 much as possible. I see I actually did use the term
16 there as well.
17     Q   You're right. So I can use that phrase
18 as well.
19         Let me point you to the second page where
20 there is some substance. On page 26625, you're there.
21     A   Yep.
22     Q   You write, "Why would we do this?" And you
23 give three reasons. Do you thee see that?
24     A   Yep.
25     Q   And I don't want to read every single word

Page 213

1  here, but it looks like the three reasons you wrote
2  are: One, it is a way to raise money to fund
3  development.
4      A   Uh-huh.
5      Q   Two, it is a new way to monetize a
6  community. And three, it is a way to unite the
7  community to work together to build the best community
8  possible.
9      A   Uh-huh.
10     Q   I'll just pause there. Were those -- were
11 those the reasons from Kik's perspective to do the
12 token project?
13     A   I would -- if I could go back and -- maybe
14 not if I could go back. If I were to reword one, it is
15 a way to get money to fund the development is what I
16 would change it to. You know, definitely, two, we
17 talked about a lot. Three, we talked about a lot as
18 well.
19     Q   Uh-huh.
20     A   But we were also spending money. And if we
21 didn't get more money, we would go bankrupt and none of
22 this would happen. So -- and the leadership team at
23 the time was very focused, obviously, on our cash
24 balance. As it declined, as we got closer to going
25 bankrupt, like, all anybody wanted to talk about was,

Page 214

1    like, how are we not going to go bankrupt.  And so when
2    I look at this first one, crypto was such a new thing
3    that it was hard for people to understand, and so --
4    you know, traditionally, you either sell advertising or
5    you sell things.  That would be revenue.
6            Or your other option is to raise investor
7    money through an equities offering.  So those are the
8    only two pieces of context the leadership team would
9    have.  Now there was a third, which is create a new
10   currency, sell some of that currency, and use the money
11   from that sale to fund development.
12       Q    Got it.
13       A    So that would be my only -- when you say
14   are these the three reasons, sort of would be my
15   answer.  You know, it's a new way to monetize a
16   community.  It's a new way to work together.  These
17   actually to me were the most important things.  But at
18   the time, it's also a way to sell an asset to get the
19   money to fund development.
20       Q    Got it.  You -- before, when we were
21   talking, you had a problem with using the term "raising
22   money" in the context of the Kin token sale.
23       A    Uh-huh.
24       Q    I take it that's because you didn't see it
25   as, like, a raising of money from investors as much as

Page 215

1    a sale to fund the project?
2        A    I'm sorry.  What's the question?
3        Q    You had a problem with the idea of raising.
4        A    Yeah.
5        Q    Calling this a "money raise."
6        A    Yes.
7        Q    Why is that?
8        A    Because when you use the word "raise,"
9    it -- people would think, "Oh, a raise, like a
10   traditional equity raise.  Oh, is this an equity raise?
11   Does this come with all the rights of an equity raise?"
12   So I don't have a problem actually with the word
13   "raise."  I have a problem with the definition it
14   infers in many people's minds.
15       Q    So you prefer this to say -- I just want to
16   make sure it's clear.  You'd prefer this to say for
17   Reason 1, why we would do this is:  It is a way to sell
18   tokens to fund development?
19       A    I would say, even tweak it --
20       Q    Yeah.
21       A    -- it is a way to create a new currency,
22   sell a piece of it to fund our participation in the
23   ecosystem.
24       Q    Not fund -- okay.  So we covered the raise
25   part.  Why is "fund development" not the right term?

Page 216

1        A    Because I think development -- again,
2    getting back to sort of an equity raise, development is
3    like, "Oh, we're going to go do something."  But on
4    day one, we created this cryptocurrency that existed on
5    the Ethereum blockchain that anybody could access, use,
6    integrate, and improve upon, evangelize, set up
7    programs for.  So it's not a way to raise money.
8            It's a way to sell a piece of the asset
9    that we own.  And it's not a way to fund development.
10   It's a way to fund our participation in the ecosystem.
11       Q    Kik being one person who will build out the
12   ecosystem, not the only; is that your idea?
13       A    Kik being one person entity building things
14   in the ecosystem for the benefit of itself, but because
15   of the way cryptocurrencies work, also for the benefit
16   of everybody else.
17       Q    Do you think it was expected that Kik
18   would -- do you think the people who bought Kin tokens
19   in the TDE expected that Kik would use the money they
20   gave Kik to help develop the ecosystem?
21       A    I think people's -- I can't say what
22   people's expectations were.  But what their
23   expectations should have been is that as a holder of
24   3 trillion of the 10 trillion Kin, we would do
25   everything in our power to increase the demand as much

Page 217

1    as possible in our own selfish interest, but then that
2    they would benefit from that as well.  But that would
3    be also true of everybody in the ecosystem.
4        Q    Fair enough.  Okay.  I can offer a kind of
5    absurd hypothetical.  Let's say Kik sold 100 million
6    worth of Kin and then just walked away with the
7    money --
8        A    Uh-huh.
9        Q    -- or threw the best party in the history
10   of tech companies, the 100 million is gone.
11           Do you think that would have been
12   inconsistent with the understanding of what Kik would
13   do with the proceeds of the sale?
14       A    I think it would be just, like,
15   counterintuitive of why would Kik not act in their own
16   best self-interest.  With that said, let's take your
17   hypothetical and that did happen.
18       Q    Uh-huh.
19       A    There are 10,000 people all around the
20   world who owned a piece of Kin who would be very
21   incentivized, and this is the power of
22   cryptocurrencies, to make Kin work regardless of what
23   Kik did.  If we take your hypothetical and we threw
24   $100 million party and said, "That was it.  Sorry.
25   We're shutting down the company," there would be over

1  10,000 people in the world who owned a piece of this
2  currency that said, "Damn, I don't know why they did
3  that.  That was really stupid.  But we need to make
4  this Kin thing a success because we all own a piece of
5  this."  And that is the power of cryptocurrencies.
6      **Q.  Okay.  Maybe we'll turn more to that in a**
7  **bit.  On this Item 1, the last two sentences of it --**
8      A.  Item -- yes.  Bullet one.  Okay.
9      **Q.  So Item 1 is a way to raise money to fend**
10  **development --**
11      A.  Uh-huh.
12      **Q.  -- to fund development.  And then the**
13  **second-to-last sentence reads, "The value proposition**
14  **to investors is if they buy in today at the ICO, and**
15  **then the demand for the currency goes up because of all**
16  **the things we do to create demand for them, then they**
17  **will be able to sell their points at a higher price in**
18  **the future and make a return."**
19          **Do you see that?**
20      A.  I do.
21      **Q.  We've talked today about increased demand**
22  **and increased price.  Is this -- is what you wrote here**
23  **in March an accurate statement of the value proposition**
24  **being offered?**
25      A.  I would say that I was trying to -- I can't

1  recall for sure.  But if I were to guess, I was trying
2  to explain in as familiar terms as possible why people
3  might buy a cryptocurrency.  Like, the fundamentals of
4  crypto economics are fixed supply.  Demand goes up,
5  price goes up.  That's why we all worked together, yet
6  independently, to make it more valuable.
7          So when I look at this, if you buy a
8  cryptocurrency today, any cryptocurrency, and then the
9  demand for that cryptocurrency goes up because of all
10  of the things we do -- but "because of all of the
11  things everybody does" is what this should say -- then
12  if by all those independent efforts the demand goes up
13  -- you know, maybe Kik does something and it doesn't
14  create demand at all.
15          But maybe somebody in Zimbabwe does
16  something that creates this demand in what, we don't
17  know, that's the power of it -- then demand goes up.
18  If demand goes up, the price will be able to go up.
19  And so if the price goes up, you know, you own a piece
20  of this currency you bought for less money yesterday,
21  and now it's worth more money today, then you've had a
22  financial gain.
23      **Q.  So if you were to -- sitting here today, if**
24  **you were to publish this sentence, the correction you**
25  **would make is to "all the things we do to create**

1  **demand," you would say instead it's "all the things**
2  **everybody will do"?**
3      A.  If I were to do this today, I would say
4  there's many different reasons people buy
5  cryptocurrencies.  Some reason that some people buy
6  cryptocurrencies is purely as a speculative
7  proposition.
8      **Q.  Yeah.**
9      A.  For those people, they're betting on that
10  the efforts of all of these different people, because
11  of the incentive, because of the crypto economics,
12  because of the way that this is all set up, they're
13  betting that demand is going to go up as one
14  constituency in this broader ecosystem, which exists in
15  every cryptocurrency.
16      **Q.  The last sentence reads, "The money taken**
17  **in from investors for the ICO is used by Kik to fund**
18  **development to create more and more demand by both**
19  **growing the community and by growing the demand for the**
20  **currency within the community."**
21          **Is this accurate?**
22      A.  I think what I was trying to get across
23  here is we sell some Kin token.  That sale generates
24  revenue.  What do we do with that revenue?  The
25  smartest thing to do from a purely financial point of

1  view, from Kik's perspective, is to try to grow -- do
2  everything they can to grow demand, real demand for
3  that currency, which increases the value of its
4  currency, increases the value of everybody's currency.
5          And that is what is in everybody's best
6  interest in the ecosystem.
7      **Q.  Right.**
8      A.  Everybody is trying to selfishly grow the
9  demand of Kin for themselves.  But in doing so, they're
10  also growing demand for everybody else.
11      **Q.  Right.  And we've talked about that.**
12  **That's part of the -- skin in the game isn't accurate,**
13  **but the win-win-win, that Kik has the same incentives**
14  **as other people to grow this currency out?**
15      A.  That is a fundamental of how
16  cryptocurrencies work.  And that's -- that is the basis
17  for why cryptocurrencies are so exciting.
18      **Q.  Got it.  And in the context of this e-mail,**
19  **you're trying to explain that to maybe skeptical or**
20  **concerned --**
21      A.  And people who don't know crypto at all,
22  don't know anything about crypto.  And so trying to
23  explain it in terms that help them understand, even if
24  they are ultimately incorrect terms.
25      **Q.  Okay.  Let me point you to the third page**

Page 222

1    of this.  That's on Bates stamp 26626.
2        A   26626.  Okay.
3        Q   Okay.  There's a section that says, "So how
4    do we get this launched?"
5        A   Yep.
6        Q   I see three streams.
7        A   Yep.
8        Q   And there's three new bullets.  Let me just
9    summarize these using the first sentence and see if
10   you're with me.  One, "We need to market it."  Two, "We
11   need to create demand for it."  And three, "We need to
12   set up the infrastructure."
13       A   Okay.
14       Q   Is this an accurate -- sitting here today,
15   do you think that's an accurate, at a high level,
16   summary of what is needed to get the Kin project
17   launched?
18       A   I think the only thing we would need to do,
19   going back, is like -- you know, this is we're trying to
20   figure out what we actually need to do.  But looking
21   back today, what did we actually need to do?  We needed
22   to create it, and we needed people to buy it because
23   that's what sets up the incentives for people to
24   independently grow the value of their Kin, and that's
25   what creates this whole snowball effect.

Page 223

1        Q   So you didn't need to create demand for it?
2        A   Creating demand for it, doing everything in
3    our power to create demand for it, would increase the
4    odds -- increase the rate of demand growing, and
5    therefore, was in our best interest.  But if you asked
6    me: Did we need to do it?  My answer would be no.
7        Q   Okay.  But you are doing that?
8        A   Yeah.  We're doing that because we're
9    rational actors in the ecosystem.
10       Q   Okay.  And the infrastructure, we talked a
11   lot about the infrastructure development that I think
12   took place after the TDE.
13           That has been happening, correct?
14       A   So, again, this was very early.
15       Q   Sure.
16       A   If I go back today, would we need to set up
17   the infrastructure?  No.  We need to create a
18   cryptocurrency.  We explain our vision for the
19   cryptocurrency.  Like, if you were to join this
20   project, here is what you are trying to achieve with
21   the rest of the community.  And that's it.
22           Like, literally, in your hypothetical,
23   everybody on Kik Interactive is off to celebrate
24   something.  They're on a plane, the plane crashes.
25   What are the odds that Kin is successful?  What would

Page 224

1    happen?  10,000 people around the world would say,
2    "We've got to make this thing work with or without all
3    of those Kik employees."  And that's the power.  It's
4    open sourced.  It's decentralized.  Anybody can
5    contribute.  And they are contributing out of their own
6    selfish needs.
7            So why doesn't Kik do that?  Because
8    Facebook is coming.  And we, like everybody else, want
9    to maximize the odds that Kin becomes the most used
10   cryptocurrency in the word.  So we are doing our part.
11       Q   Let me push you a bit on that.
12       A   Sure.
13       Q   I'm not sure I agree, but I could hear the
14   argument more for the demand generation.  Anyone -- I
15   can evangelize, right?  I can set up a blog and
16   evangelize a cryptocurrency and say it's the next best
17   thing, and we're going to beat Facebook together.
18       A   Okay.
19       Q   I'm not sure I could do all of the things
20   you were talking today about infrastructure, blockchain
21   developments.  I'm not sure what 10,000 people
22   desperately -- I certainly could not.  I can barely use
23   my phone.
24       A   Yeah.
25       Q   I'm not sure what 10,000 desperate people

Page 225

1    could do the blockchain developments that Kik's
2    engineers are working on right now.  But it's your view
3    that they could and, in the absence of Kik, are just as
4    likely to do so?
5        A   I think my view is that by Kik not doing
6    it, it definitely would slow the progress of the
7    ecosystem down.  Just like if you removed any
8    participant from the ecosystem, you would be taking out
9    their contribution.  I think Kik made a big
10   contribution.  But we saw many people in our
11   communities identifying, reaching out, and selling
12   developers to integrate Kin.
13           So, like, you couldn't do it.  But if you
14   held Kin, you'd be very incentivized to tell your
15   friends and family, "Hey, this Kin thing, you've got to
16   look into it.  It's the best thing ever."  Any
17   developer you knew, "Oh, I hear you have an app.
18   You're struggling.  You should look at Kin."
19           Like, that's the power of this whole thing,
20   is you have an army of people who are economically
21   aligned.
22       Q   Even on the infrastructure thing?
23           That's what I was pushing you on.
24       A   So on the infrastructure, Kik -- Kin was an
25   ERC-20 token up and running on the infrastructure in a

Page 226

1  way no different than Ether itself.
2      Q  But could -- go ahead.  I didn't want to
3  interrupt you.
4      A  I was done.
5      Q  Oh, okay.  The part I'm having trouble with
6  is picturing -- I didn't want to do a plane crash --
7  Kik just stops supporting the project.
8      A  Yep.
9      Q  No one is dying in a plane crash, please.
10     But Kik stops supporting the project --
11     A  You made that hypothetical, though.
12     Q  No, I didn't make that hypothetical.
13     Kik stops supporting the project.  10,000
14  desperate people handle the Stellar fork issues that we
15  were describing, the transfer of tokens from the
16  Ethereum to Stellar --
17     A  Where Kin would be if everybody at Kik was
18  on a plane and died?  Which is the hypothetical I'm
19  going to use.  Okay?  So I'm on that plane, too, so
20  don't worry.
21     Q  Go ahead.
22     A  Not in my best interest in this
23  hypothetical.
24     Q  No.
25     A  Kin would be in no different a place than

Page 227

1  where Ethereum is today.
2      Q  Oh, I see your point.
3      A  It is on the -- it is a currency on the
4  exact same infrastructure.  You're right.  So nobody
5  uses Ethereum.  And Ethereum is like -- that community
6  is trying to figure it out, what are we going to do.
7  In the same way, our community would try to figure it
8  out, what are we going to do.  They haven't been
9  thinking about it for a year, so they probably couldn't
10  make the progress that we at Kik could if we were a
11  participant with them in ecosystem.
12     But like Ethereum, they would make
13  progress, it would be just be much slower.
14     MR. SCHLEGELMILCH:  Isn't it fair to say,
15  though, that at the moment -- the moment after the
16  TDE -- the moment after the token distribution event,
17  the lion's share of maybe all of the development work
18  is being done by Kik?
19     THE WITNESS:  I would say that Kik was for
20  sure the most active participant in the Kin ecosystem,
21  yes.
22     MR. SCHLEGELMILCH:  Are you aware of any
23  other participant in the Kin ecosystem sort of the
24  minute after the TDE?
25     THE WITNESS:  I don't have any specific

Page 228

1  names.
2      MR. SCHLEGELMILCH:  Okay.
3      MR. MENDEL:  You said that you saw people
4  sell to developers.  What examples were you thinking of
5  in that respect?
6      THE WITNESS:  Where did I say that?  Sorry.
7  I don't remember the context.
8      MR. MENDEL:  This was a few minutes ago.  I
9  think you said -- sorry if I have this wrong.  I think
10  you said that you saw people sell Kin to developers.
11     THE WITNESS:  So people evangelized Kin to
12  developers, yes.
13     MR. MENDEL:  What examples did you have in
14  mind for that?
15     THE WITNESS:  Just seeing it in our Reddit
16  community, people saying, "Hey, what do you think about
17  this partner?  I reached out.  We think it could be
18  good."  "What about this partner?  I sold these
19  partners on this.  These people should reach out."
20     I would get -- I believe I have gotten
21  e-mails from people, like, "Hey, I talked to this
22  person.  You guys should connect.  They want to build
23  something."  Like, that's the power of this thing.  You
24  have 10,000 people who are economically aligned to all
25  work in their self-interest, but in doing so, work

Page 229

1  together.
2      MR. MENDEL:  And when did you see the
3  conversations on Reddit that you mentioned?
4      THE WITNESS:  Throughout the history of
5  Kin.  Like, even before we did a token sale.  I would
6  come up -- like, people would come up to me after
7  conferences, like, "Hey, I'm a developer.  I'm
8  struggling.  Your story resonates with me."  This story
9  of struggling is not a unique story.
10     Everybody in the consumer apps base is
11  struggling.  And so to see the CEO, the founder/CEO of
12  a billion dollar company, get up in front of an
13  audience and admit that to them is something they have
14  never seen before.  And then they come up to me and
15  they say, "I can't believe you said that.  You're the
16  most honest person I've ever met to actually say this
17  on the record in front of an audience.  I'm struggling
18  in this exact same way you are.  Nowhere near the scale
19  you are.  I want to be part of this."
20     MR. MITCHELL:  So if I can just follow up
21  on Stephan's question.  At the time of the token
22  distribution event or any time before then, was there
23  anyone else -- were there any other apps other than Kik
24  that were -- that had said publicly, "We're going to
25  use Kin tokens in our app"?

Page 230

1    THE WITNESS: I can't remember
2  specifically. But I do know we worked with partners
3  that were integrating Kik Points and were very
4  interested in Kik -- integrating Kik Points.
5    So there's no reason to me -- Kik Points
6  is -- Kin is just Kik Points but with a business model
7  attached, a better business model.
8    MR. MITCHELL: And I'm sorry. Did any of
9  those companies say that publicly?
10    THE WITNESS: I can't remember.
11    MR. MITCHELL: Do you remember any of them
12  saying it publicly?
13    THE WITNESS: I can't remember.
14    MR. MITCHELL: Do you remember what
15  companies you're thinking of?
16    THE WITNESS: That did Kik Points?
17    MR. MITCHELL: That you're thinking of
18  right now, yeah, that worked --
19    THE WITNESS: I'm literally not thinking of
20  any company right now.
21    MR. MITCHELL: Okay.
22    THE WITNESS: It was a long time ago, so I
23  don't have a specific list in my head.
24    MR. MITCHELL: I guess I'm just trying
25  to -- the plane crash hypothetical --

Page 231

1    THE WITNESS: Uh-huh.
2    MR. MITCHELL: -- I'm just trying
3  understand. Were there points that, you know, during
4  the time that Kik was offering the Kin tokens, that it
5  identified, Kik told people, you know, "It's us. We're
6  going to be working on this. And also, here's a list
7  of other people who are going to be working on this"?
8    THE WITNESS: Not to my recollection.
9    MR. MITCHELL: It was just Kik and the Kin
10  Foundation that's mentioned in the white paper?
11    THE WITNESS: Correct. I think -- I think
12  that's correct.
13    MR. MITCHELL: And who -- and the Kin
14  Foundation, when it was created, was -- the directors
15  were you and Kik's CFO?
16    THE WITNESS: Correct.
17    MR. MITCHELL: And so if -- again, leaving
18  aside the plane crash. If Kik had just said, "We're
19  not doing anything more here," could any of those
20  10,000 people have taken over the Foundation and -- do
21  they have the rights to take over the Foundation and
22  get the 6 trillion Kin?
23    THE WITNESS: They did not.
24    MR. MITCHELL: So could they have run the
25  Kin Rewards Engine -- could anyone else have created

Page 232

1  the Kin Rewards Engine described in the white paper
2  other than Kik and the Foundation?
3    THE WITNESS: If everybody at Kik had
4  crashed in a plane crash, then the private keys that
5  together unlock the 3 trillion and 6 trillion Kin owned
6  by Kik and Kin Foundation respectively would forever be
7  lost, and the 1 trillion Kin remaining would be the
8  only Kin in existence.
9    MR. MITCHELL: Okay. But the white paper
10  discusses a Kin Rewards Engine, right?
11    THE WITNESS: Uh-huh.
12    MR. MITCHELL: Was that an important part
13  of the plan?
14    THE WITNESS: I would say that was an added
15  but ultimately unnecessary feature to Kin. Why?
16  Ethereum doesn't have a Kin Reward Engine, and yet,
17  lots of people are building applications for it.
18    MR. MITCHELL: I'm sorry. Was -- did you
19  always think that the Kin Rewards Engine was an
20  unnecessary part of the plan?
21    THE WITNESS: When I say "unnecessary" --
22  maybe what do I mean by "unnecessary." We have a --
23  we're a fan of this thing called the parallel universe
24  test. In one universe, you do it this way; in one
25  universe, you do it that way. What are the potential

Page 233

1  different outcomes from each of those universes?
2    Kin without a Kin Reward Engine would
3  basically be Ethereum or Bitcoin, with one difference
4  that one company that said, "Hey, we are going to
5  integrate this Bitcoin," was Kik. But ultimately, all
6  of these people die in a plane crash.
7    So at that point, it would be no different
8  than Bitcoin and Ethereum. If 10,000 people around the
9  world owned and purchased for $100 million almost,
10  Bitcoin II and, you know, Satoshi disappeared, they
11  would make it work. In fact, that's what happened with
12  Bitcoin.
13    But the world where the Kin Reward Engine
14  does run, I believe, would greatly accelerate the rate
15  of growth of the ecosystem. So it is unnecessary for
16  the ecosystem to operate, but it is an advantage.
17    MR. MITCHELL: And Kik talked up that
18  advantage in the white paper?
19    THE WITNESS: Yeah. How could we talk
20  about this being a fundamentally new business model for
21  developers without there being a Kin Reward Engine?
22    MR. MITCHELL: One of the points here is if
23  a developer helps create demand for Kin tokens, it gets
24  paid out of the Reward Engine?
25    THE WITNESS: Correct.

Page 234

1    MR. MITCHELL: So that was talked up in the
2   white paper. Was that also -- did you talk it up in
3   speeches you gave --
4    THE WITNESS: I would say that was one of
5   the innovations of Kin, is that we proposed having this
6   feature, for sure.
7    MR. MITCHELL: Okay. And, again, the
8   people who control that Rewards Engine were either Kik
9   or the Foundation?
10    THE WITNESS: Yeah. And the Foundation was
11   controlled by Peter and myself.
12    MR. MITCHELL: And then earlier, we talked
13   about the idea that there was a technical problem with
14   running a commercial -- an at-scale public -- I'm
15   sorry. Let me start over.
16    Earlier, we talked about the idea that
17   there was a difficulty for Kik to run an at-scale
18   thousands or millions of people involved transactions
19   on the Ethereum blockchain.
20    THE WITNESS: Uh-huh.
21    MR. MITCHELL: Okay. Was that a special --
22   like, was that a Kik-specific problem or would anyone
23   trying to run a large scale set of transactions have
24   that problem on the Ethereum blockchain?
25    THE WITNESS: No it was an -- was and is an

Page 235

1   industrywide problem.
2    MR. MITCHELL: So under the hypothetical we
3   were talking about, the 10,000 people, if they were to
4   do this, would need to sort of somehow coalesce and do
5   the work that Kik is doing?
6    THE WITNESS: There are many blockchain
7   projects today that are focused on allowing for
8   swapping Ethereum tokens to other blockchains where
9   they're more scalable. Ethereum itself is working on
10   its own scalability solutions.
11    MR. MITCHELL: Ethereum -- does Ethereum
12   have a process for voting where Ethereum holders can
13   vote and sort of control sort of the blockchain
14   technology or other sort of fundamental questions?
15    THE WITNESS: Not to my knowledge.
16    MR. MITCHELL: So how are people doing
17   that -- how are people addressing those problems?
18    THE WITNESS: What's the question? How are
19   developers working on Ethereum?
20    MR. MITCHELL: You were saying that people
21   are working on Ethereum and trying to improve the
22   throughput or improve the ability to run a commercial
23   business on it. How are they doing that if --
24    THE WITNESS: I do not know the details,
25   but I assume they are looking at the open source

Page 236

1   project and proposing new pieces of code to that
2   project.
3    MR. MITCHELL: I think you've lost me on
4   the technology stuff. I don't think I can ask that
5   much.
6    BY MR. LEASURE:
7    Q   An entity we referenced before, CoinFund.
8    A   Uh-huh.
9    Q   Kik hired CoinFund?
10    A   Correct.
11    Q   What did Kik hire CoinFund to do?
12    A   From my point of view, at least initially,
13   to help validate that this was a good idea.
14    Q   And validate in what way?
15    A   Validate in the way that it wasn't just Ted
16   who believed this could work, but it was also -- that
17   this cryptocurrency could work, but also many people
18   who were deeply involved with other cryptocurrencies
19   themselves.
20    Q   Did it validate -- as part of its work, was
21   CoinFund tasked with validating whether people would
22   want to buy a token sold by Kik?
23    A   Yep.
24    Q   Okay. And they did a market analysis for
25   Kik?

Page 237

1    A   I don't know specifically what they did,
2   but I'm assuming they surveyed people in the industry.
3   "You're buying cryptocurrencies. What if a
4   company launched a cryptocurrency? What would you
5   think?"
6    Q   Did Kik use the analysis CoinFund provided?
7    A   I'm sure we did. Like, I remember there
8   was a report. I don't remember reading the report.
9   But I definitely remember different people referencing
10   it in different ways at different times.
11    Q   What did they say?
12    A   I -- like, to me, the punch line of the
13   report was this was a good idea. That's sort of where
14   I stopped paying attention.
15    Q   So I just want to make sure I'm
16   understanding that. From your perspective, it was to
17   make sure there was a green light showing that
18   validated the idea from a market perspective?
19    A   Yes.
20    Q   Okay. And that would also help you in -- I
21   don't want to say demonstration effect, but that would
22   help you to persuade maybe reluctant or skeptical
23   stakeholders in Kik, the company, that they should
24   proceed?
25    A   Correct.

Page 238

1    Q   Including board members?
2    A   Correct.
3    Q   Okay.
4    A   That was one piece of ammunition for why
5    this was a good idea.
6    Q   Okay.  What did you think about hiring
7    them?
8    A   What did I think about hiring them?  I
9    don't recall having any specific thoughts.  But my
10   general state of mind, I think, at the time is anything
11   that helps demonstrate from an independent third-party
12   point of view, that they agree with me, that this is a
13   good idea.  It can only be helpful.
14   Q   Did you ever have reason to question the
15   quality of their work?
16   A   I think maybe the question is, like,
17   quality of their work.  I think different people then
18   and now have their own interpretations and
19   understanding of what crypto was.  So in terms of
20   quality of the work, it's not like this is like a
21   scientific experiment where there's only one truth.
22       This is different people interpreting how
23   they look at what this crypto thing is and is going to
24   become.  So quality of work, I thought they were smart
25   enough people.  I thought they had interesting

Page 239

1    perspectives.  I don't recall agreeing with all of
2    their perspectives.  I don't have any recollection of
3    any specific disagreement.
4        But, like, you know, quality of work, it's
5    not like these guys are building a car.  It's like
6    they're trying to explain what they think is this
7    fundamentally revolutionary new technology is and is
8    going to do.
9    Q   That's fair.  I can appreciate that.  And I
10   appreciate there's a lot of uncertainty at the time
11   about the market and how Kik would approach the market,
12   right?
13   A   Uh-huh.
14   Q   So let me take out quality of the work.
15   Did you ever have reason to question their competence?
16   A   No.
17   Q   Okay.  How about to extent they did market
18   analysis or survey?  Did you ever have reason to
19   question the integrity of the results they provided?
20   A   Nothing jumps to mind specifically.
21   Q   Did you ever -- did you ever call or
22   consider CoinFund to be the Goldman Sachs of ICOs?
23   A   I didn't recall it until last week.  But as
24   of last week, I saw an e-mail where I did say that,
25   yes.

Page 240

1    Q   Okay.  Do you have any idea what you --
2    what -- did you mean that?
3    A   I think what I meant by that is there's
4    people who sell equities.  There's people who help
5    people sell equities.  The brand name firm of the
6    people who help people sell equities is Goldman Sachs.
7    There are people who sell cryptocurrencies.  There are
8    people who help people sell cryptocurrencies.
9        And the brand name firm there today in this
10   very new industry is CoinFund.
11   Q   Sure.  That they were, in this space, a
12   good brand name for helping people sell tokens?
13   A   Correct.
14   Q   Okay.
15       MR. MITCHELL:  To the extent that CoinFund
16   did a survey, at any point, did anyone at Kik ask them
17   to sort of redo it or fix the survey or anything, raise
18   problems with it and make people redo it?
19       THE WITNESS:  I wasn't that involved, so
20   not -- I wasn't that involved in the survey, so not my
21   recollection.
22       MR. MITCHELL:  And did Kik hire anyone
23   other than CoinFund to do research about the market or
24   the potential market for tokens?
25       THE WITNESS:  Not that I can recall.

Page 241

1    BY MR. LEASURE:
2    Q   We see -- I don't need to walk through
3    document by document.  But we see references, right
4    after CoinFund started doing its work, to a working
5    session meeting CoinFund may have had in New York in
6    February of last year.  The document suggests that Kik
7    may have presented sort of its overall business to
8    CoinFund.
9    A   Uh-huh.
10   Q   Does any of that ring a bell for you?
11   A   It does not.
12   Q   Okay.  Do you remember meeting in person
13   with people from CoinFund at any point?
14   A   I definitely met people from CoinFund in
15   person.
16   Q   Like Jake Brukhman?
17   A   Yep.
18   Q   His name rings a bell?
19   A   Yep.
20   Q   Okay.  Do you know -- in connection with
21   the analysis or research they were doing, do you recall
22   meeting with them?
23   A   I think we met with them for lots of things
24   over time.  I don't recall specifically meeting with
25   him about the research.

Page 242

1    Q   Okay.  I'm going to show you what I
2  understand to be the research.
3    A   Okay.
4    Q   Just walk you through a bit of it.  I'm
5  showing you a document that's previously been marked as
6  Exhibit 39.  Take a moment.  Take a look at it.  I'll
7  identify it for the record as a multi-page document
8  that appears to have the title "CoinFund Token
9  Integration Research and Proposed Economics."  It has a
10  date March 21st, 2017, and a Bates stamp CoinFund 7691.
11    A   Uh-huh.
12    Q   You won't be surprised to know my first
13  question is:  What is this document?
14    A   This document appears to be a research
15  report generated by CoinFund for Kik.
16    Q   Did you read this document at the time?
17    A   I don't recall reading this document at the
18  time.
19    Q   Okay.  Just curious.  Why not?  Because
20  you're busy?  Because this didn't interest you?  Some
21  other reason?  Why didn't you read this?
22    A   Because at the time, there was a lot going
23  on at the company at the time.  It was a very stressful
24  time.  And from my point of view, the purpose of this
25  document was to convince people that this was a good

Page 243

1  idea -- to help them understand why this was a good
2  idea.  I didn't need to understand further why this was
3  a good idea.  A summary of, "Yep, Ted, CoinFund also
4  thinks this is a good idea," was sufficient for me for
5  what I needed.
6    Q   Did you get that summary?
7    A   I don't recall getting that summary.
8    Q   Do you suspect you did at some point?
9    A   I don't recall somebody saying, "Hey, the
10  CoinFund research suggests that this is not a good
11  idea."
12    Q   You might recall that if --
13    A   I think I would recall that, yes.
14    Q   Okay.  So extrapolating from what you're
15  saying, you may not have read through this because you
16  were busy and because you had heard in some form that
17  they were green lighting the concept?
18    A   Green lighting, I'm not sure --
19    Q   Let me change that term.
20    A   Yeah.
21    Q   That they weren't telling you this was a --
22  they weren't telling Kik this was a terrible idea, that
23  Kik should not proceed?
24    A   Correct.
25    Q   Okay.  Let me just point you to one or two

Page 244

1  things, see if it jogs any recollection.
2    A   Sure.
3    Q   Page 19, that has Bates stamp 7709.  It
4  begins with:  "CoinFund Crypto Investor Survey."  I'll
5  just read the first sentence.  "Methodology.  Working
6  together with the Kik team, CoinFund conducted a public
7  and open-sourced survey in the blockchain research and
8  investment community, targeting the set of people who
9  are knowledgeable and experienced in the issues
10  surrounding blockchain-based decentralized crowd
11  funding and known as crypto investors."
12    Let me pause there.  Did you have anything
13  to do with this survey?
14    A   Not to my recollection.
15    Q   What do you know about this survey, if
16  anything?
17    A   My best recollection is Erin worked with
18  CoinFund to try to get as much data as possible to
19  validate that this was a good idea.
20    Q   And this was a -- that's Erin Clift working
21  with CoinFund?
22    A   Correct.
23    Q   And who was -- who was being targeted by
24  the survey, if you know?
25    A   I assume -- I do not know, but I assume

Page 245

1  people who are buying other cryptocurrencies and were
2  involved in the crypto industry.
3    Q   Okay.  Did you ever see results that came
4  out of this survey?
5    A   I don't remember specifically seeing any
6  results.  I don't remember specifically reading this.
7    Q   Sure.
8    A   But I do know that things were pulled out
9  of this now and then to help tell the narrative to
10  other people who had to understand what we were doing
11  and why it was a good idea.
12    Q   Okay.  Did you ever have reason to question
13  the methodology of the survey?
14    A   Honestly, I really wasn't paying attention
15  to the survey at all.
16    Q   I don't want to keep reading it.
17    A   Like, there was a survey.  It's not a bad
18  idea.  Check.  Okay.  Cool.  Onto the next thing.
19    Q   Moving on.
20    A   Moving on.  Because I had been waiting for
21  this moment for seven or eight years, whatever it was
22  at the time, and I was no longer -- I could see it
23  rolling.  I knew it was going to go.  And now it was
24  make it happen before the company runs out of money.
25    This is my dream.  I want to go for it.

Page 246

1   We're going to go for it here.  This is going to be a
2   win-win-win.  It's going to be amazing.  But if we go
3   bankrupt, none of it is going to matter.
4           MR. MITCHELL:  Purely as a practical
5   question.  Did anyone else at Kik ever come to you and
6   raise concerns about CoinFund's survey or its work or
7   say, "Look, we shouldn't" -- "they're saying things we
8   just shouldn't trust"?
9           THE WITNESS:  Not the my knowledge.  Not to
10  my recollection.
11          BY MR. LEASURE:
12      Q   Let me just -- I hear everything you're
13  saying about what you were doing at the time and what
14  this survey did and didn't mean to you at the time.
15      A   Yeah.
16      Q   Just to push you to bit and see what you'd
17  say.
18      A   Sure.
19      Q   You were preparing to sell tokens at this
20  time, right?
21      A   We were preparing to launch a
22  cryptocurrency and sell some of that cryptocurrency,
23  yes.
24      Q   Yeah.  Sure.  Okay.  And CoinFund was
25  surveying what people who might buy the thing your

Page 247

1   company was selling would be interested in?
2       A   I'm honestly not sure.  Like, it sounds
3   roughly like it could be true.  But, again, I'm not
4   sure of the specifics.
5       Q   And a general question.  I'm curious, then.
6   If I were leading a company that was preparing to sell
7   any product, I'd think I'd want market research.
8       A   Maybe that's the difference between you
9   and me.
10      Q   I hear you.  But it sounds like that
11  just -- why wasn't that of interest to you?
12      A   Because I knew it was a good idea.  I
13  didn't need somebody else to validate for me that it
14  was a good idea.
15      Q   And you didn't need to know about the types
16  of people who might be buying this?
17      A   No.  Like, I knew that if other people were
18  buying these other cryptocurrencies we talked about,
19  and those things, from my point of view, had nothing
20  there and were, in many cases, run by people who had no
21  idea what this was or what was going on, that what we
22  were doing was many, many, many times better than that.
23      Q   Okay.  So you knew that there was demand
24  out there even for what you saw as inferior product?
25      A   Inferior projects, yeah.

Page 248

1       Q   Projects.
2       A   Yeah.
3       Q   Okay.  Fine.  And so you weren't concerned
4   about whether there would be demand or coming from
5   whom.  You knew it would be there?
6       A   Yeah.
7       Q   Okay.  Got it.  Okay.  Let me point you to
8   one item here, page 25.  That's Bates stamp 7715.  It
9   says, "User Versus Investor Interest."
10      A   Okay.
11      Q   And there is:  "In this survey, we
12  interviewed crypto investors and expected that most
13  respondents would be interested in the investment side
14  of the token proposition."  And it has a breakdown of
15  some data.
16          Do you see that?
17      A   I do.
18      Q   Did you review this data at the time?
19      A   I don't recall reviewing this data at
20  the time.
21      Q   Okay.  Do you recall anyone bringing this
22  data to your attention at the time?
23      A   I do not recall anybody bringing it to my
24  attention at the time, but they might have.  I don't
25  recall that.

Page 249

1       Q   Okay.  So I take it from that -- do you
2   recall anyone questioning this particular aspect of the
3   CoinFund survey?
4       A   I don't recall.
5       Q   Did Coin -- do you know if anyone --
6   CoinFund or anyone else on behalf of Kik ever ran a
7   survey on this topic, why -- what people might be
8   interested in, in terms of a coin?
9       A   I don't recall.
10      Q   Okay.  So you don't know any other data
11  that might be out there?
12      A   No.  Like, not that I recall.  Like, maybe
13  there was at the time.  Maybe we talked about it.
14  Like, nothing sticks out in my mind.
15      Q   Fair enough.  I'll take that back from you.
16  Thank you.  I'm not going to go document by document,
17  but there seems -- some of the documents seem to refer
18  to after CoinFund presented -- gave this research to
19  Kik, that there might have been some sort of a meeting
20  within Kik to discuss CoinFund's survey and the
21  results.
22          Does any of that ring a bell for you?
23      A   I'm sure there was a meeting to discuss
24  results.  That was the purpose of the report, was to be
25  a tool for Erin to use to convince herself, and then

Page 250

1  convince others and explain to others why this was a
2  good idea.  So if there wasn't a meeting, then it
3  probably would have been not a very effective tool.
4       So I'm sure there was a meeting.  But I
5  can't recall one specifically.
6       Q  You don't know if you participated or not?
7       A  I would assume I would have participated,
8  but I cannot recall specifically.
9       Q  Okay.  See if there's -- okay.  Let me show
10 you a document previously marked as Exhibit 108.
11      A  Why do you say those were previously
12 marked, out of curiosity?  It's no longer marked that?
13      Q  No.  It says in days past, it was marked
14 that.
15      A  But now it's marked something else or --
16 anyways --
17      Q  No, it's a great question.
18      MR. GIBBS:  We can explain that to you.
19      THE WITNESS:  Okay.
20      (Discussion off the record.)
21      BY MR. LEASURE:
22      Q  This is a multi-page document with an
23 attachment.
24      A  Okay.
25      Q  It's Bates stamped KIK 17481, and the

Page 251

1  e-mail chain ends March 28th, 2017.  And I'll represent
2  to you I don't think you are -- I don't -- I am not
3  sure, but I don't think you're at least on the last
4  e-mail in this chain.
5       A  Okay.
6       Q  I don't know if you are on this e-mail or
7  not.
8       A  It doesn't look like it.
9       Q  Do you recognize it?
10      A  I do not.
11      Q  Okay.  Reading through it, I guess my first
12 question is:  Just from what's in the e-mail, are you
13 able to give context to what it looks like Tanner Philp
14 and Hayeon Kim are talking about?
15      A  I'm not sure.  I don't recall ever having
16 seen this e-mail before.  Obviously, I've seen the part
17 lower down, which is, I think, the e-mail we looked at
18 earlier that I sent to the leadership team.  But beyond
19 that, I don't think I've ever seen any of this before.
20 So I'm happy to read through it and give you my
21 thoughts.  But let me know what you think.
22      Q  No.  Let me try to just break it down to
23 pieces.
24      A  Okay.
25      Q  At the bottom of this e-mail chain, it

Page 252

1  contains an e-mail we've already looked at.
2       A  Yeah.
3       Q  Your dumbed-down summary to the leadership
4  team, correct?
5       A  I didn't mean that to be offensive.  I hope
6  it wasn't taken as offensive at the time.
7       Q  Okay.  And then it appears that Hayeon and
8  Tanner are somehow working with that or some of that on
9  some deck or slides?
10      A  I'm not sure.  Like, maybe it would be
11 helpful for me just to read it.  Like, I have no idea
12 what this e-mail is.
13      Q  Go ahead.  Go ahead.
14      A  So maybe I should just read it.  Okay.
15      Q  Okay.  You've read through it.
16      Any additional context you can give me to
17 what your employees are doing here?
18      A  I don't know for sure, but my guess would
19 be they're saying, "Okay.  Ted has been explaining this
20 to the leadership team and the board.  We're now
21 getting to the point where everybody is bought in
22 enough that we should go for this.  And so now we need
23 to explain it to the rest of the employees."
24      And so what this looks like is an initial
25 first draft outline for what that presentation could

Page 253

1  be.
2       Q  That's what I thought it might be.  There's
3  a reference to a sit-down deck.  I think that's what
4  the attachment is called here.
5       A  Uh-huh.
6       Q  Would that be a draft -- based on your
7  understanding of Kik's processes, would that be a draft
8  presentation for a sit-down with Kik employees?
9       A  Yep.
10      Q  About the crypto project in this case?
11      A  Yep.
12      Q  Okay.  So this is your employees trying to
13 take your high level summary of the project and turn it
14 into draft, into slides?
15      A  Turn it into something that can be
16 explained that the rest of the employees can
17 understand.
18      Q  Got it.  So let me point you to that draft.
19      A  Okay.
20      Q  It begins with "financing update" --
21      A  Yes.
22      Q  -- with two guys in sunglasses.
23      Do you see that?
24      A  Yeah.
25      Q  Was there -- was there a presentation made

1  at the sit-down at or around this time regarding the
2  crypto project?
3       A   I don't recall specifically.  But there
4  was -- at some point in there, yes, we introduced this
5  to the company at a sit-down.
6       Q   And do these slides look like what was
7  presented to the company in a sit-down or do they not?
8       A   They look like they could be, yeah.  I
9  don't -- I can't say for sure.  I'm not sure of the
10  difference between this first draft and what was
11  ultimately presented.  But this looks like a first
12  draft created by Tanner and Hayeon, or maybe Hayeon.
13           MR. MITCHELL:  Super practical question.
14           If you wanted to go back and, you know --
15  just at the company and say, "Oh, can I get the slides
16  that we used for that sit-down?"  Does somebody keep
17  them, is there somebody who would be able to find,
18  like, "These are the slides we used for this board
19  meeting or this sit-down," or whatever?
20           THE WITNESS:  Probably.
21           MR. MITCHELL:  Okay.  Who?  Who would keep
22  those?
23           THE WITNESS:  Probably a woman named Angela
24  Watkins.
25           BY MR. LEASURE:

1       Q   Are they -- for a sit-down with the company
2  employees, are slides typically sent out in advance to
3  employees?
4       A   No.
5       Q   So this would just be presented on a
6  screen?
7       A   Yes.
8       Q   Okay.  So it sounds like the woman you
9  mentioned might be the best source for figuring out if
10  there is a --
11       A   Yeah.  I think if you wanted specific
12  slides, we could probably get you the slides and say
13  these were the ones we're pretty sure were presented.
14       Q   Okay.  That's fair enough.  Let me point
15  you to this draft at least and see if it jogs any
16  memory about a presentation or a sit-down meeting.
17  Pointing to 17494, there is three questions.
18       A   17494?
19       Q   You got it.
20       A   The Bates number?
21       Q   You got it.
22       A   Okay.
23       Q   Three questions:  What is a cryptocurrency?
24  Why would investors invest?  And what does this do for
25  us?

1       A   Yep.
2       Q   Do you remember presenting topics -- those
3  topics or topics like that at a sit-down?
4       A   I think so, yeah.
5       Q   Okay.  Let me ask just a few things that we
6  see in here in this draft presentation, to see if it
7  either jogs a bell or you can explain it.
8       A   Sure.
9       Q   17495, "What is a cryptocurrency?"
10       A   Okay.
11       Q   There's reference to Fort Knox.  I take it
12  that's Kik's own holdings of the cryptocurrency it
13  creates?
14       A   Yeah.  I think maybe some context here,
15  like --
16       Q   Yeah.
17       A   -- you know, here, the name Kin, for
18  example, didn't exist.  The idea that Kik Points --
19  like, at this time, is was let's put Kik Points on the
20  blockchain, and that was it.  We were still discovering
21  what this thing was, how it would work.  When you make
22  a decision to go all in on something, your sort of
23  understanding of it rapidly starts to evolve.
24           You know, for example, you see a million
25  coins.  So, yeah, Fort Knox is just trying to use an

1  analogy for how this works.
2       Q   There seems to be an analogy going on about
3  an example of a mini society, buy nice wine.
4       A   Yeah.  I don't know what that is.
5       Q   Was that an something going on -- was that
6  an analogy being discussed at the time?
7       A   Yeah.  We created Kin just so you could buy
8  nice wine.  That's really the idea.  I don't know what
9  that's referring to.
10       Q   Fair enough.  Doesn't ring a bell.  Let me
11  point you a few pages forward to 17497.
12       A   Yep.
13       Q   "Why would investors invest?"
14       A   Yep.
15       Q   I think the slide at least has a concept
16  we've been discussing.  Fixed supply of coins, demand
17  increases, value of a coin increases, right?
18       A   Uh-huh.  Uh-huh.
19       Q   I think we had seen earlier you -- I think
20  in the e-mail in here, you referred to that as a value
21  proposition?
22       A   I am not sure a value proposition is the
23  right word.  I would say this is the fundamentals
24  economically of how cryptocurrencies work.
25       Q   Fair enough.  Okay.

Page 258

1      MR. MITCHELL: Leaving aside the specific
2  slide. Is this a concept that you discussed with
3  the -- you know, at the sit-down to educate the full
4  company?
5      THE WITNESS: Yeah. Trying to explain how
6  cryptocurrencies as a business model works.
7      BY MR. LEASURE:
8      **Q  Last thing. There's a voiceover, the**
9  **Domino's Pizza example.**
10     A  Yeah. I don't know what that is.
11     **Q  That was not some theme or idea that was**
12 **circulating around Kik that you recall?**
13     A  No, I don't recall that.
14     **Q  All right. Let's move on. I'll take that**
15 **back from you. Thank you, sir. I'll go through this**
16 **quickly because I think I'm hearing from you that while**
17 **you were pleased with the results of the CoinFund**
18 **survey, it wasn't something that took up much of your**
19 **attention or time.**
20     **Is that a fair summary?**
21     A  Yes.
22     **Q  Okay. There's some reference in the**
23 **documents to Peter Heinke maybe asking additional**
24 **questions of CoinFund and getting answers from them.**
25     **Does any of that ring a bell for you?**

Page 259

1      A  I don't recall that.
2      **Q  How about presenting the CoinFund survey**
3  **and analysis to Kik's board? Did that happen?**
4      A  I'm sure pieces of it were used, but I
5  don't recall anything specifically.
6      **Q  Do you remember the board discussing the**
7  **CoinFund analysis?**
8      A  I'm not sure if the board -- I don't recall
9  anything specifically. I'm not sure if, you know, the
10 board -- like, "Let's go through the CoinFund
11 analysis." You know, I know, like, I was relying on,
12 again, in this very tough time, getting Erin to give
13 her independent view of this as an option to the board.
14     So in her presentation, I'm sure she
15 probably referenced the study, but I can't recall
16 anything specifically.
17     **Q  Okay. Moving -- well, let me pause here.**
18     **I want to talk briefly about a person who's**
19 **come up already named William Mougayar,**
20 **M-o-u-g-a-y-a-r. We may talk about him later in**
21 **connection with the Foundation.**
22     A  Sure.
23     **Q  But prior to the public sale, what did he**
24 **do for Kik, if anything?**
25     A  My recollection is that after I told Fred

Page 260

1  about this idea, he's like, "Wow. That's a crazy idea.
2  That just might work. But, I don't know, I think
3  crypto is too early." My recollection is he said, "If
4  you want to talk to somebody, you should talk to
5  William because I know he is doing a lot in the
6  cryptocurrency space."
7      MR. MITCHELL: Is this sort of at the time
8  when you were first talking to Mr. Wilson about the
9  idea?
10     THE WITNESS: Yes.
11     MR. MITCHELL: So is this before you talked
12 to the other Kik executives?
13     THE WITNESS: To the best of my
14 recollection, yes.
15     BY MR. LEASURE:
16     **Q  So what happened next? Did you talk with**
17 **William over time?**
18     A  I can't recall. Like, obviously, William
19 is a board member of the Foundation today. I can't
20 recall exactly how that transition went from when he
21 wasn't really involved at all to where he's now a board
22 member of the Foundation. I can't recall the specifics
23 of that transition.
24     **Q  What did he do, if anything, for Kik in**
25 **connection with preparing for and then doing the token**

Page 261

1  sale?
2      A  The only thing I can recall off the top of
3  my head is Fred asked me to speak with William after I
4  spoke with Fred to see if he -- and I don't know. I'm
5  guessing. Like, I think Fred was himself looking for
6  some validation that this was a good idea.
7      **Q  I understand that. Other than talking to**
8  **him in those initial stages, was he -- for example, was**
9  **he a consultant for Kik in connection with the token**
10 **sale?**
11     A  He might have been. I can't recall.
12     **Q  Did Kik pay him?**
13     A  I can't recall.
14     MR. MITCHELL: Who would handle consulting
15 agreements like that?
16     THE WITNESS: Peter, typically.
17     BY MR. LEASURE:
18     **Q  You don't know if he was paid or not?**
19     A  I can't recall exactly. I know -- because,
20 like, he got paid -- got paid, is getting paid for
21 being a board member of the Foundation. I can't
22 remember the exacts around that either. I know there's
23 been discussions of compensation. I can't remember
24 when those started, for what reasons.
25     **Q  Okay.**

Page 262

1    MR. LEASURE:  Let's go off the record.
2    THE VIDEOGRAPHER:  Going off the record.
3    The time on the monitor is 4:29 p.m.
4    (A brief recess was taken.)
5    THE VIDEOGRAPHER:  We are back on the
6 record.  The time on the video monitor is 4:39 p.m.
7    BY MR. LEASURE:
8    **Q   Back on the record after a brief break**
9 **during which, Mr. Livingston, did you have any**
10 **substantive conversations about this investigation with**
11 **SEC staff?**
12    A   I did not.
13    **Q   Thank you.  So there was a white paper for**
14 **the Kin token offering, correct?**
15    A   Correct.
16    **Q   What's the purpose of a white paper?**
17    A   The purpose -- so lots of different white
18 papers have been written for lots of different reasons.
19 The purpose, from my point of view, is to explain it
20 vision.
21    **Q   So it's a vision document summarizing -- I**
22 **guess we talked all day about your vision.  The purpose**
23 **was to explain that vision to the public?**
24    A   Uh-huh.  Uh-huh.
25    **Q   Okay.  Who's the target audience for the**

Page 263

1 **white paper?**
2    A   Anybody who's interested in Kin.
3    **Q   So it could be people who wanted to**
4 **participate in the Kin ecosystem?**
5    A   Correct.
6    **Q   It could be -- I think you had mentioned**
7 **that there were, however you want to define it,**
8 **speculators or people looking to make money in this**
9 **market, they could also read the white paper, too?**
10    A   They could read it, but I'm not sure they
11 were the target.  They were not the target.  The target
12 was to explain to anybody who saw the problems we did
13 with where the consumer space was going, for them to
14 say, "Wow" -- I'll watch my language -- "Wow, this
15 could actually work.  I want to be part of this."
16    That was the purpose, from my point of
17 view, of the white paper.
18    **Q   So Kik wanted people who were enthusiastic**
19 **about the project, wanted to participate in the**
20 **ecosystem, to read the white paper, and ultimately**
21 **consider buying Kin, right?**
22    A   I think we wanted people to buy into the
23 idea of the project and the vision behind it.  And then
24 from there, a way that they could participate and be
25 part of it and be part of the solution to this very

Page 264

1 important problem, one of those ways was, yes, to buy
2 Kin.
3    **Q   Got it.  That's fine.  Kik was aware and**
4 **you were aware at the time, May of 2017, that there**
5 **were also people out there looking to make money and to**
6 **speculate on token projects?**
7    A   I was aware that there were people who were
8 doing buys and flips of other cryptocurrencies, yes.
9    **Q   Right.  There were communities out there.**
10 **There was language they used to talk about their**
11 **holdings of their different currencies.  You were aware**
12 **of that space out there?**
13    A   I was aware of it, but I wasn't really
14 involved in it.  Like, I was aware of it to the degree
15 that TechCrunch would write a post on it.
16    **Q   And you would say Kik was not necessarily**
17 **targeting that community in the white paper?**
18    A   "Targeting" is an interesting word.  Like,
19 we were writing the white paper ultimately for anybody
20 who would today or would one day want to become part of
21 the Kin ecosystem.  Did we know that what I would call
22 speculators would read that white paper and get excited
23 about the Kin vision, and therefore, maybe go out and
24 buy Kin?  Yes.
25    **Q   Okay.  Did Kik do anything to filter out**

Page 265

1 **speculators from the Kin token sale?**
2    A   Like, that's sort of a -- the question
3 doesn't quite make sense.  Let me try to explain why.
4 Like, you know, it gets back to the word "speculator."
5 Like, if I were to ask you a question, I know you get
6 to ask the questions, like, would you consider Kik a
7 speculator on the Kin token?
8    **Q   Maybe you should keep going with your**
9 **answer.**
10    A   I didn't think I got to ask questions.  But
11 if I did -- the fundamentals of a cryptocurrency are
12 there's a new asset.  There's only so much of it.  So
13 the more demand there is for it, the more valuable it
14 becomes.  That is true for everybody who owns Kin.
15 That's true for every developer, every user, and every
16 what we might call speculator.  That's just how
17 cryptocurrencies work.
18    **Q   Understood.  And you've been very clear**
19 **about that, the fundamental economics today.**
20    A   Yeah.
21    **Q   I'm not married or even dating the term**
22 **"speculator."  I can use any term you want.  But**
23 **it's --**
24    A   So the reason I asked the question is,
25 "filter out speculators," by that definition, Kik would

1   be a speculator.  Everybody would be a speculator.  So
2   that's what I'm saying "filter out" -- like, that's why
3   the question doesn't make sense to me.
4        **Q   Well, would you agree that there were**
5   **certain people out there in the markets who were**
6   **interested in buying tokens not for the purpose of**
7   **using those tokens, participating in whatever economy**
8   **was created around those tokens, but in just holding**
9   **them and then flipping them?**
10       A   There were those people, yes.
11       **Q   Okay.  We can call those group X**
12  **speculators, whatever term we want.**
13       **My question is:  Did Kik do anything to**
14  **keep those people away from the Kin token sale?**
15       A   No.  Like, maybe the reason I'm struggling
16  with it is because the reason anybody should adopt any
17  cryptocurrency is because they believe there will be
18  more demand over time.  We'll all win together.  We'll
19  operate in our selfish best interest.  But in doing so,
20  we'll help everybody else.
21       So everybody in the ecosystem should view
22  Kin or any other cryptocurrency for the demand that
23  will get created and for the value that will go from
24  there.  The degree to which any one of those
25  individuals will participate in individually

1   independently driving the demand of the overall
2   cryptocurrency is a spectrum and not a black or white
3   binary.
4        **Q   Oh, okay.  I think I got you.  And I**
5   **think -- correct me if I'm wrong.  I think the problem**
6   **you're having, not only with my use of the term**
7   **"speculator," but of trying to divide the world between**
8   **speculators and others is the following:  Everyone who**
9   **correctly understands the economics of**
10  **cryptocurrencies, as you've defined it, has an**
11  **expectation or some belief that if the project is**
12  **successful, limited supply means value will rise?**
13       A   I think everybody -- I'm not sure everybody
14  understands this actually, which is why I'm hesitating.
15  Actually, I think many people do not understand this.
16  But what they should understand is that if a lot of
17  people buy a cryptocurrency, then that means a lot of
18  people will have an incentive to drive demand for that
19  cryptocurrency because that's what will make the
20  cryptocurrency they own more valuable.
21       But in doing so, they'll make it more
22  valuable for everybody else, also.  So maybe I -- I
23  thought you understood -- why I'm having a problem with
24  it is because it presents it as a binary, black or
25  white.  Where what I'm saying is it's a spectrum.

1   Like, you know, maybe I'll tell a bunch of friends
2   about it and that will be my contribution, all the way
3   up to maybe I'll go all in with this billion dollar
4   consumer app and try to use that to drive demand.
5        We're all contributing in our own ways on a
6   different spectrum.  So maybe that's why I have a
7   problem with it.
8        **Q   No.  Okay.  I appreciate that.  Did Kik --**
9   **in advance of the token sale, did Kik ask people where**
10  **they intended to fall on that spectrum?**
11       A   I'm not sure.  Because, like, this idea of
12  a spectrum is not a concept actually I have thought of
13  before right now --
14       **Q   Oh.**
15       A   -- in terms of how to describe it.  So when
16  you say, "Did you ask people about it," like, it's a --
17  again, we're creating ways to understand this
18  fundamentally new thing.  So I would say, no, I didn't
19  ask because it's not even a question I would know to
20  ask, like, through that framework.
21       **Q   Let's leave aside the spectrum framework.**
22       A   Yeah.
23       **Q   Did Kik ask people how they intended to**
24  **participate, if at all, in the ecosystem during the Kin**
25  **token sale?**

1        A   Based on something I saw last week, I know
2   that we did.  But I wasn't aware of that before.  I
3   don't recall being aware of that before last week.
4        **Q   Okay.  All right.  What did Kik do?**
5        A   My recollection from last week is that we
6   asked -- CoinFund, I believe, asked potential people
7   why they would buy Kin.
8        **Q   The survey or something else?**
9        A   I can't recall.  It was either the survey
10  or something else.  I can't recall.
11       **Q   And by "the survey," I mean the survey we**
12  **just looked as an exhibit.**
13       A   It might have been that survey.  It was
14  last week, but I still cannot recall.
15       **Q   Okay.**
16       A   I just remember that there was some data
17  of, like, you know, would you build something, would
18  you use it, or would you not do those things.
19       **Q   Understood.**
20       A   I can't recall who asked it, where they
21  asked it.  But I do recall --
22       **Q   Okay.**
23       A   -- that it was asked from last week.
24       **Q   Okay.  How about -- there were ultimately**
25  **10,000 purchasers in the public sale, right?**

1    A   Uh-huh.
2    Q   As part of the public sale process, were
3  people asked, "What are you going to do with your Kin?"
4    A   I don't believe so, no.
5    Q   Okay.  Was there any -- did Kik test
6  whether people were -- the actual people who's
7  registered to buy in the public sale, did Kik test
8  whether they were interested in flipping the tokens, in
9  holding them for a while, anything like that?
10    A   I don't recall asking.  I don't recall us
11  asking that.
12    Q   That's fine.  Okay.  Going back to the
13  white paper.  How was it written?
14    A   What does that mean?  Sorry.  What do you
15  mean by that?
16    Q   Tell me about the process of writing the
17  white paper.
18    A   I believe, to the best of my recollection,
19  the process was we got together in Israel to discuss
20  Kin.  I think we had the name at that time, but I'm not
21  sure, and all of the different aspects of the project,
22  and the vision, how it would be set up so that we could
23  create this white paper.
24        My recollection is we spent time talking
25  about different areas, like the technology, the Reward

1  Engine.  But from my point of view, I spent the bulk of
2  my time focused on, like, the vision pieces of it.  So
3  I know, like, we met in the Summit.  We hashed out
4  different pieces of it, exactly how we wanted to
5  propose it working.
6        And once that was done, the teams went and
7  worked on that.  But their exact specific sections, I
8  recall, to the best of my knowledge, not reviewing that
9  before the white paper was published.
10    Q   So it sounds like in terms of the process,
11  you wrote or helped draft the vision piece of it?
12    A   Uh-huh.
13    Q   And then other sections were written by
14  other people?
15    A   Correct.
16    Q   Okay.  Let me show you a document.  I'm
17  marking this currently as Exhibit 198.
18        (SEC Exhibit No. 198 was marked for
19        identification.)
20        BY MR. LEASURE:
21    Q   Take a look at Exhibit 198 and let me know
22  when you're ready.  I'll identify it for the record.
23    A   Uh-huh.
24    Q   It's a multi-page printout of an e-mail,
25  dated May 12th, 2017, with the subject "Latest White

1  Paper," from Ted Livingston to Fred Wilson.  It has
2  Bates stamp USV 8428.
3    A   Uh-huh.
4    Q   My first question is:  What is this
5  document?
6    A   I think this is my draft of the
7  introduction to the white paper.
8    Q   Like, the vision piece you were talking
9  about before?
10    A   Uh-huh.
11    Q   And you wrote -- you sent this to Fred
12  Wilson; is that right?
13    A   Correct.
14    Q   Okay.  You wrote -- to begin the e-mail,
15  you wrote, "Just rewrote the white paper on the plane
16  home from Tel Aviv."  Let me pause there.
17        Is that -- you're referencing the Tel Aviv.
18  Is that the meeting in Israel you were referring to?
19    A   I believe I'm referring to that meeting in
20  Tel Aviv we just spoke about, yes.
21    Q   And that was a bunch of people from Kik
22  getting together to talk about the Kin project?
23    A   Correct.
24    Q   And the white paper?
25    A   Correct.

1    Q   Okay.  I'm sure some words changed, but
2  does this -- just eyeballing this, does this appear to
3  be similar to the vision statement that appeared in the
4  final white paper?
5    A   I was actually looking at that.
6    Q   Yeah.
7    A   I'm not sure how much of this actually
8  ended up being used in the end.  Like, I know the
9  three-step process was.  But when I reread the white
10  paper recently, the introduction did not match my
11  recollection of what -- of this.
12    Q   Okay.  So this is -- I'll represent to you,
13  I think this is about two weeks before the white paper
14  was published in late May.
15    A   Uh-huh.  Uh-huh.
16    Q   Can you walk -- do you know -- I don't need
17  you to tell me what words changed.  But do you recall
18  thematically what may have changed from the drafting to
19  the final?
20    A   When I reread the white paper last week, I
21  don't believe it included this first section.
22    Q   Okay.
23    A   Or at least not like this.  And I couldn't
24  recall why.  I remember being surprised by that last
25  week when I saw that, just because I feel like I wrote

Page 274

1   this, and then, okay -- because the introduction that
2   was being proposed, I didn't like because I didn't
3   think it was, like, accurately representing it.
4        So we started with that. Then we had this.
5   And then we ended up with something else that I didn't
6   quite remember. So I can't remember how we went from
7   this to that part.
8        Q   That's fine. Who ultimately approved the
9   language of the white paper, if anyone?
10       A   I think it was probably -- I think Erin
11  Clift was taking the lead on putting together all the
12  pieces of the white paper, working with everybody who
13  had to do that. That's the best of my recollection.
14       I'm sure she would have shared it with the
15  rest of the leadership team, including me, saying, "Any
16  issues, let me know," would be my guess. But in terms
17  of the entire white paper itself, I don't recall
18  reading it front to back and approving it.
19       Q   Okay. Do you know if someone else did?
20       A   I hope Erin did, but I don't know.
21       Q   Fair enough. Keep that in front of you. I
22  might refer back to it when we go through the actual
23  white paper.
24       A   Okay. I'd be interested to see the white
25  paper.

Page 275

1        Q   How about CoinFund? We talked about them
2   before. Did they play -- did people from CoinFund play
3   a role in drafting the white paper?
4        A   They did.
5        Q   Who?
6        A   I believe Jake and Alex were in Tel Aviv
7   when we were working through all of this. I'm not sure
8   if anybody else from CoinFund was there or not. I
9   can't remember.
10       Q   I can just tell you without having to go
11  through all the e-mails, there's some suggestion that
12  you -- it seemed to me from the e-mails you might have
13  leaned pretty heavily on Jake to sort of help write the
14  parts or all of the white paper.
15       Is that consistent with your recollection?
16       A   Yes.
17       Q   Why is that?
18       A   I think we were looking for outside experts
19  at this time. Not just in crypto, but broadly. We had
20  sort of lost confidence in our own ability to do
21  things. And so, you know -- which, I think was
22  unfounded when I look back. But at the time, it was a
23  tough time. And so I think Jake was an expert.
24       And if we're going to get into crypto and
25  we don't know that much about it, let's go find an

Page 276

1   expert. And Jake was one of those experts.
2        Q   At the time, this is May of 2017, did Kik
3   have in-house expertise on a par with the people from
4   CoinFund in the crypto space?
5        A   I think this is -- you know, the answer to
6   this is they would know more about some things and less
7   about other things. You know, I think we -- I had a
8   very good handle about how to make a cryptocurrency
9   work and why it could be a new model.
10       But, you know, when people would look at
11  me, it's like, "Well, you haven't been in blockchain."
12  Actually, I had been, but just not in the classic way
13  of, you know, writing Bitcoin software. But in the
14  logic way, I've actually been involved since 2011.
15       I think what Jake brought with -- well, he
16  had been involved in launching other cryptocurrencies.
17  So if we're going to do that, we should find somebody
18  who's done that. And, Ted, you haven't done that.
19  That's totally true. Good point. Well, this Jake guy
20  has and his company, for lack of a better word, has.
21       So it's like, great, he was a nice guy,
22  smart guy. So that seemed like a good idea.
23       Q   Another person I see in e-mails around this
24  time, Hamish McKenzie, H-a-m-i-s-h.
25       A   Yeah.

Page 277

1        Q   Who is that?
2        A   He was our communications guy. He used to
3   be a journalist. And then we -- him and I connected
4   many years. He always sort of understood me maybe. So
5   we eventually ended up hiring him to help with our
6   communications. And then he also helped me sort of
7   edit my -- any blog post I wrote, stuff like that.
8        Q   Was he a Kik employee in 2017?
9        A   I believe he was. At some point, he left
10  around there. I'm not -- I can't remember when exactly
11  that was.
12       Q   Sometime in 2017?
13       A   I can't remember when he left.
14       Q   Was he still working for Kik after he left?
15       A   Well, he doesn't work for Kik today.
16       Q   Okay.
17       A   There was a period where I would send him
18  things as a friend to help me edit it. I'm not sure if
19  we were paying him at that point or not. So that's why
20  I can't -- there was a transition, and I can't recall
21  exactly, you know, what that looked like at each stage.
22       Q   How was the white paper published?
23       A   My understanding, it was put into a PDF and
24  posted to the website.
25       Q   So Kik created a website for it?

1    A   Yep.
2    Q   Okay.  And I take it anyone with internet
3  access could read the white paper?
4    A   Yes.
5    Q   There wasn't some sign-in or or --
6  there wasn't a sign-in process to read the white paper?
7    A   No.
8    Q   Okay.  And it wasn't blocked anywhere or
9  anything like that?
10   A   Blocked anywhere?  Not to my knowledge.
11   Q   Okay.  Did Kik track anything, to your
12  knowledge, about who accessed that link and read the
13  white paper?
14   A   I'm sure we got some data on at least how
15  many people were going there, how many people were
16  collecting it.  But what the specific data was, I can't
17  recall.
18   Q   Fair enough.  Let's go to the white paper.
19   A   All right.  Now I'm interested to compare
20  this to that.
21   Q   Here is your chance.  I'm showing you a
22  document marked in days gone by as Exhibit 2.  Take a
23  look at it and let me know when you're ready.  I'll
24  identify it for the record as a multi-page document
25  entitled "Kin:  A Decentralized Ecosystem of Digital

1  Services for Daily Life.  Position Paper."  Exhibit 2
2  is Bates stamped KIK 1.
3    Q   What is Exhibit 2?
4    A   It looks like this was the publicly-posted
5  white paper outlining the vision for Kin.
6    Q   I'll represent to you my understanding is
7  it was the final published white paper.
8    A   Okay.
9    Q   Okay.  Going to page 2 of it, "Motivation."
10   A   Okay.
11   Q   Is this section yours?
12   A   I can't recall specifically.  It was a
13  while ago.
14   Q   Sure.
15   A   But what I seem to recall, now that I think
16  about it, is Jake wrote a first version.  I wrote a new
17  version because I didn't like his version.  I think
18  that's what I sent to Fred.  That's when I say what I
19  rewrote, I didn't rewrote the white paper, I rewrote
20  the intro, the proposed intro to the white paper.
21      And then it looks like this maybe was a
22  combination of the two.  I can't remember exactly how
23  it evolved over time to ultimately end up here.
24   Q   Fair enough.  Let me point you to the table
25  of contents on page 4, KIK 4.

1    A   Okay.
2    Q   Looking at this, you were very helpful in
3  explaining it.  It seemed like this was a sectional
4  document that you didn't write every section or review
5  every section.  Just eyeballing the table of contents,
6  if you can help me understand where you were involved
7  in particularly.
8    A   I would say in terms of the writing, I was
9  not very involved beyond Section 1.
10   Q   Great.
11   A   I was involved in some of the specific
12  information in some of the sections.  Like, for
13  example, what should the allocations be.  That's
14  something I jumped in.  I was involved in that
15  discussion.  But how exactly we explained that, I can't
16  recall being, like, sort of in the weeds on writing
17  that.
18   Q   Got it.  You weren't pen to paper, helping
19  to write some of the following sections after
20  Section 1?
21   A   Correct.
22   Q   Okay.  Let's go to --
23   A   That's my best recollection.
24   Q   That's fine.  Let's go to Section 1, which
25  I think starts on page 5.  Do you see that?

1    A   Okay.
2    Q   And you helped -- or you were the -- were
3  you the primary author of this section?
4    A   This is -- I can't recall exactly.  Like,
5  this is actually closer, it seems, to what I sent Fred.
6  So maybe this is more where my stuff got used, but I
7  cannot recall.
8    Q   Yeah.  Structurally looks kind of similar
9  to what you sent to Fred --
10   A   Yeah.
11   Q   -- it's certainly not the same words,
12  right?
13   A   Uh-huh.  I can't recall.
14   Q   Let me go through a few of the words here
15  in the white paper.
16   A   Sure.
17   Q   Under Section 1, "Kik's Vision," on page 5.
18   A   Okay.
19   Q   Third paragraph begins, "To foster an
20  ecosystem that is not only open and decentralized but
21  also more compelling than its traditional counterpart,
22  Kik must create a series of new products, services, and
23  systems."  Let me pause there.
24      Was that true?
25   A   I think that's not true.

1    Q   What is not true about it?
2    A   "Must." To accelerate the ecosystem, Kik
3  should, out of its own best interest, create a series
4  of new products, services, and systems.  At the time,
5  that might have felt true.  Again, I can't recall who
6  wrote this.  But in hindsight, it's certainly not
7  definitively true.
8    Q   I'm sorry.  You -- I may have missed what
9  you thought would be accurate.  Instead of saying, "Kik
10  must create a series of new products, services, and
11  systems," you think that's inaccurate and it should
12  correctly read what?
13    A   Kik should out of its own selfish interest
14  create.
15    Q   Do you remember any discussion about this
16  language that I take it you currently think is
17  inaccurate?
18    A   I don't remember any discussion.  And I
19  think, you know -- this is, again, a year and a half
20  ago, and it's easy to think about today what
21  cryptocurrency is.  Everybody is talking about them.
22  But a year and a half ago even, people weren't.  Like,
23  today, we sort of talked about this earlier, if
24  everybody on Kik was on a plane and the plane crashed,
25  Kik would not be able to create these things.

1         And yet, it is still possible that the
2  ecosystem could not only continue -- would only
3  continue to run, that for sure is true, but that it
4  would actually grow and get more and more interesting
5  because of all of these incentivized people acting in
6  their own best interest.
7    Q   Let me point you to a few lines down to
8  another use of the word "must."
9    A   Uh-huh.
10    Q   The last sentence in the paragraph
11  beginning "A new digital currency," reads, "To
12  establish an economy around the new currency, Kik must
13  help to establish Kin's fundamental value."
14         Do you see that?
15    A   Where, I'm sorry?
16    Q   Sorry.  Under "A new digital currency" --
17    A   Yep.
18    Q   -- the last --
19    A   Yes, I see it now.
20    Q   I'm sorry.
21    A   Okay.
22    Q   Is that sentence also false?
23    A   I think to establish an economy around a
24  new currency, Kik must create the new currency.
25    Q   You don't think it's true, that Kik must

1  help to establish Kin's fundamental value?
2    A   That's a hypothetical.  Let's say for a
3  second we create a new token on the Ethereum
4  blockchain, as many, many other tokens have done.
5  Those tokens exist on that blockchain, and many of them
6  don't have somebody helping establish their fundamental
7  values.  So I would say no.  I would say the market
8  alone could establish the fundamental value.
9    Q   Do you know why here in the preceding
10  sentence that we read -- the language read, "Kik must"
11  do the following things?
12    A   My hypothesis, which is all I can give you,
13  is that cryptocurrencies at this time, as they are
14  today, are very new and misunderstood.  So maybe at the
15  time, it felt like it was a must.  But today, looking
16  back, for sure, it was not a must.
17    Q   So if someone -- and you don't recall
18  discussing this terminology about whether Kik must do
19  such and such tasks with anyone?
20    A   I don't recall that.
21    Q   Do you recall discussing it with anyone who
22  purchased Kin?
23    A   I don't recall that.
24    Q   Do you recall ever correcting these
25  statements to anyone who purchased Kin?

1    A   I don't recall discussing it with anybody
2  such that I would need to correct it.
3    Q   So sitting here today, has Kik ever
4  corrected these statements?
5    A   Not to my knowledge.  This is the first
6  time I recall reading this statement.
7    Q   Let me push you a bit on that because I
8  think you earlier testified, correct me if I'm wrong,
9  that this was the section you worked on.
10    A   That's not what I said.  I said I worked on
11  this section that I sent to Fred.  It looks likes parts
12  of this section weren't actually included in the intro,
13  which is what surprised me.  But it looks like maybe
14  some of them were included in this section.
15         So when I say "worked on," I think some of
16  the stuff I wrote was used inside of it.  But I don't
17  recall that I was the one who actually wrote this
18  section.
19    Q   Do you know who did?
20    A   I cannot recall.
21    Q   Did you read it before it was finally
22  published?
23    A   I do not recall.
24    MR. MURTHA:  Do you think it's likely that
25  you did?

Page 286

1       THE WITNESS: I'm sorry?
2       MR. MURTHA: Do you think it's likely that
3   you read it before it was published?
4       THE WITNESS: I can say for -- I am
5   99 percent sure that there are parts of this that I
6   certainly did not read.
7       BY MR. LEASURE:
8       Q   And it's your testimony that parts of this
9   document are inaccurate?
10      A   I think, in hindsight, they are inaccurate.
11  But at the time, maybe they felt true to the person who
12  wrote this, based on the understanding they had at the
13  time.
14      Q   Okay.
15      MR. MITCHELL: In this -- in the white
16  paper -- and if you could look down at the last
17  paragraph on page 5.
18      THE WITNESS: Yep.
19      MR. MITCHELL: Do you see the line that
20  says, "Kik will build fundamental value for the new
21  currency by integrating Kin into its chat app"?
22      THE WITNESS: Uh-huh.
23      MR. MITCHELL: So the white paper told
24  readers that Kik would build fundamental value for the
25  new currency by integrating Kin into the chat app?

Page 287

1       THE WITNESS: Uh-huh.
2       MR. MITCHELL: Is that true?
3       THE WITNESS: If I could reword this, what
4   I would say is: Kik will create demand for the new
5   currency by integrating Kin into its chat app.
6       MR. MITCHELL: Who -- so you wanted people
7   who read the white paper to understand that?
8       THE WITNESS: That we were going to
9   integrate Kin into our chat app, yes.
10      MR. MITCHELL: And create demand for it?
11      THE WITNESS: Yes.
12      MR. MITCHELL: And do you think that people
13  understood that?
14      THE WITNESS: Like -- you know, do I think
15  that people understand that today? I'm not sure.
16  Like, I think cryptocurrencies are one of the most
17  misunderstood things on the planet. So maybe -- like,
18  my question would be like, understand what part of
19  that?
20      MR. MITCHELL: But you just said that -- do
21  you think people who read the white paper had
22  understood that Kik intended to create demand for Kin
23  tokens?
24      THE WITNESS: I think that people
25  understood that Kik intended to integrate Kin into its

Page 288

1   app. And in doing so, that would create demand.
2   Although, I'm not sure that they would understand that.
3       Probably what they -- for most people, I
4   can't -- you know, I'm speculating here, is that they
5   understood that Kik would integrate Kin into its chat
6   app.
7       MR. MITCHELL: Can I flip you to page 6?
8       THE WITNESS: Uh-huh.
9       MR. MITCHELL: Do you see that it says, "A
10  foundation for open governance"?
11      THE WITNESS: Yes.
12      MR. MITCHELL: And underneath it, it says,
13  "Over time, Kik will work to structure and form the Kin
14  Foundation."
15      Do you see that?
16      THE WITNESS: Yep.
17      MR. MITCHELL: Was that true?
18      THE WITNESS: Yes.
19      MR. MITCHELL: Okay. And you see below
20  that, it says, "As the founding member the Kin
21  Foundation, Kik will be the ecosystem's champion and
22  will showcase Kin to its millions of users."
23      THE WITNESS: Yep. I see that.
24      MR. MITCHELL: Was that true?
25      THE WITNESS: If I were to rewrite this, I

Page 289

1   would say: As the first app -- like, maybe let me step
2   back for a second. Like, what the Kin Foundation
3   exactly is and what exactly it's responsible for has
4   been an evolving thing. Like, at this point, I would
5   say the Kin Foundation is responsible for the
6   productive spending, if you will, of its 6 trillion Kin
7   that sits in its reserves.
8       So as a founding member of the Kin
9   Foundation, I think that felt more important at the
10  time than what it feels like today. But I think
11  what -- so that's why I'm taking it "as the founding
12  member of the Kin Foundation," like, that's sort of one
13  topic.
14      But if we skip to the comma there, I would
15  say: Kik will be the ecosystem's first app to
16  integrate Kin and will showcase Kin to its millions of
17  users.
18      MR. MITCHELL: That's what you wish it had
19  said?
20      THE WITNESS: Well, like, what is
21  ecosystem's champion? I don't recall reading this.
22  I'm pretty sure I didn't write this. So Kik will be
23  the ecosystem champion. Like, Kik will be the first
24  big app to integrate Kin. That's what Kik will be.
25      MR. MITCHELL: Okay. But in the white

Page 290

1  paper, Kik wrote, "Kik will be the ecosystem's
2  champion."
3        THE WITNESS: Correct. Somebody wrote
4  that, who worked for Kik.
5        MR. MITCHELL: Can I just flip you to the
6  part on page 9.
7        MR. LEASURE: Can I --
8        MR. MITCHELL: Go for it.
9        BY MR. LEASURE:
10       Q   One other thing because I think we're still
11  in the summary section.  Can I point you back to
12  Exhibit 198?  That is this one.
13       A   Yep.
14       Q   Let me point you to your draft section on
15  the second page, Step 2, "Giving Kin value."
16       A   Uh-huh.
17       Q   And under that, there's four paragraphs.
18       The last paragraph begins, "By using Kin to
19  drive an economy inside Kik, the value of the Kin
20  cryptocurrency will rise."
21       Do you see that?
22       A   Uh-huh.  I don't see that yet, but it
23  sounds familiar.  So let me take that back.  Where?
24  Sorry.  Which paragraph?
25       Q   Under Step 2, "Giving Kin value."

Page 291

1        A   Yeah.  Which paragraph?
2        Q   Last paragraph, "By using Kin" --
3        A   Yep.
4        Q   -- "to drive an economy inside Kik, the
5  value of the Kin cryptocurrency will rise."
6        A   Yep.
7        Q   Do you see that?
8        A   Uh-huh.
9        Q   Was that true?
10       A   All things being true, if in two worlds,
11  one -- in one world, people are using Kin inside Kik,
12  in other world, people are not using Kin inside Kik, in
13  the world where people are using Kin inside Kik, the
14  value of the current -- of the cryptocurrency will be
15  more valuable.
16       Q   Right.  And that's based on the fundamental
17  crypto economics we've been discussing today?
18       A   Correct.
19       Q   I'll represent to you -- well, let me ask
20  you first: Was that sentence or that sentiment behind
21  it included in the white paper?
22       A   Probably.
23       Q   I'll represent to you I couldn't find the
24  concept of the value of the Kin cryptocurrency rising
25  in the final white paper.

Page 292

1        A   Uh-huh.
2        Q   And my question -- which I should ask a
3  question -- is:  Do you recall any reason -- well, let
4  me ask it in a better way.
5             Can you recall any discussion about whether
6  to include the concept of the value of Kin rising in
7  the future in this white paper?
8        A   I don't recall any specific discussion.
9        Q   To the extent that concept isn't in here,
10  the fundamental economics of crypto that we've been
11  discussing all day, to the extent that concept isn't in
12  the white paper, do you know why?
13       A   I don't know why because the value of an
14  asset is a function of supply and demand.  The supply
15  is fixed.  So if demand goes up, the price will go up.
16  If millions of people are using it inside Kik, that
17  demand, just that one piece that is contributing to
18  overall demand, will obviously be higher than if nobody
19  inside Kik is using it.
20       Q   Sure.
21       A   That's just economics fundamental.
22       Q   Did anyone ever suggest that that concept
23  not be included in the white paper?
24       A   I can't recall any specific discussions
25  around it.  Like, you heard me say, like, probably it's

Page 293

1  included.  That would have been my best guess.
2        Q   Okay.  Let me keep you on the white paper.
3        A   Okay.
4        Q   Not your draft, but the final.
5        A   Yep.
6        Q   You got it.  Page 8, Bates stamp KIK 8.
7        A   Okay.
8        Q   First, do you have any idea who would have
9  written this section beginning "The Kin
10  cryptocurrency"?
11       A   I would have guesses, but I'd just be
12  speculating.
13       Q   That's fine.
14       A   Do you want me to speculate?
15       Q   Sure.
16       A   Actually, I don't even have guesses.  I
17  thought this was going to be a section on the
18  technology.  But it's actually just a one-page -- so I
19  don't even have a speculation on who this would be.
20       Q   That's fine.  The last sentence under
21  "Purpose and Characterization" reads, "Like other
22  cryptocurrencies, units of Kin are fungible and
23  transferable, and they will be expected to trade on
24  cryptocurrency exchanges."
25             Do you see that?

1    A   Yep.
2    **Q   What does it mean that units of Kin are**
3 **fungible and transferable?**
4    A   I think fungible versus non-fungible -- I'm
5 not for sure on the definition, but if I were to guess,
6 it means like, you know, one is the same as the other,
7 you know.  This Kin and that Kin are equally good Kin.
8        And transferable means that, you know, I
9 can send it to you, you can send it to me.  Anybody can
10 transfer it from one person to another.
11   **Q   It all -- the sentence goes on to say "and**
12 **they will be expected to trade on cryptocurrency**
13 **exchanges."**
14   A   Uh-huh.
15   **Q   I guess, first, were they expected to trade**
16 **on cryptocurrency exchanges?**
17   A   They were expected to trade in
18 cryptocurrency exchanges, yes.
19   **Q   How come?  Where did that expectation come**
20 **from?**
21   A   I think it's for two reasons.  One is
22 because the fundamentals of how blockchain technology
23 works, we would be technically unable to stop them from
24 being traded on cryptocurrency exchanges.  So, like,
25 that alone, like, it's expected because it's impossible

1 to stop, and somebody is going to put it on exchanges.
2        But more than that -- or in addition to
3 that, should I say, for this to work as a vision,
4 developers would need to be able to sell cryptocurrency
5 they received, Kin they received to -- as revenue to
6 fund their operations.  Consumers would need to be able
7 to buy it.  Brands and advertisers would be able --
8 need to be able to buy it.
9        The only place they can buy it reasonably
10 is on a cryptocurrency exchange, or sell it.
11   MR. LEASURE:  Go ahead.
12   MR. SCHLEGELMILCH:  I was just going to
13 say:  And, in fact, Kik had a very -- well, the idea
14 was Kik would have a very large position in Kin, and it
15 would need to have it exchanged somewhere where it
16 could turn it into fiat?
17   THE WITNESS:  Yeah, that's how the whole
18 model worked --
19   MR. SCHLEGELMILCH:  Right.
20   THE WITNESS:  -- is, you know, sell smaller
21 and smaller pieces of the asset for more and more
22 money.  And that's your economic reward for helping to
23 create this ecosystem.
24   MR. MITCHELL:  Sell it for more as the
25 value went up?

1    THE WITNESS:  Yeah.
2    MR. MITCHELL:  Okay.
3    THE WITNESS:  That's the fundamentals of
4 how this works.
5    BY MR. LEASURE:
6    **Q   Let me point you to page 11.**
7    A   Okay.
8    **Q   "Kin integration into Kik."**
9        **Do you see that section?**
10   A   Yep.
11   **Q   This talks about the prior experiment with**
12 **Kik Points.  Do you see that?**
13   A   I see that.
14   **Q   And do you see that further on in this**
15 **paragraph, it says, "Kik's team has a proven track**
16 **record in developing products for the mass market, and**
17 **Kik looks forward to introducing cryptocurrency into**
18 **the product process"?**
19   A   I see that.
20   **Q   So would you agree that in part, this white**
21 **paper talks about Kik's prior experience and its track**
22 **record and its -- and the like?**
23   A   I would agree.
24   **Q   Why does it do that?**
25   A   I don't know.  I don't recall having ever

1 read this.  So I can't speak to why somebody would put
2 this in there.  If I had to speculate, it's -- I think
3 they're trying to say Kik is going to integrate Kin
4 into Kik, and you have no reason, based on their past,
5 to believe that this won't happen.
6    **Q   Okay.  Stepping back from these particular**
7 **words.  Do you think part of the pitch for the Kin**
8 **offering was that Kik had a proven track record?**
9    A   I think it was one of the things that made
10 Kin exciting for sure, in the way that it would have
11 been very exciting if we said instead of Kin, you know,
12 we're going to be integrating Ether into Kik.  That
13 would be very exciting for the Ether community for
14 sure.
15   **Q   Sure.  The existence of Kik as a successful**
16 **messaging app was part of the --**
17   A   Yeah.  And adopting a specific
18 cryptocurrency is -- for sure, it would be exciting for
19 any cryptocurrency.
20   **Q   Right.  And do you think part of the pitch**
21 **was that people at Kik know how to do this?**
22   A   Part of the pitch -- I'm just thinking
23 about your word "pitch."  I think part of the reality
24 is that Kik knew how to build consumer products for
25 sure.

Page 298

1    Q   And do you think that's something that
2  could have appealed to people considering whether to
3  participate in the token sale?
4    A   For sure. Kik is going to own 3 trillion
5  of these. We're going to be very interested operating
6  in our self-interest to maximize demand. That's going
7  to make their Kin very valuable. That's going to make
8  all Kin very valuable. Yeah, that's exciting.
9    Q   Got it. Kik is not two guys in a basement.
10       It is -- it has a management record and
11  experience, right?
12    A   Right.
13    Q   Okay.
14       MR. MITCHELL: Later on in the white paper,
15  there's, like, pictures of the executives. Is that --
16  is this sort of the profiles of the executives there to
17  show Kik's gravitas?
18       THE WITNESS: Gravitas?
19       MR. MITCHELL: Abilities?
20       THE WITNESS: I think -- I'm not sure
21  why -- I'm sorry. I'm not sure why they included
22  pictures. I assume it's to show that these are indeed
23  real people.
24       MR. MITCHELL: Oh, I'm sorry. I didn't
25  mean -- pictures. There's a paragraph bio for Kik

Page 299

1  executives, and then core team, and lead advisors.
2       THE WITNESS: Yeah. I think this is
3  like -- these are all the people who are birthing Kin
4  into the world. And that's exciting.
5       BY MR. LEASURE:
6    Q   There's -- starting on page 12 and going
7  forward, there's a description of perspective use cases
8  here.
9    A   Yep.
10    Q   Where did these come from?
11    A   I don't recall exactly. I don't recall
12  being involved in this section. I recall actually
13  thinking that some of the use cases weren't that
14  interesting. But, you know, a lot of different people
15  were contributing, and different people with different
16  sort of views of how this should all work. And if they
17  thought it was interesting -- you know, I wasn't
18  writing this section. I don't remember specifically
19  reviewing it.
20    Q   And it says that, "Kik will introduce a
21  number of marketplace use cases that will prompt
22  consumers and brands to transact with Kin."
23       Did that -- is that what's happened?
24    A   Which part?
25    Q   "Kik will introduce a number of marketplace

Page 300

1  use cases."
2    A   Is that what's happened since then?
3    Q   Yeah.
4    A   Yes.
5       MR. LEASURE: Let's go off the record.
6       THE VIDEOGRAPHER: This ends Disc Number 3.
7  Going off the record. The time is now 5:25 p.m.
8       (A brief recess was taken.)
9       THE VIDEOGRAPHER: This begins Disc
10  Number 4. We are back on the record.
11       The time is now 5:27 p.m.
12       BY MR. LEASURE:
13    Q   Back on the record after a brief break,
14  Mr. Livingston. Did you have any substantive
15  conversations about this investigation with SEC staff?
16    A   I did not.
17    Q   Very good. Let me point you to page 21 of
18  this document, KIK 21. It begins, "Kin token
19  issuance," "Kin token allocations."
20       Do you see that?
21    A   Yep.
22    Q   This says, "In order to finance the Kin
23  roadmap, Kik will conduct a token distribution event
24  that will offer for sale 1 trillion tokens out of a
25  10 trillion unit total supply of Kin."

Page 301

1       Did you see that?
2    A   Uh-huh.
3    Q   Was that the plan at the time?
4    A   Was that the plan at the time? I think
5  what the plan was, is in order to accelerate the Kin
6  roadmap, Kik will conduct a token distribution event
7  that will offer for sale 1 trillion units out of
8  10 trillion unit supply.
9    Q   So the change you made there was instead of
10  saying "to finance the Kin roadmap," you said "to
11  accelerate"?
12    A   Correct.
13    Q   So "finance" was inaccurate?
14    A   Yeah.
15    Q   Okay.
16    A   Again, if the day after the TDE, everybody
17  on Kik got on a plane, the plane crashed, and everybody
18  died, and all access to the Kin went with it, you'd
19  have 10,000 people who'd be very incentivized to make
20  Kin work.
21    Q   Okay. Other than that term, the plan was
22  to offer for sale -- as of May, the plan was to have a
23  10 trillion total supply of Kin, correct?
24    A   Uh-huh. Correct.
25    Q   And have 1 trillion units sold?

1    A    Yep.
2    Q    Okay.  Further down in this document, it
3  says, "Another 3 trillion Kin will be pre-allocated to
4  Kik as a founding member."
5    A    Yep.
6    Q    That was the plan as of May?
7    A    Yep.
8    Q    And then the remaining 6 trillion of Kin
9  would be the purview of the Kin Foundation?
10    A    Yep.
11    Q    And that was the plan as of May?
12    A    I believe so, yep.
13    Q    And numbers-wise, that's actually what's
14  happened, correct?
15    A    I believe so, yep.
16    Q    Okay.  The second sentence here on page 21
17  reads, "The proceeds of the token distribution event
18  will be used to fund Kik operations and to deploy the
19  Kin Foundation.  A portion of the funds raised in the
20  token distribution will be used to execute upon the
21  roadmap of additional feature development planned for
22  the Kin integration into Kik."
23        Did you see that?
24    A    Yep.
25    Q    Was that accurate?

1    A    I would say from the revenue we created
2  selling the 1 trillion Kin, we will spend that money to
3  execute on pieces of the roadmap, or to build out
4  pieces of the roadmap outlined here, and to also fund
5  additional feature development planned for the Kin
6  integration inside Kik, yeah.
7    Q    Okay.
8        MR. SCHLEGELMILCH:  And also just to sort
9  of keep the lights on the messaging side of the
10  business, right?
11        THE WITNESS:  Yes.
12        MR. SCHLEGELMILCH:  This was all sort of
13  co-mingled in one bank account, the money that came in
14  from the token distribution event, or maybe a series of
15  bank accounts?  But it was to be used for the running
16  of Kik Interactive, correct?
17        THE WITNESS:  It was -- part of it was to
18  be used for the running of Kik Messenger.
19        MR. SCHLEGELMILCH:  Okay.
20        THE WITNESS:  Is that what you mean by
21  that?
22        MR. SCHLEGELMILCH:  That's what I mean by
23  that.
24        THE WITNESS:  Yep.
25        BY MR. LEASURE:

1    Q    At the time, was there a written plan in
2  place for how to spend the proceeds of the token
3  distribution event?
4    A    There probably was, like, a best guess.  I
5  don't remember a specific plan, though.
6    Q    Did you ever see one?
7    A    Sounds familiar, but I can't recall
8  specifically.
9    Q    Okay.  Subsequently, has there been a
10  written plan you can recall for --
11    A    Well, we definitely had plans for, like --
12  of the cash we have, how are we spending it.  So
13  definitely, that would exist.
14    Q    And has that ever been pushed out or
15  published to the Kin community?
16    A    Not to my knowledge.
17    Q    Okay.
18        That wasn't disclosed in advance
19  of -- the plans for how to spend money weren't
20  disclosed in advance of the token distribution event?
21    A    No.
22    Q    Okay.
23    A    Not to my knowledge.
24    Q    Point you to one other thing.  Page 23,
25  "Token Distribution Event."  Right at the top, it

1  reads, "The Foundation will commence the token
2  distribution event once Kik has completed the
3  technology upgrade to integrate with Kin and the
4  cryptocurrency can be used functionally within Kik."
5        Did you see that?
6    A    Yep.
7    Q    Pause there.  "The Foundation will commence
8  the token distribution event."  I just wanted to drill
9  down on that phrase.
10        Did the Foundation commence the token
11  distribution event?
12    A    I can't recall.  But, you know, who wrote
13  the smart contract to create Kin?  That was Kik
14  employees.
15    Q    Okay.
16        MR. MITCHELL:  And who decided
17  to actually -- you know, to say, "Okay.  Let's do it if
18  we're going to start the token distribution event"?
19        THE WITNESS:  Like, to actually create Kin,
20  to sell Kin?
21        MR. MITCHELL:  No.  In September of 2017,
22  to say, "Okay.  We're going live."
23        THE WITNESS:  Like, that now is the
24  time?
25        MR. MITCHELL:  Yep.

---

Page 306

1    THE WITNESS: I think that was probably
2  ultimately my decision. But it was probably, like, a
3  consensus-based decision among the leadership team,
4  like, now is the time.
5    MR. MITCHELL: Kik employees?
6    THE WITNESS: Kik employees, yes.
7    BY MR. LEASURE:
8    Q   Did the Kik board ever authorize the token
9  distribution event?
10   A   I believe they did, but I can't recall
11  specifically.
12   Q   Okay. And this says the event will
13  happen -- going back to page 23.
14   A   Uh-huh.
15   Q   "Will commence the token distribution event
16  once Kik has completed the technology upgrade to
17  integrate with Kin and the cryptocurrency can be used
18  functionally within Kik."
19   A   Uh-huh.
20   Q   We're going to turn to this more tomorrow,
21  but what was your understanding at the time of what it
22  meant to complete the technology upgrade to integrate
23  with Kin?
24   A   I can't recall ever having read this
25  sentence, so I can't obviously recall what it is trying

---

Page 307

1  to get at.
2    Q   Okay.
3    A   I could speculate, but I can't recall.
4    Q   Do you know -- and so just to -- the other
5  phrase in there that I wanted to ask you about, "the
6  cryptocurrency can be used functionally within Kik" --
7    A   Yep.
8    Q   -- you don't recall reading this sentence
9  at the time, correct?
10   A   Correct.
11   Q   Did you have an understanding that the
12  token distribution event would happen once the
13  cryptocurrency could be used functionally within Kik?
14   A   Yes.
15   Q   And what -- at the time, we're in May of
16  2017, what did that mean to you?
17   A   What it meant to me is that Kik users and
18  anybody who owned Kin would be able to get utility from
19  that Kin within Kik as a broader consumer experience.
20   Q   And at this time, we'll talk about this
21  more tomorrow, but were those stickers or was that some
22  other function you had in mind?
23   A   At this time or at that time?
24   Q   May of 2017.
25   A   I think in May of 2017, we weren't sure

---

Page 308

1  exactly what that would be. We knew what Kik Points
2  was.
3    We knew millions of people used Kik Points. We
4  knew there was tons of utility to Kik Points. But when
5  we took all of those different use cases for Kik Points
6  and figured out how it could intersect with what the
7  state of blockchain technology could actually enable,
8  that was something we had to figure out.
9    So we knew, like, what everything Kik
10  Points did. But of those, which ones the blockchain
11  technology was sort of mature enough to be able to
12  support at this time, I don't recall us being clear on.
13   Q   So if I asked you in May of 2017, if I'm --
14  as someone potentially interested in buying Kin, and
15  say, "Hey, Mr. Livingston, what does that mean, the
16  cryptocurrency can be used functionally within Kik,"
17  your answer would have been, "We don't know yet"?
18   A   My answer would be: These are all of the
19  things you could use Kik Points for. These are all of
20  things we -- if we had kept going with Kik Points, we
21  were thinking about ways -- additional ways you could
22  use Kik Points.
23    But of all those things, which we
24  can -- which of them can we make with -- work with
25  Ethereum blockchain when we do our token distribution

---

Page 309

1  event, we're not sure yet.
2    Q   Okay.
3    MR. MITCHELL: Because we're asking about
4  token distribution event, can I just ask a practical
5  question?
6    I asked you earlier about sort of who
7  approved the idea.
8    But is literally starting the token
9  distribution event like someone sitting at a computer,
10  hitting a button saying, you know, run or go or
11  something like that?
12    MR. SCHLEGELMILCH: I just picture a big
13  button.
14    MR. MITCHELL: Yeah, exactly.
15    MR. SCHLEGELMILCH: That you, like, flip a
16  coin to get the push.
17    THE WITNESS: I don't think there's a big
18  button.
19    I think what starts a token distribution event
20  is you publishing a smart contract to the Ethereum
21  blockchain.
22    And then you telling people, "Hey, the
23  smart contract for the Kin token distribution event can
24  be found here at this address."
25    MR. MITCHELL: And was there -- was that

Page 310

```
 1    done?  That publishing, that's done by Kik employees?
 2         THE WITNESS:  Yes.
 3         MR. MITCHELL:  And do you know who or what
 4    group was doing that kind of work?
 5         THE WITNESS:  I don't know for sure.  I can
 6    speculate, but one of the technical guys.
 7         MR. MITCHELL:  Sure.  I mean, more likely
 8    in Israel or in Waterloo?
 9         THE WITNESS:  More likely in Israel.
10         MR. MITCHELL:  Israel.  Okay.
11         BY MR. MITCHELL:
12     Q   Last thing on this document.  Would you
13    agree that in reviewing this document, you identified
14    some things that you would testify are inaccurate in
15    this document?
16     A   I think there are things in this document
17    that people who wrote this believed to be true at the
18    time; but as our understanding of cryptocurrencies has
19    evolved, not just internally, but as an industry, would
20    no longer appear to be true.
21     Q   Okay.
22         And you anticipated my next
23    question, which is:  Why are there things that are no
24    longer true or inaccurate?
25         Why do you think that is?
```

Page 311

```
 1     A   Because it's a new emerging technology, and
 2    everybody is doing their best to figure out what
 3    exactly this is, where exactly it's going.  And as I'm
 4    sure you guys can relate, it's a complicated thing.
 5    And, you know, I don't envy you for that.  And so I
 6    think just like for you or for anybody else, it's true
 7    for people who worked at Kik as well.  They were sort
 8    of trying to articulate what was their best
 9    understanding at the time.
10     Q   And that's changed over time?
11     A   Has your understanding of cryptocurrencies
12    changed over time?
13     Q   That's when I've got to say is I ask the
14    questions.
15         People's understanding of how
16    cryptocurrencies work has changed over time at Kik?
17     A   I would say that every single person's
18    understanding of how cryptocurrencies work has changed
19    over time.
20     Q   Okay.
21         MR. MITCHELL:  Was there any time between
22    the publishing of the white paper and the token
23    distribution event that anyone revised the white paper
24    or corrected statements in it?
25         THE WITNESS:  Not to my recollection
```

Page 312

```
 1    because, you know, this -- like, my understanding of
 2    this document was, like, this is our vision at the
 3    time.
 4         Obviously, this is going to change, as it has
 5    changed for every other cryptocurrency project.  And,
 6    in fact, it's the rate of change which you should be
 7    excited about.
 8         If it's not changing, it means they're
 9    not learning and not adapting.
10         So, you know, it just didn't feel like to
11    me, in hindsight, you know, that this was meant to be
12    some document in stone.  Like, no document in
13    technology is.
14         MR. LEASURE:  Off the record.
15         THE VIDEOGRAPHER:  Going off the record.
16         The time is now 5:38 p.m.
17         (Whereupon, at 5:38 p.m., the examination
18    was adjourned.)
19              * * * * *
20
21
22
23
24
25
```

Page 313

```
 1         PROOFREADER'S CERTIFICATE
 2
 3    In the Matter of:  KIK INTERACTIVE
 4    Witness:      Edward "Ted" Livingston
 5    File Number:   HO-12869-A
 6    Date:       Wednesday, November 7, 2018
 7    Location:     Washington, D.C.
 8
 9         This is to certify that I, Christine Boyce,
10    (the undersigned) do hereby certify that the foregoing
11    transcript is a complete, true and accurate transcription
12    of all matters contained on the recorded proceedings of
13    the investigative testimony.
14
15
16    _____   _____
17    (Proofreader's Name)        (Date)
18
19
20
21
22
23
24
25
```

Page 316

```
 1   APPEARANCES:
 2   On behalf of the Securities and Exchange Commission:
 3       BRENT MITCHELL, ESQ.
 4       JAMES MURTHA, ESQ.
 5       JEFF LEASURE, ESQ.
 6       STEPHAN SCHLEGELMILCH, ESQ.
 7       DAVID MENDEL, ESQ.
 8       REID MUOIO, ESQ.
 9       Securities and Exchange Commission
10       100 F Street, N.E.
11       Washington, D.C. 20549
12       (202)551-4683
13       mitchellb@sec.gov
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 317

```
 1       APPEARANCES(CONT.):
 2
 3   On behalf of the Witness:
 4       LUKE CADIGAN, ESQ.
 5       BRETT DEJARNETTE, ESQ.
 6       PATRICK GIBBS, ESQ.
 7       Cooley LLP
 8       500 Boylston Street
 9       Boston, Massachusetts 02116
10       (617)937-2480
11       KENNETH LENCH, ESQ.
12       Kirkland & Ellis
13       655 Fifteenth Street, N.W.
14       Washington, D.C. 20005
15       (202)879-5270
16
17   Also Present:
18       Steven Jones, Videographer
19
20
21
22
23
24
25
```

Page 318

```
 1                   C O N T E N T S
 2   WITNESS:              EXAMINATION
 3   Ted Livingston            319
 4
 5   EXHIBITS     DESCRIPTION      IDENTIFIED
 6   199    Sit-Down Presentation      321
 7   200    Medium Document            343
 8   201    E-mail Chain               360
 9   202    Communications Strategy    393
10   203    DVD                        411
11   204    DVD                        427
12   205    Article                    438
13   206    Document                   553
14   207    Kin Foundation Tweet       556
15   208    Medium Document            583
16   209    Letter                     596
17
18
19
20
21
22
23
24
25
```

Page 319

```
 1              P R O C E E D I N G S
 2        THE VIDEOGRAPHER: Good morning.  This
 3   begins Disc Number 1, Volume II.  We are back on the
 4   record.  The time on the video monitor is 9:40 a.m.
 5   Whereupon,
 6        EDWARD "TED" LIVINGSTON
 7   was re-called as a witness and, having been previously
 8   duly sworn, was examined and testified further as follows:
 9        BY MR. LEASURE:
10    Q   Back on the record on November 8th, 2018.
11        Mr. Livingston, during the break in
12   testimony, did you have any substantive conversations
13   about this investigation with SEC staff?
14    A   I did not.
15    Q   Do you understand you're still under oath?
16    A   I do.
17        MR. MITCHELL:  Overnight, Brett sent us --
18   yesterday we talked, do you remember we were talking
19   about a sit-down meeting, the company-wide meeting,
20   where you talked to sort of everyone about the token
21   idea?
22        THE WITNESS:  Uh-huh.
23        MR. MITCHELL:  So overnight, Brett sent us
24   a link to a document.  Can I just ask, the concept of a
25   sit-down meeting, this is -- I guess, what -- how does
```

Page 320

1    that work?  How did that fit inside Kik's culture?
2        What is a sit-down meeting?
3        THE WITNESS:  A sit-down is for the most
4    part like a regularly occurring meeting with everybody
5    from the company.
6        MR. MITCHELL:  Regularly, like once a
7    month, once a quarter, or?
8        THE WITNESS:  It's changed over the years.
9    I'm not sure what the cadence was at this point.  At
10   one point, it was every week.  At one point, we
11   switched that, I think, to once every month.  So I'm
12   not sure what it was at this point.
13       MR. MITCHELL:  As a practical matter,
14   videoconference -- people in Waterloo would come
15   down --
16       THE WITNESS:  Yep.
17       MR. MITCHELL:  -- and people outside
18   Waterloo can see it on video?
19       THE WITNESS:  Correct.
20       MR. MITCHELL:  And what -- how did you --
21   how did you use sit-downs to -- in terms of
22   communicating that?
23       THE WITNESS:  The purpose of sit-downs is
24   like just a chance for the whole company to get
25   together to share news, to share achievements, to share

Page 321

1    information.  Sometimes that would come from me.
2    Sometimes that would come from various teams within the
3    company.  Sometimes it would come from other people on
4    the leadership team.
5        MR. MITCHELL:  And the document -- let me
6    just -- we'll just mark the next number.
7        (SEC Exhibit No. 199 was marked for
8    identification.)
9        MR. MITCHELL:  We're going to mark as
10   Exhibit 199 a multi-page document.  This is the one we
11   have.  It's KIK_00119718 to 766.
12       THE WITNESS:  Uh-huh.
13       MR. MITCHELL:  Have you seen this before?
14       THE WITNESS:  I have.
15       MR. MITCHELL:  What is it?
16       THE WITNESS:  I believe this is the
17   presentation that was shown at sit-down.
18       MR. MITCHELL:  And just looking at the
19   first page, the slide gets displayed to everybody.  And
20   the part underneath is just text for the speaker?
21       THE WITNESS:  Correct.
22       MR. MITCHELL:  And the front of it, it
23   says, Sit-down March 30th, 2017.
24       Do you think that this meeting happened on
25   March 30th, 2017?

Page 322

1        THE WITNESS:  That would be my -- I would
2    think so, yes.
3        MR. MITCHELL:  So at this points in time,
4    where were you in terms of -- sort of telling people --
5    say before the meeting -- let me start over.
6        Before the meeting, who knew about the idea
7    of potentially doing a -- selling a token?
8        THE WITNESS:  It's hard for me to say who
9    exactly would know.  But I would -- my best guess would
10   be that this meeting is when we would share it with
11   everybody.  And before this meeting, not everybody
12   internally would know our plans with crypto or proposed
13   plans with crypto.
14       MR. MITCHELL:  Earlier yesterday, we talked
15   sort of about the issue of you feeling like you --
16   convincing other people and making sure that other
17   people saw this project as a good -- a positive thing
18   to do.  Do you remember that?
19       THE WITNESS:  Yes.
20       MR. MITCHELL:  How did this fit into that
21   kind of effort?
22       THE WITNESS:  I would say that this was --
23   like, this was the first time we were sharing it with
24   the entire company is my recollection.  And so again,
25   it was a period of very sort of low trust, high stress

Page 323

1    as we were having declining metrics.  So we -- my best
2    recollection -- and we can go through it -- is we
3    wanted to do it in a way that was sort of as simple as
4    possible for people to understand because it was a
5    totally brand-new concept.
6        My recollection is we didn't want to --
7    because we were doing -- trying lots of different
8    things to find a way to compete with these big
9    companies.  And a lot of them weren't working.  So we
10   wanted to do this in a way that sort of instilled
11   confidence in the team that this was a good option for
12   us.
13       MR. MITCHELL:  You mean through the
14   presentation explain the story?
15       THE WITNESS:  Yes.
16       MR. MITCHELL:  When you made this
17   presentation -- when you created the presentation, did
18   you put in the things that you thought would accomplish
19   that?
20       THE WITNESS:  So I didn't create the
21   presentation itself.  Usually, the way the process
22   would work is different people would create different
23   slides.  They'd add their own notes to it, what they
24   recommended, how they would explain the slide.  But
25   definitely, I would say the goal of this presentation

Page 324

1    was to explain the concept in the simplest way possible
2    to the degree that we understood it ourselves at the
3    time that instilled confidence with the team that this
4    was a good idea.
5         MR. MITCHELL:  This document -- the
6    description is the way you understood it at the time?
7         THE WITNESS:  The description?  Sorry.
8    Which description?
9         MR. MITCHELL:  This document describes the
10   project as you understood it at the time of the
11   meeting?
12        THE WITNESS:  I would say this presentation
13   was trying to share sort of the intersection of our
14   understanding of what it was and where it was going and
15   why it was a good idea, but also in a way that people
16   could understand.
17        MR. MITCHELL:  So looking on the first
18   page, it seems to break it up into two parts.  A part
19   that Eran Ben-Ari presented and a part that you
20   presented?
21        THE WITNESS:  That's what it looks like,
22   yes.
23        MR. MITCHELL:  Is that how you remember the
24   presentation going?
25        THE WITNESS:  I don't recall exactly.

Page 325

1         MR. MITCHELL:  Flipping through, are you
2    able to sort of see where the -- sort of where the
3    dividing line is where you took over?
4         THE WITNESS:  My guess would be I would
5    probably open it.  I would think that Eran would do the
6    product section.  I'm not sure who would have done the
7    public group section.  Could have been Eran, it could
8    have been me, could have been somebody else.
9         Community chat, I'm not sure who did that
10   section.  Cryptocurrency, I believe I would have
11   presented this section.  But I can't recall exactly.
12        MR. MITCHELL:  The part that starts with
13   the slide that says Cryptocurrency, and has a number on
14   the bottom right corner that ends in 743?
15        THE WITNESS:  Yep.
16        MR. MITCHELL:  Can I just take you to the
17   second page.  There is a page that has sort of in the
18   slide the word "capability" and the word "change" and a
19   lot of other words?
20        THE WITNESS:  Yes.
21        MR. MITCHELL:  Looking at the notes
22   underneath it, does this look to you like something you
23   -- are those notes that you used, or is that somebody
24   else writing in?
25        THE WITNESS:  Let me read it, and I will

Page 326

1    let you know.  So I can't recall who wrote this.  But I
2    would be pretty sure that I would not have written
3    these notes.
4         MR. MITCHELL:  It doesn't feel like it's
5    your writing.
6         THE WITNESS:  Yeah.  So yeah.  I think
7    these are -- the people who put it together, it
8    probably is their recommendation for how to speak to
9    this slide.
10        MR. MITCHELL:  So then could you go back to
11   the cryptocurrency slide that ends in 743.
12        THE WITNESS:  Okay.
13        MR. MITCHELL:  I think a lot of this sort
14   of summarizes things we talked about yesterday, the
15   page that ends in 744.
16        THE WITNESS:  Okay.
17        MR. MITCHELL:  You described -- you sort of
18   compared the new idea to the Kik Points that people
19   already knew; is that what this slide is doing?
20        THE WITNESS:  That's what it looks like,
21   yes.
22        MR. MITCHELL:  Then there is -- the next
23   slide is pictures of pizza?
24        THE WITNESS:  Yeah.
25        MR. MITCHELL:  Do you remember what you

Page 327

1    were communicating and what you said when you were
2    talking about this one?
3         THE WITNESS:  I think this was a reference
4    to the pizza that was bought for 10,000 Bitcoins.
5         MR. MITCHELL:  Oh, yeah.  The famous story
6    that somebody paid 10,000 Bitcoins for pizza, and now
7    everyone loves to calculate what that pizza costs?
8         THE WITNESS:  Yes.  The appreciation of the
9    currency.
10        MR. MITCHELL:  That's making the point that
11   Bitcoin certainly had appreciated since the person
12   bought the pizza?
13        THE WITNESS:  Yes.
14        MR. MITCHELL:  The next one that's 746.
15   What are you describing here?
16        THE WITNESS:  I can't remember for sure.
17   My best guess would be, though, that there was an
18   opportunity with the cryptocurrency to align users,
19   developers, and creators to all work together.
20        MR. MITCHELL:  Then the next two slides,
21   which look pretty similar -- looks like it's one of
22   those things where you have one slide, and you press
23   the button and the words "bots platform" gets added?
24        THE WITNESS:  I think the next slide is
25   talking about the pillars of the Kik Messenger product.

Page 328

1  And then how cryptocurrency can underline all of those
2  pillars and contribute to all of those pillars.
3       MR. MITCHELL:  If you keep going, there is
4  a slide that says, "We can leverage growing investment
5  trends to support our community initiatives."
6       Do you see that?
7       THE WITNESS:  I do.
8       MR. MITCHELL:  What are you talking about
9  here?
10      THE WITNESS:  I think what I'm talking
11 about here is the growing behavior of people purchasing
12 cryptocurrencies.  And therefore, people purchasing --
13 the potential for people to purchase a cryptocurrency
14 that we would launch.  And therefore, the potential for
15 this to be a viable business model for us.
16      MR. MITCHELL:  And the next page.
17 Yesterday, I think you talked about a quote that you
18 heard about $100 million?
19      THE WITNESS:  Uh-huh.
20      MR. MITCHELL:  Is that trying to do what
21 you -- at the time, you didn't remember exactly what it
22 was.  So I'm doing what lawyers call refreshing your
23 recollection.
24      Is this the document that you -- do you
25 think this is what you were remembering yesterday?

Page 329

1       THE WITNESS:  Remembering about what?
2       MR. MITCHELL:  Sorry.  The top says, "There
3  is a community of investors with the same vision."
4       So I guess let me start with that.  What is
5  that?  What did you mean when you put that?
6       THE WITNESS:  I don't think I created this
7  slide.  So I can't say exactly.  But I think the way I
8  would have explained -- because I think I probably did
9  present this slide -- is we ask people if we were or
10 somebody like us was to launch a new cryptocurrency,
11 how much of it would people buy?  And this is some of
12 the responses we got.
13      MR. MITCHELL:  And the next slide is more
14 of that same answer where there is a -- market data
15 supports this opinion.  I don't mean to be confusing.
16 Let me just ask it in a different way.
17      The next slide says, "Market data supports
18 this opinion."
19      What's this slide about?
20      THE WITNESS:  I think this is pointing to
21 what I would guess is other data in that study, we'll
22 call it, just highlighting some of the data from that,
23 you know, when the launch of cryptocurrency is being
24 launched at this point.  And I think it's just
25 presenting some data on some of the things that are

Page 330

1  getting launched.  And then some data on a hypothetical
2  for Kik.
3       MR. MITCHELL:  So the survey you're talking
4  about, that's the CoinFund survey?
5       THE WITNESS:  That would be my guess.
6       MR. MITCHELL:  If I can point you to the
7  bottom left of that page.  It says, "Source, CoinFund
8  crypto investor survey."
9       Do you see that?
10      THE WITNESS:  Then, yes, probably that's
11 what it was.
12      MR. MITCHELL:  On the right, it says,
13 "Hypothetical Kik."  And then there is words
14 underneath.  "An established product that tens of
15 millions of users integrating a platform token for
16 their digital community."
17      Do you see where I read that?
18      THE WITNESS:  I do, yeah.
19      MR. MITCHELL:  That description was sort
20 of, in the survey, was the attempt to sort of come up
21 with the hypothetical Kik token without actually
22 telling people Kik's name?
23      THE WITNESS:  Correct.  That's what it
24 looks like.
25      MR. MITCHELL:  The next page that ends in

Page 331

1  752.  It says, "What will we do with this
2  cryptocurrency?"
3       What are you doing -- when you talked about
4  this, what were you telling people?
5       THE WITNESS:  I think what we're trying to
6  do here is to try to simplify and make as concrete as
7  possible the steps to launching a cryptocurrency and
8  what that might look like for us.
9       MR. MITCHELL:  These steps aren't exactly
10 what got done in the end, right?
11      THE WITNESS:  Yeah.  I think this was the
12 -- our best understanding at the time when we looked
13 at, you know, the industry at large, and also sort of
14 our early thoughts about what it might look like if we
15 were to launch our own cryptocurrency.
16      MR. MITCHELL:  If you flip to the next
17 page, it says, "Next steps for the ICO."
18      THE WITNESS:  Yep.
19      MR. MITCHELL:  There is a line that says,
20 "Announce ICO on May 24th at Token Summit."
21      THE WITNESS:  Yeah.
22      MR. MITCHELL:  By March 30th, 2017, you had
23 your eye on making an announcement at that May 24th
24 event?
25      THE WITNESS:  I believe so, yeah.  That's

Page 332

1    what it looks like.
2        BY MR. LEASURE:
3        Q   Can I ask:  On this slide, this second
4    point says, "Establish GTM strategy"?
5        A   Yep.
6        Q   What's GTM?
7        A   Go-to-market.
8        Q   So there was some thinking about a
9    marketing strategy for a token sale?
10       A   Go-to-market is not a marketing strategy.
11   Go-to-market -- marketing is a piece of it.  A
12   go-to-market strategy is how you get a technology
13   adopted broadly; how you design the technology, how you
14   design the product, how you communicate that product,
15   how you get people to adopt it, all of the pieces to
16   get people to adopt a new technology.
17       Q   Got it.  I apologize.  Marketing is just a
18   piece of that, there is other things going on?
19       A   Yeah.
20       Q   Okay.
21           MR. MITCHELL:  The page that ends in 755,
22   two pages on, just has some people sitting on their
23   phones and the word "questions."
24           Do you remember getting questions?
25           THE WITNESS:  I don't remember.  I don't

Page 333

1    remember specifically or even generally if there were
2    or were not questions.
3            MR. MITCHELL:  The slides after the
4    questions, do you think you also did these as well --
5    spoke?
6            THE WITNESS:  I don't think I -- I'm pretty
7    sure I would not have created these.  But I think if I
8    had to guess, these were included in the back as sort
9    of working slides that weren't ultimately presented.
10           MR. MITCHELL:  What makes you think that?
11           THE WITNESS:  It's just typically how we
12   produce slide decks is, you know, we have lots of
13   different slides, and we keep them at that back.  We
14   don't delete them in case we change our mind and we
15   want to bring them into the presentation.  You know,
16   nobody sees this actual deck itself.  They just see it
17   being presented.  So if -- we can stop it wherever we
18   want.
19           MR. MITCHELL:  So looking at the slides, do
20   you think that there were -- do you remember why these
21   weren't presented, any of them?
22           THE WITNESS:  I don't remember why.
23           MR. MITCHELL:  Do you remember seeing,
24   like, a factual error, or, you know, something you
25   don't want to tell people in these?

Page 334

1            THE WITNESS:  Usually when we don't include
2    slides it's because they're not additive to what we're
3    trying to communicate.  It's usually not because --
4    maybe, you know, we don't quite like the idea, or maybe
5    it's articulated wrong, or maybe it's just confusing.
6    Like, there is lots of ideas -- lots of reasons for
7    why slides back here wouldn't ultimately end up making
8    it to the main presentation.
9            MR. MITCHELL:  Can you flip to the
10   page 763.  It says at the top right, "Is it
11   cryptocurrency?"
12           THE WITNESS:  Okay.
13           MR. MITCHELL:  Do you have any memory of
14   why this wasn't included?
15           THE WITNESS:  I can't remember why.  If I
16   were to give my best guess, it probably felt probably
17   too in the weeds for the first introduction.
18           MR. MITCHELL:  Anything in there -- looking
19   at it now, is there anything that looks sort of not
20   correct to you?
21           THE WITNESS:  In the slide itself, 763?
22           MR. MITCHELL:  Yeah.  Something you didn't
23   thing was true at the time?
24           THE WITNESS:  So I think the first two
25   bullets seem accurate to me.  The third bullet is not

Page 335

1    really a factual statement.  Maybe it was part of a
2    narrative to try to explain what we were doing.
3            MR. MITCHELL:  The name "Kik coin," you
4    mean?
5            THE WITNESS:  Well, this slide wasn't
6    ultimately used, right?  So this would be a working
7    slide.  So you asked me what I think is true on this.
8    The first two seem to be just basic industry
9    definitions, the first two bullets.  The third bullet,
10   you know, I think is, like, probably part of a
11   narrative.  But on this slide, it doesn't really make
12   sense.  It doesn't connect to anything.  So this was
13   probably just a working slide.  So when you asked me is
14   it true, the third one, you know, it's not really a
15   true-or-false question.
16           MR. MITCHELL:  Sure.  As a matter of slide
17   construction, though, it doesn't seem to go here is
18   what you're saying?
19           THE WITNESS:  It just seems like, what is a
20   cryptocurrency -- like, 1 and 2 are what a
21   cryptocurrency is.  The third is something else.
22           MR. MITCHELL:  The next slide at 764, it
23   says, "Team structure."  I've just never seen something
24   like this.  What is -- is this -- looking at it now, do
25   you know what this is?  Like, what is this describing?

Page 336

```
 1            THE WITNESS:  This might have been a
 2    working slide.  I don't know what this is.  This might
 3    have been a working slide for the section on the
 4    product process, trying to describe how teams are
 5    organized.  But I'm not sure.
 6            MR. MITCHELL:  I'll take you to the last
 7    page, which is 766.
 8            THE WITNESS:  Yeah.
 9            MR. MITCHELL:  Is there something -- do you
10    have any memory of why this wasn't used?
11            Do you know whether this was used or not
12    used?
13            THE WITNESS:  Why which?
14            MR. MITCHELL:  This slide, 766.  Do you
15    know whether it was shown to people?
16            THE WITNESS:  I think this looks very
17    similar to an earlier slide.
18            MR. MITCHELL:  Which slide?
19            THE WITNESS:  Slide -- Bates number 9750.
20            MR. MITCHELL:  Looks a lot like the slide
21    that has at the top, "There is a community of investors
22    with the same vision"?
23            THE WITNESS:  Yes.
24            MR. MITCHELL:  I totally see that.  I
25    actually meant to flip you to the next page, which is
```

Page 337

```
 1    766.
 2            THE WITNESS:  Okay.
 3            MR. MITCHELL:  Do you know whether that was
 4    shown at the meeting?
 5            THE WITNESS:  I don't believe this was
 6    shown at the meeting.  But I can't say for sure.
 7            MR. MITCHELL:  Do you remember why?
 8            THE WITNESS:  I don't remember if it was or
 9    wasn't shown.  So I don't remember why hypothetically
10    it would or would not be shown.  I don't recognize this
11    slide.
12            MR. MITCHELL:  Is there anything in that
13    slide that is factually incorrect?
14            THE WITNESS:  I think in the first
15    bullet -- there is two bullets here -- "Because there
16    is a finance supply of Kik coin, when demand for Kik
17    coin increases, the price also increases."  I think
18    that that should be changed to:  If demand for Kik coin
19    increases, the price also would increase.
20            The second point, "Investors will want to
21    buy low and sell high."  I think what that should read
22    is:  If you buy the coin when demand is low and
23    therefore the price is low, and then the demand goes
24    up, then the price will also go up.
25            And so you can either use it at that point,
```

Page 338

```
 1    but you could also sell it at that point to somebody
 2    else who wants to use it.
 3            MR. MITCHELL:  That's part of the economics
 4    that we discussed yesterday?
 5            THE WITNESS:  Correct.
 6            MR. MITCHELL:  Okay.
 7            BY MR. LEASURE:
 8        Q   As of yesterday, we talked about the white
 9    paper.
10        A   Yep.
11        Q   Just getting to the public announcement
12    that we think happened in late May.  On top of
13    publishing the white paper on a web page, what else did
14    Kik do to announce the Kin token?
15        A   The announcement itself, I believe,
16    happened at Token Summit in New York City.  That was an
17    announcement on stage.  And then we also posted a white
18    paper.  That white paper was also posted on a website.
19    Outside of that, nothing specific jumps to mind;
20    although, I'm sure we did lots of things between then
21    and the token sale itself.
22        Q   Okay.  And we might walk through some of
23    that in a little while.  Let's talk about the Token
24    Summit.  That was part and parcel of posting the white
25    paper -- in other words, that was part of the raising
```

Page 339

```
 1    public awareness of a future token sale?
 2        A   I think that was us trying to stake our
 3    claim to those via the articulation and the opportunity
 4    we saw in the vision and our leadership in pursuing
 5    that vision.
 6        Q   By "leadership," I take it, you being
 7    present talking about the vision was showing
 8    leadership?
 9        A   I think we wanted to establish that we saw
10    this vision first.  I think we wanted to establish that
11    this was an exciting vision, that we saw this vision
12    first.  And we were staking the claim that we were
13    going to go after this vision first.
14        Q   Why Token Summit as opposed to some other
15    venue?
16        A   I think we wanted an audience who
17    understood cryptocurrencies.  You know, I think many
18    people would say, hey, we're launching our own Bitcoin,
19    and they would just not even know what Bitcoin was,
20    especially at that time.  So we wanted an audience who
21    understood cryptocurrencies.
22        Q   Who would then be able to better understand
23    the vision you were articulating?
24        A   You cannot understand the vision of Kin
25    unless you understand the fundamentals of
```

Page 340

1  cryptocurrencies themselves.
2      Q   Got it.  And included in that fundamental
3  -- we've spent a lot of time yesterday and even just
4  now talking about the fundamentals of the economics.
5  You wanted people who kind of got that?
6      A   You can't understand why Kin is a potential
7  business model for Kik and for everyone else unless you
8  understand the fundamentals of blockchain and crypto
9  economics itself.
10     Q   Got it.  Okay.  Why you?  You were the
11 presenter at Token Summit, correct?
12     A   Uh-huh.
13     Q   Why you?
14     A   Because it was my brainchild, my idea.
15     Q   Okay.
16     A   Who better to explain it?
17     Q   How did it go?
18     A   That's a good question.  I haven't talked
19 about that for a long time.  I don't -- I remember the
20 audience being excited about it.  I also remember there
21 being some skepticism that I heard about later in the
22 audience, like, because we were the first centralized
23 company that was doing this.
24         At the time, blockchain was largely, you
25 know, just very small teams who are starting fresh in

Page 341

1  blockchain, had never built companies before.  So I
2  remember the reaction being somewhat mixed.  But I
3  can't remember specifics.
4      Q   I was going to ask you in terms of any
5  feedback you got.  Do you remember any specific
6  feedback you got?
7      A   Just that, what I just shared.
8      Q   We're going to turn to this in a bit.
9          Prior to the Token Summit, had there been
10 any informal outreach to potential token purchasers
11 already?
12     A   Like, I know CoinFund obviously reached out
13 to people who are buying cryptocurrencies.  What other
14 communications happened, I can't recall.
15     Q   That's fine.  Okay.  On top of Token
16 Summit, any other efforts -- right around the time that
17 the white paper was published, late May, around that
18 time, any other efforts you remember to raise awareness
19 of the upcoming token sale?
20     A   Nothing specifically.  But I know there
21 were.  We did do things for sure.  I can't remember
22 anything specifically right now.
23     Q   I'll represent to you I think I've seen a
24 video of you on CNBC.  Does any of that ring a bell?
25     A   CNBC, the name rings a bell.  But I can't

Page 342

1  remember the specifics.  But I'm sure I did, yeah.
2      Q   Any other -- do you recall any TV
3  appearances or sort of mainstream media?
4      A   I'm sure there was.  I can't recall any
5  specific ones.
6      Q   Were you the -- to the extent there were, I
7  understand you don't recall specifics, would you expect
8  you would be the person, the face, talking for Kik?
9      A   That would be my expectation, yes.
10     Q   Was that true throughout -- because we're
11 in May right now in our conversation.
12         Was that true throughout up to the token
13 sale, that it was mostly you?
14     A   I can't recall.
15     Q   Do you remember other people at Kik taking
16 the lead on being the face of the...
17     A   I don't remember anybody specifically doing
18 it.  But it might have happened.  I don't recall.
19     Q   Do you remember was there any particular
20 focus on particular types of news outlets to raise
21 awareness of Kin?
22     A   I can't recall the specific news outlets.
23     Q   Okay.  We see a post -- again, this is
24 around the time the white paper was published, we see a
25 post on Medium about the Kin announcement.

Page 343

1          Does that ring a bell for you?
2      A   It rings a bell.
3      Q   Okay.  What is Medium?
4      A   Medium is a publishing platform, a blog
5  publishing platform.
6      Q   Does Kik use -- did Kik use Medium to talk
7  about Kin and the Kin token sale?
8      A   Yes.
9      Q   Why?
10     A   I think when we wanted to explain our
11 vision to people, one way we would do that is I would
12 explain it on stage at Token Summit.  Obviously not
13 everybody was at Token Summit.  So we wanted to explain
14 it to as many people in as many different ways as
15 possible for them to see the vision we saw, to be
16 excited about it, and to want to be a part of it.
17     Q   I should've asked before.  Token Summit was
18 in 2017, it was in New York; is that right?
19     A   Correct.
20     Q   Let me show you a document.  I'm marking
21 this as Exhibit 200.
22         (SEC Exhibit No. 200 was marked for
23 identification.)
24         BY MR. LEASURE:
25     Q   Exhibit 200 is a multi-page printout of a

Page 344

1  document titled "Announcing Kin, a Cryptocurrency for
2  an Open Future." It has no Bates stamp. I'll
3  represent to you that I, myself, printed this off of a
4  website called Medium.com. I printed it off on
5  October 25th, 2018.
6       Do you recognize this document?
7  A  I do.
8  Q  What is this?
9  A  I believe this is me announcing Kin and
10 explaining Kin on Medium.
11      Q  Got it. Okay. It looks -- if you look on
12 the bottom left, there is a long URL.
13 A  Yep.
14      Q  Medium.com/kinblog/ --
15 A  Yeah.
16      Q  Did Kik set up a blog on Medium to post
17 items about Kin?
18 A  I'm not sure if we set one up specifically
19 or if we already had one. But it looks like this was
20 -- because I think we had a Kik blog as well. So it's
21 like a new Kin blog from the URL. But I can't say for
22 sure.
23      Q  Kik already maintained its own blog about
24 the messaging app and Kik, the company, on Medium?
25 A  I believe so, yes.

Page 345

1  Q  Did you write this?
2  A  I believe I would have taken the lead on
3  writing this and then gotten editorial help from
4  others.
5  Q  You're listed here -- sorry. If you see on
6  the top left, there is a photo of you. And you're
7  described as founder and CEO of Kik and Kin.
8       What does it mean to be the CEO of Kin?
9  A  I don't think there is a CEO of Kin. I
10 remember actually a discussion around what we should
11 put here for my title because I am the founder and CEO
12 of Kik. I am a founder of Kin. But there is no CEO of
13 Kin. So maybe this should say -- and I remember
14 discussing it, like, founder and CEO of Kik, comma,
15 founder of Kin.
16      But we just left it as founder and CEO of
17 Kik and Kin. So I wouldn't consider myself to be the
18 CEO of Kin.
19      Q  This was something you considered and
20 discussed with others at the time, how to describe your
21 relationship to Kin?
22 A  Yes.
23      Q  And just to make sure I'm clear, I take it
24 you would be comfortable saying you were the founder
25 and CEO of Kik, you're the founder of Kin, but Kin

Page 346

1  doesn't have a CEO at all?
2  A  Correct.
3  Q  Okay. The --
4  A  Maybe let me -- because it's a complex
5  thing. Maybe just to double-click on that. Like --
6  and we're trying to figure this out along with the rest
7  of the industry exactly how are these crypto projects
8  organized, like, what do you call the different roles
9  in the ecosystem.
10      So like, for example, internally today, we
11 talk about we have sort of the Kik side of Kik
12 Interactive, Inc., and we have the Kin side of Kik
13 Interactive, Inc. So internally, we would say I am the
14 CEO of both of those.
15      We've also started referring to the Kin
16 side internally as, like, a placeholder name, Acme,
17 Inc. Because it's sort of, like, ConsenSys, for
18 example, is an organization contributing to the
19 development of Ethereum. But they are not Ethereum
20 itself. So Acme, Inc., is contributing to the
21 development of Kin, but it is not Kin itself.
22      Q  Got it. So to make sure I understand that
23 and sort of how Kik thinks of itself as an organization
24 today, it's still Kik Interactive, right?
25 A  Uh-huh.

Page 347

1  Q  In part, it has employees who work on Kik,
2  the company, Kik, the messaging app, and those people
3  consider themselves as working for Kik?
4  A  Correct.
5  Q  But there is also people within Kik, the
6  company, that work on the Kin project, if I can call it
7  that, right?
8  A  Yep.
9  Q  And internally, you might describe those
10 people as Kin people, or the Kin team, how --
11 A  I would say, like, today, it depends who
12 you would ask. You know, there is different leadership
13 teams for both the Kik side of the business and the Kin
14 side of the business. For example, if you were to ask
15 the leadership team today, we are calling ourselves,
16 like, a placeholder, Acme, Inc. We've been referred to
17 in the past as the Kin business unit. We've had
18 different names at different time.
19      Q  At least inside Kik?
20 A  Inside Kik.
21      Q  Ignoring corporate formalities, you're
22 comfortable being the CEO of Kin and Kik?
23 A  I'm the CEO of the Kik business and the Kin
24 business unit inside Kik Interactive, Inc.
25      Q  That's fine. And then beneath you, I think

Page 348

1   you said there is leadership teams on the Kin project.
2   What's that leadership team, who is that?
3       A   Today?
4       Q   Yeah.
5       A   So the leadership team on the Kin side, the
6   people working on Kin is -- we have -- do you want
7   titles, names, or both?
8       Q   Names.  If you can do titles, that would be
9   helpful.
10      A   Maybe I'll just do areas.  We have a head
11  of product, which is Alex.  We have a head of
12  engineering, which is Netanel.  We have a -- his title
13  is president, which is Dany.  We have a -- what I
14  believe her title is chief compliance officer, which is
15  Eileen.  We have a guy named Tanner, who is what we
16  call my technical advisor.  He helps me across both Kik
17  and Kin.  We have Orna, who is HR.
18          I'm probably missing somebody.  But I think
19  that's -- and we have Matt, who is the chief marketing
20  officer.
21      Q   What does Matt do particularly?
22      A   Matt is helping market evangelize the Kin
23  ecosystem.
24      Q   Kik, the company, has three offices; do I
25  have that right?

Page 349

1       A   Kik Interactive, Inc.?
2       Q   Correct.
3       A   That's a good question.  I'm not sure.  Kik
4   Interactive, Inc., at this point, like, I'm the CEO.  I
5   don't believe -- we do not have a CFO.
6       Q   Let me interrupt you.  I think we
7   miscommunicated.  You guys are located currently in
8   Waterloo, New York, and Tel Aviv?
9       A   Correct.  We also have people in LA and San
10  Francisco.  But yes.
11      Q   The people on the Kin project, are they
12  located in all three offices, are they concentrated in
13  a particular place?
14      A   The majority are in Tel Aviv, Israel.  The
15  next largest concentration would be New York.  And then
16  from there, they're sort of spread out.
17      Q   Are the marketing efforts focused in a
18  particular place for the Kin project?
19      A   The people who work on marketing with Kin
20  are for the most part in New York.  But Matt is in San
21  Francisco.
22      Q   I think we got way away from this document.
23  Let me return us to it.  Just real quick.  If you look
24  at the first paragraph, the second sentence begins,
25  "The biggest companies use their scale to amass

Page 350

1   advertising dollars and give everything else away for
2   free making it nearly impossible for smaller
3   competitors to find sustainable business models."
4           It goes on to describe "copy and crush."
5           Do you see that?
6       A   I do.
7       Q   That's referring to Facebook?
8       A   It refers to other large companies as well.
9   But in our case, in Kik's history, it would be Facebook
10  -- would be the -- the company most doing it to us.
11      Q   That's what I was asking about.  We talked
12  yesterday about Kik's challenges in copy and crush and
13  the like.  Was it mostly Facebook doing that to you
14  guys or was there another...
15      A   In terms of specifically doing it to Kik,
16  yes, it was mostly Facebook.
17      Q   There were other companies out there that
18  may have had -- been dealing with other monopolies or
19  difficult competition?
20      A   Yeah.
21      Q   Okay.  Second page.  I just want to point
22  you to one or two more lines and we'll be done with
23  this.  You provided a link to the white paper.
24          Do you see that on the top?
25      A   I do.

Page 351

1       Q   The paragraph after that reads, "Once we
2   have established the new crypto currency, we will
3   create demand for it by encouraging people to earn and
4   spend Kin within Kik, which is used by millions of
5   people every day."
6           Was that accurate?
7       A   I think that is accurate, yes.
8       Q   Okay.  Actually, I think we covered the
9   other stuff in this document.  I'll take it back from
10  you.  Thank you.
11      A   I was just enjoying rereading this.
12          MR. MITCHELL:  Can I just ask you just a
13  basic question.  The Medium post linked to the white
14  paper.
15          THE WITNESS:  Yeah.
16          MR. MITCHELL:  Is the Medium post -- is
17  this like a summary of what you thought were the most
18  important things?  I'm trying to understand why -- why
19  a Medium post?
20          THE WITNESS:  I think that was just the
21  best place for me to share with the world my vision and
22  the best medium to do that.
23          MR. MITCHELL:  I guess I'm just trying to
24  understand is this -- is this post a summary of the
25  white paper, or it's the...

10 (Pages 348 to 351)

1    THE WITNESS:  No.  I don't think this --
2    this is not meant to be a summary of the white paper.
3    This is meant to be my vision for the problem I saw
4    with the world and how a cryptocurrency could solve
5    those problems.
6        BY MR. LEASURE:
7        Q    Actually, keep that in front of you because
8    I might refer to it in a few minutes.
9        A    Sure.
10       Q    So you helped prepare some documents like
11   this Medium post that face the public and talked about
12   the Kin project, correct?
13       A    Uh-huh.
14       Q    So when you were preparing those documents,
15   did you make an effort not to have those documents
16   include the word "investors"?
17       A    I seem to recall we did not want to include
18   the word "investors," yes.
19       Q    Why not?
20       A    I think it's sort of misleading.  I think,
21   you know, whenever there is something new, everybody
22   tries to compare it to something from the past.  You
23   know, like, it's a classic move in Silicone Valley.
24   You know, this is, what is Airbnb?  It's Uber for
25   houses or something like that.

1        So I think, you know, they're trying to
2    compare it to something in the past where, you know,
3    when people buy something, people could use the word
4    "investors."  But I think here, "investor" is the wrong
5    word.  You know, I think you're buying a currency
6    because the supply of that currency is fixed, if demand
7    increases, the currency will get more value, become
8    more valuable.  That will give me more buying power.
9    That would also give somebody else more buying power.
10       So you could either buy something yourself
11   or sell it to somebody who wants to buy something.  So
12   it is built into the fundamentals of cryptocurrencies
13   that a cryptocurrency today could be more valuable
14   tomorrow.  But it's not an investment.  It's you're
15   buying an asset.
16       MR. MITCHELL:  What do you mean buying an
17   asset?
18       THE WITNESS:  You're buying a currency.
19       MR. MITCHELL:  So the difference between
20   investing -- what's the difference between investing
21   and buying an asset?
22       THE WITNESS:  So I can give you my view on
23   this.  But let me -- because part of it is, you know,
24   understanding the historical law.  So should I give my
25   view on this?

1        MR. GIBBS:  So you can give your view if
2    you can do so without getting into communications with
3    or advice from counsel.
4        THE WITNESS:  I did get advice from counsel
5    about the difference between an investment and a
6    security and the difference between a currency.  And so
7    that -- I have my own views.  But certainly, those
8    views would also be colored by that advice.
9        MR. GIBBS:  So my instruction to him will
10   be to not testify to anything that reflects the content
11   of any communications with counsel.  If you can offer
12   your view disentangled from any of those
13   communications, fine.  If not, I would instruct you not
14   to answer.
15       THE WITNESS:  My view is that when you're
16   investing in something -- and why the word "investor"
17   is wrong -- you're investing in something which will
18   generate revenue so that you can get a cut of that
19   revenue back.  Whereas in Kin, in cryptocurrencies --
20   and this was a hard thing for our investors to
21   understand, for employees to understand, and I think
22   for the world to understand -- is there is no revenue.
23   There is no revenue.
24       Like, there is an asset.  That asset -- the
25   price of that asset is a function of supply and demand.

1    If you own a piece of that asset, and demand goes up,
2    and the price of that asset will go up.  That's just
3    the way it works.  But there is no revenue anywhere in
4    that equation.  So how could it be an investment?
5        MR. MITCHELL:  That's the description
6    between -- that's, in your mind, the difference between
7    an investment and buying an asset?
8        THE WITNESS:  That was my -- that's my
9    intuitive view for myself of how I -- like, why I
10   didn't use the word "investor."
11       MR. MITCHELL:  I'm sorry.  Why you didn't
12   want to use that word in the public-facing documents?
13       THE WITNESS:  Right.
14       MR. MITCHELL:  And earlier in your answer,
15   though, you said "our investors."
16       And who were you talking about then?
17       THE WITNESS:  The shareholders of Kik.  The
18   venture capitalists.
19       MR. MITCHELL:  Like USV?
20       THE WITNESS:  Like USV, like Tencent, like
21   everybody.  That group.
22       MR. MITCHELL:  What did they -- did they --
23   they invested in Kik?
24       THE WITNESS:  They invested in Kik, yes.
25       MR. MITCHELL:  What did they get?

Page 356

1      THE WITNESS: They got equity.
2      MR. MITCHELL: And the share of all of
3  Kik's revenues?
4      THE WITNESS: They got a share of the value
5  created by Kik, which historically would be based on a
6  multiples of revenue for earnings and earnings being
7  revenues minus cost.
8      MR. MITCHELL: So I apologize because I
9  don't know this in detail. What are Kik's earnings?
10     THE WITNESS: Zero. Or sorry. I should
11  say when we sold the tokens, we calculated that as
12  revenue. So we had $98 million of revenue that year.
13  But outside that, our revenue was negligible.
14     MR. MITCHELL: So did you understand that
15  Tencent invested in Kik in order to obtain some type of
16  revenue stream, like a piece of Kik's revenue?
17     THE WITNESS: I think if we had said to
18  Tencent -- let me do it another way -- that Kik is
19  never going to make any revenue, that they wouldn't
20  have invested.
21     MR. MITCHELL: Did you discuss with them
22  paying dividends?
23     THE WITNESS: Not at the time, no.
24     MR. MITCHELL: Have you ever discussed with
25  Tencent paying dividends?

Page 357

1      THE WITNESS: I haven't discussed it with
2  Tencent. But I have discussed it with other investors.
3      MR. MITCHELL: When?
4      THE WITNESS: I can't recall exactly.
5      MR. MITCHELL: Before or after the Kik/Kin
6  token idea came up?
7      THE WITNESS: To me, probably before. I
8  can't recall specifically.
9      MR. MITCHELL: And is it your understanding
10  that -- let's say take USV. Did USV buy Kik's stock in
11  order to get dividends?
12     THE WITNESS: If -- probably not.
13     MR. MITCHELL: Why not?
14     THE WITNESS: Because there wasn't a viable
15  model at the time. Nobody else was doing that.
16     MR. MITCHELL: So what do you think -- what
17  do you think USV invested in?
18     THE WITNESS: Our ability to generate
19  revenue through advertising or selling, selling things
20  to our users directly. Those would be the only two
21  options.
22     MR. MITCHELL: Did you understand that USV
23  was buying Kik stock because it thought the stock could
24  appreciate in the future and it could sell the stock at
25  a higher price?

Page 358

1      THE WITNESS: I think they bought it
2  thinking that Kik could, through traditional business
3  models -- either through advertising or selling items
4  like every other company in history could do so
5  profitably -- and if so, the equity would be worth more
6  money and that they could sell it at a higher price in
7  the future.
8      MR. MITCHELL: Is that the same for -- I
9  apologize. What's the name of the San Francisco --
10  Foundation. Is that the same for the investment by
11  Foundation Capital?
12     THE WITNESS: I think that's probably true
13  for all venture capitalists.
14     BY MR. LEASURE:
15     Q   We've been talking about your understanding
16  of whether Kin is an investment or not, and whether Kin
17  purchasers are investors or not, right?
18     A   I think what I was trying to describe is
19  why I didn't like the word "investors." There is many
20  reasons I don't think it's an investment. But I was
21  just trying to describe why I don't like "investor."
22     Q   Fair enough. I'm just trying to reorient
23  the conversation. We were talking about your
24  understanding. And separately, you had obtained an
25  understanding through communications with counsel on

Page 359

1  these topics; is that right?
2      A   Correct.
3      Q   We don't want to hear about the contents of
4  those communications. If you're about to tell me,
5  stop. And look at Patrick, and not me.
6      We're looking at the white paper, May of
7  2017, going -- announcing Kin. Did those conversations
8  with counsel happen before this time?
9      A   Before May of 2017?
10     Q   Yeah. Can you roughly place it in time?
11     A   I can't recall when those conversations
12  began.
13     Q   Did they happen before September of 2017,
14  the public token sale?
15     A   I can't remember. Before September 2017,
16  yes, I'm sure they would have --
17     Q   I'm just trying to orient --
18     A   I can't recall specifically, but I'm sure
19  they would have.
20     Q   So you don't know if they happened before
21  or after the public announcement?
22     A   I can't recall.
23     Q   But you're sure they happened before the
24  public token sale?
25     A   Correct.

Page 360

1    Q   And which counsel -- again, I don't want
2   you to give me the content of communications.  But I
3   can ask when and who.
4        Which counsel did you have in mind?
5    A   I would think it would be Cooley.
6    Q   Okay.  Any lawyers in particular?
7    A   The lawyer who had been with us almost
8   since the beginning.  A woman by the name of Nancy
9   Wojtas.
10    Q   W-o-j-t-a-s?
11    A   Yes.  I think.  So my expectation would be
12   that I would -- she would be my point person.
13    Q   She had been corporate counsel for Kik for
14   a while by that point?
15    A   Right.  I believe since somewhere in 2009,
16   2010, somewhere in there.
17    Q   Right.  Not retained just in connection
18   with Kin?
19    A   Right.
20    Q   Anyone else?  Again, I'm just asking the
21   "who" in terms of the lawyers you recall communications
22   with on this topic.
23    A   I recall that being my point person.  I
24   can't remember anybody else specifically.
25    Q   Fair enough.  Keep that in front of you.

Page 361

1   Let me show you a document quickly.
2        Marking this as Exhibit 201.
3        (SEC Exhibit No. 201 was marked for
4   identification.)
5        BY MR. LEASURE:
6    Q   Exhibit 201 is a multi-page printout of an
7   e-mail chain ending May 22nd, 2007, from Ted Livingston
8   to Hamish, H-a-m-i-s-h, McKenzie, with the subject "New
9   Version of Medium Piece."  It begins with the Bates
10   stamp KIK 26895.
11        Mr. Livingston, what is this document?
12    A   What it looks like is Hamish and I
13   discussing the draft of the Medium post.
14    Q   Hamish helped you -- is it your
15   recollection Hamish helped you draft this Medium post?
16    A   It's my recollection that he helped me edit
17   it, yes.
18    Q   The Medium post is Exhibit -- do you
19   believe that's -- what ultimately was Exhibit 200?
20    A   Yes.
21    Q   So it's sometimes hard to tell, but if you
22   look in your e-mail, at the top of page 1, you write,
23   "See attached.  We're really starting to flow.  We are
24   getting close.  See comments attached."
25    A   Yep.

Page 362

1    Q   Do you see that?
2    A   I do.
3    Q   Does it appear to you -- you can see some
4   edits on the third page of this, comments -- comment
5   bubbles on the right.  Do you see that?
6    A   I do.
7    Q   Do you believe that's you commenting on a
8   draft from Hamish?
9    A   I do.
10    Q   Okay.  And I know it's a little -- it can
11   always be a little confusing with who is editing what.
12   I appreciate that.  Pointing to comment T4 -- correct
13   me if I wrong -- it looks like the original draft said,
14   "Once we've established the new cryptocurrency (some of
15   which will be sold to investors via auction)."
16        And the comment here reads, "They aren't
17   investors but 'participants.'  I think better to just
18   leave out?"
19        Did I summarize that edit accurately?
20    A   Yep.
21    Q   Is that you saying -- in so many words, is
22   that you saying they're not investors but participants?
23    A   I think that me saying the word
24   "investors" is incorrect because of all of the things
25   we just discussed.  But the word -- we don't know what

Page 363

1   the right word is because this is a fundamentally new
2   thing.  But the word we're leaning towards right now is
3   the word "participants."
4    Q   You said "we" and "leaning towards."  Was
5   that a topic of discussion within Kik what word to use?
6    A   I think it was a topic in the industry at
7   the time, and also a topic internally.  I think
8   everybody was trying to figure out what this thing was
9   and how to describe it.
10    Q   Again, I'm admonishing you I don't want to
11   hear about conversations with Nancy or other lawyers.
12        What can you remember about the internal
13   discussions within Kik about how to describe people who
14   bought Kin, whether investors, participants, some other
15   word?
16    A   I don't recall any specific conversations
17   about it.
18    Q   Do you remember who you might have been
19   discussing it with, if anyone?
20    A   I don't recall.
21    Q   Okay.  What did you ultimately go with,
22   what word?
23    A   I can't recall.  But it looks like this
24   edit, we just took this out.
25    Q   Fair enough.  And leaving aside this

1 particular document, this particular Medium post, how
2 do you prefer Kik to describe people who bought Kin?
3    A  I think the most accurate term today -- if
4 I were asked to be true today -- this is off the top of
5 my head and maybe there are better words -- but it's
6 probably the word "purchasers."
7    Q  Just the fact that they bought Kin either
8 in September 2017 or some other time, they purchased
9 Kin?
10    A  Correct.
11    Q  Why not participants?
12    A  I think it's just like a stylistic thing.
13 Like, participant -- participants in what sum?  Like,
14 you know, is it some relay race?  It's more of a
15 marketing thing I think.  I just think it's an unclear
16 word.
17    Q  In terms of substance -- is it possible
18 that someone in September of 2017 bought Kin and has
19 done nothing to participate in the Kin ecosystem to
20 date?
21    A  It's possible.
22    Q  Is that a concern you have with the word
23 "participants," or is it just a stylistic thing?
24    A  I hadn't thought of that.  So no, that
25 wasn't a concern.

1    (Simultaneous speakers.)
2    A  I just think it's an unclear word.
3    Q  Fair enough.  I'll take that back from you.
4 I'll take them both back actually.  Thank you.
5    We also see an actual -- again, we're in
6 May, public announcement -- we see an actual press
7 release by Kik.  Does that ring a bell for you?
8    A  Typically, whenever we would do
9 announcements, we would also file a press release.  So,
10 like, seems likely.
11    Q  What does that mean to file a press
12 release?  What happens?
13    A  I'm not exactly sure what happens.  My best
14 guess from my knowledge of it is if you're doing
15 something and making an announcement, you know, you
16 talk to a bunch of different people, you stand on a
17 stage at a Token Summit.  You also can write a press
18 release and post it to the newswire just in case
19 anybody happens to come across it and wants to write a
20 story.
21    Usually they don't result in stories so I'm
22 not sure the effectiveness of press releases.  But it
23 seems to be a common practice in the industry.
24    Q  Typically, do you review press releases
25 before they're sent out?

1    A  Typically, no.
2    Q  Who does?
3    A  That'd be our communications guy.
4    Q  Who at the time -- we're in May of 2017.
5    Who was that?
6    A  I would believe it to be Rod.
7    Q  Is he still your communications guy?
8    A  He is not.
9    Q  When did he leave Kik?
10    A  Recently.
11    Q  Why did he leave Kik?
12    A  He was let go.
13    Q  Why?
14    A  The only reason that I'm hesitating is
15 because it feels, like, a little crappy to talk about
16 somebody else being let go.
17    Q  Sure.  I don't want to get into stuff.
18    Was his being let go in any way in
19 connection with this investigation?
20    A  No.
21    Q  Was it in connection with problems about
22 communicating about Kin?
23    A  No.
24    Q  Okay.  Was it personal matters?
25    A  I think it was -- I think the gist of it --

1 and you let me know if you want more details -- was we
2 hired a new head of marketing, Matt, our chief
3 marketing officer.  He inherits a team when he comes
4 in.  There is many people in place.  He has to put the
5 team in place that he feels is best.  And he did not
6 feel that Rod was the right choice for his team.
7    Q  That's fine.  That's good.  As I said
8 yesterday, we see documents and don't really -- you
9 know, we don't have opportunities to talk to people
10 about what actually happened and what it felt like.  So
11 I'm going to seize that opportunity.
12    Impressionistically, from our end, it seems
13 like a lot of people at Kik, including more senior
14 people, left the company shortly before or maybe after
15 the Kin token sale?
16    A  Yep.
17    Q  That's our impression.
18    A  You have the right impression.
19    Q  Why did that happen?
20    A  Why did that happen?  That is a good
21 question.
22    Q  And I'm very happy not to talk about the
23 individuals in personal situations if that makes you
24 uncomfortable.  Just generally, I just wanted to see
25 what was happening within Kik.

1     A   Why that happened is because as we started
2  to struggle with Kik in 2014, the impression -- you
3  know, the simplest explanation is the people running
4  the company don't know what they're doing.  We need to
5  bring in new people.  So that's what we did.
6     Q   In 2014?
7     A   Starting in 2014, 2015, 2016, 2017 -- 2016,
8  2017, we brought in a lot of new people, new leaders,
9  who had the experience who could help us turn this
10  around because, obviously, the previous leadership team
11  didn't know what they were doing because if they did,
12  we wouldn't be in this situation.  So I made the hard
13  decision to effectually swap out a bunch of my first
14  leadership for this new leadership team, one person at
15  a time.  That new leadership team came in.
16          Many of them tried to help to the best of
17  their ability.  But for whatever reason, things only
18  got worse.  As things got worse, people started to
19  blame each other and blame me for things getting worse.
20  And the team itself became incredibly dysfunctional.
21          But as you're, you know, declining and
22  failing, it's pretty much impossible to hire new
23  people.  You know, it would be very hard for me to say
24  to somebody, hey, you should go work here, it's great
25  to work here.  Because that would not be the truth.

1  The truth was it was horrible to work here.
2          That would be the truth.  So as it became
3  clear that we weren't going to die, and we actually had
4  a winnable strategy once again --
5     Q   The Kin project?
6     A   The Kin cryptocurrency business model and
7  strategy around that business model.  It -- I needed to
8  clean up the team.  And that's what I did.
9     Q   And so it was you trying -- the people --
10  the phenomenon of people leaving the company, that was
11  you -- during and after the Kin transformation or
12  business model -- you cleaning out earlier -- the
13  earlier team?
14     A   So I think if you look at -- I have two
15  leadership teams today.  We talked a little bit about
16  that earlier, right?  The Kik business side and the Kin
17  business unit.  If you look at the people that report
18  to me today across each of those two teams, I believe
19  when we announced Kin, the people that reported to me
20  then versus the people that report to me today, other
21  than my EA, who still reported to me then, still
22  reports to me today -- but in terms of, like, the
23  leadership team members, only one person who reported
24  to me then still reports to me today.
25     Q   Who is that?

1     A   I believe that's Dany Fishel.
2     Q   And have you replaced -- at least on the
3  Kin side, have you replaced the earlier team with
4  people who might have more familiarity -- or at least
5  willing to learn about crypto and being a part of a
6  crypto project?
7     A   In some cases, yes.  In some cases, they
8  were internal promotions.  Each -- it's a sort of
9  case-by-case basis.
10     Q   That's fair.  Let's go back to May.
11          At the time of the May announcement that
12  we've been looking at for a while now, what was the
13  plan for distributing and selling Kin tokens?
14     A   In May?
15     Q   Yeah.  When you made the public
16  announcement, what was the plan?
17     A   I think the plan, loosely, would be the
18  plan of any new cryptocurrency, which is we're going to
19  create a new cryptocurrency.  There is only going to be
20  so much of it.  We're going to sell some to people who
21  want to be a part of this.  And we're also going to
22  integrate it into Kik.
23     Q   And eventually -- just talking about the
24  sale itself, leaving out those other -- the creation
25  and integration -- at the time, was there a plan for a

1  two-step selling process?
2     A   I don't believe so, no.
3     Q   When did that emerge?
4     A   I can't recall exactly when that emerged.
5  But my best guess would be somewhere, obviously, after
6  the announcement.  But, obviously, before the sale.
7     Q   And just to clarify terms.  In the event,
8  in terms of what actually happened, was there a process
9  where rights to Kin tokens were first sold to wealthier
10  private investors through SAFTs?
11     A   Sorry.  What's the question?  Sorry.  Can
12  you say it again?  I just blanked.
13     Q   That's fine.  I want to understand what
14  actually happened.  And then ask you when the plan for
15  that emerged.
16     A   Okay.
17     Q   So in terms of what actually happened, were
18  rights to Kin first sold to wealthy investors via SAFT,
19  S-A-F-T, agreements?
20     A   We created a SAFT agreement and did do a
21  presale to accredited investors.  I believe so, yes,
22  would be a good way to describe that.
23     Q   So can we call that the presale?
24     A   Yeah, let's call that the presale.
25     Q   That happened, I guess, because the prefix

Page 372

1    "pre," that happened before the public sale?
2        A   That happened before the sale, yes.
3        Q   Okay.  The sale.  Okay.  When did the plan
4    for that structure -- first the presale, then the
5    sale -- emerge?
6        A   I can't recall exactly.  But it seemed to
7    be a thing in the industry at that time.  So I assumed
8    that's where it started, but I'm not sure.  I can't
9    recall.
10       Q   Why was it done that way with that two-step
11   process?
12           MR. GIBBS:  Just --
13           THE WITNESS:  Based on advice from counsel.
14           MR. GIBBS:  I think he's answered as far as
15   he's comfortable answering.  He knows I'm going to
16   instruct him not to disclose the contents of advice
17   from counsel, but I --
18           THE WITNESS:  We were advised to do it that
19   way by counsel.
20           MR. GIBBS:  That was right where I didn't
21   want you to go.  But that's fine.
22       BY MR. LEASURE:
23       Q   I don't want to know about advice from
24   counsel or what advice they gave you.
25           Was there -- leaving that aside --

Page 373

1        A   No.  I can't even say that.  I'll stop.
2           (Simultaneous speakers.)
3        BY MR. LEASURE:
4        Q   Was there an independent business reason to
5    sell -- aside from advice from counsel was there a
6    business reason you were aware of to sell first to
7    accredited investors via a SAFT and then to a public
8    sale?
9        A   I'm trying to figure out what was advice
10   from counsel versus what was not.
11       Q   I'm trying to figure out if there was a
12   "what was not" in there that we can talk about.
13       A   That's what I'm trying to figure out as
14   well.
15       Q   Take your time.
16       A   I think -- so maybe -- why did we do -- why
17   did we split this apart is -- like, I don't think I
18   can talk about.  But I think what was compelling about
19   doing a presale is you had people who deeply understood
20   blockchains and sort of the crypto industry.
21           And you had people who just understood
22   blockchain and cryptocurrencies period and so could
23   understand Kin as a business model for Kik and other
24   developers.  And I also think there was an opportunity
25   to get cash into the business quickly in a presale as

Page 374

1    well.
2        Q   And the opportunity to get cash quickly
3    into the business presale, why was that helpful?
4        A   Because we didn't have much cash.  And we
5    were spending cash, and we were running out of cash.
6        Q   So it helped -- we talked about a runway
7    yesterday.  Did this help with the runway?
8        A   Yes.
9        Q   Would that help the Kin project also to get
10   cash in early?
11       A   Would that help the Kin project?
12       Q   I'm trying to see if this was just to get
13   cash into Kik, the company, or if getting cash from
14   presale investors was helpful for building out or
15   developing the Kin project specifically?
16       A   Say that one more time.
17       Q   Absolutely.  You get cash in from presale
18   investors --
19       A   Yep.
20       Q   -- and that helps extend the runway?
21       A   Yep.
22       Q   So what I'm trying -- I'm trying to
23   understand if the cash that was brought in was used
24   just to keep funding Kik, the business, and keep it
25   alive, or was it used in some way to help forward the

Page 375

1    Kin project and advance of the token sale?
2        A   The cash was used to keep Kik running, yes.
3    Because we had to keep Kik running.  It was also used
4    to put together and create the cryptocurrency as well.
5        Q   On that latter piece -- put together and
6    create the cryptocurrency -- how was it deployed?
7           What happened?
8        A   We had to write an ERC-20 smart contract.
9    We had to get that audited.  We had to write the public
10   -- the token sale contract.  We had to integrate it
11   into Kik.  We had to do a bunch of different things
12   related to the Kin sale.
13       Q   Pay for those efforts, both Kik employees
14   working on that or maybe contractors working for Kik?
15       A   Yes.
16       Q   Anything else?
17       A   Probably were other things.  But related to
18   those things two things like Kik or creating Kin.
19       Q   I think Kik -- correct me if I'm wrong --
20   Kik didn't spend all of the money raised in the presale
21   by September of 2017; is that right?
22       A   Correct.
23       Q   And is that money still being used both for
24   Kik, the business, and for Kin, the project?
25       A   Yes.

1    Q.  Okay.
2    A.  I would say Kik the messenger.
3    Q.  Thank you.  That's a better way.  That's
4  what I was trying to ask, in fact.
5       And people who bought SAFTs, they didn't
6  get Kin tokens the day they bought a SAFT; am I getting
7  that right?
8    A.  Correct.
9    Q.  How did the SAFT work?
10   A.  My understanding is SAFT stands for Simple
11 Agreement for Future Tokens.  So they would invest
12 money today with the promise of getting tokens in the
13 future.
14   Q.  What happened if those public sale -- if
15 the tokens were never created?
16   A.  I don't recall exactly.  But I think there
17 would be some sort of refund.  But I don't recall
18 exactly.
19   Q.  We see references in earlier documents
20 before the public -- before the SAFTs were executed and
21 the sale -- about within Kik, the idea of selling
22 tokens to people in different tranches maybe over time.
23      Does any of that ring a bell for you?
24   A.  It does ring a bell.
25   Q.  What can you tell me about that?

1    A.  Selling -- sorry.  Say it again.  Selling?
2    Q.  Selling to different people in different
3  tranches.  Maybe like a phased sale and --
4    A.  I believe, in the presale, one of the
5  things that was common -- like in any time you're
6  selling something, it's -- like, the first person to
7  buy it, you know, is taking that first leap.  So they
8  would get a better price.  So I think that was a common
9  thing in the industry at the time.  I can't recall if
10 we ended up doing that or not.
11      MR. MITCHELL:  Did people who -- did people
12 who purchased tokens using a SAFT get a discount to the
13 price that was paid by the public?
14      THE WITNESS:  They did.
15      MR. MITCHELL:  A 30 percent discount?
16      THE WITNESS:  I believe so.
17      BY MR. LEASURE:
18   Q.  Let me show you a document that might
19 relate to some of this.  This is a document previously
20 -- this is a document with my handwriting on it so I'll
21 give you one without it -- marked Exhibit 18A.  I'm
22 going to give you an accompanying document with it
23 because I think it might relate to it, the same board
24 meeting.  This is a document previously marked as
25 Exhibit 27.

1    A.  Okay.
2    Q.  As always, take your time.  I'm going to
3  point you to specific parts because, obviously, 18A in
4  particular is a larger document.
5       My first question is going to be:  What is
6  Exhibit 18A?
7    A.  Looks like the presentation used at a board
8  meeting on May 23rd.
9    Q.  What's Exhibit 27?
10   A.  Looks like meeting minutes from that
11 meeting.
12   Q.  Do you remember this meeting?
13   A.  I don't recall it specifically.  But it
14 looks familiar.
15   Q.  Do you remember any discussion at that
16 meeting about Kin?
17   A.  It looks like we did discuss Kin, yes.
18   Q.  Do you remember that discussion, though?
19   A.  I do not.
20   Q.  That's okay.  Let me point you to a few
21 places in Exhibit 18A, the board decks, just to orient
22 you.  If I could point you to the one ending Bates
23 stamp 106872.
24   A.  Okay.
25   Q.  "Where we are."

1    A.  Yes.
2    Q.  Do you see that?
3    A.  Yes.
4    Q.  Does this appear to be shortly before the
5  publication of the white paper and the Token Summit?
6    A.  I can't recall exactly when Token Summit
7  was so -- but from the notes, it looks like it was
8  before.
9    Q.  That's fair.  Again, I just want to orient
10 you to my best sense --
11   A.  When was the Token Summit?
12   Q.  May 25th --
13   A.  Okay.  Looks like two days before.
14   Q.  Something like that.  Let me point you to
15 page 26 of the deck, which is 106893.
16   A.  893.  Okay.
17   Q.  Again, we were talking about the plan for a
18 token sale and what the structure might look like.  I
19 want you to take a look at the chart here.  It's
20 entitled "Token Sale Structure (Soft Cap)."
21   A.  Uh-huh.
22   Q.  If you can take a look at that and just say
23 is that rough -- first, do you believe that was the
24 plan at the time for the sale of Kin?
25   A.  I think -- I can't remember exactly the

Page 380

1  conversation. But this looks like a straw man of what
2  could be the structure.
3      Q  So this wasn't finalized at this point?
4      A  I don't believe so, no.
5      Q  Do you remember when it was finalized?
6      A  I do not remember.
7      Q  Does this -- how does this -- I think you
8  said straw man?
9      A  Yes.
10     Q  How did this straw man differ from what
11 actually happened?
12     A  So 10 trillion tokens, that was true.
13 Float offered. I would say, amount initially sold, 10
14 percent. The 10 percent number is true. The tranches,
15 I can't recall what ended up we'd be doing for the
16 SAFT. I can't remember if it was just, like, a flat
17 30 percent discount across all presale investors. I
18 can't recall. And then I don't think there was any
19 discounts in the public sale.
20     Q  Right. Okay. At this time -- correct me
21 if I am wrong --
22     A  I can keep going actually. Soft cap, we
23 didn't end up going with the soft cap. We ended up
24 going with the hard cap.
25     Q  Of 100 million?

Page 381

1      A  125 million.
2      Q  I apologize.
3      A  Sale time, I don't think that's the amount
4  of time we used in the end. But I can't recall
5  exactly.
6      Q  Okay. So at this time, there was some
7  straw man or consideration in place for doing a SAFT
8  versus a public sale structure?
9      A  Yes. That's what it appears to be.
10     Q  But the details were altered after this?
11     A  Yeah. I would say the details were
12 iterated on.
13     Q  And you don't recall --
14     A  And the structure was iterated on with the
15 details also.
16     Q  Okay. Fair enough. But you don't recall
17 when the final details were agreed upon?
18     A  I do not. I'm sure it's in an e-mail
19 somewhere.
20     MR. MITCHELL: The 10 trillion total
21 supply, did that ever -- the plan at this point in time
22 of this document was for -- the Exhibit 18A was for
23 there to be 10 trillion tokens overall; is that right?
24     THE WITNESS: Yes.
25     MR. MITCHELL: And that Kik would sell 10

Page 382

1  percent of them?
2      THE WITNESS: Correct.
3      MR. MITCHELL: Did that change at the time?
4      THE WITNESS: That's what we ended up
5  doing. We might have looked at other options between
6  here and there. But that's what we ended up doing.
7      MR. MITCHELL: Do you remember looking at
8  any other options?
9      THE WITNESS: I remember us looking at lots
10 of different options for different parts of this. I
11 can't recall if we specifically looked at that option.
12     MR. MITCHELL: Was there ever a point where
13 -- the plan to just sell less than 10 percent?
14     THE WITNESS: Not that I recall.
15     BY MR. LEASURE:
16     Q  Can I point you quickly to Exhibit 27. Are
17 these the minutes of the board meeting from May 23rd,
18 2017?
19     A  They appear to be.
20     Q  How are these typically drafted at Kik?
21     A  I believe Nancy Wojtas would write these.
22 They would be circulated. And then they would be
23 approved.
24     Q  By whom?
25     A  By the board members, that they're

Page 383

1  accurate.
2      Q  So you would be a part of that approval?
3      A  Correct.
4      Q  Okay. Just to see if it refreshes any
5  recollection. Under the section "Kin Ecosystem," do
6  you see that?
7      A  Yes.
8      Q  "Mr. Livingston reviewed with the board the
9  road map for the Kin ecosystem. He explained the
10 vision of the Kin ecosystem, which encompasses a
11 decentralized ecosystem."
12         It goes on, "He reviewed the proposed
13 allocation of Kin. 60 percent to the Kin Foundation
14 and 40 percent to Kik with 10 percent to be sold in the
15 presale and public sale of Kin."
16         Do you see where I read that?
17     A  Yes.
18     Q  Does that refresh any recollection of the
19 discussion at this meeting, the discussion of the plan,
20 anything you can shed some light on?
21     A  I'm not sure. Like, could you be more
22 specific? Like, I'm not sure what your question is.
23 Did we talk about 60 percent for the Kin Foundation and
24 40 percent for Kik?
25     Q  Yes.

Page 384

```
 1      A   I think we did.
 2      Q   Okay.  And you presented this plan to the
 3  board?
 4      A   Correct.
 5      Q   Do you recall any discussion around that
 6  with board members once you presented that?
 7      A   Nothing specific.  But I'm sure we
 8  discussed it, why those numbers.
 9      Q   Okay.  Did the board approve the -- if you
10  look on page 2, it says, "Resolved that the board
11  hereby approves the timeline proposed roadmap Kin
12  allocation and white paper."
13          Do you see that?
14      A   On the same page?
15      Q   I'm sorry.  Page 2, 78789.  There is a
16  "Whereas."
17      A   Yes.
18      Q   And then there is a "Resolved."
19      A   Yes.
20      Q   Did the board approve the timeline proposed
21  roadmap Kin allocation and white paper?
22      A   I think when it says, approved the white
23  paper, I'm not sure what that means.  I don't recall
24  ever, like, reading the white paper or asking people to
25  approve it.  I think maybe approved the idea that we
```

Page 385

```
 1  had a white paper.  But I can't recall.  I think what
 2  this is getting at is the board is good to proceed with
 3  the currently proposed timeline roadmap allocation and
 4  white paper.
 5      Q   Got it.  And yesterday, we talked briefly
 6  about whether there was an act or event that finally
 7  authorized the sale of Kin tokens?  If you recall, we
 8  talked about whether there was a big red button that
 9  somebody pushed?
10      A   Yes.
11      Q   Do you recall a board resolution subsequent
12  to this that was the equivalent of that big red
13  button --
14      A   From a governance point of view?
15      Q   Yeah.  Where the board said, proceed to the
16  sale?
17      A   I believe there would be, but I can't
18  recall specifically.
19      Q   You don't know which board meeting that
20  was?
21      A   I don't recall which board meeting it was.
22  And I don't recall, like, what the governance
23  equivalent is of pushing the big red button.
24      Q   Fair enough.
25          Why don't we go off the record.
```

Page 386

```
 1          MR. MITCHELL:  Can I ask just a couple
 2  quick ones on this?
 3          MR. LEASURE:  Of course you can.  Let's not
 4  go off the record.
 5          MR. MITCHELL:  At the time, this time in
 6  late May, part of the plan was to sell Kin tokens to
 7  the public, right?
 8          THE WITNESS:  Yes.
 9          MR. MITCHELL:  And were there any points
10  after May where Kik sort of had a plan of like, okay,
11  we're not going to sell to the public.  We're just
12  going to sell to the accredited investors?
13          THE WITNESS:  I can't recall any specific
14  discussions.  But I do recall selling this to the
15  public was very important to me personally and to my
16  view of the success of the project.
17          MR. MITCHELL:  Why?
18          THE WITNESS:  Because we had a -- the
19  vision for Kin is, was, and has always been very
20  ambitious.  You know, it's basically putting together a
21  fundamentally new economic structure, a fundamentally
22  new business model, and a fundamentally new way of
23  working together to take on what have become digital
24  monopolies.  And that is a very ambitious task.
25          So I knew and believed that what would
```

Page 387

```
 1  maximize the odds of success would be to have as many
 2  people in as many countries as possible feel like they
 3  were part of that from the very beginning.
 4          MR. MITCHELL:  By buying tokens?
 5          THE WITNESS:  Correct.
 6          MR. MITCHELL:  Was there any point between,
 7  say, this point in the end of May and September where
 8  Kik had a plan of not selling to the public?
 9          THE WITNESS:  I don't recall any specific
10  discussions.  It might have been discussed, though.  I
11  can't recall.
12          MR. MITCHELL:  Was there any point between
13  May and September when -- sorry.
14          During this time, were there discussions
15  about how much to sell to the public versus how much to
16  sell to the accredited investors?
17          THE WITNESS:  There were discussions, yes.
18          MR. MITCHELL:  Sort of tell me about those.
19          What were the options that people weighed?
20          THE WITNESS:  I don't recall all of the
21  steps.  But where we landed with 50 million presale and
22  then 75 million sold -- tokens sold in the public sale
23  for a combined 125 million.  With the 30 percent
24  discount, it would make the 50 million and the 75
25  million.  Meaning, they would get equal parts of that
```

Page 388

```
 1    10 percent, 5 percent each.
 2         And that felt symbolically like a very cool
 3    statement, that both the private accredited side and
 4    the public side would be participating from day one
 5    equally.
 6         MR. MITCHELL: So the plan was to have the
 7    public get about half?
 8         THE WITNESS: Yes.
 9         MR. LEASURE: Off the record.
10         THE VIDEOGRAPHER: This ends Disc Number 1.
11    Going off the record.
12         The time on the monitor is 11:02 a.m.
13         (A brief recess was taken.)
14         THE VIDEOGRAPHER: This begins Disc Number
15    2. We are back on the record. The time is 11:17 a.m.
16         BY MR. LEASURE:
17    Q   Back on the record after a brief break
18    during which, Mr. Livingston, did you have any
19    substantive conversations about this investigation with
20    SEC staff?
21    A   I did not.
22    Q   So we've talked about May, a Medium post,
23    the white paper. Rolling the camera forward, how did
24    -- how, if at all, did Kik market the Kin token sale?
25    A   When you say how did we market the token
```

Page 389

```
 1    sale, what do you mean by "market"?
 2    Q   Did Kin market -- did Kin market the token
 3    sale?
 4    A   Did we -- did we explain Kin in many
 5    different forums, yes. Did we explain that we were
 6    doing a token sale, yes.
 7    Q   Why did Kin -- Kik do that?
 8    A   Because we wanted as many people to be a
 9    part of it as possible.
10    Q   So you wanted to -- you and others at Kik
11    wanted to go to public fora and explain the Kin
12    project, right?
13    A   Yeah. The vision for Kin, yeah.
14    Q   And you wanted to encourage as many people
15    as possible to then participate in the project, right?
16    A   To be part of it from day one, yes.
17    Q   And to be part of it by day one, they would
18    buy Kin tokens, right?
19    A   Yeah.
20    Q   Okay. I'm not going to quibble about the
21    word "marketing," but spread awareness, whatever term
22    you want to use, Kik did that?
23    A   Yep.
24    Q   Okay. And did you participate in that
25    effort?
```

Page 390

```
 1    A   I did.
 2    Q   You went to various public fora, meetings
 3    and the like, and talked about Kin?
 4    A   Yeah.
 5    Q   Did you meet with people who were
 6    interested or thinking about buying Kin?
 7    A   Like on -- yes, I did. Like, on the
 8    presale side, I definitely met with people. I am just
 9    thinking of, like, the different categories of people I
10    met with. I also did lots of public talks. Did some
11    of those people end up buying Kin, probably. Although,
12    I'm not sure. So I'd say yes.
13         MR. MITCHELL: Why do public talks?
14         THE WITNESS: To explain the vision of Kin.
15         BY MR. LEASURE:
16    Q   Sure.
17         MR. MITCHELL: One more practical question.
18         In terms of actually people you met
19    individually or, you know, who is representing some
20    entity, what ones do you remember meeting?
21         THE WITNESS: I remember meeting with
22    Polychain -- I remember Polychain, Pantera. I did call
23    to some others. I can't remember their specific names.
24    Those are the ones that I recall specifically.
25         MR. MITCHELL: Where did you meet with
```

Page 391

```
 1    Polychain?
 2         THE WITNESS: I can't recall.
 3         MR. MITCHELL: In New York City?
 4         THE WITNESS: I can't recall.
 5         MR. MITCHELL: Did you meet with them
 6    before or after the announcement at Token Summit?
 7         THE WITNESS: I cannot recall.
 8         MR. MITCHELL: Did you go to San Francisco
 9    to meet with anybody?
10         THE WITNESS: I can't recall specifically.
11    Actually, I know, at a minimum, I went to Fortress
12    Capital and met with them. So I recall that. Outside
13    of that, I cannot recall specifically who else I met.
14         BY MR. LEASURE:
15    Q   Was there a road show held in connection
16    with Kin marketing events or talking about Kin?
17    A   Did we go around the world to explain the
18    Kin vision, I think yes.
19    Q   Was that called a road show?
20    A   I think that's typically the term for going
21    on the road, yes.
22    Q   Why did you -- who did that?
23    A   Who did which?
24    Q   The road show.
25    A   Who put it together? Who was part of it?
```

Page 392

1     Q   Good question.  First, who put together?
2     A   I can't recall.  Like, it was a group
3   effort.
4     Q   Did you go?
5     A   I did go to many events, yes.
6     Q   Who else went with you?
7     A   I'm sure Rod, our head of communications at
8   the time, would have gone to many of them.  And then
9   different people for other ones.  Like, for example, I
10   know I went to TechCrunch Disrupt in China.  I can't
11   recall when they did that.  But I believe it was only
12   Rod and I at that one, for example.
13     Q   How about where else did you go on the road
14   show?
15     A   I think I did something in Europe in
16   London, I seem to recall.  I think I spoke in San
17   Francisco.  I can't recall where else.
18     Q   And who went with you to London and San
19   Francisco, if anyone?
20     A   I would say Rod.  But I can't recall who
21   else.
22     Q   Did anyone who didn't work for Kik
23   participate in the road show?
24     A   I cannot recall.  I cannot recall.  I don't
25   -- nobody comes to mind.  But it's possible.

Page 393

1     Q   In addition to the road show, globally,
2   sort of the -- the marketing or spread-the-word efforts
3   prior to the public sale, did anyone who didn't work
4   for Kik help out with that?
5     A   I'm not sure if CoinFund would have helped
6   with that in terms of identifying where we should
7   speak, where crypto -- people interested in
8   cryptocurrencies would be or what events they might be
9   at.  But I can't recall specifically.
10     Q   How about anyone not sort of being paid by
11   Kik, was there some...
12     A   I can't recall anybody specifically.
13     Q   Okay.  Let me show you a document.  I'm
14   going to mark this as Exhibit 202.
15         (SEC Exhibit No. 202 was marked for
16   identification.)
17         BY MR. LEASURE:
18     Q   Look at Exhibit 202, and let me know when
19   you're ready.  I'll represent for the record it's a
20   multi-page document with the title "Kik Token Event
21   Communications Strategy."  And it begins with the Bates
22   stamp KIK 107736.
23         What is this document?
24     A   The title says it's a communications
25   strategy.  It looks like a strategy written down in the

Page 394

1   form of -- written down in the form of a deck.
2     Q   Do you recognize it?
3     A   Not specifically, no.
4     Q   I'll represent to you that this was -- we
5   can see custodians when we get document production.
6   This was in your files, but I can't tell you how it got
7   there or what is the date of the document.
8     A   Yeah.  I don't think -- like, I'm sure it
9   would have been shared with me.  I don't recall
10   specifically reviewing it.  It might have happened,
11   though.  I just can't recall.
12     Q   That's fine.  I actually just want to point
13   to specific pieces and ask -- use them to ask you what
14   happened and what you remember, okay?
15     A   Sure.
16     Q   I guess first, maybe for context in the
17   document, can I point you to the second page, that's
18   107737.  It has --
19     A   Do you mind if I actually just look at the
20   rest of this --
21     Q   Take your time.
22     A   Okay.  Sorry.  Your question?
23     Q   You had a chance to look at it.
24         Is there any other context you can give me
25   having reviewed the document?

Page 395

1     A   I'd only be speculating on what this could
2   be.
3     Q   That's fine.
4     A   I can do that if you want.
5     Q   No, I don't.  The second page, 107737.
6         Do you see the table of contents?
7     A   I do.
8     Q   Does that give you any sense of what the
9   purpose of this document is, or where it fits in to the
10   timeline we've been discussing?
11     A   Looks like how we're going to get people
12   excited about Kin.
13     Q   So communicating about Kin to the public
14   and the plan for doing so?
15     A   Yep.
16     Q   Do you have any sense, just based on the
17   org chart of Kik at the time, who would have been
18   responsible for thinking about these efforts?
19     A   I would think it would be led by Rod.  But
20   ultimately, it'd be Erin's responsibility.
21     Q   Let me point you to the -- next page is
22   107738.  It has "key audiences."
23     A   Yes.
24     Q   Can you take a look at that.
25         Were these the audiences for Kik's

Page 396

1  communication efforts around Kin?
2      A   I think this is a list. I'm not sure about
3  the categorization. But this is a list of many of
4  people who were interested in cryptocurrencies at the
5  time.
6      Q   Were these people Kik targeted into the
7  subsequent efforts it made to communicate about Kin?
8      A   I think what this is just trying to do is,
9  like, there's lots of different people here. And it's
10  trying to do its best to put them into a structure to
11  make it sort of easier to comprehend.
12      So I think, like, individual boxes, yes.
13  These are all groups that exist. I'm not sure I would
14  have put them in these three buckets, but somebody did.
15      Q   Can I point you a little further in the
16  document to the page with the Bates stamp ending 745.
17  And it comes with the title of "Community Management."
18      A   Okay.
19      Q   Let me pause you on this. When it's
20  talking about community management, I see icons for
21  Reddit, Slack. Did Kik use sites like Reddit or Slack
22  to communicate about the Kin token event?
23      A   Yes.
24      Q   What were the major websites that you used,
25  if you remember?

Page 397

1      A   I would guess Reddit and Twitter and Medium
2  would be the big ones. I can't recall exactly what we
3  did with Slack.
4      Q   How about Telegram? Did they have a
5  presence on there?
6      A   Yep. Telegram.
7      Q   YouTube?
8      A   I would think so, yes.
9      Q   We saw Medium. Did you -- this talks
10  about, I guess -- people have to manage the presence
11  that Kik has on various websites like Reddit, right?
12      Let me ask that -- so for example, someone
13  at Kik has to post things or keep an eye on the
14  community postings that are happening on those various
15  websites?
16      A   I wouldn't say "has to." I would say, you
17  know, there is two options. One is you could let --
18  like, people would post about Kin on Reddit, whether we
19  were there or not. The advantage to being there is if
20  people are spreading false information, then we can, to
21  the best of our ability, correct it.
22      Q   Did Kik do that on various sites like
23  Reddit?
24      A   I believe we did, yes.
25      Q   Was there false information going on, do

Page 398

1  you remember, in advance of the public sale?
2      A   There is -- in crypto, there is always tons
3  of false information on different -- in many different
4  ways.
5      Q   Sure. Particularly, with respect to Kin,
6  did anything -- does anything jump out that concerned
7  you or bothered you being circulated at the time?
8      A   Nothing specific comes to mind.
9      Q   Who handled Kik's presence on sites like
10  Reddit?
11      A   I can't recall who specifically was
12  responsible for that at the time.
13      Q   Did you do anything?
14      A   I can't recall anything specifically. If I
15  were to guess -- like, I obviously posted to Medium. I
16  might have commented on Reddit. Although, I think I
17  actually created my Reddit account later. You could --
18  I'm ted_on_reddit is my username. You can look at when
19  my Cake day is. Actually, I believe I created that
20  after, even much after the token sale.
21      Q   I see in e-mails there is some assignments
22  being given to people within Kik about sort of
23  community channels to monitor or post on.
24      Does any of that ring a bell?
25      A   Yeah. It doesn't ring a bell. But

Page 399

1  intuitively, it makes sense.
2      Q   But did you have any -- did you, yourself,
3  have any assignments on particular...
4      A   It's possible, but not that I can recall.
5      Q   That's fine. Let me point you to 748 of
6  this document. That's page 13.
7      A   Yes.
8      Q   There is a reference to rolling thunder.
9      A   Yep.
10      Q   What is that? It's a cool name. What is
11  it?
12      A   What is rolling thunder?
13      Q   Yeah.
14      A   I think the term "rolling thunder" is used
15  a lot in the industry. And it's this idea that you
16  want to create, like, an increasing rolling excitement
17  around something. So in this case, we wanted to create
18  a rolling increasing excitement around Kin.
19      Q   Did that happen?
20      Was there an effort to do that?
21      A   Yes.
22      Q   Let me point you to -- maybe it's helpful
23  to have an actual context -- 107749, the next page.
24      A   Okay.
25      Q   Says, "Phase 2 rolling thunder."

Page 400

1    A   Okay.
2    Q   Was this the plan to generate increased
3  attention or interest in Kin?
4    A   These look like various things we were
5  doing to create awareness around Kin.
6    Q   And you participated in some of these
7  efforts?
8    A   Yep.
9    Q   Okay.  Maybe more specifically, let me
10  point you to the next page, which ends in Bates stamp
11  750, "Participant Road Show."
12    A   Okay.
13    Q   Is this referring to a plan for the road
14  show we talked about earlier?
15    A   This looks like a list of people we could
16  meet who could be interested -- who were interested in
17  cryptocurrencies and could be interested in Kin.
18    Q   Just for the record, I'm just going to read
19  it.  "Goal, Ted to meet with top 2 to 3 crypto
20  participants in each market."  And then it lists out, I
21  guess, five or six places with different people or
22  entities there.
23      Do you see that?
24    A   I do.
25    Q   Which of these happened?

Page 401

1    A   I can't recall specifically which of them
2  happened.  Like, I do recall meeting with Pantera.  I
3  do recall meeting with Tim Draper.  I do recall meeting
4  with Polychain.  I do recall meeting with Brock Pierce.
5      I don't recall any others.  I met Anthony,
6  I seem to recall, at an event one time.  But I don't
7  think I sat down privately with him, but it's possible.
8  I can't recall.  I don't recall meeting with any of the
9  other names on this list.
10    Q   That's fine.  And is this in connection
11  with what we've been calling the presale, trying to
12  identify different presale interest?
13    A   Yep.  I think that's correct.
14    Q   Is it fair to say that whichever these
15  particular ones did or didn't happen, you went to
16  various places, including places in the U.S., and met
17  with potential presale investors?
18    A   Correct.
19    Q   Okay.  Did you -- the next page, 751, has a
20  road show -- has more information about a road show.
21      Do you see that?
22    A   Yep.
23    Q   Was this an effort to also reach out to
24  media?  Am I reading this correctly, or is this
25  something else?

Page 402

1    A   That's what it looks like, yes.
2    Q   Did that happen?
3    A   I'm sure -- we definitely met with media.
4  I can't remember the specifics of which media we met
5  where and how.  But definitely, we met with media.
6    Q   How does that -- someone sets up with a
7  reporter and you provide them information about the Kin
8  offering; is that right?
9    A   I think -- I don't know specifically.  But
10  if I were to guess, it's reaches out to reporter and
11  says, "Kin is going to launch its own cryptocurrency.
12  It's really exciting.  Here is why you should hear the
13  story from Ted."
14    Q   Did you personally meet with some of the
15  reporters?
16    A   I can't recall any specific meetings, but
17  I'm sure I did.
18    Q   Okay.  Fair enough.  Again, I am using this
19  to sort of orient us.  Were there other major events or
20  measures taken beyond what we've talked about in terms
21  of spreading the word about Kin in advance of the
22  public sale?
23    A   Not to my recollection.
24    Q   Okay.  Fair enough.  I'll take that back.
25  Thank you.  Talking briefly about public awareness and

Page 403

1  talking about -- we've talked about Kin so far.  I want
2  to go back in time and talk about Kik's messaging app
3  business.
4    A   Sure.
5    Q   When Kik wanted to market, promote, talk
6  about Kik, the messaging app, how did it do that?
7    A   When we were launching new features that we
8  wanted to explain to the world and why they're
9  exciting, we would do Medium posts, we would speak at
10  events, we would call reporters.  Many similar things
11  to what we just talked about.
12    Q   Did it communicate it inside Kik, the
13  messaging app, to the messaging app users?
14    A   For the most part, no.
15    Q   Why not?
16    A   If you build great features, users will
17  discover them naturally over time.  And so one of the
18  common critiques I've gotten over the years is we don't
19  do enough to market new features inside the app.  And
20  my view is if it's a feature that users love, they'll
21  tell other users about it, they'll use it with them,
22  and they will discover it on their own.
23    Q   And then moving to the Kin sale.  Was that
24  promoted at all in the Kik messaging app, do you know?
25    A   Not to my recollection.

1   Q   Why not?
2       A   We have a history of typically not
3   promoting new features inside the app. Again, letting
4   them spread organically through the messenger. But I
5   think on top of that, in any case, but especially in
6   this case, this is a brand new technology. You know,
7   it was a very early technology, very fragile
8   technology. And so probably -- whenever we're rolling
9   out a new feature, we rolled out a few users at a time.
10  That's a common practice in the industry.
11          You know, when you don't know if something
12  is going to work, you don't roll it out to everybody at
13  the same so everybody has a bad experience right away.
14  You roll it out slowly. So I think, especially in this
15  case, like with blockchain technology being so young,
16  we would want to roll it out in a very slow and
17  controlled way.
18      Q   Was there a concern within Kik or Kik's
19  executive team about scaring off Kik messaging app
20  users by rolling out Kin too quickly inside the
21  messaging app?
22      A   Scaring off -- you know, Kik users had used
23  Kik Points and had loved them. So from a product point
24  of view, from an idea point of view, I don't think it
25  would be scary for users. I think probably what was

1   scary is Kik Points was running on a tried and trued
2   and highly scaled technology, which is a centralized
3   database. So we had much more conviction that it would
4   work well.
5           Whereas, blockchain was sort of the exact
6   opposite. It was something that was brand new, did not
7   work well, and almost nobody in the world had used yet.
8   So I think when you say "scare off," I think there were
9   high odds that the experience, the technology would
10  break, and therefore, give Kik users a bad experience.
11      Q   Got it. So the worry was that if you put
12  it into the Kik messaging app immediately, as of the
13  public sale, it simply might not -- there might be
14  glitches or tech issues or it just might not work
15  correctly?
16      A   I think the concern is if I -- because I'm
17  not sure quite -- that's not quite what I was saying.
18  The concern was is if we put Kin into Kik and then
19  tried to get everybody to use it right at the
20  beginning, that that was would increase the odds that
21  the technology would break, and therefore, be a bad
22  idea.
23      Q   Because just too many people would be
24  trying to use it at once?
25      A   Too many people would be trying to use it

1   at once.
2       Q   And Kin wasn't ready for that?
3       A   No blockchain in the world is ready for
4   that.
5       Q   So it had to be a more gradual buildup?
6       A   Yes.
7       Q   I want to talk a bit -- so we've talked
8   about how Kik was trying to spread the word about the
9   upcoming public sale of Kin, right?
10      A   Trying to create awareness around what we
11  were doing with Kin, why it was an exciting new vision,
12  and why people should purchase tokens.
13      Q   If you had to summarize Kik's pitch on
14  those points, what would be your high level summary?
15      A   Of which?
16      Q   Of all of them. You're trying to spread
17  awareness that you're about to be selling this token.
18  It's a major event for the company. And you want
19  people to be enthusiastic about it, right?
20      A   I think the bullets of my message were --
21  and I recall this actually because I think we did it
22  many times -- is, you know, on one side, digital apps
23  are becoming more and more important in our lives.
24  We're using them to communicate with our friends, share
25  pictures, order food. Pretty much, we run our lives

1   through our phones.
2           And yet, increasingly, those apps are being
3   owned and run by a smaller and smaller number of
4   companies. And we're now on the path to where there
5   will only be a few companies left. And every app we do
6   and everything we do in our lives will be controlled by
7   those few companies. And that ultimately -- that will
8   lead to less innovation, that will lead to less choice,
9   and ultimately, less freedom. We think the world needs
10  a better way.
11          And we think a cryptocurrency is the only
12  way to create that better way. So we are creating a
13  new cryptocurrency to create a fundamentally new
14  business model for developers and their consumers to
15  band together, make money in a new way that's better
16  for their consumers, and work together as one to take
17  on these monopolies together, to avert a future
18  disaster in global society where few companies run the
19  world.
20      Q   Let me just give you a reaction and follow
21  it with a question to that. That -- I can see why that
22  would be appealing vision and that I would want to --
23  you know, I would cheer for you. But was there a pitch
24  why I should spend money and then buy the tokens?
25      A   So how are we going to solve this problem,

1  I guess, is your question?

2      Q   Sure.  I can -- I could just give you money

3  as a charity and help you, wish you the best in

4  Facebook.  But why should I give you my money and

5  participate?

6      A   Because if you just give us money, that's

7  not going to change anything.  Like, lots of people had

8  given us lots of money, and yet, we were still here,

9  and monopolies were increasingly owning the future.  If

10  it was just about money, like, we would have been fine.

11  We wouldn't have needed to move into a crypto business

12  model.  The problem was much bigger than just money.

13      Q   I guess I'm saying it sounds like, from

14  what you're saying, the pitch was you should want --

15  "You, the potential buyer of Kin, should want to avoid

16  a future dominated by a monopoly like Facebook" --

17      A   Uh-huh.

18      Q   -- "so give us money to avoid that"?

19      A   No.

20      Q   Okay.

21      A   So how are we going to solve that?

22  Cryptocurrency offers the one potential solution that

23  we've seen in our, you know, eight or nine-year

24  history, whatever it was at the time --

25      Q   Right.

1      A   -- to change the course of this, what felt

2  like an inevitable -- what feels like an inevitable

3  future.  How are we going to do that?  Like, you have

4  to understand the fundamentals of cryptocurrencies and

5  crypto economics.  So we did our best to explain that.

6  Like, why are cryptocurrencies -- why was Bitcoin a

7  fundamental innovation?  Because you can guarantee the

8  scarcity of a digital asset.  What does that mean?

9      Once the asset is created, there will never

10  be more.  So if demand of that asset goes, supply is

11  fixed, and the price will go up.  Why is that

12  important?  That creates a fundamentally new business

13  model for consumer app developers, like Kik, but like

14  every other consumer developer out there.  It also puts

15  developers and consumers on the same team.

16      Consumers can only spend what they earn,

17  and so every developer's job is no longer to extract

18  value, but is actually to find ways to get their users

19  compensated for the value they provide.  How all this

20  works -- and maybe one other thing.  The exciting part

21  about this is, you know, if this were just being Kik,

22  it would never work because, you know, at any point,

23  Kik could stop accepting Kik Points or Kin or any other

24  cryptocurrency.

25      This is why a Starbucks coin would never

1  work.  And so this needs to be an ecosystem.  An

2  ecosystem of developers, of creators, of consumers, all

3  coming together, owning this currency, contributing in

4  their own ways to grow demand for the cryptocurrency,

5  and therefore, make the cryptocurrency they own more

6  valuable, but in doing so, making everybody else's

7  cryptocurrency more valuable at the same time.

8      Q   Right.  And we spent a lot of time talking

9  yesterday about -- I think it was termed a value

10  proposition in a document, but I think what you termed

11  yesterday, the fundamental economics of

12  cryptocurrencies, right?

13      A   Yep.

14      Q   That as demand increases, value -- you

15  know, value will rise, and everyone shares in that --

16  in that gain, right?

17      A   Correct.

18      Q   Okay.  That idea, that value proposition,

19  that fundamental of crypto economics, did you present

20  that as part -- to people as part of raising awareness

21  about the Kin token sale?

22      A   I can't recall specifically, but people

23  cannot understand Kin without understanding these

24  fundamentals of crypto economics.

25      Q   So you expected people that bought Kin

1  likely did understand that?

2      A   We understand it a lot better now than we

3  did back then, even, like, me.  So it's hard to say

4  what exactly I or anybody else understood exactly back

5  then.  But that's, you know, sort of the foundation --

6  foundational idea of Bitcoin.  You can guarantee the

7  scarcity of a digital asset.  And that's what opens up

8  everything that makes, from my point of view,

9  cryptocurrencies powerful.

10      Q   Got it.  And you don't know sitting here

11  today if you did or did not communicate that?

12      A   I don't recall.

13      MR. MITCHELL:  So we'll mark a DVD that has

14  on its face the SEC seal and 4 -- it says "4-I have two

15  questions."  And on that -- well, and on that, it has a

16  file.  I'll turn on the TV.  That file is a video file.

17      (SEC Exhibit No. 203 was marked for

18  identification.)

19      MR. GIBBS:  In the interest of time, while

20  you're working on that, why don't I just note for the

21  record our objection to the marking of the video file

22  on the ground that, as I understand it, the file that

23  is being marked is a clip of a longer video.  And so we

24  would object that the exhibit that's being marked is

25  incomplete because it is a portion of a longer video.

Page 412

1    MR. MITCHELL: So, Mr. Livingston, you can
2 see the screen?
3    THE WITNESS: I can.
4    MR. MITCHELL: All right. Do you recognize
5 what this is?
6    THE WITNESS: I do not.
7    MR. MITCHELL: Okay. Do you know who that
8 guy -- are you on the screen?
9    THE WITNESS: I am on the screen.
10    MR. MITCHELL: Do you know who the other
11 person is?
12    THE WITNESS: I cannot recall who that is.
13    MR. MITCHELL: Okay.
14    (VIDEO PLAYING.)
15    UNIDENTIFIED SPEAKER: I have two questions
16 for you, actually. First of all, you said that
17 cryptocurrencies were the first digital -- scarce
18 digital asset, but Amazon Credits existed before
19 cryptocurrencies. And isn't there a finite amount of
20 Amazon Credits? And for that matter, all bank
21 balances, as well as, for that matter, a work out
22 quote?
23    MR. LIVINGSTON: So what I said is a
24 cryptocurrency for the first time ever can guarantee
25 the scarcity of a digital asset. You know, we ran Kik

Page 413

1 Points. Are there only so many Kik Points? No. We
2 can create more whenever we want. And you're just
3 going to have to trust us that we don't create too
4 many. And so I think, you know, you'll get Amazon
5 Credits. They create -- they create more all the time.
6 Do you think they have, like -- like, running low on
7 the Amazon Credits. What do we do?
8    UNIDENTIFIED SPEAKER: Will we have an
9 internal ledger for Kin to decide how much Kin is
10 created?
11    MR. LIVINGSTON: So that's the beautiful
12 thing about the blockchains. We know with Bitcoin, for
13 example, there's only going to ever be 22 million, or
14 whatever it is.
15    UNIDENTIFIED SPEAKER: 21 million.
16    MR. LIVINGSTON: 21 million. Thank you. I
17 appreciate that. Sorry. And this -- so that's the
18 beautiful thing, is like as a developer, as anybody in
19 the ecosystem, even look at Bitcoin, and say so there's
20 only going to ever being 21 million Bitcoins. So the
21 supply is fixed. So if the demand for Bitcoin goes up,
22 economics 101, supply stays the same, demand goes up,
23 price is going to go up. And therefore, if I buy it
24 today if I think the demand is low because I think
25 tomorrow the demand will be higher, I will be able to

Page 414

1 sell at a higher price. And that's the thing that was
2 just never possible. Amazon Credits, is the demand
3 guaranteed to be the same? No. They can make more
4 whenever they want.
5    UNIDENTIFIED SPEAKER: But nobody expects
6 the value of Amazon Credits to go up. Everybody
7 expects the value of Amazon Credits to always be paying
8 one to one with the dollar.
9    MR. LIVINGSTON: Right. I think it's,
10 like, different. Like, I think the Amazon Credits is
11 like a different way to use U.S. dollars; where this
12 is, like, a fundamentally different financial (audio
13 interference.)
14    UNIDENTIFIED SPEAKER: My second question
15 for you is: What will Kik do in order to guarantee the
16 value of Kin going forward?
17    MR. LIVINGSTON: So we cannot guarantee the
18 value of Kin. You know, I think, once you create a
19 cryptocurrency, it's on exchanges, and the price of it
20 is set by the market based on supply and demand. And
21 so, you know, even though supply is fixed, if demand
22 goes down, the price is going to go down. But I think
23 what we can guarantee is we are all in this, you know.
24 This is something we've been working towards for a long
25 time. But this is something that you see in our

Page 415

1 financial best interest, because of 30 percent. But,
2 actually, like, just to be honest, like, this is
3 something we have to do. We cannot compete with
4 Facebook. We can't -- everything we do, they copy it
5 two years later. They have way more developers, way
6 more scale. And that was the process, really, the
7 turning point, is when we saw Snapchat's S-1. And
8 looked at them, we're like, "Wait, even Snapchat is
9 struggling?" Like, this company has raised
10 $2.5 billion. They have 2,000 employees. They have an
11 amazing insight, amazing brand. Kik got everything
12 perfectly, and even they are struggling to compete with
13 Facebook.
14    UNIDENTIFIED SPEAKER: So there is nothing
15 backing the Kin token?
16    MR. LIVINGSTON: The only thing backing any
17 cryptocurrency is demand. Like, you know, why is
18 Bitcoin worth what it's worth? Why is Ether worth what
19 it's worth? It's because there is a fixed supply and
20 there is so much demand. If demand goes down, then the
21 price will go down. If demand goes up, the price will
22 go up.
23    (END VIDEO.)
24    BY MR. LEASURE:
25    Q   **Was that you?**

Page 416

```
 1      A   Yes.
 2      Q   Do you know where that was?
 3      A   I think it was in San Francisco, but I
 4   don't recall exactly.
 5      Q   I can represent to you that from the -- I
 6   think we pulled that off of YouTube.  I think the data
 7   around it looks like you were at a San Francisco
 8   Bitcoin Meetup.  Does that sound right?
 9      A   It sounds familiar.
10      Q   Okay.  And was that in connection with
11   raising awareness about the upcoming Kin token sale?
12      A   I think that was about raising awareness
13   about Kin.
14      Q   Kin.  Sure.  Okay.  But my point is that
15   was -- do you have any reason to doubt that that was
16   before the actual sale itself?
17      A   No.  I don't have any reason to doubt that,
18   no.
19      Q   Okay.  You don't know either way?
20      A   I don't recall specifically.
21      Q   And first, I want to apologize, one of my
22   nightmares is watching myself talk on video, so I
23   apologize to you.  It's painful for me to watch myself.
24          Is what you said accurate?
25      A   I believe so, yes.
```

Page 417

```
 1      Q   Okay.  Would you agree -- we've been
 2   talking an awful lot yesterday and today about what you
 3   see as the fundamental economics of crypto.
 4      A   Yep.
 5      Q   Would you say you were describing your view
 6   on that to the audience there?
 7      A   Yes.
 8      Q   And you think you described it accurately?
 9      A   Yes.
10      Q   Okay.  So, for example, if demand rises --
11   if demand rises in the future, the value of a coin will
12   go up?
13      A   Correct.
14      Q   And that there was nothing actually -- that
15   the future value of Kin wasn't backed by any --
16   anything other than the laws of supply and demand?
17      A   Correct.
18      Q   Okay.  You compared -- in that analysis,
19   you compared Kin to Bitcoin, right?
20      A   Uh-huh.
21      Q   Why did you compare Kin to Bitcoin?
22      A   Bitcoin was the first cryptocurrency that
23   was able to guarantee the scarcity of a digital asset.
24   So if you understand Bitcoin, then you can understand
25   Kin.  But if you do not understand Bitcoin, then you
```

Page 418

```
 1   cannot understand Kin.
 2      Q   And I take it in talking at, I think it was
 3   called the Bitcoin Meetup, is also a helpful frame of
 4   reference for people who don't know about Kin yet,
 5   right?
 6      A   Correct.
 7      Q   Because they do know about Bitcoin, right?
 8      A   Correct.
 9      Q   Bitcoin is the most well-known
10   cryptocurrency, right?
11      A   Correct.  It's the first and most
12   well-known, yes.
13      Q   Okay.
14          You also said -- correct me if I'm
15   wrong.
16          You were asked why you -- what is Kik going to
17   do to guarantee the value of this cryptocurrency,
18   correct?
19      A   Correct.
20      Q   And you answered you can't guarantee the
21   value of a cryptocurrency, correct?
22      A   Correct.
23      Q   And that's accurate, right?
24      A   That's accurate.
25      Q   You stated -- and correct me if I'm
```

Page 419

```
 1   wrong -- "But we guarantee we are all in on this"?
 2      A   Yep.
 3      Q   Was that accurate?
 4      A   Yes.
 5      Q   And what does that mean?
 6      A   That means that we were going to do
 7   everything we could to integrate Kin into Kik and have
 8   it be the currency of exchange inside Kik.
 9      Q   Support the project?
10      A   Be an active participant in the ecosystem.
11   We could have said the exact same thing about Bitcoin
12   or Ethereum or any other cryptocurrency.  But we were
13   saying because it was in our financial interest,
14   because we own 30 percent of all Kin, that we were
15   going to go all in on Kin.
16      Q   Right.
17      A   If we own 30 percent of Bitcoin, maybe we'd
18   go all in on Bitcoin, but we didn't.
19      Q   As an outsider, I wasn't there --
20      A   Yep.
21      Q   -- watching that video, it seems like at
22   least the questioner was concerned about how is Kik
23   going to support or relate to the Kin project.
24          Does that seem right to you?
25      A   I think -- actually, I remember this
```

1    exchange.
2       **Q   Okay.**
3       A   I think my recollection -- I didn't know
4    for sure, but my recollection is this is sort of like a
5    Bitcoin maximalist, you know, somebody -- the term is
6    somebody who believes in Bitcoin and nothing but
7    Bitcoin, and Bitcoin is sort of like a religion.  And
8    so was questioning the idea that a company like Kik
9    would launch its own cryptocurrency because that was
10   unheard of at the time, and was sort of having a
11   negative reaction to that.
12      **Q   Oh, the idea of being why would a**
13   **centralized -- if I could use the lingo right.**
14      A   Yeah.
15      **Q   Why would have centralized company with its**
16   **own CEO and management structure be entering the crypto**
17   **space?**
18      A   Every cryptocurrency to date had been
19   launched by small groups of people who were working
20   together but were new and unestablished, and yet, here
21   was an established company creating a cryptocurrency.
22      **Q   And so that distinguished Kin from**
23   **everything that had been out there at the time?**
24      A   We were certainly the first.
25      **Q   Do you think that helped distinguish Kin?**

1       A   Yes.
2       **Q   From its, I guess I can say, competitors or**
3    **other coins that people were looking at the time, the**
4    **fact that Kik was there, Kik was established with a**
5    **track record, that helped distinguish it?**
6       A   I would say we have a long history of Kik
7    being first.  So maybe -- like, we're the first chat
8    app to go viral, the first chat app to launch
9    platforms, the first chat app in the western world to
10   launch bots, and the first VC-backed company, to my
11   knowledge, in the world to launch cryptocurrency.  So I
12   guess that's what distinguishes us broadly.
13      **Q   And do you think people -- do you suspect**
14   **that people who bought Kin may have liked that feature**
15   **of Kin, that Kik was there?**
16      A   I think it was definitely a positive for
17   sure.
18      **Q   When you -- in advance of the Kin sale,**
19   **when you were talking to people about how -- what role**
20   **Kik would play in the project, what did you say?**
21      A   My understanding -- I can't recall exactly.
22   I'm sure we have lots of documents that share it.  But
23   my best recollection is we were going to create it.  We
24   were going to integrate it into Kik.  We were -- and we
25   were going to set up the Foundation.  Those were three

1    things that come to mind.
2       I think we probably said something about
3    the Kin Reward Engine, that we either set that up or
4    set that up with the Foundation.  I can't recall the
5    specifics.
6       **Q   You don't recall if the Reward Engine was**
7    **the Foundation, you guys --**
8       A   I seem to recall us talking about the
9    Foundation would start off -- like, we would control it
10   and run it, and then we would decentralize it and make
11   it independent over time.
12      But, you know, in day one, it's a brand new
13   thing, so somebody's got to set it up.  So at that
14   moment in time, obviously, we would set it up.
15      **Q   And in terms of -- I don't want to call it**
16   **culture, but the crypto space at that time, was it**
17   **generally important, the concept that ultimate**
18   **governance be run by a decentralized organization at**
19   **some point in the future?**
20      A   Say that one more time.
21      **Q   Yeah.  I'm trying understand crypto culture**
22   **at the time.**
23      A   Yeah.
24      **Q   Was the goal -- was it expected that a**
25   **cryptocurrency would ultimately be run by some sort of**

1    **disinterested foundation or decentralized organization**
2    **in the future?**
3       A   I think there's lots of different views on
4    governance in the crypto industry at large.
5       **Q   Yeah.**
6       A   We were -- you know, we were a developer,
7    and so in many ways, we were the target audience for
8    Kin, and so we understood ourselves.  It would give us
9    a huge sort of insight into what other developers would
10   probably want as well.  If I were another developer and
11   I were building for Kin, I wouldn't want Kik
12   controlling it.
13      We've seen enough of that, like Facebook
14   controlling their platform, Twitter controlling their
15   platform, and then the rug being pulled out from under
16   developers.  So I felt it was important on behalf of
17   other developers that this be not decentralized but
18   independent over time and decentralized to the maximum
19   degree possible.  But it's unclear even today how
20   exactly decentralized governance can and will work in
21   the future.
22      **Q   Got it.  And I apologize for saying**
23   **decentralized.  The independence, though, that was**
24   **something you thought was important to get people**
25   **interested in the Kin project?**

1    A   If I were a developer, I would want to know
2  that there was a desire for this Kin Foundation, which
3  controlled 60 percent of all Kin, to be independent
4  over time.
5    **Q   Otherwise, Kik would favor itself?**
6    A   Could favor itself.  I don't think we ever
7  would, but --
8    **Q   No.  Sure.  But they don't know you, right?**
9    A   Yeah.
10    **Q   So there's -- to encourage them to**
11  **participate, you don't want them to trust you; you want**
12  **them to have a sense that there might be an independent**
13  **body in the future?**
14    A   That thought was the goal, yes.
15    **Q   Got it.**
16    MR. MITCHELL:  What do you mean
17  independent?  What makes a body independent?
18    THE WITNESS:  Independent meaning if --
19  it's not just enough for Ted, for example, to think
20  something is a good idea.  It has to be a majority of
21  independent people who agree with him.  And if they
22  disagree with him, that it wouldn't go through.  That
23  would be independent to me.
24    MR. MITCHELL:  Is the Kik Foundation
25  independent of -- sorry.  Is the Kin ecosystem

1  foundation independent of Kik today?
2    THE WITNESS:  I think we talked about this
3  a little yesterday, but maybe not.  Like, to me,
4  independence is a spectrum, not a black or white.  You
5  know, today, the directors of the Kin Foundation, and
6  the Kin Foundation controls that 6 trillion Kin, is
7  myself and William.  So if I think it's a bad -- I
8  think something is a good idea and he thinks something
9  is a bad idea, and he disagrees with me, it goes to a
10  vote, then it won't happen.
11    So I would say yes, the Kin Foundation is
12  independent today.  But, you know, maybe I can
13  influence William.  So it would be good to have more
14  and more independent people on the board contributing
15  to those decisions over time.
16    MR. MITCHELL:  Can Mr. Mougayar cause the
17  Kin Foundation to do things over your objection?
18    THE WITNESS:  No.
19    MR. MITCHELL:  So you and Mr. Mougayar have
20  to both agree for the Kin Foundation to do anything?
21    THE WITNESS:  Correct.
22    BY MR. LEASURE:
23    **Q   But just to summarize that, you have a**
24  **preference for a more independent Kin ecosystem**
25  **foundation than exists at present?**

1    A   I do.
2    **Q   In promoting or discussing Kin prior to the**
3  **public sale, did you ever compare the crypto space in**
4  **2017 to the dot-com area?**
5    A   I did.
6    **Q   Why did you do that?**
7    A   I think I wanted to -- I don't recall
8  specifically, let me say that.  But if I were to
9  speculate, I wanted to make it clear that what I was
10  trying to do, I believe, is -- dot-com, there was a lot
11  of -- a lot of excitement at the time.  Ultimately, a
12  lot of the things that people were excited about turned
13  out to be failures.
14    And yet, a few of the things that people
15  were excited about or even not excited about at the
16  time turned out to be massive.  And I think I was just
17  simply drawing the comparison that I felt the same way
18  and do feel the same way about cryptocurrencies today,
19  that most of them will be failures, but some of them
20  will change the world.
21    **Q   And you think Kin could be one that becomes**
22  **massive and changes the world?**
23    A   I absolutely believe that, yes.
24    **Q   Okay.  And was that part of how you**
25  **described or encouraged people to participate in the**

1  **Kin sale?**
2    A   I think that's how I described my belief in
3  the vision.
4    **Q   In advance of the Kin sale?**
5    A   Yes.  Absolutely.
6    **Q   Can we roll the next?**
7    **(SEC Exhibit No. 204 was marked for**
8  **identification.)**
9    MR. MITCHELL:  Okay.  So I'm going to mark
10  the DVD as Exhibit 204.  It's a DVD with the SEC seal
11  on it and words "6-I think this is like the dot-com."
12    MR. GIBBS:  Just for the record, we have
13  the same objections to the extent it's a clip as
14  opposed to the entire discussion.
15    MR. LYNCH:  And did you say you were going
16  to give us a copy for us to take with us?
17    MR. MITCHELL:  I have them right here.
18    MR. LEASURE:  Yes.  So maybe two things for
19  the record while we're dealing with our AV situation.
20    MR. LYNCH:  Yeah.
21    MR. LEASURE:  These -- we pulled -- we'll
22  represent to you we pulled these off of YouTube and
23  burned them to a DVD.  I think they're publicly
24  available.  But we will give you copies of the clips
25  we're showing -- a copy of the DVD containing the clips

1  we are showing.
2      MR. GIBBS: Okay. That's fine. Just to be
3  clear, my objection is to the incompleteness of the
4  portion that is being made part of this record here
5  today.
6      MR. LEASURE: Understood.
7      MR. GIBBS: Okay.
8      MR. MITCHELL: I apologize. I literally
9  closed it. For the record, this laptop is just afraid
10 of Mr. Murtha and opened up when he touched it.
11     MR. SCHLEGELMILCH: Just to clarify, you
12 also objected to playing the whole video because it's
13 too time consuming, right, before we started?
14     MR. GIBBS: Yeah. That's why I said --
15 what I'm talking about is what's included as an exhibit
16 to the record.
17     MR. SCHLEGELMILCH: I just want to say your
18 objection is used to be a damned if we do and damned if
19 we don't objection, just for the record.
20     MR. GIBBS: But it's not. Because my point
21 is the entire thing should be attached in the exhibit.
22 Okay? I'm not -- I never suggested you should sit here
23 and play the entire video. So --
24     MR. SCHLEGELMILCH: Okay. I now
25 understand.

1      MR. GIBBS: Okay.
2      MR. MITCHELL: I put an image up on the
3  screen. Is that you on the left?
4      THE WITNESS: That is me.
5      MR. MITCHELL: And do you know who the
6  gentleman on the right is?
7      THE WITNESS: I can't recall.
8      MR. MITCHELL: Okay.
9      (VIDEO PLAYING.)
10     MR. LIVINGSTON: So I think -- for me, I
11 think this is, like, for better and for worse, you
12 know. There is a lot of hype right now. And people
13 are going to make a lot of money. People have made a
14 lot of money. People are going to lose a lot of money
15 here. This is coming, right? It's been happening
16 multiple times as we've moved through this innovation.
17 At the end of the day, Amazon and Google tailor the
18 dot-com. And so this is how I view, like, tokens at
19 ICOs. I think 90 percent of them probably are going to
20 go to zero. People are going to lose a lot of money.
21 And regulators are going to come in and they're going
22 to say how do we make this modernization but still we
23 can save for the consumers. And everybody is going to
24 try to figure this out and it's going to be crazy. I
25 was in like, high school, I think, like, 2001 -- 2000,

1  2001, whatever year it was. It's going to be that all
2  over again. And I think for us it's -- we believe
3  that, you know, a few huge economic entities are going
4  to come out of this space. And I think, actually, a
5  few huge economic entities have already come out of
6  this space. And so I think, you know, it's like
7  everything. It's risk and reward. I think, you know,
8  we have a good story. I think we're trying to do it in
9  a fair way. And I think our heart is in the right
10 place. And we're going to do everything we can. What
11 really scares me at the end of the day is disappointing
12 people. And I think what scares me by doing a crowd
13 sale is before, if Kik failed, I would disappoint a
14 bunch of rich people. Now, if Kik failed, I would
15 disappoint a bunch of regular people. And that really
16 weighs on us. It really weighs on me. So we are going
17 to do everything we can to make it a win for everybody.
18     (END VIDEO.)
19     BY MR. LEASURE:
20     Q  Okay. Having watched that, that was you
21 speaking?
22     A  Yep.
23     Q  Okay. And that was -- do you know where
24 that was?
25     A  I believe that's the same San Francisco

1  event.
2      Q  Okay. And that was prior to the public --
3  the sale of tokens to the public?
4      A  Correct.
5      Q  Okay. And that was part of the effort to
6  raise interest in the token sale?
7      A  To raise awareness about the -- about Kin,
8  yes.
9      Q  Yeah. Okay. You compared the current
10 crypto space, in 2017 at least, to the dot-com era; is
11 that right?
12     A  Correct.
13     Q  And is what you said an accurate statement
14 of your views at the time?
15     A  Yes, it is.
16     Q  That the space -- you know, there might be
17 a significant amount of losers in the space, but that
18 one or two giant entities might come out of that space?
19     A  I used the word "entities" there. I'm not
20 sure entities -- currencies is what I meant.
21     Q  Okay.
22     A  But yes.
23     Q  And that -- I've been using the word
24 "project" for Kin, just to avoid nomenclature. Were --
25 were you attempting to convey that the Kin project

1    could eventually become what you described as a huge
2    economic entity?
3        A   I think, I did think, do think, and was
4    trying to convey that I think Kin can become one of the
5    most used cryptocurrencies in the world, and that the
6    most used cryptocurrency in the world is going to have
7    a lot of demand, and therefore, it's going to have a
8    lot of value.
9        Q   Okay.  You also said -- I get that this is
10   on a stage, talking to people.  So I don't want to --
11   so I don't want to force you to over-interpret words
12   you said.  But you said that you think, like
13   everything, it's risk and reward.
14       Do you recall that?
15       A   I do.
16       Q   What did -- what did you mean by that?
17       A   I think what I meant by that is, you know,
18   at the end of the day, I think there's only going to be
19   a few heavily used cryptocurrencies in the world.  And
20   so I think that's where I was trying to tie it back to
21   dot-com.  Like, there are millions of websites.  But at
22   the end of the day, today, we only really use ten of
23   them.
24       So when you, as a developer or a consumer
25   or somebody that just buys cryptocurrencies, any of

1    those people, and you're thinking about where to invest
2    your time, your effort, your attention, your money, if
3    you were to build an app for Ethereum, like lots of
4    people are doing right now, I think Ethereum -- my
5    personal view is Ethereum will not be one of the most
6    used cryptocurrencies in the world.
7        And so all those people who are investing
8    their time building Ethereum apps, they will have
9    risked their time and, in many cases, their money with
10   the team members, employees, and they will not have
11   gotten a return because they will not have an app that
12   gets used.  And Ethereum will not be a high-demand
13   currency.
14       Q   Got it.  So your view was in the crypto
15   space in 2017, and maybe in 2018, it's a -- you thought
16   that most of the projects would likely fail?
17       A   Yes.
18       Q   But a handful would have enormous success?
19       A   Yes.
20       Q   And that if you were -- if you were someone
21   looking at a menu of where to invest your time, money,
22   efforts --
23       A   Yeah.
24       Q   -- you should look at the risk/reward in
25   that light; is that accurate?

1        A   You should look at -- as anybody -- any
2    participant in any crypto project and ecosystem, you
3    should evaluate which ones are going to be most used in
4    the world and why.  And you should focus your efforts
5    on contributing to the ones that have the best odds of
6    succeeding.
7        Q   And you were trying -- as part of these
8    efforts, you were trying to convey that Kin, as
9    compared to others, had better odds of succeeding?
10       A   That Kin from my point of view and my
11   experience and all the data we had seen absolutely had
12   a better view -- better chance of succeeding than other
13   cryptocurrencies.
14       Q   Towards the end of that clip, you talk
15   about not success but failure.  You talk about how
16   before, if Kik failed, you would disappoint, I don't
17   have your exact words, but a bunch of rich people.
18       A   Uh-huh.
19       Q   Do you remember that?
20       A   Uh-huh.
21       Q   I take it you're referring to private --
22   you know, private investors in Kik, the company, right?
23       A   Yep.
24       Q   But you also said, correct me if I'm wrong,
25   that now, if Kik fails, you will disappoint a bunch of

1    regular people, and that that weighs on you.
2        Do you remember that?
3        A   I do.
4        Q   What did you mean by that?
5        A   I said Kik.  I think I meant Kin.  And I
6    think what I meant by that is, you know, we're sparking
7    a new ecosystem here, a new currency with a new vision
8    and a new sort of go-to-market strategy.  And for it to
9    work, thousands of -- thousands, hundred thousands,
10   millions, hundreds of millions of people, billions of
11   people ultimately would have to contribute their time,
12   effort, and money in many different ways if Kin was
13   going to be successful.
14       And so if Kin ultimately was not
15   successful -- like, if Kik wasn't successful, I would
16   only really be disappointing our venture capitalists,
17   investors.  But if Kin was not successful -- you know,
18   I would have explained to the world why I saw this
19   better way to compete with monopolies and how it could
20   work.  And if that didn't end up being true, that
21   really scared me, that I would disappoint a lot of
22   people.  And I was trying to convey that.
23       Q   And why would you disappoint them?
24       If it's on millions or billions of people
25   to make it a success, why does it matter -- why would

Page 436

1    you be the one disappointing them?
2        A   Because it was my idea.
3        Q   So we were talking about efforts to raise
4    awareness about Kin prior to the public sale.  We've
5    seen a few video clips.  In those efforts, did you or
6    others at Kik talk about whether Kin would trade on
7    exchanges?
8        A   I don't recall any specific, but I'm sure I
9    would -- Kin as a cryptocurrency cannot work and as a
10   business model cannot work, unless it's traded on
11   exchanges.
12       Q   And we talked about the reasons for that
13   yesterday?
14       A   Correct.
15       Q   Did people ask you?
16       A   I don't recall specifically.
17       Q   How about after the sale?  Have people been
18   asking Kik about whether Kin will trade on exchanges?
19       A   Plenty.
20       Q   Yeah.  Let me represent to you just -- when
21   I get on the gloves and go onto Reddit, it seems like a
22   common topic on various social media channels when
23   people talk about Kin.  Is that a fair statement?
24       A   It is one of the more common topics.  I
25   would say that's fair.

Page 437

1        Q   And why do you think that is?
2        A   I think there's some subset that want to be
3    able to actively trade in cryptocurrencies and want to
4    be actively able to trade in Kin.  And that's difficult
5    to do with -- or more difficult to do when Kin is not
6    on bigger exchanges.
7        Q   Okay.  And you think those are the people
8    I'm seeing or that one can see on social media asking
9    about Kin's tradability on exchanges?
10       A   Yes.
11       Q   Okay.  Fair enough.  Another topic in terms
12   of what I'm calling the marketing efforts or the -- you
13   know, the awareness-raising efforts in advance of the
14   public sale.  Did you or others at Kik describe Kik's
15   own business model here?  In other words, how Kik
16   stands to gain from the Kin project?
17       A   I think so.  I think in the video you just
18   showed, I talked about how it would be in our own
19   financial interest because we own 30 percent of all
20   Kin.
21       Q   And did you explain to people that, "Look,
22   in the future, value rises.  This might be something
23   that, you know, we sell pieces of our Kin to make a
24   gain"?
25       A   I'm not sure if, where, how I would explain

Page 438

1    that.  But certainly, that's the logic of the whole
2    thing.  That's the only thing that makes it a viable
3    business model.
4        Q   So you would expect if someone asked you
5    what's Kik's business model, that's what you would have
6    said?
7        A   I'm not sure.  Again, these things are very
8    clear to me today.  I think they were clear back then.
9    But it was a long time ago, so I don't recall exactly.
10       Q   That's fine.  Did people ask about that?
11       A   I don't recall exactly.
12       Q   Fine.  We see you on YouTube --
13       A   Uh-huh.
14       Q   -- and at various conferences.
15           How about -- we talked about more old
16   school media like newspapers?
17       A   Yeah.
18       Q   Does any of that ring a bell, the
19   interviewing -- interviews with newspaper reporters?
20       A   I don't have any specific recollection, but
21   it wouldn't surprise me.
22       Q   The Wall Street Journal, do you remember
23   any coverage there?
24       A   I don't have a specific recollection, but
25   it wouldn't surprise me.

Page 439

1        Q   Fair enough.  Let me show you a document
2    I'm marking as Exhibit 205.
3            (SEC Exhibit No. 205 was marked for
4    identification.)
5            BY MR. LEASURE:
6        Q   Take a look at and let me know when you're
7    ready.  I'm going to have to make a few representations
8    to you about what this is because it doesn't have a
9    Bates stamp.
10       A   Okay.
11       Q   First, I'll represent to you I printed this
12   off of a website called Factiva --
13       A   Uh-huh.
14       Q   -- that carries news articles.  I printed
15   it off on October 16th, 2018.  It says page 3 of 3.
16   Page 3 of 3.  It says this is three pages.  The third
17   page is actually blank --
18       A   Okay.
19       Q   -- so I took it off.  With those
20   representations in mind, does this appear to be a copy
21   of a Wall Street Journal article about Kin?
22       A   It does.
23       Q   Okay.  Do you remember this article from
24   the time?
25       A   It's refreshing my memory.  I don't

Page 440

1 remember anything that's in it. But I recall now that
2 there was a Wall Street Journal article.
3    Q   Okay. And this is dated August 29th, 2017.
4 Is that the ballpark of when you remember that article?
5    A   I don't recall, but I assume that's when it
6 was if you printed it then.
7    Q   Fair enough.
8       MR. MITCHELL:  Do you remember a Wall
9 Street Journal article before the token distribution
10 event ended?
11      THE WITNESS:  Not specifically.
12      BY MR. LEASURE:
13   Q   The journal says Paul Vigna, V-i-g-n-a.
14   A   Yep.
15   Q   Do you remember that person?
16   A   Yep.
17   Q   Who's that?
18   A   He's a reporter, I believe, at the Wall
19 Street Journal.
20   Q   Did you either meet with him or talk with
21 him about the Kin offering?
22   A   I don't have a specific recollection, but I
23 know I've met with him over the years. And so from
24 this, it looks like I must have met with him about Kin
25 at this time as well.

Page 441

1    Q   And was that Rod and his group who was
2 trying to arrange for meetings with the reporters at
3 this time?
4    A   Yep.
5    Q   Okay. And I take it this isn't the only
6 one, that you might have met with other reporters?
7    A   Yeah.
8    Q   Okay. All right. And did you get, like,
9 talking points or briefing books in advance of that?
10      How did that process work for you?
11   A   Yeah. I would get briefing books, talking
12 points. But for the most part, I typically look at
13 those, but I write my own talking points after.
14   Q   You throw what you were given behind your
15 shoulder and handle it yourself?
16   A   It's helpful for me to formulate my own
17 thoughts, like, one point of view. Sometimes I include
18 some of it, sometimes I include all of it, sometimes I
19 include none of it.
20   Q   Just curious. The points that people
21 wanted you to say or encouraged you to say, were there
22 things they didn't want you to talk about or they
23 didn't want you to say?
24   A   Were there points that they didn't want me
25 to talk about? I think we did want to stay away from

Page 442

1 this as an investment.
2    Q   Okay. And why do you think so?
3    A   Because I think it would create an
4 expectation of people that was not accurate, an
5 expectation among people who didn't understand
6 cryptocurrencies; what they were, how they worked.
7    Q   And do you remember who gave you --
8    A   I do not.
9    Q   -- that briefing point?
10   A   I don't think there was a briefing point.
11 That's just a general thing I recall when you asked,
12 things to stay from. I recall that being one of those
13 things.
14   Q   Got it. The second paragraph of this
15 article which reads, "In doing so, Kik, which has
16 encountered growth issues, is trying to tap into the
17 surging interest in cryptocurrencies," there's a URL,
18 I'll own it, the quote continues, "and digital tokens
19 associated with them. It also is experimenting with a
20 potential way for its investors to essentially cash out
21 of the company without actually selling their equity."
22      Let me pause there. There's a couple of
23 assertions made there. Was it true that at the time,
24 Kik was trying to tap into the surging interest in
25 cryptocurrencies in digital tokens?

Page 443

1    A   I would say no. I would say this was --
2 Kik wasn't trying to tap into the surging interest.
3 Kik was realizing -- I was realizing that my dream of
4 having this fundamentally new business model was now,
5 for the first time ever, not only just a good idea, but
6 also economically viable.
7    Q   Did you correct this article?
8    A   I did not.
9    Q   Did anyone at Kik?
10   A   No.
11   Q   Okay. The second piece of what I read,
12 that Kik -- that it is also experimenting with a
13 potential way for its investors to essentially cash out
14 of the company without actually selling their equity.
15      Was that true?
16   A   I think what the author is trying to do
17 here -- and I'm guessing --
18   Q   Please.
19   A   -- is trying to explain in their own words
20 this new crypto business model. And I think they had a
21 very limited understanding of what this is, why it
22 would work, and why we would do it. And so, you know,
23 when you asked me is this true in the last sentence
24 there, like, what the business model is now for the
25 shareholders of Kik is not a way to cash out of the

Page 444

1  company. It's a fundamentally new business model for
2  shareholders as well.
3          Before, your options are to sell the
4  company or go public. That's it. But now, there is a
5  third option, which is to own a big piece of an asset,
6  have that asset be very valuable, and dividend that
7  asset out to shareholders.
8      Q  Let me ask about that. Has Kik distributed
9  this asset as a dividend to shareholders?
10     A  We have not.
11     Q  Have you considered it?
12     A  That's the whole model. We've absolutely
13  considered it, and I'm looking forward to the day when
14  we can do that.
15     Q  When would that day -- like, what has to
16  happen for that day to come?
17     A  I think we have to -- maybe it's based on
18  advice from counsel.
19     Q  Okay. Don't give me that advice.
20     A  Yeah.
21     Q  Which lawyer?
22     A  Cooley's.
23     Q  Okay. When?
24     A  Ongoing. Like, this is the -- being able
25  to have this asset become more valuable and to then

Page 445

1  dividend -- to sell some of that asset to -- you know,
2  as the revenue plan for the company, but also to be
3  able to dividend some of that asset as the reward for
4  shareholders with investors in the team, that is the
5  fundamental of what makes this a win for that group.
6      Q  Got it. And I should have asked this more
7  clearly. In terms of the envisioned dividend one
8  day --
9      A  Yeah.
10     Q  -- is it a dividend of Kin or is it cash
11  obtained from selling Kin?
12     A  We don't know, for tax reasons mainly, but
13  my preference would be a dividend of Kin.
14     Q  And then the investors of Kik Interactive
15  could do what they want with the Kin?
16     A  Correct.
17     Q  Okay. Other than advice of counsel, which
18  I do not want to hear about, are there business reasons
19  why Kin -- excuse me -- why Kik has yet to act to
20  distribute Kin or cash obtained by selling Kin to
21  investors?
22     A  No. Only -- it would only based --
23     Q  Advice of counsel?
24     A  It would be advice of counsel.
25     Q  I don't want to know. The last paragraph

Page 446

1  on this first page that begins, "The company said" --
2      A  Yeah.
3      Q  -- do you see that? "The company said it
4  hopes that the tokens will entice more developers to
5  build apps for the platform. If they receive the
6  tokens as payment, and those coins then appreciate in
7  value, developers would gain even more from working on
8  Kik."
9          First, was that a true statement of the
10  vision at the time?
11     A  I think this is the journalist trying to
12  explain the vision in their own words. I would say
13  this is not how I would explain it.
14     Q  It begins with, "The company said." Are
15  you saying the company did not say that?
16     A  I think what the company did say is that
17  the currency -- like, it's a fundamentally new business
18  model for Kik and every other developers. It's the
19  currency that creates that business model, so it's the
20  currency that is going to entice developers to build
21  apps that integrate Kin. I think everything after that
22  is their interpretation.
23     Q  About the coins appreciating in value?
24     A  Yeah. For example, "would gain even more
25  from working on Kik," like, that sentence doesn't make

Page 447

1  sense.
2      Q  Oh, that should say Kin?
3      A  And it shouldn't even say "working." It
4  should say "from integrating Kin into their apps."
5      Q  Fair enough. Okay.
6      A  So that's why I said, like, we wouldn't say
7  that because it's just factually incorrect.
8      Q  Understood.
9      A  Logically incorrect.
10     Q  Let me point you to one other piece of this
11  article before we're done with it. It's on the second
12  page. Towards the middle, there's a paragraph
13  beginning, "By offering a token."
14         Do you see that?
15     A  Yep.
16     Q  It reads, "By offering a token rather than
17  equity, the company hopes to raise funds without
18  diluting existing shareholders. But shareholders' path
19  to monetizing their holdings in the company will now be
20  tied to the token. Mr. Livingston explained," quote,
21  "'it was a very hard sell,'" end quote, "to Kik's
22  investors. Mr. Livingston said of the plan," quote,
23  "'there was a lot of disagreement,'" end quote.
24     A  Uh-huh.
25     Q  Did you say that?

1     A   I did say it was a very hard sell.  There
2   was a lot of disagreement, yes.
3     Q   And tell me about that hard sell in that
4   disagreement.
5     A   You also shared the previous paragraph,
6   which provides context for this.  So maybe I should
7   explain the previous paragraph first.
8     Q   That's great.
9     A   I think this is one of the biggest
10   misconceptions in sort of, like, the general audience.
11   For example, this journalist thinking about this is --
12   oh, it's a token instead of equity.  The token and the
13   equity, actually, they're fundamentally different.  But
14   people don't understand crypto.  They don't understand
15   what it is, where it's going, and so they're trying to
16   compare it to something they know.
17        Like, for me, it wasn't that we were
18   offering a token instead of equity.  It's that we were
19   opting for a fundamentally new business model.  We were
20   getting a new asset that would have guaranteed scarcity
21   that we would own, and therefore, our shareholders
22   would own pro rata that asset, whatever is left over at
23   the end of the day.
24        So when I read that, I'm like, no, that's
25   fundamentally untrue, logically untrue for what is a

1   crypto business model.  So that's why I'm saying when
2   I -- what was a hard sell?  Not that above, because
3   what's above is logically untrue.  What was a hard sell
4   was convincing our investors that this could be a
5   fundamentally new business model.  Let me play it back.
6        What I was trying to convince the board and
7   the investors in a very tough time was that I was the
8   first in the world to discover the third monetization
9   model in the history of the internet and that it would
10   work for us.  There was obviously a lot of skepticism
11   that I would be the first in the world to discover the
12   third monetization model in the history of the
13   internet.  And so that made it a very hard sell.
14        And there was a lot of disagreement about
15   that because it's a very -- it was a crazy idea and it
16   was a very tough time in the company.
17     Q   So we talked about yesterday, I think it's
18   fair to characterize, you perceived a challenge in
19   raising this idea inside the company and then talking
20   about it and persuading people inside the company about
21   the Kin project, right?
22     A   Correct.
23     Q   Is that what you're referring to there?
24     A   Yes.
25     Q   Anything else?

1     A   No.  Not to my knowledge.
2     Q   Fair enough.  The last line of this article
3   quotes you, and it reads, quote, "'It's a fundamentally
4   new way to exit,'" end quote, "he said of the digital
5   tokens."  Did you say that?
6     A   I did.
7     Q   And the exit you're describing is for
8   investors out of their Kik Interactive equities?
9     A   No.
10     Q   Who is exiting and what are they exiting?
11     A   Maybe "exit" is the wrong term.  What I was
12   trying to get at is this is a fundamentally new way for
13   investors to monetize their equity holdings.  So
14   before, the only ways you could exit were by selling to
15   another company or by doing an IPO.  That was the only
16   two options in history.  The third option was to go
17   bankrupt.  Those are the only ways in history that you
18   could exit.
19        And likewise, that this was, you know, a
20   brand new monetization model for developers, it was
21   also a brand new monetization model for investors and
22   their holdings.  And so what I meant by this is, you
23   know, a way to exit, a way to get paid, get a return
24   from their investment in the company.
25        So, actually, logically, I don't think

1   there actually will be any exit at the end of the day.
2   There might just be a dividend, but that would be it.
3     Q   Right.  Have there -- has there been --
4   since the -- since the sale of Kin tokens in September
5   of 2017, have investors in Kik Interactive pushed for
6   there to be a dividend?
7     A   I think there was a time when it was
8   raised.  Like, wow, if this is a great new business,
9   like, why don't we try it out a little bit and get a
10   bit of a dividend.  I can't recall exactly.  But
11   ultimately, we decided not to do that.
12        So I think that idea might have been
13   floated at some point, but we never did that.
14     Q   I think we talked about this earlier.  The
15   decision not to do that or when to do that isn't driven
16   by business considerations other than advice of counsel
17   discussions; am I right?
18     A   There were business considerations, but I
19   would say those would directly factor into the advice
20   from counsel.  I couldn't pull them apart for you.
21     Q   Fair enough.  I don't want to push.
22        Rounding out marketing or awareness raising
23   efforts for the Kin sale, did you go on podcasts?
24     A   Yes.  I believe I did.  I don't remember
25   any specifically, but I would assume so.

1    Q   Just to ring a bell, did you appear on a
2  Finance Magnates podcast as part of the promotion
3  efforts?
4    A   Rings a bell, but I can't remember
5  specifically.
6    Q   Okay.  Any others ring a bell?
7    A   I can't remember any specifically.
8    Q   We're going to talk more this afternoon
9  about a term "minimum viable product" prepared for the
10 public sale.  Do you know that term?
11   A   I do.
12   Q   And what was the minimum viable product for
13 the public sale -- in connection with the public sale?
14   A   What is a minimum viable product or what
15 was our minimum viable product?
16   Q   Let's take it one by one.
17       What is a minimum viable product?
18   A   A minimum viable product is an industry
19 term to help people think about what is the minimum set
20 of sort of functionality that can be built and
21 incorporated in a launch that satisfies everything that
22 needs to be satisfied for this to -- for this launch to
23 achieve what it's trying to achieve.
24   Q   And what was the minimum viable product
25 developed in connection with the Kin sale?

1    A   So when it came to launching Kin inside of
2  Kik, like, obviously, we had to create Kin, but we also
3  wanted there to be ways to use Kin on day one.  And
4  then there would be many, many more ways to use Kin,
5  obviously, over time.  And so when it came to, okay,
6  well, what's that -- you know, there's lots of things
7  that are happening, but one of the things that's
8  happening is Kin is getting integrated into Kik.
9        So the question is, okay, well, what does
10 that thing need to solve for?  Like, if we did any
11 less, it would not be viable.  So from there, there
12 were technology considerations.  There were user
13 experience considerations.  There were strategic
14 considerations.  And then there were also compliance
15 considerations.
16       And so when we look at all of those
17 considerations and all the different options, what we
18 ended up launching, what we called the minimum viable
19 product of Kin inside Kik, was the ability to unlock
20 different levels of stickers based on your Kin balance
21 to be able to verify your status to other people in
22 Kik, the chat community.
23   Q   Got it.  And we'll talk more about how that
24 idea evolved or was developed.
25       The ability to unlock various levels of

1  stickers was the minimum viable product, right?
2    A   Uh-huh.
3    Q   Those stickers and the ability to unlock
4  that, how was -- how was that marketed or communicated
5  in advance of the public sale?
6    A   I don't recall.
7    Q   Did you tell anyone about it?
8    A   We had certainly lots of discussions about
9  it internally.  Do you mean externally?
10   Q   I do.  And I apologize, yes.
11   A   I'm not sure.  Like, I believe it was in
12 the SAFT document, but I'm not sure.  Some people would
13 have seen that if it was in there.  I believe it was on
14 the website.  I believe it was part of the token sale
15 materials.  But I can't recall any of those things
16 specifically.
17   Q   You think on the website.
18       What do you remember?
19   A   I don't recall what was on the website
20 beyond the white paper.
21   Q   So do you know if -- were the stickers
22 themselves shown on the website?
23   A   I don't recall, but I don't think so.
24   Q   Okay.
25   A   But I don't recall.

1    Q   Was there a description that they would be
2  available on the website?
3    A   I don't recall.
4    Q   Don't recall either way?
5    A   Don't recall.
6    Q   Okay.  So you went on -- you went on a road
7  show.  You went to conferences.  You met with
8  journalists.  You went on at least one podcast,
9  correct?
10   A   Uh-huh.
11   Q   Did you tell anyone about the availability
12 of sticker packs?
13   A   I don't recall.  I, you know, do recall
14 talking about Kik Points.  Kik Points -- using Kik
15 Points to buy stickers was a -- you know, a widely used
16 thing, so probably would talk about that.  But in terms
17 of what we would do with stickers for Kin and at the
18 time of the token sale, I don't specifically recall.
19   Q   Is it fair to say that the availability
20 of -- the ability to unlock levels of sticker packs,
21 that wasn't a primary part of your pitch about the Kin
22 project?
23   A   I think the primary part of the Kin project
24 was the vision for sure and what we would do.  I think
25 part of the explanation was our history with Kik

Page 456

1 Points, which stickers were the first thing we did with
2 Kik Points, so I'm sure that was part of it.
3     In terms of what the exact functionality
4 would be on the day of the token sale, I can't recall
5 what exactly I said or didn't say.
6     Q   You don't recall ever saying there will be
7 sticker packs available?
8     A   I don't recall not saying it. I don't
9 recall.
10     Q   You don't know either way?
11     A   I don't know either way.
12     Q   Okay. Did Kik purchase online
13 advertisements in advance of the public sale?
14     A   I believe we did, yes.
15     Q   From whom?
16     A   I can't recall exactly. But I think
17 Facebook and Google, if I had to guess.
18     Q   Did -- as part of that, did Kik target
19 certain types of users or demographics for Facebook or
20 Google ads?
21     A   I can't recall. Like, I don't know. I
22 don't recall. And I don't think I knew at the time,
23 actually.
24     Q   Who would have led that effort?
25     A   Probably somebody in marketing, but I'm not

Page 457

1 sure who.
2     MR. MITCHELL: Someone -- excuse me.
3 Someone who worked for Erin Clift?
4     THE WITNESS: Yes, that would be my guess.
5     BY MR. LEASURE:
6     Q   Fair enough. We saw some potential use
7 cases --
8     A   It might not have been, though. It might
9 have been somebody in Israel. I'm not sure. Now that
10 I say that, I'm not sure.
11     Q   I apologize for interrupting.
12     A   Sorry. I apologize for interrupting you.
13     Q   We talked -- we saw some potential use
14 cases in the white paper. Do you remember that?
15     A   Yep.
16     Q   As part of talking about or promoting the
17 upcoming Kin sale, were other specific use cases
18 discussed?
19     A   I can't -- I'm sure we talked about it,
20 like a digital economy, what are all the ways that
21 people can exchange -- create and exchange value
22 through their phones. So I'm sure we did talk about
23 other ways, but nothing specifically comes to mind.
24     Q   Were there use cases in place at the time
25 of the public sale in September of 2017?

Page 458

1     A   There was the use case of unlocking
2 stickers inside Kik.
3     Q   And other than that, were there any others
4 that you know of?
5     A   I don't believe. Not to my knowledge. I
6 don't think there were others.
7     Q   So to the extent there weren't use cases
8 other than unlocking stickers, why did people buy Kin
9 then in September of 2017?
10     A   A lot of people ended up buying Kin.
11     Q   Yeah.
12     A   So I can't speculate or have any way of
13 knowing why all of them bought Kin. But, you know,
14 whenever I would speak at events, people would --
15 whenever they would come up to me after, they would say
16 to me, "This is what the world has been waiting for.
17 The world needs this. And I want to be part of this."
18     Q   Let me just -- let me just push on that and
19 get your impression.
20     A   Sure.
21     Q   If someone wanted to be part of the
22 ecosystem in the future where there were use cases?
23 Like, let's say you could, you know, buy certain
24 content with Kin or a developer could integrate it into
25 his or her app, right?

Page 459

1     A   Uh-huh.
2     Q   Let's say they were even enthusiastic about
3 doing so. Why would they buy in September of 2017?
4     In other words, why wouldn't they wait for
5 use cases to be realized and then buy?
6     A   I think there is many different ways that
7 people could contribute to the success of a
8 cryptocurrency. I think that's the transformative
9 feature of a cryptocurrency is everybody has stake,
10 everybody becomes evangelists. And so everybody
11 operates in their own self-interest to create more
12 demand, and therefore, make their own Kin more
13 valuable, they'll be making everybody else's Kin more
14 valuable as well.
15     Some of those could be consumers using it
16 in an app. Some of those could be developers. Those
17 could be brands. Those could be just people who want
18 to evangelize it to their friends and family.
19     Q   But other than just the desire to
20 evangelize future use cases, why would you buy --
21 again, I'm struck on: Why wouldn't you just wait for
22 the ecosystem to have a use case --
23     MR. GIBBS: Objection to form. It's
24 argumentative.
25     BY MR. LEASURE:

Page 460

1    **Q   You can answer.**
2        A   What does that mean? I don't know what
3    that means, what my lawyer just said.
4            MR. MURTHA: It's an irrelevant objection.
5    You can answer the question.
6            MR. GIBBS: It means I think he's just
7    arguing with you instead of asking a question to seek
8    information. That's what it means.
9            THE WITNESS: Okay. So then I --
10           MR. GIBBS: You can answer if you have an
11   answer.
12           THE WITNESS: Okay. Can you repeat the
13   question?
14           BY MR. LEASURE:
15   **Q   Sure. Again, if no use cases were in**
16   **place, why buy in September of 2017, as opposed to when**
17   **the ecosystem is further developed?**
18       A   I think the biggest reason is, like, Kik
19   wasn't the only one struggling to compete in this
20   monopoly-controlled world. Many developers were. And
21   so to hear a billion dollar -- CEO of a billion dollar
22   company say, "Hey, I'm struggling like you, and I think
23   this is a solution for us," a lot of people are saying,
24   "I think this could be a solution for us, too."
25           And so to be part of that on day one -- to

Page 461

1    be part of that movement on day one and say, "Hey,
2    you're going to go do what you're going to do in Kik,
3    and I'm going to do what I'm going to do in my app, and
4    we're going to all do this together," was a very
5    powerful proposition.
6    **Q   Do you know what percentage of purchasers**
7    **were -- in the public sale were developers versus other**
8    **types of people?**
9        A   I can't say for sure. But I would say at
10   the time, even back then, most people who had gotten
11   into cryptocurrencies, were excited about Bitcoin, were
12   excited about the blockchain, were developers.
13   **Q   But you don't know?**
14       A   But I don't know.
15   **Q   And did Kik ever gather data about that?**
16       A   Not to my knowledge. Nothing I can think
17   of.
18           MR. LEASURE: Okay. Let's go off the
19   record.
20           MR. MITCHELL: Can I follow up on that real
21   quick? What developers bought Kin tokens in the sale
22   to the public?
23           THE WITNESS: I know some developers that
24   we know did specifically buy it. But I am sure that
25   many people who bought it were developers. But we

Page 462

1    didn't -- couldn't know which ones were and which ones
2    were not.
3            MR. MITCHELL: What ones do you know?
4            THE WITNESS: I don't have specific
5    recollection. I remember -- I seem to recall some of
6    our previous platform partners at the time buying some
7    Kin. I seem to recall maybe Betaworks was on those. I
8    could be wrong on that. So I don't have any specific
9    recollection.
10           MR. MITCHELL: And anyone other than
11   Betaworks?
12           THE WITNESS: I can't recall.
13           MR. MITCHELL: And you think Betaworks
14   bought in the public sale?
15           THE WITNESS: I can't recall when they
16   bought. I can't even recall if they did buy. I
17   remember that was -- that's a name that jumps to my
18   memory.
19           MR. MITCHELL: Okay. So then sitting here
20   right now, do you know any developers who bought Kin
21   tokens in the sale to the public?
22           THE WITNESS: I don't think there would be
23   a way for me to know because it's not a question we
24   asked. I can only speculate.
25           MR. MITCHELL: In the last 14 months or

Page 463

1    13 months, have you been working with developers who
2    are interested in the Kin token idea?
3            THE WITNESS: Actually, yeah. There are
4    developers at a minimum who are building
5    applications for Kin, who do claim to have bought Kin
6    in the token sale.
7            MR. MITCHELL: Who?
8            THE WITNESS: For example, Kinny the Tip
9    Bot was built by people in the Reddit community -- in
10   the Reddit community. That app is alive on Android
11   Google Playstore today.
12           MR. MITCHELL: So the Kinnit bot?
13           THE WITNESS: Sorry? Kinny the Tip Bot.
14           MR. MITCHELL: Kinny the Tip Bot.
15           THE WITNESS: Correct. So those are
16   developers who came together, met through the
17   community, and decided to launch this application
18   together.
19           MR. MITCHELL: Okay. Anybody else?
20           THE WITNESS: There's quite a few examples
21   like that in the community today. That's the biggest
22   one that comes to mind. But I'm quite sure -- I'm
23   pretty sure there are others, but you could find out if
24   you go on Reddit and find it.
25           MR. MITCHELL: Sure. How big is it?

Page 464

1   How big is the tip bot?
2   THE WITNESS: What?
3   MR. MITCHELL: You said it's the biggest --
4   THE WITNESS: No. I said it's the name
5   that comes to mind. It's the most obvious example.
6   They built a great app. So I personally like it, so
7   that's why it comes to mind. But there are others.
8   MR. MITCHELL: Are there any other
9   developers that you've worked with since the sale --
10  THE WITNESS: Why don't you -- like, I
11  didn't work with those developers. They did work as
12  part of the developer program. But I'm pretty sure --
13  I'm not sure. I think my best guess would be that I
14  recall them saying they bought Kin in the original
15  token sale.
16  MR. MITCHELL: On Reddit, they said that?
17  THE WITNESS: Correct.
18  MR. MITCHELL: They didn't say it you
19  personally?
20  THE WITNESS: No. I haven't talked to
21  token sale purchasers personally. I probably have and
22  didn't know, but it's not something I do -- I do on
23  Reddit.
24  MR. LEASURE: Off the record.
25  THE VIDEOGRAPHER: This concludes Disc

Page 465

1   Number 2. Going off the record.
2   The time is 12:46 p.m.
3   (Recess.)
4   THE VIDEOGRAPHER: This begins Disc
5   Number 3. We are back on the record.
6   The time on the video monitor is 2:04 p.m.
7   BY MR. LEASURE:
8   Q   Back on the record after a lunch break
9   during which, Mr. Livingston, did you have any
10  substantive conversations about this investigation with
11  SEC staff?
12  A   I did not.
13  Q   So let's say I'm someone who bought Kin in
14  the September 2017 token sale.
15  A   Okay.
16  Q   What could I do with my Kin?
17  A   You could use it inside Kik to unlock
18  different levels of status represented by different
19  levels of stickers, send those to anybody inside the
20  Kik community. You could trade it back and forth.
21  Just like any cryptocurrency, we can't
22  control what you can do with it. You could integrate
23  it into an app if you wanted to do that as well.
24  Q   Okay. Let's start with the trading. I
25  take it at that point, Kin was on the Ethereum

Page 466

1   blockchain?
2   A   Correct.
3   Q   And so I could -- just like with any
4   crypto, I could use -- I could trade it to other people
5   for anything, right?
6   A   Right.
7   Q   I could give it away. I could trade it for
8   a service. I could trade it for money. I could do
9   anything I wanted with it?
10  A   Correct.
11  Q   Okay. And did Kik -- apologies if I've
12  asked this before. Did Kik track that in the, let's
13  say, weeks after the September 2017 sale, what's
14  happening on Ether?
15  A   Not to my knowledge.
16  Q   Okay.
17  A   Not that I recall.
18  Q   And did Kik have any way of knowing what
19  people were doing with their Kin on the Ethereum
20  blockchain?
21  A   Not that I can think of.
22  Q   And if you --
23  A   I'm not sure.
24  Q   Let me ask that in a better way. Whether
25  they were using it to buy goods and services, whether

Page 467

1   they were using it, you know, to trade it for other
2   currencies, is there a way that Kik had to tell what
3   people were doing with it?
4   A   No.
5   Q   Okay.
6   A   I don't think so.
7   Q   Inside the Kik messaging app, I could use
8   Kin to unlock sticker packs -- sticker packs for
9   status, correct?
10  A   Correct.
11  Q   And by "unlock," that means I didn't have
12  to pay for those stickers. I would just show that I
13  had a certain amount of Kin and get access to sticker
14  packs?
15  A   Yeah. You would verify that you owned a
16  certain amount of Kin. And based on that verification,
17  it would unlock certain sticker packs.
18  Q   And that, not to restate what you said, it
19  was the minimum viable product?
20  A   That was the product experience we launched
21  with on day one inside Kik.
22  Q   And just to be clear, I see references in
23  the documents to MVP, or minimum viable product.
24  A   Yeah. I think that's the MVP inside of
25  Kik. Like, the reason I am hesitating is --

Page 468

1      Q   Yeah.
2      A   -- you know, there's also, like, the MVP
3   for creating the token and, like, creating the smart
4   contract to do the token sale.  Like, there's -- that
5   wasn't the only thing.  That was the MVP inside of Kik.
6      Q   Got it.  Okay.  And other than -- on top --
7   other than unlocking sticker packs within the Kik
8   messaging app, what else, if anything, could I in
9   September 2017 do with the Kin that I bought?
10     A   I believe that was the only thing you could
11  do inside of Kik.
12     Q   Okay.
13     A   There might have been other things with
14  earning, but I can't recall specifically.
15     Q   Did Kik, or anyone set up at that time
16  inside the Kik messenger app, a wallet for me to hold
17  my Kin inside Kik?
18     A   I believe some users were giving Kik,
19  depending on sort of their status within the community.
20  And so they would have a wallet with Kin in it for
21  people to purchased Kin in the token sale.  I think we
22  would -- they would access their preexisting wallet.
23         So I don't think a new wallet was created
24  for them, but I'm not 100 percent sure.
25     Q   Preexisting wallet inside of the Kik

Page 469

1   messaging app or outside of it?
2      A   So any wallet is a public thing on the
3   blockchain.  So it's not like -- you know, there's no
4   inside or outside.  It's just a different way to view
5   what's happening on the blockchain.
6      Q   And were you describing what I've seen
7   referred to as an airdrop to certain Kik messenger app
8   users?
9      A   That was part of it, yes.  So certain Kik
10  users got Kin given to them for free based on their
11  historical participation in the community.  Getting
12  those first users using it, they could unlock stickers.
13  And then also, anybody who purchased it in the token
14  sale could also unlock stickers.
15     Q   Okay.
16         MR. MITCHELL:  The people who Kik gave Kin
17  to outside the sale, did that happen at that same time
18  that the sale happened?
19         THE WITNESS:  I can't recall the exact
20  timing.
21         BY MR. LEASURE:
22     Q   And why did Kik give them Kin?
23     A   I think it was just another -- I can't
24  recall.  My guess would be that it's just another way
25  to test this out, this new technology, new product, et

Page 470

1   cetera.  Could I -- again, I bought Kik -- let's say I
2      Q   Could -- again, I bought Kik -- let's say I
3   bought Kin on day one of the public sale.
4          Could I engage in peer-to-peer transactions
5   inside the Kik messaging app with my Kin?
6      A   You could not.  Not to my knowledge.
7      Q   Why not?
8      A   Why not?  The reason for that was the
9   blockchain technology was very new and immature.  And
10  so I think our concern was with the current state of
11  blockchain technology, if we enabled that, there's a
12  potential that we could crash the Ethereum network,
13  which would not just hurt all Kin users inside of Kik,
14  obviously, but would hurt all users of Ethereum
15  broadly.  And we didn't want to do that.
16     Q   At some point, and I apologize, I can't
17  remember where, I think I may have seen or heard a
18  reference to concerns about safety as well.  That if
19  people on day one could buy or could transfer Kik --
20  Kin to each other inside the Kik messaging app, there
21  might be safety concerns.
22         Does any of that ring a bell or is that not
23  consistent with your memory?
24     A   I think safety has always been a concern
25  for us, so it doesn't surprise me that we would be

Page 471

1   thinking about safety in peer-to-peer transfers as
2   well.
3      Q   But do you remember thinking -- do you
4   remember specifically thinking about that in connection
5   with peer-to-peer transfers for Kin?
6      A   Yeah, I think -- I do remember thinking
7   about safety broadly when it comes to cryptocurrencies,
8   and specifically when it comes to cryptocurrencies
9   inside Kik.
10     Q   Okay.  And, again, we're on day one.  I
11  bought -- say I bought in the Kin sale in
12  September 2017.  Could I, at that time, earn Kin via
13  the Kin Rewards Engine?
14     A   As a developer?
15     Q   As anyone?
16     A   So the Reward Engine is for developers.
17     Q   Okay.
18     A   The Reward Engine was not running then and
19  is not running today.
20     Q   That's what I was going to ask you.
21         It's not running today?
22     A   Correct.
23     Q   In terms of today -- so we've walked
24  through what could or couldn't be done with Kin as of
25  September 2017.

Page 472

1    A   Uh-huh.
2    Q   It's now November of 2018.
3        What has changed?
4    A   Many things have changed.  Where do you
5 want me to start?
6    Q   Okay.  Can I do -- is there a wallet inside
7 of Kik?
8    A   There is a wallet inside of Kik.
9    Q   So I can show my balance -- that wallet
10 shows my balance inside the Kik messaging app?
11   A   So there is a wallet in Kik today.  It's on
12 the new fork of Stellar blockchain.  There's also the
13 old wallet for the Ethereum blockchain, the new wallet
14 for the Stellar -- fork of Stellar blockchain, if we
15 just call it the Kin blockchain.
16       Today, you can use it to earn in the
17 marketplace by doing things like filling out surveys.
18 And you can spend it on things like chat themes.  You
19 can spend it on chat themes.  That's today the extent
20 of the functionality in Kik.
21   Q   Inside the Kik messaging app?
22   A   Correct.
23       MR. MITCHELL:  And the tokens that are
24 being transacted there, are those tokens on the new --
25 on the Kin blockchain or on the Ethereum blockchain?

Page 473

1        THE WITNESS:  It's technically both.  Like,
2 so if you -- you can earn and spend on stickers on the
3 Ethereum blockchain, and then you can earn and spend on
4 chat themes on the new Kin blockchain.
5        MR. MITCHELL:  So if someone earns tokens,
6 there's actually a transaction on the Ethereum
7 blockchain that adds -- gives them Kin tokens?
8        THE WITNESS:  I believe so, yes.  There are
9 ways to earn Kin that exist on the Ethereum blockchain.
10       MR. MITCHELL:  From inside the Kik app?
11       THE WITNESS:  Correct.  That's my
12 understanding.
13       MR. SCHLEGELMILCH:  I think you said in
14 response to an earlier question that Kik did have not
15 the ability to -- Kik had the ability to see how many
16 transactions there were, but with the ERC-20
17 blockchain, it couldn't tell what those transactions
18 were, whether it was -- whether it was through an
19 exchange or whatever sort of the tenor of the
20 transaction.
21       Is that also true with respect to the
22 Stellar fork blockchain, you can tell sort of the
23 quantity of them but not their character, like, what
24 they're for?
25       THE WITNESS:  I think you can tell what

Page 474

1 application they're inside of.
2        MR. SCHLEGELMILCH:  Okay.
3        THE WITNESS:  But not what the exact
4 transaction was inside that app.
5        MR. SCHLEGELMILCH:  Okay.  And when you say
6 what application they're inside of, what does that
7 mean?
8        THE WITNESS:  So today, I think we have
9 roughly ten apps live in the Apple app store or the
10 Google Playstore that have integrated Kin, places
11 consumers around the world can go to earn and spend and
12 use Kin.
13       MR. SCHLEGELMILCH:  Okay.
14       THE WITNESS:  So you can tell by the
15 blockchain which applications those transactions are
16 being generated by.
17       MR. SCHLEGELMILCH:  Okay.  Are there
18 transactions that are not being generated by those
19 apps?
20       THE WITNESS:  On the -- on the fork of
21 Stellar, not to my knowledge.  Just by those apps.
22       MR. SCHLEGELMILCH:  Okay.  Okay.
23       MR. MITCHELL:  Can people exchange Kin
24 tokens that are on the Stellar -- fork of Stellar
25 blockchain for other currencies?

Page 475

1        THE WITNESS:  Not yet.
2        BY MR. LEASURE:
3    Q   So currently, there are developers and apps
4 that will accept Kin in exchange for goods or services?
5    A   Yes.
6    Q   Okay.  Rolling back the clock.  It's
7 September of 2017.
8        Which developers or apps accepted Kin?
9    A   Just Kik.
10   Q   That's it?  You were unaware of any others?
11   A   Correct.
12   Q   Okay.
13       MR. MITCHELL:  What did Kik accept them
14 for?
15       THE WITNESS:  Kik allowed you to unlock
16 stickers based on your balance.
17       MR. MITCHELL:  So did Kik -- did Kik
18 provide any goods and services to people in return for
19 Kin tokens?
20       THE WITNESS:  If you're saying in terms of
21 actually spending them where Kik would take your tokens
22 in return for something, no.
23       MR. MITCHELL:  And what about the opposite?
24 Did Kik provide goods and services -- I'm sorry.
25       The opposite would be:  Did Kik pay people

Page 476

1  Kin -- at the time of September of 2017, did Kik have
2  any systems where it was paying people Kin tokens for
3  them to do goods and services for Kik?
4       THE WITNESS:  So the airdrops were given to
5  Kik users based on how much of a power user they were
6  inside the Kik ecosystem.  So in a way, they were
7  getting paid for being good users.  I'm not sure.  I
8  know either then or shortly after, we rolled out the
9  ability to earn, I believe, from doing surveys.  But I
10 can't remember the exact sequencing of that in timing.
11      MR. MITCHELL:  Was that -- were there
12 surveys at the time that people got their -- made the
13 decision to buy Kin tokens?
14      THE WITNESS:  I can't recall.
15      MR. MITCHELL:  Okay.
16      BY MR. LEASURE:
17      Q   So we see in documents, starting around May
18 of 2017, some discussion about should there be an MVP,
19 what should the MVP be for the upcoming token sale.
20      A   Uh-huh.
21      Q   Does that ring a bell with you, that there
22 were discussions about that?
23      A   It does.
24      Q   Okay.  At a high level -- I'm going to walk
25 you through some documents to see if it refreshes your

Page 477

1  recollection.  What do you remember about those
2  discussions as they evolved over time?
3       A   About what the MVP was?
4       Q   Yeah.
5       A   So I think when you're launching any new
6  product, you're trying to figure out what is the
7  minimum viable version of that product.  What defines
8  viable is depending on what the product is you're
9  launching.  In the case of Kin, I think the pieces that
10 would contribute to viability would be it has to work
11 from a user point of view, you know.
12      It has to work well for the users that are
13 exposed to it.  It has to work from a technology point
14 of view.  The technology needs to be able to support
15 it.  It has to work from a compliance point of view and
16 all applicable laws.  And it has to work from a
17 strategic and timing point of view.
18      So I think those would be the four things
19 that would contribute to what we decided would be our
20 minimum viable product, that first product we would
21 launch with Kin.
22      Q   And this -- the access to sticker packs as
23 an MVP, it complied -- it met those criterion you just
24 described?
25      A   I think it was the -- it was the best -- of

Page 478

1  all the options, it was the best option on all of those
2  criteria, yes.
3       Q   What were the other options being
4  considered?
5       A   I don't remember any specific options being
6  considered.  I think what I do remember is, you know,
7  some of those different pieces.  So from a technology
8  point of view, Ethereum could handle almost no
9  transactions per second.  So if we did lots of earning
10 and spending, like we had with Kik Points, millions of
11 people earning and spending, if we just put that on the
12 blockchain, the whole thing would grind to a halt.
13      In fact, I do remember doing a calculation
14 that if we simply wanted to give 10 Kin to all of your
15 users just to get them started, just one time 10 Kin,
16 even if they never used it from there, they never
17 earned more or spent any of it, that operation alone
18 would bring the Ethereum network to a halt for
19 something like 30 days.
20      Q   Just the distribution of 10 to Kik users?
21      A   Correct.  So there's a technology piece.
22 The punch line there is the technology was very young.
23 There was a product piece.  There was word outside Kik
24 is a chat community.  You're interacting with new
25 people.  When you interact with new people, signals of

Page 479

1  status are important.
2       And so it felt like there would be a good
3  utility there for our user base to be able to do that
4  with Kin.  And then there was also strategic.  We had
5  outlined our entire vision for the world to publicly
6  see and copy in May.  We were very concerned that once
7  again, we would get copied and crushed, and our very
8  concern that once again we will get copied and crushed.
9  And so we wanted to move quickly.
10      MR. MITCHELL:  What user base were you just
11 mentioning that would like the stickers or...
12      THE WITNESS:  I don't understand the
13 question.
14      MR. MITCHELL:  Am I right you just said
15 that you -- that you considered that the stickers --
16 that this was a chat app and that showing status was --
17 had value --
18      THE WITNESS:  Uh-huh.
19      MR. MITCHELL:  -- to the user base.
20      THE WITNESS:  Correct.
21      MR. MITCHELL:  Is that right?
22      THE WITNESS:  Correct.
23      MR. MITCHELL:  What user base?
24      THE WITNESS:  The user base of Kik.
25      MR. MITCHELL:  The messaging app?

Page 480

1    THE WITNESS: Correct.
2    BY MR. LEASURE:
3    Q   I think you mentioned one of the criteria
4    or things being looked at was compliance; is that
5    right?
6    A   Yep.
7    Q   Did Kik attempt to develop sticker packs as
8    an MVP in part of concerns for compliance with
9    securities laws?
10   A   We considered all applicable laws when
11   we -- you know, money transmission is another area I
12   would put into compliance. And it was also technology.
13   Q   Okay. But, again, was it in part of -- out
14   of concern for complying with the securities laws?
15   A   I'm trying to think. I don't want to do
16   the privileged thing. We were getting advice at the
17   time on this initial product. Some of that advice --
18   again, I'm just trying to --
19   MR. GIBBS: Let me see if I can help.
20   THE WITNESS: Okay.
21   MR. GIBBS: It's okay in answering his
22   question to identify the subject matter of the advice.
23   THE WITNESS: So yes.
24   BY MR. LEASURE:
25   Q   So you discussed with Kik's counsel what

Page 481

1    MVP should accompany the public sale?
2    A   Yes.
3    Q   That was Cooley?
4    A   Yes, to the best of my knowledge.
5    Q   No one else -- no other counsel you
6    remember?
7    A   I know we had a bunch of different counsels
8    in the company at the time. I can't remember which law
9    firms were working on what.
10   Q   Fair enough. Okay. Let me show you a
11   document.
12   MR. MITCHELL: Earlier, you talked about
13   compliance in terms of not wanting to violate -- having
14   product violate the law. Did I understand that right?
15   THE WITNESS: I think we -- I don't know.
16   We wanted to make sure that anything we did, whether a
17   token sale or anything we've done ever in the history
18   of the company, would comply with all known laws.
19   MR. MITCHELL: So I guess I'm trying to
20   understand. Was your concern that somehow -- that
21   giving people access to the stickers might violate some
22   law?
23   THE WITNESS: I think we -- I don't think
24   it was about the stickers violating a law. I think it
25   was about the broader idea of, you know, making --

Page 482

1    ensuring that this met the legal definition of a
2    currency, which is how we viewed it.
3    MR. MITCHELL: Again, we're just staying on
4    this subject. The "this" you're talking about is that
5    the Kin token met the definition of the currency?
6    THE WITNESS: Correct.
7    BY MR. LEASURE:
8    Q   I'm going to show you a document that's
9    previously been marked as Exhibit 179. Take a look and
10   let me know when you're ready. I'll identify it for
11   the record. It's a one-page printout of an e-mail
12   chain ending June 10th, 2017, with the subject "Crypto
13   MVP/Alpha," A-l-p-h-a.
14   A   Uh-huh.
15   Q   And has the Bates stamp KIK 103267.
16   Mr. Livingston, what is this document?
17   A   This appears to be an e-mail -- e-mail
18   thread.
19   Q   Okay. From Eran Ben-Ari?
20   A   Yep.
21   Q   Okay. And do you -- do you remember this
22   e-mail discussion?
23   A   I do.
24   Q   Okay. Backing up for a minute. We've been
25   a talking about the MVP. Can you -- can you place this

Page 483

1    in the context of discussions about what an MVP should
2    be?
3    A   An MVP should be a minimum viable product
4    that satisfies all pieces of what you're trying to
5    launch and test out.
6    Q   And this is people discussing the sticker
7    packs as a potential MVP. Do I have that right?
8    A   That's what it looks like.
9    Q   Okay. Eran's e-mail on June 5th that
10   begins the chain, do you see this?
11   A   Yep.
12   Q   He writes, "Hi, all. Below is a link to
13   the spec I wrote a few weeks ago. This was approved by
14   Nancy and later used as the basis for what Jairaj,"
15   J-a-i-r-a-j, "implemented within Kik."
16   Do you recall the specs that Eran is
17   referring to here?
18   A   I don't recall the specific spec, but I
19   have a recollection of generally being similar to what
20   we launched, is my guess.
21   Q   Specs for the sticker packs?
22   A   Right. And the functionality of unlocking
23   stickers based on your balance.
24   Q   Got it. And just from this e-mail, is it
25   right that around this time, the actual stickers

Page 484

```
 1   themselves are being developed by people at Kik?
 2        A   It looks like that, yes.
 3        Q   Do you remember that process, how they went
 4   about doing that?
 5        A   I don't recall specifically.  But from
 6   this, it looks like they worked with Phil and Ilan to
 7   get these stickers.
 8        Q   Okay.  The next sentence says, "This
 9   definition was written with one purpose only," in all
10   caps, "COMPLIANCE."
11        A   Uh-huh.
12        Q   "This is not an MVP for product purposes
13   nor to satisfy any good user experience with crypto
14   participants."
15        Do you -- do you -- did you agree with Eran
16   that the definition was written with one purpose only,
17   compliance?
18        A   I think this is a bit of a complicated
19   question, I think.  You know, as I said, we were --
20   when we lunched this thing about this minimum viable
21   product, we were thinking about it from a bunch of
22   points of view; the technology point of view, the
23   product point of view, the compliance point of view,
24   and the strategic point of view.
25        So I think what Eran is saying here is this
```

Page 485

```
 1   spec from -- this spec is saying it's looking at what
 2   are all the options, and it's -- this one is
 3   primarily -- it's looking at it from a compliance first
 4   point of view.
 5        Q   Okay.  But the overall sticker packs and
 6   their development --
 7        A   Uh-huh.
 8        Q   -- it's your view that that was not merely
 9   developed for compliance purposes?
10        A   I think it was the intersection of what the
11   technology could allow, what would be -- meet all
12   applicable laws from a compliance point of view, what
13   users would find valuable, and what we could launch and
14   get in market with, knowing that we had shared the
15   whole vision with the entire world, so that we could do
16   now today.  It was the intersection of all of those
17   four.  And I think -- yeah, it was the intersection of
18   all those four.
19        MR. MITCHELL:  And the users that you were
20   just mentioning, those are the Kik app users?
21        THE WITNESS:  Yep.
22        BY MR. LEASURE:
23        Q   Okay.  He further writes that -- following
24   where I was just reading, he writes, "We discussed that
25   once we integrate Kin into Kik, we will rebuild the
```

Page 486

```
 1   entire product bottom up, and the MVP will not be used
 2   in any way."  Let me pause there because he says "we
 3   discussed."
 4        Do you recall discussions along the lines
 5   that this e-mail is referring to?
 6        A   I do not, but I'm sure they happened.
 7        Q   Okay.  Was there -- again, leaving aside a
 8   discussion, did you have in mind that once Kin was
 9   integrated into Kik, that the entire product, sticker
10   packs, would be rebuilt from the bottom up?
11        A   I think maybe what's the context here of,
12   like, what would be rebuilt is important.
13        Q   Please.
14        A   I think to understand this, you have to
15   understand where Kin came from, which is -- the
16   original idea was let's take Kik Points and put it on a
17   blockchain.  Like, if Kik Points alone was a
18   cryptocurrency, it would be the most used
19   cryptocurrency in the world.
20        And so to have that product, with all the
21   different ways to earn and spend it, and then to try to
22   put it on the blockchain meant that, like I said, even
23   just giving 10 Kin to our millions of users was not a
24   viable option with the current state of the technology.
25        And so what we had to do is we had to take
```

Page 487

```
 1   all the things we had done and wanted to do with Kik
 2   Points and narrow it down to what the blockchain
 3   technology could support today.  I think for Eran,
 4   myself, and a lot of people, you know, that was a hard
 5   thing to do, you know, sort of a frustration with a
 6   technology.
 7        But at the same time, when you launch
 8   something, you get in the game, people get excited, it
 9   accelerates the rate with which we could build out Kin
10   from there.  So when -- like, rebuild, you know, there
11   was no earning and spending here.  So I don't know if
12   rebuild, it's -- we would have to expand the product.
13        Q   Okay.  So you don't -- you don't recall --
14   it sounds like you don't recall the discussion that
15   Eran is referring to here?
16        A   I don't recall.  I do not recall this
17   specific discussion.
18        Q   Okay.  I'll take that back.  Thank you.
19        So, obviously, you've described to me the
20   thinking that you recall going into deciding on sticker
21   packs as an MVP for Kin.  Was there business or market
22   analysis done to decide what sticker packs appeal
23   versus other potential MVPs?
24        A   Not that I can specifically think of.
25        Q   Okay.  I guess this might follow up from
```

44 (Pages 484 to 487)

1  that, but let me ask anyway.  Did Kik ever get any
2  feedback from potential Kin purchasers prior to the
3  public sale about sticker packs?
4      A   I did hear from people that they thought it
5  was cool.  Most -- these people I heard from were not
6  Kik users previously, but they became Kik users,
7  thought it was cool that they could bring their Kin
8  into Kik and unlock stickers, and that they had done
9  that and used that and thought it was cool.
10      Q   Okay.  So after the public sale, you heard
11  from some users that they had signed up for Kik and
12  accessed sticker packs?
13      A   Right.
14      Q   Okay.  Can you tell me anything more about
15  those users or those discussions?
16      A   Now, they're sort of offhand discussions
17  that was largely --
18      Q   People you knew already or people who
19  reached out to you?
20      A   People I knew already.
21      Q   Like, a business or acquaintances or
22  friends or anything?
23      A   This case I'm thinking of, it was somebody
24  from Cointree.
25      Q   Oh, okay.  So someone who had worked with

1  you guys on the Kin project?
2      A   Uh-huh.
3      Q   Do you remember which person?
4      A   It was -- what's his name?  I could find
5  out.  Daniel.
6      Q   Someone -- Daniel from Cointree?
7      A   Yes.
8      Q   Got it.  Okay.  Moving forward in time.
9          So were there discussions in June involving
10  board members about whether to delay the public sale
11  and build additional functionality for Kin?
12      A   I think we were constantly evaluating what
13  are all the options for the intersection of product,
14  technology, compliance, and timing.
15      Q   And so you were always doing that -- we see
16  some references in June.  Does anything ring a bell of
17  discussions with Fred Wilson and other people at the
18  board, anything like that, at that time?
19      A   Yeah, rings a bell.
20      Q   Tell me what you remember.
21      A   I remember us being concerned about what
22  was happening in the industry at large at the time,
23  that a lot of sort of irresponsible things were
24  happening, a lot of scams were going on, you know,
25  there was a lot of excitement in the market.  But also,

1  we saw, from my point of view, a lot of bad things
2  happening, like just blatant scams.
3          And so I remember us wanting to be very
4  careful to make it clear that we were not like them in
5  any way, and that this was a legitimate project based
6  on years of thinking and not just some scam like so
7  many other projects we saw at the time.
8      Q   And did anyone say, you know, to avoid
9  being seen like some of those other projects, we should
10  slow down this project, build out more?
11      A   I think we -- like, we constantly
12  reevaluated the launch date for the token sale.  I
13  think we pushed it back multiple times.  And that was
14  for different reasons each time.  That was for
15  technology reasons, you know, the technology took
16  longer to build than we thought.  That was for product
17  reasons, you know, we were still building out the
18  product.
19          That was for compliance reasons, you know,
20  based on advice from -- it was a topic of discussion
21  with counsel at the time.  But from my point of view, I
22  wanted to launch Kin as soon as possible.
23      Q   Let me show you a document that might bear
24  on some of this.  This is a document previously marked
25  as Exhibit 151.  Take a look and let me know when

1  you're ready.  I'll identify it for the record as a
2  two-page printout of an e-mail chain ending June 13th,
3  2017, with the subject "Board Materials."  Exhibit 151
4  has the Bates stamp Kik Foundation Cap 2701.
5      A   Okay.
6      Q   What is this document?
7      A   It's an e-mail from Fred.
8      Q   Okay.  Just to point -- to move it ahead
9  maybe, do you see you are on the first e-mail in the
10  chain, your name is there?
11      A   I do, yep.
12      Q   Okay.  And then it looks like you're off
13  the chain in the top.  Do you see that?
14      A   I do see that.
15      Q   Okay.  So I just want to focus on the part
16  you're on.  Does this appear to be referring to a board
17  meeting, an upcoming board meeting?
18      A   It does appear to be, yeah.
19      Q   Okay.  Something in June 2017, the board,
20  right?
21      A   Uh-huh.
22      Q   He writes, "Just so you both know, I'm
23  increasingly nervous about the speculative fever in the
24  token sale world.  I will advocate that we take a very
25  cautious approach so Kik doesn't become the poster

1 child for bad behavior."
2        Do you see that?
3    A   I do.
4    Q   And you were referring earlier to concern
5 about scams and things happening in this space.
6        Is that what Fred was concerned about here
7 or something else?
8    A   I think what Fred was concerned about
9 here -- I can't say for him for sure.
10   Q   Of course.
11   A   But if I were to guess, it's what I was
12 concerned about as well, which as -- you know, we
13 viewed crypto as a fundamentally new business model, a
14 new way to compete, a new way to build value for
15 consumers.  But so many of these other projects just
16 sort of looked like they had an idea overnight and were
17 launching a token sale and in cases selling very high
18 dollar amounts for those tokens.
19       And so I don't think here the concern is
20 that we had bad behavior.  I think it was that we
21 wanted to do everything we could so that we wouldn't
22 get incorrectly lumped in with those that were
23 exhibiting bad behavior.
24   Q   Got it.  Okay.  And did you and Ted -- you
25 are Ted.  Did you and Fred talk about that?

1    A   Well, he sent this e-mail to me.  And
2 everything he, like -- it was, like, a very interesting
3 time.  Like, for me, it was super exciting because I
4 knew we were going to go all in on this dream I had had
5 for years.  And that by doing that, it could save Kik,
6 but also save the consumer app industry broadly.
7        It could potentially become the most used
8 cryptocurrency in the world.  And so I was very excited
9 on one side and very eager to get in the game knowing
10 that competition was coming and that people once again
11 would try to copy and crush us.  On the other side, I
12 and along with Fred and many others were very concerned
13 about the state of the token market, seeing many
14 people -- even today, I think many of the top ten
15 currencies are never going to be used.
16       And so saying like we don't want any part
17 of that.  And so how do you balance those two things is
18 a very delicate thing.  On one side, it's exciting.
19 You know this is a massive opportunity, and you know
20 competition is coming once again.
21       And after having spent ten years of your
22 life on this, this time, you want to win.  But at the
23 same time, seeing all of this bad behavior in the
24 market, and making sure that you are not going to get
25 incorrectly lumped into that bad behavior.

1    Q   So would you agree that there was on the
2 one hand attention to get into the market as soon as
3 possible to not be copied and crushed?
4    A   It's not a matter of whether we get copied.
5 It's only a matter of whether we get crushed.  And the
6 sooner we get in market, the larger lead we have, the
7 stronger we are as an ecosystem by the day that
8 Facebook inevitably copies us and comes to crush us.
9    Q   Understood.  And there was a tension
10 between that on the one hand versus trying to do this
11 responsibly, not even optically appearing like, you
12 know, scams you were seeing out there?
13   A   Yes.  We have the best vision of anybody in
14 the world, but we also took the most cautious approach
15 of anybody in the world.  And if we could do those two
16 things, we think that would be the best possible option
17 of all the options.
18   Q   Let me point you to what Fred subsequently
19 wrote.  He writes on Item 2, if you see that --
20   A   Uh-huh.
21   Q   -- "We should not sell tokens to the,"
22 quote, "'crowd,'" end quote, "until we have implemented
23 Kin inside Kik and can show it working just like Kik
24 Points.  We should show that we can settle off chain
25 and on chain before offering Kin to the crowd."

1        Let me pause there.  Can you -- first, do
2 you recall Fred proposing this?
3    A   I do.
4    Q   And did you discuss this proposal with
5 Fred?
6    A   I don't recall specifically discussing it.
7 But I do recall me have similar thoughts, I believe, at
8 the time.
9    Q   Is it fair to say Mr. Wilson wanted to slow
10 down the project until certain development milestones
11 were reached?
12   A   I think what we're getting at here is we
13 had an evolving understanding of what exactly a utility
14 was and also what exactly -- how exactly compliance
15 would work in this space.  And so at this time, I would
16 say it's not that he wanted to slow it down per se.
17       You know, he wanted to make sure we had the
18 right utility, as we all did.  And this is what was our
19 understanding of what that utility might be at the
20 time.
21   Q   Can you explain to me -- I think you said
22 you had an evolving understanding of utility at this
23 time.
24   A   Uh-huh.
25   Q   Can you explain that to me?

1     A   Yeah.  I think when we looked at minimum
2   viable product, like I talked about earlier, there were
3   four factors; compliance, technology, product, and
4   timing.  And so what are all of the options there?  You
5   know, like anything, you start out, you sort of have
6   one option.  And then as you work through, one of our
7   values is we look at all the options, we try to
8   generate all of the options on all those factors.
9         And so the option we ultimately went with
10   is different than what this initial option here has
11   proposed.
12     Q   Right.  This isn't what you guys did?
13     A   Correct.
14     Q   And you couldn't settle -- in the event, in
15   September 2017, you couldn't settle off chain and off
16   chain?
17         MR. MITCHELL:  Off chain -- excuse me.  Off
18   chain and on chain.
19         MR. LEASURE:  Correct.  I misread that.
20         THE WITNESS:  So, for example, we do not do
21   off chain settling today.  Why do we not do it?
22   Because then you get into money transmittal licensing
23   laws.  So, for example, here, what he's proposing
24   turned out to be not viable from a compliance point
25   of view.

1   2017, with the subject "Draft E-mail."  It has the
2   Bates stamp KIK 113490.
3     A   Okay.
4     Q   Do you recognize this document?
5     A   I do not.
6     Q   Okay.  Have you ever seen this document or
7   been forwarded this document?
8     A   I don't recall specifically seeing it
9   before.
10     Q   Okay.  Have you had a chance took take a
11   look at it?
12     A   I have not.
13     Q   Okay.
14     A   So should I read through it?
15     Q   Yes, please.
16     A   All right.
17     Q   I'm showing you this in part to see if it
18   refreshes any recollections of a board meeting that is
19   either consistent or inconsistent of what's in here.
20         Let me start by asking:  Did reading that
21   help refresh any recollections of a June 2017 board
22   meeting and discussions around it?
23     A   It did not.
24     Q   Rats.
25     A   I would tell you if it did.  I -- like,

1   BY MR. LEASURE:
2     Q   Did you implement Kin inside Kik and show
3   it working?
4     A   We did.
5     Q   Through sticker packs?
6     A   Yes.
7     Q   Any other way?
8     A   No.
9     Q   Okay.  I'll take that back.  I'm going to
10   show you a document previously marked as Exhibit --
11   well, first, this is referring to a board meeting
12   mid-June.  Do you remember a board meeting in mid-June
13   discussing Kin?
14     A   Not specifically.  There were many board
15   meetings going on at the time, so --
16     Q   I got you.  I understand.  Let me show you
17   a document and see if it refreshes anything.  I'm
18   showing you a document previously marked as
19   Exhibit 181.  Take a look at it and let me know when
20   you're ready.  To help you, I think this is -- well,
21   this is a multi-page printout of an e-mail with an
22   attachment.  I believe the attachment contains of the
23   text of -- that's in the e-mail.
24     A   Okay.
25     Q   It's -- Exhibit 181 is dated June 14th,

1   there were many discussions going on at the time about
2   the exact structure and how we could make it work and,
3   you know, presale and different discounts they got.  I
4   believe the discounts they ultimately got are different
5   than what's here, for example.  So there was a lot of
6   discussions around this.
7     Q   Sure.
8     A   So I don't recall this specific discussion.
9     Q   Let me point to one of two things and see
10   if you can recall discussion, you know, generally at
11   this time of what people are saying.
12     A   Yeah.
13     Q   It starts, it says, "At the last board
14   meeting, before Fred and Jim had to drop off the call,
15   the proposed course of action suggested to ensure
16   minimum risk to the company and the board (in
17   recognition of the frothiness of the cryptocurrency
18   markets generated this time) was to conduct a
19   $100 million presale and eliminate the public token
20   distribution event."
21         Let me pause there.  Was that in
22   consideration, not -- just not doing a public
23   distribution even at all?
24     A   I don't recall it specifically being a
25   discussion.  But I'm sure it was one of the options we

1   would have looked at at the time, yeah.
2      **Q   What did you think about that?**
3      A   I thought it was a bad option.
4      **Q   Why?**
5      A   Because at this point -- I'm not sure about
6   this point specifically, but at this point or around
7   this point, it was clear through the presale
8   conversations that we were going to get the money, and
9   that this was no longer about the money. So maybe
10   the lowest risk thing to do would be to only do a
11   presale.
12      But in doing that, you would eliminate the
13   option for the broader public to join the project on
14   day one. And for this project to succeed, this
15   ambition, this scope of vision, required as many people
16   as possible in as many countries as possible to become
17   stakeholders in the project in day one.
18      And so for me, this was no longer about the
19   money. This was about launching Kin with the most
20   momentum possible.
21      **Q   All right. The next sentence there reads,**
22   **"The conversion of the SAFT rights into Kin would occur**
23   **at the time the Kin ecosystem was fully functional**
24   **versus at the time there was a minimal viable product."**
25      **Did you see that?**

1      A   I do.
2      **Q   Okay. On that topic, a discussion of, you**
3   **know, converting SAFT rights at a fully functional time**
4   **versus at a time when there's a minimum -- minimal**
5   **viable product, do you remember discussion about that?**
6      A   Not specifically. When I look at this, you
7   know, what exactly the definition is of fully
8   functional versus minimum viable, like, to me, there
9   is -- minimum viable is where you start. To me,
10   there's the end vision, a currency used by billions of
11   people and thousands of applications. That's the end
12   vision. And then what is fully functional in between,
13   I'm not sure.
14      **Q   Were you -- around this time, were you**
15   **suggesting to Mr. Wilson that Kin should go to market**
16   **with only limited utility as opposed to full utility?**
17      A   I don't think I was suggesting that. I
18   think probably what I was suggesting is that we should
19   try to get in market as soon as possible to establish
20   leadership in this race.
21      **Q   Okay. And if that means not having the**
22   **time to build out more things, that it was worth doing?**
23      A   That -- if it meant that we would not be on
24   side from a compliance point of view, we absolutely
25   should not do it. But if we were on side from a

1   compliance point of view, from a product point of view,
2   from a technology point of view, and it allowed us to
3   establish our leadership sooner, get in market sooner,
4   build momentum sooner, then we should absolutely do it.
5      **Q   Okay. Did Mr. Wilson have a different**
6   **view?**
7      A   Not to my recollection.
8      **Q   He didn't push -- okay. That's fine. Let**
9   **me point you to one other section. This is on the**
10   **second page, 113491.**
11      A   Uh-huh.
12      **Q   It writes, "We reached out to the lead**
13   **investor on the presale and talked about extending the**
14   **time before the company would conduct the TDE and**
15   **offered the reason why. And much to our surprise, the**
16   **proposed delay was viewed adversely and would impact**
17   **the lead investor's decision to participate in the**
18   **presale."**
19      A   Uh-huh.
20      **Q   Let me pause there. Do you recall this**
21   **outreach -- this outreach described here to a lead**
22   **investor?**
23      A   Generally -- not specifically, but
24   generally, I am aware of it, yeah.
25      **Q   Tell me what you're aware of.**

1      A   That what is written here is we were trying
2   to figure out the right option on all those different
3   factors of how to launch the ecosystem. One of the
4   options was to wait longer and, you know, build on
5   chain, off chain, which we later realized was not an
6   option from compliance. But it looks like it was one
7   of things being considered at the time.
8      And that when we -- it looks like here, I
9   didn't do the reach out. But it looks like here that
10   pushing back the launch of the ecosystem was viewed
11   adversely by this investor's decision to participate,
12   which to me, is not to my surprise at all.
13      **Q   Why?**
14      A   For the same reason that I wanted to get in
15   market as soon as possible is probably the same reason
16   they should want to get in market as soon as possible,
17   which is you have figured out one of the biggest --
18   what I believe will one day be viewed as the biggest
19   opportunities in human history. You are better
20   positioned than anybody to launch this and go after
21   that, but you have shared this with the world.
22      Whenever you have an opportunity that is
23   this big, there will no doubt at some point be
24   competition. And every day we delay is a day we give
25   to the competition to one day catch up.

1      Q    Do you know who the lead investor is that's
2  being referred to here?
3      A    I don't know specifically.  But if I had to
4  guess, I would say it's Pantera.
5      Q    Okay.  I'll take that back.  Thank you.
6          MR. MITCHELL:  Are you aware of anyone from
7  Kik reaching out to Pantera in the way described in
8  this e-mail?
9          THE WITNESS:  I don't know specifically.
10  But it looks like somebody did reach out to them.
11         MR. MITCHELL:  Any idea who?
12         THE WITNESS:  I don't know who.  But if I
13  had to guess, I would think it would be Peter or -- I
14  would think it would be Peter.
15         MR. MITCHELL:  Peter Heinke?
16         THE WITNESS:  Yes.
17         MR. MITCHELL:  And if you wanted to know,
18  who could tell you who's being described here?
19         THE WITNESS:  Where?  I'm sorry.
20         MR. MITCHELL:  This Exhibit 181, is there
21  somebody who could tell you who the lead investor
22  referenced here is?
23         THE WITNESS:  I would guess Peter or Nancy
24  would be good people to ask.
25         MR. MITCHELL:  Oh, Nancy Wojtas --

1          THE WITNESS:  Well, Nancy wrote this
2  e-mail.  So I hope -- like, I wonder if -- is there
3  a question in, like, is there a way to find out who's
4  being referenced here?
5          MR. MITCHELL:  Yeah, that's what I was
6  asking.
7          THE WITNESS:  I would -- have you asked
8  Nancy?
9          MR. MITCHELL:  No.
10         THE WITNESS:  Okay.  Or have you asked
11  Peter?  He's also on this e-mail.
12         BY MR. LEASURE:
13     Q    We'll take it back.  Let me show you two
14  more around the time.  And these are probably best
15  shown together.  I'm handing you documents that have
16  previously been marked Exhibits 48 and 49.  Take a look
17  at Exhibits 48 and 49 and let me know when you're
18  ready.  I'll identify Exhibit 48 for the record.
19         It's June 26th, 2017 e-mail with an
20  attachment.  It has a Bates stamp KIK 103324.
21  Exhibit 49, the June 28th e-mail with an attachment,
22  KIK 117728.  Are you ready?
23     A    Ready.
24     Q    Do you recognize Exhibit -- let's start
25  with 48.  Do you recognize this document?

1      A    I haven't looked at it yet, but I can do
2  that.
3      Q    Please.
4      A    It looks like a board resolution.
5      Q    Okay.  And it's dated June 20- -- well, the
6  e-mail attaching is dated June 26th.  Do you see that?
7      A    Yep.
8      Q    Okay.  Can I point you to the board
9  resolution on the page with Bates stamp ending 326?
10     A    Yep.
11     Q    There are several whereases.
12         Do you see that?
13     A    I do.
14     Q    Second whereas, "Whereas the corporation
15  proposes to offer for sale to the public an app coin
16  called Kin at such time as the Kin ecosystem is
17  functional."
18         Do you see that?
19     A    Yep.
20     Q    Following down that, there's a whereas
21  right above where it's redacted.
22     A    Yep.
23     Q    "Whereas the corporation proposes to raise
24  up to an additional $50 million in a public token
25  distribution event once the Kin ecosystem is built

1  out."
2          Do you see that?
3      A    I do.
4      Q    Okay.  Do you recall a board meeting where
5  it was agreed upon to take those courses of action?
6      A    Not specifically.  But I think it makes
7  sense, based on these notes.
8      Q    Okay.  I want to show you then -- point you
9  to Exhibit 49 because the language looks different and
10  it's a few days later.
11     A    Okay.
12     Q    Okay.  Exhibit 49, you see it's June 28th.
13  I guess that's two days later.
14     A    I do, yeah.
15     Q    Okay.  If I can point you to the board
16  resolution, Exhibit 49.  The second whereas states,
17  "Whereas the corporation proposes to offer for sale to
18  the public an app coin called Kik at such time as the
19  corporation can introduce the MVP defined below."
20         Do you see that?
21     A    Yep.
22     Q    And do you see that there's a "define"
23  below MVP?
24     A    Yep.
25     Q    Okay.  My question is -- and I apologize

Page 508

1  for the buildup on this.  These appear to have
2  different languages for the -- for lack of a better
3  word, triggering or accompanying event for the public
4  sale?
5      A  Yep.
6      Q  And they're two days apart?
7      A  Yep.
8      Q  Is there anything you can to do to help me
9  understand what's happening or why we see two different
10  board resolutions at this time?
11     A  I don't have a specific recollection.  But
12  if I were to offer you my best guess --
13     Q  Please.
14     A  -- it was a desire to be more specific
15  about when exactly we would do the public sale.  You
16  know, in the first one, application -- where is it --
17  before the rollout of the Kin ecosystem could mean
18  anything.  It's very unclear what exactly that means.
19  Whereas this one, it's very specific about what it means.
20     Q  Let me go to the first one.  If I can point
21  you to the whereas above the redacted piece.
22     A  Uh-huh.
23     Q  It says the public token distribution event
24  will happen, quote, "once the Kin ecosystem is built
25  out."

Page 509

1      A  Uh-huh.
2      Q  Do you see that?
3      A  Yep.
4      Q  Was the Kin ecosystem built out at the time
5  of the token distribution event?
6      A  Depends on how you define "built out."  I
7  think that was the problem with this document.
8      Q  Was it functional?
9      A  It was functional.
10     Q  And you don't know if it was -- you don't
11  know if -- the term "built out" is too vague for you to
12  be able to say whether it was or wasn't built out in
13  September 2017?
14     A  The term "built out" is very general and
15  could mean many number of things.  Is Ethereum built
16  out today?  I'm not sure because it's not working very
17  well, and people are talking about how to do Plasma.
18  So is Ethereum built out today?  I don't know.  It's
19  not very specific.  It's hard to evaluate with that
20  terminology.
21     Q  Okay.  Let me just see if I understand
22  your -- what you -- what you recall.  You don't -- you
23  don't know why there are board resolutions with
24  different language at this time?
25     A  I have a hypothesis of why.

Page 510

1      Q  Why --
2      A  I don't know -- which is that the term
3  "built out" is unspecific and it's unclear.  You know,
4  one day, if we'd be looking back on this, what did we
5  mean by "built out"?  Whereas in this version, we're
6  very specific about -- we've replaced built out with
7  the MVP, which is specifically described.
8      Q  And was there a discussion about wanting to
9  have more specific language in the board resolution?
10         Anything ring a bell for you?
11     A  Nothing specific rings a bell.  But I do
12  know, like, in these, we want to be specific about
13  what's being approved.
14     Q  Is there any debate -- or do you recall at
15  this time about what needed to be in place at the time
16  of the public sale?
17     A  I do recall we were constantly evaluating
18  all the options on product, technology, compliance, and
19  timing.
20        MR. MITCHELL:  So Exhibit 48, that's an
21  executed board resolution?
22        THE WITNESS:  Yes.
23        MR. MITCHELL:  The board members all --
24        THE WITNESS:  Yeah.
25        MR. MITCHELL:  -- approved it?

Page 511

1        THE WITNESS:  Yep.
2        MR. MITCHELL:  Do you remember anyone after
3  that point raising a concern with the resolution?
4        THE WITNESS:  I don't recall.
5        MR. MITCHELL:  You don't recall anybody?
6        THE WITNESS:  Yeah.  Obviously, at some
7  point, it got raised because it got changed, but I
8  don't recall why.
9        MR. MITCHELL:  Do you know why the
10 second -- do you know why the second resolution was
11 circulated and then executed?
12        THE WITNESS:  I do not recall.
13        MR. MITCHELL:  Do you know who changed
14 the -- who drafted the language that's in Exhibit 49?
15        THE WITNESS:  I do not.  But my guess would
16 be Nancy, but I do not.
17        MR. MITCHELL:  Why?  Why do you guess it's
18 Nancy?
19        THE WITNESS:  Because my understanding is
20 she drafts all of these resolutions.
21        MR. MITCHELL:  But you don't remember -- I
22 just want to make sure I understand.  You don't
23 remember anything about -- well, let me say it in a
24 positive way.
25        You don't remember anything about anyone

Page 512

1  raising concerns about Exhibit 48 that led to
2  Exhibit 49?
3     THE WITNESS: I do not.
4     MR. MITCHELL: Is there any other time that
5  you remember at Kik sort of having a board resolution
6  get executed, and then people going back and wanting to
7  edit it and make another version?
8     THE WITNESS: I do not.
9     BY MR. LEASURE:
10    Q  I'll take both of them back from you.
11 Thank you.
12    So in the public sale, Kik required people
13 to register?
14    A  Uh-huh.
15    Q  Is that right?
16    A  Yes.
17    Q  And it gathered information from them?
18    A  Yes.
19    Q  Do you remember what categories of
20 information they gathered?
21    A  I don't remember specifically. I know we
22 gathered passports for some people. I'm not sure. I
23 think we gathered social security numbers for some
24 people. Various different things.
25    Q  So name?

Page 513

1     A  Yep.
2     Q  Age?
3     A  I believe so.
4     Q  Citizenship or passport?
5     A  I believe so, yeah.
6     Q  And people have to give a passport photo?
7     A  Like, everything on the passport, yeah.
8     Q  Yeah. Sure. Right. So I had to give a
9  passport photo; is that right?
10    A  Uh-huh. Yes. I believe a photo of their
11 passport and a photo of them.
12    Q  Okay. So you could see if it looked like
13 them?
14    A  Yes.
15    Q  And some people got -- not kicked, but
16 kicked -- not kicked out of the registration, but
17 people at Kik would ask for additional information or
18 different photos; is that right?
19    A  I'm not sure.
20    Q  Did Kik review the things that were
21 submitted by people?
22    A  Yes.
23    Q  Do I have it right, that Kik may have hired
24 a company to help them with this process?
25    A  I think we hired several different

Page 514

1  technology providers to help us with this process, but
2  I can't remember specifically.
3     Q  Yeah. And I take it -- I think for
4  compliance purposes, it was important that Kik do this
5  process and know who people were who were signing up to
6  buy Kin, right?
7     A  That was a -- one of the reasons, but not
8  the primary reason, in my point of view.
9     Q  What was the primary reason?
10    A  Compliance was a factor. This is a brand
11 new space. Many people were selling tokens with no
12 registration whatsoever. In fact, most were -- you
13 know, that was the path of least friction when selling
14 a token. And yet, we were one of the few that required
15 passport registration. Why?
16    Well, you know, we weren't sure how -- my
17 recollection is how AML laws would apply. So we said
18 it doesn't hurt certainly to get everybody to register
19 with their passports. That was sort of a nice side
20 benefit. The real reason we did this, from my point of
21 view, it was -- because it was the only way we could
22 guarantee a fair distribution of the public sale tokens
23 to everybody who wanted to join the project on day one.
24    Q  You were worried that some people might get
25 a disproportionate amount of Kin on day one?

Page 515

1     A  Before the Kin token sale, to my
2  recollection, there was no token sale that had ever
3  been done like Kin before. Every token sale previously
4  traded off between one of two options. One is to do an
5  uncapped sale, so anybody who wants to participate can.
6     But then the amount you end up selling
7  those tokens for frequently becomes, from our point of
8  view, in my point of view, an irresponsible amount of
9  money. The other option is to cap the sale. But then
10 a couple of big people come in, take it all the way
11 from everybody else, and all the sort of, quote,
12 unquote, unsophisticated people on the technology side
13 don't have an ability to participate on day one because
14 it's all gone before they can get there.
15    Q  Got it.
16    A  And so the only way to have both a
17 responsible amount of money, from our point of view,
18 what was a responsible amount of money, and to
19 guarantee that everybody would be able to participate
20 was to make everybody register with their passports.
21    That was what would have allowed us to say
22 one allocation per one human being. And that was the
23 only way to do that.
24    Q  And you were comfortable with -- it sounds
25 like you went through a -- you. It sounds like Kik

1  went through a relatively significant diligence process
2  to ask people to affirm who they were?
3      A   Yeah.  It took a ton of work to set up that
4  process.  We got a ton of passports.  I personally
5  reviewed, I think, a couple of hundred passports, for
6  example.  It was a ton of work to do it this way, but
7  we felt that that was worth it.  Because it was the
8  only way, from our point of view, that we could provide
9  a fair token sale.
10      Q   Got it.  And you were comfortable with the
11  work that was done.  Let me put it in a better way.
12          Enough work was done that you were
13  comfortable that people were who they said they were?
14      A   Yes.
15      Q   Okay.  And that they -- their age, their
16  information was what they said it was?
17      A   Yes.
18      Q   Their country was where they said it was
19  from?
20      A   Yes.
21      Q   Okay.  What can you tell me about the
22  average?  There were 10,000 purchasers, I think,
23  roughly, of Kin in the public sale.
24          Is that in the ballpark?
25      A   Uh-huh.

1      Q   Okay.  Why don't you tell me about -- did
2  you look at average demographics, average age, country?
3          Was that data something you looked at?
4      A   I think we had data on all those different
5  things.  I don't recall looking at any specific data.
6      Q   That wasn't something you were interested
7  in?
8      A   I think we were interested in countries.  I
9  don't recall what the data was there.  I'm sure we were
10  interested in other things, but I don't recall anything
11  specific.
12      Q   Can you ballpark what percentage of -- by
13  dollar amount, if possible, what percentage of dollar
14  value of Kin was purchased by people in the U.S. versus
15  other countries?
16      A   I don't recall.  But if I had to guess, I
17  would say something like 30 percent maybe.  But maybe
18  it's more.  I can't recall.
19      Q   How about age?  Do you know the average age
20  of a Kin purchaser?
21      A   I do not.
22      Q   If I was to represent to you we saw an
23  average age of around 35 --
24      A   Okay.
25      Q   -- does that sound -- do you have a reason

1  to think that's correct, incorrect?
2      A   I have no reason to think it's correct or
3  incorrect.
4      Q   No reason either way?
5      A   Yeah.
6      Q   That wasn't something you looked at?
7      A   Not that I recall.
8      Q   Okay.  How about -- I understand it sounds
9  like it was important for you that people -- that this
10  was a fair process where people could participate,
11  right?
12      A   Uh-huh.
13      Q   Did you look at the distribution of the
14  dollar value of Kin that people purchased?
15      A   Not that I can recall.  I can recall
16  hearing different dollar points, but I can't recall
17  specifically what those were.  For example, how many
18  people bought a thousand dollars or less.  I can't
19  recall what those numbers are, though.
20      Q   Yeah.  That's -- I'm asking -- let me ask
21  it more impressionistically.  Are you able to say
22  whether a lot of Kin was purchased by a lot of small
23  holders, or it was lumpy and a few people purchased a
24  significant dollar value of Kin?
25          Are you able to say impressionistically

1  either way?
2      A   I cannot.  But I can say that, like, sort
3  of the first step of the token sale evenly split all
4  the tokens that were available by all the people they
5  had registered so that everybody had a fair opportunity
6  to purchase tokens up to an equal cap.
7      Q   Okay.
8      A   So, like, in that first phase, everybody
9  would be able to at most get, I believe it was
10  somewhere around $6,000 worth of Kin.
11      Q   And then there was a second phase where
12  people could get more?
13      A   Yes.
14      Q   Okay.  I'll tell you, I had seen in the
15  data.  There are some people who bought a million
16  dollars worth of Kin.
17          Does that -- does that sound right to you?
18      A   Could be, yeah.
19      Q   Okay.  That wouldn't surprise you if that
20  were --
21      A   No, that wouldn't surprise me.
22      Q   Okay.  How about you -- prior to the Kin
23  project, you had been the CEO of a company running a
24  messaging app, right?
25      A   Correct.

Page 520

1  Q   And we've talked about the people -- anyone
2  around the world can use the Kik messaging app.
3  A   Yep.
4  Q   But we've talked about sort of who the
5  audience was for that app and how it changed over time.
6  A   Uh-huh.
7  Q   Do you have data or do you have a sense of
8  what the overlap is between the people who bought Kin
9  in the public sale versus people who use the Kik
10 messaging app?
11 A   I do not.
12 Q   Do you know -- so you don't know if it's
13 almost all Kik users, if it's almost not any Kik users
14 who bought Kin?  You don't know either way?
15 A   I do not.
16 Q   How old did you have to be to buy Kin?
17 A   I can't recall.
18 Q   18, 21?
19 A   Maybe 18.  I can't recall.
20 Q   And is that still the -- can a 14-year-old
21 now hold -- own Kin?
22 A   Kin is a cryptocurrency.  And so like any
23 cryptocurrency, once you own it, you get to decide what
24 to do with it.
25 Q   So yes, I guess?

Page 521

1  A   Probably.  Yes.
2  Q   Okay.  Yeah.  We see an analysis performed
3  on behalf of Kik by a company called Sylvain Labs,
4  S-y-l-v-a-i-n.
5  A   Uh-huh.
6  Q   Does that ring a bell for you?
7  A   Yep.
8  Q   What was their -- what were they asked to
9  do in connection with Kin?
10 A   I think they were asked to create a
11 proposal for what the brand of Kik could become to turn
12 around growth of the chat app.
13 Q   Did it have anything to do with Kin?
14 A   Sylvain was also involved with Kin, so
15 there was -- maybe you're referring to something else
16 that I'm thinking of.
17 Q   Yeah.  I see them doing like a wallet study
18 and things like that, that seem relevant to Kin the
19 project.  Does any of that ring a bell?
20 A   Got it.  No, that doesn't ring a bell.
21 Q   Is that something -- who -- was that
22 something --
23 A   Probably Erin and Hayeon would work with
24 Sylvain on -- like, they're the ones who worked with
25 Sylvain on everything.

Page 522

1  Q   Okay.  We've seen the use cases in the
2  white paper.
3  A   Uh-huh.
4  Q   Was there any market analysis done prior to
5  the public sale about how people might want to actually
6  use Kin in the future?
7  A   I think -- I don't know exactly what
8  analysis was done.  I think some of it came from the
9  experience with Kik Points.  Some of it probably could
10 have come from analysis of the market.  Some of it
11 could have just been, you know, innovative thinking and
12 ideas.  It could have come from any number of places.
13 Q   Yeah.  And we've talked about a lot of that
14 today.  We've seen -- we talked about -- or yesterday.
15 We've talked about Kik Points in your experience, and
16 we talked about CoinFund market analysis.
17        I'm trying to see if there was anything
18 else done to see, okay, how is Kin -- how might Kin be
19 used in the future that you can think of.
20 A   I'm sorry.  What's the question?
21 Q   The question is:  Was there anything other
22 than Kik Points experience, CoinFund's analysis, that
23 you recall being done to study how might people use Kin
24 in the future?
25 A   Maybe -- I guess I'm not -- like, what were

Page 523

1  the use cases we put in the white paper?  That was not
2  meant to be an exhaustive list of all the ways that Kin
3  would ever be used.
4  Q   Let's go off the use cases.  I'm trying to
5  see if Kik commissioned or did itself any studies about
6  using Kin.
7  A   I can't recall.
8  Q   Okay.  Okay.  Let's --
9        MR. MITCHELL:  Can I just ask a follow-up
10 on the identity process?  Earlier, you talked about the
11 process that Kik used to sort of verify identify of the
12 people who registered for the sale.
13        Do you recall that?
14        THE WITNESS:  Uh-huh.  Yep.
15        MR. MITCHELL:  Did Kik use -- sorry.  Were
16 there -- were there some countries that Kik was not
17 willing to sell Kin into?
18        THE WITNESS:  Yes.
19        MR. MITCHELL:  For example, what?
20        THE WITNESS:  China and Canada.
21        MR. MITCHELL:  All right.  And did Kik rely
22 on that process, that client identification process, in
23 deciding whether or not to sell to people because it
24 thought they were in China or Canada?
25        THE WITNESS:  Yes.

Page 524

```
 1        MR. MITCHELL:  As part of the registration
 2   process, did Kik ask any questions to people who were
 3   registering about what assets they held?
 4        THE WITNESS:  I can't recall.  Like, what
 5   assets, like, what dollars, or what do you mean?
 6        MR. MITCHELL:  Yeah.  How much -- what
 7   assets they held.
 8        THE WITNESS:  Not to my recollection.
 9        MR. MITCHELL:  Did Kik take any steps to
10   verify, you know, how much money or how much assets the
11   people who were registering for the public sale held in
12   deciding whether it was willing to sell to them?
13        THE WITNESS:  Not to my recollection.
14        MR. LEASURE:  Off the record.
15        THE VIDEOGRAPHER:  Going off the record.
16        The time is now 3:11 p.m.
17        (A brief recess was taken.)
18        THE VIDEOGRAPHER:  We are back on the
19   record.  The time is 3:18 p.m.
20        BY MR. LEASURE:
21        Q   We're back on the record after a brief
22   break during which, Mr. Livingston, did you have any
23   substantive conversations about this investigation with
24   SEC staff?
25        A   I did not.
```

Page 525

```
 1        Q   Okay.  I want to reiterate for the nth
 2   time --
 3        A   Okay.
 4        Q   -- that I don't want you to tell me about
 5   conversations you had with a lawyer.
 6        MR. LEASURE:  I'm going to -- as I said I
 7   would yesterday prior to going on the record, I'm going
 8   to alert counsel that this area of questioning might
 9   intrude upon -- or at least answers he might give might
10   involve the attorney-client privilege.  So pay
11   attention.  And we obviously welcome you asserting
12   privilege here.
13        BY MR. LEASURE:
14        Q   We've seen references in documents to
15   securities laws and even a case called Howey.
16        A   Uh-huh.
17        Q   Are you -- have you -- prior to the public
18   sale of Kin tokens, had you heard of a case called
19   Howey or the Howey test?
20        A   I can't recall the first time I heard about
21   the Howey test or a Howey case, but I certainly have
22   heard of it today.
23        Q   You certainly have heard of it --
24        A   Heard of it today.
25        Q   As of today?
```

Page 526

```
 1        A   As of today, I have heard of it, yes.
 2        Q   You don't know if you had heard of it prior
 3   to the Kin sale?
 4        A   I don't know if I heard of it before the
 5   public sale or after the public sale.  I don't recall.
 6        Q   Okay.  Do you know how you came to hear of
 7   it?
 8        A   I don't recall.
 9        Q   Okay.  Prior to the public sale, did you
10   believe that the sale of Kin tokens to U.S. purchasers
11   without registering that sale with the SEC was legal?
12        A   Sorry.  Say that one more time.
13        Q   Sure.  Kin -- let me -- let me break it up.
14   That might make it easier.
15        A   Okay.
16        Q   Kin sold Kin tokens to the -- to the
17   public, right?
18        A   Yes.
19        Q   In 2017.  And that included the public in
20   the U.S., correct?
21        A   Correct.
22        Q   And it did so without registering that
23   offering and sale with the U.S. Securities and Exchange
24   Commission?
25        A   Correct.
```

Page 527

```
 1        Q   Okay.  Did you believe that was legal?
 2        A   Yes.
 3        Q   Why did you believe that?
 4        A   Based on advice from -- well, I had
 5   conversations with --
 6        MR. GIBBS:  That's fine.
 7        THE WITNESS:  How do I say that?
 8        MR. GIBBS:  It's --
 9        THE WITNESS:  What am I saying again when
10   it's attorney-client privilege?
11        MR. GIBBS:  What you need to not do is
12   disclose the content of a communication between
13   yourself and the lawyers.
14        THE WITNESS:  Okay.
15        MR. GIBBS:  If you can answer the question
16   without revealing the content of the communication,
17   then go ahead.
18        THE WITNESS:  So I can say I was having
19   discussions with counsel?  Okay.
20        MR. LEASURE:  And you're asserting
21   privilege over that?
22        MR. GIBBS:  Over the content of those
23   discussions, yes.
24        BY MR. LEASURE:
25        Q   Okay.  Which counsel?
```

Page 528

1    A   Cooley's.
2    Q   **Anyone else?**
3    A   I can't recall who beyond Cooley's.
4    Q   **And this was prior to the public sale?**
5    A   This is prior, yes.
6    Q   **Okay.  So would you agree that you were**
7    **aware of potential securities laws issues relating to**
8    **Kin when planning the Kin token sale?**
9    A   Yes.
10   Q   **And you consulted with counsel about those**
11   **issues?**
12   A   Yes.
13   Q   **Okay.  And did Kin decide not to sell Kin**
14   **tokens to people in certain countries --**
15   A   Uh-huh.
16   Q   **-- because of concerns over those**
17   **countries' securities laws?**
18   A   I think we decided to not sell in
19   countries, Canada and China, after having discussions
20   with counsel.
21   Q   **Okay.  Let me try this:  Why did Kin not**
22   **sell -- why did Kik not sell Kin to Canadian**
23   **purchasers?**
24   A   I think I put it publicly on the internet
25   why.  From my point of view -- we met with the OSC.

Page 529

1    From my point of view, they wouldn't say definitively
2    one way or the other what was or was not a security
3    when it came to cryptocurrencies.  From my point of
4    view, they still haven't said that publicly.
5            And because of that, I was not willing to
6    take the risk in Canada.  And as my home country, I
7    felt that this was -- that's where we had discussions
8    because that's the country we were in.  And I was
9    disappointed with their lack of what I viewed as would
10   be clear guidance.  And so I said, you know what, we'll
11   just exclude all of Canada.
12       MR. MITCHELL:  Were there any other
13   countries that you thought didn't give clear guidance?
14       THE WITNESS:  I thought no country gave
15   clear guidance.
16       MR. MITCHELL:  Were there any other
17   countries you excluded because they hadn't given clear
18   guidance, other than Canada?
19       THE WITNESS:  We only had conversations in
20   Canada, to my knowledge, with securities people.  So I
21   think back then, nobody had given clear guidance.  But
22   with Canada, it was different because we had had a
23   conversation.  And based on that conversation, and then
24   we had discussions with counsel.  We also had
25   discussions with counsel, we ultimately decided not to

Page 530

1    sell to Canadians.
2        MR. MITCHELL:  Why did you only have
3    discussions with Canada, with regulators in Canada?
4        THE WITNESS:  We had registrations, I
5    believe, from 130 countries.  So having conversations
6    with everybody would be a difficult thing to do.  We
7    also had discussions with counsel on this topic.
8        MR. MITCHELL:  You had discussions with
9    counsel on the topic of who to talk to?
10       THE WITNESS:  Correct.
11       MR. MITCHELL:  Did you -- other than --
12   sorry.  Other than Canadian law and U.S. law, did Kik
13   analyze the Kin token sales to see whether the
14   securities laws of other countries -- any other
15   countries would apply to the sale?
16       THE WITNESS:  I don't recall.  I don't
17   recall if we did or did not look at countries beyond
18   Canada and U.S.
19       MR. SCHLEGELMILCH:  Where were the largest
20   number of Kin purchasers located?
21       THE WITNESS:  I do not know.  That data
22   could be found.
23       BY MR. LEASURE:
24   Q   **Can we -- let's drill down a bit into what**
25   **happened with the Ontario Securities Commission, the**

Page 531

1    OSC.
2    A   Sure.
3    Q   **First, it sounds like there was a physical**
4    **meeting at the OSC.**
5    A   Yep.
6    Q   **Did you go to that?**
7    A   I did.
8    Q   **Okay.  How did -- what was the genesis of**
9    **that meeting?  How did the idea for the meeting come**
10   **up?  Who approached who?**
11   A   My recollection is that Peter, our CFO,
12   heard through sort of a friend of a friend sort of
13   thing that the OSC, he was unsure of us -- the idea of
14   us selling tokens.  And so my recollection is that he
15   recommended we go see them and talk to them.
16   Q   **Do you have any more detail about what the**
17   **friend of the friend said to Peter about the OSC or its**
18   **concerns?**
19   A   Just that they -- I seem to recall the word
20   "unhappy" being used, but -- unhappy about us selling
21   tokens.  But I can't recall specifically.
22   Q   **And it was specifically about Kik selling**
23   **tokens?**
24   A   Yes.
25   Q   **Why?**

1    A  I can't -- I don't know.
2    **Q   Okay.**
3    A  It was just, "Hey, a friend of a friend who
4  knows the OSC," I seem to recall the word used,
5  "unhappy," but I can't recall specifically, "We should
6  go see them."
7    **Q   And you did?**
8    A  And we did.
9    **Q   Who went from your side?**
10   A  I believe myself and Peter.  We might have
11  had a lawyer with us, but I cannot recall.
12   **Q   Do you know -- you don't remember if you**
13  **did or didn't bring a lawyer with you?**
14   A  It seems like we would have, but I don't
15  recall if we did or did not.
16   **Q   Tell me about the meeting itself then.**
17  **What happened?**
18   A  It was a while ago.  I can't recall
19  specifically.  What I seem to understand -- what I
20  seemed to recall is that I explained the vision for
21  Kin, why we were doing it, as I have done today.  I
22  seem to recall explaining sort of the fundamentals of
23  crypto economics and how all this works and why it
24  could be -- actually be a solution to the problems we
25  were facing -- we and most consumer companies were

1  facing.
2      I seem to recall them not saying one way or
3  the other whether they would be supportive or not
4  supportive of us doing that.
5    **Q   What did they say?**
6    A  I can't recall.  I seem to recall them
7  largely just being in listing mode.
8    **Q   Was there a -- sometimes a meeting ends**
9  **with a next steps or what will happen after that.**
10   A  Uh-huh.
11   **Q   Did the meeting end with next steps in mind**
12  **or something else expected to happen?**
13   A  I don't recall having any clear next steps
14  at the end of the meeting.
15   **Q   So at that point, roughly, can you --**
16  **roughly, can you tell me when that meeting was?**
17   A  I cannot.
18   **Q   It was before the public sale, I take it?**
19   A  Yes.
20   **Q   Okay.  What happened after that?**
21   A  I don't know specifically.  I just know it
22  got to the point where we decided, based on where -- we
23  had conversations with counsel, and then later decided,
24  you know what, let's just exclude Canada.
25   **Q   And was that just purely the result of that**

1  **meeting?**
2    A  My recollection is, no, it wasn't purely a
3  result of that meeting.  It was part of ongoing
4  discussions with them, but I can't say for sure.
5    **Q   With "them," being OSC?**
6    A  Yes.
7    **Q   So is it possible that your counsel had**
8  **further interactions with OSC on the topic of Kin?**
9    A  Yes.
10   **Q   Okay.  Let me --**
11   A  It's definitely possible, yeah.
12   **Q   Do you know if they did?**
13   A  I seem to recall that they did, yes.
14   **Q   Okay.  And what can you tell me about how**
15  **it went?**
16      MR. GIBBS:  You're asking about the later
17  interactions just between the lawyer and the OSC?
18      MR. LEASURE:  Yes.
19      MR. GIBBS:  Okay.  Don't relay the content
20  of any communication from the lawyers to you about
21  those interactions.  We're asserting privilege over the
22  communication by the lawyer to the client about the
23  lawyer's interactions with the regulators.
24      THE WITNESS:  I only heard about
25  interactions with the OSC, from my recollection, since

1  then through the lawyer.
2      MR. GIBBS:  So I'll instruct you not to
3  answer.
4      MR. LEASURE:  Okay.
5
6      BY MR. LEASURE:
7    **Q   I'm going to show you a document previously**
8  **marked Exhibit 186.  This is a multi-page document.**
9  **It's a letter with a large attachment.  I'm going to**
10  **just be pointing you to the letter, if this helps you.**
11   A  Okay.
12   **Q   Exhibit 186 is a letter with attachments**
13  **dated November 2nd, 2017.  It appears to be from the**
14  **Blakes law firm to the OSC.  It has the Bates stamp SEC**
15  **OSCE 5.**
16   A  Uh-huh.
17   **Q   Have you seen this letter before?**
18   A  I saw it last week.
19   **Q   Okay.  You didn't see it at the time,**
20  **November 2nd?**
21   A  Not that I recalled at least as of last
22  week.
23   **Q   Sure.  So you don't remember whether or not**
24  **you reviewed it in advance to it being sent?**
25   A  No.

Page 536

1    Q   Who is Blakes?
2    A   I believe they're a law firm in Canada.
3    Q   Okay.  And -- well, were they Kik's law
4  firm?
5    A   I believe so, yes.
6    Q   And did they represent Kik in connection
7  with the Kin offering?
8    A   I believe so, yes.
9    Q   It sounds like they weren't your primary.
10  It sounds like that was Cooley.
11   A   Correct.
12   Q   Okay.  Got it.  Let me just read a few
13  lines and see if it jogs any recollection, if there's
14  anything you can say.
15   A   Uh-huh.
16   Q   After the first paragraph, the letter
17  reads, "We acknowledge your expression of OSC staff's
18  current position that the ITD constituted an offering
19  of securities."
20       And do you see that the ITD is a defined
21  term relating to the sale of Kin?
22   A   Yep.
23   Q   Okay.  When did you come to -- well, first,
24  did you ever come to understand yourself the OSC's
25  position on whether Kin sales were sales of securities?

Page 537

1    A   I did not recall having definitive guidance
2  any time before the token sale that they were saying
3  for sure that they believed this was an offering of
4  securities.
5    Q   Okay.  Right.  The letter continues, "We
6  continue to disagree with that characterization,
7  although, that is not the focus of this response.  I
8  do, however, wish to correct the record where you
9  indicated that OSC staff's position had been
10  communicated to me in the meeting on August 14th and
11  discussions on August 21st.  Those statements are not
12  entirely accurate nor fair to myself or Kik."
13       Now, the letter continues, but I just want
14  to look at those dates.
15   A   Uh-huh.
16   Q   Were those meetings that are referred to
17  here meetings that you were -- that you were describing
18  earlier, that you were present at?
19   A   I was present at one meeting with the OSC
20  in person.  I'm not sure which of these two or if
21  either of these two were that meeting.
22   Q   Okay.  And your recollection is you didn't
23  leave that meeting with a clear impression from the OSC
24  about whether they thought Kin sales were sales of
25  securities, right?

Page 538

1    A   Correct.
2    Q   And I'll just represent to you it appears
3  that this letter from your lawyers to the OSC says the
4  same thing, that it wasn't clear.
5    A   Yep.
6    Q   Okay.  And then, just going on, it says,
7  "In fact, the first time that the OSC staff
8  definitively communicated the position that the ITD
9  constituted an offering of securities was in the
10  telephone call to me from Ms. Chaukos," C-h-a-u-k-o-s,
11  "on September 5, shortly before the scheduled launch
12  date."
13       Did you see where I read that?
14   A   No.  Sorry.  Where?
15   Q   Second-to-last paragraph.
16   A   On the first page?
17   Q   Correct.
18   A   Okay.  Okay.
19   Q   Okay.  What can you tell me about the
20  communication referred to here on September 5?
21   A   I don't recall hearing about this
22  communication.
23   Q   So prior to the token distribution event,
24  if I can call it that, did you ever hear that OSC staff
25  had definitively communicated a position that the sale

Page 539

1  constituted an offering of securities?
2    A   Not that I recall.
3    Q   Did anyone -- well, you didn't hear that.
4        Do you know if anyone at Kik knew that?
5    A   I -- how could I know that?  I don't recall
6  hearing that from anybody.
7    Q   Okay.  You don't recall hearing that from
8  anybody.  Had you known that, do you think your
9  approach to the public sale would have changed?
10   A   I don't think so.
11   Q   You would have proceeded with not selling
12  in Canada or China, but selling in other countries?
13   A   Yes.
14   Q   Okay.  Are you aware of any distinctions
15  between how Canadian law and U.S. law treats the
16  definition of securities?
17   A   I'm not aware.
18   Q   Okay.  So if something is a security under
19  Canadian law, are you aware of any reason why it
20  wouldn't be a security under U.S. law?
21   A   I'm not aware of any reason why it would or
22  would not be.
23   Q   This is just something you don't know
24  about?
25   A   Right.

1    **Q   Okay.  Kik didn't register the offering and**
2    **sale with Kin with the U.S. SEC prior to the public**
3    **sale, correct?**
4        A   Correct.
5    **Q   Did Kik reach out to the SEC prior to the**
6    **public sale?**
7        A   Not to my knowledge.
8    **Q   Why not?**
9        MR. GIBBS:  Same privileged instruction.
10       If you can answer the question without
11   revealing the content of attorney-client
12   communications, do.  If not, don't.
13       THE WITNESS:  I cannot.
14       BY MR. LEASURE:
15   **Q   I'm sorry.  I just want to clear up an**
16   **ambiguity.  Is --**
17       A   Why we did not approach the SEC, I feel
18   like I cannot reveal.
19   **Q   You can't answer the question without**
20   **revealing privileged communications?**
21       A   Correct.
22       MR. LEASURE:  And you're instructing him
23   not to answer on that basis?
24       MR. GIBBS:  I am indeed.
25       MR. LEASURE:  Great.  Just to clarify the

1    record.
2        MR. GIBBS:  Yeah.
3        BY MR. LEASURE:
4    **Q   Okay.  I'm sorry.  Just because I don't**
5    **fully remember if we covered the waterfront here.**
6        **There was discussion about whether or not**
7    **to reach out to the U.S. SEC in advance of the Kin**
8    **sale?**
9        MR. GIBBS:  You can go ahead and answer
10   that.  I --
11       THE WITNESS:  Yes.
12       MR. GIBBS:  Because it's the subject of the
13   communication.
14       THE WITNESS:  Yes.
15       BY MR. LEASURE:
16   **Q   And were to ask you the contents of that,**
17   **that would -- well, can you tell me the contents of**
18   **that communication?**
19       A   I cannot.
20   **Q   Because of attorney-client privilege?**
21       A   I cannot because of attorney-client
22   privilege.
23       MR. LEASURE:  And you're instructing him
24   not to provide that information?
25       MR. GIBBS:  I am indeed.

1        MR. LEASURE:  Great.
2        MR. SCHLEGELMILCH:  Mr. Livingston, the
3    Blakes firm, that's Kik's law firm, correct?
4        THE WITNESS:  I believe so, yes.
5        MR. SCHLEGELMILCH:  Okay.  If you look at
6    the letter, there's an appendix that begins on SEC
7    OSCE, and 13 is the last number.
8        THE WITNESS:  Okay.
9        MR. SCHLEGELMILCH:  And this appears to be
10   information that the Blakes firm provided to the OSC on
11   Kik's behalf.
12       THE WITNESS:  Okay.
13       MR. SCHLEGELMILCH:  Is that -- that's how
14   you read this as well?
15       THE WITNESS:  I think what this is, is of
16   all the people that had registered so far -- I'm not
17   sure if this was pre-token sale or post-token sale.
18       MR. SCHLEGELMILCH:  Well, the letter is
19   dated November 2nd, 2017, correct?
20       THE WITNESS:  Correct.
21       MR. SCHLEGELMILCH:  Okay.  And so whether
22   this data is before the token sale or after the token
23   sale, you'll agree with me, will you not, that the
24   lion's share of the participants in the Kin ITD are in
25   the United States?

1        THE WITNESS:  I don't know about the term
2    "lion's share."
3        MR. SCHLEGELMILCH:  Okay.  Fair enough.
4    Let's use numbers.  3,500 of them.
5        THE WITNESS:  Okay.
6        MR. SCHLEGELMILCH:  Is that right?
7        THE WITNESS:  That's what it says.
8        MR. SCHLEGELMILCH:  Is that consistent with
9    your understanding?
10       THE WITNESS:  I'm not sure if this is
11   registration or the people who actually ended up
12   purchasing.  But if it -- let's assume for a second it
13   is the people that actually ended up purchasing, what I
14   would want to know is what the total count is and what
15   the participation amount is, to answer your question.
16       MR. SCHLEGELMILCH:  Well, it says the total
17   participation amount is $16 million, U.S. dollars.
18       THE WITNESS:  Yes.  But we'd have to add up
19   that entire column to figure out what percentage --
20       MR. SCHLEGELMILCH:  I understand.
21       THE WITNESS:  -- the United States was.
22       MR. MITCHELL:  Roughly how much -- roughly
23   how many -- roughly how much did all of the people in
24   the public sale pay to Kik for Kin tokens?
25       THE WITNESS:  I believe it was $48 million.

Page 544

1       MR. MITCHELL:  Okay.
2       THE WITNESS:  So it looks like roughly a
3   third.
4       (Simultaneous speakers.)
5       MR. MITCHELL:  And roughly how many people
6   purchased Kin tokens in the public sale?
7       THE WITNESS:  10,000.
8       MR. SCHLEGELMILCH:  Okay.  So --
9       THE WITNESS:  Roughly a third.
10      MR. SCHLEGELMILCH:  Okay.  That's what I'm
11  getting at.  And the next highest country by
12  participant is the United Kingdom, which only has 758?
13      THE WITNESS:  Correct.
14      MR. SCHLEGELMILCH:  Okay.  That's all I
15  have.
16      BY MR. LEASURE:
17      Q   I'll take that back from you.  Thank you.
18      MR. MITCHELL:  Just one more question.
19  Blakes sent Exhibit 186 to the OSC for Kik,
20  on Kik's behalf?
21      THE WITNESS:  Sent this?
22      MR. MITCHELL:  The letter.  The letter
23  that's Exhibit 186.
24      THE WITNESS:  I would assume so, but I'm
25  not sure.

Page 545

1       MR. SCHLEGELMILCH:  Well, the first
2   sentence of the letter is, "I write on Kik's behalf,"
3   correct?
4       THE WITNESS:  Yes.
5       MR. SCHLEGELMILCH:  Okay.
6       THE WITNESS:  I don't recall seeing this
7   letter.
8       BY MR. LEASURE:
9       Q   At this time, did -- was -- Blakes was
10  Kik's law firm, right?
11      A   Right.
12      Q   Did they have a point person within Kik who
13  dealt with Blakes?
14      A   I'm not sure.  I'm not sure if they would,
15  for example, work with Peter.  It might have been, or
16  they might have worked with Nancy who worked with
17  Peter.  I'm not sure.
18      Q   Was -- I can't remember when Eileen came on
19  board for Kik.  Had she came on board at this point?
20      A   I can't remember when exactly she came on
21  board.
22      Q   Okay.
23      A   But I think it was before November 2nd.
24      Q   Okay.  So it sounds like you didn't -- you
25  don't recall reviewing this letter, right?

Page 546

1       A   No.
2       Q   But it's possible that Peter, Eileen, if
3   she was there, maybe Nancy, somebody on -- working for
4   Kik may have?
5       A   Yes.
6       Q   Okay.  And you would expect if someone did,
7   it might be one of those people?
8       A   Yes.
9       Q   Okay.  Thanks.  I'll take it back.
10      A   No problem.
11      Q   In the -- I want to ask a few sort of basic
12  structural questions about the private and public sale.
13      A   Sure.
14      Q   Kik raised dollars from the private sale,
15  right?
16      A   Correct.
17      Q   Where did it put those dollars?
18      A   Where did it put those dollars?  Into a
19  bank account?
20      Q   Do you know where?
21      A   I do not recall where.
22      Q   That's fine.  And were they -- were all of
23  the dollars put into one bank account?
24      A   I don't know.
25      Q   Were they -- do you know if a separate

Page 547

1   account was -- if the proceeds were segregated into
2   different accounts by each unique purchaser?
3       A   I do not know.
4       Q   Okay.  You don't know either way?
5       A   No, not that I recall.
6       Q   Would you expect them to be segregated by
7   Purchaser 1, Purchaser 2, Purchaser 3?
8       A   No.
9       Q   Would you expect them to be pooled
10  together?
11      A   I would expect them to be put into a bank
12  account.  I'm not sure if that would be separate bank
13  accounts or one bank account.  I'm not sure.
14      Q   You don't know either way?
15      A   Right.
16      Q   Who owned -- who controlled those -- that
17  bank account or bank accounts after the private sale?
18      A   Kik Interactive, Inc., the company.
19      Q   Okay.  Sure.  So let's say a private sale
20  purchaser -- and let me back up a bit.  And Kik, I
21  think you've testified earlier, used that money in part
22  for the Kin project and part to fund Kik into Kik's
23  messenger app business; is that right?
24      A   Yes.
25      Q   So Kik directed how that money would be

Page 548

1 spent?
2    A   Correct.
3    Q   Okay.  Let's say I'm a private sale
4 purchaser and I wanted to direct how my money -- the
5 portion of that -- of my contribution that's in that
6 bank account would be directed or spent.
7       Could I do so?
8    A   You could try to influence it, I guess, but
9 not -- like, at the end of the day, the final decision
10 was ours.  Yes.
11    Q   Sure.  I could influence it by calling you
12 up and saying, "Hey, Ted, I'd like you to do this"?
13    A   Yeah.  "Have you thought about," or
14 whatever, yeah.
15    Q   Right.  But I couldn't directly control the
16 money in that account?
17    A   Correct.
18    Q   Okay.  Same questions for the public sale.
19       They paid Ether, right?
20    A   They paid Ether to buy Kin, correct.
21    Q   Better way of putting it.  Thank you.
22       And Kik exchanged the majority of that
23 Ether as -- into dollars at some point?
24    A   We sold Ether for dollars over time, yes.
25 I believe we still have some of that Ether.

Page 549

1    Q   Okay.  So it has both -- the proceeds of
2 that are both some Ether, some dollars?
3    A   Yes.
4    Q   And did -- has it pooled that -- let's say
5 the Ether, is it held in one wallet?
6    A   I'm not sure.
7    Q   Is it held in separate wallets, segregated?
8    A   I don't know how it's held.
9    Q   Okay.  Is it held in -- do you know if
10 there is 10,000 wallets for each Kin purchaser's
11 contribution?
12    A   That feels like it would be impractical,
13 but not impossible.  I don't know.
14    Q   You don't know?
15    A   We could find out.  Yeah.
16    Q   It would be more practical to put it in one
17 wallet, would you agree with that?
18    A   I don't know.  Yeah, I guess so.  Sure.
19    Q   Okay.
20       MR. GIBBS:  Jeff, I don't mean to
21 interrupt, but can I just make a request, please?
22 We're really late in the second day.  People have
23 flights to make.  And you've just spent ten minutes
24 asking him a bunch of questions about facts you already
25 know that are undisputed and where he has no unique

Page 550

1 knowledge.  I just -- please, if you're going to keep
2 us here, focus on things that you actually need to ask
3 him as opposed to things you already know, please.
4       BY MR. LEASURE:
5    Q   Who controlled the Kik -- the public sale
6 proceeds after the public sale?
7    A   The revenue from the public sale, who
8 controlled that revenue?
9    Q   Yeah.
10    A   Kik.
11    Q   Okay.  So if I'm a Kin purchaser and I
12 said, "Hey, I'd like you to spend this on XYZ," that
13 wasn't my right to direct how that money would be
14 spent?
15    A   Correct.
16    Q   And would you say Kik pooled the proceeds
17 from the public sale?
18    A   I would say best of my knowledge, the way
19 the smart contract worked, is you send Ether to the
20 smart contract.  The smart contract sent Kin to you.
21 And then that Ether came to us.  I'm not sure if that
22 was in one wallet or many wallets, but certainly came
23 under our control, yes.
24    Q   Got it.  Kin created -- sorry.
25       As part of the Kin project, Kik created 10

Page 551

1 trillion Kin tokens; is that right?
2    A   Correct.
3    Q   Okay.  Were each of them equal?
4    A   Yes.
5    Q   Did any -- none of them had, like, special
6 or additional value?
7    A   No.
8    Q   If the value of one of them went up in the
9 market, would you expect the value of all the others to
10 go up by the same amount?
11    A   What is the value?  The value is --
12    Q   Let's say --
13    A   I'm just going to answer.  Like, there's
14 no, like, magical thing that makes one worth the same
15 as all the others at any point.  It's -- you know, all
16 Kin are created equal.  And so if somebody says, "I
17 want to buy Kin and I'm willing to pay this price,"
18 then, you know, maybe somebody says, "Okay.  I'll sell
19 you my Kin for that," but then it's gone, you know.
20    Q   Right.
21    A   So does that make the other Kin worth that
22 much?  No, not necessarily.
23    Q   I understand your point.  All Kin were --
24    A   There's no magical mechanism.
25    Q   All Kin were created equal.

60 (Pages 548 to 551)

1    A   Yes.
2    Q   If I were to offer to pay more for Kin held
3  by Kik than Kin held by somebody else, that would be
4  irrational?
5    A   But possible.
6    Q   It's possible.
7    A   Right.
8    Q   But a rational person would treat all Kin
9  as the same value?
10   A   A rational person would say, "Hey, I want
11 to buy Kin.  Who wants to sell Kin," and then buy it
12 from the person who is offering it for the lowest
13 price.
14   Q   Okay.  And some Kin was held by the public
15 after the public sale?
16   A   Yes.
17   Q   And some by the Foundation?
18   A   Yep.
19   Q   And some by Kik, right?
20   A   Correct.
21   Q   And those were all equal?
22   A   All the Kin that they held were equal.
23 Correct.
24   Q   All three of those --
25   A   Were technologically equal, yes.

1    Q   Okay.  And you would have -- you have no
2  reason to think they'd be of different value just
3  because they were held by Kik versus the public?
4    A   No.
5    Q   Okay.
6        MR. MITCHELL:  Would a rise and demand
7  affect the value of Kik's Kin differently than it would
8  affect the value of the public's Kin?
9        THE WITNESS:  No, not logically.  It's
10 possible, but no, not logical.
11       BY MR. LEASURE:
12   Q   I'm going to introduce you very quickly a
13 document, Exhibit 206.
14       (SEC Exhibit No. 206 was marked for
15 identification.)
16       BY MR. LEASURE:
17   Q   Take a look at it.  I'm going to ask you a
18 very short series of questions.  The first one of which
19 is:  Do you recognize this document?
20   A   I do not, not immediately.
21   Q   Okay.
22   A   I'm not actually sure what this is, RFA.
23 I'm not even sure what "RFA" stands for.  Do you want
24 me to read it, or what's your --
25   Q   Eyeballing it, you don't recognize this

1  document?
2    A   Not immediately.  I'm looking at the title.
3  Based on the title on the first page, I don't recognize
4  it.
5    Q   Okay.
6    A   I see that there are Bates numbers, so that
7  gives me a hint of what it might be, but I don't
8  recognize it.
9    Q   Okay.  Did you review any document like
10 this at any point?
11   A   It's possible, but I don't recall reviewing
12 this document when I look at this right now.
13   Q   Okay.  Okay.  I'll take it back.
14       Is Kin tradable for other tokens?
15   A   It is.
16   Q   And we're -- if I wanted to do that, what
17 would I do?
18   A   You have different options.  You could find
19 somebody who -- on the street, you know.
20   Q   Sure.
21   A   "Hey, I have Kin.  You have Bitcoin.  Do
22 you want to trade?"  That's possible.  There's also
23 exchanges that help make that process more efficient
24 for people who want to do that.  I'm not exactly sure
25 which exchanges you can do that with Kin today.

1    Q   Okay.  Generally in the crypto space, there
2  are exchanges that allow people to exchange a
3  cryptocurrency for another?
4    A   Correct.
5    Q   Or a cryptocurrency for, if I can use the
6  term, fiat currency, like a dollar?
7    A   Correct.
8    Q   Okay.  You don't know which exchanges Kin
9  is listed on?
10   A   I know it was on Bancor, for example.  But
11 outside of that, I don't know specifically.  I don't
12 recall.
13   Q   I apologize.  B-a-n --
14   A   Bancor.  B-a-n-c-o-r.
15   Q   Thank you.  We talked earlier, I think you
16 testified, correct me if I'm wrong, that it's important
17 for the Kin project to allow people to have liquidity
18 in Kin for other instruments?
19   A   Correct.
20   Q   Okay.  And getting listed on exchanges
21 would help with that liquidity?
22   A   Correct.
23   Q   Okay.  And do you hope that Kin will be
24 listed on exchanges?
25   A   At some point, for Kin to achieve the

Page 556

1  vision it wants to achieve, it would accelerate its
2  ability to do that by being listed on more exchanges
3  than it is today.
4      Q   Okay.  And people who hold Kin -- we talked
5  about this earlier.  People who hold Kin have been
6  asking when will Kik be listed -- when will Kin be
7  listed on exchanges?
8      A   Correct.
9      Q   Okay.  I'm going to show you a document I'm
10  marking Exhibit 207.
11          (SEC Exhibit No. 207 was marked for
12  identification.)
13          BY MR. LEASURE:
14      Q   Take a look at Exhibit 207 and let me know
15  when you're ready.  This one is shorter.  I'll
16  represent to you this document, Exhibit 207, does not
17  have a Bates stamp.  I'll represent to you this is a
18  Tweet --
19      A   Yep.
20      Q   -- that we at the SEC saw on Twitter and
21  printed out.  It looks like in August of 2018.  The
22  Tweet appear -- just to recognize it, the Tweets here
23  appear to be dated September 17 and September 18 of
24  2017.
25      A   Uh-huh.

Page 557

1      Q   Do you see that at this point?
2      A   Yep.
3      Q   And the Twitter account is -- one of the
4  Twitter accounts here is Kin Foundation.
5          Do you see that?
6      A   I do.
7      Q   Let me -- let me just ask a few basic
8  things.  Have you seen this Tweet before?
9      A   I don't recall seeing this Tweet before.
10      Q   Okay.  Kin Foundation had a Twitter account
11  in September of 2017?
12      A   Yes.
13      Q   How -- who ran that?
14      A   I'm not exactly sure, but I think it was a
15  team in Israel if I had to guess.
16      Q   Okay.  That they would post things or reply
17  to Tweets to them on that Twitter handle?
18      A   Yes.
19      Q   Okay.
20          MR. MITCHELL:  Were those Kik employees?
21          THE WITNESS:  Yes.
22          BY MR. LEASURE:
23      Q   Okay.  And just to read out what we're
24  seeing here, a Twitter user says, "Hey," emoticon, "any
25  news on the exchanges Kin will be available on?"

Page 558

1      Q   Do you see that?
2      A   I do.
3      Q   And the Kin Foundation Twitter handle
4  responds, "We have been given indication from multiple
5  exchanges that they plan to list the token.  No
6  specifics available yet, though."
7      A   Yep.
8      Q   Let me pause there.  Do you know who wrote
9  that Tweet from the Kin Foundation?
10      A   I do not.
11      Q   Okay.  You suspect it might be -- is it
12  fair to say it might be someone -- an employee in
13  Israel who managed that account?
14      A   Might have been somebody in Israel.  Might
15  have been somebody in the U.S., in the New York office.
16  Could have been actually somebody in Waterloo.  There's
17  somebody on the community team today who's in Waterloo.
18          So it's hard for me to say who exactly.
19  But a Kik employee would have wrote this.
20      Q   Yeah.  But it wasn't you?
21      A   No, not to my recollection.
22      Q   Fair enough.  When they -- whoever it is,
23  when the Kin Foundation Twitter handle says they have
24  been -- that, "We have been given indication from
25  multiple exchanges that they plan to list the token,"

Page 559

1  let me pause there.
2          Do you know what exchanges are being
3  referred to?
4      A   I do not.
5      Q   Had Kik gotten -- this is prior to the
6  public -- the completion of the public sale, correct?
7      A   I can't recall when the public sale
8  completed, but I'll take -- if you're saying it did,
9  then yes.
10      Q   Right.  That's fine.  And it's around the
11  time of the public sale, in any event, right, September
12  of 2017?
13      A   Yes.
14      Q   That's fair?
15      A   That's fair.
16      Q   Okay.  Had Kik gotten indication or been in
17  communications with exchanges at that point?
18      A   I can't recall what conversations exactly
19  had happened at that point, but I -- you know, when a
20  new cryptocurrency gets created, they would go on to
21  exchanges.  So I have no reason to believe that there
22  wouldn't be multiple exchanges who had told us -- had
23  indicated to us that they plan to list Kin as a token
24  on their exchange.
25      Q   You don't know what exchanges they were or

Page 560

1  if that communication happened?
2      A   No.
3      Q   Okay.  I'll take that back.  Has Kik made
4  efforts to get Kin listed on exchanges?
5      A   Yes.
6      Q   Tell me about that.
7      A   For Kin to work as a business model for
8  developers, they would need to be able to sell Kin in
9  some cases on exchanges for dollars to pay for their
10  expenses.  That's what made it a fundamentally new
11  business model.  And so as part of that, we -- you
12  know, there's sort of better exchanges and worse
13  exchanges, more popular exchanges and less popular
14  exchanges.
15          And so I think this was a period where what
16  exactly -- how cryptocurrencies and exchanges would
17  work together was rapidly changing.  Whereas, you know,
18  very shortly before this, it seemed like, from our
19  point of view, from my point of view, exchanges would
20  just list tokens on their own.
21          Whereas today, you know, exchanges won't
22  list tokens without sort of direct contact and
23  discussion with the projects themselves.
24      Q   And so you expected that prior -- prior to
25  the public sale, your expectation was exchanges would

Page 561

1  just start listing and allowing trading in Kin?
2      A   Yes.
3      Q   And that's changed since the public sale?
4      A   For the entire industry, yes.
5      Q   Oh, right.  Not just for Kin?
6      A   Yes.
7      Q   And they expect contact from, you said, the
8  project itself?
9      A   Yes.
10      Q   And that would be, like, the Kin project?
11      A   Any project that.  The people whose
12  brainchild this was.
13      Q   Okay.  And in this -- in the Kin case, that
14  would be you or people at Kik?
15      A   Correct.
16      Q   Got it.  And so Kik has reached out to
17  exchanges as part of that?
18      A   Correct.
19      Q   Which ones?
20      A   I know we reached out to Bittrex.  We've
21  had conversations with them.  We've had conversations
22  with Coinbase.  Beyond that, no names immediately come
23  to mind.  But I know we've had conversations with many.
24      Q   Okay.  Let me just give you a few other
25  names to see if any -- if contact with them might ring

Page 562

1  a bell.
2      A   Sure.
3      Q   Kraken, K-r-a-k-e-n?
4      A   I don't remember a specific conversation,
5  but it wouldn't surprise me.
6      Q   Binance.
7      A   Yep.
8      Q   There has been --
9      A   We had conversations with them.  Again, I
10  wasn't involved in many of these conversations.  I'm
11  not sure if I was -- I did meet someone from an
12  exchange at ConsenSys this year in 2018, but I recall
13  who that was.
14      Q   Okay.  Coinrail?  I think they might be a
15  Korean exchange.
16      A   That one doesn't ring a bell.
17      Q   Okay.  What have you been involved in
18  yourself?
19      A   What have I been involved with when it
20  comes to exchanges?
21      Q   Yes, please.
22      A   I've been getting updates from different
23  members of the team who have been working with
24  exchanges.  I've had a couple of conversations with
25  exchanges or people that work at exchanges themselves.

Page 563

1      Q   In this post -- I take it it's a somewhat
2  new world for exchanges than it was before the public
3  sale.  I think that's what you testified to, that they
4  want contact from the project.
5      A   Correct.
6      Q   What do they want?
7      A   I think they want many different things.
8  For example, they want to see the utility.  They
9  also -- in certain cases, I seem to recall they want
10  legal opinions as well.
11      Q   That the tokens aren't securities?
12      A   Yes.
13      Q   Has Kik provided them that?
14      A   I'm not sure what exactly we have provided
15  to exchanges.  But I seem to recall that there was some
16  technical reason, nothing to do with crypto or
17  securities, but just to do with the definition of a
18  legal opinion of why it was difficult to give a legal
19  opinion.
20      Q   Can you amplify that?
21          What do you know about that?
22          MR. GIBBS:  I want to caution you again.
23  If you can answer the question without revealing the
24  content of communications with counsel, by all means,
25  do.  Otherwise, don't.

Page 564

1    THE WITNESS:  Yes.  I had conversations.
2  My understanding of this would come from conversations
3  with Eileen, who was our internal counsel.
4    BY MR. LEASURE:
5    Q   Understood.  Again, that caution applies.
6  Do you know what an opinion letter from a law firm is?
7    A   I do not.
8    Q   Okay.  Has Kik given -- to your knowledge,
9  has Kik given an opinion letter to an exchange?
10    A   Not to my knowledge.
11    Q   Have exchanges asked for one?
12    A   I can't say for sure, but I feel like they
13  have asked for it.
14    Q   Okay.  And do you know why Kik hasn't given
15  an opinion letter to an exchange?
16    MR. GIBBS:  Same instruction.
17    THE WITNESS:  Yeah.  It's attorney-client
18  privilege.
19    MR. LEASURE:  And you're instructing him
20  not to answer that?
21    MR. GIBBS:  I am.
22    MR. LEASURE:  Okay.
23    MR. SCHLEGELMILCH:  While you're looking
24  for documents, I just want to make sure I understood
25  your testimony.  Did you say that the exchanges were

Page 565

1  also looking for -- and I'm not trying to misquote you.
2  I'm just trying to bring you back -- for evidence of
3  utility or something like that, something to effect of
4  that?
5    THE WITNESS:  Yes.  I think exchanges
6  wanted to see that you could buy a cryptocurrency and
7  use it, and we demonstrated that to exchanges.
8    MR. SCHLEGELMILCH:  To which ones?
9    THE WITNESS:  I can't recall specifically.
10  I think Bittrex, we showed that to.  I can't recall who
11  else.
12    MR. SCHLEGELMILCH:  Do you remember how you
13  did that, how you demonstrated that to Bittrex?
14    THE WITNESS:  I think we took a video of it
15  and sent it to them.
16    MR. SCHLEGELMILCH:  Okay.  So there's a
17  video that you sent to Bittrex?
18    THE WITNESS:  I believe so, but I'm not
19  100 percent sure.
20    MR. SCHLEGELMILCH:  Okay.  Has that video
21  been provided, Counsel?
22    MR. MITCHELL:  Yes, I think so.
23    MR. SCHLEGELMILCH:  It has?
24    MR. MITCHELL:  I believe it has.
25    MR. SCHLEGELMILCH:  Thank you.  Thank you.

Page 566

1    Other than -- well, let me ask just one
2  followup question.  Other than the video to Bittrex,
3  are you aware of any other -- sort of something similar
4  and evidence of utility that Kik has provided to an
5  exchange?
6    THE WITNESS:  Nothing comes to mind.
7    MR. SCHLEGELMILCH:  What about evidence of
8  utility that Kik has provided to anyone -- any other
9  sort of entity or thing regarding the Kin token?
10    THE WITNESS:  Nothing comes to mind.
11    MR. SCHLEGELMILCH:  Okay.  Thank you.
12    BY MR. LEASURE:
13    Q   Bittrex.  You have -- did you have contact
14  with them?
15    A   I did speak to the CEO of Bittrex.
16    Q   Who is that?
17    A   I can't remember his name.
18    Q   Let me give you -- I see an e-mail between
19  you guys in September of 2017, just to be -- just to
20  move this along.
21    A   Sure.
22    Q   A person named Bill Shihara, S-h-i --
23    A   That's the one, yeah.
24    Q   -- h-a-r-a.  I see an e-mail setting up a
25  discussion in September of 2017.

Page 567

1    A   Yep.
2    Q   Can you give me any color about that
3  discussion, what happened?
4    A   I can't recall specifically, but my best
5  guess is I explained the vision of Kin to him.
6    Q   And how did they react?
7    A   They thought it was awesome.
8    Q   That's great.  And what happened next?
9    A   From what I can tell, nothing happened
10  next.
11    Q   And why is that?
12    A   I don't know.
13    Q   Did they -- and did they ask for a legal
14  opinion, anything like that?
15    A   I can't recall.
16    Q   Coinbase --
17    A   Yeah.
18    Q   Has there been recent -- I'll represent to
19  you we got -- I think from a letter from counsel, we
20  heard that there was some recent-ish, maybe in the last
21  couple months, interactions with Coinbase.
22    Does that ring a bell for you?
23    A   It does.
24    Q   Tell me about it.
25    A   I can't recall the last couple of months.

64 (Pages 564 to 567)

Page 568

1    I do know that their CTO reached out somewhat recently,
2    I would say, in the last two weeks about Kin.
3        Q.   Okay.  Let's back up.  What is Coinbase?
4        A.   Coinbase is a place to buy, sell, and
5    manage cryptocurrencies, is how I'd describe it.
6        Q.   So it's an exchange, like the other ones
7    we've been describing?
8        A.   Yep.
9        Q.   Okay.  And there was outreach from Coinbase
10   to Kik?
11       A.   Yes.
12       Q.   What do you know about that outreach?
13           What were they saying?
14       A.   That they were looking at listing Kin and
15   they wanted to learn more.
16       Q.   And what did they want to learn?
17       A.   I'm not sure.
18       Q.   Did Kik give them information?
19       A.   I'm not sure.
20       Q.   Okay.  Did Kik file an application to be
21   listed?
22       A.   I believe we did, yes.
23       Q.   And did that application go into the
24   securities laws, anything like that?
25       A.   I'm not sure.

Page 569

1        Q.   Don't know.  Do you know who prepared it?
2        A.   I would think Eileen, but I'm not sure.
3        Q.   Did you review it before it was sent?
4        A.   No, I don't think so.
5        Q.   Okay.  Are you -- so Kik -- sorry.  I guess
6    Kik as the face or the sponsor of the Kin project is
7    talking to exchanges -- has been talking to exchanges,
8    correct?
9        A.   Correct.
10       Q.   Okay.  How about -- are you aware of other
11   parties trying to get Kin listed on exchanges and
12   reaching out to exchanges?
13       A.   I am aware that the Kin Foundation hired a
14   consultant to reach out to exchanges, to get Kin listed
15   on exchanges.
16       Q.   Who was the consultant?
17       A.   His name is -- his first name is Juan.  I
18   can't remember his last name.
19       Q.   Is he affiliated with a company or it's --
20   he's a solo person?
21       A.   He is a consultant hired by the Kin
22   Foundation.
23       Q.   Okay.  And has he been reaching out to
24   exchanges on behalf of the Kin Foundation?
25       A.   Yes.

Page 570

1        Q.   Okay.  Do you know what exchanges?
2        A.   I do not.  A lot of them.
3        Q.   A lot of them.  Has he had success so far?
4        A.   I'm not sure.
5        Q.   Well, I mean, has a major exchange listed
6    Kin?
7        A.   Not yet.
8        Q.   And I take it his efforts are to get larger
9    exchanges to list Kin?
10       A.   Correct.
11       Q.   Okay.  So other than Kik and its role and
12   the Kin Foundation, are you aware of anyone else
13   reaching out to exchanges to get Kin listed?
14       A.   I am not.
15       Q.   Okay.
16       A.   That's not true, actually.
17       Q.   Okay.
18       A.   I have heard in the Reddit community people
19   reaching to exchanges to get Kin listed.
20       Q.   And do exchanges come back to them?  Just
21   from what you're seeing in Reddit, do exchanges have a
22   dialog with these people?
23       A.   It looks like they do, yes.
24       Q.   Do those people provide legal analyses to
25   the exchanges?

Page 571

1        A.   I don't know.
2        Q.   Okay.  A few quick questions about the
3    Foundation.  The Foundation has a series of agreements
4    with Kik Interactive; is that right?
5        A.   Correct.
6        Q.   What do those agreements provide for?
7        A.   So the Kin Foundation today, as I
8    understand it, has two members and two board members,
9    myself and William.  We have one consultant, which is
10   Juan.  And I believe we have our own counsel, but I'm
11   not sure, separate counsel.
12           So there's many things that the Foundation
13   needs to do that it doesn't yet have employees to do.
14   And so I believe the contract is contracting Kik to do
15   those things for it.
16       Q.   Okay.
17       A.   But I'm not exactly sure.
18       Q.   That's fine.  And we can read the contract
19   and see.  But the Foundation doesn't have employees and
20   needs things to be done on its behalf?
21       A.   Correct.
22       Q.   And it contracted with Kik Interactive to
23   provide those employees and those services?
24       A.   In some cases, yes.
25       Q.   Okay.  In other cases, the Foundation does

1   things on its own?
2       A   For example, we contracted with Juan to
3   approach exchanges, and it did that on its own, yes.
4       Q   Right.  It reaches its own contracts with
5   others?
6       A   Yeah.
7       Q   Okay.  Has the Foundation to date paid Kik
8   for services Kik has rendered to the Foundation?
9       A   I don't believe so.
10      Q   Does it owe Kik money?
11      A   I believe there was a loan agreement
12  between Kik and Kin, yes.
13      Q   And how will the Foundation pay Kik back,
14  if you know?
15      A   It has the same business model as everybody
16  else in the ecosystem, which is it holds a large piece
17  of that asset and it can sell that -- pieces of that
18  asset for dollars.
19      Q   Got it.  So the idea is if it needs to pay
20  Kik for services rendered, it can sell some Kin?
21      A   Yep.
22      Q   And pay Kik the proceeds of that?
23      A   Yeah.  Kik or anybody else.
24      Q   Okay.  And so Kik employees currently are
25  working under this agreement for the Foundation?

1       A   I think it's -- well, if I step back for a
2   second, I think it's -- part of it is a question in
3   what exactly the Kin Foundation is responsible for.
4   And so I think, fundamentally, what the Kin Foundation
5   is responsible for is the fair and productive spending
6   of its 6 trillion Kin.
7           There is other ideas in the past of
8   different things they could be responsible for.  But at
9   the end of the day, I think that is what it is
10  responsible.  For example, we talked about renaming the
11  Kin Foundation, the Kin reserves.  So when I look at
12  that, the reason I give that context, there were
13  employee working on that, like, largely, that's just
14  spending decisions that William and I say yes or no to.
15      Q   Okay.
16      A   So Kik employees are doing many things in
17  the ecosystem.  Some of them are finding partners,
18  talking to them about, you know, why Kin is great, et
19  cetera, and then bringing them to the Foundation and
20  saying, "Hey, if you give them this much Kin, then
21  maybe they will develop for the Kin ecosystem.  Do you
22  want to do that?"  And William and I can make the
23  decision, yes or no.
24      Q   Got it.
25          MR. MITCHELL:  In that example, what of

1   that work is -- are those being done for the Kin
2   Foundation, just the part where the decision has to be
3   made whether to do the investment?
4           THE WITNESS:  Sorry.  Say that again.
5           MR. MITCHELL:  In what you just described,
6   what part of -- what work is being done there for the
7   Kin Foundation under those agreements?
8           THE WITNESS:  What work in that scenario is
9   being done by Kik?
10          MR. MITCHELL:  For the Kin Foundation.
11          THE WITNESS:  Oh, that's what I'm saying.
12  It's sort of a complicated thing to -- you know, what's
13  been done by Kik for itself to grow the value of its
14  Kin and therefore the Kin of everybody else versus
15  what's being done for the Kin Foundation specifically,
16  which is also trying to grow the Kin economy for itself
17  and for everyone else.
18          MR. MITCHELL:  So the people you were
19  describing just then who might be out talking to
20  possible partners --
21          THE WITNESS:  Yep.
22          MR. MITCHELL:  -- who is paying them?
23          THE WITNESS:  Kik.
24          MR. MITCHELL:  And is Kik getting
25  reimbursed for that?

1           THE WITNESS:  No, not to my knowledge.
2           MR. LEASURE:  I think we need to take a
3   disc or tape break.
4           MR. MITCHELL:  Oh, sorry.
5           MR. LEASURE:  We'll go off the record.
6           THE VIDEOGRAPHER:  This ends Disc Number 3.
7   Going off the record.  The time is 4:10 p.m.
8           (Recess.)
9           THE VIDEOGRAPHER:  This begins Disc
10  Number 4.  We are back on the record.
11          The time is now 4:13 p.m.
12          MR. MITCHELL:  Mr. Livingston, during the
13  break, did you have any substantive conversations with
14  the staff about the case?
15          THE WITNESS:  I did not.
16          MR. MITCHELL:  Has Kik done work for the
17  Kin Foundation that it expects to get reimbursed for
18  under the services agreement?
19          THE WITNESS:  It's unclear to me what
20  work -- because it's just a brand new thing.  Nobody
21  has ever done this before -- what work Kik is doing for
22  itself and what work it is doing for the Foundation.
23          MR. MITCHELL:  Why is that unclear to you?
24          THE WITNESS:  For example, Kik is paying
25  employees to go out and find developers to integrate

Page 576

1    Kin. Is Kin doing that for the Foundation and it
2    should get reimbursed or is Kik doing that for itself
3    because it holds 3 trillion Kin? It's unclear.
4         MR. MITCHELL: Okay. Has the Foundation
5    instructed Kik to do that work?
6         THE WITNESS: It's unclear to me. I'm not
7    sure.
8         MR. MITCHELL: I guess I don't understand.
9    If there are only two board members at the Foundation,
10   how could the Kik -- how could the Foundation have
11   given Kik that instruction but you not know about it?
12        THE WITNESS: I guess what I meant by that
13   was I'm not sure what's in the services agreement. I
14   wasn't involved in the drafting of that. I don't
15   recall personally William and I -- or I taking a vote
16   to go tell Kik to do this.
17        MR. MITCHELL: And what about -- have you
18   and William taken a vote or in any way told Kik to do
19   any specific work?
20        THE WITNESS: I think what William and I
21   have done is Kik employees have come to us with
22   proposals for partners and the Kin they would get to
23   join the ecosystem in lieu of having the Kin Rewards
24   Engine at this point. And William and I have
25   instructed them whether we agree or disagree with that

Page 577

1    proposal.
2         MR. MITCHELL: Anything other than those
3    kinds of interactions?
4         THE WITNESS: Not that I can think of.
5         MR. MITCHELL: Okay. Now, let me just
6    put -- have you put on your Kik CEO hat. Is Kik -- are
7    there any Kik employees who are tracking their hours to
8    say, "This amount of work I'm doing, I'm doing for the
9    Foundation under the services agreement"?
10        THE WITNESS: Not to my knowledge. It's
11   possible, though, but not to my knowledge.
12        MR. MITCHELL: Is anybody planning to do
13   that?
14        THE WITNESS: Not to my knowledge, but it's
15   possible.
16        MR. MITCHELL: It's possible that it might
17   happen in the future?
18        THE WITNESS: Or that people might be doing
19   it today.
20        MR. MITCHELL: Okay. Is there any plan for
21   Kik to sort of assemble a bill and say, "This is the
22   work that Kik did, and we'd like to get reimbursed for
23   it"?
24        THE WITNESS: There is evolving plans on
25   what would be fair. It's unclear what Kik should pay

Page 578

1    for itself for its own selfish participation in the
2    ecosystem and what Kik should get reimbursed for that
3    the Kin Foundation -- work it's doing for the Kin
4    Foundation.
5         MR. MITCHELL: And are people working those
6    issues out?
7         THE WITNESS: I think we're iterating
8    through the options.
9         MR. MITCHELL: Who's the "we"?
10        THE WITNESS: Myself and William largely
11   and -- I think the lead would be myself and William,
12   but also in discussions with employees from Kik as
13   well.
14        MR. SCHLEGELMILCH: Are any other Kin
15   owners doing work for the Foundation?
16        THE WITNESS: Are any -- maybe if the
17   question is: Are any other Kin owners meeting with
18   William and I in sort of a board meeting setting? No.
19   Well, only Juan -- I believe Juan is an owner of Kin.
20   He may be. But other than him, I would say no.
21        MR. SCHLEGELMILCH: But he's meeting as a
22   consultant, right?
23        THE WITNESS: Correct.
24        MR. SCHLEGELMILCH: So -- but I guess the
25   Kin Foundation doesn't have any services agreement or

Page 579

1    any other sort of agreement with any other Kin owners,
2    correct?
3         THE WITNESS: Not to my knowledge.
4         MR. SCHLEGELMILCH: Only with Kik?
5         THE WITNESS: To the best of my knowledge,
6    yes.
7         BY MR. LEASURE:
8         Q   Was there ever a consideration of hiring a
9    CEO for the Foundation?
10        A   Yes.
11        Q   Tell me about that.
12        A   I think it's been unclear and is still
13   unclear what exact role the Kin Foundation will play
14   over the next five or ten years. Lots of different
15   crypto projects have tried lots of different ways, many
16   of which haven't worked or have been damaging to the
17   overall success of the project.
18        And so we're trying to figure out what is
19   the best -- what is the role at the end of the day of
20   the Kin Foundation. That, I think, has been the
21   primary discussion. Like, "Should we be doing this or
22   should we be doing that?" I think where I have
23   landed -- but, again, this is an ongoing discussion --
24   is the Kin Foundation should manage the spending of its
25   6 trillion Kin reserves. That's what it should do.

Page 580

1       Some of that, I think, over time will be
2   the Kin Reward Engine.  That will be payment to
3   partners.  That will be bounties to developers for
4   improving things like the blockchain.  There will be
5   many different ways that it will spend that 6 trillion
6   Kin.  It's unclear at this point what the exact right
7   structure inside the Kin Foundation should be to
8   accomplish that.  It's unclear right now if that will
9   require a CEO or not.
10      Q   It's unclear to you if it requires active
11  day-to-day managers solely wearing the Foundation hat?
12      A   Correct.
13      Q   Whereas that work -- a lot of that work
14  might just stay within Kik, and maybe come up with a
15  billable structure or some other long-term resolution
16  for that relationship?
17      A   It's unclear.  Like, at some point, you
18  know, I think many -- like, for example, we talked
19  about the Kin Foundation putting up RFPs for different
20  things that, you know, we want a developer program run
21  in Korea.  And if you, you know, submit the winning
22  bid, we'll give you, you know, 50,000 Kin or whatever
23  it might be.  It's unclear if that's something that
24  William and I can do.
25      Should we hire a CO to do that?  Can that

Page 581

1   be crowd-sourced?  We're not sure at this point.
2       Q   Okay.  So it's still a work in progress,
3   what the structure will look like?
4       A   Yes.
5       Q   Okay.  I want to turn to where we -- events
6   after the public sale, the key, sort of, milestones in
7   your mind for the Kin project after the public sale.
8       A   Sure.
9       Q   We talked a lot about the blockchain, the
10  Stellar fork.
11      A   Uh-huh.
12      Q   I think I see that there was -- there's
13  something called Kinnit --
14      A   Yep.
15      Q   -- that came about.
16      What can you tell about Kinnit?
17      A   Kinnit was an app developed by Kik
18  employees in Israel as an example of an open-sourced
19  app you can build and integrate in Kin.
20      Q   And the hope is by doing that, other apps
21  might be encouraged to accept Kin in their app?
22      A   That it would lower the barriers to
23  adoption by other developers, yes.
24      Q   Okay.  And other developers -- I think you
25  identified today that there are other developers out

Page 582

1   there who now accept or are working on integrating Kin
2   into their platforms?
3       A   Yes.
4       Q   Okay.  And Kik has a group -- as part of
5   the Kin side of its -- of its business, has a group
6   working to identify and encourage developers to join
7   the Kin ecosystem?
8       A   Correct.
9       Q   Okay.  And so there have been some
10  milestones on the way of developers signing on in 2018,
11  right?
12      A   Yes.  Correct.
13      Q   Okay.  So we've covered the blockchain,
14  Kinnit, getting developers on board.  I'm trying to
15  hear from your perspective other key milestones in the
16  Kin project for 2018.
17      A   I think -- so Kinnit became the first app
18  ever to get approved by Apple for the iOS app store
19  where you could both earn and spend a cryptocurrency in
20  the app.
21      Q   Oh, I see.  So getting the Apple iOS store
22  approval was a big deal?
23      A   Yeah.  I believe it was the first in the
24  world.
25      Q   Okay.  I'm sorry.  I want to keep hearing

Page 583

1   the milestones from your perspective.
2       A   I think the other big milestone is
3   developers going live with apps that integrate Kin.
4       Q   Okay.
5       A   I believe there's roughly ten apps in the
6   iOS and Android app stores, Playstore, live today that
7   you can go download where you can earn and spend Kin.
8       Q   Okay.  And the goal is obviously to get
9   more?
10      A   Yes.
11      Q   What else in terms of key milestones from
12  your perspective?
13      A   From my perspective, those are the key
14  milestones.
15      Q   Okay.  Let me show you -- I think it's
16  another Medium post.
17      A   Okay.
18      Q   I'll walk you through it.  I'm marking this
19  as Exhibit 208.
20      (SEC Exhibit No. 208 was marked for
21  identification.)
22      BY MR. LEASURE:
23      Q   There you go.  Take a look and let me know
24  when you're ready.  Exhibit 208, which does not have a
25  Bates stamp, I'll represent to you is a Medium post or

1    a document I found on the Medium website that I printed
2    off on November 1st, 2018.
3        A    Okay.
4        Q    And it has a date of September 26th.  And
5    my understanding from data is that that's September
6    26th, 2018.  It says, "Kin, One Year In."
7        A    Uh-huh.
8        Q    Did you write this?
9        A    I believe I wrote a first draft of this,
10   then I worked with other people to edit it, and then it
11   was posted under my name.
12       Q    Why did you -- why did you -- did
13   you want -- I take it you wanted this posted.
14       A    This was a recommendation from the
15   marketing team and -- to be honest, this was not on my
16   raider, but it felt like -- the logic was that it was a
17   one-year anniversary.  And as such, we should
18   commemorate it on behalf of the community by me, the
19   brainchild -- this being my brainchild, by writing this
20   post.
21       Q    And is it fair to say at least the
22   marketing team wanted you and other people at Kik to be
23   out there publicly talking about the Kin project still?
24       A    I think they just thought it would be a
25   nice thing to do.

1        Q    For the Kin community?
2        A    Yeah.
3        Q    Okay.  To hear from the founder of the
4    project?
5        A    Yes.
6        Q    Okay.  So, again, under the title "Kin, One
7    Year In," it says, "It's been one year since the Kin
8    token distribution event.  Since then, we have been
9    following a three-step strategy to make Kin the most
10   used cryptocurrency in the world.  One, create a
11   scalable blockchain; two, launch Kin inside Kik; three,
12   expand the ecosystems to other apps.  We have made
13   great progress on three."
14       Let me pause there.  Is that accurate?
15       A    Yes.
16       Q    Okay.  And is the "we," are you reflecting
17   both Kik and the Kin project?  I want to understand
18   what's within the "we."
19       A    I think when I refer to "we," I mean the
20   ecosystem broadly, all of the participants.
21       Q    Okay.  And your -- whether the CEO or not,
22   you're a player in that ecosystem --
23       A    Correct.
24       Q    -- and a key player in that system, would
25   you agree?

1        A    I would agree.
2        Q    Okay.  In terms of -- we talked about the
3    blockchain a lot yesterday.
4        A    Uh-huh.
5        Q    I don't want to re-go back there.  I think
6    we talked about expanding the ecosystem to other apps,
7    correct, through Kinnit and getting other apps to
8    launch Kin in their app, in their platforms, right?
9        A    Right.
10       Q    Launch Kin inside Kik, what happened in
11   2018 on that?
12       A    We -- in 2018, we integrated the SDK -- the
13   new SDK that integrated into the new fork of Stellar
14   blockchain.  We created a marketplace inside of Kik
15   that allowed you to earn Kin and see your Kin and see
16   all of your transactions on that new fork of Stellar
17   blockchain.  And we integrated a way to purchase chat
18   themes inside of Kik with Kin.
19       Q    Got it.
20       MR. MITCHELL:  That's inside the messaging
21   app?
22       THE WITNESS:  Correct.
23       MR. MITCHELL:  And does Kik the -- Kik, the
24   company, controls the messaging app?
25       THE WITNESS:  Correct.

1        MR. MITCHELL:  Did people outside Kik, the
2    company, make changes to the messaging app?
3        THE WITNESS:  Not to my knowledge.
4        BY MR. LEASURE:
5        Q    It might be helpful if I can point you to
6    the second page.  There's a sort of diagram there
7    showing what appears to me to be a winding road.
8        Do you see that?
9        A    I do.
10       Q    Okay.  Did you write this?
11       A    I did not.
12       Q    Did you review this before it was
13   published?
14       A    I did not.
15       Q    Okay.  Who wrote this?
16       A    I assume somebody from the marketing team.
17       Q    Okay.  Who led that at that time?
18       A    I think this would have been created by the
19   communications team, which would be Rod at the time,
20   but I'm not sure.
21       Q    Okay.  I just want to point to a few things
22   and tell me if you can give me context on what might be
23   being referred to here.
24       A    Sure.
25       Q    First, on April 13th -- I take it this is

1    2018, the dates listed here.
2         Does that seem right to you?
3    A   April 13th.
4    Q   Do you see that?  It's on the second line.
5    A   Yes, I do see that.
6    Q   Okay.  And is that -- do you believe that's
7    referring to events in 2018?
8    A   I do.
9    Q   Okay.  It references the first Kin
10   ambassadors event held in New York City?
11   A   Yep.
12   Q   What can you tell me about that?
13   A   Kik employees put together an event to
14   identify the most active people in various social media
15   channels and to invite them to New York.
16   Q   Did you go?
17   A   I did.
18   Q   Okay.  And this -- and when you say active
19   people in social media channels, are these developers
20   or are these just sort of active social media users?
21   A   It's unclear which are developers and which
22   are not or even what are their professions.  Just that
23   they were very passionate and knowledgeable about Kin,
24   the Kin project broadly.
25   Q   And they were -- oh, so they were people

1    who were enthusiastic about Kin?
2    A   Correct.
3    Q   Sorry.  I apologize.  And what was the
4    purpose of having that event?
5    A   I think it was an event to -- you know, you
6    had all of these people who loved Kin, were
7    evangelizing Kin, were contributing to Kin, you know,
8    people that went on to build apps.  And we thought it
9    would be cool -- my recollection is we thought it would
10   be a cool way to bing them together and have them meet
11   in person.
12   Q   Okay.  And then with the hope of them being
13   enthusiastic about -- continuing to be enthusiastic
14   about Kin, right?
15   A   They were already very enthusiastic about
16   Kin.  I think this is more of about, you know, "Hey,
17   we're all a community doing this together.  We should
18   all meet each other.  And you" -- "we should meet each
19   other.  You guys should meet me.  I want to meet you,"
20   et cetera.
21   Q   Networking?
22   A   Coming -- I don't know about networking.
23   Coming together as a community and meeting in person.
24   Q   Okay.  Meeting people.  "05/08" --
25   A   Yep.

1    Q   -- "Kin blockchain launches."
2    A   Yeah.
3    Q   That's the fork we've been discussing
4    already today?
5    A   Correct.
6    Q   Okay.  On June 6th -- there's 06/07.
7         Do you see that?
8    A   Correct.
9    Q   "Kin blockchain reaches 1.2 million
10   transactions per day at a rate of 20 transactions per
11   second."
12        Do you see that?
13   A   Yep, I do.
14   Q   And do you know what those transactions --
15   like, if you had to characterize it as transactions,
16   are you able to characterize what they were?
17   A   I believe they were test, earn, and spend
18   transactions.
19   Q   Oh, okay.  We talked earlier about tests on
20   the Kin blockchain.  Are those those?
21   A   Yep.
22   Q   So this was showing that the Kin blockchain
23   has greater capacity to handle a lot of transactions?
24   A   Correct.
25   Q   Got it.

1         MR. SCHLEGELMILCH:  Can I just ask a dumb
2    question?  What is a test transaction?
3         THE WITNESS:  It's a transaction like, you
4    know, I send you one Kin and you send me back one Kin.
5    Like, it's just programmatically doing that a bunch of
6    times.
7         MR. MITCHELL:  The test part is -- the
8    purpose is to test the blockchain as opposed to
9    actually buy yourself something?
10        THE WITNESS:  Correct.
11        MR. LEASURE:  Got it.
12        MR. SCHLEGELMILCH:  So I think I asked you
13   yesterday how many transactions were occurring on the
14   Stellar blockchain per day.  I think you gave me a
15   pretty high number.  50,000, somewhere in that
16   magnitude.  Am I getting that right?  Maybe it was an
17   even higher number than that.
18        THE WITNESS:  I don't recall giving that
19   number.  I recall saying I believe roughly 10,000
20   people did a transaction, yesterday.
21        MR. SCHLEGELMILCH:  Okay.
22        THE WITNESS:  And depending on how many
23   transactions they made each, you could do the math for
24   yourself.
25        MR. SCHLEGELMILCH:  Okay.

Page 592

1      THE WITNESS:  But I'm not sure how many
2  each day.
3      MR. SCHLEGELMILCH:  Yeah.  My memory is
4  sort of irrelevant here.  I'm just trying to -- so when
5  you say that approximately 10,000 people did a
6  transaction on the blockchain per day, is that -- are
7  those test transactions?
8      THE WITNESS:  Those are real transactions.
9  That is real earning and spending transactions in one
10  of the ten apps that is available publicly today.
11      MR. SCHLEGELMILCH:  Okay.  Thank you.  I
12  understand now.
13      BY MR. LEASURE:
14      Q   Moving further down on this diagram,
15  there's "06/27, Kik integrates Kin."  Do you see that?
16      A   I do.
17      Q   What's that referring to?
18      A   I think that's Kik integrating the new Kin
19  blockchain.
20      Q   Got it.  Okay.  "07/11, Kin developer
21  program launches."
22      A   Yep.
23      Q   What's that program?
24      A   That was a program to find and mentor other
25  developers around the world to integrate Kin into the

Page 593

1  app they already had or wanted to build.
2      Q   And was this developer program part of the
3  Kin part of Kik Interactive, Inc.?
4      A   It was put together by Kik employees who
5  were part of the Kin part of Kik Interactive, Inc.,
6  yes.
7      Q   Thank you.  And it looks like on 08/15,
8  they found -- they identified 40 participants and
9  accepted them?
10      A   Yes.
11      Q   And do you know how they identified them?
12      A   They put out applications.  I think they
13  got something, like, 200 applications.  They reviewed
14  those applications.  And then based on their own
15  criteria, they chose 40.  I can't -- I don't -- sitting
16  here, I don't recall what those criteria were or being
17  aware of them at the time.
18      Q   Aside from the specific criteria, do you
19  know generally what they were looking for?
20      A   I think they were looking for -- my guess
21  would be -- and I don't know.  My guess would be smart
22  developers who could build good apps.
23      Q   And if we wanted to know more about that,
24  who within Kik would we ask?
25      A   I think the woman who -- I think we talked

Page 594

1  about this yesterday -- spearheaded it was Natasha.
2      Q   Right.
3      A   But she has since gone on mat leave
4  recently, so I'm not sure who it is today, but we could
5  find out.
6      Q   Fair enough.  Last, I just want to ask
7  about an acronym I'm not sure I recognize.  Under -- at
8  the end of this diagram, there's 14,281 MAWs.
9      A   Yep.
10      Q   What's that?
11      A   That acronym is a new acronym that we're
12  playing around with, which is monthly active wallets,
13  as opposed to monthly active users.  I think the thing
14  we're trying to demonstrate with Kin is you see lots of
15  cryptocurrencies there are lots of transactions.
16      But how many of those transactions are
17  actually people earning or spending the cryptocurrency
18  versus buying it or selling it?  So this 14,000 says
19  14,000 people in the last 30 days actually earned or
20  spent the cryptocurrency.
21      Q   Got it.  Okay.  I can point you to a few
22  places.  But throughout this document, it describes
23  what Kin has done.  Let me give you an example.  The
24  bottom of page 3 of 6, under the section "Expand the
25  Ecosystem to Other Apps."

Page 595

1  Do you see that section?
2      A   Yep.
3      Q   And the second paragraph begins, "Kin
4  worked with large partners, like Blackhawk Network," et
5  cetera.
6      A   Yep.
7      Q   In using Kin like that, is that shorthand
8  for the Kin team working in Kin Interactive -- Kik
9  Interactive?
10      A   I think it depends on the context.  I think
11  this is one of the parts that's sort of confusing about
12  crypto, is like who is Kin, what is Kin.  And, you
13  know, if you were to explain the nuance every time of
14  who exactly you mean within Kin, it would be a very
15  complicated and wordy thing to explain.
16      So here, when Kin worked with large
17  partners, you know, that's referring to Kik employees
18  working on Kin worked with large partners.
19      Q   Okay.  I got it.  And then let me try one
20  more just to see if there is nuance and we can unpack
21  it.  Page 4 of 6, "Finally, Kin has launched the Kin
22  developer program."
23  Do you see that?
24      A   Yep.
25      Q   Is that, again, Kik employees working on

1   **behalf of the Kin project?**
2       A   Yes.
3       **Q   Okay.  I think I'm done with this document.**
4       MR. MITCHELL:  So I want to ask you a
5   couple of questions about some of these partners.  And
6   I'm going to do it really quickly because Patrick sent
7   us a letter that has -- I'm going to give you what's
8   marked as 209.  This is just a letter earlier from this
9   week.  And you can see it has a chart at the bottom.
10      (SEC Exhibit No. 209 was marked for
11  identification.)
12      THE WITNESS:  Okay.
13      MR. MITCHELL:  Okay.  So you have the
14  original.  I've given copies to you lawyers.  Do you
15  see the chart -- have you ever seen this letter before?
16      THE WITNESS:  I have not.
17      MR. MITCHELL:  Okay.  Great.
18      THE WITNESS:  Not that I recall.
19      MR. MITCHELL:  There's a chart on the
20  bottom.  We just asked to get a list of the
21  distributions of Kin tokens.
22      THE WITNESS:  Okay.
23      MR. MITCHELL:  So this is great, because it
24  just says, like, entity names.  And I just want to run
25  through them and ask your sort of understanding of who

1   they are.
2       THE WITNESS:  Okay.
3       MR. MITCHELL:  So first is:  Do you see the
4   first line, it says that there were 9,000 -- there's a
5   recipient column and a date and a description.
6       Do you see this?
7       THE WITNESS:  I do.
8       MR. MITCHELL:  So under the "Recipient"
9   column, do you see the 9,000 Kik users?
10      THE WITNESS:  Yep.
11      MR. MITCHELL:  Earlier, we had talked about
12  Kik giving Kin to power users.
13      THE WITNESS:  Yep.
14      MR. MITCHELL:  Does this refresh your
15  recollection about when that happened?
16      THE WITNESS:  It doesn't.  I believe we
17  also gave it to Kik users as part of the token sale,
18  but I'm not sure.
19      MR. MITCHELL:  In September?
20      THE WITNESS:  In September, yes.
21      MR. MITCHELL:  Okay.  So then this is going
22  to get a little repetitive --
23      THE WITNESS:  This is after the token --
24      MR. MITCHELL:  This is going to get a
25  little repetitive, but it will make it fast.

1       THE WITNESS:  Okay.
2       MR. MITCHELL:  The next line says "Kin Kong
3   Bot."
4       THE WITNESS:  Yep.
5       MR. MITCHELL:  What is that?
6       THE WITNESS:  I believe that was a bot
7   developed by Kik employees.
8       MR. MITCHELL:  Okay.  So do you have -- do
9   you know -- this -- the line just -- we -- was that
10  there's a distribution to the Kin Kong Bot.
11      Do you know -- is there some separate legal
12  entity other than Kik?
13      THE WITNESS:  I don't -- no, not in this
14  case.
15      MR. MITCHELL:  Okay.  Do you know --
16  there's a number there.  Do you know whether there
17  is -- whether Kin tokens were given out to people
18  through the Kin Kong Bot or who got Kin -- who got --
19      THE WITNESS:  Yeah, I believe they were
20  given to users through the Kin Kong Bot.
21      MR. MITCHELL:  More like Kik app users?
22      THE WITNESS:  I'm not sure if it was in Kik
23  or in a separate app.  I can't recall.
24      MR. MITCHELL:  Okay.
25      THE WITNESS:  It might have actually been

1   developed at a hackathon.  I can't recall what the
2   specifics are on this one.
3       MR. MITCHELL:  Gotcha.  There's not an
4   entity called Kin Kong Bot?
5       THE WITNESS:  No.
6       MR. MITCHELL:  All right.
7       THE WITNESS:  Not to my knowledge.
8       MR. MITCHELL:  Next line, IMVU.
9       THE WITNESS:  Yep.
10      MR. MITCHELL:  What -- the description, I
11  can just read.  It says it's a partner.
12      THE WITNESS:  Yep.
13      MR. MITCHELL:  What is IMVU?
14      THE WITNESS:  It's an avatar community app.
15      MR. MITCHELL:  Avatar, like the movie?
16      THE WITNESS:  Avatar, like the profile
17  picture and sort of creating a digital avatar, a
18  digital representation of who you want to portray as
19  yourself.
20      MR. MITCHELL:  And is there -- there is --
21  is there an entity that's running that?
22      THE WITNESS:  There is an independent
23  company.  I'm not sure their legal name, but I assume
24  it's something like IMVU, Inc.
25      MR. MITCHELL:  Sure.  Where?

Page 600

1        THE WITNESS: I'm not sure. If I had to
2    guess, I think it's in California, but I'm not sure.
3        MR. MITCHELL: Okay. And did they get Kin
4    tokens?
5        THE WITNESS: I believe so.
6        MR. MITCHELL: Why?
7        THE WITNESS: To -- as their compensation
8    for joining the Kin ecosystem, and also I believe to
9    kick start their Kin economy inside their app.
10        MR. MITCHELL: Okay. Flip to the next
11    page. Perfect365. What's that?
12        THE WITNESS: It is a fashion app.
13        MR. MITCHELL: Where -- I'm sorry.
14        Run by some other entity other than Kik?
15        THE WITNESS: Correct.
16        MR. MITCHELL: Where?
17        THE WITNESS: I believe in China is where
18    they're headquartered.
19        MR. MITCHELL: And did they get Kin tokens?
20        THE WITNESS: They did.
21        MR. MITCHELL: Why?
22        THE WITNESS: For the same reason as IMVU.
23        MR. MITCHELL: All right. Lykke,
24    L-y-k-k-e, do you see that?
25        THE WITNESS: Correct.

Page 601

1        MR. MITCHELL: What's that?
2        THE WITNESS: Lykke is an exchange.
3        MR. MITCHELL: It's a place people trade
4    tokens?
5        THE WITNESS: Yes.
6        MR. MITCHELL: And did they get -- I'm
7    sorry. Where is it?
8        THE WITNESS: I believe it's in
9    Switzerland.
10        MR. MITCHELL: And did Kik -- sorry. Let
11    me go on this one. Did they get Kin tokens?
12        THE WITNESS: I believe they did.
13        MR. MITCHELL: From -- did they get them
14    from Kik or from the Foundation or from someone else?
15        THE WITNESS: I believe from the
16    Foundation.
17        MR. MITCHELL: Okay. Why?
18        THE WITNESS: I believe as payment to list
19    Kin on their exchange, but I'm not sure.
20        MR. MITCHELL: Okay. Let me just flip --
21    go back up two lines -- two earlier lines. Perfect365,
22    whose Kin did they receive?
23        THE WITNESS: I believe the Kin
24    Foundation's.
25        MR. MITCHELL: And then same question for

Page 602

1    IMVU.
2        THE WITNESS: I believe they received that
3    from Kik.
4        MR. MITCHELL: Developer program. There's
5    a -- do you see a line for developer program?
6        THE WITNESS: Yep.
7        MR. MITCHELL: Was there a group of
8    different developers that received tokens?
9        THE WITNESS: Yep.
10        MR. MITCHELL: Okay. And why did they get
11    them?
12        THE WITNESS: For the same reason.
13        MR. MITCHELL: Okay. It was
14    compensation --
15        THE WITNESS: Compensation and to kick
16    start their Kin economy in their apps.
17        MR. MITCHELL: Great. From where?
18        THE WITNESS: From the Kin Foundation.
19        MR. MITCHELL: Are these transactions
20    actually coming out of Kin's wallet?
21        THE WITNESS: The Kin Foundation's wallet,
22    I believe so, yes.
23        MR. MITCHELL: And, obviously, you don't in
24    your head know the developer -- the names of those
25    developers, but do you think there's someone at Kik who

Page 603

1    has a list of those developers?
2        THE WITNESS: Yes. I believe those are the
3    40 developers referenced in the previous document.
4        MR. MITCHELL: Okay. Any of them in the
5    United States?
6        THE WITNESS: I believe so, yes.
7        MR. MITCHELL: Okay. Madlitz,
8    M-a-d-l-i-t-z.
9        THE WITNESS: Yep.
10        MR. MITCHELL: What's that?
11        THE WITNESS: It's another app company.
12        MR. MITCHELL: Where is it?
13        THE WITNESS: It's based in Toronto, I
14    believe.
15        MR. MITCHELL: What kind of app?
16        THE WITNESS: I think it's a comedy app,
17    but I'm not sure.
18        MR. MITCHELL: And they got -- they
19    received Kin tokens?
20        THE WITNESS: Yep.
21        MR. MITCHELL: From whom?
22        THE WITNESS: Kin Foundation.
23        MR. MITCHELL: Why?
24        THE WITNESS: For the same reason.
25        MR. MITCHELL: Okay. And then Tanner Philp

Page 604

1    is a Kik employee, right?
2         THE WITNESS:  Correct.
3         MR. MITCHELL:  And he got Kin tokens?
4         THE WITNESS:  Yes, it looks like that.
5         MR. MITCHELL:  Leaving aside the list, do
6    you know whether he got Kin?
7         THE WITNESS:  I don't know.
8         MR. MITCHELL:  You don't know.  That's
9    fine.  So sitting here today, do you know if he
10   received -- if Philp has received tokens from either
11   Kik or the Foundation?
12        THE WITNESS:  I am not sure.
13        MR. MITCHELL:  Okay.
14        BY MR. LEASURE:
15        Q  Let me go on.  We talked earlier today
16   about public appearances you made talking about the Kin
17   project prior to the public sale.
18        A  Should I still hold onto this?
19        Q  No.  I'll take it back.
20        A  Yep.
21        Q  After the public sale, you continued to
22   talk about the Kin project in public?
23        A  Yep.
24        Q  Like, you've gone on Reddit or other social
25   media channels?

Page 605

1         A  Yep.
2         Q  Okay.  Why are you doing that?
3         A  To share my view of where Kin is at.
4         Q  Okay.  And your -- is it fair to say you
5    continue to put a face on the Kin project?
6         A  I think I continue to be one of the more
7    prominent faces of the Kin project, yes.
8         Q  Okay.  You do monthly "ask me anythings" on
9    Reddit?
10        A  Yes.
11        Q  Okay.  You do that for the same reasons we
12   just described?
13        A  Yes.
14        Q  Okay.  I saw a monthly "ask me anything"
15   you posted.  I think it was posted May of 2018.
16        A  Okay.
17        Q  Again, I'm just going to characterize what
18   I saw and just ask you if you recall doing that.
19        A  Okay.
20        Q  I think there was a question posed to you
21   about the SEC and the Kin project.  And it appeared
22   that you stated that Kin could pull out of the U.S. or
23   out of certain jurisdictions.
24           Does any of that ring a bell for you?
25        A  It rings a bell.

Page 606

1         Q  Okay.  How would Kin -- how would Kin do
2    that?
3         A  I think the context of this -- these AMAs,
4    maybe it's helpful to understand, is it's my -- what I
5    want to do is it's my opportunity to be transparent
6    with the Kin community and to answer -- the original
7    intent was to answer questions about the Kin vision.
8    So, you know, so that people could really understand
9    what I was thinking and why when I conceived of this.
10           The format I use is people post questions,
11   and I go to my way not to see the questions ahead of
12   time, so I'm answering them on the spot on video, where
13   I'm seeing them for the first time.  In terms of this
14   question, you asked, well, how could Kin pull out of
15   the U.S. or how could Kik, Inc., pull out of the U.S.?
16           My answer to that would be based on --
17   would reveal conversations with counsel.
18        Q  Does Kik have plans to pull out of the
19   U.S.?
20        A  Today, no.
21        Q  I'm sorry.  Does Kin have plans to pull out
22   of the U.S.?  I misspoke.
23        A  Kin is a cryptocurrency that exists on the
24   blockchain.
25        Q  Okay.

Page 607

1         A  And so any country that has the internet
2    will have Kin.
3         Q  Okay.  So to date, there are no plans?
4         A  To pull out what out of the U.S.?
5         Q  To pull Kin and the Kin project out of the
6    U.S.
7         A  If you're referring to Kin, the
8    cryptocurrency, it's impossible to pull Kin, the
9    cryptocurrency, out of any country, unless you shut
10   down the internet.
11        Q  Okay.
12           How much of your time since the
13   public sale has been spent on the Kik messenger app
14   side of the business versus the Kin project side of the
15   business?
16        A  Roughly 50/50.
17        Q  Okay.  Since the public sale, aside from
18   the distributions that we just walked through, that
19   Brent just walked through --
20        A  Uh-huh.
21        Q  -- has Kik sold any of its holdings of Kin?
22        A  Not to my knowledge.
23        Q  Okay.  Is that -- and it receives more each
24   quarter.  Do I have that right?
25        A  It vests more each quarter.  But I think,

Page 608

1  technically, it's already received them.
2  **Q  I apologize.  Vests more each quarter.**
3  A  Yep.
4  **Q  So it could sell more each quarter as the**
5  **vesting schedule continues?**
6  A  Correct.
7  **Q  Does it have plans currently to sell more**
8  **Kin?**
9  A  At some point, Kik will, like everybody in
10  the ecosystem, need to sell Kin to get dollars to fund
11  its own operations.
12  **Q  Sure.**
13  A  But when exactly we do that has not yet
14  been decided.
15  **Q  Okay.**
16  **And in terms of the distributions --**
17  **Brent just walked you through some distributions that's**
18  **happened over time, right?**
19  A  Uh-huh.
20  **Q  Does Kik Interactive have plans to**
21  **distribute more Kin to developers or other ecosystem**
22  **participants in the future?**
23  A  There are potential strategies in the
24  future where Kik might do that, but there's also
25  options where Kik does not do that.

Page 609

1  **Q  And how about on the Foundation side?**
2  **Does the Foundation have plans?**
3  A  Yes, it does.
4  **Q  And do you expect in the future the**
5  **Foundation will continue to distribute Kin to members**
6  **of the -- people participating in the ecosystem?**
7  A  That's the whole point.
8  **Q  Okay.**
9  A  Yes.
10  MR. MITCHELL:  Practical question.  The
11  Foundation has a wallet that holds the Kin tokens?
12  THE WITNESS:  Correct.
13  MR. MITCHELL:  Who controls that?
14  THE WITNESS:  I believe -- if the question
15  is who technically would make the transfers if the Kin
16  Foundation board members would vote, I believe it's Kik
17  employees.
18  MR. MITCHELL:  Did you ever consider sort
19  of not having a foundation, just -- just having Kik fill the
20  roles that you have that are currently being run by Kik
21  and the Foundation?
22  THE WITNESS:  Not to my recollection.
23  MR. MITCHELL:  I guess -- why not?  I just
24  don't -- I'm still trying to understand why the -- why
25  it had the Foundation.

Page 610

1  THE WITNESS:  Because if I were a developer
2  of another app and somebody came to me and said
3  integrate our cryptocurrency, but at the end of the
4  day, we control everything, so really you're not
5  building for an open economy, you're building for a
6  company's platform, that personally, I would not build
7  for that.
8  And so it's important to me for myself, and
9  therefore, I felt like it was the right thing to do for
10  everybody else, for there to be an independent body
11  responsible for the allocation of that 6 trillion Kin.
12  MR. MITCHELL:  That's one of the things
13  that makes you -- makes this project different than
14  Twitter, which can control its own data and its API and
15  things like that?
16  THE WITNESS:  There are many things that
17  make it different --
18  MR. MITCHELL:  Sure.
19  THE WITNESS:  -- but this is one of the
20  things that makes it different, yes.
21  MR. MITCHELL:  Okay.  And you thought it
22  would make it attractive to people, to get them to join
23  and participate?
24  THE WITNESS:  If somebody asked me to join
25  a platform that didn't have an independent foundation

Page 611

1  or didn't have a plan to have an independent foundation
2  over time, I would not join.  So how could I ask anybody
3  else to join such a platform?
4  MR. MITCHELL:  Okay.
5  BY MR. LEASURE:
6  **Q  So we've covered a lot of different topics**
7  **about Kik, the Kin project, and you, over the past two**
8  **days of testimony, right?**
9  A  Uh-huh.
10  **Q  So as we're winding down, I just want to**
11  **offer you an opportunity.  As the CEO of Kik and as**
12  **the -- I think the term is founder of Kin, is there**
13  **anything else you think we need to know on our side as**
14  **we continue our investigation about Kin?**
15  MR. LYNCH:  I'm wondering, you know, if
16  you're getting to the end.  This is -- this seems like
17  the kind of last question you ask, you know, do you
18  want clarify anything.  And usually, we'd just like to
19  talk to him.
20  If you want him to answer, he can.  But
21  it seems like that's the question you're asking.
22  MR. LEASURE:  It is, but it's -- I just
23  want to --
24  (Simultaneous speakers.)
25  THE WITNESS:  That's usually what reporters

## Page 612

1   ask at the end of the interview.  But I'm not sure how
2   this is different to that.
3          MR. LEASURE:  No.  Let me say this.  Let me
4   give him a chance to answer, then we'll go off the
5   record and let you talk to your client.  Is that fair?
6          THE WITNESS:  It's hard for me to know how
7   to answer that question without knowing how these
8   things work.
9          And I have never done one of these
10  before, so I think I should not answer that
11  question.
12         MR. LEASURE:  Fair enough.
13         We are going off the record.
14         THE VIDEOGRAPHER:  Going off the record.
15  The time is 4:48 p.m.
16         (A brief recess was taken.)
17         THE VIDEOGRAPHER:  We are back on the
18  record.  The time is now 4:51 p.m.
19         BY MR. LEASURE:
20     **Q   Back on the record after a brief break**
21  **during which, Mr. Livingston, did you have any**
22  **substantive conversations about this investigation with**
23  **SEC staff?**
24     A   I did not.
25     **Q   Okay.  We have no further questions for you**

## Page 613

1   **at this time.  Should we have additional questions for**
2   **you, we'll reach out to your attorneys.**
3          **Is there anything you wish to add or**
4   **clarify to the testimony you've given over the past two**
5   **days?**
6      A   There is not.
7          MR. LEASURE:  Counsel, do you have any
8   additional clarifying questions you wish to ask
9   Mr. Livingston?
10         MR. GIBBS:  We do not.
11         MR. LEASURE:  All right.  Thank you for
12  your time.  We're off the record.
13         THE WITNESS:  Thank you.
14         THE VIDEOGRAPHER:  This is Disc 4 of 4.
15  Going off the record.  The time is 4:52 p.m.
16         (Whereupon, at 4:52 p.m., the examination
17  was concluded.)
18                 * * * * *
19
20
21
22
23
24
25

## Page 614

1              PROOFREADER'S CERTIFICATE
2
3   In the Matter of:  KIK INTERACTIVE
4   Witness:      Edward "Ted" Livingston
5   File Number:      HO-12869-A
6   Date:         Thursday, November 8, 2018
7   Location:      Washington, D.C.
8
9          This is to certify that I, Christine Boyce,
10  (the undersigned) do hereby certify that the foregoing
11  transcript is a complete, true and accurate transcription
12  of all matters contained on the recorded proceedings of
13  the investigative testimony.
14
15
16  _____   _____
17  (Proofreader's Name)            (Date)
18
19
20
21
22
23
24
25

## Page 615

1              REPORTER'S CERTIFICATE
2
3          I, Melinda Johnson, CSR, reporter, hereby
4   certify that the foregoing transcript of 299 pages is a
5   complete, true and accurate transcript of the testimony
6   indicated, held on Thursday, November 8, 2018, at
7   Washington, D.C. in the matter of:  Kik Interactive.
8
9          I further certify that this proceeding was
10  recorded by me, and that the foregoing transcript has
11  been prepared under my direction.
12
13         Date:_____
14  Official Reporter:_____
15  Diversified Reporting Services, Inc.
16
17
18
19
20
21
22
23
24
25