SEC13

Message
---

| | |
|---|---|
| **From**: | Ted Livingston [ted@kik.com] |
| **Sent**: | 2/1/2017 8:59:52 AM |
| **To**: | Kik Board [board@kik.com]; Wojtas, Nancy [nwojtas@cooley.com] |
| **Subject**: | Fwd: Wolverine: Process update |

Also, from CS

---------- Forwarded message ----------
From: **Wong, Chun H.** <chunhei.wong@credit-suisse.com>
Date: Wed, Feb 1, 2017 at 10:03 AM
Subject: Wolverine: Process update
To: "ted@kik.com" <ted@kik.com>, Peter Heinke <peter@kik.com>
Cc: "Jordan, Tobias" <tobias.jordan@credit-suisse.com>, "Katz, Gary" <gary.katz@credit-suisse.com>, "Fry, Kyle" <kyle.fry@credit-suisse.com>, "Hung, Tzu-San" <tzu-san.hung@credit-suisse.com>, "Khan, Daniyal H." <daniyal.khan@credit-suisse.com>

Ted and Peter,

Please find attached Wolverine process update materials. Thank you very much.

Kind regards,

CH

Chun Hei Wong
**CREDIT SUISSE**
Investment Banking | IBCM Media & Telecom Americas, BXAA
Eleven Madison Avenue | New York NY 10010-3629 | Americas
Phone +1 212 538 1399
chunhei.wong@credit-suisse.com | www.credit-suisse.com

===============================================================================
Credit Suisse International ("CSI") and Credit Suisse Securities (Europe) Limited
("CSSEL"), do not hold an Australian Financial Services License ("AFSL") and are
exempt from the requirement to hold an AFSL. CSI and CSSEL are authorised by the
Prudential Regulation Authority and regulated by the Financial Conduct Authority and
Prudential Regulation Authority under UK laws, which differ from Australian laws.

CREDIT SUISSE SECURITIES (USA) LLC (CSSU) does not hold an Australian Financial
Services License ("AFSL") and is exempt from the requirement to hold an AFSL pursuant
to relief granted by the Australian Securities and Investments Commission. CSSU is
licensed and regulated by the Securities and Exchange Commission (SEC), under US law,
which differ from Australian laws.
===============================================================================

-------------------------------------------------------------------------------
Please access the attached hyperlink for an important electronic communications disclaimer:
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
===============================================================================

--

e: ted@kik.com
k: ted

FOIA CONFIDENTIAL TREATMENT REQUESTED KIK_FOUNDATION_CAP_001300



# Project Wolverine
## Process update

**Confidential**
February 1, 2017

PRELIMINARY | SUBJECT TO FURTHER REVIEW AND EVALUATION

These materials may not be used or relied upon for any purpose other than as specifically contemplated by a written agreement with Credit Suisse AG or its Affiliates (hereafter "Credit Suisse").

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_001301

# Process summary to date

**Parties Contacted**
- First buyer contact made on November 10th, 2016 to 14 parties
- 35 parties were contacted (all strategics)
- 7 parties signed CAs and attended advocacy presentations

**Advocacy Presentations Held**

**7 advocacy presentations in late November / early December**
- Google, Amazon, Samsung, Twitter, Snap, Line / Naver, Disney

**Reasons for Decline**

**7 parties declined after the advocacy presentation, citing:**
- User trends: 4 (Google, Amazon, Snap, Line / Naver)
- User demographics: 2 (Amazon, Snap)
- Lack of strategic fit: 2 (Disney, Twitter)
- Lack of fit with platforms/products being developed in-house: 3 (Google, Snap, Samsung)
- Anticipated investment required: 2 (Google, Twitter)

**Ongoing Discussions**
- Rakuten is re-evaluating the opportunity internally after change in M&A leadership

## Process Summary

|  | Initial Contact | CA & Teasers Sent | Advocacy Presentation | Declined Opportunity | Bids Received |
|---|---|---|---|---|---|
| Strategics | 35 | 35 | 7 | 7 | 0 |

