SEC15

Message

| | |
|---|---|
| **From:** | Ted Livingston [ted@kik.com] |
| **Sent:** | 1/27/2017 3:13:44 PM |
| **To:** | Kik Board [board@kik.com] |
| **CC:** | Derek Lebert [Derek.lebert@kik.com] |
| **Subject:** | Kik Board Deck |

Hi All,

Please see attached for the board deck for our meeting Wednesday next week.

With no bids coming out of the process, and a continued decline in our metrics, we are in a precarious position, to say the least. Therefore, I would like to spend the majority of the meeting discussing the options to extend our runway. I will also have Credit Suisse come in to discuss their view of the process.

We will also take some time to discuss two bright spots. One is Tel Aviv, which is proving to be a very competent and experienced team, and the other is public groups, which initial data is showing to have a fairly exciting impact on the number one metric that drives growth.

Please make sure to review the board deck ahead of time so that you are prepared for the discussion.

Ted

--

e: ted@kik.com
k: ted



EXHIBIT
**28**
19-cv-5244-AKH

EXHIBIT
**12-B**
Ho 13388



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005706

# Board Meeting - February 1, 2017

Join 9954894090178 at kik.vidyocloud.com using any of the following options:

---

- To join from your desktop or mobile device, please click here
https://kik.vidyocloud.com/flex.html?roomdirect.html&key=cnu7ES430D

- To join from a telephone using VidyoVoice, dial the following number: (800) 208-0751 x 9954894090178

---

2    kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005707

# Agenda

1. Introduction - 5 min
2. Board Approvals - 10 min
3. Credit Suisse - 20 min
4. Main Discussion
   - Metrics - 5 min
   - Two bright spots - 10 min
   - How do we extend runway? - 120 minutes
5. Executive Discussion - 10 minutes

Total: 3 Hours

3   kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

# Board Approvals

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005709

# Prior Meeting Minutes

See Appendix #1, 2 & 3

---

**Approval Required:**  Approve minutes from November 2, 2016, November 10, 2016, and December 7, 2016 meetings

---

5   kik·

KIK_FOUNDATION_CAP_005710

# 409A Valuation

409A Valuation of $9.34 USD per Common Share post-Rounds

~~See Appendix #4 for report~~

**Approval Required:** Management proposing to reduce exercise price to $10.00 USD

6   kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005711

# Kik Tel Aviv

Need to develop Board for entity in Israel, currently named Zlatan Ltd. ("Zlatan")*.
Ted & Peter are only two current Board Members of that entity.

## Approval Required:

Appoint Dany Fishel as an Officer of Zlatan

## Approval Required:

To ratify Ted Livingston to the Board of Zlatan

\* Process to change name from "Zlatan Ltd." to "Kik Interactive Israel Ltd." is underway and requires regulatory approval

7    kik∙

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005712

# Cheque Signing & Wire Authorizations

**Approval Required:**   Update Cheque Signing authorities & limits as recommended below
- Update cheque signatories:
  - CEO, CFO
  - Director, Finance
  - Controller
  - Manager, Finance
  - Manager, Administration
  - President, Kik Israel

- Cheque Signing 2 Signatures Required
  - < $5k USD or equivalent - Any two signatories
  - <= $50k USD or equivalent - Two signatories, one must be CEO, CFO, or President, Kik Israel
  - > $50k USD or equivalent - Two signatories, two of CEO, CFO & Director, Finance

- Wire Payments
  - Wire prepared by Finance Team & approved by Director, Finance
  - Compensating Control: All wires approved according to Cheque Signing Limits before final transmission of wire

8   kik.

KIK_FOUNDATION_CAP_005713



9   kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005714

# Executive Option Grant

As discussed at December 9, 2017 option committee
- In lieu of an annual salary increase, the following individuals have been recommended for an option grant

- Additional Erin Clift option grant of 6,000 to recognize her additional responsibilities

| Name | # of Options | Exercise Price** | Vesting Period | Vesting - Start Date |
|------|------|------|------|------|
| Erin Clift | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| Erin Clift | 6,000 | $15.00 | 4-Year Cliff on Original Start Date | 1-Jan-17 |
| Christina MacDonald | 3,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| Christopher Best | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| Dave Simons | 4,000 | $15.00 | 3-Year Cliff on Original Start Date | 1-Jan-17 |
| Peter Heinke | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| Alim Dhanji | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| Mike Roberts | 3,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| Hayeon Kim | 3,000 | $15.00 | 3-Year Cliff on Original Start Date | 1-Jan-17 |

**Approval Required:** To approve the option grants recommended above.

kik

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005715

FOIA CONFIDENTIAL TREATMENT REQUESTED

Main Discussion

KIK_FOUNDATION_CAP_005716



FOIA CONFIDENTIAL TREATMENT REQUESTED

# DAU continues to decline



13   kik.

