SEC18

**EXHIBIT**
**4**
19-cv-5244-AKH

| | |
|---|---|
| **From:** | Ted Livingston <ted@kik.com> |
| **Sent:** | Thursday, February 16, 2017 2:35 PM |
| **To:** | Kik Board <board@kik.com> |
| **Cc:** | Derek Lebert <Derek.lebert@kik.com> |
| **Subject:** | Doc |
| **Attach:** | Kik Board Deck FINAL - February 16, 2017.pdf |

--

e: ted@kik.com
k: ted



EXHIBIT
14A

FOIA Confidential Treatment Requested
By Kik Interactive Inc.



Board Meeting
February 16, 2017

KIK_C0026451

# Agenda

1. Process Update (Ted)
2. The Potential for an ICO (Erin)
3. The Potential for Growth (Eran)

2

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026452



# Process Update

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026453

# Process Update

**Credit Suisse**



|  | |
|---|---|
| **Zynga** | NDA signed, Ted discussion with Mark Pincus, CS package sent |
| **GREE** | NDA signed, call was set up for this week, postponed to next week |
| **Rakuten** | NDA signed, call being set up for Thursday (02/23) |

**Chinese Renaissance**

Meeting in NYC, package sent,  we expect response on potential opps. next week

**Tango**

Founder/Chairman made an initial approach to Dany to exploring merger discussions

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026454



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_0C028#55



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026456



**50%** three-year CAGR

**~$1BN** in traditional VC investment

**~$300M** in decentralized crowdfunded investment

7

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026457

# Cryptoinvestors are largely funding three areas

| Blockchain Platforms | Infrastructure Projects | Decentralized Applications |
|---|---|---|

 **Ripple**

VC-funded
Seed: $3.5M
Series A: $32M

 **Bitflyer**

VC-funded
Series A: $4M
Series C: $27M

**Steem**

NA

 **Ethereu**

Crowdfunded
$18.4M

 **The DAO**

Crowdfunded
$160M

**Matchpool**

Crowdfunding
$4.2M expected

8

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026458

## But mainstream user adoption is still missing



<600k daily unique addresses on the bitcoin blockchain



~120k STEEM accounts

9

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026459



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026460

# Kik can be the first major consumer network to apply real use cases built off the blockchain



A Kik token built off an existing blockchain

Many ways to earn and redeem

Buy and sell for $

Blockchain

P2P exchange

We believe that the scale of our network alone will drive strong interest from the cryptoinvestor community

11

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026461

# The scale of the Kik network demonstrated



Daily Number of Transactions (In 000's)

Kik Points had multiple days where the transaction volume was 4x Bitcoin's highest historical trading day

Source: Blockchain.info, Internal Kik data

— KP  — Bitcoin

12

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026462

# Crowdfunders have strong appetites for exploration

 Would invest in tradable digital tokens of a non-blockchain company if offered good risk-return potential

 Have owned 4+ types of digital tokens in the past year

 Have owned 10+ types of digital tokens in the past year

**Top reasons for investing in a decentralized crowdfunding:**

Very compelling/innovative product 45%

Highly respected/competent team 19%

Expectation of speculative outsized returns 15%

Large revenue potential of the business 10%

**What is the highest level of risk at which you would still be willing to invest in a prospective decentralized crowdfunding:**

Detailed whitepaper describing the product 44%

Working beta of the product 34%

Business is profitable and looking to expand 7%

The team has promised to build a product 4%

Source: Confund Investor Survey

13

FOIA Confidential Treatment Requested
By Kik Interactive Inc

KIK_00026463



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026464

# Blockchain is a general purpose technology

## There are 50+ verticals
Decentralized Accelerator
Decentralized Coding
Decentralized Crowdfunding
Decentralized Identity
Decentralized Media
Decentralized Online Dating
Decentralized Ride Sharing
Decentralized Social
Decentralized Workplace
Gaming
Gift Cards

## Kik can pioneer new applications of the blockchain

Cryptocurrency use cases perfected inside of Kik can also be utilized by many outside of Kik

