# SEC19

| From: | Ted Livingston <ted@kik.com> |
| Sent: | Thursday, May 4, 2017 3:32 PM |
| To: | Kik Board <board@kik.com> |
| Subject: | Kik Board Materials |
| Attach: | Kik Board Meeting Final - May 5 2017.pdf |

Hi All,

Please see the board deck attached. Derek will also be sending out Appendices shortly.

Also, I wanted to share this article on ICOs that came out the other day that I thought would be helpful: http://versionone.vc/will-initial-coin-offerings-fund-future/

See you all tomorrow.

Ted

--

e: ted@kik.com
k: ted



EXHIBIT
36
19-cv-5244-AKH

EXHIBIT
17A

FOIA Confidential Treatment Requested
By Kik Interactive Inc.



# Board Meeting
May 5, 2017

kik·

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106785

# Board Meeting – May 5, 2017

Join 9954894055376 at kik.vidyocloud.com using any of the following options:

- To join from your desktop or mobile device, please click
here https://kik.vidyocloud.com/join/PKYZofzbXL
- To join from a telephone using VidyoVoice, dial the following number:
        (800) 208-0751x9954894055376

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106786

# Agenda

1) Administrative
   - Board Approvals Required
   - Update on Legal

2) Operational Update
   - Product Process
   - Cryptocurrency
   - Exec Team

3) Executive  Session

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106787



Administrative

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106788

# Prior Meeting Minutes

See Appendix #1, 2 & 3

**Approval Required:**  Approve board minutes from February 1, 2017, April 19, 2017, and from the Compensation Committee Meeting on April 18, 2017

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106789

# Board Approvals for Crypto Advisors

### CoinFund

- Workfee of $ 106,250, which will be netted against contingent payment
- Contingent Payment based on 10 % allocation of sale
  - 1 % of total raise paid in cash
  - 1 % of total raise paid in coin

### CoinTree

- Contingent Payment based on 10 % allocation of sale
  - 1 % of total raise paid in cash
  - 1 % of total raise paid in coin

**Approval Required:** A non-exec board member to finalize deals

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106790

# Runway – Budget vs. Revised Forecast



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106791

# Litigation & Demands – PRIVILEGED & CONFIDENTIAL

# Redacted

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00105792

# Future Board Meetings

**Future Board Meetings***
- Wednesday, August 2, 2017 - Waterloo
- Wednesday, November 1, 2017 - NY
- Wednesday, February 7, 2018 - San Francisco
- Wednesday, May 2, 2018 - Waterloo

**Interim Board Calls  (Proposed, TBC)**
- Wednesday, June 14, 2017
- Wednesday, September 13, 2017
- Wednesday, December 13, 2017

*Meetings may take place via Video Conference as needed

9

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106793



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106794



Product Process

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106795

We Have All the Pieces to Build the World's Best Chat Community



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106796

# Short

Objective
**Validated MVP**



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106797

# Long

Objective
## RIGHT Product



Weekly CF Milestones /
Internal Weekly Releases

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106798



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106799

# Vision

## A decentralized chat platform that powers daily life

## Three Beliefs:
1.  Chat will power daily life
2.  A platform this important should be decentralized, like the internet
3.  We are in a unique position to lead this decentralization

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106800

# Key Decisions

**1** Token Allocation

**2** Open Sourcing Kik

**3** Risk Tolerance

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106801

# Step 1
## Create a new Cryptocurrency with 10 trillion coins



### Users
- Given away to get the economy going

### Kik
- As a reward for shareholders

### Investors
- 10% sold on day 1, 10% sold after a year, 10% sold after 2 years

### Community Builders
- As a reward for building, growing, and nurturing communities
- 0.001% of remaining reserves given away each hour ($10K/hour @ $1B)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00108802

# Step 2
## Build an economy inside Kik to give the cryptocurrency value

## Why:

- Give the cryptocurrency value with a floating market cap

## How:

- Create great experiences for users across our chat community pillars

## What:

- Launch "Kik Points 2.0" inside Kik

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106803

# Step 3
## Use Kik's source code, user base, and the cryptocurrency to encourage people to build new communities

### Why:
- We can enable and incentivize specific interest communities to build, grow, and monetize their own app for their own community

### How:
- Give community owners the tools to build, grow, and monetize their own apps

### What:
- Build: open source Kik to make it easy to build your own community
- Grow: advertise those communities inside Kik to users
- Monetize: users show up with spending power
- Monetize: 0.001% of the remaining reserves are given out to the community owners pro rata each hour for their contribution to the overall network (~$5k/hour at a $1B market cap)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106804

