SEC21

**EXHIBIT**

**133**

19-cv-5244-AKH

| | |
|---|---|
| **From:** | Stan Miroshnik [stan.miroshnik@argongroup.com] |
| **Sent:** | 4/14/2017 3:15:52 PM |
| **To:** | Peter Heinke [peter@kik.com] |
| **CC:** | William Mougayar ▮▮▮▮▮▮▮▮ ]; Alina Alina [alina@argongroup.com]; Ted Livingston [ted@kik.com] |
| **Subject:** | Re: Intro to Argon Group / Discussion Materials |
| **Attachments:** | Kik Argon Discussion Materials 041317.pdf |

Peter,

Wednesday afternoon works. Please let me know a time that's convenient. Per William's note, we are ok to sign an NDA prior to the discussion.

Ahead of the conversation, please also find attached a short overview of the Group and the ICO / Token crowdsale process overall.

Kind regards,

Stan Miroshnik
Managing Director
The Argon Group
▮▮▮▮▮▮▮▮

On Thu, Apr 13, 2017 at 10:53 AM, Peter Heinke <peter@kik.com> wrote:

Hey Guys,


I have to postpone the call this afternoon.  I have had some issues come up that need to be dealt with this afternoon. Can we touch base next week.  Wednesday afternoon works for me at this point.


Thanks
Peter


**From:** William Mougayar [mailto▮▮▮▮▮▮▮▮▮]
**Sent:** Thursday, April 13, 2017 11:20 AM
**To:** Peter Heinke
**Cc:** Stan Miroshnik; Alina Alina; Ted Livingston
**Subject:** Re: Intro to Argon Group


i'm good in the afternoon in case you'd like to proceed today.


On Thu, Apr 13, 2017 at 11:13 AM, Peter Heinke <peter@kik.com> wrote:

Confidential Treatment Requested

Hi Stan,

Nice to meet you.


I have a call at 1:30 for an hour but otherwise fee this afternoon.


Thanks
Peter


Peter




MMLWM-00000146

STRICTLY CONFIDENTIAL



# Argon Introduction and ICO Process Overview

April 2017

Confidential Treatment Requested

MMLWM-00000147

STRICTLY CONFIDENTIAL



- First Digital Investment Bank
- Unique product, the right people
- Only industry platform
- Nascent market
- $280MM in issuance in 2016
- Research suggest the ICO market goes to $1Bn+ by 2020, based on equity crowdfunding volumes and trends

# Argon Group – The First Digital Finance Investment Bank

**Argon Capital Advisors**
- Structure ICO
- Manage Process
- Corp Fin
- Prospectus
- Legal

**Argon Asset Management**
- Institutional products
- Indexes
- Funds
- PWM

**Argon Solutions & TokenHub**
- Design and build tokens
- Offering platform
- Security /Authentication



**Argon Equity Research**
- ICO coverage / rating
- Technical verification
- Paid research
- Hedge Fund Support
- Assurance

**Argon Trust Company**
- Manage payment to token-holders from issuers
- Escrow funds
- Wallets and trustee services

**Argon Trading**
- Trade support for ICO
- Greenshoe
- Repurchase and token management

**On The Path to a Fully Licensed US Broker Dealer & Registered Investment Advisor**

2

Confidential Treatment Requested

STRICTLY CONFIDENTIAL



Team expertise:





Simpson Thacher    Skadden

Strategic Partners:



