# SEC24

From: Dan Morehead [mailto:dan@panteracapital.com]
Sent: Thursday, June 15, 2017 8:50 AM
To: 'Peter Heinke'; 'Tanner Philp'
Cc: Paul Veradittakit
Subject: Kin Pre-Sale

Peter and Tanner,

Thanks for including us in your thought process. Happy to offer free advice

Two main views:

MINORITY PRE-SALE

We recommend not increasing the pre-sale – especially beyond a minority of the total issuance. We've seen a great deal of evidence of the community not being happy about large investors taking up a majority of crowdsales/companies allocating too small of a crowdsale percentage to the community, some comments below.

> https://www.reddit.com/r/ethtrader/comments/6fmpuo/cfi_token_sale_25_really/
> https://www.reddit.com/r/ethereum/comments/67aeih/gnosis_ico_sold_out_in_10_min_300m_usd_valuation/

From the retail investors we've been in contact with, they are extremely excited about Kik and expect a quick sellout. We believe the crowdsale will sell out easily with a $50mm presale amount. It offers a greater likelihood for a more democratic and community-oriented sale which is of course critical for a social network.

ICO AS PLANNED -- RATHER THAN Q1

Who's the second African-American to play MLB? Nobody knows. Second guy to walk on the moon? Second team on Everest? Kik is making a revolutionary move. I think it's highly likely other firms will copycat the strategy. It would be a shame not to get all the good things that come with being first.

The ICO market is white hot. Waiting 6-8 months has risks – the market could be even hotter; however, there is also a chance that the ICO window closes – adverse SEC reaction, Ethereum has scaling issues when projects actually go live or has another DAO.

Bottom line: the plan you set upfront is great.

Dan

**DAN MOREHEAD**
CEO

P A N T E R A

EXHIBIT 180
WIT:
DATE: 9/21/18
Melinda Johnson, CSR