SEC25

| | |
|---|---|
| **From:** | Ted Livingston <ted@kik.com> |
| **Sent:** | Tuesday, February 28, 2017 6:59 AM |
| **To:** | Hayeon Kim <hayeon@kik.com>; erin <Erin@kik.com> |
| **Subject:** | Fwd: Crypto Story |

Wrote this on the plane. Thought it would be helpful to share. Builds on some of the discussion we had yesterday. Excited to see the story you craft.

----------

Story for team

1. Agenda for today: where we're at today, and where we need to go next
2. Today
   1. Have communication: how we interact
      1. Stats
      2. Next steps
   2. Have communities: how we find friends
      1. Stats
      2. Next steps
   3. Working on commerce: what we do with those friends
3. For commerce
   1. Created ability to build bots
      1. 100k+, other stats
   2. Created tools to grow audience
      1. Stats
   3. But no way to monetize audience
4. For monetization
   1. Needed to find a way to give teens spending power
   2. No credit card, no drivers license
   3. Tried:
      1. Kik cash: a prepaid Visa card with no kyc, but ultimately got blocked by banks
      2. Kik points: earn spending power, but sometimes you just want to buy in
      3. Stripe payments: use credit cards, but regulations make it difficult to actually pay out developers
   4. Need something that
      1. Let's teens earn or buy
      2. Is easy to pay out developers all around the world
      3. Can be built relatively quickly
   5. Solution: Kik coin crypto currency
      1. Like digital Kik gold
         1. Simple explainer
      2. What it looks like in the app
         1. New coins tab
         2. Top up/ withdraw
         3. Send/ receive in chat
      3. Makes it easy
         1. For teens to earn from Kik
         2. For parents to buy from an exchange
         3. For bot developers to sell on an exchange
   5. This will get developers a simple yet powerful monetization tool for their bots. But there is one other

thing it will also do. It will be a new way to raise money
   1. Crypto guarantees that there will only ever be so many Kik coins
   2. We start with all of them
   3. We give some of them to our users
   4. But we can also sell some to crypto investors to raise money
      1. Why and how:
      2. More demand
      3. Value goes up
      4. Buy today, sell tomorrow, profit
   5. And we can give some coins to all the shareholders of Kik, which you can hold or sell
6. This is the 4th way I've been thinking about for 6 years
   1. Instead of building a community so that you can the. sell their attention to people trying to sell them stuff they don't need, you just build a valuable community, and that alone is a very valuable thing for everyone. You all share in the value that gets created
7. What happens next?
   1. Timeline: ICO x date
   2. Key missions
      1. Integrate into chat and make secure
      2. Integrate into bots
      3. Grow the chat community

Sent from my iPhone
--

e: ted@kik.com
k: ted

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00026564