SEC29

| | |
|---|---|
| **From:** | Fred Wilson |
| **To:** | Borthwick John |
| **Sent:** | 4/26/2017 6:15:43 AM |
| **Subject:** | Re: |
| **Attachments:** | Executive Dashboard - Feb-17 (final).pdf |

here is some data as of Feb

i don't have the March or April data yet

pls don't let anyone know I shared this with you

if you are interested after looking at this i can talk to the company

Fred


On Wed, Apr 26, 2017 at 6:11 AM, Borthwick John <john@betaworks.com> wrote:

Is there any data / metrics the company could look at?


On Apr 25, 2017, at 7:25 PM, Fred Wilson <fred@usv.com> wrote:

it could work

i pitched the same idea to Zynga but Zynga couldn't get comfortable with the burn rate that Kik was operating on

i think it could be massively reduced but there is a non trivial infrastructure cost to running a messenger that is as popular as Kik

Fred

On Tue, Apr 25, 2017 at 6:35 PM, John Borthwick <john@betaworks.com> wrote:

Here's my idea.    Dots, free to play iOS games, three titles in market — on 45M revenue run rate, 2x last year. Paul the CEO was asking me last year why none of the US messaging platforms have gone deep into games — Tencent (investor in both Kik and Dots) did 10BN of gaming revenue last year.  Idea was merge them — not as interesting as crypto, but it might work


J


On Apr 25, 2017, at 7:52 AM, Fred Wilson <fred@usv.com> wrote:

Well they looked at options and nothing materialized so they are attempting a hail Mary pass that involves crypto. It's my idea so don't laugh too hard!!

What's your crazy idea?

On Apr 25, 2017 7:12 AM, "Borthwick John" <john@betaworks.com> wrote:

Confidential FOIA Treatment Requested by Union Square Ventures
USV0015937

F / Hope you and family are well, long time.   Question for you.  I heard that Kik was looking at options — if thats so, I have a crazy idea that might be worth looking at

J


John Borthwick CEO / betaworks
29 Little West 12th Street, NY, NY 10014 / beta.works/map
Cell: ███████████
_____
openbeta for early access to betaworks new products

--
fred wilson
fred@usv.com
███████████

--
fred wilson
fred@usv.com
███████████

Confidential FOIA Treatment Requested by Union Square Ventures