# SEC33

**From:** Erin Clift <erin@kik.com>
**Sent:** Thursday, April 6, 2017 9:07 AM
**To:** Ted Livingston <ted@kik.com>
**Subject:** Re: TC Disrupt NYC

To be honest, there are so many unanswered questions at the moment it's hard for me to imagine being ready to do something at Tech Crunch Disrupt. Or be ready to field the type of questions you'll no doubt be asked on stage. I just don't think this will set us up for success.

I believe that the best first announcement is with an audience of people who truly understand the power of crypto - and the nuances around it. This is why I think the Token Summit is ideal. And that the primary audience for the initial announcement really is an investor community. That can launch a series of interviews, articles and other news worthy moments that target the broader industry to build momentum and position Kik as a leader in that community.

That is my recommendation....

On Thu, Apr 6, 2017 at 12:01 PM, Ted Livingston <ted@kik.com> wrote:
> Thought was to announce just before Token Summit, and then explain in a fireside chat at token summit after people have had a chance to digest.
>
> Just an option. Maybe not the best one. I am looking to you to tell us how we get maximum coverage and momentum from our annoucement
>
> On Thu, Apr 6, 2017 at 11:53 AM, Erin Clift <erin@kik.com> wrote:
>> If the goal is to be ready by the time we announce - this is just not possible.
>>
>> I thought you wanted to announce at the token summit?
>>
>>
>> On Thu, Apr 6, 2017 at 11:47 AM, Ted Livingston <ted@kik.com> wrote:
>>> Could we announce here? https://techcrunch.com/event-info/disrupt-ny-2017/
>>>
>>> An idea.
>>>
>>> --
>>>
>>> e: ted@kik.com
>>> k: ted

--

e: ted@kik.com
k: ted

EXHIBIT 84
WIT: _____
DATE: 7/26/18
Melinda Johnson, CSR

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00021417