SEC34

| | |
|---|---|
| From: | William Mougayar [ ] |
| Sent: | 4/8/2017 1:09:24 PM |
| To: | Erin Clift [erin@kik.com] |
| CC: | Ted Livingston [ted@kik.com] |
| Subject: | Re: Token Summit |

Hi Erin,

yes, we can talk next week. we expect 350-400 attendees, a mix of crypto-token crowd, entrepreneurs, business managers, investors/VCs, wall street types, regulators and media.

We haven't set the final agenda yet, but thinking about a 15-20 min convo between Ted and I, around mid-day to afternoon.

will you also be involved in the pre-ICO marketing? i have some thoughts on that and will email.

William


On Fri, Apr 7, 2017 at 2:26 PM, Erin Clift <erin@kik.com> wrote:
Thanks, Ted.

William - looking forward to meeting you. As as a starting point can we schedule time to speak next week?

Let me know when you're available and I'll work around your schedule.

Thanks and enjoy your weekend-
Erin

On Fri, Apr 7, 2017 at 1:52 PM, Ted Livingston <ted@kik.com> wrote:
Yup. Adding William. Will let you two take it from here.

Ted

On Thu, Apr 6, 2017 at 1:49 PM, Erin Clift <erin@kik.com> wrote:
Ted,
Can you connect me with William or someone at the Token Summit so we can plan? As a starting point, it would be helpful to understand what the profile of the attendees at the summit is and the size of the audience.

Thanks!

e: ted@kik.com
k: ted



EXHIBIT
135
19-cv-5244 AKH

Confidential Treatment Requested

MMLWM-00000020



--

Register for The Token Summit in New York May 25
Order my new best-seller, The Business Blockchain
Check out the book site and latest reviews on it.

---------------------------
William Mougayar
Founder, Startup Management

c: █████████████
e: ███████████████████
t: @███████████ and @startupmanage
w: Startup Management

Confidential Treatment Requested

MMLWM-00000021