SEC36-A

# File Produced in Native Format