SEC36-B

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:              )
                               )  File No. HO-13388-A
KIK INTERACTIVE                )

SUBJECT:  ACCELLION TOKEN SUMMIT I

PAGES:    1 through 17

AUDIO TRANSCRIPTION

Diversified Reporting Services, Inc.

(202) 467-9200

SEC-KIK-LIT-E-0000181

Page 2

```
 1                    PROCEEDINGS
 2         MALE SPEAKER: So, this is the surprise that is
 3   no longer a surprise, since 8:00 a.m.
 4         MR. LIVINGSTON: Yes.
 5         MALE SPEAKER: So, what did you announce at
 6   8:00 a.m., and who are you?
 7         MR. LIVINGSTON: Yeah, so I'm from Kik. Kik is
 8   one of the largest chat apps in the world, and the thing
 9   we are announcing today is a new cryptocurrency called
10   Kin. Ooh, I know, it's --
11         MALE SPEAKER: K-i-n?
12         MR. LIVINGSTON: -- pretty exciting, K-i-n, and
13   basically what Kin is -- it's a new way to solve the
14   problem of the increased monopolization of digital
15   services by a few big companies, and instead puts us on a
16   path to a future for consumers that has more choice, more
17   innovation, and ultimately more freedom.
18         MALE SPEAKER: So, to put this in context,
19   because not everybody knows Kik, you already have
20   millions of users, and as of yesterday, you didn't have
21   anything to do with the blockchain, and as we know, most
22   of the tokens we here about typically are coming from
23   blockchain companies. So, I think you are the first non-
24   blockchain company that is announcing a significant token
25   offering.
```

Page 3

```
 1         MR. LIVINGSTON: Yes. Yeah.
 2         (Laughter.)
 3         MALE SPEAKER: Why?
 4         MR. LIVINGSTON: So, Kik is a really big app.
 5   Like, if you pull out your phone, and you go to the top
 6   free apps, you'll find Kik in the top 100 free apps
 7   overall on your iPhone, or on your Android, and this is
 8   actually something that we have been thinking about for a
 9   while.
10         We actually first started thinking about this
11   in 2011 when we first heard about Bitcoin and the
12   blockchain, and what we realized is that the blockchain
13   allowed a new way -- to create a new way to monetize a
14   community.
15         So, historically, you build a community. Kik
16   has 15 million people that show up every month -- over 15
17   million people. And so, historically, what you want to
18   do is you sell their attention to advertisers, or you try
19   to sell them stuff that maybe they don't need or don't
20   want.
21         But now with the block chain, and with a
22   cryptocurrency, you could change that, and instead what
23   you could do is, hey, what if we just brought people
24   together? Brought people together in this community, and
25   created an economy where people are providing value to
```

Page 4

```
 1   the community, and taking value from the community on
 2   this -- on a cryptocurrency? If you could do that, and
 3   do that alone, and by owning a chunk of that
 4   cryptocurrency, if could be a fundamentally new way to
 5   monetize a community.
 6         MALE SPEAKER: So, can you unpack what you
 7   announced this morning in terms of -- is it a token
 8   offering? Is it a set of capabilities? Is it -- is it
 9   something to do with your ecosystem? So, what are the
10   components of the announcement?
11         MR. LIVINGSTON: Yeah. So, what we announced
12   this morning -- we published our white paper. So, if you
13   go to kin.kik.com, you can read our white paper, and
14   really, we wanted to just get that out there and say,
15   "Okay, we are doing this."
16         And so, that was sort of the starting point to
17   start working with the community. But in that white
18   paper, you'll see we outlined four steps to what we're
19   trying to do. So, the first step very simply is we're
20   going to create Kin, a new cryptocurrency, on the
21   Ethereum blockchain. So, it will be an ERC20 token.
22   Yeah, go Ethereum.
23         (Laughter.)
24         MR. LIVINGSTON: Go ERC20. The second step is
25   integrating Kin into Kik, this huge messenger, to give
```

Page 5

```
 1   Kin value. So, this is something we've been -- we
 2   launched Kik points in 2014, a centralized digital
 3   currency, to see if we could get people earning and
 4   spending in a digital currency, because that's what we
 5   thought was missing with Bitcoin. Nobody gets their
 6   paycheck in Bitcoin.
 7         So, everybody has to convert in. What if we
 8   could get people natively earning in a digital currency?
 9   And we created a transaction volume -- the number of
10   people earning and spending every day -- three times
11   higher than Bitcoin's transaction volume globally.
12         So we said okay, well, there's something there.
13   So, that's step number two, is taking Kin, and
14   integrating it into one of the largest consumer apps in
15   the world to really give it value, and to make Kik better
16   and monetize Kik in a new way.
17         But we didn't stop there. We said, "Wait a
18   second, if we give Kin value, could we use some of that
19   value to spark the creation of a new ecosystem of digital
20   services?" There's all these developers out there who
21   have built these amazing things, but they can't make any
22   money. They don't have the scale to monetize through
23   advertising, and these huge companies who do have the
24   scale are giving everything else away for free.
25         So, you have all these developers who are
```

