SEC39



Token Event
Communications Strategy



EXHIBIT _202_
WIT: _____
DATE: _11-8-18_
Melinda Johnson, CSR

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Table Of Contents

- Key audiences

- Media strategies:

  o  Phase 1: Token event announcement - Thursday, May 25

  o  Phase 2: Rolling thunder

  o  Phase 3: Token event - July TBD

- Kik assets

- Topics to address in messaging/interviews

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107737



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107738

# Overview

| Primary/Secondary Audiences | Goals |
|---|---|
| **Phase 1 - Token event announcement (May 25)** | |
| Crypto community | Raise awareness of Kik's upcoming token sale in July |
| Traditional participants | Generate interest in Kik's strategy of creating an ecosystem to compete against Facebook |
| Employees | Communicate the strategy and GTM to the company |
| **Phase 2 - Rolling thunder (May 26–July TBD)** | |
| Crypto community | Become an active member in various forums to drive excitement and participation in token sale |
| Traditional participants | Meet with VCs to drive interest in a presale |
| Tech community | Help tech community understand why Kik is in a unique position to make a cryptocurrency work |
| Employees | Excite and encourage employees to help recruit for the crypto team |
| **Phase 3 - Token sale (July TBD)** | |
| Crypto community | Drive participation in sale |
| Tech community | Drive excitement among the tech community |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107739

# News Pipeline

**Set announcements:**
- Token event (Kik doing crypto), May 24
- Advisors announcement, TBD
- Verification launch, TBD
- New foundation & board of directors, TBD
- Token sale, July TBD

**Other potential announcements:**
- Token sale details
- AMA
- List of events and meetup participation
- Any potential partnerships (e.g., Starfire)
- Completed security audit

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107740



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Phase 1: Token Event Announcement

| Desired Outcome | Approach/Tactics |
|---|---|
| **Participants:**<br>• Drive interest and awareness of Kik token sale<br>• Share Kik's unique position to execute against this vision | • Fireside at Token Summit<br>• Press release and Medium post by Ted<br>• Exclusive with Wired (one guaranteed piece of coverage that dives deep into our story and why we're doing this)<br>• Day-of outreach with a broader set of media – crypto-specific media, business and tech reporters, analysts, etc.<br>• Landing page with more info, a video and whitepaper download |
| **Kik community:**<br>• Communicate the vision and strategy behind crypto and how everyone will fit into this vision | • Internal communication during sitdown leading up to announcement |
| **Tech community:** Awareness<br>• Share context why Kik is doing this and why we're uniquely positioned to execute against this vision | • Same approach and tactics as participants |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107742

# Strategy: Exclusive

**Media Strategy:** Target Cade Metz, Wired senior staff writer and one of the most respected tech reporters in the industry

**Tactics:**

- Reach out to Cade three weeks prior to May 25 to offer the exclusive and an ongoing series covering the entire process – token event announcement to actual sale
- Organize trip to Waterloo to meet with Ted and execs
- Brief vetted Bitcoin experts as references (panel of advisors)
- Brief one industry analyst under embargo
- Coordinate meetings with two Kik investors (i.e., Fred)



THE INITIAL COIN OFFERING, THE BITCOIN-Y STOCK THAT'S NOT STOCK—BUT DEFINITELY A BIG DEAL

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107743

# Day-of Announcement Activity

**Media Strategy:** Press release, broadcast and day-of interviews

**Tactics:**

- Distribute press release and publish Medium post at 8:00 a.m. ET
- Ted participates in a fireside chat making the announcement (11:45 a.m. ET)
- Schedule press conference at Token Summit event (noon ET)
- Setup broadcast interviews for Ted with Bloomberg, BNN, CNBC and Cheddar (afternoon)
- Hold 15-minute interviews after the announcement is made with business, tech and Canadian media



   

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107744

# Community Management

**Tactics:**

- Publish landing page with CTA to capture emails; page will contain whitepaper, more details on tech and security, a video explaining vision and timelines
- Push assets to owned subreddit, Slack channel and Twitter handle, driving people back to the landing page
- Publish a blog post on Kik-owned Medium channel (1st post)



