SEC41

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:     )

                      )     File No. HO-13388-A

KIK INTERACTIVE       )     AMENDED 12-5-2018

**EXHIBIT 2**
19-cv-5244-AKH

WITNESS:   Eran Ben-Ari

PAGES:     1 through 181

PLACE:     U.S. Securities and Exchange Commission

           100 F Street, N.E.

           Washington, D.C. 20549

DATE:      Tuesday, October 23, 2018


        The above-entitled matter came on for hearing,

pursuant to notice, at 9:38 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

## Page 2

```
 1   APPEARANCES:
 2
 3   On behalf of the Securities and Exchange Commission:
 4      BRENT MITCHELL, ESQ.
 5      JAMES MURTHA, ESQ.
 6      JEFF LEASURE, ESQ.
 7      DAVID MENDEL, ESQ.
 8      U.S. Securities and Exchange Commission
 9      100 F Street, N.E.
10      Washington, D.C. 20549
11      (202)551-4683
12      mitchellb@sec.gov
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

CONTENTS

```
 1
 2
 3   WITNESS:              EXAMINATION
 4   Eran Ben-Ari             5
 5
 6   EXHIBITS  DESCRIPTION       IDENTIFIED
 7   192    Subpoena           8
 8   193    Google Document        54
 9   194    E-mail            71
10   195    IPL Document         96
11   196    E-mail           142
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1   APPEARANCES(CONT.)
 2
 3   On behalf of the Witness:
 4      PATRICK GIBBS, ESQ.
 5      BRETT DEJARNETTE, ESQ.
 6      EMILY HARRINGTON, ESQ.
 7      Cooley LLP
 8      500 Boylston Street
 9      Boston, Massachusetts 02116
10      (617)937-2480
11      (650)849-7005
12      (650)843-5535
13      (650)843-5226
14      bdejarnette@cooley.com
15      pgibbs@cooley.com
16      eharrington@cooley.com
17
18   Also Present:
19      Fred Walker, Videographer
20      Eve Glisell Perez Torres, Intern
21      Ryan Walker, Intern
22
23
24
25
```

## Page 5

