# SEC44

| | |
|---|---|
| From: | Kin by Kik [kin=kik.com@mail181.suw14.mcdlv.net] |
| on behalf of | Kin by Kik [kin@kik.com] |
| Sent: | 6/1/2017 9:09:27 AM |
| To: | dan@panteracapital.com |
| Subject: | Thanks for your interest in Kin! |

Thanks for your interest in Kin!                                          View this email in your browser



It's been an exciting week!

Thanks again for your interest in Kin and for signing up to receive updates from our team. We'll be back in touch over the coming weeks with more details on the product, registration process and token event.

In the meantime, we'd love you to join the conversation on our Slack channel here: http://slack.kinfoundation.com/.

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY PANTERA CAPITAL MANAGEMENT LP

PANT-000000051

The community is also actively connecting and discussing Kin on Reddit, Twitter and Medium -- we invite you to check out those channels as well, and look forward to your feedback, comments and questions.

Thanks again for your continued interest and support of Kin!

Best,
The Kin Team

Copyright © 2017 Kin by Kik, All rights reserved.
Thanks for pre-registering for a Kin token on kin.kik.com!

Our mailing address is:
Kin by Kik
420 Weber Street North
Suite I
Waterloo, Ontario N2L 4E7
Canada

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list