# SEC45-A

File Produced in Native Format