# SEC45-B

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )   File No. HO-13388-A
KIK INTERACTIVE              )

SUBJECT:   Kin Fireside Chat at TechCrunch Shenzhen
PAGES:     1 through 29

AUDIO TRANSCRIPTION

Diversified Reporting Services, Inc.
(202) 467-9200

Page 2

1     PROCEEDINGS
2         Tuesday, June 20, 2017
3         ANNOUNCER: (Speaks in Chinese.) (In English):
4  So, our next guest is the founder and CEO of Kik. He
5  will be talking about their latest take on cryptocurrency
6  and ICO. That is, initial coin offering. So, let's
7  welcome Ted Livingston, and our moderator Jon Russell
8  from TechCrunch.
9         JON RUSSELL: Hey, Ted.
10        TED LIVINGSTON: Hey. How's it going?
11        JON RUSSELL: How are you doing?
12        TED LIVINGSTON: I am pretty good. I'm excited
13  to be here.
14        JON RUSSELL: What are you doing here in China?
15        TED LIVINGSTON: (Laughs). I'm here to talk to
16  you.
17        JON RUSSELL: Okay, okay. So the last time
18  that we spoke on stage was in the US. 18 months ago,
19  right?
20        TED LIVINGSTON: Yes.
21        JON RUSSELL: So, what's been going on with
22  you? What's new with you? In fact, let's just start,
23  actually -- because the audience might not know what --
24  what Kik is. So let's tell the audience what Kik
25  actually is.

Page 3

1         TED LIVINGSTON: Yeah. So, Kik is one of the
2  largest chat apps in the United States. We're, like, a
3  top 100 app overall free. And the reason people really
4  like Kik is not so much as, like, a chat utility, a way
5  to replace SMS; but it's more a chat community. So it's
6  a place to go hang out with your friends and also make
7  new friends.
8         And just, like, a little interesting anecdote
9  -- so we launched Kik in 2010, and it went viral: zero to
10 a million users in 15 days, a million to 2 million users
11 in seven days. And it actually went viral through China
12 as well. And a couple years later the New York Times
13 asked Tencent, you know, hey, you guys, you guys launched
14 Wei Xin, but you already had QQ. Like, how did you know
15 to launch Wei Xin when you already had a messenger? And
16 they actually said, it's when we saw Kik go viral in
17 China in 2010 that we decided we needed our own mobile-
18 first messenger.
19        JON RUSSELL: So, basically, Tencent copied
20 your app, is what you're saying?
21        TED LIVINGSTON: I didn't say that.
22        JON RUSSELL: (Laughs).
23        TED LIVINGSTON: (Laughs).
24        JON RUSSELL: Well, the reason why Ted is
25 probably not going to say that is because Tencent

Page 4

1  actually is an investor in your -- in your company,
2  right? So you've gone from being, like, cloned to being
3  part of the -- part of the Tencent family, I guess,
4  right?
5         TED LIVINGSTON: Yeah. So, Tencent invested,
6  about a year and a half ago, $50 million into Kik at a
7  billion dollar valuation, which was pretty cool.
8         JON RUSSELL: Unicorn.
9         TED LIVINGSTON: Yeah, Unicorn.
10        JON RUSSELL: Tech Unicorn.
11        TED LIVINGSTON: Just barely. Barely. And I
12 think the reason that we were excited about it, and they
13 were excited about it is, we had both -- we've gotten to
14 know each other over the years. You know, there was only
15 a few companies that were sort of on the cutting edge of
16 chat, and we had both taken different strategies, but had
17 converged on official accounts and bots as the killer way
18 to deliver a platform through chat.
19        And so we were excited about that, and they
20 were excited about that, and that's where they said, you
21 know what, we'd love to help you guys take on these big
22 companies in the Western world. You know, we've learned
23 a lot. We also have the capital. So, what do you think
24 about a $50 million investment? And we were really
25 excited about that.

