# SEC46-A

File Produced in Native Format