# SEC46-C


