# SEC47-A

File Produced in Native Format