# SEC47-C

