# SEC48-A

File Produced in Native Format