# SEC48-C



SEC-KIK-LIT-E-0000295