# SEC49-A

File Produced in Native Format