Confidential
1
© Credit Suisse AG and/or its affiliates

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_001302

# Final feedback following advocacy meetings

| | Decision communicated | Ultimate reason(s) for not submitting an indication |
|---|---|---|
| Google | 1/12 | • Meaningful headcount they would take on with ~100 employees<br>• Concerns regarding user trends<br>• Anticipated cost to acquire Kik – they would probably look at it more like a talent deal<br>• They launched two new products with Allo and Duo and still have some "hangover" from hangouts; adding another one would be challenging to integrate and potentially confusing for the users<br>• They acquired api.ai last fall that provides bot technology – while less complete/comprehensive than Kik, it gives them a foundation plus Google Assistant |
| amazon.com | 1/17 | • Anonymity and age (youth) of userbase<br>• Concerns about ability to turn around user trends<br>• Despite Kik's leadership in advancing the thinking around bots, Amazon considers bot technology still to be in its early development stage |
| Disney | 12/22 | • An acquisition does not fit with Disney's current strategic priorities |
| Snap Inc. | 12/29 | • Bot platform does not fit strongly with how they view chat for them – they want users to engage with their real friends<br>• Teen demographic is not attractive at this point – they are trying to diversify away from teenagers<br>• User growth and engagement concerns given current trends |
| LINE NAVER | 1/15 | • Concerns over declining MAUs and deterioration of DAU/MAU ratio |
| Twitter | 1/3 | • This is not an area that Twitter is currently prioritizing or leaning into at this level of investment |
| SAMSUNG | 1/4 | • Have no messaging platform today, but want one<br>• Looking for an asset that has unique technology for monetization and user traction/big user base<br>　– Kik is not large enough for them as a platform; if they already had a large messaging asset, it would be more interesting<br>　– Didn't feel that there was a unique technology for monetization<br>• Neutral on demographic; more worried about scale than MAU trend |

© Credit Suisse AG and/or its affiliates

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_001303

Credit Suisse does not provide any tax advice. Any tax statement herein regarding any U.S. federal tax is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties. Any such statement herein was written to support the marketing or promotion of the transaction(s) or matter(s) to which the statement relates. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

These materials have been provided to you by Credit Suisse in connection with an actual or potential mandate or engagement and may not be used or relied upon for any purpose other than as specifically contemplated by a written agreement with Credit Suisse. In addition, these materials may not be disclosed, in whole or in part, or summarized or otherwise referred to except as agreed in writing by Credit Suisse. The information used in preparing these materials was obtained from or through you or your representatives or from public sources. Credit Suisse assumes no responsibility for independent verification of such information and has relied on such information being complete and accurate in all material respects. To the extent such information includes estimates and forecasts of future financial performance (including estimates of potential cost savings and synergies) prepared by or reviewed or discussed with the managements of your company and/or other potential transaction participants or obtained from public sources, we have assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of such managements (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). These materials were designed for use by specific persons familiar with the business and the affairs of your company and Credit Suisse assumes no obligation to update or otherwise revise these materials. Nothing contained herein should be construed as tax, accounting or legal advice. You (and each of your employees, representatives or other agents) may disclose to any and all persons, without limitation of any kind, the tax treatment and tax structure of the transactions contemplated by these materials and all materials of any kind (including opinions or other tax analyses) that are provided to you relating to such tax treatment and structure. For this purpose, the tax treatment of a transaction is the purported or claimed U.S. federal income tax treatment of the transaction and the tax structure of a transaction is any fact that may be relevant to understanding the purported or claimed U.S. federal income tax treatment of the transaction.

These materials have been prepared by Credit Suisse ("CS") and its affiliates for use by CS. Accordingly, any information reflected or incorporated herein, or in related materials or in ensuing transactions, may be shared in good faith by CS and its affiliates with employees of CS, its affiliates and agents in any location.

Credit Suisse has adopted policies and guidelines designed to preserve the independence of its research analysts. Credit Suisse's policies prohibit employees from directly or indirectly offering a favorable research rating or specific price target, or offering to change a research rating or price target, as consideration for or an inducement to obtain business or other compensation. Credit Suisse's policies prohibit research analysts from being compensated for their involvement in investment banking transactions.

Confidential
3
© Credit Suisse AG and/or its affiliates

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_001304

**CREDIT SUISSE SECURITIES (USA) LLC**
Eleven Madison Avenue
New York, NY 10010-3629
+1 212 325 2000
www.credit-suisse.com

Confidential
4
© Credit Suisse AG and/or its affiliates

FOIA CONFIDENTIAL TREATMENT REQUESTED   KIK_FOUNDATION_CAP_001305