# MAU continues to decline



14  kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005719

# DAU/MAU continues to decline



15  kik.

# Activation continues to decline



16  kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005721

# Retention continues to decline



17  kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005722



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005723



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005724

# Released Video V1



 Wow! nice one

 I'm on my way,
please wait for me!!!

 Is it the same spot
as last time?

 Hey guys, turn your videos on

20

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005725

# People are using it



21  kik.

KIK_FOUNDATION_CAP_005726

# Up Next

- Improve introduction/discovery
  - Tap on Profile Pic to Join
    - Hint on Video Chat Slider
- Improve funnel for joining a call
  - Add sound to push-notification
    - Show "Waiting" Animation
- Prioritize v2 vs. other growth features
  - Video chat effects



22

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005727

# Kik Tel Aviv Team



- 35 employees
  - 28 strong engineers

- Key Personnel
  - Dany Fishel (CEO & Co-founder)
  - Ilan Leibovich (CPO & Co-founder)
  - Aviv Laufer (CTO)
  - Eran Ben Ari (VP, Product)

23 kik·

KIK_FOUNDATION_CAP_005726

# Potential Focus Areas We Can Shift To Tel Aviv

- ## Push notification - full ownership
  - Product/engineer/BI - enabler to all squads
  - Marketing, promotion & calls for action segmentation based on user journey
- ## Data infrastructure - Server & Client
  - Focus on key verticals/funnels in the app in which visibility can drive growth.
  - Keep the two data infrastructures for limited time to ensure credibility and trust
  - Optimize for real time data.
  - Save costs.
- ## Media as a vertical (Photos/Videos/Audio).
  - Focus on core functionality improvement and user delight
  - It's not a clear cut that this will drive direct growth of DAU.

24   kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005729



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005730

# The single biggest driver of activation and retention is "do you make a 2 day friend in your first week on Kik?"

  

Percentage of the users retained for 30 days who made a 2 day friend in week 1

Percentage of the users retained for 90 days who made a 2 day friend in week 1

Improvement in week over week retention over those who didn't make a two day friend in week 1

26

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005731

# New users haven't been making 2 day friends like they used to



*% of new users who make a 2 day friend in their first week*

27

KIK_FOUNDATION_CAP_005732

# Existing users haven't been making new 2 day friends like they used to either



*# of new 2 day friends existing DAU make per day*

28  kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005733

# Already 5% of all 2 day friends in the AB test group are coming from public groups



29

KIK_FOUNDATION_CAP_005734

# Even though only 13% of users in the AB test group have discovered the feature, something we can fix



30

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005735

# We plan to go to 100% roll out January 31st

| | | |
|---|---|---|
| Public Groups | Grills ⚙ 🔒 ❓ #MakeUp | 50/50 |
| #Apple | Makeupboys #makeuptru_ | 11/xy |
| #Drake | The cool group #makeup"ci:e | 1/50 |
| #Makeup | Makeup #makeup:i: | 42/50 |
| #Friends | 🅱 #e"icn #makeup} | 6/50 |
| #ShaneDawson | Makeup Tutorials #Makeup" :tsr/ | 14/50 |
| #Xbox | The "Squad" #makeup::/:t: | 5/50 |
| #Football | makeup pros forever #makeup:: :!o: u:r | 29/50 |
| #SuperGirl | Sparkle Heads #makeup:, :: :: :/ :2t | 18/50 |

31   kik.