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026465

# We know expressive content and tools are critical for users inside of Kik





Premium emojis and stickers

Unique video filters

GIFs, Memes

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026466

Outside of Kik

# Social Content Platform



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026467

# We know Kik users crave unique interactive experiences



18

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026468

Outside of Kik

# Bot Loyalty Platform



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_C0026469



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026470

# 3 weeks to gauge preliminary investor interest

| | | | |
|---|---|---|---|
| Model Discovery | 2 wks | Propose viable crypto-economic models | |
| Preliminary Validation | 1 wk | Market fit between Kik & cryptoinvestors | COINFUND |
| Specification | 1 wk | Specify high-level features & structure of the model | |
| 1st Draft Whitepaper | 2 wks | Construct an actionable whitepaper | |

| | | |
|---|---|---|
| User Research | Understand fit with users (i.e., earn/redeem) | KIK |
| Brand/Developer Exploration | Understand interest amongst key stakeholders | |

21

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_C0026471

# Well-known decentralized token sales



■ Feb 2017 Market Capitalization

| 60x | 1.5x | 3.2x | 2.2x |
|-----|------|------|------|
| $1.1BN | $24M | $33M | $19M |
| **Ethereu** | **Waves** | **Iconomi** | **Golem** |
| 18.4M | 16.4M | 10.2M | 8.6M |
| Aug '14 | May '16 | Sept '16 | Nov '16 |
| Blockchain | Custom tokens platform | Digital assets platform | Decentralized computing |

22

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026472

# Key dependencies will need to be considered as we think about execution



| | | |
|---|---|---|
| Healthy and engaged audience base and ecosystem | • Users<br>• Content creators<br>• Advertisers/agencies<br>• Developers | Key Stakeholders |
| Resource levels as well relevant skill sets | • Product & Eng: shift + blockchain-related expertise will be needed<br>• Ops (including Biz Ops): does not exist<br>• Marketing: does not exist<br>• BD & Account Management: additional resources will be needed | Revenue Team |

23

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00028473



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026474



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026475

**Only 7% DAU**
Used Public Groups

**+23%** 2 Day friends WAU

+8% total messages per week

**DAU & MAU** starting to flatten (+2.5%)

26

FOIA Confidential Treatment Requested
By Kik Interactive Inc

KIK_00026476



DAU/MAU

Updated: 10 hours ago

27

·FOIA Confidential Treatment Requested
By Kik Interactive Inc.



28

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026478



- ○ These are very early hints of growth effect:

- ○ DAU and MAU are starting to appear to flatten

- ○ It is very early to be seeing any effects in these graphs. Retention/activation changes are delayed

29

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026479

# Next Steps

**Defence**                                           **Offense**

**1**                    **2**              ?              **3**              **4**

Threshold            Moderation                        Scale              Funnel

**Drive Traffic**

30

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026480



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026481

# The Product Process is Broken

**#1 - Organizational Structure**

Squads as label, not aligned to strategy

**#2 - Tools**

Multiple tools, or same tool used differently

Customer Facing Reporting Tool

**#3 - Accountability**

Product decisions made by select few (ideation to release process)

**#4 - Innovation**

When to innovate? Higher Risk, 3X effort, Bottleneck

**#5 - Ownership**

Who owns what?

Responsiveness & escalation paths

**#6 - Communication**

Lack of documentation

Hallway decisions

**#7 - PM Role**

PM as project, QA, BI, Dev

Supporting roles

**#8 - RIGHT Product**

We think we know this is RIGHT

Lack of validation

**#9 - Server + Mobile**

Monolithic structure,

Roadmap not tied to strategic missions

**#10 - Data**

Reliability, Access, Gaps, Lack of Real-time

32

FCIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_C0026482

# Objectives

   

Building the **RIGHT** product     Customer Focused     Agile     Synchronization

33

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Squads = Strategy





34

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026484

# Squad Efforts



35

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026485

# Short



Objective
Validated MVP

| Strategy To Feature Ideas | Feature ideas to MVPs | Prototype (No Dev) / Partial Functionality / Full MVP Functionality | Gradual / Beta Comm / A/B Testing / Panels | Tweak / Validated / Kill |