# Step 4
## Decentralize the identity system with the currency serving as the constant

## Why:
- Allow users to seamlessly move between communities, while not relying on a central source for identity (eg Kik)

## How:
- Decentralize Kik's identity system

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106805

# Risks

**(1)** **Securities law**

**(2)** **Accepting funds through token sale**

**(3)** **Money transmission law**

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00108806

# Securities Law

# Redacted

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106807

# Risk Assessment for Token Sale



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106808

# Money Transmission Law

# Redacted

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106809

# Timeline



**May 24:**
Token Summit Announcement

**June**
Pre-sale/Roadshow

**TBD (Early July)**
Token Distribution Event

**TBD**
Full Product Launch

**Deliverables**

- Whitepaper
- Website landing page
- PR/Press

- Investor relations
- Management presentation
- PR/Press
- Legal deliverables

- Sales portal
- Smart contracts
- Foundation
- Functional beta

- Product integration
- MSB licenses
- Apple approval

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106810

# Key Decision Summary

**1** **Are we comfortable with the allocation?**

**2** **Are we comfortable open sourcing Kik?**

**3** **Are we ok with recommended risk?**

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106811

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106812

# Executive Realignment

Ted will focus on vision, public relations, strategic partners, thought leadership, board and investor relations

> **Ted,**
> Chief Executive Officer

Eran will bring together the execution engine by integrating the product roadmap (what), development (how) and marketing (why, when)

> **Eran,**
> Interim Chief Operating Officer

> **Erin,**
> Chief Marketing Officer

> **Dave,**
> SVP, Engineering

> **Peter,**
> Chief Financial Officer

Peter will continue running finance and legal

> **Alim,**
> Chief People Officer

Alim will continue running HR, Trust & Safety including moderation and privacy

> **Dany,**
> President, Kik Israel

Dany will continue to provide local leadership to the TLV team and may take on greater accountability in our crypto economy

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106813

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106814

# Sales Structure

| | |
|---|---|
| Token Supply | 10T Tokens |
| Float Offered | 10% |
| Tiered Pricing Discounts | 30%; $0-30M (guide toward minimum with large discount)<br>15%; $30-50M (smaller tranche to generate continued urgency)<br>5%; $50-75M (a larger tranche)<br>0%; $75-100M |
| Soft Cap | $75M (followed by a 48 hour countdown once reached) |
| Kill Switch | Optional trigger to end sale post-Soft Cap and before 48 hours |
| Sale Time | 30 days maximum |
| Minimum | $20M; otherwise, contract refunds sale proceeds |
| Distribution | Fixed 10% sold; Token Allocation calculated at end of sale based on proceeds raised and distributed per the example below |
| Vesting | Time and Performance based for Founder and Consortium tokens |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106815



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106816

# Option Grants

## New Employees

| Grant Date* | Name | # of Options | Exercise Price* | Vesting Period | Vesting - Start Date |
|---|---|---|---|---|---|
| 4-May-17 | Matthew Enss | 3,500 | $10.00 | 4-Year Cliff | 9-Jan-17 |
| 4-May-17 | Christie Felker | 2,000 | $10.00 | 4-Year Cliff | 1-May-17 |
| 4-May-17 | Bryan Lahartinger | 4,800 | $10.00 | 4-Year Cliff | 29-May-17 |
| 4-May-17 | Emir Hasanbegovic | 4,800 | $10.00 | 4-Year Cliff | 17-Apr-17 |

## Consultant Grants

| Grant Date* | Name | # of Options | Exercise Price | Vesting Period | Vesting - Start Date |
|---|---|---|---|---|---|
| 4-May-17 | Ron Close | 1,000 | $10.00 | 3-Year Cliff | 1-Feb-17 |