# Argon Group – Management Team

## Top Tier Banking, Legal, and Tech

| Name | Position | Professional Background |
|---|---|---|
| Alexey Bulavin | Chairman | • Successful entrepreneur, investor and executive; founder and CEO of a financial services business valued at $800MM with over 3MM retail clients<br>• Morgan Stanley<br>• UC Berkeley and Australian Business School |
| Stan Miroshnik | CEO | • Senior corporate finance executive with 15 years of experience<br>• Former Morgan Stanley, Rosemount Consulting Partners<br>• UC Berkeley and MIT |
| Emma Channing | General Counsel | • General counsel with more than 15 years of experience both in-house and at top level law firms<br>• Simpson Thacher and Skadden<br>• Stanford Law School and Durham Law School |
| Denis Livingston | Controller | • Finance executive with 15 years of CFO and Corporate Controller experience<br>• Ernst & Young<br>• MIT |
| Marina Titova | VP Corporate Finance | • Finance and capital markets professional with experience from leading investment banks<br>• Morgan Stanley and Nomura<br>• CFA charterholder |
| Irina Demina | VP Corporate Development | • Finance and corporate development professional with entrepreneurial experience<br>• Morgan Stanley<br>• London Business School and UCLA |
| Konstantin Antropov | VP Operations | • Portfolio manager with over 10 years of trading experience<br>• Cryptocurrency trader and analyst<br>• Stockholm School of Economics |
| Marina Khaustova | VP Product | • Business and platform developer in 5 successful online projects<br>• Co-founder of SeoPult<br>• CEO of Click.ru media advertising agency and UnMedia internet marketing agency |
| Dmitry Khovratovich | Lead Developer – Security and Analytics | • Blockchain analyst and security and cryptoanalysis professional<br>• Researcher at Microsoft Cryptography Group and at the University of Luxembourg<br>• PhD in cryptoanalysis from University of Luxembourg |

3

MMLWM-00000149

STRICTLY CONFIDENTIAL



# A Brand New Capital Market

**Recent ICOs Volume is Growing Rapidly – The Regulators Will Notice**

- Recent ICOs raised **record amounts**: SingularDTV - $7.7m in 17 minutes, Golem - $8.5m in 19 minutes

- Argon raised $10MM tokenized venture funds, fully subscribed prior to offering start

- Companies have achieved **substantial market caps** in recent ICOs – Lykke at $64m, AntShares at $40m

- **Meaningful trading volumes** for popular ICOs, in line with small-cap stocks, e.g. Factom trading $0.5m a day, ICONOMI $0.2m a day

**Major ICOs in 2016**
Number and amount raised by month





Source  Smith & Crown, excludes the DAO, sales that raised less than $30,000 and sales that resulted in full investor refund

4

MMLWM-00000150

STRICTLY CONFIDENTIAL



- While the market has been quieter in December-January, there a significant pipeline building for Q1-Q2

- Most recent successful ICOs include Melonport, Dfinity and Santiment which manage to complete their fundraisings within 24 hours

- Expectation for a strong growth of ICO market in 2017, e.g. William Mouguyar at EDCON:

  - 80% of ICOs on Ethereum

  - 34 ICOs in 1st half of 1st quarter

  - Pace of ICOs accelerating

  - 300 ICOs raising $600m in 2017

  - Billions of tokens

  - ETH valued at $5-10bn

## ICO Market Update

### Priced in 2017

| Project | Start date | End date | Amount raised, $m | Description |
|---|---|---|---|---|
| WiNGS | 18-Nov-16 | 06-Jan-17 | 1.8 | Decentralised Forecasting Platform for DAOs |
| Dfinity | 13-Feb-17 | 13-Feb-17 | 3.8 | Decentralized Cloud Computing Network |
| Santiment | 13-Feb-17 | 13-Feb-17 | 0.1 | Crypto-Market Intelligence Platform |
| Chronobank | 15-Dec-16 | 14-Feb-17 | 5.5 | Recruitment on the Blockchain |
| Melonport | 15-Feb-17 | 15-Feb-17 | 2.9 | Hedge Fund Management Platform |
| Lykke | 09-Feb-17 | 28-Feb-17 | 2.0 | Cryptocurrency Exchange |
| Augmentors | 31-Jan-17 | 28-Feb-17 | 1.0 | Augmented Reality Creature Battle Game |
| Respectonomy | 06-Feb-17 | 04-Mar-17 | 2.0 | Decentralized Social Network |
| Edgeless | 28-Feb-17 | 21-Mar-17 | 2.5 | Decentralized Casino on Ethereum |
| Qtum | 16-Mar-17 | 21-Mar-17 | 15.4 | Value Transfer Protocol DAPP Platform |
| Total | | | 37.0 | |