Page 6

1  trying to build these amazing things, but they're just --
2  they're going broke. What if we took a big chunk of Kin,
3  and used it to create what we call the Kin rewards
4  engine?
5      And so, it's sort of modeled on the Bitcoin
6  mining reward. You know, what makes Bitcoin work is
7  every day -- or every, you know, 10 minutes, some amount
8  of Bitcoin is given away to the people that run the
9  infrastructure. What if we gave some amount of Kin away
10 every day to all of the developers who bring their
11 digital services into this ecosystem?
12     MALE SPEAKER: How do you decide how much each
13 one gets? What are the metrics, or have you figured that
14 out yet?
15     MR. LIVINGSTON: So, the metric will be -- very
16 simply is, if you're a developer, and you bring your
17 digital service into this ecosystem, the percentage of
18 transaction volume that your digital service creates
19 relative to the overall ecosystem -- the overall Kin
20 ecosystem, that's the percentage of the daily reward you
21 get.
22     MALE SPEAKER: It's almost like a profit
23 sharing kind of a coop type model?
24     MR. LIVINGSTON: Yeah. It economically
25 incentivizes everybody to work together, and the really

Page 7

1  nice thing about it is, it creates this great network
2  effect, where the more developers that come into this
3  ecosystem, the more transactions they create -- the more
4  transactions they create, the more valuable Kin overall
5  becomes, the more valuable Kin overall becomes, the more
6  valuable the daily reward becomes. And so, we see this
7  daily reward starting at about $100,000 a day, but could
8  quickly grow to half a million, million dollars a day, if
9  not more.
10     MALE SPEAKER: In terms of token value?
11     MR. LIVINGSTON: In terms of exchange into US
12 dollars, but with the token value, because --
13     MALE SPEAKER: Mm-hmm.
14     MR. LIVINGSTON: -- we're giving a -- sort of a
15 set amount of tokens out every day in a declining curve,
16 and I think this is the thing that most people -- that is
17 underestimated most, is just how much power the
18 blockchain -- economic power the blockchain and
19 cryptocurrencies unlock, because people come to me, and
20 it's like, "Wow, you're going to give away $100,000 every
21 day? You're going to run out of money in no time."
22     If Ethereum were to give out $100,000 of
23 Ethereum every day, how many days would it take to get to
24 giving out all $10 billion of their current market cap?
25 It would take 273 years. This is the amazing thing, to

Page 8

1  me, about the blockchain, about cryptocurrencies.
2      It's not just a new way to monetize a
3  community, but it's a new way to align a large group of
4  people to all come together and work together to build a
5  better society for consumers. One that's not just open,
6  where consumers can freely move between all these
7  different digital services, but also one where developers
8  make money.
9      MALE SPEAKER: So, let's be specific about the
10 users themselves. You said that they can earn tokens.
11 So, what -- can you tell us the ways that users can earn
12 tokens?
13     MR. LIVINGSTON: So, we have millions of people
14 showing up every month, and we have a bunch of different
15 ways -- a bunch of different examples that we've put into
16 white paper.
17     Some of them from our experience with Kik
18 coins, but some of them based on our research going
19 forward, and we'll have many more, but for example, as
20 a -- as a teenager, you could create a great sticker, and
21 you could earn Kin. You could host a great group chat,
22 and charge entry to that group chat, and earn Kin. You
23 could create a great bot, and people could use that bot,
24 and you could earn Kin.
25     And so, that's where we really see this new