Announcing the Aragon Network Token sale













FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107745

# Internal Communications

**Goals:**
- Give everyone a clear understanding of why we're doing this and how Kik is uniquely positioned
- Use the event to generate excitement within the company

**Dates:**
- May 18: Present high-level vision and GTM to the company
- May 25:
  - Company-wide email
  - EOD media recap



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Token Event Announcement KPIs

| Program Element | KPI |
|---|---|
| **All audiences (participants, Kik community, tech community)** | |
| Exclusive with Wired | • 1 article<br>• # of shares/likes of article |
| Day-of media coverage | • Total # of interviews<br>• Total # of articles<br>• Total # of broadcast interviews/coverage |
| Blog post by Ted | • # of likes and views of Medium |
| **Participants** | |
| Crypto-specific blogs and forums | • # of interviews<br>• # of articles |
| Social amplification | • # of impressions and click-thrus |
| **Tech community** | |
| Newsletter | • # of opens<br>• Click-thru to website |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107747



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107748

# Phase 2: Rolling Thunder

| Desired Outcomes | Approach/Tactics |
|---|---|
| **Participants:**<br>• Secure pre-sales from various participants leading up to sale event<br>• Become an active member in various forums to drive excitement and participation in token sale | • Potential news items:<br>   ○ Full advisory board<br>   ○ Rollout registration/ID verification page<br>   ○ Anything else?<br>• Roadshow to target investors, press, meetups<br>• Briefings with analysts and academics<br>• Active participation in relevant community channels<br>• Speak at TechCrunch Shenzhen and Cryptofinancing (London) |
| **Kik community:**<br>• Excite and encourage employees to help recruit for the crypto team | • Ongoing updates during sitdown on meetings, funding progress, etc.<br>• Host a fireside in Waterloo with Fred and Ted |
| **Tech community:**<br>• Help tech community understand why Kik is in a unique position to make a cryptocurrency work | • Media dinners and in-person meetings with reporters and analysts in NY, SF, Toronto and China<br>• Unpack different storylines with crypto-specific reporters and Kik friendlies |

*We need a long runway to build interest for ICO; I think in this phase we are moving to intent, capturing emails and sending targeted comms, securing initial order interest, etc.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Participant Roadshow

**Goal: Ted to meet with top 2-3 crypto participants in each market**

**Toronto (June 7-8):**
- Anthony Di Iorio, Decentral
- Trevor Koverko, The Website Buyer

**New York (June 12-14):**
- Barry Silbert, digital currency group
- Winklevoss Capital
- Digital Currency Group
- Future perfect VC
- RRE ventures

**China *and Japan?* (June 19-22):**
- fenbushi.ve (Shanghai)
- Shuoji Zhou: https://www.linkedin.com/in/shuojizhou/ (Beijing)
- Wanxiang Holdings
- *Roger Ver*
- *Jeremy Wood, iOHK*

**San Francisco (June 26-28):**
- Chris Dixon Andreessen Horowitz
- Pantera Capital
- Tim Draper
- Polychain Capital
- Brock Pierce (LA)
- Naval Ravikant

**London (July 6-7):**
- Pamir Gelenbe, Hummingbird
- Briktothefuture
- Eric Benz, Credits

# Roadshow

**Media Strategy:** Setup in-person interviews with friendlies and analysts; setup in-person meetings with crypto reporters



**Tactics:**
- Media dinner in Toronto
- In-person meetings in SF and NY
- 1-2 Meetups w/ Ted in SF, NY, Toronto, London
- Leverage Fred Wilson and other advisors to validate this strategy with media and analysts
- Speak at TechCrunch Shenzen and Cryptofinancing (London)



**Key Topics:**
- *Kik is converting its network into crypto users*
- *Why chat + crypto makes sense*
- *How chat's ecosystem (bots, expression, etc.) will drive*
- *Potential alliance to trump Facebook's network effects*
- *General industry/Kik decline (if this is part of the narrative, this needs to be addressed head-on)*
- *Why Kik will be the first one to make this successful*

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Media Outreach

**Friendlies:**
- Parmy Olson, Forbes
- Erin Griffith, Fortune
- Shane Dingman, The Globe & Mail
- Cory Weinberg, The Information
- Kurt Wagner, Recode
- Ben Thompson, Stratechery (reach)
- Jon Russell, TechCrunch

**Crypto Targets:**
- Smith + Crown
- CoinDesk
- Week in Ethereum
- Various podcasts

**Academic Outreach:**
- Share whitepaper with leading academics of crypto space








FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107752

# Community Management

**Tactics:**
- Reddit AMA with Ted
- Developer evangelist participation in various subreddits and Slack channels
- Medium a regular cadence of Medium blog posts
- Translate the whitepaper to Chinese (TBD)?