```
 1         PROCEEDINGS
 2      BY MR. MURTHA:  We're on the record at
 3   9:38 a.m. on October 23rd, 2018, at the SEC's home
 4   office in Washington D.C.  Sir, can you please raise
 5   your right hand?  Do you swear to tell the truth, the
 6   whole truth and nothing but the truth?
 7      THE WITNESS:  I do.
 8   Whereupon,
 9            ERAN BEN-ARI,
10   was called as a witness, and having been first duly sworn,
11   was examined and testified as follows:
12      EXAMINATION
13   BY MR. MURTHA:
14    Q   Thank you.  Can you please state your full
15   name and spell your name for the record?
16    A   Eran Ben-Ari.  E-R-A-N, B-E-N, dash, A-R-I.
17    Q   Thank you.  Good morning, Mr. Ben-Ari.  I
18   am James Murtha.  To my left is Jeff Leasure, David
19   Mendel, and Brent Mitchell.  We also for the record are
20   joined today by two SEC Division of Enforcement
21   interns, Ryan Walker and Eve Glisell Perez Torres.
22      I understand through speaking with your
23   counsel that there is no objection to our interns
24   sitting in on today's testimony?
25    A   Correct.
```

## Page 6

1   MR. DEJARNETTE:  No objections.
2   BY MR. MURTHA:
3   Q   This is an investigation by the United
4   States Securities and Exchange Commission in the matter
5   of Kik Interactive, file number HO-13388, to determine
6   whether there have been violations of certain
7   provisions of the federal securities laws.
8   However, the facts developed in this
9   investigation might constitute violations of other
10   federal or state, civil, or criminal laws.  Prior to
11   the opening of the record, you were provided with a
12   copy of the formal order of investigation in this
13   matter as supplemented.  It will be available for your
14   examination during the course of this proceedings.
15   Mr. Ben-Ari, have you had an opportunity to
16   review the formal order?
17   A   Yes, I have.
18   Q   Do you have any questions?
19   A   No.
20   Q   Prior to the opening of the record, you
21   were provided with a copy of the Commission's
22   Supplemental Information Form 1662.  A copy of that
23   notice has been previously marked as Exhibit 1.
24   Have you had the opportunity to read
25   Exhibit No. 1?

## Page 7

1   A   Yes.
2   Q   Thank you.  Do you have any questions
3   concerning it?
4   A   No.
5   Q   Are you represented by counsel today?
6   A   Yes.
7   MR. MURTHA:  Would counsel please identify
8   himself and herself.
9   MR. GIBBS:  Patrick Gibbs from Cooley for
10   the witness.
11   MR. DEJARNETTE:  Brett DeJarnette from
12   Cooley for the witness.
13   MS. HARRINGTON:  Emily Harrington from
14   Cooley for the witness.
15   MR. MURTHA:  Just for the record, Brett,
16   would you mind identifying the other parties that
17   Cooley represents in this matter?
18   MR. DEJARNETTE:  Sure.  Cooley also
19   represents Kik, Erin Clift, Phil Yang, Eileen Lyon,
20   Tanner Philp, Peter Heinke, Ted Livingston, Union
21   Square Ventures, and Fred Wilson.
22   MR. MURTHA:  Thank you.
23   MR. DEJARNETTE:  And the Kin Foundation.
24   BY MR. MURTHA:
25   Q   I'm going to hand you a copy of the

## Page 8

1   subpoena that has been marked as Exhibit 192.
2   (SEC Exhibit No. 192 was marked for
3   identification.)
4   BY MR. MURTHA:
5   Q   And I'll ask you to take a look at that,
6   please.  Have you seen this document before?
7   A   Yes.
8   Q   Does this appear to be a copy of the
9   subpoena you're appearing pursuant here today?
10   A   Yes.
11   Q   Are you currently on or taking any
12   medication that would affect your ability to remember
13   things or recall events, or do you suffer from any
14   medical conditions that would similarly affect your
15   ability to recall events or answer questions?
16   A   No.
17   Q   Did you meet with your lawyers to prepare
18   for today's testimony?
19   A   Can you repeat the question?
20   Q   Sure.  Did you meet with your lawyers to
21   prepare for today's testimony?
22   A   Yes.
23   Q   When did you meet with them?
24   A   Yesterday.
25   Q   Where did you meet with them?

## Page 9

1   A   Cooley's office in Washington, D.C.
2   Q   Who was there?
3   A   Patrick Gibbs, Brett DeJarnette and Emily
4   Harrington.
5   Q   How long did you meet with your lawyers?
6   A   From 9:30 a.m. until 4:00 p.m.
7   Q   Did you review any documents preparing for
8   today's testimony?
9   A   Yes.
10   Q   How many documents did you review?
11   A   Around 60.
12   Q   Did any of those documents refresh your
13   recollection about specific events?
14   A   Yes.
15   Q   Which ones?
16   A   I think almost all of them.
17   Q   Okay.  So could you provide us with at a
18   resume level your educational and professional
19   background, maybe starting with college?
20   A   Yes.  So I -- including years?  Like the
21   year I graduated or just --
22   Q   Sure.  To the extent you can remember
23   years, that's helpful.
24   A   I did my bachelor's degree at the Hebrew
25   University in Jerusalem in political science and

## Page 10

1 sociology and anthropology. I did my master's in
2 sociology and anthropology at the Hebrew University as
3 well. And currently I'm just about to finish my Ph.D.
4 in -- at the School of Business Administration at the
5 Hebrew University.
6           And professional experience. I worked for
7 Jay Gooders. How far should I go back in time?
8      Q   Well, let's start with when did you
9 graduate from college, what year?
10      A   I think it was 2004, like, my bachelor's
11 degree.
12      Q   And then --
13      A   My master's, 2007.
14      Q   Did you work at all while in between
15 getting your master's degree and your --
16      A   Only at the university as a research
17 assistant and a teaching assistant.
18      Q   So you got your first real job after you
19 got your master's, you graduated in 2007?
20      A   Yes.
21      Q   Where was that?
22      A   I was working for a professor of education
23 in policy planning. And I did that for a year. And
24 then I worked another year with a former IDF
25 spokesperson.

## Page 11

1      Q   I'm sorry, a what spokesperson?
2      A   Israel Defense Forces spokesperson,
3 retired. And working with him also on the policy and
4 planning projects for one year then another year.
5      Q   Okay.
6      A   Then I started my Ph.D. And in parallel, I
7 started working for a tech company called Jay Gooders.
8 I worked there for a year and seven months, something
9 like that.
10      Q   What did Jay Gooders do?
11      A   It was an online platform to raise funds
12 for nonprofit organizations.
13      Q   What were your general job duties and
14 responsibilities at Jay Gooders?
15      A   I did customer support and sales.
16      Q   So how long were you at Jay Gooders?
17      A   As far as I can remember, a year and seven
18 months.
19      Q   So we're into late 2008, early 2009 or so?
20      A   I think I started working there 2009. And
21 I finished there in 2010.
22      Q   Okay. Then where did you go?
23      A   I worked for another company called Sense
24 of Fashion, which was in similar to eBay but for very
25 specific clothing goods for independent fashion goods.

## Page 12

1 I was a web analyst there.
2      Q   What were your general job duties and
3 responsibilities as a web analyst at Sense of Fashion?
4      A   Crunch numbers, generate insights into
5 optimizations of all sorts.
6      Q   Optimizations of what?
7      A   Of sales, of bringing more fashion
8 designers in to the platform, more sellers. And also
9 improving the conversion rates of wires on the
10 platform.
11      Q   And after Sense of Fashion, where did you
12 work next?
13      A   I moved on to Perion. At Perion, I was the
14 conversion manager of the company focusing on
15 conversion rate optimization around landing pages on
16 the website, localization efforts, and checkout process
17 optimization.
18      Q   How long were you at Perion for?
19      A   A year.
20      Q   Then where did you go?
21      A   Moved on to Kampyle, which was later
22 acquired by Medallia. I was director of product and
23 then VP product. The product focused on analytics, on
24 feedback analytics bearing quantitative and qualitative
25 data.

## Page 13

1      Q   Were you actually involved on the technical
2 side creating any products?
3      A   So I'm not a technical person in the sense
4 of I never wrote codes. But I was involved in the
5 conceptual direction of the product bearing customer
6 user insights together with what is possible from a
7 technology perspective to direct the engineering team
8 to build a product.
9      Q   So you would learn what customers wanted,
10 and then you would work with the engineering team to
11 sort of make sure that they heard what customers were
12 looking for?
13      A   Yes.
14      Q   After that position, what was your next
15 job?
16      A   I moved on to Hola Networks. That was
17 later acquired by a British company. I was their VP
18 growth. So their product, which is a VPN product,
19 allowing -- for example, allowing people to access
20 Netflix abroad when Netflix was not available outside
21 of the U.S. And because the product already hit
22 product-to-market fits, my role was to exponentially
23 grow the number of users using the products.
24      Q   How did you go about growing the number of
25 users?

Page 14

1    A   I focused primarily on reframing the
2  messaging around the product.  At the beginning, it was
3  you had to configure a server.  And we changed it to
4  Netflix Away From Home, which was much more clearer.
5  And we did a lot of changes within the product itself
6  in terms of user experience, simplifying the flows on
7  making it instead of 12 tabs or clicks, it's one tab,
8  and you get exactly the value you're looking for.
9    Q   And where did you go after Hola Networks?
10   A   After Hola, I joined Rounds Entertainment.
11  This is the company that was acquired later by Kik.  I
12  joined there as VP products.
13   Q   What did Rounds Entertainment do?
14   A   Rounds Entertainment provided a video chat
15  solution.
16   Q   A video chat solution for who?
17   A   Rounds owned their own app so they had
18  their own user base.  It was primarily a video chat.
19  But also at the point when I joined, they also had a
20  text capability and all kinds of expressive content.
21   Q   So it was a messaging app that had both a
22  video and texting component to it?
23   A   Yes.
24   Q   So the competitor to Kik?
25   A   I don't think so that it was a competitor

Page 15

1  because it was a very different market.  And it was
2  much smaller than Kik.
3    Q   What do you mean by different market?
4  Geographically or —
5    A   Yes.  First of all, geographically.  We did
6  have some U.S. presence.  But I think primarily there
7  was a very strong -- as far as I recall, there was a
8  very strong presence in Asia, much more than in -- were
9  in Kik.
10   Q   And aside from geographic, was there a
11  demographic difference between Kik and Rounds?
12   A   I think is more or less the same; teens
13  and then also young adults.  But the main difference
14  was around the emphasis.  Kik did not have at that time
15  any video capability.  And Rounds was solely focused on
16  video with some text capabilities.  But we did have
17  presence in the U.S. that I recall.
18   Q   As the VP of product at Rounds, what were
19  your general job duties and responsibilities?
20   A   I came out of Hola showing a lot of success
21  in growing a company in terms of the user base.  I
22  joined Rounds with a very specific challenge.  Its
23  growth cover went down.  So they were losing users,
24  were not able to build the user base.  That was my sole
25  purpose, to rebuild the products.  Brought them up in

Page 16

1  order to drive user adoption.
2    Q   How did you go about rebuilding the product
3  from the bottom up?
4    A   We conducted over 17 or 18 workshops --
5  some of them in Israel, most of them in North America
6  and in the UK and London -- doing a lot of user
7  research, deeply understanding how video can fit into
8  the lives of teens and young adults, to really position
9  the solution that we should be building.
10   Q   And then you would take that information to
11  more technical people or engineers who would then
12  execute on how to get the customers what they were
13  looking for?
14   A   Yes.
15   Q   So you mentioned that Rounds was acquired
16  by Kik.  Tell me about that.
17   A   I think it was acquired in January 2016 or
18  '17.  And then we were integrated into Kik.  We did a
19  preliminary project of integrating the video chat into
20  Kik.  And based on the success of that project, I think
21  the business terms were completed, and we were part of
22  Kik.  And the way they went about it was they built a
23  separate entity called Kik Israel that Rounds -- and we
24  were fired from Rounds, and then we joined Kik Israel.
25   Q   What was your position when you converted

Page 17

1  from Rounds to being a Kik employee?
2    A   At the beginning, I was VP product for Kik
3  Israel.  Then after around a month or so, I was off of
4  the role to becoming the chief product officer for Kik,
5  the entire company.
6    Q   And was that roughly in February of 2017
7  that you became the chief product officer?
8    A   I think it's either February or March, yes.
9    Q   As the chief product officer at Kik, what
10  were your general job duties and responsibilities?
11   A   The same responsibilities that I had at
12  Rounds, to rebuild them and brought them up.
13  Second was Rounds -- and integrating the two major R&D
14  centers that the company had; one in Tel Aviv with all
15  of the developers and engineers formally in Rounds
16  together with the big R&D center in Waterloo and a
17  smaller center in Toronto.  That was the second.
18       The weight was articulated to me as that
19  also for a very long time, the company, at least in the
20  last 18 to 24 months, had launched repeatedly features
21  and functionality that didn't prove itself in terms of
22  user adoption.  And the way it was articulated to me is
23  that I came with a lot of focus on research and user
24  research, and that may result in a much better outcome
25  for the company.

Page 18

1     Q   So was one of your primary responsibilities
2  to really understand who the users of the Kik
3  application were?
4     A   Yes.
5     Q   In terms of the title chief product
6  officer, what does the term "product" mean to you?
7     A   Can you please clarify the question?
8     Q   Yeah.  Like, what -- exactly what products
9  were you working on?
10    A   I was working on the Kik Messenger app.
11  That was the only product I worked on.
12    Q   And were there specific parts of the Kik
13  Messenger app that you were focused on?
14    A   Yes.  I focused on two primarily focused
15  areas.  One was around -- very early on, it was very
16  clear that the company suffered from a safety issue in
17  terms of -- for some Kik users, using Kik based on the
18  anonymity and the lack of collecting any data creates
19  safety issues for them.  And so I focused on that a
20  lot.
21        And the second, which I was not successful
22  in doing, is that very early on, based on preliminary
23  research that both I and marketing conducted, it became
24  very clear that there is a big difference between the
25  vision and the general sentiments around what Kik is

Page 19

1  and what actually is Kik being used for by Kik users.
2  And that's -- a gap is that in the vision, if you ask,
3  you know, people that have been working for the company
4  for a very long time, it was this community chat app
5  that everybody is using and they send messages back and
6  forth, and it is the center of their universe in terms
7  of their technology stack or the apps that they're
8  using.
9        But in fact, it became very clear that a
10  large proportion of users used Kik in parallel to many
11  other messaging apps.  And they use it for a very
12  specific functionality.  They use it as a screening
13  app.  They go and meet someone in the offline world in
14  a party.  And they don't know that person, they're a
15  stranger.  And after they interact with that person,
16  they say, Oh, that's interesting enough, but I don't
17  feel confident moving them into Snapchat or Instagram.
18        So I would use Kik because it's anonymous
19  and it's very easy to delete and redeploy my account.
20  And they would use it as a screening app.  They would
21  go on Kik.  If everything is fine, they would then move
22  on to Snapchat and Instagram.  If not, they would
23  simply delete the account and move on.
24        And that gap between the two -- I think
25  also it was the beginning of a growing gap between me

Page 20

1  and the CEO of the company, Ted Livingston.
2     Q   Tell me about that growing gap between you
3  and the CEO.
4     A   I think it's a gap on two levels; one is a
5  philosophy on how to build products.  I'm much more
6  user generated in terms of doing a lot of research and
7  building insights based on what users tell me.  And I
8  can infer from doing a lot of qualitative research,
9  which is also my academic background.  He is much more
10  of sitting in a room and envisioning with where the
11  product should go.  So that's one major gap.
12        Second, I think it's -- I'm much more
13  realistic.  And I think he is much more -- you know, in
14  the positive sense, he's much more visionary, romantic,
15  about seeing what the department could evolve into.  So
16  I think that was one of the early points of divergence
17  between the two of us.
18    Q   Were there middle or later points of
19  divergence between you and Mr. Livingston?
20    A   Yes.
21    Q   Tell me about those.
22    A   Around those two areas.  I think as we
23  progressed over time -- and I pushed also in, I'll say
24  the crypto project, to do much more research to
25  substantiate some of the directions that we needed to

Page 21

1  take in terms of the initial product launch, in terms
2  of the road map, in terms of the white paper.
3        And for Mr. Livingston, it was much more of
4  this is the direction that we should go.  And I was
5  much more concerned about will this actually evolve
6  into something that will be adopted by Kik users.
7     Q   So --
8     A   I'm much more of a bottoms up approach.
9  Sorry to interrupt you.
10    Q   It's okay.  So it sounds like you're
11  describing a situation where Mr. Livingston is more of
12  a visionary or a dreamer, and you're more practical.
13  You look at the data, you understand who the consumers
14  are and what the products are that they want.  And then
15  he on the other side just wants to sit in a room and
16  sort of has a vision of what things should be?
17    A   Yes, that is right.  I also do want to say
18  I don't think Mr. Livingston is unique in the product
19  developing space in being a visionary.  There are very
20  successful visionary product people.  It's just the
21  difference in terms of our approach.
22        MR. LEASURE:  Going back to when you were
23  talking about the Kik Messenger app.  It sounds like
24  after you joined Kik, you came to a view that -- I
25  think you described a common use of Kik was as a

Page 22

1   screener mechanism in terms of how people used Kik in
2   conjunction with their entire technology stack?
3        THE WITNESS:  That was one of the
4   surprising insights coming out of that research, yes.
5        MR. LEASURE:  Tell me about that research.
6        THE WITNESS:  That research was made by --
7   well, conducted by me and also by the consumer insights
8   and team reporting to marketing.  That team did a lot
9   of background research and surveys and interviews.
10  Also used, I think, a third-party company to do some of
11  the research as well, more around the positioning of
12  the app in the space of other apps.
13       I did a lot of research around reading all
14  kinds of messages of users and interacting with them,
15  doing a lot of qualitative research, interviewing them.
16       MR. LEASURE:  It sounds like there were
17  surveys, interviews, and other things done to test what
18  Kik Messenger app users did with the Kik Messenger app?
19       THE WITNESS:  Yes.  But the main insight
20  that I shared with you didn't come out from the
21  marketing research.  It was more of my own research
22  that came up with that insight.
23       MR. LEASURE:  What did you do?
24       THE WITNESS:  What I did is a separate
25  endeavor.  After I read all of the background research

Page 23

1   at the marketing, that's the research I did.
2        MR. LEASURE:  You asked people?
3        THE WITNESS:  Yes.
4        MR. LEASURE:  All right.
5        BY MR. MURTHA:
6        Q   So once you became the chief product
7   officer for Kik, did you have the final say over all
8   things product?
9        A   On paper, yes.  Not always.
10       Q   Is that -- are you getting back to sort of
11  the difference between the divisions that you and
12  Mr. Livingston had?
13       A   Yes.
14       Q   So at the end of the day, would
15  Mr. Livingston really, as the CEO, have final say over
16  products if he had a disagreement with you?
17       A   Yes.
18       Q   Did your job duties and responsibilities
19  ever change as chief product officer, like when Kik
20  pivoted towards focusing on an ICO?
21       A   There was a clear -- let me provide some
22  context to answer that question.
23       Q   Sure.
24       A   There was a clear division of labor once
25  the idea was brought up that me, Eran as the chief

Page 24

1   product officer, and Dave Simons as the SVP of
2   engineering, we should focus not on the ICO and not on
3   crypto.  We should focus on the continuance management
4   of the vast majority of the workforce and to continue
5   work on how we grow the messenger app.
6        If the TDE would be successful, then we
7   would pivot the entire company towards changing
8   whatever we needed to change.  So my role did not
9   change significantly until right after we had the
10  successful TDE and we were able to -- Kik was able to
11  raise the funds.
12       That said, I had -- I would say anywhere
13  between 5 and 10 percent of time and effort was focused
14  on specific increments that are tied to the crypto
15  projects.  For example, the IPL, and also preparing for
16  the post TDE planning that I led.
17       Q   The IPL, meaning the initial product
18  launch?
19       A   Yes.
20       Q   Tell me about your involvement in the IPL.
21       A   The IPL, as far as I recall, because I
22  don't really remember who came up with the idea around
23  the expressive content -- as far as I remember, there
24  was a decision made, I think by Ted, that we should
25  focus on the stickers, the expressive content, and also

Page 25

1   on making sure that there is functionality within the
2   app as part of the TDE.
3        The initial product launch, motivation to
4   actually launch functionality as part of the TDE, was
5   part of a broader, I would say, concern or decision
6   that we should approach this event very different from
7   previous TDEs and ICOs.  If compared to previous
8   companies that basically launched a white paper and
9   raised funds based on that, the company -- and I
10  remember very vividly, the company had discussions,
11  especially with Peter Heinke and also with our legal
12  counsels, that we should take --
13       MR. DEJARNETTE:  We're going to advise you
14  not to get into any communications with counsel.
15       THE WITNESS:  Sure.  That we should take --
16  the decision was made at the end of the day by Ted that
17  we should take a conservative approach.  And we should
18  launch functionality as part of the TDE.  Very
19  different from other companies that just raised money,
20  but only solely based on the white paper.
21       So after the decision that was made -- and
22  I worked also on the IPL.  I was very concerned around
23  launching functionality before we have clarity.
24  Clarity exactly how crypto fits into the lives of the
25  broader Kik Messenger app users.  And because I'm a

Page 26

1   very bottoms up product person, I felt that we needed
2   to conduct much more research into better understanding
3   how crypto would change or would enhance the lives of
4   the Kik users instead of scaring them off.
5       At that point in time, both the technology
6   was never used on a mass scale. We were the first
7   company with millions of users that we would launch
8   crypto in. There were all kinds of technological gaps
9   and limitations that would translate into very bad user
10  experience for consumers; everything around scale and
11  latency.
12      So for example, imagine that a user in Kik
13  would be given some sort of Kin. And for that Kin,
14  they would need to use it to use some functionality
15  within the app. Because there is a latency issue,
16  meaning that it would take a very long time to go on
17  chain to actually have a confirmation of the
18  transaction, that would mean that I would, as a user,
19  tap the functionality.
20      And it would take a minute or two minutes
21  for the functionality to actually come into being.
22  That is unacceptable for me from user experience. So
23  from a technology perspective, this was something that
24  was not solved. I was very concerned in launching
25  something before we have technological solutions in

Page 27

1   place.
2       The second layer was even if we solved for
3   that, which we haven't yet, cryptocurrency provides a
4   new way to drive supply and demand and can open up new
5   potential experiences for users. But we simply didn't
6   know what these are. So we needed to approach that and
7   do a lot of research in better understanding why would
8   a teenager in the U.S. decide to use or not to use a
9   Kin in their app, acknowledging that the millions of
10  users already using Kik use it for a very specific
11  purpose. It could be multiple purposes.
12      But just dropping Kin into their lives can
13  actually make them leave Kik if not necessarily -- if
14  it's not clear and if the experience degrades
15  significantly. So I was very concerned about that.
16  Q   Did you or anyone at Kik take steps to
17  address those concerns prior to the ICO in September
18  of 2017?
19  A   So I don't -- first of all, this was top of
20  mind for me. I raised that concern multiple times.
21  Once the decision was made -- and I think from a
22  compliance perspective, I think it makes sense. You
23  know, that decision wasn't mine. Then I fully
24  understood. But I wanted to make sure that the IPL
25  touches only those that we know for sure that we can

Page 28

1   generate, really important learnings on how to use the
2   initial product for the MVP, to then quickly iterate on
3   that and then build a robust solution within the app.
4       And that is also the reason why the minimum
5   viable product was introduced to a select few of our
6   users that showed interest in crypto in the first
7   place. Because the major concern that we had was that
8   if we need to educate the vast majority of Kik users
9   and then also introduce an experience, that would be
10  very, very difficult to do from the get-go.
11      We need to focus primarily on TDE
12  participants, fine. But primarily on those thousands
13  of users that showed they are interested in the crypto
14  project and journey and then learn from them what works
15  well and then generate that as learnings to build up
16  the next evolution of the IPL.
17      The IPL was built with the assumption --
18  which is very common in product development -- of agile
19  methodologies, which is a very iterative process. You
20  start with something which you know that is a very
21  strong hypothesis. You have a confidence in the
22  hypothesis around the MVP. And then you work very
23  quickly to add more and more layers of possible
24  experiences that generate additional hypotheses that
25  you can either prove or refute. And that then becomes

Page 29

1   the product over time.
2       MR. GIBBS: I'm sorry. Can you read back
3   the question, please.
4       (Record read.)
5       MR. MITCHELL: Mr. Ben-Ari, you were using
6   the term "IPL" and "MVP." Are those interchangeable
7   terms to you?
8       THE WITNESS: Yes.
9       MR. MITCHELL: I think earlier you said
10  that there was a decision made to launch with
11  functionality. Did I understand that correctly?
12      THE WITNESS: Yes.
13      MR. MITCHELL: Why?
14      THE WITNESS: Why to launch functionality?
15      MR. MITCHELL: Why launch with
16  functionality?
17      MR. GIBBS: Do you understand the question?
18      THE WITNESS: Can you explain the question?
19      MR. MITCHELL: Did people discuss -- you
20  said people discussed the idea that Kik wanted to be
21  different from people who had run an offering without
22  functionality and wanted to have functionality, did I
23  understand that right?
24      THE WITNESS: Yes.
25      MR. MITCHELL: So why did it want that?

Page 30

1    When you talked to people at Kik, why did people at Kik
2    want that?
3        THE WITNESS: Thank you for clarifying the
4    question. I think the answer is less in my court
5    because I felt this came out of sessions -- privileged
6    sessions with our counsel -- legal counsels. And I
7    think it's a broader conservative approach that the
8    company took in which I am, again, just telling my
9    court from a financial perspective. But even as far as
10   I understood at the time, the way that we approached a
11   SAFT, the way that we approached doing the TDE not in
12   certain countries, the way we approached additional
13   components, in the way we approach the TDE, and also
14   within the product by saying we are launching, this is
15   not just a vision document.
16       We're actually going to launch something
17   from the get-go. And we have that group of users that
18   we can start building off with the product. That, I
19   think, means that it's a more conservative approach.
20   What exactly are the legal considerations, I don't
21   think I know enough. But that was our -- the advice
22   that we got.
23       MR. MITCHELL: Was there a business or a
24   product -- a reason that you wanted to -- that the
25   company wanted to launch with functionality?

Page 31

1        THE WITNESS: So from a product
2    perspective, I was opposed to launch functionality. I
3    was opposed because I was very concerned that if we
4    launched functionality -- and this could completely
5    change the way that Kik users interact with the
6    messenger -- they may not see enough value in Kik
7    Messenger. And we add new layers of friction that do
8    not exist there at that point in time. This will drive
9    them off.
10       That said, once the decision was made, I
11   said, okay, let's take full advantage of the situation.
12   The decision was not made by me. Now, let's also make
13   sure two criteria for the IPL -- or three criteria for
14   the IPL. One, make sure that we have a group of real
15   Kik users, not only TDE participants. And from that
16   group, we can generate learnings that we can then
17   evolve the product into.
18       And the third is that let's make sure that
19   we have a clear timeline around what's the next
20   iteration in IPL v.2 and v.3 and as we progressed over
21   time so we can start building the product along with
22   the insights that we generate.
23       MR. MITCHELL: You mentioned a decision
24   that was made. Was that the decision to have the MVP
25   that Kik eventually had?

Page 32

1        THE WITNESS: Yes.
2        MR. MITCHELL: Who made that decision?
3        THE WITNESS: I don't recall.
4        MR. MITCHELL: Before that decision was
5    made, did anyone other than you sort of make a business
6    argument for why there was an advantage to having this
7    MVP?
8        THE WITNESS: Yes.
9        MR. MITCHELL: Who?
10       THE WITNESS: So that was part of the I
11   think privileged discussions we had with our legal
12   counsel. And it was me, Dany Fishel, and Peter Heinke
13   as part of those discussions.
14       MR. MITCHELL: I apologize. There might be
15   a lawyer involved in those discussions?
16       THE WITNESS: Yes.
17       MR. MITCHELL: What lawyer?
18       THE WITNESS: Nancy. I don't remember her
19   last name.
20       MR. MITCHELL: Wojtas?
21       THE WITNESS: Yes.
22       MR. MITCHELL: Any other lawyers?
23       THE WITNESS: Karen. I don't remember -- I
24   don't know her name.
25       MR. MITCHELL: Ubell?

Page 33

1        THE WITNESS: I'm sorry?
2        MR. MITCHELL: Ubell?
3        THE WITNESS: I really don't know.
4        MR. MITCHELL: Did Nancy and Karen both
5    work at Cooley?
6        THE WITNESS: Yes.
7        MR. MITCHELL: So the two of them and the
8    three people from Kik were involved in that discussion?
9        THE WITNESS: Yes.
10       MR. MITCHELL: Outside of a discussion with
11   the lawyers, did Dany ever talk to you about a business
12   advantage that he saw to launching with the MVP that
13   Kik eventually launched with?
14       THE WITNESS: I do remember we discussed
15   the -- that we can generate learnings from this IPL or
16   MVP.
17       MR. MITCHELL: Anything else?
18       THE WITNESS: Not that I recall, no.
19       MR. MITCHELL: What about Peter Heinke?
20       Leaving aside when he talked with the
21   lawyers, did he ever talk to you with his view of a
22   business advantage to having a -- launching with the
23   MVP that Kik eventually launched?
24       THE WITNESS: Can you please clarify what
25   falls into the category of business -- when you say

## Page 34

1  business?

2  MR. MITCHELL: Anything that would help the

3  company's business. Was there a reason to do this --

4  did he see some reason to do this that would help the

5  company's operations in business and its interactions

6  with the customers?

7  MR. GIBBS: I don't mean to interrupt, but

8  are you trying with that to exclude legal and

9  compliance reasons?

10  MR. MITCHELL: Yes. Right.

11  MR. GIBBS: That's what I think he needed

12  help with.

13  MR. MITCHELL: What I don't want you to do

14  is -- I don't want to ask you a question in which you

15  can attribute it to be saying, Peter Heinke told the

16  lawyers at Cooley, blah, blah, blah.

17  THE WITNESS: Okay. Thank you.

18  MR. MITCHELL: I don't want you to say

19  that. So on a -- leaving aside compliance issues, was

20  there a noncompliance -- did Mr. Heinke discuss with

21  you any noncompliance advantages that he saw to

22  launching with the MVP that Kik eventually launched

23  with?

24  THE WITNESS: Not that I recall.

25  MR. MITCHELL: Let me re-ask the same

## Page 35

1  question with Dany Fishel. Did Dany Fishel ever give a

2  noncompliance --

3  THE WITNESS: Yes. I do recall, as I said

4  earlier, that we could generate learnings from this and

5  then iterate on that. And then we could bridge the gap

6  between this crypto vision. And we already have a

7  messaging app with millions of users and just can speed

8  up the process with building the product.

9  MR. LEASURE: In terms of those learnings,

10  at a high level, how does that work?

11  THE WITNESS: It works on two different

12  levels; qualitative and quantitative. So quantitative

13  is how many people actually use the product or the

14  intended product. And by that, you can infer do they

15  actually understand the value. And you defer that if

16  they use the product, they also generate the value that

17  is associated with it. That's the quantitative layer.

18  The qualitative is that we had a plan to

19  also fall out with these thousands of users, and

20  especially with those that interacted very well. And

21  those that made the decision not to interact with the

22  new functionality and to really interview them and

23  survey them and ask them why. And once you generate

24  learnings around the why, then you can understand the

25  gaps that exist between this crypto vision and what

## Page 36

1  actually translates into value for them.

2  MR. LEASURE: Got it. So the goal is

3  through I iteration to discover what people might want

4  to do with crypto within the Kik world?

5  THE WITNESS: Yes.

6  MR. LEASURE: You don't know that until you

7  can do those I iterations?

8  THE WITNESS: Yes. All you can do is have

9  educated guesses based on a lot of contextual

10  background, research that already has been done. But

11  these are usually generated into hypotheses. And those

12  hypotheses are then used to build the MVP. That's why

13  it's a minimum viable product. And then you either

14  prove or refute the product. And then you continue to

15  integrate on it.

16  MR. LEASURE: You want that data and that

17  learning because it sounds like you overall had a

18  concern that introducing crypto into the Kik messaging

19  app could scare users off, I think was the phrase you

20  used?

21  THE WITNESS: Any new functionality that is

22  -- it's not necessarily around crypto. But imagine

23  that there is an ecosystem that exists and introduced

24  something very foreign into that ecosystem. That

25  ecosystem can be shaken. And if you do in a non, you

## Page 37

1  know, white glove -- I would say almost like a white

2  glove service. It can really push people in and create

3  unintended consequences. Because the messenger app's

4  number one asset was the user base, you would not want

5  to shake that too early.

6  MR. LEASURE: Right. Until you know --

7  THE WITNESS: With confidence.

8  MR. LEASURE: Until you know what the user

9  base actually wanted to do with crypto?

10  THE WITNESS: Yes.

11  MR. LEASURE: And you needed I iterations

12  to know that? I am just trying to make sure I

13  understand. Is that right?

14  THE WITNESS: Yes.

15  BY MR. MURTHA:

16  Q   Under what circumstances did you first come

17  to learn that Kik planned to do an ICO?

18  A   As far as I recall -- and I'm not

19  100 percent sure -- I think it was right after I got

20  the role of the CPO, the chief product officer, and I

21  joined one of the management meeting sessions. And it

22  was raised there.

23  Q   Had the decision been affirmatively made

24  that Kik was moving forward with the ICO at that

25  meeting?

Page 38

1      A   No. It was raised as an option. Then in
2   the coming next few weeks, Erin Clift, the CMO, did a
3   lot of research and brought it to the table. And then
4   the decision was made by Ted and, I think, Fred.
5      Q   Going back to the management meeting that
6   you first learned about the ICO. Who was there?
7      A   The executive team. Ted Livingston; as far
8   as I remember, Peter, Erin Clift, Dany Fishel, me. I
9   don't remember about if other people were present or
10  not. Also, wasn't -- it wasn't -- I wasn't in person.
11  It was -- as far as I recall, I was in Tel Aviv
12  connecting remotely. So I don't think I saw everyone.
13  I assumed that these people were in the room.
14     Q   Did you have a reaction?
15     A   Yes.
16     Q   Tell me what your reaction was.
17     A   I think there was a mixed feelings around
18  it. On one hand, this was -- it was growing an
19  interest in crypto. And the way I think it was
20  explained and positioned by Ted made a lot of sense
21  around things that I knew Ted believed in and -- in the
22  previous eight and a half years around building
23  community and fighting the big monopolies of the world.
24     At the same time, I was very concerned like
25  any new technology that is not used by many companies

Page 39

1   on a mass scale. It comes with a whole set of concerns
2   and issues and gaps from a regulatory perspective,
3   technical user experience scale, latency, the whole
4   host of those. As a very practical person, I was
5   concerned about that from the get-go.
6      Q   Did the idea of Kik's daily and monthly
7   active user numbers declining come up during that
8   meeting?
9      A   I don't remember.
10     Q   Did the topic of Kik's financial state in
11  early 2017 come up during that meeting?
12     A   Yes.
13     Q   Tell me about that.
14     A   I think there was a decrease or -- in the
15  funds that the company had. I think we had enough
16  runway for -- as far as I remember, for another full
17  year. So that was raised during the meeting.
18     Q   Was that raised in conjunction with the
19  idea of doing an ICO to extend the runway by raising
20  funds?
21     A   Yes, I think so. This was one of the
22  reasons that this was raised. But it was only one out
23  of a few.
24     Q   What were the others?
25     A   I think it was the vision that Ted really

Page 40

1   believed in. That, yes, we have millions of users
2   using the app, but we can't break free from the
3   monopolies that exist out there around Facebook
4   dominating with Instagram and WhatsApp. I don't
5   remember if that was that meeting or the next meeting,
6   that I was very surprised to see that Snapchat is at
7   stagnation as well. Because Snapchat is perceived as a
8   very popular and growing app.
9      And so seeing that on a macro level made a
10  lot of sense from a vision standpoint that we should
11  dig down into crypto and it just may be a really great
12  way to realize that vision of a much more egalitarian
13  ecosystem.
14     Q   You mentioned at the meeting, you had mixed
15  feelings. At some point, did you change from having
16  mixed feelings to being really comfortable in embracing
17  the idea of an ICO?
18     A   No. Never.
19     Q   So you always had mixed feelings about the
20  ICO?
21     A   Yeah, I -- yes.
22     Q   And what was it about doing an ICO that was
23  on the negative side for you?
24     A   I think my main concern was crypto had a
25  lot of hype. And also just judging by some urban myths

Page 41

1   around the DAO and a bunch of those, I was very
2   concerned that we were going into uncharted territory
3   and we should be very conservative in our approach. I
4   didn't want us to do anything that wasn't, you know,
5   legitimate.
6      And I really felt that we have a deep
7   obligation towards our customers and our consumers.
8   And we need to be very conscious about the decisions
9   that we make and how we approach this entire project.
10  That's on the vision philosophy layer. On a lower
11  level, which is much more practical, I had -- the
12  sequence I raised earlier, how feasible it is to build
13  a really successful product and experience by
14  integrating crypto into a messaging app.
15     I'm sure it was possible. But I also know