Page 5

1         JON RUSSELL: And you said, can we do a
2  unicorn? And they were like, sure, right? Is that how
3  that happened?
4         TED LIVINGSTON: Yeah. It's as easy as that.
5         JON RUSSELL: Billion dollar --
6         TED LIVINGSTON: As easy as that.
7         JON RUSSELL: That easy. So I think before we
8  get into the ICO part of it, I'm just kind of curious to
9  talk to you -- and we've been around the show, and you
10 were, like, scanning some codes here and there, and
11 trying things out. As a company that's not -- that's not
12 based here, but obviously you have an investor here, and
13 you're looking at the -- at the -- trends that are
14 happening here, how is it that you -- that you take
15 what's working here and you actually bring it back, you
16 know, to your office, and you build it into your -- into
17 the -- the -- the products that you have?
18        What's the actual process? I mean, do you have
19 a team that comes out here a lot? Do you -- do you talk
20 to Tencent a lot? Do you personally come out here a lot?
21        TED LIVINGSTON: So, I come out here a decent
22 amount, but I think the thing that gets us really excited
23 about China, and really excited about Wei Xin and WeChat
24 is just the potential for chat to become the central hub
25 of daily life. That's been the vision of Kik since day

2 (Pages 2 to 5)

Page 6

1  one. We were the first chat app in the world, actually,
2  mobile chat app, to become a platform, launch a set of
3  native API's back in 2011. Then we had a web platform,
4  and now the bot platform.
5       And we always had this vision that one day
6  you'd be able to walk around and just scan anything, and
7  then right away, be able to interact and transact with
8  that thing, whether it's a restaurant, or renting a bike,
9  or, you know, battery charging. And so that's always
10  been our vision, and I actually wrote a post in 2014
11  called, "The Race to be the WeChat of the West." And
12  that's really when Tenent came in and decided to invest.
13  And so, I think for us, you know, Tencent's just an
14  inspiration --
15       JON RUSSELL: Now, wait, hang on. They -- they
16  invested in you because you wrote a post that said, "the
17  WeChat of the West," is that -- I mean, it's literally
18  that easy, right?
19       TED LIVINGSTON: It was a $50 million post.
20  They loved it. Now, I -- I think --
21       JON RUSSELL: Billion dollar value post,
22  actually.
23       TED LIVINGSTON: I think the cool thing was, it
24  was just us saying, listen -- trying to explain to the
25  Western audience very early just how important what was

Page 7

1  happening in China was, and just how important that would
2  one day be to the rest of the world.
3       JON RUSSELL: But I mean -- I mean, how do you
4  get that intel? Do you have to come over here? You have
5  to send teams here? Is it just from Tencent? Is it
6  reading, you know, Tech Crunch, perhaps, as well? Like,
7  where do you get that intel from?
8       TED LIVINGSTON: I think part of it is our own
9  vision of where the future is going. You know, we've
10  been in chat for eight and a half years now. I recently
11  turned 30. I was 22 when I started Kik.
12       JON RUSSELL: Ancient.
13       TED LIVINGSTON: Ancient now. Yeah, I'm
14  officially a middle-aged entrepreneur apparently, my
15  brother tells me. But I think, like, when we come and
16  meet with WeChat, it's really about, they've had a lot of
17  experience here, they've had a huge success. And it's
18  really about learning, you know, how did you do this
19  feature, or how did you get this type of service going?
20  And they've been super helpful with that. You know, you
21  can get on the call, and you can talk to people who have
22  thought about chat just as much as you, or, you know,
23  more, obviously, in certain places. And that's been
24  really helpful.
25       JON RUSSELL: One thing we haven't done is ICO,

Page 8

1  right? So -- so just tell us, like, what actually is an
2  ICO?
3       TED LIVINGSTON: So, an ICO -- initial coin
4  offering -- or as we call it, a token distribution event
5  -- the thing that's really exciting about it is, it's a
6  fundamentally new way to monetize the consumer community.
7       JON RUSSELL: Can -- can you explain it in more
8  -- in more basic terms? Like, what -- I mean, what
9  actually is it? Without going into, like, the -- the
10  theories and kind of big terms --
11       TED LIVINGSTON: So, I think -- like, a token
12  distribution event at its most basic level is a way to
13  raise funding.
14       JON RUSSELL: Right. Okay.
15       TED LIVINGSTON: So it's a way to get money
16  into a company. But I think --
17       JON RUSSELL: Does that -- does that mean that
18  you're doing it because you can't get money from
19  investors?
20       TED LIVINGSTON: No. I think it's actually
21  beautiful. So we've raised $120 million from investors
22  over the years --
23       JON RUSSELL: Right.
24       TED LIVINGSTON: But I think what's exciting
25  about a cryptocurrency is, for us, it's been very hard to