KIK_FOUNDATION_CAP_005736

# Public groups aligns well with why people already use Kik



Chat w/ family/acq.
Look at others' post
Post big moments

Chat w/ family/friends
Get something done
Professional convos

Int'l friends/family
Catch up w/ different friendship groups

Hang out w/ all groups of friends
Chat at the speed of a real conversation

Share every moment
Let loose/be authentic
People's stories

To video chat for homework
Professional convos

To video chat w/ older generations
To make int'l calls

33% of US teens hang out in person outside of school "almost never"

32

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005737

# Public groups will increasingly put Kik in a unique space we think we can own



33

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005738



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_025739

# Where are we at now?

## Current Situation

- $26M in cash
- $3.1M current burn
- Runway to September 5, 2017



## What do we need?

- Projected max deficit of $26M (Credit Suisse Plan)
  - Bottom in July 2018
  - Assumes commencement of revenue in September 2017
  - $30M+ required to finance business to stay on plan

35   kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005740

# What are our options?

36 kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005741

# Funding Alternatives



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005742

# Revenue Acceleration - Promoted Content



**Current Plan**
- Launch revenue streams in September 2017

**Alternative**
- Launch starting in April 2017

**Financial Impact:**

| | Flat User Base | User Growth |
|---|---|---|
| Incremental Revenue | $1.4M | $2M |
| Estimated Impact on Runway | 14 Days | 21 Days |

*\* Incremental during period from April to September*

## Key Considerations

| Pros | Cons |
|---|---|
| • Reduces financing risk for new investment<br>• Revenue execution 3 months ahead | • Requires focus and investment<br>• Negligible impact on runway |

38  kik

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_025743

# Other Revenue Sources

**Banner Ads**
- Large inventory of potential impressions on Chat List or Find Friends page
- Intrusive to users

Location possibilities & potential yield being considered - estimated possible revenue $125k-$250k a month

39   kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

# Expenses Under Review

| | % Reduction | $ Impact During Runway Period | Description |
|---|---|---|---|
| Server Expense | 20% | 980,000 | Assessing movement to Cloud for server expenses |
| Marketing Expense | 50% | 1,180,000 | Review marketing expenses - market activations, research, public relations |
| Legal Expenses | 70% | 600,000 | Reduction in legal expenses from budget related to Opperman settlement |
| Potential Savings | | 2,760,000 | |
| Estimated Impact on Runway | | 24 | |

Runway extended to <u>September 29, 2017</u> with the above cost reductions

40

# Cost Efficiencies: Scenarios Overview

| | Revised Forecast | Hiring Freeze | Headcount reduction of 20% | Headcount reduction of 50% | Headcount reduction of 80% | Headcount reduction of 100% |
|---|---|---|---|---|---|---|
| **Headcount (Sept 2017)** | 182 | 165 | 132 | 83 | 34 | 0 |
| **Impact on Operations** | Repurpose spend for immediate impact & runway extension | Moderation & Technical additions delayed | Close NYC and layoff marketing, communications and reduce operational teams (HR, Admin) | Close Israel office, close bot platform/ Toronto office, reduce Waterloo team by 25% | Keep server & moderation teams with limited operations | Shut down app and repurpose funds |
| **Adjusted Runway Projection*** | September 29, 2017 or 24 additional Days | October 8, 2017 or 33 additional days | October 27, 2017 or 52 additional days | March 31, 2018 or 6 additional months | August 1, 2018 or 11 additional months | Leaves approximately $10-12M |

*Assumes expense cuts on the previous slide

41 kik

FOIA CONFIDENTIAL TREATMENT REQUESTED

# Investment Alternatives



Re-engage Strategics from Credit Suisse Process

Strategic Investment – Banks

Strategic Investment – Cloud/AI

Venture Debt

Cryptocurrency

42   kik

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005747

# Re-engage Strategics

## Target Partners

- Amazon, Rakuten, Tencent & other Credit Suisse

## Current Status

- Received feedback from initial acquisition process that acquisition is unlikely at this stage
- Going back to potential partners who indicated strategic investment may be a fit

## Key Considerations

| Pros | Cons |
|---|---|
| Leverage resources & acquirer's innovation, technology | Unlikely without turning growth-around |
| Set us up for future acquisition | |

## Action Items

- **Current:** Evaluating strategic fit and requisite pitch
- **Next steps:** Coordinate discussions for strategic investment by February 21, 2017

43

kik.