Weekly Releases / Bi-Weekly status

36

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026485

# Long



Objective
RIGHT Product

Weekly CF Milestones /
Internal Weekly Releases

37

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026487

# Customer Centric



# BI

- Qualitative & Quantitative
- Behavioral Data
- KPI Hierarchy
- Success Criteria & ROI



# UX

- Prototypes & Usability Testing
- User Journey Mapping
- UX Principles
- UX Structure generation



# CI

- Consumer needs
- Short turnover validation
- User as Professor
- New feature(s) ideation

38

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026488

# Next Steps



39

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026489



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026490



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026491

# Where are we at now?

## Current Situation

- $23.8M in cash (January 31, 2017)
- $2.9M normalized current burn
- Runway to October 4, 2017
- Headcount of 166

42

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026492

# Appendix 1 – Current vs Recommended

| | Recommended Monthly Burn* | Current Monthly Burn** | Net Inc | Var Inc? | Guidance |
|---|---|---|---|---|---|
| Server | 643,306 | 735,148 | (91,842) | (12)% | Leveraging Rounds server team to identify and execute cost savings opportunities (data archiving & data analytics) |
| Technical Expenses | 55,309 | 109,022 | (53,713) | (49)% | Reassessment of spam prevention and analytics |
| Salaries and Benefits | 1,147,516 | 1,277,333 | (129,817) | (10)% | Current headcount = 166; Forecast headcount = 160 (includes hiring for Crypto) |
| Office and General | 232,672 | 292,196 | (59,523) | (20)% | Reduction in variable office costs associated with headcount |
| Professional Fees and Consulting | 145,833 | 72,337 | 73,497 | 102% | Increased moderation bandwidth & public groups |
| External Moderation | 106,333 | 31,754 | 74,580 | 235% | |
| Other | 39,500 | 50,583 | (11,083) | (22)% | Operational and accounting services |
| 3rd Party Development | 12,778 | 14,000 | (1,222) | (9)% | |
| Advertising and Promotion | 137,500 | 141,781 | (4,281) | (3)% | Forecasted reduction in market activations and PR |
| Travel, Meals and Entertainment | 81,257 | 75,463 | 5,794 | 8% | Increased travel associated with TelAviv (original budget didn't include travel to Israel) |
| Legal Expenses | 52,778 | 150,588 | (97,810) | (65)% | Expect reduced legal (Rounds transaction completed, reduction in Opperman) |
| Operating Expenses Total | 2,508,949 | 2,867,867 | (358,918) | (13)% | |
| One-time Severance*** | 80,732 | 0 | 80,732 | 100% | |

*Based on 3-month average
**Normalized for unusual/non-recurring expenses
***Assume severance to be incurred in March 2017 (month 1)

43

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026493

# Appendix 2 – Previous Budget vs Recommended

| | Recommended Monthly Burn* | Budgeted Monthly Burn** | Variance ($) | Variance (%) |
|---|---|---|---|---|
| Server | 643,306 | 895,581 | (252,275) | (28)% |
| Technical Expenses | 55,309 | 111,511 | (56,202) | (50)% |
| Salaries and Benefits | 1,147,516 | 1,382,721 | (235,205) | (17)% |
| Office and General | 232,672 | 243,733 | (11,060) | (5)% |
| Professional Fees and Consulting | 145,833 | 236,500 | (90,667) | (38)% |
| *Moderation* | *106,333* | *169,000* | *(62,667)* | (37)% |
| *Other* | *39,500* | *67,500* | *(28,000)* | (41)% |
| 3rd Party Development | 12,778 | 20,000 | (7,222) | (36)% |
| Advertising and Promotion | 137,500 | 315,357 | (177,857) | (56)% |
| Travel, Meals and Entertainment | 81,257 | 63,295 | 17,962 | 28% |
| Legal Expenses | 52,778 | 107,000 | (54,222) | (51)% |
| Operating Expenses Total | 2,508,949 | 3,375,698 | (866,748) | (35)% |
| One-time Severance*** | 80,732 | 0 | 80,732 | 100% |

\* Based on 9-month average

\*\* Budget presented in October 2016

\*\*\* Assume severance to be incurred in March 2017 (month 1)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026594