Consultant Grant to Ron Close – To be discussed

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106817

# Summarized Capitalization Table

| | Shares Authorized | Shares Issued and Outstanding | Common Stock Equivalent | Fully Diluted Shares | Fully Diluted Ownership |
|---|---|---|---|---|---|
| **Common Stock classes** | | | | | |
| Common Stock | 99,999,999 | 12,057,500 | 12,057,500 | | |
| Total Common Stock issued and outstanding | | | 12,057,500 | 12,057,500 | 48.8023% |
| | | | | | |
| **Preferred Stock classes** | | | | | |
| Class A-1 Preferred Stock | 585,529 | 497,349 | 497,349 | | |
| Series A Preferred Stock | 4,000,000 | 3,699,900 | 3,699,900 | | |
| Series D Preferred Stock | 1,178,045 | 1,178,045 | 1,178,045 | | |
| Series C Preferred Stock | 1,651,481 | 1,651,481 | 1,651,481 | | |
| Series B Preferred Stock | 1,779,990 | 1,779,990 | 1,779,990 | | |
| Total Preferred Stock issued and outstanding | | | 8,806,765 | 8,806,765 | 35.6451% |
| | | | | | |
| Employee Stock Option Plan | 4,609,857 | | | | |
| RSAs board approved | | | | | 0.0000% |
| Options and RSUs issued and outstanding | | | 3,201,419 | 3,201,419 | 12.9576% |
| Shares available for issuance under the plan | | | 641,138 | 641,138 | 2.5950% |
| | | | | | |
| **Total fully diluted** | | | | 24,706,822 | 100.0000% |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00108818

# Insurance Coverage

- See Appendix #4

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106819



Financial Updates

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106820

# Financial Highlights

- Cash balance of $18.42MM at March 31, 2017

- Average monthly burn January to March 2017 decreased to $2.6MM from $2.9MM in prior quarter

- Runway adjusted to November 1, 2017

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106821

# Budget vs Actual (2017 Q1)

*Based on Budget presented November 2016*

| | | | | |
|---|---|---|---|---|
| Cash Opening Balance | | | | |
| **Income** | | | | |
| Revenue | | | | |
| Total Income | | | | |
| **Cost of Goods Sold** | | | | |
| | | | | |
| Total Cost of Goods Sold | | | | |
| **Gross Margin** | | | | |
| **Operating Expenses** | | | | |
| Salaries | | | | |
| Salaries and Benefits | | | | |
| Technical Expenses | | | | |
| Office and General | | | | |
| | | | | |
| Advertising and Promotion | | | | |
| Travel, Meals and Entertainment | | | | |
| Legal Expenses | | | | |
| Total Operating Expenses | | | | |
| **EBITDA** | | | | |
| Other Income Expenses | | | | |
| **Net Income** | | | | |
| Temporary Differences | | | | |
| **Cash, Ending Balance** | | | | |

See Appendix #5 for full Financial Statements

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106822

# Budget vs Actual (March 2017)

*Based on Budget presented March 2017*

| | | | | |
|---|---|---|---|---|
| Cash, Opening Balance | $22,191,744 | $22,191,744 | $0 | 0% |
| **Income** | | | | |
| Revenue | 42,165 | 0 | 42,165 | 100% - Earned interest not in budget, ad revenue |
| Total Income | 542,165 | $0 | 542,165 | 100% |
| **Cost of Goods Sold** | | | | |
| COGS - Kik Points | 1995,973 | 537,441 | (858,526) | -96% - Kik cash revenue in reduced due to devaluing of Kik Points |
| Total Cost of Goods Sold | (595,923) | (37,441) | (258,526) | 90% |
| **Gross Margin** | $451,702 | $37,441 | $900,261 | 99% |
| **Operating Expenses** | | | | |
| Salaries | 727,437 | 734,437 | (5,750) | -1% - Salaries expense includes A-Source and Amazon |
| Wages and Benefits | 1,314,469 | 1,532,788 | 172,077 | 12% - Budget headie = 13% actual headie = 15 |
| Incentive Expenses | 79,445 | 76,348 | 2,676 | 3% |
| Unit Cost Partner | 198,442 | 245,306 | (46,638) | -23% - Unit cost budget cut '17 per budget |
| Professional Fees and Consulting | 90,455 | 115,600 | (62,475) | -18% |
| Indirect Compensation | 9,072 | 90,000 | (9,688) | -90% - Reductions due to cost savings |
| Advertising and Marketing | 90,438 | 549,008 | (27,400) | -50% |
| Travel, Model and Entertainment | 49,402 | 82,395 | 3,496 | 9% |
| Other Expenses | 9,485 | 15,600 | (6,638) | -102% - Patent insurance, and general legal below budget |
| Total Operating Expenses | $2,614,501 | $2,647,509 | (335,246) | -1% |
| **EBITDA** | (51,634,819) | (52,610,428) | $545,509 | 60% |
| Other Income & Expenses | (414,909) | (20,600) | (254,306) | 20% - Reductions due to FX impact, reduced interest income |
| **Net Income** | (52,566,928) | (52,633,428) | $541,500 | -26% |
| Interest and Dividends | 1,369,211 | 1,090,291 | (168,469) | 25% |
| **Cash, Ending Balance** | $16,389,800 | $16,417,837 | (5147,057) | -1% |