### Ongoing

| Project | Start date | End date | Amount targeted, $m | Description |
|---|---|---|---|---|
| Chain of Points | 19-Feb-17 | 29-Mar-17 | 5.4 | Platform for Creation of Customer Rewards |
| Equibit | 01-Feb-17 | 01-Apr-17 | 1.6 | P2P Electronic Equity System |
| WeTrust | 01-Mar-17 | 14-Apr-17 | 7.2 | Platform for Trusted Lending Circles |
| The Legends Room | 24-Feb-17 | 15-Apr-17 | 15.0 | Gentlemen's Club in Las Vegas |
| Peerplays | 26-Feb-17 | 15-May-17 | 5.0 | Decentralized Gaming Platform |
| Total | | | 34.2 | |

### Upcoming

| Project | Start date | End date | Amount targeted, $m | Description |
|---|---|---|---|---|
| Matchpool | 25-Mar-17 | 22-Apr-17 | 5.0 | Decentralized Dating Protocol |
| SuperDAO | 27-Mar-17 | 24-Apr-17 | n/a | Decentralized Governance System for DApp Ventures |
| Lunyr | 29-Mar-17 | 26-Apr-17 | n/a | Decentralized Encyclopedia |
| Humaniq | 06-Apr-17 | 27-Apr-17 | n/a | Banking for the Unbanked |
| TaaS | 27-Mar-17 | 27-Apr-17 | 101.0 | Closed-End Fund |
| Cosmos | 31-Mar-17 | 28-Apr-17 | n/a | A Network of Distributed Ledgers |
| Blockchain Capital | 10-Apr-17 | 10-May-17 | 10.0 | Digital Liquid Venture Fund |
| Aeternity | 31-Mar-17 | 15-May-17 | n/a | Smart Contracts Platform |
| Adelphoi | 01-May-17 | 29-May-17 | n/a | DAO Investing in Blockchain Projects |
| Internet of Coins | 21-Mar-17 | 21-Jun-17 | n/a | Decentralized Inclusive Cryptocurrency Ecosystem |
| Total | | | 116.0 | |

Source: media, company websites

5

STRICTLY CONFIDENTIAL



# ICO Is An Emerging Alternative Funding Source

- Offering size increasing as appetite and awareness grow
- Offerings structures starting to get more sophisticated
- Digitization of asset from Gold to Insurance to Video Games – many more to follow: equity, debt, commodities, mass-owned goods
- Deep markets for popular issues
- Large community of active traders

ICO vs. Other Types of Financing

| | Public offering | Private offering | Crowdfunding | Tokens |
|---|---|---|---|---|
| Global investor base | ✓✓ | ✓ | ✓✓✓ | ✓✓✓ |
| Transaction size | ✓✓✓ | ✓✓✓ | ✓ | ✓✓ |
| Access for retail investors | ✓ | ✗ | ✓✓✓ | ✓✓✓ |
| Fast execution | ✗ | ✗ | ✓✓✓ | ✓✓✓ |
| Low deal fees | ✗ | ✗ | ✓✓✓ | ✓✓✓ |
| Low regulatory burden | ✗ | ✗ | ✓✓ | ✓✓✓ |
| Secondary liquidity / transferability | ✓✓✓ | ✓ | ✗ | ✓✓ |
| Low trading / transaction fees | ✓✓ | ✓ | ✗ | ✓✓✓ |
| Dividends | ✓✓✓ | ✓ | ✗ | ✓✓ |

Source   Argon Group Analysis

6

Confidential Treatment Requested

MMLWM-00000152

STRICTLY CONFIDENTIAL



## ICO Structuring Considerations

- Tokens sold in ICOs are usually structured as either user tokens or equity tokens

**User Token**

- User tokens, or 'appcoins', are a form of digital currency needed to access the service/product provided by the company

☑ No dilution for the existing shareholders

☐ Adds hurdles for adoption as users will have to buy tokens to transact

**Equity Token**

- Similar to traditional equity shares, these tokens entitle holders to "dividends" in the form of revenue sharing

☑ No requirement to guarantee a certain level of dividend stream – investors are growth rather than income-oriented

☐ Dilution to existing shareholders

7

MMLWM-00000153

STRICTLY CONFIDENTIAL



- Execution is key, both on operational side and during ICO marketing
- Industry is full of fraud and bad actors – several ICO organisers simply disappeared after raising money. Key to defeat the image