Page 9

1  model of, build a community not to sell advertising, not
2  to try to sell stuff to people they don't need or want,
3  but just build a place that people come together, and
4  provide value to each other -- create value for each
5  other, and if you do that, you can make a better future,
6  and you can also make money.
7      MALE SPEAKER: So, what's interesting is that
8  almost from day one, you're going to have this kind of
9  transactional economy, meaning that users can earn, but
10 they can also spend.
11     MR. LIVINGSTON: Yeah.
12     MALE SPEAKER: So, that's a key point of any
13 successful economy, is that it has to be circle.
14     MR. LIVINGSTON: Right. That's the big thing
15 we saw with Bitcoin back in 2011 is, why would anybody
16 spend in Bitcoin in the mainstream when everybody's
17 earning in US dollars?
18     The way you earn in US dollars, they're going
19 to convert it to Bitcoin, and they going to buy something
20 in Bitcoin, and then they're just going to convert it
21 back to US dollars to pay their employees.
22     Like, that makes no sense. Let's just stay in
23 US dollars, but now we have this huge digital ecosystem
24 where people are coming and hanging out digitally in
25 communities. Now we can actually get people both earning

```
                                           Page 10
 1    and spending natively in a cryptocurrency.
 2         MALE SPEAKER: So, this is a new way to
 3    monetize a community, or is this a new way to incentivize
 4    -- is this the future of work, or is this kind of more
 5    community specific?
 6         MR. LIVINGSTON: This is a few things. So,
 7    this is a new way to monetize a community. Within this
 8    community -- within any individual community, it's a new
 9    way to get compensated for the value you provide, but
10    it's also a new way to spark the creation of an ecosystem
11    of digital services, and our ultimate vision -- step four
12    of our plan, which you'll see in our white paper, is to
13    create the Kin Foundation, because at the end of the day,
14    we want to use Kik to spark the creation of this new
15    ecosystem, but then over time, Kik is just one of
16    hundreds, if not thousands of digital services in this
17    ecosystem, and Kik has no control over it, and that's
18    where the Kin Foundation will come in.
19         They'll administer the rewards engine. They'll
20    provide an identity service -- think of it as a
21    decentralized Facebook Connect, and they'll also provide
22    the transaction service.
23         So, as a consumer, I can freely move around
24    this ecosystem, try out a bunch of different digitals
25    services, and then when I get there, easily log in and
```

```
                                           Page 11
 1    start earning and spending Kin right away in a way that's
 2    both frictionless, and secure.
 3         MALE SPEAKER: So, this is kind of -- it gets
 4    into governance territory, because now you have a
 5    responsibility for billions -- millions or maybe billions
 6    of dollars in cryptocurrency. So, how will you set up
 7    the governance structure? Is it going to be a separate
 8    structure from Kik Inc.?
 9         MR. LIVINGSTON: Yeah. So, the timeline for
10    this is we're publishing our white paper today. We'll
11    start integrating Kin into Kik in a way very similar to
12    what we did with Kik coins, and then we'll announce a
13    token distribution event later this summer, and from
14    there, later this year or early next year, that's where
15    we'll -- where we will start to open up the platform for
16    other developers to join the ecosystem.
17         At that point, that's where we'll create the
18    Kin Foundation, and that's really why we want to publish
19    the white paper, is figure out, who are the best people
20    to run this?
21         What is the best way to structure this?
22    Because at the end of the day, you know, again, Kik -- we
23    want to spark the creation of this ecosystem, but we want
24    this ecosystem and Kin to go way beyond Kik.
25         MALE SPEAKER: Can you talk about the
```

```
                                           Page 12
 1    particular specifics of the token sale? Have you said
 2    you're going to raise X dollars, and is there a number
 3    that --
 4         MR. LIVINGSTON: So, we're going to be selling
 5    10% of all Kin, which will be 1 trillion tokens, later
 6    this summer. We think --
 7         MALE SPEAKER: A trillion tokens?
 8         MR. LIVINGSTON: We think -- we think big a
 9    Kik. We think big at Kik.
10         MALE SPEAKER: What is that in dollars?
11         MR. LIVINGSTON: So, in terms of the exact
12    dollars, and the exact way we're going to do it, that's
13    something we're going to work with the community over the
14    next couple of weeks to figure out the best way to do it.
15         MALE SPEAKER: So, you're looking for feedback,
16    basically, the paper --
17         MR. LIVINGSTON: Yeah.
18         MALE SPEAKER: -- basically that you -- it's
19    like a -- it's not a final paper, it's a --
20         MR. LIVINGSTON: It's a draft.
21         MALE SPEAKER: It's a draft.
22         MR. LIVINGSTON: It's a first draft, and I
23    think something about Kik is, we've been working on
24    platforms for a very long time. So, we were actually the
25    first chat app in the world to launch a platform back in
```

```
                                           Page 13
 1    2011, and we were the first chat app in the western world
 2    to add bots in 2014, and to date, we've had 187,000 bots
 3    created on Kik. Kik is one of the biggest bot
 4    development platforms in the world.
 5         MALE SPEAKER: Bigger than Facebook?
 6         MR. LIVINGSTON: I don't know if they -- they
 7    haven't announced, I don't think, a bigger number than
 8    that, but who knows? And so, we -- the thing that people
 9    say when they work with us on our bot developer platform
10    is, you know, we really like working with Kik, because
11    they really come in and work with us, and that's what we
12    want to do here.
13         You know, we've been thinking about the
14    blockchain space for a long time, but we've been looking
15    at it as a technology, and thinking not about the
16    technology, but to go to market with that technology.
17         And so, with this announcement today, we really
18    want to say, hey, we know we can't do this alone. We
19    can't do it alone from a technology perspective. We
20    can't do it alone from a digital service perspective.
21    This really does have to be a community effort.
22         MALE SPEAKER: This is kind of your Facebook
23    killer move, perhaps?
24         MR. LIVINGSTON: I think, like, we just
25    recognize that even as a company as big as Kik, it's just
```