**Meetups:**
- NYC Ethereum Meetup
- NYC Women in Blockchain
- Ethereum London
- Silicon Valley Meetup
- Canada Bitcoin Blockchain



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107753

# Internal Communication

**Goals:**
- Generate excitement for the teams
- Provide a productive forum to ask questions



**Dates:**
- June 1: Address any questions from token event announcement during sitdown
- June TBD: Crypto roadmap with Eran
- June 22: Host fireside with Ted and industry expert on progress on token event and conversations from the road (e.g., media, investors, etc.)
- July TBD (week before token event): Share updates and plans with company
- July TBD (day of token event):
  - Company-wide email
  - EOD media recap

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Rolling Thunder KPIs

| Program Element | KPI |
|---|---|
| **Tech community** | |
| Media dinner in Toronto | • # of reporters in attendance |
| Media and analyst briefings in NY and SF | • # of media briefings<br>• # of analyst meetings<br>• # of articles as a result of briefings |
| In-person meetings with potential alliance partners (need an owner for this) | • # of meetings set with relevant companies |
| **Participants** | |
| Reddit AMA, etc. | • TBD |
| Coin landing page | • Website traffic |
| Coin academic outreach | • # of meetings with academics<br>• # of articles published |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107756

# Phase 3: Token Sale

| Desired Outcomes | Approach/Tactics |
|---|---|
| **Participants:**<br>• Secure 100% sales within predetermined timeframe | • Press release announcing start of sale and milestones reaches<br>• Pre- and day-of briefings, resulting in articles in business, tech and crypto publications/blogs<br>• Push sale page<br>• Post and monitor community forums in Reddit, etc. |
| **Kik community:**<br>• Excite and encourage employees to help recruit for the crypto team | • Clear communication on success of event, next steps and general timing |
| **Tech community:**<br>• Drive excitement among the tech community | • Same approach and tactics as participants |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Token Sale

**Media Strategy:**
- Follow funding announcement playbook
  - Hold select pre-briefings with media
  - Press release and day-of outreach
- Expect coverage to follow product newscycle
  - Initial articles once coins go on sale
  - Updates throughout the day

**Media Targets:**
- Coin/financial press
- Business press
- Tech press



FOIA Confidential Treatment Requested
By Kik Interactive Inc

# Community Management

**Tactics:**

- Push sale page
- Drive participants to the sale page through the owned channels
- Publish blog post by Ted on Medium, Kik's blog, and Kik-owned channels



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Strategy: Internal Communication

**Goals:**
- Share results of token event
- Provide clear direction of how this will affect employees moving forward and what the plan and proposed dates are



**Dates:**
- July TBD (day of token event):
  - Company-wide email
  - EOD media recap
- July TBD (sitdown after token event): Recap token event, share next steps and how this will affect company (i.e., it won't affect most people)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Token Event KPIs

| Program Element | KPI |
| --- | --- |
| **All audiences (participants, Kik community, tech community)** | |
| Pre- and day-of briefings with media and analysts | • Total # of pre- and day-of briefings<br>• Total # of articles |
| **Participants** | |
| Coin landing page | • Website traffic |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Kik Assets

Full list (short list below):

- Token naming and branding
- Narrative and messaging docs
- Press release
- Medium post by Ted
- FAQ
- Proactive partner newsletter
- Landing page and sale site
- Community management list and guidelines

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

# Topics to Address/Combat

- Kik's actual user numbers

- How Kik will return to growth

- Why Kik will be successful doing this

- Why developers will want to build on Kik

- Why a token event will drive bot/community development

- Why other chat companies will want to join this alliance

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00107763