16  that the timeline that was proposed for did not match
17  the time that I had in mind in really doing and
18  conducting the proper research in doing a bottoms up
19  approach.
20     Q   What timeline are you talking about?
21     A   At least six months.
22     Q   I'm sorry?
23     A   At least six months of doing proper
24  research before making a decision and generating those
25  hypotheses on how to better integrate.

Page 42

1        MR. LEASURE:  What ideally -- we don't live
2  in an ideal world -- but ideally, what would that
3  research have looked like to you?
4        THE WITNESS:  What are the steps?
5        MR. LEASURE:  Yeah.  Describe -- if you had
6  more time than the timeline you were given, what would
7  that research look like?
8        THE WITNESS:  Okay.  So like any ecosystem
9  -- and I think this dives down into my definition of
10  ecosystem -- the ecosystem is made up of multiple
11  stakeholders that are playing on a specific playing
12  field.  The playing field for us was both within Kik
13  and outside Kik, right?  It's the Kin.  The Kin should
14  be integrated first within Kik.  And there is a whole
15  set of research associated with that.
16        But also, even more importantly, Kin cannot
17  actually build an ecosystem.  And this is integrating
18  to additional digital services.  These two integration
19  layers -- this is a lot of research.  One is you have
20  already a user base that has been using Kik for quite
21  some time, when you introduce new functionality that is
22  at infrastructure level.  Why is that infrastructure
23  level?  In my definition, because Kin can have the
24  potential to change any existing experience within the
25  messaging app.

Page 43

1        For example, when I call my friends, use
2  Kin.  But that's ridiculous, right?  Because I can call
3  my friends using any other app for free.  So how do you
4  generate something that actually makes sense for
5  consumers?  That's one single thing.
6        The second around, how we integrate, how do
7  we build the SDK independent to other digital services.
8  And how does that then generate a sum that is larger in
9  parts in terms of creating that ecosystem.  So these
10  are just the Kin integration into Kik and outside Kik.
11        But there are additional stakeholders that
12  we look for from the get-go and how they fit into the
13  larger scheme of events.  It's the brands.  Kik had a
14  long-standing relationship with some very strong,
15  well-known brands out there.  And what's exactly their
16  role and what's the benefits that we can provide them,
17  which is very different from the traditional
18  advertising model.
19        So is it around engagement, is it around
20  Nano transactions.  We had a bunch of -- but that
21  necessitated a lot of research as well.  The developer
22  community.  So Kik had the bots platform and developers
23  developing bots.  But there was no evident way that we
24  could provide real monetary value to these developers.
25        MR. LEASURE:  Right.

Page 44

1        THE WITNESS:  Right, without Kin.  Kin was
2  for the first time the ability to provide them with
3  real value that they can create real experiences within
4  their own digital services but also for Kik.  How does
5  that fit into the larger scheme of events.
6        MR. LEASURE:  Got it.  So you would want
7  research on the different sides of the ecosystem, both
8  inside Kik and outside of it?
9        THE WITNESS:  Yes.  In addition to that,
10  additional research had to be made around -- both from
11  a regulatory standpoint, and which I think at that
12  point in time was very unclear what is good enough in
13  terms of saying that we are not a security.
14        And the second part was around the -- I
15  would say the tech regulators.  It's the Apple app
16  store.  It's the Android Google store.  Because when
17  you introduce such a fundamental change to your app,
18  it's also a very gray area that has not been regulated
19  by Apple and Google, and to want to make sure that we
20  are playing with them and not against them.
21        So when you lay upon all of these
22  stakeholders, I don't think we did -- we had enough
23  time to invest in really, deeply understanding what are
24  the levers that we have in place and what should be a
25  strategy -- a unified strategy.

Page 45

1        MR. LEASURE:  Let's leave aside the
2  regulatory piece.  Take that out.  Just so we don't get
3  into lawyer stuff.  Other than that, your preference
4  would be for that research to be done before the TDE?
5        THE WITNESS:  No.  Again, I -- in my mind,
6  we artificially connected between the research and the
7  product and the TDE itself.
8        MR. LEASURE:  Can you explain that?
9        THE WITNESS:  Due to a conservative
10  approach that was taken, we said we have to launch
11  functionality within the app as part of the TDE.  My
12  approach is that we don't necessarily have to launch
13  anything.  I would much rather do the research and do
14  it properly and make sure that we are loyal to -- yeah.
15  That's why the two are not connected.
16        MR. LEASURE:  So you wanted the research
17  done, you were indifferent to whether it was done
18  before or after the TDE?
19        THE WITNESS:  Correct.  And I also wanted
20  to make sure as part of the TDE, part of the white
21  paper, part of the IPL, we -- it keeps on being on the
22  vision layer, the story we're telling the world.  These
23  can-be examples of where the product could be.  It's
24  nothing that is committing us to actually develop
25  anything specifically.

1    Given that the decision that was made to
2  actually launch functionality, I said, okay, let's
3  focus on what we do know.  We do know that expressive
4  content -- many of Kik users use expressive content.
5  We also saw that there was historical context around
6  the Kik Points project, and that they used a lot of
7  their points in order to buy and acquire expressive
8  content.
9    So let's launch that because that is a safe
10  -- with higher degrees of confidence, that is a safer
11  way -- place to start.  But my initial -- like, my
12  inclination was you -- "you," meaning marketing
13  finance -- do whatever you need to do in terms of the
14  white paper, ICO, TDE, buy me time to build a product
15  in the bottom-up approach, taking into consideration
16  all of the relevant stakeholders in place.
17    MR. GIBBS:  Can I clarify some terminology,
18  please.  The witness has used the phrase "IPL" several
19  times.  But to my ear, it sometimes sounds like IPO.  I
20  just wanted to check with the reporter because he has
21  not, to my knowledge, ever used the term "IPO" in his
22  testimony.  He's saying IPL.
23    MR. MURTHA:  We agree.  Thank you.
24    BY MR. MURTHA:
25    Q  You had mentioned that you had wanted six

1  months of research.  Was there somebody who was
2  advocating for a shorter timeline?
3    A  I don't think there was a -- too much of a
4  discussion in terms of advocating for a shorter
5  timeline.  The decision was made that we will be
6  launching this as an initial product launch.  We'll
7  have functionality.  And then we will figure out -- you
8  know, do the research in place.  That's why we engaged
9  with Sylvain Labs in New York.  And we did extensive
10  research around wallets or digital wallets.  And so
11  once the decision was made, I don't think there was too
12  much discussion at the beginning.
13    Q  I don't want to know about conversations
14  you had with lawyers.  But I think you testified to
15  this earlier, but the takeaway was that you needed to
16  have the MVP or IPL in place in order to do the ICO; is
17  that right?
18    A  Yes.
19    Q  That was for compliance purposes?
20    A  Yes.
21    Q  Okay.  Do you know why the time of
22  September was picked for the ICO?
23    A  No.
24    Q  Was there a discussions about delaying it?
25    A  I think there was like an earlier date for

1  the ICO.  I don't know.  I think it was more on Peter
2  and Erin's side why to postpone it.  Also, it was
3  around the time that I uprooted my family from Israel
4  and moved to Canada.  So I don't think the vast
5  majority of my attention was to the IPL.
6    Q  What did you know generally about ICOs at
7  the time you learned about Kik's plans?
8    A  Very little.  Almost none.
9    Q  In 2017, was there a lot of ICOs going on?
10    A  I think so.  Yes.
11    Q  Did you have any knowledge or experience
12  with blockchain technology?
13    A  Not at all.
14    Q  And still don't?
15    A  Still don't.
16    Q  Did you have any knowledge or experience
17  with buying tokens in an ICO?
18    A  No.
19    Q  Do you now?
20    A  I participated in the employees presale or
21  that pool.  That's the only thing that I had.
22    Q  So you currently -- do you currently own
23  Kin?
24    A  Yes.
25    Q  Do you own any other tokens?

1    A  No.
2    Q  All right.  We've been going about an hour
3  now.  So let's go off the record at 10:36 a.m.
4    (A brief recess was taken.)
5    THE VIDEOGRAPHER:  The time is 10:52 a.m.
6  We may begin.
7    BY MR. MURTHA:
8    Q  On the record at 10:53 a.m. after brief
9  bathroom break during which you had no substantive
10  conversations about this case with the SEC staff; is
11  that right?
12    A  Correct.  Yes.
13    Q  Prior to the ICO, did the MVP that was
14  being considered for being functional at the time of
15  the ICO, did it change or evolve over time?
16    A  Can you clarify the time frame associated
17  with change?
18    Q  Yeah.  So I mean, we'll get into some
19  documents.  But it looks like there is discussions in
20  the form of the MVP in May of 2017, and then was that
21  the same product that ultimately was implemented on the
22  date of the ICO?
23    A  Well, there is always a gap between what
24  you write in the required document and what's actually
25  feasible to build.  And the gaps exactly, I don't

Page 50

1    remember.
2        Q   Were there significant gaps between the —
3        A   I —
4        Q   Were there significant gaps?
5        A   I don't think so.
6        Q   So is it your understanding that the basic
7    framework of the MVP was set at the time that the white
8    paper was published?
9        A   I don't recall exactly when it was framed.
10   I remember a separate discussion around the IPL. That
11   is it parallel to the white paper, I don't remember.
12       Q   Can you tell me about that separate
13   conversation you just referenced?
14       A   Yes.  We had a few conversations and
15   back-and-forth.  I remember that Ted and Jairaj had a
16   back-and-forth around the definition of what -- Jairaj
17   is one of the developer engineers -- on exactly the
18   stickers, that was one thing.  There was correspondence
19   between me and marketing around the nature of the
20   stickers themselves and how to differentiate them from
21   other content we had in Kik.
22           So it is very clear this is something
23   different.  And also the progression of the stickers as
24   you progress over on the different tiers of how much
25   Kin you have.  So it could also embody a social

Page 51

1    recognition of different statuses.  The more Kin you
2    have, the more sophisticated and detailed the sticker
3    becomes.
4        Q   Are you talking about the badger sticker.
5        A   Correct.  Yes.
6        Q   Tell me about the conversations you had
7    with marketing about how the stickers for the IPL or
8    MVP would be different from other content already
9    available on Kik?
10       A   So we wanted to differentiate something
11   that -- let me explain the logic behind that.  There
12   was a lot of expressive content within Kik already.
13   But in order to encourage someone to actually use the
14   sticker with Kin, we needed to create something which
15   felt like exclusive content that does not exist in
16   their regular pool.  So that was the directive; create
17   something that doesn't exist.  That's why, you know,
18   the badger was selected with I don't remember the
19   details around -- there was some components that were
20   different from all our other contents.  And the people
21   that were involved were Phillip Yang who is -- used
22   to -- I don't know if he still is -- manages the
23   partnerships with content and partners.  And I know
24   also Erin Clift and Hayeon.
25       Q   Was there research done that you're aware

Page 52

1    of that showed that Kik users were interested in
2    expressing themselves through these badger stickers?
3        A   Specifically around badger stickers, no.
4    Around expressive content, I think there was research
5    done.  Two types of research were conducted.  One was
6    the contextual broader research that was done by the
7    consumer insights team previously.  One of their
8    biggest projects was around emojis.  So there was a
9    full-blown research that was conducting that aspect.
10   And that exemplifies that the expressive content is
11   something that Kik users actually do.
12           In regards to specifically to the choice of
13   the content to be used in the IPL, Ronalda Clifton
14   conducted research.  And I know it was conducted.  I
15   don't remember exactly what was there.  But there was
16   -- it was primarily around usage of stickers as far as
17   I recall.
18       Q   You had mentioned and I forget -- I think
19   you had said the consumer insights team had done
20   research around emojis; is that right?
21       A   Yes.
22       Q   Was that done as — was that done prior to
23   the idea on conceptualization of an ICO?
24       A   Yes.
25           MR. MITCHELL:  Was that research about the

Page 53

1    desires of the people who use the Kik app?
2            THE WITNESS:  Yes.
3            MR. MITCHELL:  And Ms. Clifton's research,
4    was that also research about the desires of people who
5    used the Kik app?
6            THE WITNESS:  As far as I recall, no.  It
7    was primarily focused on the IPL and what can we learn
8    from the existing habits of Kik users in order to build
9    whatever initial functionality we intend to launch as
10   part of the IPL.
11           MR. MITCHELL:  What research did
12   Ms. Clifton do?
13           THE WITNESS:  As far as I recall,
14   Ms. Clifton was the analyst or data capacity role as
15   part of marketing.  So she, I think, had looked at the
16   usage patterns -- as far as I recall, usage patterns,
17   looking at the different behaviors of using expressive
18   content within Kik.
19           MR. MITCHELL:  That was usage patterns
20   within Kik?
21           THE WITNESS:  Yes.
22           MR. MITCHELL:  Did you ever become aware of
23   her doing research about people who weren't using the
24   Kik app and what they were looking for?
25           THE WITNESS:  I am not aware of that.

Page 54

1      BY MR. MURTHA:
2        Q   I'm going to hand you an exhibit that's
3      been previously marked as Exhibit 114. I'm also going
4      to mark for the record Exhibit 193.
5           (SEC Exhibit No. 193 was marked for
6           identification.)
7      BY MR. MURTHA:
8        Q   For the record, Exhibit 114 is a multi-page
9      e-mail from Eran Ben-Ari to Ted Livingston, copying
10     others, that begins with the Bates label KIK_00103093
11     through 103097. It's a May 18th, 2017, e-mail at the
12     top. I'll just ask you to take a look at that e-mail.
13     Let me know when you're finished with it.
14       A   Okay. Should I read only the first
15     document or also the second one?
16       Q   You can take a look at the second document
17     if you'd like.
18       A   Okay.
19       Q   While you're doing that, for the record,
20     I'll try to reconcile or clarify the relationship
21     between Exhibits 114 and 193. It's our understanding
22     that under the May 18th, 2017, 10:15 p.m. e-mail on
23     Exhibit 114, there was a link to a Google document.
24     It's our understanding that that Google document was
25     produced by Kik in the form of Exhibit 193. I've

Page 55

1      included the metadata page in the beginning to show the
2      same Google Drive file as you can see on Exhibit 114.
3      And then the second page of Exhibit 193 begins the
4      actual Google document itself.
5        A   Okay.
6        Q   So focusing on the second e-mail on the
7      first page of Exhibit 114 that begins at 10:15 p.m.,
8      from you to Mr. Livingston and a handful of other
9      folks, including lawyers from Cooley. Do you see that?
10       A   Yes.
11       Q   You wrote, "Hi, all. I took the liberty to
12     write up a short spec for the MVP attached." And it
13     looks like you provided a link to a Google doc.
14           Does that appear consistent with what you
15     remember?
16       A   Yes.
17       Q   And then, as I explained earlier,
18     Exhibit 193, we understand to be the actual Google
19     document that you were linking to in your 10:15 e-mail
20     on Exhibit 114. Does that seem right to you?
21       A   I'm not sure about that though.
22       Q   Okay. Well, if you take a look at the
23     hyperlink for the Google document on Exhibit 114. And
24     then if you look at the first page of Exhibit 193,
25     under file name or file path, you see a series of

Page 56

1      numbers after a document that says "one TYF" sort of
2      highlighted on Exhibit -- on the front page of
3      Exhibit 193. Do you see that?
4        A   Yes, I do.
5        Q   So it's our understanding that this is the
6      Google document that was associated with your
7      10:15 p.m. e-mail in Exhibit 114.
8        A   My main question is whether or not this was
9      the version that was shared at that point in time or
10     not because Google docs tend to change very often.
11       Q   Sure. Did you -- do you have a specific
12     recollection of ever changing the Google doc referenced
13     in Exhibit 114 after sending it on May 18th?
14       A   I don't have a recollection of me changing
15     it. But I do know that these types of documents
16     changed a lot.
17       Q   They're sort of like living documents,
18     right?
19       A   Yes. I don't know if this is the version
20     that was shared. I do not know.
21       Q   Fair enough. Looking at the second page of
22     Exhibit 193, the first paragraph under alpha MVP, says,
23     "Crypto is a layer that we'll use to provide
24     experience, otherwise impossible in community chat.
25     But as much as it could be of great potential for

Page 57

1      building communities, it can also negatively impact Kik
2      users if not introduced in the right way. Kik intends
3      to introduce Kin gradually to Kik users using the short
4      and long process. A lot of experimentation and
5      customer validation."
6           So first, Kik intends to introduce Kin
7      gradually to Kik users. Is that what actually
8      happened? Did Kik gradually introduce Kin to its
9      users?
10       A   I think it falls under that definition that
11     we introduce it first to only 1,000 users. Then that's
12     the first step in introducing it gradually. I left the
13     company before it was introduced to additional users.
14       Q   So there was a -- Kik did gradually
15     introduce, during the time you were there, referencing
16     the 1,000 users to gradually introduce Kin?
17       A   Yes.
18       Q   Then you also wrote, using the short and
19     long processes.
20           What did you mean by the short process?
21       A   This goes back to product development and
22     frameworks. When I joined the company, the company
23     used to work 4 to 6 months on new features and
24     functionality and launch them when they're completely
25     and fully baked. But they were, in the last 18 to

Page 58

1    24 months prior to me taking on the role of the CPO,
2    these were deemed not successful.
3            The short and long process was trying to
4    solve two different things.  First is how can we launch
5    more and more functionality quicker and quicker and
6    quicker to test out hypotheses.  That's the short.
7    Once we validate them, then we move on to long to build
8    it properly.  So build a proper product.
9        Q   So specifically within the context of Kik's
10   ICO, what was the short process?
11       A   The short process was to -- again, the
12   short and long as a framework was used with the Kik
13   Messenger as a whole.  Within the ICO, I think the IPL
14   falls into the definition of a short.  We have a
15   hypothesis we want to prove.  And we want to generate
16   learnings.  And then we'll build the proper product
17   once we conduct the proper research.
18       Q   And then specifically with regard to the
19   ICO, what was the long process that you are
20   referencing?
21       A   At that point in time, there was no long
22   process yet.  The way that the short and long works is
23   that only if you validate the outcome of a successful
24   short is that you have validated your hypothesis.
25           Then and only then, it moves into the long.

Page 59

1    The long then brings in additional stakeholders,
2    marketing, finance, legal, additional stakeholders.
3    And then you build a product also in the right manner
4    of a technical standpoint.
5        Q   Marketing, finance, legal.  And was there
6    anyone else that you had mentioned that gets brought in
7    for the long process?
8        A   Those are the main stakeholders outside
9    product and engineering.
10       Q   During your time at Kik, what did marketing
11   do for the long process of the Kin ICO?
12       A   As we never advanced to the long, I don't
13   think they did anything as part of the long process.
14   They did have other contributions to the product
15   development in terms of research.  But --
16       Q   Tell me about that.
17       A   So it's the -- they worked with the
18   external agency.  So they lapsed on conducting the
19   initial research around wallets -- digital wallets.  So
20   they did a lot of that.
21       Q   And then I guess the answer is the same on
22   what finance and legal did since you never got there,
23   they wouldn't have done anything or had anything to do
24   with the long process?
25       A   With the long process, no.  And again, what

Page 60

1    I tried to convey here is that we are aligned to the
2    framework that we established.  And I do know that the
3    IPL was a unique project in the sense that we did
4    involve marketing and finance and legal as part of the
5    IPL, which is very different from the regular way that
6    we developed products where we knew the guardrails and
7    we had a very clear playing field, and we'd just launch
8    new functionality.
9            And only if it was fully adopted and showed
10   signs of success, then we would bring in marketing to
11   build a go-to market plan.  Then we'd bring finance if
12   there are costs associated with this new functionality
13   that we would take into consideration.  And do we need
14   to change the privacy policy from a legal standpoint.
15   So that was more the long.
16           But the IPL was -- when I wrote this, my
17   intention was to make sure that we are focusing on a
18   lot of experimentation and customer validation.  It was
19   less talking about how other stakeholders are involved
20   as part of the long process in the IPL because they
21   were involved already in the IPL.
22           MR. MITCHELL:  You said this was a
23   different process.  Why, in this instance, were all
24   those other people involved?
25           THE WITNESS:  Because the guardrails around

Page 61

1    what to do was different.
2            MR. MITCHELL:  In what way?
3            THE WITNESS:  I think in terms of we had
4    much more legal guidance in terms of what should we do
5    and what we shouldn't do around the decisions around
6    the product functionality.  Marketing was much more
7    involved because they were spearheading the vision
8    document and the white paper.  And a lot of their
9    inputs then trickled into the IPL as well.
10           MR. MITCHELL:  How did their inputs trickle
11   into the IPL --
12           THE WITNESS:  For instance, Ronalda Clifton
13   did the research around which stickers we should focus
14   on.
15           MR. MITCHELL:  Her research focused on what
16   would be attractive to users of the Kik app?
17           THE WITNESS:  I think so, yes.
18           MR. MITCHELL:  I know you had said that the
19   document wording changed in Google docs.  Can you look
20   at the Exhibit 193.  Is the description of the -- is
21   the description of the short spec for the MVP that's
22   here, does this substantially look like what you
23   proposed in May of 2017?
24           THE WITNESS:  So I think there is some
25   points of divergence here.  First of all, we had many

Page 62

1    more tiers and not just the five stated in this
2    document.
3        MR. MITCHELL: By the end? By September,
4    you mean?
5        THE WITNESS: Yes.
6        MR. MITCHELL: In May though --
7        THE WITNESS: In May?
8        MR. MITCHELL: Yeah.
9        THE WITNESS: I think this matches the
10   definition in May, yeah.
11       MR. MITCHELL: In the bottom of the page --
12   that number in the bottom right-hand corner, lawyers
13   call it Bates numbers. Do you see the page that has a
14   number that ends in 620?
15       THE WITNESS: Yes.
16       MR. MITCHELL: At the bottom, there is a
17   description of sticker packs will be of independent
18   content creators, not brands, and will be provided by
19   Phil and Ilan. Do you see that?
20       THE WITNESS: Yes.
21       MR. MITCHELL: Is Phil Yang who you
22   mentioned before?
23       THE WITNESS: Yes.
24       MR. MITCHELL: Who is Ilan?
25       THE WITNESS: Ilan was VP product in Tel

Page 63

1    Aviv.
2        MR. MITCHELL: Did he run the Tel Aviv
3    operations?
4        THE WITNESS: No. Dany Fishel ran the Tel
5    Aviv operations. He was involved in part in working
6    together with Jairaj on building the IPL.
7        MR. MITCHELL: What was Mr. Ilan's sort of
8    general role? What did he do as VP of product?
9        THE WITNESS: As VP product, at first, he
10   focused on integrating the video chat app into Kik and
11   then developing new functionality and new layers of
12   expressive content on top of video chat.
13       MR. MITCHELL: So he's just a coder?
14       THE WITNESS: No. He's a product person.
15   He is not a coder. He is not a technical person.
16       MR. MITCHELL: Did he have people working
17   for him?
18       THE WITNESS: At that point in time, I
19   don't think so.
20       MR. MITCHELL: What was his role in the
21   creation of the MVP or IPL?
22       THE WITNESS: I think he was much more in
23   the operational side of things, making sure that Jairaj
24   actually delivers. And he was the main vehicle to
25   connect between Phillip Yang and the content and make

Page 64

1    sure it's built in the right way together with Jairaj
2    as far as I recall.
3        MR. MITCHELL: He was the connection
4    between Phillip Yang getting the stickers and the
5    people who were actually doing the work inside the Kik
6    app?
7        THE WITNESS: Yes. And also, I think
8    making sure that the flows within the IPL actually make
9    sense from a user experience standpoint.
10       MR. MITCHELL: Did you talk to him at all
11   about the IPL and MVP and what people want?
12       THE WITNESS: With Ilan, no.
13   BY MR. MURTHA:
14       Q   So sticking with Exhibit 193, looking at
15   the Bates page ending in 620, you see a sub-header
16   called "objective" in bold?
17       A   Yes.
18       Q   So it reads, "The MVP objective is to
19   satisfy compliance requirements."
20           Do you see that?
21       A   Yes.
22       Q   Was the MVP's objective to satisfy
23   compliance requirements?
24       A   Yes.
25       Q   Then looking down under the next header of

Page 65

1    experience, it reads, "Since a core requirement for the
2    MVP is that there is a consumptive use of the token, I
3    suggest the following user experience," and then you
4    lay out a user experience.
5           Do you see that?
6       A   Yes.
7       Q   What did you mean that a core requirement
8    for the MVP is that there is a consumptive use?
9       A   This was a --
10          MR. GIBBS: I just want to caution you not
11   talk about advice from counsel. I'm not sure whether
12   -- answer to the extent you can without getting into
13   communications with counsel.
14          THE WITNESS: So that would be difficult to
15   answer the question.
16   BY MR. MURTHA:
17       Q   So the only reason why you know what a
18   consumptive use is related to the MVP is through
19   conversations with counsel?
20       A   Yes.
21       Q   What counsel?
22       A   Nancy Wojtas from Cooley.
23       Q   Anyone else?
24       A   And Karen. I don't remember her last
25   name -- from Cooley as well.

Page 66

1  Q  You might have partially answered this --
2  or you might have answered this before, so forgive me
3  if I'm repeating a question. But looking at under the
4  experience, there is a series of bullet points; A, B,
5  C, D, E, F, G. Was that the MVP on day one of the ICO?
6  A  No.
7  Q  It wasn't. How was it different?
8  A  So I would say two things here. One is
9  that I'm not entirely sure what actually was launched.
10  But I am certain that a few changes were made in terms
11  of conceptualizing what was actually built towards the
12  TDE. One is that we expanded in section B, instead of
13  having five tiers -- I think, as far as I recall, we
14  had ten tiers. Second thing is if you look at G,
15  non-token users will not be notified about how to
16  become token users as part of the MVP.
17      As far as I remember, we did discuss that
18  once a non-token user receives one of these premium
19  stickers and taps on that sticker, instead of going to
20  the sticker shop that exists on Kik, they are asked
21  whether or not they would want to be on the waiting
22  list to then be in the next pool of the next 9,000
23  users to be included in IPL v.2. Was that actually
24  built, I don't remember. I don't recall. But that was
25  a second major change.

Page 67

1      Let me check if there is an additional
2  thing. The third is that A, I think it was create a
3  wallet inside the Kik app. I think a wallet was not
4  created in Kik. A wallet -- an external wallet was
5  linked to the Kik app at the beginning. This is
6  different. And all you could see is a view of that
7  wallet in Kik. So that is also -- I think this was due
8  to technical issues. But I don't recall.
9  Q  Customers would link their Ethereum wallets
10  to be able to see their Kin balance?
11  A  Yes.
12      MR. LEASURE: Do you know what the
13  technical issues are that prevented them from being a
14  wallet created inside the Kik app?
15      THE WITNESS: No.
16      MR. LEASURE: That's not your department?
17      THE WITNESS: No.
18      MR. LEASURE: Who would know that?
19      THE WITNESS: Jairaj.
20      MR. LEASURE: J-a-i-r-a-j?
21      THE WITNESS: Correct.
22      BY MR. MURTHA:
23  Q  I think you testified a few minutes ago
24  that you didn't know what the product was when it was
25  launched on the date of the ICO; is that right?

Page 68

1  A  I don't recall what was launched as part of
2  the TDE.
3  Q  Would you have known at the time?
4  A  I'm not certain. I'll explain why.
5  Because this was just about the time that I needed to
6  take a week or two away by uprooting my family from Tel
7  Aviv to Toronto. So I was not as close and as hands on
8  as I would want to be.
9  Q  So during the public sale of the Kin
10  tokens, you were dealing with personal family issues?
11  A  Yes.
12      MR. MENDEL: Do you know if the product
13  changed --
14      THE WITNESS: May I just answer additional
15  part of the question. Sorry to interrupt you.
16      MR. MENDEL: That's okay.
17      THE WITNESS: In addition to that, also at
18  that time, I was managing 55 people. It was virtually
19  impossible for me to be involved in every single
20  decision that was made. So I delegated, you know, the
21  decision in what would be developed at the end as long
22  as it adheres to these guiding principals.
23      BY MR. MURTHA:
24  Q  Who did you delegate that to?
25  A  So it was the team working in Tel Aviv. So

Page 69

1  that is -- I think at that point in time just before
2  the TDE, Jairaj no longer worked on it. It was the Tel
3  Aviv team comprised of Yochai, Gadi, Martha, Or. These
4  are the four people that I think worked on it towards
5  the end and their respective teams.
6      MR. MENDEL: Do you mind spelling those for
7  me?
8      THE WITNESS: Yes. Martha, M-a-r-t-h-a.
9  Gadi, G-a-d-i. Or, O-r. Yochai, I think it's
10  Y-o-c-h-a-i. But I'm not sure.
11      MR. MENDEL: Do you remember approximately
12  the dates when you were occupied with moving?
13      THE WITNESS: Towards the end of August.
14  We moved on, as I recall, August 23rd. But then I took
15  another week or ten days right after the move. And
16  before that, we packed all our stuff. So during
17  September, a lot of my time was there.
18      MR. MENDEL: A lot of your time was where?
19      THE WITNESS: Was with my family.
20      MR. MENDEL: Are you aware of changes to
21  product that occurred after August 23rd?
22      THE WITNESS: I don't recall. I don't
23  remember.
24      MR. MENDEL: You don't remember whether any
25  occurred?

Page 70

1  THE WITNESS: Correct. Yes.
2  BY MR. MURTHA:
3  Q  So you're not the only Kik -- former Kik
4  employee we've spoken to.
5  A  Really?
6  Q  I know, that's shocking, right?  I'm going
7  to represent to you that at least one other former Kik
8  employee has testified that you were interested in a
9  richer user experience than what is written down in
10  Exhibit 193 under experience.  Is that true?
11  A  Can you clarify the question?  Do you mean
12  by that saying that I was not satisfied with what was
13  launched in the IPL in terms of how rich the experience
14  was?
15  Q  Yes.
16  A  So I would answer this by saying two
17  things.  One, we separated two key decisions.  One is
18  should we launch functionality as part of the TDE or
19  not.  Once that decision was made, I was satisfied from
20  a compliance perspective because it's not my domain.
21  And as long as it's constrained to a select
22  self-selecting 1,000 Kik users, that they want to take
23  part in the project, I'm fine with that.
24  Is that the full functionality that we
25  intend to build as far as the crypto?  Absolutely no.

Page 71

1  But the intention was to evolve the product based on
2  this.
3  Q  Based on the MVP or IPL?
4  A  Based on the insights and learnings that we
5  learned from the MVP and the IPL.
6  MR. LEASURE: Who chose the MVP ultimately?
7  THE WITNESS: Can you clarify the question?
8  MR. LEASURE: Sure.  Were there multiple
9  MVPs that were under consideration?
10  THE WITNESS: If you refer to the scope of
11  what was actually developed?
12  MR. LEASURE: I do.
13  THE WITNESS: So in terms of that, I think
14  there was again attorney-client privileges.  This was
15  discussed as part of our discussions with our legal
16  counsel.  I think the ultimate decision was made by
17  Ted.
18  MR. LEASURE: Okay.  Thank you.
19  BY MR. MURTHA:
20  Q  I'm going to hand you a copy of an exhibit
21  that I've just marked as Exhibit 194.
22  (SEC Exhibit No. 194 was marked for
23  identification.)
24  BY MR. MURTHA:
25  Q  I'd ask you to please take a look at that.

Page 72

1  For the record, Exhibit 194 is a one-page e-mail
2  document bearing the Bates label KIK_00103267.  It's a
3  -- the top e-mail is a June 10, 2017, e-mail from Eran
4  Ben-Aria to Martha Funston, copying Erin Clift, Peter
5  Heinke, Ted Livingston, Dany Fishel.
6  Have you had time to review Exhibit 194,
7  Mr. Ben-Ari?
8  A  Yes.
9  Q  First, have you ever seen this document
10  before?
11  A  The document, yes.
12  Q  Specifically looking at the June 5th, 2017,
13  10:11 e-mail that you wrote, do you recall writing that
14  e-mail?
15  A  Yes.
16  Q  You do.  What do you recall?
17  A  I recall writing this e-mail explaining the
18  scope and the objective of the MVP.
19  Q  So focusing on the second paragraph of your
20  June 5th, 10:11 p.m. e-mail, you wrote, "This
21  definition was written with one purpose only,
22  compliance," in all capitals and bold, "this is not,"
23  in all capitals, "an MVP for product purposes nor to
24  satisfy any good user experience for crypto
25  participants.  We discussed that once we integrate Kin

Page 73

1  into Kik, we will rebuild the entire product bottom up
2  and the MVP will not be used in any way."
3  Do you see that?
4  A  Yes.
5  Q  Did you mean that when you wrote it?
6  A  What I meant was to express my ongoing
7  frustration with my lack of other executive team
8  members to accept my point of view.  This is around the
9  decision to actually tie together both product MVP,
10  the IPL as part of the TDE.  That was the intention
11  written behind what I wrote here.
12  Q  What did you mean when you wrote "this is
13  not an MVP for product purposes"?
14  A  I meant that at that point in time, there
15  was a big difference for me between the functionality
16  that I would expect, as I explained in the long process
17  after doing months of research, and what was actually
18  intended to be built as part of the initial product
19  launch.
20  As we progressed over time, I think what
21  struck me is that I don't understand enough about the
22  legalities of the TDE.  I accepted the decision that
23  functionality should be launched as part of the TDE.
24  And then I changed my world view or mindset that given
25  that this has been -- is -- needs to be done, let's

Page 74

1  also take full advantage for learnings coming out of
2  this product.
3      MR. MITCHELL: You thought it needed to be
4  done?
5      THE WITNESS: I understood that it was
6  needed to be done, yes.
7      MR. MITCHELL: Why? What made you think it
8  needed to be done?
9      MR. GIBBS: I'll caution you not to get
10  into the content of any attorney-client communications.
11  If you can answer, go ahead.
12      THE WITNESS: Yeah. Based on all our
13  discussions we had with our legal counsel.
14      MR. MENDEL: Apart from your discussions
15  with legal counsel, were there any other reasons why
16  you changed your world view?
17      THE WITNESS: Once we included the 1,000
18  Kik users that actually proactively said, we are
19  interested in the crypto project, I saw that there was
20  a lot of potential to speed up our learnings in order
21  to fully build the product and how to successfully
22  integrate Kin into Kik.
23      MR. MENDEL: Can you tell us more about
24  those 1,000 Kik users and where you learned about the
25  results of that?

Page 75

1      THE WITNESS: So I think there is another
2  document that defines exactly. I think it's Ronalda
3  Clifton who defined the criteria. They have to be over
4  18. So they're adults and not teenagers. And they
5  showed somehow interest in the crypto project. And so
6  that's how they were selected as far as I recall.
7      And the intention was to launch this with
8  them. And in the few weeks right after the TDE, we
9  also had a quantitative data, as far as I recall, in
10  how many of them actually linked their wallet and how
11  many of them sent stickers within the Kik Messenger
12  app. So we were able to better understand if stickers
13  as the first use case actually made sense or not.
14      MR. MITCHELL: Did it make sense?
15      THE WITNESS: I think based on the usage.
16  I don't remember the exact numbers, but it was much
17  higher than 10 percent, as far as I recall. This was
18  deemed successful in proving that there was -- it was
19  interesting enough for those who showed interest in the
20  crypto project to actually play around with the new
21  functionality that was launched as part of the TDE.
22      MR. MITCHELL: Who deemed it successful?
23      THE WITNESS: When I looked at the numbers,
24  that was my thought.
25      MR. MITCHELL: That if 10 percent of the

Page 76

1  people who bought tokens in the TDE then linked their
2  wallet, you viewed that as success?
3      THE WITNESS: No. There were two different
4  user groups that were introduced as new functionality.
5  There were 10,000 TDE participants, which I had no idea
6  what's their motivation. And I didn't know if they
7  match or do not match the Kik user base. I was much
8  more focused on the 1,000 Kik users using and being
9  introduced to this new functionality as part of the
10  TDE. So when I said what I said earlier, I was focused
11  on the 1,000 Kik users.
12      MR. MITCHELL: Why are you more focused on
13  the Kik users?
14      THE WITNESS: Because I'm -- that was my
15  role at Kik, or how I perceived my role, to make sure
16  that once we integrate Kin into Kik, it provides value
17  to the mass millions of Kik users.
18      MR. MITCHELL: The messaging app users?
19      THE WITNESS: Yes.
20      MR. MENDEL: So those 1,000 users were
21  evaluated after the TDE; is that right?
22      THE WITNESS: Evaluated in what sense?
23      MR. MENDEL: In the sense that you
24  described earlier when you said you looked at the
25  numbers, that was after the TDE, correct?

Page 77

1      THE WITNESS: Yes.
2      MR. MENDEL: Can you remember any other
3  specifics about why you reached that judgment after you
4  looked at the numbers concerning the 1,000 users?
5      THE WITNESS: Based on my previous
6  experience in other companies and even in Kik, when you
7  launch new functionality, it usually falls into one of
8  three buckets. One is that it completely does not
9  resonate with users, meaning you see almost zero usage.
10      And the other extreme is that everyone
11  starts using. That's very, very, very rare that you
12  launch new functionality and it's, like, completely
13  adopted by everyone immediately. Usually it falls into
14  the third bucket, which is some of the users use the
15  new functionality, which means that there is enough
16  potential there to build upon that additional
17  functionality and layers of value. This specific
18  instance showed, I think, the third bucket.
19      BY MR. MURTHA:
20      Q  I want to go back to a question I asked
21  before, but maybe just ask it a little more
22  specifically. I had asked you earlier what did you
23  mean by not an MVP for product purposes.
24      Is the product that you're referencing the
25  Kik messaging app?

Page 78