Page 9

1  monetize in the Western world. You know, we're competing
2  with these big companies that have huge scale, and so do
3  all their monetization through advertising. We don't
4  have the scale or the data to be able to compete with
5  them for that. And then they go ahead and give
6  everything else away for free.
7       JON RUSSELL: So you're talking about which
8  company here?
9       TED LIVINGSTON: Well, I'm sure you could
10  guess. You know, there's one --
11       JON RUSSELL: Begins with an F, right?
12       TED LIVINGSTON: Yeah.
13       JON RUSSELL: Facebook, maybe?
14       TED LIVINGSTON: Yeah --
15       JON RUSSELL: Okay.
16       TED LIVINGSTON: So -- and, so for us, like, a
17  cryptocurrency says, hey, instead of building a community
18  to try to sell their attention to advertisers -- instead
19  of building a community to try to sell them virtual or
20  physical goods, what if you -- instead, you just built a
21  community to bring a community together; to bring people
22  together to provide value to each other?
23       So maybe now, as a customer on Kik, you could
24  get paid for hosting a great group chat, and then you
25  could pay to join a great group chat. You could create

SEC-KIK-LIT-E-0000033

Page 10

1   and sell a great sticker, and then you could buy a great
2   sticker. Could we really turn Kik into an economy? And
3   if we could do that, and we could base it on a
4   cryptocurrency by setting some of that cryptocurrency
5   aside for ourselves, as the value of that cryptocurrency
6   grew, the value of our -- in this case, 30 percent of the
7   cryptocurrency -- would grow, and it would be a
8   fundamentally new way to monetize the consumer company.
9       JON RUSSELL: Okay. That sounds good. So --
10  so how do I get into the ICO? If I wanted to -- I mean
11  -- I mean, I'm not going to buy it, obviously, because
12  that would be a bit weird if I bought it. But, I mean,
13  how would anybody else in -- in the audience get into the
14  ICO?
15      TED LIVINGSTON: So, we're going to sell 10
16  percent, and the cryptocurrency is called Kin. And I can
17  explain that later.
18      JON RUSSELL: Kin, okay.
19      TED LIVINGSTON: Kin, K-i-n. Which really
20  comes from this idea of, like, fellowship and family, and
21  all working together. And that's the bigger vision of
22  this cryptocurrency, is, we're going to use Kik to launch
23  it, but one day we want it to expand beyond Kik, and to
24  thousands, if not ten thousand -- tens of thousands of
25  other digital services.

Page 11

1       And so we're going to be selling 10 percent of
2   all Kin that will ever exist later this summer, and so
3   there'll be a presale component to that, which is pretty
4   much done. And then there'll also be a public token
5   distribution event as well.
6       JON RUSSELL: So, there have been some crazy
7   things, like, one company raised $35 million in a minute
8   -- or, no, no, under a minute, right? One company last
9   week raised $150 million -- I mean, how much are you
10  trying to raise? What's the target that you need at this
11  point?
12      TED LIVINGSTON: We're going to be announcing
13  that later this summer.
14      JON RUSSELL: You mean you can't say now on
15  stage, in front of --
16      TED LIVINGSTON: I can't -- I can't say now on
17  stage --
18      JON RUSSELL: -- an audience of people who
19  want to know?
20      TED LIVINGSTON: I think the key thing we're
21  trying to figure out is, what is the right amount of
22  money? Because I think the really exciting thing about
23  Kik, the messenger, and Kin, is that, by creating Kin,
24  this new cryptocurrency, and integrating it into Kik, a
25  service with millions and millions of monthly active