KIK_FOUNDATION_CAP_005748

# Strategic Investment - Banks

## Target Partners
- Primary targets:  Canadian Big 4 due to personal relationships
- Secondary targets: US banks

## Current Status
- Joint-venture for payments platform; sell exclusivity period for access to Kik users

## Key Considerations

| Pros | Cons |
| --- | --- |
| Established relationships; previously expressed interest | Requires growth resources |
| Accelerates payments | Banks are slow moving |

## Action Items
- Current: Meeting with Scott Bonham (Scotia) Jan 25, Teri Currie (TD) Jan 26, Victor Dodig & David Williamson (CIBC) Feb 16, RBC Date TBD
- Next steps: Develop strong use case and pitch by February 28, 2017

44

KIK_FOUNDATION_CAP_005749

# Strategic Investment - Infrastructure

## Target Partners
- Primary targets:  IBM, Microsoft, Amazon, Google

## Current Status
- Being assessed with Dave Simons & Aviv Laufer as part of server cost analysis

## Key Considerations

| Pros | Cons |
| --- | --- |
| Efficiencies related to server & moderation | Forces technical decisions based on financing |
| Investor would pick up current server spend | Increased cost & focus required to change servers |
| Access to chatbot ecosystem | |

## Action Items
- Review under way
- Being discussed with Credit Suisse

45    kik

KIK_FOUNDATION_CAP_005750

# Venture Debt

## Target Partners
- WTI, Tennenbaum, Caravan, Hercules, Comerica, Silicon Valley Bank

## Current Status
- Held initial conversations with target partners but expressed little interest with user decline

## Key Considerations

| Pros | Cons |
|---|---|
| Limited dilution | More senior issuance |
| Easier to obtain | |

## Action Items
- Current: Wait to see Groups impact on userbase before reapproaching
- Next steps: Develop strong use case and pitch by Feb 28, 2016

*Dependency: Indication of support from current investors

46   kik°

# Cryptocurrency

## Current Status
- Consider launching a new cryptocurrency called "Kik Coins"
- Use Kik Points results to market Kik Coins (5x more daily transactions of Kik Points then all other cryptocurrencies combined)
- Sell a block of Kik Coins to finance the business

## Key Considerations

| Pros | Cons |
| --- | --- |
| New way to raise funds that is in vogue | Large pivot in business model |
| Immediate value exchange on Kik to power transactions | Could impact brand if unsuccessful |

## Action Items
- Current: Strategic analysis of potential market entrance
- Next steps: Engage potential partners

47   kik

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005752

# Recommended Action Plan

| Source | Current | Early February | Late February | March/April | May+ |
|---|---|---|---|---|---|
| Cost Efficiencies | Decide as board at what level we want to cut | | Execute decision | | |
| Strategic Investment | Continue with CS Process | Re-engage potential partners | | | |
| Strategic Investment (Banks) | First touch points with big 4 banks; evaluating potential partners | Develop strong use case and pitch | Engage banks with vision and pitch | | |
| Venture Debt | Establish touch-point with banks and update user metrics and progress | Establish support from current investors | | Engage lender | |
| Other Revenue Sources | | | | Build out infrastructure for Banner Ads | Launch banner & video ads |
| Cryptocurrency | Evaluate opportunities in cryptocurrency and potential implementation strategy | Engage potential partners for initial case study development | Assess potential of pivot to cryptocurrency | Launch cryptocurrency and crowd sale | |

48 

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_025753

FDA CONFIDENTIAL TREATMENT REQUESTED

# Appendices

KIK_FOUNDATION_CAP_00575-



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005755

# Future Board Meetings

## Future Board Meetings*
- Wednesday May 3, 2017 – Waterloo
- Wednesday August 2, 2017 - Waterloo
- Wednesday November 1, 2017 - NY
- Wednesday February 7, 2018 - San Francisco

## Interim Board Calls  (Proposed, TBC)
- Wednesday March 15, 2017
- Wednesday June 14, 2017
- Wednesday September 13, 2017

*Meetings may take place via Video Conference as needed

51    kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005750



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005757

# Summarized Capitalization Table (Dec 2016)

| | Shares Authorized | Shares Issued and Outstanding | Common Stock Equivalent | Shares in Escrow or Committed | Fully Diluted Shares | Fully Diluted Ownership |
|---|---|---|---|---|---|---|
| **Common Stock classes** | | | | | | |
| Common Stock | 99,999,999 | 11,891,600 | 11,891,600 | 15,972 | 11,907,572 | |
| Section 102 Options ($0.05 Exercise Price) | 248,850 | | | 248,850 | 248,850 | |
| Total Common Stock Issued and outstanding | | | 11,891,600 | | 12,156,422 | 48.3% |
| | | | | | | |
| **Preferred Stock classes** | | | | | | |
| Series A Preferred Stock | 4,000,000 | 3,699,900 | 3,699,900 | | 3,699,900 | |
| Class A-1 Preferred Stock | 878,294 | 497,349 | 497,349 | 380,945 | 878,294 | |
| Series B Preferred Stock | 1,779,990 | 1,779,990 | 1,779,990 | | 1,779,990 | |
| Series C Preferred Stock | 1,651,481 | 1,651,481 | 1,651,481 | | 1,651,481 | |
| Series D Preferred Stock | 1,178,045 | 1,178,045 | 1,178,045 | | 1,178,045 | |
| Total Preferred Stock issued and outstanding | | | 8,806,765 | | 9,187,710 | 36.5% |
| | | | | | | |
| Employee Stock Option Plan | 4,609,857 | | | | | 0.0% |
| RSAs board approved | | | | | | |
| Options issued and outstanding | | | 3,057,920 | | 3,057,920 | 12.1% |
| Shares available for issuance under the plan | | | 784,637 | | 784,637 | 3.1% |
| | | | | | | |
| Total fully diluted | | | | | 25,186,689 | 100.0% |