See Appendix #5 for full Financial Statements

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106823

# Forecast Updates

- Added Crypto expenses expected to incur prior to the TDE
  - Additional expenses expected to incur if successful TDE

| Redacted |
| --- |

- Server architecture optimization & negotiations resulting in cost savings

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106824

# Forecast - CY17

| Income Statement | Calendar Q1 FY17 | Calendar Q2 FY17 | Calendar Q3 FY17 | Calendar Q4 FY17 | Total |
|---|---|---|---|---|---|
| Income | 972,049 | 0 | 0 | 0 | 350,000 |
| Cost of Sales | (3,168,847) | 0 | 0 | 2 | (3,168,847) |
| **Gross Margin** | **$1,303,667** | **$0** | **$0** | **$0** | **$1,303,667** |
| | | | | | |
| *Operating Expenses* | | | | | |
| Salaries | 2,768,013 | 1,491,368 | 1,774,702 | 1,430,969 | 7,643,127 |
| Technical Expenses | 284,601 | 101,483 | 106,703 | 145,454 | 800,609 |
| Salaries and Benefits | 2,362,737 | 4,932,967 | 3,968,090 | 3,962,687 | 14,200,981 |
| Office and General | 564,790 | 625,906 | 646,881 | 603,344 | 2,545,949 |
| Professional Fees and Consulting | 245,149 | 546,815 | 334,011 | 491,512 | 1,653,476 |
| License Fees | (0) | 514,251 | 314,101 | 314,101 | 1,034,252 |
| Rent | 404,817 | | | | 504,240 |
| Other | 412,209 | 123,210 | 123,101 | 123,210 | 564,240 |
| Software Development | 3,060 | 48,000 | 35,000 | 45,000 | 132,261 |
| Advertising and Promotion | 254,570 | 700,000 | 693,370 | 695,000 | 1,308,472 |
| Travel, Meals and Entertainment | 307,109 | 244,279 | 274,967 | 276,409 | 1,192,633 |
| Legal Expenses | 130,283 | 227,110 | 206,122 | 231,104 | 261,206 |
| **Operating Expenses** | **$7,608,905** | **$8,097,631** | **$7,494,717** | **$7,161,103** | **$30,534,256** |
| | | | | | |
| **EBITDA** | **($6,522,218)** | **($8,097,631)** | **($7,494,717)** | **($7,161,103)** | **($29,276,369)** |
| | | | | | |
| *Other Income/Expense* | | | | | |
| Other Income | (16,897) | 60,040 | 60,100 | 60,400 | 246,857 |
| Other Expenses (Income) net | 58,163 | 117,200 | 117,200 | 117,200 | 472,457 |
| **Other Income/Expense** | **$75,305** | **($57,790)** | **($57,716)** | **($57,716)** | **($97,940)** |
| | | | | | |
| **Net Income (Loss)** | **($6,447,314)** | **($8,155,781)** | **($7,552,967)** | **($7,219,533)** | **($29,374,116)** |
| | | | | | |
| **Cash Flow** | | | | | |
| Cash, Opening | 43,007,757 | 19,298,649 | 19,318,673 | 2,864,570 | 26,824,150 |
| Operating | (7,234,861) | 17,959,140 | (17,745,641) | (7,247,672) | (30,041,770) |
| Financing | 0 | 0 | 0 | 0 | 0 |
| Investment | (58,327) | 186,000 | 188,600 | (42,001) | (163,452) |
| **Cash, Closing** | **$19,298,670** | **$10,398,813** | **$3,455,232** | **($4,703,442)** | **($4,703,442)** |
| | | | | | |
| Less: Severance Reserve | 0 | (1,300,000) | (2,900,000) | (2,100,000) | (2,100,000) |
| **Cash, Closing - Adjusted** | **$19,298,670** | **$8,766,813** | **$455,232** | **($6,803,442)** | **($6,803,442)** |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Budget vs. Revised Forecast

|  | Apr-17 - Jun-17 | Jul-17 - Sep-17 | Oct-17 - Dec-17 | 9-month Total |
|---|---|---|---|---|
| **Operating Burn** | | | | |
| Revised Forecast | 8,098k | 7,495k | 7,161k | 22,753k |
| Budget (presented in March 2017) | 7,735k | 7,771k | 7,684k | 23,190k |
| **Increase in Spend** | **362k** | **(276k)** | **(523k)** | **(437k)** |
| | | | | |
| **Key Forecast Changes:** | | | | |
| Cryptocurrency Spend | 458k | 0k | 0k | 458k |
| Legal Spend | 32k | 56k | 91k | 180k |
| Other (travel, consulting, etc.) | 37k | 29k | 37k | 103k |
| Server Savings | (165k) | (362k) | (651k) | (1,178k) |
| **Increased Spend** | **362k** | **(276k)** | **(523k)** | **(437k)** |
| | | | | |
| **Cash Balance** | | | | |
| Revised Forecast | 10.3mm | 2.6mm | (4.7mm) | (4.7mm) |
| Budget (presented in March 2017) | 10.5mm | 2.8mm | (4.2mm) | (4.2mm) |
| **Cash - Increase/(Decrease)** | **(0.1mm)** | **(0.3mm)** | **0.5mm** | **0.5mm** |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106826