# ICO Offering Structure

| Feature | Description | Investment appeal | Feature of Past ICOs? |
|---|---|---|---|
| Pre-announcement | • Issuers usually announce intention to conduct an ICO 2-4 weeks prior to books opening to generate initial interest<br>• PR campaign is launched in advance of pre-announcement to generate strong media following around the upcoming ICO<br>• Order books are typically opened for approximately one month | | |
| Voting Rights | • Ability of token holders to vote on certain matters, e.g. strategy, choice of service providers<br>• Limited focus from ICO investors as they are mostly focused on economic benefits on the investment | | |
| Limit on offering size | • Limit on offering size in terms of $m raise or number of tokens allows to create scarcity value (e.g. in case of First Blood, Singular DTV fundraising took less than an hour) | | |
| Discount for early participation | • Important incentive for early investors which also allows to generate momentum in the order book – critical for ICO success | | |
| Cornerstone order | • Target a large order that would come as soon as the book opens, for example a Chinese exchange that would buy a significant stake to sell to its users | | |
| Multi-signature escrow | • It is a market practice for reliable ICOs to collect funds using a wallet that would have 3 keys, 2 of which belong to independent third parties well-known in the blockchain community | | |
| Automatic refund | • Provision for an automatic refund of all orders if the ICO failed to gather a set minimum of funds | | |

8

MMLWM-00000154

STRICTLY CONFIDENTIAL



- The media, PR, and awareness runway needs to be pretty long to build up support on the "retail" side

## ICO Documentation and Key Disclosure

**Key Offering Documents**

| | |
|---|---|
| **Whitepaper / Offering Memorandum** | • Standard offering memorandum which would include appropriate disclaimers and offer restrictions information as well as industry and business overview |
| **Press-releases and PR coverage in Tier 1 Media** | • Official press releases by the company at the time of ICO pre-announcement, bookbuilding launch, pricing and start of trading with ICO details and timing as well as links to the offering documentation |
| **Management presentation** | • Company presentation covering investment highlights, financials, offering structure. Accessible via Netroadshow (no downloads) |
| **Bitcointalk, Telegram, Reddit, Blog announcement** | • ICO announcement in the Bitcointalk forum which usually includes information on the projects, ICO structure and timing, and information on how to invest<br>• Important to constantly support the activity and respond to questions promptly to maintain investor interest |
| **Chinese Media** | • Niche coverage in the Chinese crypto market and platforms, direct reach out to Tier 1 and FinTech, local road show |
| **Ask me anything** | • Live video calls with management where investors can ask questions on the company |

9

MMLWM-00000155

STRICTLY CONFIDENTIAL



# SingularDTV ICO Case Study
## $7.7m raised in 17 minutes despite an illegal offering structure



- SingularDTV raised $7.7m in record 17 minutes despite effectively an illegal offering structure

- In the offering terms the issuer stated that all the responsibility for compliance with applicable laws resides with ICO investors. This, however, in no way relieves the company from the responsibility to comply with securities laws globally

### ICO Summary

| | |
|---|---|
| Business | "A Blockchain Entertainment Studio, Smart Contract Rights Management Platform and Video On-Demand Portal" |
| Management | US-based management with experience in media and finance |
| Legal structure | • Swiss operating company<br>• Smart contracts executed in Guernsey<br>• Under Swiss law |
| Currency accepted | Ethereum only |
| Shareholding structure post ICO | • 50% free float<br>• 10% founders directly<br>• 40% to remain in escrow for future development (in the event of an exit also goes to founders) |
| Timeline | Announcement: 23 July 2016<br>Book opened: 2 October 2016 |
| % performance since ICO | -30% |
| Average daily trading volume | c.$5k |

Source   Company announcements

### ICO Terms Extract
**Zero compliance with security laws globally**

"User understands that the creation of SNGLS is not intended in any way to involve the purchase of shares or any equivalent in any existing or future public or private company, corporation or other entity in any jurisdiction"

"This contract does not constitute a prospectus of any sort, is not a solicitation for investment and does not pertain in any way to an offering of securities in any jurisdiction. This contract is not made in accordance with, or subject to, laws or regulations of any jurisdiction that are designed to protect investors "

Source   SingularDTV ICO terms

### Aftermarket Performance



Source   cyber.fund

10

Confidential Treatment Requested

MMLWM-00000156

STRICTLY CONFIDENTIAL





# Fig – Wasteland 3 ICO Case Study
### $3.1m of $2.75m goal raised in 6 days

**ICO Summary**

- While Fig/Wasteland 3 raised more slowly than other ICOs, it was a demonstration of the enthusiasm for such raises even when a compliant structure is used