| | Page 14 | | Page 16 |
|---|---|---|---|
| 1 | getting really hard to compete. You know, you can't | 1 | MALE SPEAKER: Great. Thanks very much. |
| 2 | monetize through ads, because only Facebook has the scale | 2 | MR. LIVINGSTON: Thank you. |
| 3 | to do that effectively. | 3 | (Applause.) |
| 4 | You can't sell stuff, because these big | 4 | (End of audio.) |
| 5 | companies give everything away for free, because only | 5 | * * * * * |
| 6 | they can monetize through ads, and if somebody does | 6 | |
| 7 | manage to get through -- right? We're the first ones to | 7 | |
| 8 | do a bot platform, if somebody does manage to get | 8 | |
| 9 | through, they just say, "Oh, good idea," and they turn to | 9 | |
| 10 | what I call a copy and crushed strategy. | 10 | |
| 11 | And they just say, "I'm going to copy you, and | 11 | |
| 12 | I'm going to crush you," and we see them doing that to a | 12 | |
| 13 | bunch of players in this space. So, to me, this is a | 13 | |
| 14 | recognition of these huge companies taking over, a | 14 | |
| 15 | recognition of -- that there is a better way, and a | 15 | |
| 16 | recognition of -- that cryptocurrency is really the | 16 | |
| 17 | unique tool for the first time ever that can economically | 17 | |
| 18 | align a large group of people to all compete together. | 18 | |
| 19 | MALE SPEAKER: It's a weapon. | 19 | |
| 20 | MR. LIVINGSTON: It's a weapon. | 20 | |
| 21 | MALE SPEAKER: It -- becomes -- last question | 21 | |
| 22 | is, a year from now, where do you think this will be? | 22 | |
| 23 | Where do you want to be a year from now? | 23 | |
| 24 | MR. LIVINGSTON: We want Kin as a | 24 | |
| 25 | cryptocurrency, and as an ecosystem, to being on the path | 25 | |

| | Page 15 | | Page 17 |
|---|---|---|---|
| 1 | to building this amazing alternative decentralized | 1 | TRANSCRIBER'S CERTIFICATE |
| 2 | ecosystem. And ecosystem that is compelling for | 2 | |
| 3 | consumers. It's not just open, but it's actually better | 3 | I, ERIC AXT, hereby certify that the foregoing |
| 4 | because of its diversity, and a platform and ecosystem | 4 | transcript is a complete, true and accurate transcription |
| 5 | that is open and fair for developers, where we all | 5 | of all matters contained on the recorded proceedings in |
| 6 | compete together, and share in the value that gets | 6 | the matter of: |
| 7 | created in a fair and equitable way. | 7 | KIK INTERACTIVE, FILE: TOKEN SUMMIT, SURPRISE |
| 8 | MALE SPEAKER: Great. On that note, I want to | 8 | ANNOUNCEMENT. |
| 9 | thank Ted, and -- | 9 | |
| 10 | MR. LIVINGSTON: Mm-hmm. | 10 | |
| 11 | MALE SPEAKER: -- what's really interesting is | 11 | _____ |
| 12 | that Kik is a Canadian company, an hour from -- | 12 | Transcriber |
| 13 | MR. LIVINGSTON: Leave it to the Canadian. | 13 | |
| 14 | MALE SPEAKER: -- where I live, and so we're | 14 | |
| 15 | kind of neighbors, and -- | 15 | |
| 16 | MR. LIVINGSTON: Yeah. So, we have 150 | 16 | |
| 17 | employees, offices in Waterloo, Toronto, New York, and | 17 | |
| 18 | Tel Aviv. | 18 | |
| 19 | MALE SPEAKER: Right. | 19 | |
| 20 | MR. LIVINGSTON: So, we are a global company, | 20 | |
| 21 | and we think this is the future, and we're going all in, | 21 | |
| 22 | even to the point where -- to show our sort of commitment | 22 | |
| 23 | to the space, and also to provide an example to others, | 23 | |
| 24 | we'll be moving to open source all of Kik, both the | 24 | |
| 25 | client and server code. | 25 | |