```
 1        A   No.  What I'm referencing, I think, here
 2   again is that I was frustrated with the fact that there
 3   was a decision made to include new functionality within
 4   Kik.  That is crypto.  And at that point in time, I was
 5   struggling to come to terms with that decision.
 6        Q   So like, I'm not trying to be cute about
 7   anything here at all.  I'm literally trying to parse
 8   this under.  So you wrote, "This is not an MVP for
 9   product purpose nor to satisfy any good user experience
10   for crypto participants."
11        So to me, it sort of seems like you're
12   trying to say, this is not an MVP for product purposes
13   for Kik app messaging users.  And then the second part
14   of the sentence is "nor to satisfy any good user
15   experience for crypto participants."
16        So are you sort of distinguishing between
17   the two groups of people; crypto participants and Kik
18   users, or am I misreading that?
19        A   The answer to that question is yes.
20        Q   I'm misreading it?
21        A   No.  My answer is yes in the sense that I
22   did differentiate between the two groups of users.  One
23   is the crypto participants.  The second is Kik
24   Messenger.
25        Q   Okay.  Good.
```

Page 79

```
 1        A   For the mere fact that I had no idea who
 2   those TDE participants are.
 3        MR. MITCHELL:  When you drafted this MVP
 4   spec, you were not drafting something for product
 5   purposes aimed at either of those groups?
 6        THE WITNESS:  I was drafting something for
 7   -- to meet and satisfy the compliance conditions, yes.
 8        MR. MITCHELL:  So you were not drafting one
 9   for product purposes aimed at either of those two
10   groups; is that right?
11        THE WITNESS:  I think I was drafting
12   something for product because very quickly, I realized
13   that the decision had already been made.  And then
14   used it for -- definitely used it for learnings, you
15   know, to evolve the product.  So I think, again,
16   everything I wrote here comes -- came out of
17   frustration around the executive team not listening to
18   me.  That is why the language here is very, I would
19   say, direct and Israeli.
20        MR. MITCHELL:  When you wrote this, you
21   meant it when you wrote it in June of 2017?
22        THE WITNESS:  I meant what?
23        MR. MITCHELL:  You meant what you --
24        THE WITNESS:  The frustration?  I meant the
25   frustration, yes.
```

Page 80

```
 1        MR. MITCHELL:  You meant what -- the words
 2   you wrote here are what you meant to write in June --
 3        THE WITNESS:  It was more trying to say we
 4   are very aware that we are now building functionality
 5   after consulting with our counsels.  And very quickly
 6   then I also realized there is a learning opportunity
 7   coming out of there.
 8        MR. MITCHELL:  You just learned this after
 9   this e-mail -- your opinion --
10        THE WITNESS:  I think I realized that after
11   the e-mail, yes.
12        MR. MITCHELL:  Thanks.
13        BY MR. MURTHA:
14        Q   So the next sentence reads -- still on
15   Exhibit 194 -- "We discussed that once we integrate Kin
16   into Kik, we will rebuild the entire product bottom up
17   and the MVP will not be used in any way."
18        Who was the "we" that you're referring to
19   in that discussion?  Is it the folks that are on the
20   e-mail above; Ms. Clift and Mr. Heinke, Livingston, and
21   Fishel, those people --
22        A   No.  Actually, this was with Dave Simons,
23   the SVP of engineering.  And I'll explain what I meant
24   by that.  Jairaj, the engineer that started working on
25   the IPL, is by far one of the smartest, most capable
```

Page 81