Page 12

1   users, Kin will automatically on day one become the most
2   used cryptocurrency in the world.
3       And people are really excited about that.
4   People say, you know, I'd love to buy a bunch of Kin,
5   because it's going to be the most used cryptocurrency in
6   the world. But we really want to make sure that we're
7   being responsible; we're not being greedy, and so we are
8   going to do a capped fund raise, which means we only take
9   in so much. But we also want to do it in a fair way, so
10  whoever wants to buy into it can get a chance to do that.
11  And that's been a real problem with recent ICO's.
12      JON RUSSELL: Yeah -- no, right, it has been a
13  real problem. And I guess though, like -- so, you -- you
14  read these tweets and these headlines saying, like, well,
15  you can raise $100 million in, like, two minutes, or
16  whatever. Like, is it easier to do an ICO? Or is it
17  easier to raise money from investors, do you think?
18      TED LIVINGSTON: The way I think about ICO's
19  right now is, it's very similar to the .com era. You
20  know, when the .com --
21      JON RUSSELL: That didn't -- that didn't go
22  good, right? The .com era --
23      TED LIVINGSTON: So, this -- (Laughs). I don't
24  know, you -- like, we should go ask the founders of
25  Google and Amazon the .com era went.

Page 13

1       JON RUSSELL: All right, okay, okay. Some of
2   them did okay.
3       TED LIVINGSTON: You know, the reason I say
4   it's like the .com era is, you know, the late 90s, there
5   was a bunch of excitement, people made a bunch of money,
6   people lost a bunch of money, but Amazon and Google came
7   out of it. And I think we'll see something very similar
8   with this cryptocurrency market, is, you know, there's a
9   lot of excitement, and there is -- people are making a
10  lot of money, and they are.
11      But at some point people will lose a lot of
12  money. And we've already seen a couple crashes in the
13  history of Bitcoin. But at the end of the day, I think
14  we're going to see organizations the size of Google and
15  Amazon, if not bigger, come out of it.
16      JON RUSSELL: I mean, so, the whole -- the
17  whole process, right -- so everybody thinks an ICO is
18  over very, very quickly, right? It's, like, a day, or
19  five minutes, or whatever. But, I mean, what kind of --
20  what kind of planning, you know, goes into that?
21  Because, I mean, I -- I can imagine that it -- it takes a
22  long time, right? It takes months and months of
23  preparation. You have to meet people before you actually
24  do it, right? So you've got to make sure you get
25  investors who are going to put, you know, big amounts of

4 (Pages 10 to 13)

Page 14

1  money in, too, right?
2         So, what -- maybe you can kind of -- I think
3  that you're sort of going through that -- that process
4  now. Can you -- can you give us some insight into --
5  into how long it's taken to actually -- actually plan
6  this, and what you had to actually do?
7         TED LIVINGSTON: Just like the .com, I think
8  the preparation is, you know, there's a wide range -- a
9  wide spectrum. You know, some people just have an idea;
10 they're announcing an ICO, and they're going for it --
11        JON RUSSELL: Those are the dodgy guys, though,
12 right? Those are the guys you --
13        TED LIVINGSTON: Yeah, and there's a lot --
14        JON RUSSELL: -- don't put your money in.
15        TED LIVINGSTON: There's a lot of those. And
16 you're like, no --
17        JON RUSSELL: Right.
18        TED LIVINGSTON: I'm not going to buy that
19 token.
20        JON RUSSELL: So what have you been doing,
21 though? Like, I mean -- I mean, at what point did this
22 idea come to you?
23        TED LIVINGSTON: So, this is actually something
24 we and thinking about, believe it or not, since 2011,
25 when we first saw Bitcoin, and we realized that for the

Page 15

1  first time ever, it was a technology that guarantee the
2  scarcity of a digital asset. So you could have a digital
3  asset, which meant it was really easy to move around, but
4  you could also guarantee that once it was created, there
5  would never be any more.
6         And so we realized, wow, this could be a new
7  way to monetize a business. And so we wanted to see if
8  we could actually make that work. And that's when we
9  launched Kik Points, as you remember, in 2014, which is,
10 hey, if we -- could we create a digital currency, and
11 could we get millions and millions of people earning and
12 spending in this new digital currency?
13        And so with Kik Points, we were able to do
14 that. We got millions and millions of people earning and
15 spending in Kik Points, and doing hundreds of thousands,
16 if not millions of transactions per day. On average,
17 more than three times the number of global Bitcoin
18 transactions would happen on Kik Points. And that's
19 really, I think, the thing that people are excited about,
20 is, not just, do we have all these users? Yes, we do.
21 But we've also proven that we can build an economy inside
22 Kik in the way that no other application has been able to
23 demonstrate.
24        JON RUSSELL: So, there was no moment where you
25 saw, you know, some random company go out there and