53

*kik.*

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005758

# Option Grants

**New Employees**

| Grant Date* | Name | # of Options | Exercise Price** | Vesting Period | Vesting - Start Date |
|---|---|---|---|---|---|
| | Ashley Goldstein | 3,500 | $15.00 | 4-Year Cliff | 9-Jan-17 |
| | Tony Dai | 2,300 | $15.00 | 4-Year Cliff | 16-Jan-17 |
| | Xiaochuan Yu | 2,300 | $15.00 | 4-Year Cliff | 28-Nov-16 |
| | Jason Landry | 4,000 | $15.00 | 4-Year Cliff | 30-Jan-17 |

**Promotions**

| Grant Date* | Name | # of Options | Exercise Price** | Vesting Period | Vesting - Start Date |
|---|---|---|---|---|---|
| | Derek Lebert | 2,000 | $15.00 | 1/48 monthly, no cliff | 3-Jan-17 |
| | Brandon Brunct | 1,000 | $15.00 | 1/48 monthly, no cliff | 3-Jan-17 |
| | Michaela Angemeer | 500 | $15.00 | 1/48 monthly, no cliff | 3-Jan-17 |
| | Anthony Wong | 1,000 | $15.00 | 1/48 monthly, no cliff | 3-Jan-17 |

**Executive Grants**

*Granted in lieu of annual salary increase and approved at compensation committee December 9, 2017*

| Grant Date* | Name | # of Options | Exercise Price** | Vesting Period | Vesting - Start Date |
|---|---|---|---|---|---|
| | Erin Clift | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| | Erin Clift | 6,000 | $15.00 | 4-Year Cliff on Original Start Date | 1-Jan-17 |
| | Christina MacDonald | 3,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| | Christopher Best | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| | Dave Simons | 4,000 | $15.00 | 3-Year Cliff on Original Start Date | 1-Jan-17 |
| | Peter Heinke | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| | Alim Dhanji | 4,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| | Mike Roberts | 3,000 | $15.00 | 3-year, No Cliff | 1-Jan-17 |
| | Hayeon Kim | 3,000 | $15.00 | 3-Year Cliff on Original Start Date | 1-Jan-17 |

\* Option Committee not yet held due to potential change in exercise price

\*\* Proposed Exercise Price of $10.00 to be approved via Board Resolution February 1, 2017



FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_035759

# Redacted

55   KIK·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005760

# Rounds Purchase Details

### Initial Consideration

| Share Class | Shares Granted | Escrow Shares | Price Per Share* | Total |
|---|---|---|---|---|
| Preferred A-1 | 497,349 | 88,180 | $23.95 | $14,023,420 |
| Commons | 19,518 | 0 | $9.34 | $182,298 |
| Commons (Retention - ⅓) | 82,950 | 0 | $9.34 | $774,753 |
| | | | | $14,980,471 |

### Contingent Consideration

| Share Class | Shares Granted | Escrow Shares | Price Per Share* | Total |
|---|---|---|---|---|
| Preferred A-1 | 292,765 | 0 | $23.95 | $7,011,722 |
| Commons (Retention - ⅔) | 165,900 | 0 | $9.34 | $1,549,506 |
| | | | | $8,561,288 |

* Per latest 409A Valuation

56  kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005761

# Integrating Kik Tel Aviv

- 35 talented employees joined Kik
- Dany Fishel joined Kik's executive team
- Plans in place to integrate Tel Aviv within 30-60 days
    - Strategy, Product and Marketing Workstream
    - People, Culture and Process Workstream
- *Strong bias:* quickly optimize and leverage the Tel Aviv team to contribute to growth

57   kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005762

# Integrating Kik Tel Aviv

## Strategy, Product & Marketing

- ✓ RACI & Mission of the TLV team
- ✓ 90 day product roadmap (video)
- ✓ Go to market plan
- ✓ PR campaign
- Notifications feature
- Data/server efficiency

## People, Culture & Process

- ✓ Onboarding of the TLV team
- ✓ Leveraging TLV beyond video
- Employee engagement plan
- Communications
- Policies

58   kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005763

# Insurance Coverage

See Appendix #5

59   kik.