# Runway – Budget vs. Revised Forecast



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106527

# Server Expenses

## Key server costs trending down:

**Amazon (AWS)**



*Nov-16 - Apr-17*

**Google Cloud**



*Nov-16 - Apr-17*

- Significant optimizations in hosting costs associated with core messenger
- Offset by increased data consumption
- Monthly costs projected to be below budget by 7.5% based on current architecture

- Optimized hosting costs associated with bot platform
- Further savings realized due to sunsetting of Kik Points
- Monthly costs projected to be below budget by 25% based on current architecture

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106828

# Server Expenses (cont.)

## Rackspace Migration

- Assessing a "lift and shift" strategy with two key vendors (Amazon/Google)
- Expect to receive a formal proposal from both vendors before end of May
- Opportunity for $820k ($520k recurring, $300k non-recurring) in annual savings based on preliminary discussions with Amazon based on multi-year commitment
- Savings to be realized Nov-17 onwards
- Expect more aggressive pricing from Google as Kik could be a strategic partner going forward

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106829

# Crypto Costs - Pre TDE

| Pro-TDE | Apr-17 | May-17 | Jun-17 | Total | |
|---|---|---|---|---|---|
| Penetration Testing | 0 | 0 | 100,000 | 100,000 | - Testing to evaluate Kik's vulnerability to external attackers |
| Coinfund Consulting | 44,000 | 31,000 | 31,000 | 106,000 | - Strategic advisory |
| KPMG - Advisory Fees (tax, structure, etc.) | 0 | 10,000 | 15,000 | 25,000 | - Advisory fees related to (i) taxation and (ii) structure |
| Zepplin - Security Audits | 0 | 0 | 30,000 | 30,000 | - Report on Kik's Smart Contracts from a security perspective |
| Zepplin - Platform Integration | 0 | 0 | 10,000 | 10,000 | - Fundraiser platform to facilitate crowdsale |
| Zepplin - Escrow | 0 | 0 | 2,000 | 2,000 | - Key management services |
| Travel - Roadshow | 0 | 29,850 | 29,850 | 59,700 | - Peter/Ted travel for 1.5 months during Roadshow |
| Marketing Contingency | 0 | 62,500 | 62,500 | 125,000 | - Promotion and PR related to ICO |
| Subtotal | $44,000 | $133,350 | $280,350 | $457,700 | |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106630

# Crypto Costs - Run the Foundation & MSB

| Run the Foundation & MSB | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Total |
|---|---|---|---|---|---|---|---|
| Security - SOC2 Report | 0 | 0 | 250,000 | 0 | 0 | 0 | 250,000 |
| Money Service Broker (Fees) - Set-up Fees | 50,000 | 50,000 | 200,000 | 200,000 | 0 | 0 | 500,000 |
| Money Service Broker (Fees) - Regulatory | 0 | 0 | 150,000 | 0 | 0 | 0 | 150,000 |
| Zeoplin - Escrow | 0 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 10,000 |
| Incremental Hires - Salaries/Benefits | 45,551 | 80,785 | 103,119 | 125,885 | 136,053 | 133,660 | 625,057 |
| Subtotal | $95,551 | $132,785 | $705,119 | $327,888 | $138,053 | $135,660 | $1,535,057 |

- Projected annual burn (full run rate) = 2.06MM
  - Level of funding required to sustain the Foundation/Trust
  - 80% of costs related to headcount
  - 20% of costs related to recurring regulatory items
- Assessing options to fund the entity; potential to leverage consortium members
- 11 heads required to run the entity independently of Kik

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106831

# Legal Costs

**Redacted**

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106832

# Cash Balance (MM)



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106833

# Headcount



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106834

# Condensed Cash Flow

| Actual Cash - January 1, 2017 | $25.52 |
|---|---|
| Cash Flow from Operations | (7.20) |
| Cash Flow from Financing | 0.00 |
| Cash Flow used in Capital Investments | (0.05) |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106635