- We would not however recommend only accepting USD, as this cuts you off from the pool of liquidity in Bitcoin and Ethereum

| | |
|---|---|
| Business | "Wasteland 3 will be a party-based roleplaying game with an emphasis on deep reactivity, replayability, and strategic combat.." |
| Management | US-based management with experience in game design and crowdfunding |
| Legal structure | • US issuing entity<br>• Regulation D offer to Accredited Investors<br>• Planned crowdfunding but never accessed due to oversubscription |
| Currency accepted | USD only |
| Shareholding structure post ICO | No shareholding – just entitlement to sales receipts after Fig hits targets |
| Timeline | Announcement: 19 September 2016<br>Book opened: 6 October 2016 |
| % performance since ICO | N/A (doesn't trade) |
| Average daily trading volume | N/A (doesn't trade) |

Source   Company announcements

**ICO Terms Extract**

"Fig Publishing, Inc., a Delaware corporation doing business as "Fig" (the "Managing Member" or "Fig"), is furnishing this confidential private offering memorandum (this "Memorandum") in connection with a private offering (the "Offering") of limited liability company interests in Fig WL3, LLC, a Delaware limited liability company and subsidiary of Fig (the "Company"), which interests are represented by units (the "Units"), in reliance upon Rule 506(c) of Regulation D of the Securities Act. The Units are designed to reflect the economic performance of a video game license agreement Fig has entered into with the Developer (as defined below), which contains rights to receive a revenue share of the game Wasteland 3 (the "Game") that are being assigned to the Company and described below (the "License Agreement"). If and when the Game is developed and published, Unit holders will be able to receive distributions pursuant to the Company's limited liability company operating agreement (attached as Exhibit A) based on the revenue the Company receives from the sales of the Game"

Source   Wasteland 3 ICO terms

STRICTLY CONFIDENTIAL



## Marketing Plan Components – Driving Retail Momentum

- **Additional potential marketing components:**
  - Announce anchor investors
  - Announce major technological partners
  - Ground game

**Online Audience**
- Adwords
- Facebook
- Banners on forums
- Rich media
- Mobile ads

**Forum / Chat**
- Bitcointalk
- Reddit
- Telegram
- Slack
- AMA
- Telegram
- WeChat

**PR**
- Agency retained
- Copy development
- Press releases
- TV / interview
- Offering vs brand
- Niche vs mainstream

**Other**
- Bounty campaign
- Blog on offering platform
- Landing page
- General Solicitation approach

Confidential Treatment Requested

MMLWM-00000158

STRICTLY CONFIDENTIAL



## Indicative ICO Timeline



Confidential Treatment Requested

MMLWM-00000159

STRICTLY CONFIDENTIAL



## Blockchain Events

- Need a strong ground game - Major blockchain events are an excellent way to promote the ICO
- Need mechanism to set-up one-on-ones and engage directly

| Date | Conference | Location |
|------|-----------|----------|
| March 28, 2017 | The Blockchain Summit 2017 | London, UK |
| **April 6, 2017** | **BlockShow Europe 2017** | **Munich, Alte Kongresshalle** |
| April 10, 2017 | 2017 Blockchain Technology and Digital Currency National Institute | New York, NY |
| **April 19-20, 2017** | **Bitcoin & Ethereum Development Conference** | **Birmingham, United Kingdom** |
| May 3-5, 2017 | The 2nd Distributed Ledger Technology Conference | New York, NY |
| May 16-18, 2017 | Blockchain360 at the world's largest IoT Event, IoT World 2017 | Santa Clara, CA |
| **May 22-24, 2017** | **Consensus 2017** | **New York, NY** |
| **May 22, 2017** | **CoinCenter Annual Dinner** | **New York, NY** |
| **May 24-25, 2017** | **Token Summit** | **New York, NY** |
| May 25, 2017 | Coinsbank Blockchain Cruise | New York, NY |
| **June 26-28, 2017** | **Money 20/20 Europe** | **Copenhagen, Denmark** |
| June 29, 2017 | Blockchain Show: Transforming the Way the World Transacts | London, UK |
| **July 6-7, 2017** | **Cryptofinancing (ICO-focussed)** | **London, UK** |
| July 7-14, 2017 | London Fintech Week | London, UK |