```
 1   engineers out there.  And that said, he's a hacker.
 2   And by being a hacker, he hacks his way through a
 3   system and writes code that is unmanageable.
 4        So we prioritize let's make sure that we
 5   are launching something as quickly as we can and to --
 6   in order to get and satisfy the conditions.  But it
 7   would not be used in terms of the term bottom up is
 8   from a technical standpoint.  We will need to rewrite
 9   the code base.  So this was discussed by me and Dave
10   Simons.
11        The broader context around that was that
12   Jairaj -- if you would ask Jairaj who managed you, I am
13   not sure he would be able to answer that question
14   because he was a floating individual within the
15   company.  Sometimes he was managed by Dave Simons,
16   sometimes by Ted, sometimes by me.
17        It was a way to manage making sure that we
18   build a product in a robust way that could also scale
19   once we launch this and actually go on the gradual
20   release to many, many more users within the app.
21        Q   Did you ever have conversations with
22   Mr. Livingston on the topic of whether or not the MVP
23   would be used in any way after the ICO?
24        A   I don't recall having those discussions,
25   no.
```

Page 82

1    Q   What about Mr. Heinke?
2    A   Only those as part of those discussions
3  that we had with also our legal counsel, not
4  separately.  I don't recall anything.
5    Q   Mr. Fishel?
6    A   With Fishel, I did have a separate
7  discussion.  It was more -- I think he helped me
8  understand that this is a great opportunity for
9  conducting the short and doing learnings and coming out
10  of this 1,000 users, as far as I recall.
11    Q   You've used the term "learnings" often.
12  And I am reading, "Once we integrate Kin into Kik, we
13  will rebuild the entire product bottom up and the MVP
14  will not be used in any way."
15      So that suggests to me it's -- it was built
16  for compliance purposes and didn't really have any use
17  after you rebuild the entire product after the ICO?
18    A   I would say two things.  First of all, many
19  times you launch things that you don't use.  And that's
20  fine.  You kill them and you move on, which is, I
21  think, absolutely reasonable.  At that point in time,
22  we didn't know if it was going to be successful or not
23  or would be adopted or not.  The point around not to be
24  used is much more from a technical standpoint than
25  anything else.

Page 83

1    Q   But if a product is not going to be used in
2  any way, then how are you going to conduct these
3  learnings that you keep referencing?
4    A   So again, it may be my articulation because
5  English is my second language.  It's not as well.  And
6  that compiled together with my frustrations at the
7  time, I should probably have written it in a different
8  way.  But my intention was to make sure that Dave
9  Simons is fine with what we're building from a
10  technology perspective, that we will be rebuilding this
11  bottom up and technically more than anything else.
12      MR. MITCHELL:  And just practically, in
13  this document, Exhibit 194, there is a mention two
14  thirds of the way down, AFAIK.  Do you see that?
15      THE WITNESS:  Yes.
16      MR. MITCHELL:  Is that "as far as I know"?
17      THE WITNESS:  Yes.
18      MR. MITCHELL:  And then later in that
19  sentence, there is a discussion of Phil and Ilan.
20  Those are the same Phil and Ilan we discussed earlier?
21      THE WITNESS:  Yes.
22      MR. MITCHELL:  And then actually before
23  AFAIK, Jairaj is J-a-i-r-a-j?
24      THE WITNESS:  Yes.
25      MR. MITCHELL:  And then before Jairaj,

Page 84

1  there is N-a-n-a-c-y.
2      THE WITNESS:  That is a typo.  That is
3  Nancy Wojtas, the counselor.
4      MR. MITCHELL:  From Cooley?
5      THE WITNESS:  Yes.
6      MR. MURTHA:  Let's go off the record at
7  11:44.
8      (Recess.)
9      THE VIDEOGRAPHER:  12:06 p.m., on the
10  record.
11      BY MR. MURTHA:
12    Q   Back on the record at 12:06 p.m. after a
13  brief break during which you had no substantive
14  communications with the SEC staff about this case; is
15  that correct?
16    A   Correct.  Yes.
17      MR. MITCHELL:  I'm just going to ask --
18  before we took the break, we had talked about this spec
19  for the MVP that you wrote in May of 2017.
20      Was that spec based on any market research?
21      THE WITNESS:  The spec was based on market
22  research in -- if you are referring to Document 193?
23      MR. MITCHELL:  The plan -- the ideas that
24  are in 193.
25      THE WITNESS:  I'm not sure.  But I think

Page 85

1  that the decision to focus on sticker packs was based
2  on the research that Ronalda Clifton did.
3      MR. MITCHELL:  That was research that she
4  did about what would be attractive to people who used
5  the Kik app?
6      THE WITNESS:  Yes.  And introducing crypto
7  using the Kik app -- introducing crypto to Kik
8  Messenger users.  Yes.
9      MR. MITCHELL:  Okay.  And I heard you about
10  the big-picture decision to use expressive content came
11  from that market research; am I right?
12      THE WITNESS:  I think -- again, as I
13  explained earlier on, there was a lot of research that
14  was done and conducted.  I gave examples of the emojis
15  that created a almost, I would say, truth within the
16  company that expressive content is something important.
17  And users are using it.  And so it's -- I don't think
18  it's only the research that Ronalda Clifton conducted.
19      MR. MITCHELL:  In looking at sort of the
20  details that are in Exhibit 193, sort of about
21  different status levels, things like that.
22      Is any of that based on sort of research
23  about what people would want, the idea of status?
24      THE WITNESS:  Oh, status is something that
25  is very well known within messaging apps.

Page 86

1      MR. MITCHELL:  That's useful when you're
2   trying to attract people who are using messaging apps?
3      THE WITNESS:  Yes.
4      MR. MITCHELL:  And was any of your -- the
5   spec that you drafted up here, was any of that based on
6   market research done by CoinFund?
7      THE WITNESS:  I don't think so.
8      MR. MITCHELL:  Was any of your work based
9   on market research about what people who were out
10  buying tokens in ICOs would want?
11     THE WITNESS:  No.
12     MR. MITCHELL:  Thank you.
13     THE WITNESS:  Clarification.  I built this
14  spec primarily focused on Kik user base.  I did not
15  know what TDE participants want or do not want.  It may
16  have matched their interest, but I had no data or
17  information to guide me in that decision.
18     MR. MITCHELL:  When you drafted it, did you
19  have a goal of aiming it to TDE participants?
20     THE WITNESS:  My goal to make sure that we
21  have a -- we satisfy the compliance purposes from a --
22  make sure that there is consumptive use, and we
23  actually create a real utility here for those that
24  actually participate in this new functionality.
25     MR. MITCHELL:  When you drafted this, did

Page 87

1   you have any idea of what the people out in the world
2   who were considering buying tokens in ICOs would want?
3      THE WITNESS:  I didn't have that
4   information, no.
5      MR. MITCHELL:  Thank you.
6      MR. LEASURE:  You had referenced earlier
7   today some subsequent information that -- and data that
8   you received after what we see in Exhibits 114 and 194
9   -- that gave you more information relevant to your
10  evaluation of the initial product launch and the like.
11     And I want to walk you through to see what
12  we can -- what you can remember specifically about the
13  information or data that you looked at.
14     Let's start with:  I understand there was
15  some research prepared by Ronalda Clifton; is that
16  right?
17     THE WITNESS:  Yes.
18     MR. LEASURE:  What can you tell me about
19  that research?
20     THE WITNESS:  As far as I recall, the
21  research was conducted prior to the TDE.  As part --
22  the decision was already made that we needed to launch
23  functionality.  As far as I recall, the research
24  focused primarily on identifying which functionality
25  would resonate the most when we introduce Kin into Kik

Page 88

1   in this MVP and IPL.
2      MR. LEASURE:  Would resonate with whom?
3      THE WITNESS:  The Kik user base.
4      MR. LEASURE:  So Ronalda studied what would
5   resonate with Kik users?
6      THE WITNESS:  What she studied is -- and
7   again, I think there is a Venn diagram that we don't
8   know the answer to is that perhaps 100 percent of the
9   TDE participants also matched the motivations that Kik
10  users have.  But we only had a circle data about the
11  Kik user base.
12     MR. LEASURE:  Right.
13     THE WITNESS:  We looked at Kik user base,
14  historical usage data, and we extrapolated from that
15  what would make the most -- the best, you know,
16  hypothesis that we have in place in order to build a
17  new functionality.
18     MR. LEASURE:  Got it.  Do you know what she
19  did to perform this research?
20     THE WITNESS:  I think it is fair to assume
21  that she queried the database.  And she was very
22  technical.  She was a BI person, business intelligence.
23  So she looked at -- I think at usage patterns of
24  contents.  But I am not -- I remember seeing the
25  research.  I don't remember what it was.

Page 89

1      MR. LEASURE:  Okay.  When you say "queried
2   the database," you speculate or assume that she looked
3   at preexisting data about what Kik users want?
4      THE WITNESS:  Yes.
5      MR. LEASURE:  To your knowledge, she didn't
6   initiate an independent new survey of Kik users?
7      THE WITNESS:  I don't recall -- I don't
8   know.
9      MR. LEASURE:  That's fair.
10     THE WITNESS:  I don't know.
11     MR. LEASURE:  What did -- at a high level
12  from what you saw, what did the results tell you?
13     THE WITNESS:  The badger sticker is the
14  outcome.
15     MR. LEASURE:  Got it.  That -- and let me
16  see if I can break that down to make sure I understand.
17     The analysis showed that Kik users liked
18  status and images; is that a fair summary?
19     THE WITNESS:  No.
20     MR. LEASURE:  Okay.  The badger is the
21  outcome.  Can you unpack that for me?
22     What do you mean by that?
23     THE WITNESS:  Yes.  Again, I don't recall
24  the specifics.  But the fact that we focused at the end
25  of the day on an expressive content that is different

1  from the regular expressive content, and the mere fact
2  that we focused on the stickers and not on other types
3  of content -- like memes or GIFs or whatever it is --
4  was a conscious choice based on that research.
5      MR. LEASURE:  Okay.  So it informed the
6  type of expressive content that went into the initial
7  product launch?
8      THE WITNESS:  Yes, with the assumption that
9  based on historical data, this will also create a real
10 utility or value for those that are exposed to this new
11 functionality.
12     MR. LEASURE:  Amongst Kik users?
13     THE WITNESS:  Amongst Kik users with a
14 question mark around whether or not this also satisfies
15 TDE participants.
16     MR. LEASURE:  Understood.  You didn't know
17 -- you referenced a Venn diagram before?
18     THE WITNESS:  Yes.
19     MR. LEASURE:  You didn't know if all Kin
20 purchasers would be Kik users, you didn't know if none
21 of them would be --
22     (Simultaneous speakers.)
23     THE WITNESS:  Yes.  The answer is yes.
24     MR. LEASURE:  Okay.  Now, I'm going to
25 stretch your memory a bit.  What did the analysis that

1  you saw from Ms. Clifton look like?
2      THE WITNESS:  Again, this -- Ronalda
3  Clifton at that point in time reported to marketing.
4  Marketing is Erin and Hayeon.  And Phil was also part
5  of the partnership team that reported to marketing.  So
6  I defined the scope of the IPL.  But marketing took
7  lead in terms of exactly what should be the expressive
8  content.
9      So I was not a decisionmaker in saying,
10 yes, no, whatever it is.  And I think that's the main
11 reason I don't remember much.  I trusted them and said,
12 okay, makes sense.  I trust your role.  You have been
13 doing research for many years.  Sounds reasonable.
14     MR. LEASURE:  I appreciate that.  And I was
15 asking -- I poorly asked something different.  So let
16 me ask you in a better way.
17     THE WITNESS:  Okay.
18     MR. LEASURE:  Is what you looked at from
19 Ronalda Clifton through the marketing team, was it a
20 Google document, was it a formal report, was it data?
21     Can you picture what it is you saw?
22     THE WITNESS:  As far as I remember, I think
23 this was a Google document.
24     MR. LEASURE:  Something that might have
25 been e-mailed around with the hyperlink?

1      THE WITNESS:  Shared.  Yeah, I think so.
2      MR. LEASURE:  Did you give comments or
3  feedback on it?
4      THE WITNESS:  I don't remember.
5      MR. LEASURE:  That's fine.  Okay.  Now, you
6  had also earlier today referenced some analysis or data
7  you had seen regarding -- what I wrote down is 1,000
8  users and information about them.
9      Do you recall that?
10     THE WITNESS:  So post TDE, one of the key
11 questions we asked ourselves is:  Was this new
12 functionality that we launched actually used both by
13 the 1,000 Kik users and the 10,000 TDE participants?
14     MR. LEASURE:  Okay.  And let me unpack --
15 let me just clarify a few things there.  The new
16 functionality you're describing there are the stickers?
17     THE WITNESS:  Yes.
18     MR. LEASURE:  The 1,000 users that you're
19 referencing, those are 1,000 Kik users?
20     THE WITNESS:  Yes.
21     MR. LEASURE:  Who are they?
22     THE WITNESS:  Who are the 1,000 Kik users?
23     MR. LEASURE:  Are they people who
24 bought Kin, are they people who downloaded the
25 stickers, who are we talking about?

1      THE WITNESS:  Well, first of all, they were
2  not teenagers.  They were 18-plus.  That was a very
3  conscious decision.  I think most of them showed
4  interest in -- they were either power users -- and
5  power users meant that they were using Kik very often,
6  and there were a set of criteria there, or they showed
7  interest in the Kin project.
8      MR. LEASURE:  So those people were
9  identified post TDE -- those 1,000 Kik power users were
10 identified post TDE?
11     THE WITNESS:  No.  They were identified
12 prior for selection criteria.  Then they were
13 introduced to the new functionality as part of TDE.
14     MR. LEASURE:  And then separately, as part
15 of this, there was also an analysis of the 10,000 TDE
16 participants; is that right?
17     THE WITNESS:  Yes.
18     MR. LEASURE:  Who did this analysis?
19     THE WITNESS:  I think it's Odedbet-Aev.  Do
20 you want me to spell it?
21     MR. LEASURE:  I wouldn't mind.  Thank you.
22     THE WITNESS:  O-d-e-d-b-e-t, dash, A-e-v.
23     MR. LEASURE:  Does he work in your group or
24 some other area?
25     THE WITNESS:  He was an analyst in Tel

Page 94

1    Aviv.
2         MR. LEASURE: Did he report up to you?
3         THE WITNESS: Yeah. He reported -- yeah --
4    in the product team in Tel Aviv.
5         MR. LEASURE: Do you know what he did?
6         THE WITNESS: He queried the right database
7    as well. We implemented -- he instrumented the new
8    functionality with relevant events -- technical events.
9    Once a specific action is conducted by a specific user,
10   then it sends an event to our servers. That is stored
11   in our database. Then he would query that database
12   afterwards to generate a report.
13        MR. LEASURE: Can you give me an example of
14   an event that --
15        THE WITNESS: I linked the wallet. I send
16   a sticker.
17        MR. LEASURE: Send a sticker. Something
18   relevant for your analysis, he could just see if that
19   action had taken place?
20        THE WITNESS: Yes.
21        MR. LEASURE: Do you know if he reached out
22   to any Kik users or TDE participants and asked them
23   questions?
24        THE WITNESS: I assumed Odedbet-Aev didn't
25   do that. But perhaps other people on the team may have

Page 95

1    done that.
2         MR. LEASURE: But his analysis was focused
3    on querying whether certain mechanical actions, like,
4    relating to a wallet or a sticker did or didn't take
5    place?
6         THE WITNESS: Yes.
7         MR. LEASURE: This was -- I hate to be
8    repetitive, but I just want to make sure we're
9    unpacking. This was post TDE that you did this work?
10        THE WITNESS: Yes.
11        MR. LEASURE: And this is separate and
12   apart from the analysis that Ms. Clifton did?
13        THE WITNESS: Yes. Very different.
14        MR. LEASURE: Can I show you a document?
15        THE WITNESS: Sure.
16   BY MR. MURTHA:
17        Q   I'm handing you what we have marked as
18   Exhibit 195.
19        A   Okay.
20            (SEC Exhibit No. 195 was marked for
21            identification.)
22   BY MR. MURTHA:
23        Q   Which is a mult-page document, bearing the
24   Bates label beginning with KIK_00041642 through 41646.
25        MR. LEASURE: Take a look at Exhibit 195,

Page 96

1    and let me know when you're ready. I'll identify it
2    for the record. It's a multi-page document with the
3    header, "IPL Phase One Remaining Tasks."
4         My first question is going to be: Do you
5    recognize this document?
6         THE WITNESS: Yes, I do.
7         MR. LEASURE: What is it?
8         THE WITNESS: It's a document that
9    documents the remaining tasks for IPL phase one. What
10   I do not recall is if this was post TDE or prior to the
11   TDE.
12        MR. LEASURE: I see. So do you know -- a
13   few moments ago, we had referenced some analysis done
14   by your colleague, Oded --
15        THE WITNESS: Yes.
16        MR. LEASURE: Do you know if this is his
17   analysis or not?
18        THE WITNESS: Based on the comment, I think
19   it is.
20        MR. LEASURE: Which comment?
21        THE WITNESS: You see comment number one on
22   41643 on top, right-hand side.
23        MR. LEASURE: I see it.
24        THE WITNESS: I assume this is his
25   analysis.

Page 97

1         MR. LEASURE: Okay. Do you recall
2    reviewing this document when you worked at Kik, or a
3    document like this?
4         THE WITNESS: No.
5         MR. LEASURE: Let me point you to a few
6    titles in here. First, under "objectives," do you see
7    that on the first page?
8         THE WITNESS: Yes.
9         MR. LEASURE: It writes, "In order to get
10   to 10,000 Kin users within 90 days post TDE, we need to
11   increase the number of," and then three bullets follow.
12        Do you see that.
13        THE WITNESS: Yes.
14        MR. LEASURE: The second bullet says,
15   "Awarded Kik users claiming award and sending Kin
16   users." I'm wondering if you can unpack that for me.
17        Why was that an objective?
18        THE WITNESS: I don't know. I didn't write
19   this document.
20        MR. LEASURE: You don't know who wrote this
21   document?
22        THE WITNESS: I don't.
23        MR. LEASURE: Was there an effort to
24   increase the number of users claiming the award in
25   sending Kik Kin stickers?

Page 98

1    Does any of that ring a bell?
2    THE WITNESS: They may have. And I don't
3  think that's odd. I mean, in any new functionality we
4  ship out, we have all kinds of optimization efforts.
5    MR. LEASURE: Okay. If I could point you
6  to the second page, "Tasks." I'm reading from the top.
7  "Tasks TDE participants. Collect data and insights.
8  Quantitative owner. Oded."
9    Do you see where I'm reading?
10    THE WITNESS: Yes.
11    MR. LEASURE: And then some data follows.
12  Are you able to give me any context of what this data
13  is and how it was derived, just looking at the
14  document?
15    THE WITNESS: So it's a funnel -- as far as
16  I can see or interpret what's written here, the purpose
17  is to figure out where are the key drops in the funnel.
18  So there are a bunch of series of steps that you need
19  to take in order to take full advantage of the
20  functionality that was launched as part of the IPL. I
21  think that the values in this table state the different
22  steps.
23    MR. LEASURE: Can you explain that to me?
24    THE WITNESS: So for example, if you look
25  at the upper part of the table, account of registration

Page 99

1  date is a proxy for how many out of the 10,115, did
2  some sort of an action, which I don't know what it is.
3  Last settings button tapped is a proposed action of
4  starting -- I think starting that flow.
5    Then Kin balance shows -- and I think link
6  wallet shows. And these are the different steps that
7  you need to take in order to link your wallet.
8    MR. LEASURE: Got it. Okay. There is a
9  reference under -- do you see above the table, there is
10  a reference -- a bullet point that says "results" and
11  then "Mailchimp."
12    THE WITNESS: Yes.
13    MR. LEASURE: Are you able to give me
14  context on that? What is Mailchimp?
15    THE WITNESS: Mailchimp is an e-mail
16  service. In this specific context, I think there was
17  an e-mail that was sent -- either to both groups or to
18  the TDE participants only, I don't know -- in order to
19  encourage them to follow through on the new
20  functionality.
21    MR. LEASURE: So some e-mail blast was sent
22  to either or both the 1,000 Kik power users and/or the
23  10,000 TDE participants?
24    THE WITNESS: Yes.
25    MR. LEASURE: Does this reflect the results

Page 100

1  of that, or is this something else?
2    THE WITNESS: I don't know.
3    MR. LEASURE: Who was in charge of that
4  e-mail blast through Mailchimp?
5    THE WITNESS: I don't remember who was in
6  charge. It's anywhere between Oded, Natasha or --
7  these are the main people that I would say were
8  involved in that effort.
9    MR. LEASURE: I see both of their names on
10  this document, right? Natasha and Oded, I mean.
11    THE WITNESS: Yes.
12    MR. LEASURE: Stepping aside from this
13  document, because it seems like you don't really
14  recognize or remember this document; is that right?
15    THE WITNESS: Yes.
16    MR. LEASURE: Earlier today, we talked
17  about your view of the initial product launch and how
18  it may have -- how your view may have changed or
19  evolved over time. Do you remember that?
20    THE WITNESS: Yes.
21    MR. LEASURE: Post -- after the TDE, what
22  data do you recall looking at that may have influenced
23  your view of the initial product launch and possible
24  next steps?
25    THE WITNESS: Once we did the TDE, we

Page 101

1  already had almost fully specced out IPL v.2. So we
2  were already in the process of starting to build the
3  next version of the IPL. And the only data that I
4  recall is the data somewhat similar to the data here
5  that there is a significant percentage of TDE
6  participants and Kin users that interacted well with
7  the new functionality.
8    MR. LEASURE: The stickers?
9    THE WITNESS: The stickers. And the Kin
10  wallet, which made me, again, fall into the third
11  bucket that I expressed earlier in terms of the product
12  decisionmaking framework. But there is enough
13  potential here to move forward.
14    MR. LEASURE: It sounds like that -- I
15  think you had used the term earlier that it had
16  validated the short product, or in other words, that
17  validated the initial product that was introduced in
18  your mind?
19    THE WITNESS: It validated to the extent
20  there was enough -- it validated to the extent that I
21  knew, looking at the data, it was very clear that this
22  is not like a complete miss. Was this validating the
23  entire functionality? Probably no. We're not there
24  yet.
25    MR. LEASURE: Sure. And I think -- did I

Page 102

1   understand you right that by the time of the TDE, you
2   guys were planning IPL version 2?
3           THE WITNESS: Yes.
4           MR. LEASURE: What did that look like at a
5   high level?
6           THE WITNESS: IPL v.2, first of all, we
7   made it very clear that we needed to get on chain.
8   This was an off-chain solution. The second major
9   change or addition was that in IPL v.1, the primary
10  focus was on spending. And it was on the, you know,
11  getting Kin. And IPL v.2 was more on earning and
12  spending Kin. So that was I think the two major
13  changes.
14          The third was to expand the reach towards,
15  I think, nine additional thousand Kik users to have
16  more people involved in the process.
17          MR. LEASURE: Any other big picture things
18  for version 2 --
19          THE WITNESS: I don't recall anything else.
20          MR. LEASURE: How about wallets?
21          Was wallets a part of version 2?
22          THE WITNESS: That part is not clear to me.
23  I don't recall.
24          MR. MITCHELL: The 1,000 users -- were
25  there 1,000 users who eventually Kik gave some Kin

Page 103

1   tokens to?
2           THE WITNESS: At what point in time?
3           MR. MITCHELL: After the TDE.
4           THE WITNESS: After the TDE or at the TDE?
5           MR. MITCHELL: At the TDE.
6           THE WITNESS: As far as I recall, yes.
7           MR. MITCHELL: When did they learn that
8   they were going to get Kin tokens?
9           THE WITNESS: I don't know. I don't
10  remember.
11          MR. MENDEL: Was IPL 2 or some aspect of it
12  rolled out?
13          THE WITNESS: Ever?
14          MR. MENDEL: Yes.
15          THE WITNESS: So I left the company. So I
16  think it was rolled out. But I don't know for sure.
17          MR. MENDEL: Was it rolled out in any way
18  before you left?
19          THE WITNESS: As far as I recall, I don't
20  remember. Again, I -- just in terms of timeline,
21  beginning of December -- I was officially still working
22  for Kik until the beginning of January. But I had no
23  communication with the company from beginning of
24  December. That's in terms of timeline. I know that
25  the team in Tel Aviv worked very hard on IPL v.2. Was

Page 104

1   it actually launched? I don't know.
2           MR. MENDEL: We talked before about the
3   work done by Ronalda Clifton.
4           THE WITNESS: Yes.
5           MR. MENDEL: Do you have a memory of when
6   approximately you saw that work by her?
7           THE WITNESS: Before the TDE. But I don't
8   know when. I think it was prior to making the decision
9   around the badger stickers. But I don't know in terms
10  of timeline.
11          MR. LEASURE: So thank you. We've tried to
12  clarify the stuff you saw prior to the TDE and post
13  TDE. And Counsel, you were helpful with that.
14          Is there anything you want to ask him to
15  clarify in any of this?
16          MR. GIBBS: No.
17          MR. LEASURE: Okay. Thank you.
18          MR. MURTHA: I think we're just kind of
19  like at a natural breaking point. It's 12:30, and at
20  the risk of pulling a Brent, I'm going to take us off
21  the record at 12:32 p.m.
22          (Recess.)
23          THE VIDEOGRAPHER: We're on the record at
24  1:32 p.m.
25          BY MR. MURTHA:

Page 105

1       Q   On the record at 1:32 p.m. after a lunch
2   break during which you had no substantive
3   communications with the SEC staff about this case; is
4   that right?
5       A   Yes.
6       Q   Thank you. Were you involved with drafting
7   or reviewing any sections of the Kin white paper?
8       A   I was involved during the right -- the end
9   of the process as part of the Tel Aviv offsite in
10  finalizing the product section.
11      Q   Tell me about your involvement.
12      A   My involvement was to review just the draft
13  section was that already drafted. I remember a meeting
14  with Will Peled -- I think also Ilan was there in the
15  room -- to go through the use cases out of the six.
16          My main concern was how can we keep this as
17  a vision document that is not committing us to build
18  anything, but rather explore this as possible use cases
19  or examples within the product.
20      Q   Who had the final say on what went into the
21  product section of the white paper?
22      A   Ted Livingston, like any other section.
23      Q   And I think you just mentioned this. But
24  the white paper included perspective use cases?
25      A   Yes.

```
 1        Q   And you wanted to make sure that that was
 2   the case?
 3        A   What was the case?
 4        Q   That it was perspective use cases.  You
 5   didn't want to limit yourselves to --
 6        A   Those were possible use cases of showing
 7   how the ecosystem may evolve into.  But not committing
 8   us to actually do the work because I think we lacked
 9   the relevant research to see if these indeed turn out
10   to be something that can create real value for the
11   users.
12        Q   Did you actually put pen to paper, or did
13   you actually revise specific sections of the product
14   section of the white paper?
15        A   In terms of the wording, could be.  I don't
16   remember.  Could be.  I remember all of us working on
17   the same document.
18        MR. MITCHELL:  Mr. Ben-Ari, did the white
19   paper make any promises about what Kik would add as
20   features to the Kik app?
21        THE WITNESS:  I think that is a question
22   that you need to ask whoever read the white paper not
23   what was the intention when it was written.  I was only
24   able to make sure that within our internal circles, the
25   white paper is being kept on the vision level and not
```

```
 1   committing in terms of the understanding internally.
 2   Compared to other white papers that were written, then
 3   that was the main reason why I was, you know, willing
 4   to move forward with this is that there may be a gap
 5   between what's written in the white paper and what
 6   actually comes into being in other TDEs.
 7        MR. MITCHELL:  You didn't want that to
 8   happen here?
 9        THE WITNESS:  What I wanted was to make
10   sure that what we are committed to build is something
11   that is substantiated based on fact-based research that
12   was missing at that point in time.  And therefore,
13   whatever is written there, which is a vision document,
14   which is fine from a marketing perspective, and we are
15   not committing ourselves to build anything in
16   particular.
17        MR. MITCHELL:  That's how you understood
18   the white paper at the time?
19        THE WITNESS:  Yes.
20        BY MR. MURTHA:
21        Q   I'm going to hand you a document that's
22   been previously marked as Exhibit 2.  Exhibit 2 is a
23   multi-page document entitled "Kin, a Decentralized
24   Ecosystem of Digital Services For Daily Life."
25        It begins with the Bates label KIK 000001
```

```
 1   through 27 -- sorry, 28.  And you can feel free to flip
 2   through it.  But my first question is going to be:
 3        Have you ever seen this document before?
 4        A   That answer is yes.
 5        Q   Does this appear to be a copy of the Kin
 6   white paper?
 7        A   Yes.
 8        Q   Let's turn to page 12.  Bears the Bates
 9   label KIK 12.  KIK 12.  Toward the bottom of page 12,
10   do you see where there is bold writing that says, "Kik
11   economy and perspective use cases"?
12        A   Yes.
13        Q   If we flip the page, and we can just sort
14   of flip through these next few pages, it looks like we
15   see a handful of use cases, right?
16        A   Yes.
17        Q   We have a VIP chat with Selena Gomez,
18   right?
19        A   No.  Selena Nobez.
20        Q   I'm sorry.  Selena Nobez.  Wrong Selena.
21        We have premium user generated content,
22   right?
23        A   Yes.
24        Q   And shout out messages and tipping?
25        A   Yes.
```