Page 16

1  raise, like, $50 million US, and you were like, damn, we
2  could -- we could easily do that? It was more like a
3  longer-term plan?
4         TED LIVINGSTON: This is an idea we've been
5  thinking about and working towards for a very long time.
6         JON RUSSELL: Hang on. But -- but you don't
7  own any -- any Bitcoin, right? Did you ever buy any
8  Bitcoin?
9         TED LIVINGSTON: I didn't buy Bitcoin.
10        JON RUSSELL: So you -- you knew about this for
11 how many years? Six years? And you never bought any
12 Bitcoin? Really?
13        TED LIVINGSTON: So, I -- it's very hard for me
14 to buy something that I view as imperfect, or to hedge my
15 bet. I was actually at a small Bitcoin conference back
16 in January 2012, with, you know, Gavin, the lead
17 contributor on the Bitcoin, as a developer, you know, a
18 few other Bitcoin developers, a few VC's, and I think I
19 was the 13th person there. Like, it was a very small
20 event.
21        And what I said was, Bitcoin on one side is
22 this amazing innovation in technology -- you know,
23 guaranteed the scarcity of a digital asset. But on the
24 other side, it's fundamentally flawed in that --
25        JON RUSSELL: I bet they liked you for that,

Page 17

1  right?
2         TED LIVINGSTON: No, they -- they agreed. They
3  agreed.
4         JON RUSSELL: Oh, they did?
5         TED LIVINGSTON: So I said, listen, why would
6  anybody buy something in Bitcoin? It doesn't make any
7  sense to me. You know, I get paid in US dollars or RMB.
8  I've got to -- I've got to convert that to Bitcoin.
9         JON RUSSELL: Sure, yeah. Yeah.
10        TED LIVINGSTON: So then I buy something in
11 Bitcoin --
12        JON RUSSELL: Yeah.
13        TED LIVINGSTON: Then they've got to convert it
14 back to US dollars or RMB to pay their employees. Why
15 don't we just stay in US dollars or RMB? It makes no
16 sense. And so that's what we said, is, we need to figure
17 out a way to get millions of people earning natively in a
18 cryptocurrency. And if we could do that, we could change
19 the world.
20        JON RUSSELL: And now's the time, huh?
21        TED LIVINGSTON: Now is the time.
22        JON RUSSELL: So what -- I mean, if you're --
23 if you're pitching developers, how do you condense that
24 pitch? Because it's quite -- it's quite hard, because
25 it's not saying that -- there were no proven, you know,

Page 18

1  examples at this point, right? So you're -- you're
2  pitching them on a theory, right?
3      TED LIVINGSTON: So, there's a couple phases to
4  rolling out Kin, this new cryptocurrency. So, the first
5  phase is to create the cryptocurrency, and to integrate
6  it into Kik. And that on day one will make Kin the most
7  used cryptocurrency -- one of, if not the most used
8  cryptocurrencies in the world. And that's going to make
9  Kin very valuable.
10     But the idea we had -- sort of a -- you know,
11 recently -- six months ago, a year ago -- is, wait a
12 second. If we could build this cryptocurrency, and if we
13 can make it really valuable -- you know, so it's on the
14 public markets, has a really high market cap -- what if
15 we set a large portion of Kin aside -- you know, so 60
16 percent of all this cryptocurrency that would ever be in
17 existence -- and what if we took that, and we paid some
18 of that out to developers every day?
19     So that every day, if you're a developer, and
20 you integrate Kin into your digital service -- so now
21 consumers have another place to go and earn and spend Kin
22 -- you know, you're helping grow the size of the economy.
23 And what if you got financially rewarded for doing that?
24     JON RUSSELL: Right, so --
25     TED LIVINGSTON: And so that's the final step,