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005784

# Financial Update

# 2016 Audited Financial Statements

Audited Financial Statements have been released by KPMG.

See Appendix #6.

61  kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005768

# Financial Overview: Oct - Dec 2016



62

# Cash (MMs)



63  kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005768

# Budget vs. Actual: Oct-Dec 2016

| | | | | | |
|---|---|---|---|---|---|
| Cash, Opening Balance | $33,586,745 | $33,586,745 | $0 | 0% | |
| **Income** | | | | | |
| Kik Points | 509,373 | 805,617 | (296,244) | -34% | Slashed revenue to shift focus on growth |
| Total Income | $509,373 | $805,617 | ($296,244) | -34% | |
| **Cost of Goods Sold** | | | | | |
| COGS - Kik Points | (34,191) | 56,212 | (90,403) | 204% | Kik Points redemptions exceeding new issuance |
| Total Cost of Goods Sold | ($34,191) | 56,212 | ($90,403) | 204% | |
| **Gross Margin** | $543,564 | $749,405 | ($115,841) | -15% | |
| **Operating Expenses** | | | | | |
| Server | 2,226,865 | 1,996,307 | 230,578 | 10% | Increased cost associated with data consumption and in-house analytics platform |
| Salaries and Benefits | 3,021,157 | 3,327,154 | (305,997) | -10% | Actual headcount (133) behind plan (137) |
| Technical Expenses | 527,831 | 567,458 | (39,627) | -8% | Technical costs decreasing due to sunsetting of Kik Points |
| Office and General | 611,064 | 592,941 | 18,124 | 3% | |
| Professional Fees and Consulting | 327,791 | 682,098 | (355,307) | -108% | Moderation brought in-house, initial expectation was that moderation would be externally |
| 3rd Party Development | 45,677 | 53,673 | (6,796) | -14% | Moving away from contracting third-party bot development (focus in-house) |
| Advertising and Promotion | 420,313 | 721,888 | (301,572) | -72% | Key initiatives in market insights and activations have been delayed |
| Travel, Meals and Entertainment | 273,201 | 255,934 | 17,326 | 6% | Costs exceeded budget due to Rounds acquisition |
| Legal Expenses | 1,279,534 | 537,809 | 741,525 | 58% | Incurred significant legal expenses due to Rounds acquisition (including severance) |
| Rounds | 240,000 | 1,295,579 | (1,055,579) | 100% | November/December costs incurred by Rounds |
| Total Operating Expenses | $8,974,722 | $10,031,541 | ($1,057,219) | -12% | |
| **EBITDA** | ($8,341,158) | ($9,282,536) | $941,378 | -11% | |
| Other Income/Expenses | (228,259) | (191,191) | (37,068) | 16% | $250k loss on CDN held funds · $145k in amortization of Blynk asset |
| **Net Income** | ($8,569,417) | ($9,473,727) | $904,311 | -11% | |
| Temporary Differences | (950,117) | (1,043,418) | 956,302 | 42% | Budgeted for Rounds cash pick-up of 1.4M |
| **Cash, Ending Balance** | $26,010,445 | $26,056,434 | ($45,921) | 0% | |

See Appendix #7 for Quarterly Financial Statements

64

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005769

# Headcount – Budget vs. Actual



*Includes Kik Israel

65

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005770

# High Level Cash Flow

| | |
|---|---|
| **Actual Cash - October 1, 2016** | **$33.59** |
| Cash Flow from Operations | (7.57) |
| Cash Flow from Financing | 0.00 |
| Cash Flow used in Capital Investments | (0.00) |
| **Actual Cash - December 31, 2016** | **$26.01** |
| | |
| **Budget Cash - December 31, 2016** | **$26.09** |

66    kik·

FOIA CONFIDENTIAL TREATMENT REQUESTED

KIK_FOUNDATION_CAP_005771