14

Confidential Treatment Requested

MMLWM-00000160

STRICTLY CONFIDENTIAL



# Summary of Argon Group Advisory Services

- The Argon Group provides a wide array of world-class strategic investment banking and financial advisory services to our clients in this new emerging and exciting space

- Digital finance exists in a complex grey nexus of US and international securities laws, KYC and AML requirements, and represents a unique new piece of the capital structure stack that requires unique and considerable expertise

- Issuers should not be forced to become experts in law and finance, but should focus on their core business and growth – and we will take care of the fundraising

- Initial Coin / Token Offering advisory
  - Disclosure drafting (whitepaper / prospectus), development, and distribution
  - Development of marketing materials, roadshow, financial models and the equity story
  - Smart contract development, testing and implementation
  - Risk Management, KYC, AML and compliance guidance
  - Placement platform, funds collection, asset distribution, and escrow services
  - Ability to act as issuer on your behalf and balance sheet your digital assets
  - Investor outreach, public relations, and placement
  - Private capital raising from accredited investors - standalone or ICO concurrent
- Aftermarket support
  - Trading analysis and support
  - Smart contract administration
  - Liquidity solutions and risk management
- Strategic and capital structure advisory

15

STRICTLY CONFIDENTIAL



# CAUTIONARY STATEMENT

This presentation includes valuation projections and other predictive statements that represent Argon Group's assumptions and expectations in light of currently available information. These valuation projections and other predictive statements are based on industry trends, circumstances and other factors, and they involve risks, variables and uncertainties, many of which are not within Argon Group's control. Argon Group's actual valuation, performance and results may differ from those projected in this presentation. Consequently, no guarantee is presented or implied as to the accuracy of specific valuation projections or predictive statements contained herein.

This Cautionary Statement expressly qualifies the valuation projections and other predictive statements contained in this presentation. Do not place undue reliance upon any such valuation projections, which speak only as of the date made. Argon Group expressly disclaims any and all liability relating to or resulting from the use of this presentation. Argon Group does not undertake or accept any obligation or undertaking to provide any updates or revisions to any portion of this presentation, including any valuation projections or other predictive statements, to reflect any change in expectations or any change in events, conditions, assumptions or circumstances on which any such projections and other predictive statements are based. Neither the delivery of this presentation nor entering into a transaction shall, under any circumstances, create any implication that there has been no change in the business and of Argon Group since the date of this presentation or the date as of which any statement is made. In furnishing this presentation, Argon Group does not undertake or accept any obligation to update any of the information contained in the presentation or to correct any inaccuracies that may become apparent.

The information contained herein, while obtained from sources that are believed to be reliable, is not guaranteed as to its accuracy or completeness. The information contained herein may be amended. The information contained in this presentation is intended only for the persons to whom it is transmitted for the purposes of evaluating the subject matter of this presentation. No persons are authorized to give any information or make any representation in respect of the subject matter of this presentation and any such information or representation must not be relied upon.

This presentation has been prepared solely for informational purposes only. The recipient should not construe the contents of this presentation as legal, tax, accounting or investment advice or a recommendation. The recipient should consult its own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and, by accepting this presentation, the recipient confirms that it is not relying upon the information contained herein to make any decision. This presentation does not purport to be all-inclusive or to contain all of the information that the recipient may require.

This presentation shall remain the property of Argon Group and Argon Group reserves the right to require the return or destruction of this presentation (together with any copies or extracts thereof) at any time. This presentation contains material, non-public information concerning Argon Group and its affiliates. The recipient acknowledges that the Argon Group considers this presentation and all information contained herein to include confidential, sensitive and proprietary information. The recipient agrees that it shall use reasonable precautions in accordance with its established procedures to keep the presentation and all information contained herein confidential and shall not use any such information for any purpose other than evaluating the recipient's interest in evaluating any potential investment in Argon Group. This confidentiality undertaking is intended to be for the benefit of Argon Group and is enforceable by Argon Group.

This presentation does not constitute an offer or invitation for the sale or purchase of the securities, assets or business described herein and shall not form the basis of any contract.

16