```
 1        Q   The pizza bot.  Why were these example use
 2   cases used?
 3        A   I don't know because I didn't come up with
 4   these examples.
 5        Q   Who did?
 6        A   I think it's a combination between
 7   CoinFund, Cointree, marketing, and Ted.
 8        Q   Did you -- in your position as the chief
 9   product officer, did you think that these were good use
10   cases to include in the white paper?
11        A   I had serious concerns because of lack of
12   research that this is not based on anything -- it could
13   turn out to be true, but could turn out to be something
14   that didn't prove itself.
15        Q   Was the MVP known at the time that the
16   white paper was published?
17        A   Can you define what "known" is?
18        Q   Well, I think we had earlier looked at some
19   documents, Exhibit 114 and the -- in Exhibit 193, which
20   are on -- took place on May 18th, 2017.
21        Do you see that?
22        A   Yes.
23        Q   Exhibit 114.  Where you're linking over to
24   Exhibit 193 --
25        A   Yes.
```

Page 110

1    Q   So does it appear that this is -- an
2  outline of the MVP was known as of the time of the
3  white paper?
4    A   Yes.
5    Q   How come that wasn't included as one of the
6  example use cases, the wallet and the stickers?
7    A   Because this is a very different document.
8  This is a vision document, and the entity the real
9  product that we're launching.  And the gap between the
10 two is exactly why, I think, there was a decision that
11 was not made by me not to include it in the white
12 paper.
13   Q   Who made that decision?
14   A   Which decision?
15   Q   The decision not to include the MVP in the
16 white paper.
17   A   I think it's worthwhile asking Erin and the
18 people who wrote this document, which is CoinFund,
19 primarily, Erin Clift, and Ted Livingston.
20   Q   If it were up to you, would you have
21 included the MVP in this document?
22   A   No.
23   Q   Why not?
24   A   Because this is a real product.  And this
25 is a vision document saying these perhaps could be use

Page 111

1  cases that this product could be involved into.  The
2  MVP is the real product that we're launching.  It's the
3  real thing.
4    Q   Why not tell people that's the real product
5  that's going to be launched?  If they're purchasing
6  tokens in the ICO, wouldn't they want to know the
7  actual use case?
8    A   So I think, again, it really depends what
9  -- why people are reading the white paper and what
10 additional communication channels we have with the TDE
11 participants and what's the motivation, you know,
12 taking part in the TDE.  When you focus on the white
13 paper, you focus on where this ecosystem is going to
14 evolve into.
15       When you focus on the product, product is
16 almost an operational thing that this is the foundation
17 of where this community should evolve into.  There is
18 also additional things, I think, in the white paper
19 around digital services.  We didn't disclose any of
20 our -- you know, beginning working on the SDK at that
21 point in time.
22   MR. MITCHELL:  What's an SDK?
23   THE WITNESS:  It's a technical acronym for
24 a technical component that you can integrate into your
25 app.  The Kin SDK is supposed to allow you for the

Page 112

1  ability to use Kin within the digital app.  The SDK is
2  the technical component to integrate.
3    MR. MITCHELL:  So Kik was planning for that
4  by the time the white paper was written?
5    THE WITNESS:  I think there were initial
6  either thoughts or, like, more substantial planning
7  done at that time.
8    MR. MITCHELL:  What is an API?
9    THE WITNESS:  An API is like an entry
10 point.  It's a hook that you connect into another
11 digital service.
12   MR. MITCHELL:  That's different from an
13 SDK?
14   THE WITNESS:  Yes.  SDK is a piece of code
15 that you implement within your web app or application.
16 An API is a code you write within your app.  You don't
17 integrate anything.  You just write it.  And that then
18 talks with another API.  And that handshake then
19 creates that linkage.
20   MR. MITCHELL:  Thank you.
21   BY MR. MURTHA:
22   Q   You've referred to the white paper several
23 times as a vision document.  As the chief product
24 officer for Kik at the time the white paper came out,
25 who did you view the target audience of this white

Page 113

1  paper to be?
2    A   Potential TDE participants.  And I think
3  the general public in the sense of PR, media, other
4  chat apps that were interested in looking where Kin is
5  -- or Kik is evolving into.
6    Q   Kik users?
7    A   If by any chance Kik users learned about
8  Kin, then, yes.  But I don't think there was any
9  proposed action in the white paper itself to tell Kik
10 users this is how we intend to launch this Kin project.
11   Q   So only to the extent Kik users also
12 happened to be potential participants in the ICO, do
13 you view this vision document as being targeted to
14 them?
15   A   Yes.
16   MR. LEASURE:  So the MVP isn't referenced
17 in this document, correct?
18   THE WITNESS:  Correct.
19   MR. LEASURE:  How, if at all, were TDE
20 participants told about the MVP, do you know?
21   THE WITNESS:  So I think this bounces back
22 off one of your previous questions around Mailchimp.  I
23 think there was e-mail correspondence that was sent to
24 those TDE participants.
25   MR. LEASURE:  When they signed up for the

Page 114

1  TDE?
2       THE WITNESS: I think so. But I'm not
3  clear about the specifics.
4       MR. LEASURE: That's fine. Any other way
5  do you know of?
6       THE WITNESS: Yeah, I'm not sure if a
7  portion of the notification was sent as well. I don't
8  recall.
9       MR. MITCHELL: Do you know if the Mailchimp
10 e-mail that you're thinking about was sent before or
11 after people received their Kin tokens?
12      THE WITNESS: I don't know. But I think it
13 was before. I think it was before.
14      MR. MITCHELL: But it was after they
15 registered for the sale, but before they received them?
16      THE WITNESS: Yes, I think so.
17      MR. MITCHELL: Do you know who did that
18 work?
19      THE WITNESS: I think it was Odedbet-Aev
20 and Natasha, the same and all -- the same group that
21 worked on, you know, the instrumentation of data.
22 BY MR. MURTHA:
23      Q   Did Kik's ICO involve an initial presale to
24 accredited investors and then a public sale later in
25 time?

Page 115

1       A   I think so.
2       Q   Do you know what documents were provided to
3  presale investors?
4       A   I know the SAFT existed. I don't know if
5  it was -- who exactly -- I think everyone was exposed
6  to that. I don't know exactly when it was exposed. I
7  think there was another document. I remember one.
8       Q   Private placement memorandum?
9       A   That makes a lot of sense, yes.
10      Q   Were you involved with reviewing or
11 drafting any portions of the private placement
12 memorandum, which we can refer to as a PPM, if you're
13 good with that?
14      A   I am good with that. I do remember that
15 the entire executive team had to review the SAFT and,
16 like, DocuSign it. So we did all read it. About the
17 PPM, I don't remember. But as you can see, I do
18 remember there was another document. I'm not sure I
19 actually reviewed it. But I did not make any changes
20 as far as I recall.
21      Q   Did the MVP concept make it into the PPM,
22 to your knowledge?
23      A   I don't remember.
24      Q   I'm going to hand you a document which has
25 been previously marked as Exhibit 4, which for the

Page 116

1  record is a multi-page document entitled, "Kik
2  Interactive, Inc., Confidential Private Placement
3  Offering Memorandum," bearing the Bates stamp KIK
4  000037 through 65. I'll ask you to take a look at that
5  document.
6       And my first question will be: Have you
7  seen this document before?
8       A   Yes.
9       Q   Do you need more time to review it, or I
10 can just direct us to certain places?
11      A   You can direct to certain places.
12      Q   Okay. So let's go to page 3, which ends in
13 Bates label 43. Do you see that?
14      A   Page 3, yes. 43, yes.
15      Q   At the bottom, it says, "Initial launch of
16 Kin and the Kin ecosystem." Do you see that?
17      A   Yes.
18      Q   It reads, "At the time of the public token
19 distribution event, the Kik messaging application will
20 have the following functionality, the 'minimum viable
21 product.' A Kik user who owns Kin will be able to
22 create a wallet inside the Kik app. The wallet will be
23 accessible via the settings menu within the Kik
24 messaging application using a private key.
25      "Only by entering the private key, a Kik

Page 117

1  user will be able to see his or her wallet, including
2  the Kik user's Kin balance, send/receive premium
3  stickers, functionality, and Kin status. Each Kik user
4  who has a Kik wallet will be categorized into 1 of 5
5  categories of status based on the number of Kin held by
6  that Kik user.
7       "A Kik user who has a wallet will be
8  eligible to use premium sticker packs based on his or
9  her status. Premium sticker packs will be created by
10 independent content creators, not brands. A Kik user
11 who has a wallet will be able to send any of his or her
12 premium stickers to any Kik user." Then it goes on.
13      Do these paragraphs under the initial
14 launch of Kin and the Kin ecosystem describe the MVP as
15 it was planned as we had been looking at earlier in
16 Exhibit 193, generally?
17      A   Yes, I think so.
18      Q   Do you know why the concept of the MVP was
19 provided to the accredited investors in the private
20 sale, but -- via the PPM, but were not included in the
21 white paper to public sale participants in the ICO?
22      A   No.
23      Q   Did you have any discussions with anybody
24 about that?
25      A   No.

Page 118

1    MR. LEASURE:  How did the final MVP change,
2    if at all, from what was described in this PPM?
3        THE WITNESS:  As far as I recall, there
4    were more than five different tiers.  I think there was
5    ten different tiers, as I said earlier.  And in terms
6    of the wallet, I think there was the ability to link
7    the wallet and see the balance within Kik.  But not --
8    I think the definition of what exactly is the wallet
9    inside Kik may have changed since then.
10        And as I said earlier on, I think in the
11   last pieces of -- if a Kin holder sends one of those
12   premium stickers to another Kik Messenger user and that
13   user taps on that sticker, then it goes through a flow
14   to invite them to a waiting list.  But I'm not sure
15   this was actually launched as part of the MPP or not.
16   I know there were discussions around that, the three
17   major differences.
18        MR. LEASURE:  Thank you.
19        BY MR. MURTHA:
20    Q   I'm going to hand you a copy of what was
21   previously marked as Exhibit 36, which for the record
22   is a July 25th, 2017, letter to Pat Chaukos,
23   C-h-a-u-k-o-s, of the Ontario Securities Commission,
24   from W. Ross F. McKee of the Blakes law firm.
25        MR. MENDEL:  Let me know when you've had a

Page 119

1    chance to look at it, and I'll ask you some questions.
2        THE WITNESS:  Okay.
3        MR. MENDEL:  Have you ever seen the letter
4    before?
5        THE WITNESS:  No.
6        MR. MENDEL:  Have you ever seen any prior
7    draft of the letter?
8        THE WITNESS:  No.
9        MR. MENDEL:  Do you know what the OSC is,
10   the Ontario Securities Commission?
11        THE WITNESS:  Sounds similar to SEC, but
12   only in Canada; is that true?
13        MR. MENDEL:  There is similarities.  So
14   were you aware around this time frame -- you'll see
15   it's dated July 25th, 2017 -- were you aware of any
16   efforts to contact the Ontario Securities Commission on
17   behalf of Kik?
18        THE WITNESS:  I think Peter Heinke updated
19   us in one of the exec meetings that this is happening.
20        MR. MENDEL:  Do you recall when that exec
21   meeting would have taken place?
22        THE WITNESS:  No.
23        MR. MENDEL:  Was it before July 25th, 2017?
24        THE WITNESS:  I don't recall.
25        MR. MENDEL:  What did Mr. Heinke say as

Page 120

1    part of his update?
2        MR. GIBBS:  I just want to caution you if
3    Mr. Heinke was relaying communications from counsel in
4    his report to the management crew, then you should not
5    disclose what Mr. Heinke said.  If he said something
6    that was not relaying a report from counsel, then
7    you're --
8        THE WITNESS:  The only thing I remember is
9    that we are -- or the company is approaching the OSC.
10   I don't remember specifics about it.
11        MR. MENDEL:  Around this time, so late
12   July 2017, were you involved in discussions about the
13   MVP within Kik?
14        THE WITNESS:  Yes, I think so.
15        MR. MENDEL:  Can you turn to the back.
16   You'll see on the page marked page 6.  And it says,
17   "Appendix A, Initial Kin Functionality."
18        If you could just take a second and read
19   through it.
20        THE WITNESS:  Okay.  Okay.
21        MR. MENDEL:  Did you have a chance to look
22   at it?
23        THE WITNESS:  Yes.
24        MR. MENDEL:  Have you previously seen
25   anything that looks like the description written under

Page 121

1    Appendix A?
2        THE WITNESS:  It's the combination of I
3    think the IPL v.1 and v.2 together.  So I have seen the
4    definition of IPL v.1 and v.2.  The combination of
5    their proposed scope meets what is described in this
6    document.
7        MR. MENDEL:  So just for clarification, v.1
8    is -- you're referring to the IPL or the product that
9    was included in the TDE in 2017, and the version 2 was
10   not, as far as you know, correct?
11        THE WITNESS:  The version 2 was planned to
12   be launched 90 days post TDE, as it's written here.
13        MR. MENDEL:  Where does it say 90 days?
14        THE WITNESS:  It says in the second line,
15   "Expected by Kik to comprise of approximately 10,000
16   users within 90 days of the launch."
17        MR. MENDEL:  Okay.  Was that second version
18   actually effectuated?
19        THE WITNESS:  I don't know.  I wasn't part
20   of the company.
21        MR. MENDEL:  Okay.  So did you previously
22   see a version of this?
23        THE WITNESS:  A version of this document?
24        MR. MENDEL:  A version of the Appendix A --
25   of the description within Appendix A.

Page 122

```
 1          THE WITNESS:  A combined version, no.  I
 2    don't think I've seen that.
 3          MR. MENDEL:  Did you have any role in
 4    drafting any portion of Appendix A?
 5          THE WITNESS:  In Appendix A, no.  I had a
 6    role in drafting a version of the IPL v.2 scope.
 7          MR. MENDEL:  Do you have any understanding
 8    why the version that appears as Appendix A was drafted?
 9          THE WITNESS:  No.
10          MR. MENDEL:  If you compare it to the MVP
11    that was included in Exhibit 4, that's on page 3 of
12    Exhibit 4, they're different, correct?
13          THE WITNESS:  Correct.
14          MR. MENDEL:  Does the term -- I'm looking
15    back at Appendix A, initial Kin functionality, have the
16    same meaning as MVP that's included in Exhibit 4?
17          THE WITNESS:  I don't know because I didn't
18    write it.
19          MR. MENDEL:  Were you aware at the time in
20    July of 2017 of any difficulties that Kik thought it
21    might have in executing the MVP that's included in
22    Exhibit 4?
23          THE WITNESS:  Executing in terms of
24    building the functionality?
25          MR. MENDEL:  Correct.
```

Page 123

```
 1          THE WITNESS:  The only part that was not
 2    completely clear was around the wallet itself, how can
 3    we actually build the wallet, should people just link
 4    the wallet.  I think that was the part that was
 5    missing.  I think at the end, as it's written in
 6    Appendix A, I think they was then building the master
 7    wallet at the beginning.
 8          MR. MENDEL:  So can you just explain a
 9    little bit more what you meant about the problem with
10    the wallet?
11          THE WITNESS:  Yes.  So it's very technical,
12    I think, probably more than anything else.  I don't
13    think I'm the right person to answer that.  From a user
14    experience standpoint, it meant that it was very
15    difficult to build an off-chain wallet for every
16    individual user at the time and also store real Kin in
17    that off-chain wallet.
18          Because of that, there was one master
19    wallet where all the Kin went to, and you would only
20    link your Ethereum wallet or whatever you wanted to
21    use.  And then based on that, that would be used as a
22    proxy on how many Kin you have.  That would then unlock
23    the relevant status in terms of the sticker packs.
24          MR. MENDEL:  With the master wallet, as
25    you're describing it, would that link to the separate
```

Page 124

```
 1    Ethereum wallet of each user?
 2          THE WITNESS:  I don't know.
 3          MR. MENDEL:  So as the product was rolled
 4    out at the time of the launch, which functionality --
 5    what is included in terms of the wallet?
 6          THE WITNESS:  As I said, I don't know to
 7    be, like, certain.  And I think that there was the
 8    ability -- the functionality was the ability to link
 9    your Ethereum wallet to Kik Messenger and see how many
10    Kin you have as part of the view -- the web view that
11    you would have within the app.  I'm not certain about
12    whether or not everything was managed through a master
13    wallet or not.
14      BY MR. MURTHA:
15      Q   You participated in the Kin TDE as an
16    employee of Kik, right?
17      A   Yes.
18      Q   Did you ever link your Ethereum wallet to
19    the Kik app?
20      A   No.  I think I tried.  I think I tried.
21    I'm not sure I was successful from a user experience
22    standpoint.
23          MR. MENDEL:  Did you have difficulty doing
24    the link?
25          THE WITNESS:  I don't remember.  I remember
```

Page 125

```
 1    I tried.  Maybe it was just I didn't have the time.
 2          MR. MENDEL:  Didn't work out?
 3          THE WITNESS:  Yeah.
 4          MR. MENDEL:  So I just want to look at a
 5    section of the letter itself.  Can you turn to page 3?
 6          THE WITNESS:  Are you referring to
 7    Exhibit 36?
 8          MR. MENDEL:  Yes, I am.  Exhibit 36,
 9    page 3.  Can you look at the bottom where there is a
10    subheading called "Token Launch."  Do you see that?
11          I'll just read.  It states, "The public
12    sale of Kin known as the token distribution event will
13    occur only once Kik has completed developing the
14    initial integration of Kin within Kik, including a Kin
15    digital wallet and certain initial relevancy functions
16    of Kin for Kik users within the Kin ecosystem giving it
17    immediate volatility."
18          Then there is a footnote next to
19    "ecosystem," footnote 3.  And under footnote 3, it
20    says, "For a description of the initial functions of
21    Kin, please see Appendix A."
22          And that is what we were just looking at,
23    right?
24          THE WITNESS:  Yes.
25          MR. MENDEL:  Was this your understanding of
```

Page 126

1  when the token distribution event would occur after
2  developing the initial integration that's described in
3  the letter?
4       THE WITNESS: Can you clarify the question?
5       MR. MENDEL: Sure. So do you agree with
6  the sentence that the token distribution event would
7  occur only once Kik has completed developing that
8  initial integration of Kin within Kik?
9       THE WITNESS: If you define the IPL as the
10  initial integration into Kik, then, yes, I agree with
11  that.
12       MR. MENDEL: Do you know what was meant by
13  initial integration of Kin within Kik?
14       THE WITNESS: No.
15       MR. MENDEL: Did you ever use the phrase
16  initial integration by Kik?
17       THE WITNESS: Not that I'm aware of.
18       MR. MENDEL: So going back to Appendix A,
19  I'll read the first paragraph that appears. "At the
20  time of the Kin launch, in addition to the Kin sold in
21  the token distribution event, Kik plans to award Kin to
22  a select group of Kik users (expected by Kik from
23  approximately 10,000 users within 90 days of the
24  launch) who are active within Kik.
25       "Kik's current plans for it to continue to

Page 127

1  reward Kin to such select group of users as well as new
2  users. At the initial launch stage, Kin will be
3  awarded in Kin's discretion, though Kik may advertise
4  the availability of certain predetermined awards to Kik
5  users. The Kin awarded to Kik users during this
6  initial product launch is referred to as building
7  reward Kin."
8       Does this paragraph accurately describe
9  Kik's plan at the time for reward Kin?
10       THE WITNESS: According to which time
11  frame?
12       MR. MENDEL: According to the July 2017
13  time frame when this was written.
14       THE WITNESS: As this is written in the
15  second line, this is not only the launch of initial
16  functionality as part of the TDE, but also involves the
17  additional functionality to initial users in the first
18  90 days post TDE. But if we're talking about both IPL
19  v.1 and v.2, yes.
20       MR. MENDEL: So as far as you know, this
21  wasn't actually implemented during the launch in
22  September of 2017?
23       THE WITNESS: Which part was not?
24       MR. MENDEL: The reward -- the whole
25  paragraph about the reward Kin.

Page 128

1       THE WITNESS: I think the 1,000 Kik users
2  that we were talking about earlier today were rewarded
3  Kin, not the additional 9,000 that are part of the
4  approximately 10,000 users within the first 90 days of
5  the launch. So I think the functionality was there,
6  but it was not gradually then evolved into the full
7  10,000.
8       MR. MENDEL: Your understanding is that the
9  1,000 people were rewarded Kin?
10       THE WITNESS: I think they were supposed to
11  be awarded Kin, yes.
12       MR. MENDEL: I'm going to move on to the
13  second paragraph and the third paragraph. "Reward Kin
14  awarded to Kik users will be held initially in a single
15  wallet controlled by Kik or the Kik master wallet. Any
16  reward Kin will be allocated to the Kik user's balance
17  within the Kik master wallet.
18       "Kin allocated within the Kik master wallet
19  or Kin held by Kik users in the wallet established
20  outside of Kik will establish each holder's Kin
21  balance. In this initial stage, no transactions
22  between Kin holders will take place within Kik."
23       Does this describe your understanding of
24  how the master wallet was supposed to work in the
25  July 2017 time frame?

Page 129

1       THE WITNESS: Yes.
2       MR. MENDEL: Was the Kik master wallet
3  different than the wallet created by a Kik user who
4  owns Kin?
5       THE WITNESS: That's a hypothetical
6  question. I don't know how to answer that.
7       (Simultaneous speakers.)
8       MR. MENDEL: I'm going according to the
9  language that's in Appendix A. There is language that
10  says -- in the first line, second paragraph. "Single
11  wallet controlled by Kik or the master wallet."
12       And then the second sentence refers to Kin
13  held by a Kik user in a wallet established outside of
14  Kik.
15       THE WITNESS: If you're referring to
16  outside of Kik, then it definitely is different.
17       MR. MENDEL: And do these sections describe
18  -- the ones that I just read -- how Kin would be
19  distributed during the token distribution event?
20       In other words, there is -- the sections
21  describe Kin being allocated in the master wallet and
22  Kin being assigned to individual wallets. Does that
23  describe how the process worked?
24       THE WITNESS: No.
25       MR. MENDEL: How is that wrong?

## Page 130

```
 1          THE WITNESS: I think this focuses
 2   primarily on Kik users only, that Kik and the Kin
 3   foundation decided to award these 1,000 users a certain
 4   amount of Kin. It has nothing to do with the TDE
 5   participants, some of which could be Kik users. And
 6   they have their own external wallets. And there is a
 7   different mechanism that transfers Kin into their
 8   wallets. This is very specific to Kik users that were
 9   selected for the first 1,000 group.
10          MR. MENDEL: Skip that next long paragraph,
11   paragraph 4. Go to the fifth paragraph. Do you see
12   that? It starts with "at this initial stage?"
13          THE WITNESS: Yes.
14          MR. MENDEL: It states, "At this initial
15   stage, Kin holders can only earn additional Kin, not
16   spend it. There will be no cost in Kin to sending the
17   unique Kin earned stickers."
18          So this initial stage, we're still
19   referring to the launch that -- the first launch of the
20   Kin, correct?
21          THE WITNESS: I don't know because I didn't
22   write this document. I don't know what was the
23   intention here.
24          MR. MENDEL: Okay. Do you have an
25   understanding how Kin holders would earn additional
```

## Page 131

```
 1   Kin?
 2          THE WITNESS: No. I don't know.
 3          MR. MENDEL: Do you know what it means --
 4   Appendix A means when it says, "At this initial stage,
 5   Kin holders would not be able to spend Kin"?
 6          THE WITNESS: Yes.
 7          MR. MENDEL: What does that mean?
 8          THE WITNESS: Even if I have in an external
 9   wallet a certain amount of Kin, that cannot be used in
10   order to exchange out for any expressive content, for
11   example. The amount of Kin unlocks a status that comes
12   together with Kin. But when I send the sticker, I
13   don't spend any Kin for that. We lock the technical
14   mechanism within the app at that point in time.
15          MR. MENDEL: So at the time -- this was
16   drafted in July of 2017 -- was that, in fact, the case?
17          Was it anticipated that Kin would not be
18   able to be spent by Kin holders?
19          MR. GIBBS: Objection to form.
20          MR. MENDEL: I can try to do better with my
21   question.
22          MR. GIBBS: I just -- can I ask a
23   clarifying question?
24          MR. MURTHA: At the end.
25          MR. MENDEL: Let me try to restate it.
```

## Page 132

```
 1          So in the July 2017 time period, was it
 2   expected that when the token distribution event
 3   occurred that Kin holders would not be able to spend
 4   Kin?
 5          MR. GIBBS: Same objection.
 6          MR. MENDEL: You can answer.
 7          THE WITNESS: Spend Kin where?
 8          MR. MENDEL: In the way that you just used
 9   it. So I asked you what you meant by -- what you
10   thought -- meant by spending Kin. And your answer
11   was --
12          THE WITNESS: If you're referring to spend
13   Kin within Kik, that was, at that point in time, at the
14   point of the TDE, was not possible. That said, as
15   stated here, within the first 90 days post TDE, there
16   was a commitment to allow both earning and spending
17   mechanisms within Kik for anyone who had Kin.
18          MR. MENDEL: Understood. But before that
19   phase that occurred within 90 days, there was no
20   opportunity to spend Kin within Kik; do I have that
21   right?
22          THE WITNESS: Yes.
23          MR. MENDEL: And was that, in fact, the
24   case at the time of the launch in September of 2017,
25   that there was no opportunity for holders of Kin to
```

## Page 133