Page 19

1  and that -- that's what we think is really exciting.
2      JON RUSSELL: So how would that work? So if I
3  had, like, an app that people were just using, like it
4  was a news reader app, say -- right, which is really
5  very, very hard to make money from now, right? You've
6  got to put ads in there. Then you could -- you could pay
7  the -- the person based on how many people are using it?
8  Essentially?
9      TED LIVINGSTON: Yeah, so that -- that's the
10 beautiful thing. So all these developers out there --
11 you know, and I know in the United States, for example,
12 there's a huge problem -- just like for Kik, it's very
13 hard for them to find a sustainable business model. It's
14 very hard for them to do advertising, very hard for them
15 to sell physical and virtual goods.
16     So now with Kin, and what we call the Kin
17 Rewards Engine, they can say, wait, let's not do ads;
18 let's not try to sell stuff. Let's just bring people
19 together and get them to provide value to each other
20 using this cryptocurrency, Kin.
21     JON RUSSELL: How do you make money, though,
22 from this? Just --
23     TED LIVINGSTON: So --
24     JON RUSSELL: -- with all the Kin that you're
25 -- you're sitting on at home, basically?

Page 20

1      TED LIVINGSTON: Yeah. This -- this is the
2  beautiful thing for Kik: it's also fundamentally a new
3  way to monetize. So, for us, we're setting 30 percent of
4  Kin aside for Kik, as a financial incentive for us
5  basically to put this huge messenger into this ecosystem,
6  and to get this whole ecosystem going. And so
7  (indiscernible) -- you know, we -- our goal now is just
8  to grow the value of Kin. The more we do that, the more
9  the value of our 30 percent grows. And we're now looking
10 at that as the fundamental way that we monetize this, you
11 know, eight and a half years of work, and $120 million
12 invested.
13     JON RUSSELL: Right. But you -- so you've got
14 that pool of Kin, that is how you make money -- and you
15 have to offload that once in a while, right, to get
16 capital back? Because, like, you can't pay your mortgage
17 with Kin, right? Maybe you can. I don't know. Can you?
18     TED LIVINGSTON: Well, that's the beautiful
19 thing with these cryptocurrencies, is, you know, they're
20 immediately tradable. So on day one, Kin will go on to a
21 bunch of exchanges where you can exchange it for other
22 cryptocurrencies, or even other fiat currencies.
23     JON RUSSELL: Right, but that -- that pool of
24 Kin that you've got, right, is obviously disappearing
25 every -- every time that you have to take it out. So,

Page 21

1  how do you put more in? Do you do more ICO's, or you
2  just buy more currency, and it appreciates? What's
3  the --
4      TED LIVINGSTON: There'll be three blocks of
5  Kin. One block will be the 10 percent we're selling this
6  summer, one block will be the 30 percent set aside for
7  Kik, and that will vest 10 percent per quarter for 10
8  quarters. And then the third block will be the 60
9  percent set aside for this not-for-profit Kin Foundation.
10 So, for that 30 for Kik, as it vests into the market, we
11 will be able to sell it on to the exchanges like anybody
12 else, to fund operations, to provide a financial exit for
13 employees and investors, really to do with whatever we
14 want.
15     JON RUSSELL: Okay. But that -- my -- I mean,
16 that's -- I don't know how much money you're going to
17 sell, because you won't tell us here on stage, which is
18 -- which is fine; that's your choice. But of that -- of
19 that pool, though, I mean -- I mean, how long is that
20 going to last you? Like, five years? ten years? Like,
21 what -- because at some point it's going to go dry,
22 right?
23     TED LIVINGSTON: At some point it will go dry,
24 for sure. You know, the thing about a cryptocurrency is,
25 once it's created, there will never be more. And so Kik

6 (Pages 18 to 21)