```
 1   spend Kin within Kik?
 2          THE WITNESS: I think. But I'm not sure.
 3          MR. MENDEL: That was your expectation,
 4   correct?
 5          THE WITNESS: Yes.
 6          MR. MENDEL: Was it your expectation at the
 7   same time that Kin holders would be unable to trade Kin
 8   in any form within Kik?
 9          THE WITNESS: Can you clarify what is trade
10   Kin within Kik, please?
11          MR. MENDEL: Would they be able to do
12   anything with the Kin? Would they be able to transfer
13   it in any way with anybody else within Kik?
14          THE WITNESS: If they would have sent Kin
15   through their external wallet to another Kik user, then
16   yes. That's possible.
17          MR. MENDEL: So going with what you just
18   said. If they were to use their external wallet, then
19   there was an opportunity to move Kin; is that right?
20          THE WITNESS: Yes.
21          MR. MENDEL: Can you explain how that would
22   work a little bit?
23          THE WITNESS: Very similar to how any
24   wallet works. I have an address, and I send relevant
25   tokens to that address.
```

Page 134

1    MR. GIBBS:  I think you're getting a very
2  garbled record.  Can we ask him to step out for two
3  seconds while I just as -- I want to ask him a
4  clarifying question, not the witness.
5    MR. MURTHA:  That's fine.  Let's go off the
6  record.  We're off the record at 2:15.
7    (Discussion off the record.)
8    THE VIDEOGRAPHER:  Back on the record at
9  2:18.  You may begin.
10    BY MR. MURTHA:
11    Q    Back on the record at 2:18 after a brief
12  break during which you had no substantive conversations
13  about this investigation with the SEC staff; is that
14  right?
15    A    Yes.
16    Q    Thank you.
17    MR. MENDEL:  A few more questions about
18  Exhibit 36.  And I want to turn back to the letter
19  pages -- the bottom of page 4, underneath the token
20  distribution event.  Do you see that?
21    THE WITNESS:  Yes.
22    MR. MENDEL:  And the third paragraph
23  underneath that subheading states, "While at the time
24  of the token distribution event, the purchasers will
25  pay to acquire the initial public release of Kin

Page 135

1  tokens.  This will be to acquire the software based
2  currency, which will initially give holders who are
3  also Kik users special status within the Kik user
4  community.  And in the long term, give holders of Kin
5  the right to access and use within the Kin ecosystem.
6    "The Kin from its initial launch will have
7  a real and specific function in the Kin ecosystem that
8  is only available to holders of Kin who are also Kik
9  users."
10    So reading this, is it correct that upon
11  the token distribution event, holders of Kin would not
12  have the right to access and use within the Kin
13  ecosystem -- and I'm going on the language that's in
14  this sentence here.  Let me ask it again.
15    Is it the case that during the token
16  distribution event, holders of Kin did not have the
17  right to access and use Kin within the Kin ecosystem?
18    THE WITNESS:  It depends on how you define
19  use Kin within the ecosystem.  Because it did unlock a
20  special status for them.  And that status can be used
21  as social capital in relation to other Kik users.  They
22  do have access to stickers that others don't have
23  access to.  The mere fact that they actually have the
24  tokens in Kin then unlocks that functionality that does
25  not -- is exclusive only for those who actually have

Page 136

1  Kin.
2    MR. MENDEL:  Was that the only use then
3  within Kik was the stickers?
4    THE WITNESS:  The stickers and the
5  associated social status that comes with it.
6    MR. MENDEL:  For holders of Kin who were
7  not also Kik users, is it the case that Kin had no real
8  and specific function in the Kin ecosystem?
9    THE WITNESS:  I think the question is was
10  the Kin ecosystem -- could they use Kin to integrate
11  into another digital service?  Perhaps.
12    MR. MITCHELL:  Are you aware of any digital
13  service, say, September of 2017, where people could buy
14  or sell anything with Kin tokens?
15    THE WITNESS:  At that point, I don't think
16  they could buy and sell.  But starting to think about
17  how that can drive new value for their mobile apps and
18  their apps.  I think we were already discussing that
19  with some partners -- potential partners.
20    MR. MITCHELL:  Kik was talking to potential
21  partners about doing that?
22    THE WITNESS:  Yes.
23    MR. MITCHELL:  Had any of those potential
24  partners adopted Kin tokens in their app yet?
25    THE WITNESS:  No.

Page 137

1    MR. MITCHELL:  I think his question was:
2  If someone bought Kin tokens, but didn't have an
3  account on the Kik app, could they use their Kin tokens
4  for anything when they bought them?
5    THE WITNESS:  If they would have made the
6  decision that they wanted to start integrating
7  into their app, perhaps, yes.  And they had the
8  technical knowledge, could be.
9    MR. MITCHELL:  Other than the folks who
10  owned an app, had the technology to change it, and
11  changed their own app, could any other users use their
12  tokens?
13    THE WITNESS:  Within Kik, no.
14    MR. MITCHELL:  Of the people who bought
15  tokens but didn't have a Kik app, other than the ones
16  who owned apps, had the technical wherewithall and
17  changed their app to adopt Kin tokens, could any other
18  of those other Kin holders use their tokens outside the
19  Kik app?
20    THE WITNESS:  Thank you for the
21  clarification.  No.
22    MR. MITCHELL:  Are you aware of anybody who
23  had their own app and the technical ability, and they
24  changed their app to allow the app people to use Kin
25  tokens in their app?

Page 138

1    THE WITNESS: I'm not aware of, no.
2    MR. MITCHELL: Thank you.
3    MR. MURTHA: Let's go off the record at
4    2:23.
5        (A brief recess was taken.)
6    THE VIDEOGRAPHER: Back on the record at
7    2:33 p.m.
8    BY MR. MURTHA:
9    Q   Back on the record at 2:33 p.m. after a
10   brief break during which you had no substantive
11   conversations with the SEC staff about this
12   investigation; is that right?
13   A   Yes.
14   Q   Thank you. Who did you think was going to
15   be participating in Kik's public sale?
16   A   In the TDE?
17   Q   Yeah.
18   A   I think enthusiasts that really bought into
19   the vision. Some speculators as well. And possibly
20   also Kik users.
21   Q   What do you mean by enthusiasts?
22   A   I mean, I think this is the first time that
23   a unicorn so-called company that has millions of users
24   is saying, let's take blockchain technology seriously
25   and integrate that into an existing ecosystem of

Page 139

1    millions of users. And by that, transform, I think,
2    some of the, you know, parastructures that exist in
3    tech today. So this was, I think -- it aligns very
4    well with Ted's broader vision, a long-standing vision,
5    that the messaging apps, the social media, the
6    advertisers, developers, it has to be a much more
7    egalitarian vision. So it was basically levelling the
8    playing field.
9    MR. LEASURE: So --
10   THE WITNESS: May I proceed? Thank you.
11   So that was the first level of enthusiasts. The second
12   level was for the first time, particularly speaking
13   about the KRE, the Kin Rewards Engine, it was the
14   ability for developers, specifically developers, but
15   also content creators, to actually see a real tangible
16   monetary return on their fruit for their labor in a way
17   that is direct. So I think this was probably the
18   second group of enthusiasts that could have taken part
19   in the TDE.
20   BY MR. MURTHA:
21   Q   And then you had mentioned speculators?
22   A   Yes.
23   Q   And how would you classify speculators?
24   A   So, you know, very similar to other
25   previous ICOs and the big hype around blockchain, this

Page 140

1    was seen as very cynical, as another source of
2    investment, and you can invest and see a return
3    investment on that.
4    Q   How did you -- I initially asked you who
5    did you think was participating in Kik's public sale.
6    And then you just described the two forms of
7    enthusiasts and then the speculators. So thank you for
8    that.
9        But how did you come to that opinion or
10   that view?
11   A   I think speaking, not out of knowledge, I
12   didn't go through the list of 10,000 participants and
13   qualify them. I think discussions -- internal
14   discussions with people within the company and also
15   during that offsite with CoinFund and Cointree to
16   better understand who usually participates in these
17   TDEs.
18   Q   Who did you have conversations with in the
19   company about these enthusiasts and speculators?
20   A   So I think Peter Heinke, Dany Fishel, Ted
21   Livingston. These are the main people. Erin, perhaps
22   as well. Erin Clift.
23   Q   How did it come up?
24   A   I don't remember.
25   Q   Did Kik ever conduct market research to

Page 141

1    learn who was participating -- who might potentially
2    participate in the ICO and what their motivations for
3    doing so would be?
4    A   I don't think Kik did anything. But I
5    think working for CoinFund, they surveyed potential
6    participants. I think so, as part of their research.
7    Q   We talked about Sylvain Labs today. Did
8    they do any market research for Kik?
9    A   They did. But I don't think it was focused
10   on TDE participants. It was more focused on how to
11   successfully integrate the functionality of crypto and
12   re-envision what it would mean to build a successful
13   digital wallet.
14   MR. MITCHELL: Did you ever see Cointree --
15   any work that CoinFund provided to Kik -- written work
16   on how it surveyed who was in the market for tokens?
17   THE WITNESS: I think Erin Clift shared
18   with us -- on the executive team. She walked us
19   through the survey results.
20   MR. MITCHELL: Did people on the executive
21   team sort of use CoinFund's work at all?
22   THE WITNESS: I don't know. I didn't use
23   it. Perhaps others did.
24   MR. MITCHELL: Do you know whether anybody
25   else used it?

Page 142

```
 1          THE WITNESS:  No.
 2          MR. LEASURE:  Did you have any criticism of
 3   the survey or analysis that CoinFund did between Kik?
 4          THE WITNESS:  Did I criticize the survey?
 5          MR. LEASURE:  Let me ask that in a better
 6   way.  Did you ever hear others criticize the survey or
 7   the work that CoinFund did?
 8          THE WITNESS:  No.  I didn't spend probably
 9   enough time even evaluating it.
10          MR. LEASURE:  All right.
11   BY MR. MURTHA:
12     Q    So back to Sylvain.  I'm going to hand you
13   a document which I've just marked as Exhibit 196.
14          (SEC Exhibit No. 196 was marked for
15          identification.)
16   BY MR. MURTHA:
17     Q    Take your time to look at it.
18     My first question is just going to be:  Do
19   you recognize this document?
20     A    Yes.
21     Q    I'll identify the document for the record.
22   It is an e-mail with a multi-page attachment, bearing
23   the Bates label KIK_00040790.  And that's the Bates
24   label of the e-mail.  I'll represent for the record
25   that for the benefit of all of us, I used the native
```

Page 143

```
 1   version of the attachment because the image quality was
 2   poor.  So the first page of the attachment begins with
 3   the Bates label, I'm representing for the record,
 4   KIK_00040791.
 5     A    Okay.
 6     Q    So this is -- at the top is a July 24,
 7   2017, 10:01 a.m. e-mail from you to Inna Belenkey and
 8   Or Azulay?
 9     A    Azulay.
10     Q    Thank you.  Who are they?
11     A    It's Inna Belenkey.  It's misspelled here.
12   Inna Belenkey was head of design for Kik.  And Or
13   Azulay was a product manager in the Tel Aviv office.
14     Q    And you're forwarding them an attachment
15   that looks like you received from Hayeon Kim earlier?
16     A    Yes.
17     Q    The time stamps don't seem to add up as it
18   looks like you're forwarding it at 10:01 a.m.
19     A    I think it does match because she may have
20   sent it on east coast time, and I would have sent it
21   Tel Aviv time.
22     Q    Thank you.  So we've talked about Sylvain.
23          But could you just tell us who they are?
24     A    Sylvain Labs is a research firm primarily
25   focused I think on branding and positioning in New
```

Page 144

```
 1   York.
 2     Q    Do you have an understanding of what they
 3   were tasked with doing for Kik?
 4     A    In general or for this particular project?
 5     Q    Let's start with in general.
 6     A    In general, conduct market research based
 7   on both qualitative and quantitative data.  I think
 8   they did two additional projects.  One was around how
 9   Kik users actually use Kik.  That was one.  And the
10   second, I think they are the firm that came up with the
11   name Kin.  So that was the second.
12          And the third, which is this, focused
13   primarily on a brief that Hayeon wrote based on input
14   from me primarily, which is focused on better
15   understanding, when we look at the demographics of Kik,
16   what would a wallet look like in their lives that may
17   fit something that made sense to them.  And what I
18   learned is we can learn from the other wallets.
19          And then the second layer was what are some
20   spending opportunities or earning opportunity that we
21   should consider seriously when we start building up
22   toward the full realization of the product's road map.
23     Q    You just referenced a brief that you were
24   working on with Hayeon Kim.
25          When were you working on that?
```

Page 145

```
 1     A    I don't know.  The timeline, I don't
 2   exactly know.  But I know that she used input from me
 3   to write the brief for Sylvain a few weeks before that.
 4     Q    By "brief," do you mean sort of tasking
 5   them with something -- a problem to solve?
 6     A    Yes.
 7     Q    The first project that Sylvain worked on
 8   for Kik, to your knowledge, did that have anything to
 9   do with Kin, or was that just exclusively having to do
10   with the Kik messaging app?  In other words, before the
11   Kin ICO.
12     A    It was before the Kin ICO.  It was focused
13   primarily on Kik Messenger.
14          MR. LEASURE:  This project broadly was a
15   part of a process of thinking about how Kin might work
16   with the Kik messaging app and the Kik messaging app
17   user base?
18          THE WITNESS:  Yes.
19   BY MR. MURTHA:
20     Q    Let's turn to page 7.  Look on the
21   right-hand side.  There is a black bar with the page
22   numbers, page 7.  At the top it says, "In other words."
23          Are you with me on page 7?
24     A    Yes.
25     Q    So it says, "In other words, the only real
```

Page 146

1    use for CC's today is speculation investment."
2         Do you understand what CC's means?
3         A   I think they mean cryptocurrency.
4         Q   Do you agree with that statement?
5         A   In what sense? I don't think I understand
6    the question.
7         Q   Do you agree with the statement that the
8    only real use for cryptocurrencies today is speculative
9    investment?
10        A   I can agree with the finding that in the
11   common knowledge of those that they researched, that
12   was what came out. But me agreeing with this general
13   knowledge with cryptocurrency only being a speculative
14   investment, no.
15        Q   Do you think that people purchased Kin for
16   any reason other than speculative investment?
17        A   If they were enthusiasts, I think they
18   were, you know, preparing for how they can take part in
19   the ecosystem that Kin was supposed to build.
20        MR. LEASURE: Can I point you to page 15 of
21   the attachment? It begins with the header
22   "Quantitative Study."
23        THE WITNESS: Yes. I'm on 15.
24        MR. LEASURE: Okay. Thank you. You can
25   see there, this -- correct me if I'm wrong -- does this

Page 147

1    appear to be listing some of the demographics of people
2    involved in Sylvain's study?
3         THE WITNESS: Yes.
4         MR. LEASURE: Okay. Does this look like,
5    given the age, gender, ethnicity, and the like, does
6    this look like a typical distribution of the Kik
7    Messenger app user base?
8         THE WITNESS: I think it fits that more or
9    less, yes.
10        MR. LEASURE: So in other words, from ages
11   13 to 25. Do you see that?
12        THE WITNESS: Yeah. But that was also
13   according to the brief that was written.
14        MR. LEASURE: Totally. That's fine. I'm
15   asking more about the Kik Messenger app user base.
16        When you worked at Kik in 2017, was it
17   primarily teenagers and young people?
18        THE WITNESS: It was teenagers and young
19   adults.
20        MR. LEASURE: Young adults?
21        THE WITNESS: Yes.
22        MR. LEASURE. Geography. Was it North
23   American, global, how would you characterize the
24   geographic --
25        THE WITNESS: So there was a strong

Page 148

1    foothold in the U.S., but also in other countries like
2    Sweden. I don't remember additional ones.
3         MR. LEASURE: Okay. I take it from this,
4    this maybe consistent with what you observed earlier
5    today, that they're not only on Kik, they also have
6    other social media accounts?
7         THE WITNESS: Yes.
8         MR. LEASURE: Okay. The document -- it's
9    referenced here, and I don't need to point you
10   everywhere -- but the document throughout references a
11   term called vanguarded.
12        THE WITNESS: Yes.
13        MR. LEASURE: Do you understand what that
14   means, particularly tying it to the Kik Messenger, what
15   does vanguarded --
16        THE WITNESS: The best person to ask that
17   question is Erin Clift because she came up with it.
18        MR. LEASURE: She came up with that?
19        THE WITNESS: Yes, after working with
20   Sylvain. And just a correction. I think the way that
21   they responded was they looked at 50 percent out of
22   this entire group was Kik users, and the rest was a
23   50 percent that not are using Kik users -- not using
24   Kik. They'd be using one of the following four other
25   apps.

Page 149

1         MR. LEASURE: I see. They didn't want to
2    limit it just to Kik?
3         THE WITNESS: Yes.
4         MR. LEASURE: Going back to the vanguarded
5    term. I understand you didn't coin the term, Ms. Clift
6    did. What's your understanding of what it means?
7         THE WITNESS: I don't remember the exact
8    definition. I never liked that term, so --
9         MR. LEASURE: Why not?
10        THE WITNESS: I didn't understand it. It's
11   my own limitation.
12        MR. LEASURE: That's fine. In any event,
13   would you agree that part of the effort of Sylvain was
14   to understand how young people on a messaging app might
15   want to use a cryptocurrency in the future?
16        THE WITNESS: Yes.
17        MR. LEASURE: And then obviously, I take it
18   there was some unique challenges of getting young
19   people comfortable with the wallet and associated
20   functions of a cryptocurrency?
21        THE WITNESS: Yes.
22        MR. LEASURE: That's one of the things you
23   were worried about, in fact, was scaring people off --
24   scaring those young people off from the -- by the
25   introduction of a cryptocurrency, right?

Page 150

1      THE WITNESS:  Yes.
2      MR. LEASURE:  If you had to give me a rough
3  estimate -- I understand you haven't been at Kik for a
4  while now -- what would be a rough estimate, the
5  average age of a Kik Messenger app user?
6      THE WITNESS:  I don't know.  A guess would
7  be, I don't know, 17, 18.
8      MR. LEASURE:  You didn't have to be 18 or
9  over to use Kik?
10     THE WITNESS:  No.
11     MR. LEASURE:  A significant part of the
12 user base was under 18?
13     THE WITNESS:  Yes.
14     MR. LEASURE:  Do you -- in terms of -- did
15 you ever have occasion to see any demographic data
16 about the people who purchased Kin in the token
17 distribution event?
18     THE WITNESS:  No.
19     MR. LEASURE:  You never did?
20     THE WITNESS:  No.
21     MR. LEASURE:  Just curious about that.
22     After the TDE, why wouldn't that
23 information have been relevant for you?
24     THE WITNESS:  Why would it be relevant for
25 me?  I was focused on integrating Kin into Kik.  My

Page 151

1  assumption was that those who participated in the TDE
2  are much more interested in -- that was an assumption
3  that I had to validate -- much more interested in how
4  you integrate Kin into their own digital services,
5  which is a very different use case.
6      MR. LEASURE:  You weren't focused on use
7  cases for Kin outside of the Kik Messenger app?
8      THE WITNESS:  That was the partnership
9  team.  I was only focused on the broader strategy to
10 get there.  But not on really understanding who those
11 participants are and what are their motivations.
12     MR. LEASURE:  Do you know the average age
13 of Kik Messenger app users who purchased Kin?
14     THE WITNESS:  No.
15     MR. LEASURE:  That wasn't relevant for you?
16     THE WITNESS:  No, it was -- could be very
17 relevant.  But I don't know the age.
18     MR. LEASURE:  You just didn't happen to
19 know that?
20     THE WITNESS:  Yeah.  As far as I
21 understand, purchasing Kin, I think it was for 18 and
22 above.
23     MR. LEASURE:  So obviously, the portion of
24 the Kik Messenger app user base that's under 18 did not
25 purchase Kin?

Page 152

1      THE WITNESS:  True.  Yes.
2      MR. LEASURE:  And you don't know the
3  overlap between Kik Messenger app users and Kin
4  purchasers?
5      THE WITNESS:  Yes, I do not know that.
6      BY MR. MURTHA:
7      Q   Did you attend or participate in a summit
8  in Tel Aviv in October of 2017?
9      A   Yes.
10     Q   Can you tell me about the summit, please?
11     A   Can you refer to which of the summits
12 you're referring to?
13     Q   Sure.  How many were there?
14     A   There were three.
15     Q   Was it one summit that took place over
16 several days?
17     A   No.
18     Q   So --
19     A   There was an exec offsite.  Then there was
20 a leadership offsite in Tel Aviv.  Then there was
21 another one conducted in Waterloo.
22     Q   Can you give me dates and time frames for
23 all of those?
24     A   That's the sequence of the meetings.  But I
25 don't remember the dates themselves.  The one in Tel

Page 153

1  Aviv with the leadership and the one in Waterloo both
2  were held, as far as I remember, in October.
3      Q   The one that was held in Tel Aviv in
4  October, do you know what the purpose of that summit
5  was?
6      A   Figure out post TDE what's the strategy and
7  game plan.
8      Q   What was your role in the strategy and game
9  plan post TDE?
10     A   This was the switch between me and Erin.
11 Erin focused primarily leading all of the efforts until
12 the end of the TDE.  And from that point onwards, I
13 took lead and leading also in preparing for the summit.
14     Q   What did you do to prepare for the summit?
15     A   We drafted an agenda for the summit.  We
16 asked the key participants and section leads to prepare
17 materials and circulate them around.  We identified key
18 decisions that need to be made.  And then we conducted
19 the summit.
20     Q   Was somebody assigned to take notes of what
21 was said and took place at the summit?
22     A   I think Hayeon from marketing took notes.
23     Q   I'm going to hand you what's been
24 previously marked as Exhibit 128, which for the record
25 is a multi-page document entitled "TLV Summit Notes,"

## Page 154

1  bearing the Bates label KIK_00129301 through 325 --
2  326.
3      Does this appear to be the notes that
4  Ms. Kim took of the Tel Aviv summit?
5      A   Yes, it appears so.
6      Q   So focusing on the first page under day 2,
7  October 18th, unblocking development, session 7 is
8  entitled, "IPL v.2 plus KRE launch requirements as to
9  Kik Reward Engine launch requirements," right?
10     A   Yes.
11     Q   And "compliance stress test."
12     And that session looked like it was being
13 led by yourself, Tal.  What's Tal's last name?
14     A   I think it's Tal Kol.
15     Q   Do you know how to spell that?
16     A   K-o-l.  I think so.
17     Q   And Tanner Philp; is that right?
18     A   Yes.
19     Q   If we go to page --
20     A   Just to note here, this is the date that I
21 had pneumonia.  And I went to the hotel to rest.
22     Q   So you didn't participate in this?
23     A   So I have very blurry memories around the
24 -- the last two days of the summit.  Because I prepared
25 everything, and then I just collapsed.  They brought a

## Page 155

1  doctor to the offsite -- the summit itself.  Then I
2  just went to the hotel to rest.
3      Q   They brought a doctor to the offsite?
4      A   Yes.
5      Q   Did you, like, collapse or something?
6      A   I was about to collapse, yeah.
7      Q   Sorry to hear that.  If we turn to the page
8  ending in Bates label 313.
9      A   Okay.  Yes.
10     Q   The bottom half says, "Redacted."  So
11 again, this looks like this was a session that was
12 being led by you, Tal and Tanner.
13     But are you stating for the record right
14 now that you didn't actually participate in this?
15     A   I don't remember.  That's the blurry part.
16     Q   Okay.  If we turn the page to page ending
17 in Bates label 314.
18     A   Yes.
19     Q   The second main bullet says, "Discussion
20 around who we are building for."
21     Do you see that?
22     A   Yes.
23     Q   It says, "The discussion around who we are
24 building for, Kik IPL users or TDE participants."  And
25 then there is a sub-bullet that says, "Realistically,

## Page 156

1  TDE participants are not likely to become Kik users.
2  They more than likely did buy it as investment, which
3  isn't what we want for compliance and being a utility,
4  but it's the truth."
5      Did you say that?
6      A   I don't remember saying that, no.
7      Q   Do you think -- do you -- who do you think
8  said it?
9      A   I don't know.  I didn't take the notes.
10 And I'm not sure I was in the session.  I don't know.
11     Q   Does it sound like something you would say?
12     A   No.
13     Q   Did Tal say it?
14     A   I don't know.  I don't know who said it.
15     Q   Tanner?
16     A   I don't know.
17     Q   We've talked a lot today, I think, about
18 your having disagreements about -- with Mr. Livingston
19 and others about how the IPL should have taken place,
20 right?
21     A   I think the disagreements were whether or
22 not to include functionality as part of the TDE.  Once
23 it was decided, I streamlined it.  And I said, okay,
24 how can we take -- you know, extract the most value
25 coming out of it.

## Page 157

1      Q   As you're sitting here today, it's your
2  testimony that you didn't make the statements that are
3  reflected in Ms. Kim's notes on this page that we're
4  looking at right now?
5      A   I could have, but I don't remember.  I
6  don't know if I was in that session.  I don't remember.
7      Q   Is there any way that we could verify
8  whether or not you were in the session?
9      A   Maybe ask participants.
10     MR. LEASURE:  But based on your sense of
11 who was generally at this summit and the like, who do
12 you think likely was there at this session?
13     THE WITNESS:  At this session, all the
14 participants.  We didn't have parallel tracks in this
15 summit.
16     MR. LEASURE:  I apologize.  This was an
17 executive session or --
18     THE WITNESS:  No.  It was extended
19 leadership.
20     MR. LEASURE:  Extended leadership?
21     THE WITNESS:  Yes.  So it's most of the
22 executive team members; Haycon, which was VP marketing.
23 And Tanner was there.  Tal was there.  Yochai, Gadi
24 were there.
25     BY MR. MURTHA:

Page 158