Page 22

1 will never have more than that 3 trillion tokens of Kin.
2 And as we sell them into the market, we will -- the only
3 way to get them back is to buy them back. And that's
4 what makes cryptocurrencies really special.
5     But the -- the value of these cryptocurrencies
6 can grow very quickly. And so our bet is, the more --
7 you know, we sell a little bit into the market, that
8 gives us funding. We can build some more around that --
9 we can create value faster than we're selling the Kin
10 into the market. So, for example, if, you know, we owned
11 30 percent of Ethereum today, that would be worth $10
12 billion.
13     JON RUSSELL: That's quite a lot of money.
14     TED LIVINGSTON: That's quite a lot of money.
15 That would be a good exit.
16     JON RUSSELL: (Laughs). Does that mean that
17 you won't IPO at any point? Or get -- or get acquired?
18 Because you -- you don't need to, right, if you have that
19 -- that kind of cash on hand.
20     TED LIVINGSTON: This is one of the things that
21 excited us so much about cryptocurrency, is it was not
22 only a new way to monetize, not only a new way to get a
23 bunch of people working together to build something
24 bigger, but also a new way to exit. You know, we didn't
25 really like the idea of having to sell Kik one day. We

Page 23

1 didn't really like the idea of having to go public one
2 day.
3     And so now there's a third option, which, by
4 creating a cryptocurrency, it's a fundamentally new way
5 to exit. You know, one day we could take some of that 30
6 percent and div it out -- dividend it out to all of our
7 shareholders.
8     JON RUSSELL: So you mean that you're not going
9 to IPO? Because you didn't really answer my question.
10 It was a good answer though.
11     TED LIVINGSTON: I hope -- honestly, I -- I
12 hope not. I hope it's not required. I hope this is a
13 fundamentally new way to build a business.
14     JON RUSSELL: Okay. And what about investors?
15 So, you know, tech investors get involved in companies
16 early on, and they grow quickly. And as you said at the
17 start, like, your company grew very, very quickly, right?
18 The idea being that, you know, big company -- maybe,
19 like, a Tencent star company might buy that -- that
20 company. And obviously their -- their share that they
21 bought then is worth a lot more now. Or you might IPO,
22 and they might get their -- their cash back.
23     How do your investors feel about ICO? Are they
24 -- are they very supportive, or they don't really have a
25 choice, or what's the status of that? You can say,

Page 24

1 right?
2     TED LIVINGSTON: (Laughs). No, I -- you know,
3 I think I can be honest. Which is, today, they are very
4 excited. Six months ago, when we started pursuing this
5 strategy full steam ahead, there were definitely some
6 that were hesitant. You know, they were saying, wait a
7 second, we're going to do what? Like, we've raised $120
8 million, we have a billion dollar valuation.
9     JON RUSSELL: That's not enough?
10     TED LIVINGSTON: And now you're telling me
11 we're going to create a cryptocurrency? Like, what are
12 we doing here? And I think that's where we've been very
13 fortunate. We have -- one of our investors is this guy
14 named Fred Wilson of Union Square Ventures, and has been
15 very bullish in the cryptocurrency sector and the
16 blockchain sector for a very long time.
17     And so he was really helpful to the company to
18 explain to some of the other investors that this actually
19 wasn't that crazy; that this actually might work. And
20 that took some time. I mean, today it's obvious. You're
21 -- you know, you see all these companies raising a bunch
22 of money. But even six months ago it was actually
23 unheard of.
24     JON RUSSELL: Yeah, but there haven't really
25 been any sort of -- any sort of mainstream companies,

Page 25

1 right? They've all been very sort of tech-focused
2 companies, like blockchain-focused companies, right? So
3 -- so you guys are going to be one of the first that's
4 raised a decent amount of money from, you know,
5 traditional VC's, right, and has a decent presence in the
6 consumer space, right?
7     TED LIVINGSTON: At Kik, we have a history of
8 being first. You know, we're the first chat app to go
9 viral in 2010, the first chat app to go on platform in
10 2011, the first chat app in the Western world to launch
11 bots in 2014. And, you know, we're the first chat app in
12 the world to announce a cryptocurrency in 2017. So we
13 have a history of being first.
14     But I think the thing that's most exciting
15 about this is, in the past, all those other things were
16 then copied. You know, we got -- we got copied when --
17 then a bunch of messengers came out; we got copied. Then
18 they all became platform. We got copied. They all
19 launched bots. And as a smaller company, that's been
20 hard for us to compete.
21     The exciting thing about this cryptocurrency
22 is, it's going to be harder to copy. Because what it
23 requires at the end of the day is for you to give up
24 centralized control. So when we launch a cryptocurrency,
25 we're saying, hey, we're going to use Kik to launch this.