```
 1        Q  Were you working on a two-sided economy
 2    focused on content based on data research in Kik Points
 3    experience after the TDE?
 4        A  Was I working on the two-sided economy?
 5    Can you repeat the question?
 6        Q  If you look at the top of 314, were you
 7    working on ways to earn?
 8        A  Yes.  As part of the IPL v.2.
 9        Q  Were you working on ways to spend as part
10    of the IPL 2?
11        A  Yes.
12        Q  Who else was working on that?
13        A  Phillip Yang.  I think other people in the
14    -- everyone was working on the MVP on IPL v.2.  Yochai,
15    Gadi, Natasha.
16        MR. MENDEL:  At the time of the October
17    conference, it's the statement in the second bullet,
18    Realistically TDE participants are not likely to become
19    Kik users, they are more than likely did buy this
20    investment.
21        Is that something that you agreed with at
22    the time?
23        THE WITNESS:  I didn't know enough about
24    the TDE participants to state that.
25        MR. LEASURE:  Did any Kik employees,
```

Page 159

```
 1    following the TDE, express that sentiment, to your
 2    knowledge?
 3        THE WITNESS:  I think, yeah, some employees
 4    at Kik were cynical, sure.
 5        MR. LEASURE:  Anyone in particular you have
 6    in mind?
 7        THE WITNESS:  No.
 8        MR. MENDEL:  Anyone you worked with at the
 9    conference, did they have that view, did they express
10    it to you one way or another around that time?
11        THE WITNESS:  The only person that stands
12    out is probably Tal from Cointree.
13        MR. LEASURE:  Who from Cointree?
14        THE WITNESS:  Tal.
15        MR. MENDEL:  Why do you think that Tal
16    would have been likely to express that view?
17        THE WITNESS:  I don't know if he expressed
18    this view.  But I am talking about -- I think your
19    question was more general.  I think there was both
20    CoinFund and Cointree especially -- sorry.  Both
21    CoinFund and Cointree expressed much more, I would say,
22    cynical views around the TDE.  That's what was one of
23    my main concerns.
24        MR. MENDEL:  You were concerned, why?  That
25    they had the more cynical view?
```

Page 160

```
 1        THE WITNESS:  Yes.
 2        MR. MENDEL:  Were you concerned because you
 3    disagreed with it, or because of the fact that they had
 4    that view caused you worry?
 5        THE WITNESS:  I think it's a combination of
 6    two things.  First, I think we didn't know enough about
 7    who participated in the TDE.  So jumping into
 8    conclusions right or wrong is just -- I don't think
 9    that's the right way to approach it.
10        The second thing is when we wrote the white
11    paper, my primary focus was on Kik Messenger users.
12    And I felt that CoinFund and Cointree, this was not at
13    their top priority.  And for me, that was a concern.
14        MR. MENDEL:  The Kik Messenger?
15        THE WITNESS:  Yes.  Kik Messenger and Kik
16    user base.
17        MR. LEASURE:  So you believe that Ms. Kim
18    took notes of this summit; is that right?
19        THE WITNESS:  Yes.
20        MR. LEASURE:  And then functionally, what
21    happens to those notes?  Are they circulated around?
22        THE WITNESS:  I think she shared it with
23    the executive team, that's for sure.  And with Tanner,
24    as well, afterwards.
25        MR. LEASURE:  So the purpose is to share
```

Page 161

```
 1    the discussion that happened in a document after the
 2    discussion?
 3        THE WITNESS:  I think it's to extract
 4    action items more than anything else.  Yes.
 5        MR. LEASURE:  Did anyone -- particularly
 6    with reference to the bullet point that we've been
 7    looking at, do you recall any subsequent discussion or
 8    objection to what was stated in that bullet point?
 9        THE WITNESS:  No.
10        BY MR. MURTHA:
11        Q  So generally, who was working on building
12    the Kin ecosystem after the TDE?
13        A  Can you define the ecosystem?  What do you
14    mean by the ecosystem?
15        Q  Who was working on the integration of Kin
16    into Kik after the ICO?
17        A  So there was another summit right after
18    this one in Waterloo, which discussed in detail the IPL
19    v.2, and who should be working on what.  There was a
20    team in Waterloo that helped that.  There was a team in
21    Toronto that worked with that.  There was a team in Tel
22    Aviv.  And the combination between them were supposed
23    to come up with the IPL v.2.
24        Q  Those were all Kik employees?
25        A  Yes.  There were -- I think also Cointree,
```

Page 162

```
 1    some of them also provided consultancy around security,
 2    and all kinds of that.
 3        Q   Did you ever deal with anyone from the Kin
 4    ecosystem foundation?
 5        A   I never had direct contact with -- what's
 6    his name, Mougayar. I don't remember his name. And
 7    there was another one. I was never in direct contact
 8    with them. And I don't know if there were Kik
 9    employees that were also on the Kin foundation or not.
10    I don't know.
11        Q   Did you ever do work for the Kin
12    foundation?
13        A   No.
14           MR. MITCHELL: Did you ever record your
15    time while you worked at Kik to record what kind of
16    projects you were working on, how many hours a day, on
17    what kind of projects?
18           THE WITNESS: No.
19           MR. MITCHELL: Did you ever record your
20    time so that Kik could bill somebody else for the work
21    that you were doing?
22           THE WITNESS: Absolutely, no. The only
23    thing is for -- it's not my time, it's the engineering
24    time, for tax purposes within Canada. I don't
25    remember. What's the name, SRED? I'm not familiar.
```

Page 163

```
 1           MR. MITCHELL: There's some Canadian tax
 2    law?
 3           THE WITNESS: Yes.
 4           MR. MITCHELL: So your group recorded what
 5    engineers were doing in order to have documents for
 6    that tax purposes?
 7           THE WITNESS: Yes.
 8           MR. MITCHELL: Other than that, did you
 9    ever record your time so that Kik could bill somebody
10    else?
11           THE WITNESS: No.
12           MR. MITCHELL: Did you ever hear of anybody
13    at Kik recording your time so that Kik could bill
14    somebody else --
15           THE WITNESS: No.
16           MR. MITCHELL: Did you ever work on the
17    issue of recruiting partners to the Kin ecosystem?
18           THE WITNESS: I never engaged with any
19    external partners. The only thing that, if I got an
20    e-mail from someone that could be relevant, I then
21    forwarded it to Dany Fishel, the head of partnerships.
22           MR. MITCHELL: Earlier, you had answered
23    some questions about the people at Kik who were working
24    to integrate the Kin token into the Kik app.
25           Do you remember that?
```

Page 164

```
 1           THE WITNESS: Yes.
 2           MR. MITCHELL: Was there anyone who didn't
 3    work for Kik who was working to integrate the Kin token
 4    into the Kik app?
 5           THE WITNESS: If you talk about the
 6    infrastructure layer around the blockchain and the
 7    ERC-20, I think there were some people in Cointree that
 8    helped.
 9           MR. MITCHELL: Those were consultants
10    working for Kik?
11           THE WITNESS: Yes. As far as I know. I
12    don't know the business terms.
13           MR. MITCHELL: Other than people who worked
14    for Kik or Cointree, are you aware of anybody who
15    started to work to change the Kik app so that people
16    could use Kin tokens inside it?
17           THE WITNESS: No.
18           MR. MITCHELL: Could someone just out in
19    the world make changes to the Kik messaging app?
20           THE WITNESS: Yes.
21           MR. MITCHELL: Just a random person in the
22    world can just make changes in the app?
23           THE WITNESS: It's not random persons.
24    It's part of the way -- this is a very historical thing
25    about Kik. There are certain -- I don't know if you
```

Page 165

```
 1    call them developers or a spammers that have access to
 2    some of the code base. They could have integrated Kin
 3    into Kik. Could have been. Hypothetical.
 4           MR. MITCHELL: That's a hypothetical?
 5           THE WITNESS: Of course.
 6           MR. MITCHELL: Are you aware of any of them
 7    making that effort?
 8           THE WITNESS: No.
 9           MR. MITCHELL: Do you remember talking to
10    anyone at Kik about encouraging them to do that?
11           THE WITNESS: No.
12           MR. MITCHELL: Do you remember anyone at
13    Kik raising the idea, you know, hey, why don't we let
14    people from outside the company just change the Kik
15    messaging app so that people could use Kin tokens?
16           THE WITNESS: There were discussions around
17    the bot. That, I think, that falls into the finish of
18    what it means to change the Kik app or not. Is a bot
19    part of the app, I think it's a definition we can
20    discuss. If so, there were definitely thoughts about
21    how we can integrate Kin into Kik via external parties
22    developing bots.
23           MR. MITCHELL: Were you involved in that at
24    all?
25           THE WITNESS: Yes.
```

Page 166

1      MR. MITCHELL: Tell me about that.
2      THE WITNESS: The Toronto office -- at that
3   time, the Toronto office was primarily focused on the
4   bots platform. When they started building their road
5   map, part of that was also better identifying what are
6   the needs and how we can persuade potential developers
7   to develop bots that are relevant for Kik by leveraging
8   Kin.
9      MR. MITCHELL: Kik would be trying to
10  persuade the developers to do that?
11     THE WITNESS: Yes.
12     MR. MITCHELL: The developers, can they
13  just unilaterally put in any bot they want into the Kik
14  app?
15     THE WITNESS: No.
16     MR. MITCHELL: Kik actually approves what
17  bot goes in, right?
18     THE WITNESS: Yes.
19     MR. MITCHELL: Kik has the final authority
20  of it?
21     THE WITNESS: Yes. But at that time, if a
22  bot developer already had a bot on Kik, they could have
23  submitted changes to the bot without any approval from
24  Kik.
25     MR. MITCHELL: And in the -- could Kik have

Page 167

1   -- did Kik have a process of watching new bots as they
2   were revised? Did Kik review the bots as they were
3   revised?
4      THE WITNESS: Not all of the bots, no.
5      MR. MITCHELL: Are you aware of anyone
6   revising a bot so that people could conduct
7   transactions using Kin tokens?
8      THE WITNESS: None I'm not aware of.
9   BY MR. MURTHA:
10     Q   Earlier, we were talking about a series of
11  summits. And there were three of them, right?
12     A   Yes.
13     Q   We were talking about an October one that
14  took place in Tel Aviv, right?
15     A   Yes.
16     Q   In which you got sick, right?
17     A   Yes.
18     Q   Who was at that summit?
19     A   Ted Livingston, Dany Fishel, Hayeon Kim,
20  Eileen -- I don't remember her last name -- Peter,
21  Tanner Philp, Yochai, Gadi, Natasha. And then some
22  representatives from Cointree as well. Tal was there.
23  I think Oded as well. And Leonid.
24     Q   Had Kik bought Cointree at some point or
25  taken ownership of them?

Page 168

1      A   I don't know the business terms. I know
2   that there was, like, either an acquihire or not, or
3   something of the sort. And then they also invested in
4   the Orbs project. But I don't know the details.
5      Q   Other than the two Cointree employees that
6   you mentioned, were the only people in attendance at
7   the Tel Aviv October summit Kik employees?
8      A   I mentioned three Cointree employees, not
9   two.
10     Q   Okay. Anyone else?
11     A   I can look through the notes to see if
12  anyone else was mentioned.
13     Q   While you're looking, do you have a
14  recollection of anybody other than Cointree employees
15  or Kik employees who attended the summit? Would
16  anybody else have a reason to?
17     A   No.
18     Q   So then, going back to --
19     A   I don't see anyone else.
20     Q   So going back to page ending in Bates 314.
21  It says, "Realistically, TDE participants are not
22  likely to become Kik users. They more than likely did
23  buy it as investment, which isn't what we want for
24  compliance and being a utility, but it's the truth."
25     Could that statement be attributed both to

Page 169

1   anyone other than a Kik employee or a Cointree
2   employee?
3      A   I don't think so.
4      Q   Thank you. Why did you leave Kik?
5      A   I did not leave. I was escorted out of the
6   company. I was fired.
7      Q   Can you tell me what happened?
8      A   Ted Livingston, the CEO, approached me. I
9   think it was the beginning of December. I was working
10  out of the Toronto office. And I onboarded a new VP
11  product in Tel Aviv that flew in to Toronto. And he
12  called me upstairs. And he came to me and said, Eran,
13  this is not working out, and I'd like to work on a
14  separation agreement and for you to leave the company.
15     And the broader context to that is things
16  that I mentioned earlier today -- is I think the big
17  differences of opinion and world views on how to build
18  products. I'm much more fact based, research oriented,
19  in my approach and iterative. I think Ted is much less
20  so. I am also much more direct in my approach in my
21  communication style.
22     Ted is a very indirect person under his
23  mode of communications. I think that was also one of
24  the stated reasons, that I was too direct. The third,
25  two or three weeks prior to that, for him to come into

Page 170

1    Toronto, he came to me and offered me a change in the
2    Orbs design.
3        At that point in time, I was the chief
4    product officer. He said he wants to split into two
5    business units. One, I would head that business unit
6    and manage Tel Aviv.
7        And the second was to be a business unit in
8    Waterloo and Toronto that would be headed by someone
9    else named Mike Roberts.
10       And I told him that I think
11   that because the work in Tel Aviv is dependent on the
12   work that should be done in Toronto and Waterloo, I
13   have serious doubts about me being successful in this
14   new role.
15       In addition to that, I told him the primary
16   reason I moved to Canada was not to work with Israel,
17   but to work with the Canadian office. And after seven
18   months of traveling back and forth and living on
19   planes, I said it's enough for me.
20       So then three weeks later, he said, okay,
21   it's not working, and we should depart.
22   Q   You mentioned that one of the primary
23   differences between you and Ted is that you're more of
24   a direct speaker, and he's more of an indirect speaker.
25       When you say that you're a direct speaker,

Page 171

1    do you have a tendency to say things that maybe others
2    are afraid to say to people like Ted Livingston?
3    A   Sure. Yes.
4    Q   When you got called up to his office, was
5    the conversation confrontational in tone, or was it
6    levelheaded, was it an emotional experience?
7    A   First of all, it wasn't in an office. It
8    was just outside the Mars building where Ted was
9    waiting outside. He handed me a note. And I was very
10   surprised, given that I just moved to Canada. I did not
11   react emotionally at all. I said, okay. Let me digest
12   this. Thank you.
13       I told him I want to make sure that I can
14   end the academic year here in Canada with my kids. And
15   he said, you have my word. And then we departed.
16   Q   Did you consult with any employment
17   attorneys after that?
18   A   Yes.
19   Q   Did you threaten to sue Kik in any way for
20   the employment relationship?
21   A   No.
22   Q   Why did you consult -- without -- forget
23   that.
24       Are you a party to any separation or
25   employment agreements with Kik currently?

Page 172

1    A   No. It's already over.
2    Q   It's over?
3    A   Yes.
4    Q   But you were engaged in one?
5    A   Yes. As part of my -- before moving to
6    Canada, I asked for a -- some sort of confidence on
7    behalf of the company that if any end case, or
8    something goes wrong, I have the financial backing to
9    keep the same level of, you know, quality of life for
10   my family until the end of the school year. And once
11   Kik -- you know, I wasn't very familiar with the
12   employment agreements in Canada because I'm not
13   Canadian. I'm Israeli.
14       That's why I consulted with the employment
15   lawyer. And once they said, yeah, we're -- everything
16   that was promised, we're also going to deliver, that
17   was fine.
18   Q   How much were you making for a salary
19   toward the end of your employment with Kik?
20   A   I was making 345,000 Canadian dollars per
21   year.
22       MR. MURTHA: Let's go off the record at
23   3:19.
24       (A brief recess was taken.)
25       THE VIDEOGRAPHER: Back on the record at

Page 173

1    3:28 p.m.
2        BY MR. MURTHA:
3    Q   On the record at 3:28 p.m. after a short
4    break during which you had no substantive conversations
5    about this investigation with the SEC staff; is that
6    right?
7    A   Yes.
8    Q   Thank you.
9        MR. MENDEL: I think this morning -- and
10   please tell me if you think I'm not characterizing this
11   correctly -- but you were talking about your
12   responsibilities as chief product officer. And I think
13   what you said was after Ted Livingston made the
14   decision to focus on stickers as functionality, your
15   responsibilities, along with those of Mr. Simons',
16   shifted to focus on the rest of the business, not the
17   crypto stuff.
18       And then you spent maybe 5 to 10 percent
19   of your time on working on the launch for the ICO.
20       Do I have that right?
21       THE WITNESS: No.
22       MR. MENDEL: Can you then describe your
23   responsibilities as chief product officer sort of
24   through the time that the decision was made to
25   incorporate what Mr. Livingston thought was

Page 174

1  functionality into the token distribution event?
2      THE WITNESS: Yes. I would say two things.
3  One is from the moment that the TDE was conceived as
4  this is the course of action for the company, I,
5  generally speaking, focused 5 or 10 percent of my time
6  on anything related to that. There were two peaks in
7  time. One was around the IPL. The second was around
8  the white paper, which I participated in that summit,
9  and in terms of my -- how much time I invested in that.
10  And that were -- peaks of investment in terms of time
11  around the TDE.
12      Around the decision -- once the decision
13  was made that part of the TDE were also going to launch
14  functionality, I was part of those discussions in terms
15  of time.
16      And again, attorney-client privilege, I can't
17  go into detail with that. But that was the outcome
18  coming out of those sessions, that we need to launch
19  functionality with that.
20      It took me a while to come to terms with
21  that. Then the definition of what exactly you intend
22  to launch was defined with Ted Livingston. And then
23  the operational piece of making sure that it actually
24  launches was undermined to me.
25      MR. MENDEL: So then, once the decision was

Page 175

1  made to incorporate the functionality, what percentage
2  of your time were you spending on the ICO?
3      THE WITNESS: Around 5 to 10 percent of my
4  time.
5      MR. MENDEL: Who was responsible for
6  actually implementing the -- developing the product
7  that would be used?
8      THE WITNESS: That was -- are you asking
9  about the executive ownership or who actually did the
10  work?
11      MR. MENDEL: Both.
12      THE WITNESS: I think it fell under my
13  domain in terms of executive ownership as it
14  assigned to me by Ted, the CEO. And in terms of the
15  team working on it, it started off by Jairaj working
16  directly with Ted for a certain point in time. And
17  then transferred from Jairaj to the team in Tel Aviv on
18  building the additional functionality that is needed.
19      MR. MENDEL: And when, in your mind, was
20  the decision made to incorporate functionality?
21      THE WITNESS: Very early. Prior to that
22  document that you showed me between Jairaj and Ted.
23  Prior to that, the decision to incorporate
24  functionality.
25      MR. MENDEL: When you say it took you a

Page 176

1  while to come to terms with it, about how long do you
2  think that took before you were on board?
3      THE WITNESS: I don't know. A few weeks.
4      MR. MENDEL: Is there anybody else who was
5  involved in developing the product for the launch that
6  you haven't mentioned?
7      THE WITNESS: There were engineers working
8  on the code in Tel Aviv, which I haven't mentioned
9  their names.
10      But they reported to either Yochai or
11  Gadi, the two individuals that I did mention.
12      MR. MENDEL: Was Mr. Simons involved?
13      THE WITNESS: In the IPL itself?
14      MR. MENDEL: Yes.
15      THE WITNESS: Indirectly, I think.
16      MR. MENDEL: Did you consciously avoid
17  having involvement in the project?
18      THE WITNESS: No.
19      BY MR. MURTHA:
20  Q  Where do you work now?
21  A  I work for Top Hat.
22  Q  What do you do there?
23  A  Chief product officer.
24      MR. LEASURE: What are they?
25      THE WITNESS: In the education technology

Page 177

1  space.
2      They provide solutions for professors when they
3  teach in classrooms.
4      MR. LEASURE: Nothing to do with crypto?
5      THE WITNESS: Absolutely, no.
6      BY MR. MURTHA:
7  Q  Were you paid any sort of compensation by
8  Kik to appear here today?
9  A  No.
10  Q  Did you tell anyone that you were coming to
11  testify today?
12  A  Yes.
13  Q  Who did you tell?
14  A  My wife.
15  Q  Anybody else?
16  A  My brother.
17  Q  Anyone else?
18  A  No.
19  Q  Have you had discussions with anyone at Kik
20  about their testimony?
21  A  No.
22  Q  Have you spoken to anyone who you worked
23  with at Kik in the last three months?
24  A  Yes.
25  Q  Tell me about that.

## Page 178

1　　A　I spoke with Dany. We are friends, so I
2　asked him how is he doing. I met Peter Heinke for
3　lunch. He came to Toronto, so we had lunch together,
4　which was nice. I am trying to help one of the Kik
5　employees in their career progression, which is Eric.
6　He is a product manager. And yeah, I think that's
7　about it.
8　　Q　When you had lunch with Mr. Heinke, did you
9　talk about the SEC's investigation?
10　　A　No.
11　　Q　What about when you had phone calls or
12　other communications with Mr. Fishel, have you talked
13　about the SEC's investigation?
14　　A　I did send him a message that I was
15　subpoenaed by the SEC. But we didn't talk about it,
16　no.
17　　Q　Did anyone tell you what you should say
18　during your testimony today?
19　　A　No.
20　　Q　Did you tell anyone what they should say if
21　they were called to testify in front of the SEC?
22　　A　No.
23　　Q　At this time, we always offer the witness
24　an opportunity to clarify anything they previously told
25　us or to provide us with any additional information

## Page 179

1　that you think might be helpful to us.
2　　Is there anything you would like to clarify
3　or add to your testimony today?
4　　A　No.
5　　MR. MURTHA: And of course, Counsel, at
6　this time, you now have the opportunity to ask any
7　follow-up questions that you might have.
8　　MR. GIBBS: We have no questions.
9　　MR. MURTHA: We have no further questions
10　at this time. Should we need to speak with you again,
11　we'll be in contact with your lawyer.
12　　We're off the record at 3:36 p.m.
13　　(Whereupon, at 3:36 p.m., the examination
14　was concluded.)
15　　　　* * * * *
16
17
18
19
20
21
22
23
24
25

## Page 180

1　　　　PROOFREADER'S CERTIFICATE
2
3　In the Matter of: KIK INTERACTIVE
4　Witness:　　Eran Ben-Ari
5　File Number:　　HO-13388-A
6　Date:　　Tuesday, October 23, 2018
7　Location:　　Washington, D.C.
8
9　　　This is to certify that I, Christine Boyce,
10　(the undersigned) do hereby certify that the foregoing
11　transcript is a complete, true and accurate transcription
12　of all matters contained on the recorded proceedings
13　of the investigative testimony.
14
15
16　_____　　_____
17　(Proofreader's Name)　　　(Date)
18
19
20
21
22
23
24
25

## Page 181

1　　　　REPORTER'S CERTIFICATE
2
3　　　I, Melinda Johnson, CSR, reporter, hereby
4　certify that the foregoing transcript is a
5　complete, true and accurate transcript of the testimony
6　indicated, held on Tuesday, October 23, 2018, at
7　Washington, D.C. in the matter of: Kik Interactive.
8
9　　　I further certify that this proceeding was
10　recorded by me, and that the foregoing transcript has
11　been prepared under my direction.
12
13　　Date:_____
14　Official Reporter:_____
15　Diversified Reporting Services, Inc.
16
17
18
19
20
21
22
23
24
25