SEC-KIK-LIT-E-0000037

Page 26

1  But once this happens, it's out of our hands. Yes, we
2  hold that 30 percent of value for ourselves, but where
3  this cryptocurrency goes, how it gets used outside of
4  Kik, that's up to the market. And it just sort of
5  spreads. And so we lose control of it by design.
6      JON RUSSELL: What about Kin, though? So you
7  have -- you have a separate team that's running the --
8  the Kin cryptocurrency, right? Are you involved in that
9  in any way?
10     TED LIVINGSTON: So we are setting up the Kin
11 Foundation, which is meant to be this not-for-profit
12 independent group, overseeing the growth of this
13 ecosystem. And, initially, Kik will play a large part in
14 getting that foundation going. But over time, this
15 foundation will become completely autonomous, and
16 completely decentralized, such that it itself is just an
17 entity that's running on the blockchain. So that not
18 only does Kik not control it, but nobody controls it. It
19 becomes almost like a new Internet.
20     JON RUSSELL: That sounds kind of dangerous --
21 uncertain, right? Or exciting, perhaps.
22     TED LIVINGSTON: Oh, for me it's exciting.
23     JON RUSSELL: (Laughs).
24     TED LIVINGSTON: It's amazing.
25     JON RUSSELL: So do you think that other --

Page 27

1  other companies are going to be, you know, following your
2  -- your lead in doing ICO's too, beyond the sort of --
3  the sort of deep tech, and blockchain space that we're
4  seeing right now?
5      TED LIVINGSTON: I think for sure. Like, I
6  think this is -- you know, it's become hard to compete --
7  it's become hard to build a business, to compete with
8  these huge companies. And cryptocurrencies provide a new
9  answer for how you can do that. And so, because of that,
10 I think a lot of people are going to launch their own
11 cryptocurrencies.
12     But the question we're asking ourselves is, how
13 can we set up our cryptocurrency such that when other
14 companies are saying, hey, should we follow Kik -- should
15 we launch our own cryptocurrency, or should we join Kik,
16 and should we try to help build Kin -- we're trying to
17 set it up that people can say, if we join Kik, and we
18 join Kin, we can just make more money. And so let's work
19 with them and build this bigger ecosystem together, where
20 we all win.
21     JON RUSSELL: Okay. I think we're almost out
22 of time. But I've got one more question for you, of
23 course, right? So, after this ICO -- and, you know,
24 you've been doing chat for a long, long time, right? The
25 -- the company is -- is how old?

Page 28

1      TED LIVINGSTON: Eight and a half years.
2      JON RUSSELL: Eight and a half years old. Are
3  you going to keep doing Kik, or are you going to find
4  something else to do post-ICO? Because once you've done
5  the ICO and you've got all that cash and everything else
6  sorted, the company's in a pretty good place, right?
7      TED LIVINGSTON: This is the culmination of,
8  like, the dream of -- that we've always had. You know?
9  I think the cool thing about a cryptocurrency is, on one
10 side you can have something that's completely open and
11 decentralized, that nobody controls, but on the other
12 side, you can also make a lot of money. And when in
13 history could you have both these things, both open, and
14 have this huge financial reward?
15     And so now it's, for me, the most exciting time
16 in Kik's history. And so now this is the time to really
17 lean in and make this vision happen. So I'm -- I'm
18 excited to be here.
19     JON RUSSELL: Awesome. Okay, Ted, thank you so
20 much for your time.
21     TED LIVINGSTON: Thank you for having me.
22     (Applause.)
23     (End of audio.)
24         * * * * *
25

Page 29

1           TRANSCRIBER'S CERTIFICATE
2
3  I, DAVID SPENCER hereby certify that the foregoing
4  transcript is a complete, true and accurate transcription
5  of all matters contained on the recorded proceedings in
6  the matter of:
7  KIK INTERACTIVE.
8
9  _____
10 Transcriber
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

8 (Pages 26 to 29)