SEC49-B

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                    )

                                     )

KIK INTERACTIVE                      ) File No.  HO-13388-A


SUBJECT:  NYC Ethereum Cryptocurrency Consumer Media

          September 7, 2017

PAGES:    1 through 76




               AUDIO TRANSCRIPTION




          Diversified Reporting Services, Inc.

               (202) 467-9200

SEC-KIK-LIT-E-0002275

Page 2

PROCEEDINGS

1   MICHAEL:  Good evening, good evening,
2   everybody.  We're going to get started in a few minutes
3   here, so if you want to find a place to get settled.
4       Wow, so this is amazing.  This, Spotify.  Thank
5   you so much, Jesse, and everyone at Spotify for hosting
6   New York City Ethereum.
7       We're going to have an event tonight discussing
8   media and the blockchain, and what better place to be
9   than Spotify for that.
10      So first, we're going to have Doug from Live
11  Peer talk about decentralized live video built on a
12  blockchain.  So go ahead, Doug.
13      MR. FUCANIX:  Testing.  All right, thank you,
14  Michael.  Thanks, everyone, for coming out tonight and
15  thanks Spotify for hosting.
16      So do we have the presentation on the screen?
17  Perfect.  Okay, so as Michael mentioned, I'm Doug Fucanix
18  (phonetic).  I'm one of the founders of a project called
19  Live Peer.  My co-founder Eric is here and our teammates
20  Lucy and Yannin, as well.
21      We're working on building the decentralized
22  livestreaming layer in the Web Three stack, the
23  decentralized Internet stack.
24      So live streaming is focused on video

Page 3

1   broadcasting, audio broadcasting, data streaming.  And I
2   actually want to start out with something a little
3   dangerous and risky, which is a live demo of live
4   streaming.
5       So I'm going to jump out of the presentation,
6   kind of show you what we've built here and jump over to
7   the command line terminal.
8       And what I'm going to do is I'm going to start
9   a Live Peer node.  This is the same way you'd start an
10  Ethereum node, or a bitcoin node.  It's going to connect
11  to all the different peers on the Live Peer network.
12      Looks like Spotify's Internet might be blocking
13  me here.  We'll give it one more try.  Guessing it might
14  not work if we have to connect to the boot net.
15      Ah, that's too bad.  All right, no demo for you
16  guys.  So we're going to cut back to the presentation and
17  just show screenshots of live streaming in action.
18      Basically, what I was going to show is it will
19  start a node.  It will connect to other nodes on the
20  peer-to-peer network.
21      You can broadcast into Live Peer, using any
22  existing livestreaming tool, like, OBS, any DAP that's
23  built integrates with broadcasting.
24      And then what you'll get back is you'll get
25  back an ID.  And that ID can be shared to anyone else on

Page 4

1   the Live Peer network, or any hosted web player that
2   could play it.
3       And anyone can basically using that ID access
4   your stream in a peer-to-peer way, delivered by peers on
5   the Live Peer network, without trusting any centralized
6   video service provider, any centralized platform like
7   Facebook or YouTube.  It really gives you the freedom to
8   distribute video using this network of infrastructure.
9       So now we can talk a little bit about, you
10  know, why would we do that?  What's the point of
11  decentralizing live streaming?
12      And first of all, in the decentralized stack,
13  we have layers for things like payments with bitcoin,
14  Ethereum.
15      We have a layer for things like, storage, like,
16  file coin, swarm, IPFS.  We have layers for identity,
17  layers for naming.  There's no layer for live media yet.
18      And so if you're building a decentralized app
19  or a dap, and you want to include video, or live audio,
20  or screen share, or streaming data, there's no
21  infrastructure yet.
22      And that's really what we're building.  We're
23  building the infrastructure layer to power all of that.
24      But I'm also really excited about the
25  applications and use cases that can be built on top of

Page 5

1   live video in a decentralized way with crypto payments
2   baked in.
3       One of the most important ones is censorship
4   resistance in the cases of journalism.  We take for
5   granted all the freedom we have here in the United
6   States.  But in other places, a lot of times, live media,
7   kind of the truth of what's going on in the ground in a
8   conflict zone, or an area with greater oppression is one
9   of the first things to be censored or cut off by the
10  powers that be.
11      When you do this peer-to-peer in a
12  decentralized way, you can do it in much more censorship
13  resistant ways that are harder to censor and shut down.
14  So it's really powerful.
15      I'm also excited about embedding economies into
16  applications to let people monetize their time,
17  participate in a world economy through live Internet
18  sessions.
19      This enables things like expert networks, being
20  able to monetize your time through entertainment, through
21  education, like, teaching course.
22      Micro payments, crypto transactions, baked in
23  for your content can be really empowering.  Right now
24  people either have to pay centralized providers a lot to
25  build their own services.

SEC-KIK-LIT-E-0002276

Page 6

1   Or they have to use free providers like
2   Facebook and YouTube that basically monetize their
3   audience through advertising and through selling their
4   data.
5        And they make it hard for creators to kind of
6   fairly be compensated for their content.  Here the power
7   is with you and you can build whatever you want and
8   broadcast whatever you want.
9        So kind of at the bottom, instead of closed
10  proprietary and expensive, we believe we can enable
11  empowerment and freedom through live streaming.
12       There's also economic benefits that you see
13  through token protocols.  Live Peer is a crypto token
14  protocol.
15       And that means if you run a Live Peer node, if
16  you contribute your CPU and your bandwidth to encoding
17  and distributing video, you can earn token.
18       And just like in bitcoin with mining or file
19  coin with providing, you know, storage to the network and
20  mining, these market protocols have a powerful economic
21  effect.
22       Basically, in a centralized network, there's a
23  cost of service, and the provider has to charge you at
24  least that cost, plus a margin.
25       A decentralized network like this, you have the

Page 7

1   same cost of service.  But because the people providing
2   the value are earning some newly minted token, by mining
3   essentially, the value of that can offset what they need
4   to charge you in fees.
5        So that can create a cheaper system at scale,
6   which brings broadcasters, creates demand for the
7   network, creates utility.
8        And the competition that you see to basically
9   compete to earn this token leads to more bandwidth, more
10  CPU coming onto the network, costs going down for
11  broadcasters.
12       And it creates a flywheel which is really
13  powerful.  So even, you know, existing broadcasters can
14  benefit from a decentralized network through the economic
15  opportunity.
16       So I mentioned that you have an incentive to
17  join the network and run nodes through crypto token
18  protocol.  But how do we decentralize this?  What are you
19  running when you're running node?
20       This is a look at the kind of centralized live
21  media stack a broadcaster sends video to a media server.
22  It goes to a CDN to distribute it.  And then it goes to
23  a player on TVs, smart phones, laptops, et cetera.
24       What we need to do is decentralize this.  We
25  need to take the media server, and we need it to be

Page 8

1   running on all of the nodes that joint the live peer
2   network.
3        And we need those nodes to form a content
4   delivery network to serve the video to millions of people
5   who are watching.
6        So what we've done is we've written an open-
7   source media service called Live Peer media server.  It
8   does all the things that we just skipped through that a
9   media server needs to do, which can be summarized as
10  transcoding -- taking your video, converting them to 24
11  different encodings, formats, and bit rates to work on
12  all the different devices and all the different
13  connection speeds.
14       Because a person watching on a 4K TV in ultra
15  HD is seeing a different stream than the person watching
16  on their phone on a 3G connection.
17       And so Live Peer media server is running on a
18  node.  It will handle all this for you.  And that's what
19  you're basically incentivized to do.  That's what you're
20  earning token for is running this.
21       So the problem is if you all of you are running
22  this media server on your laptop, but you're powering
23  live streams, that's really risky.
24       Because if you close your laptop, you go
25  offline, you don't have enough bandwidth, you could

Page 9

1   interrupt someone else's stream.
2        So I'll kind of gloss over the Live Peer
3   protocol.  We address the same questions that's in our
4   white paper.
5        But the way we let everyone participate and
6   everyone earn token is by participating in -- what's
7   called a delegated proof of stake protocol.
8        Candidate transcoders advertise the fees
9   they're charging, the fees they're willing to share back
10  to you for delegating, and their statistics about how
11  well they've performed in the past.
12       And you can basically stake or bond your tokens
13  to delegate towards them and elect them.  You say they're
14  going to do a great job for the network, and therefore,
15  you will earn a nice return on this stake.
16       And you elect people who will provide the best
17  quality of service.  So we have the proof of stake
18  protocol that lets people participate in this.
19       And then once we know who the transcoders are
20  going to be, the next challenge that we have to solve was
21  to basically create the right enforcement to make sure
22  that they're encoding your video correctly, and they're
23  not inserting any malicious content into the middle of
24  your live stream as they're doing the work.
25       So again, we designed a protocol that can do

SEC-KIK-LIT-E-0002277

## Page 10

1  kind of scalable verification of work on top of a
2  protocol called True Bit.
3       I don't know if any of you have heard of True
4  Bit before, but it's an amazing thing you should look
5  into.
6       It basically lets you do off-chain computation
7  and trust the result back on the blockchain in a
8  decentralized, trustless way.
9       And we've built kind of a scalable solution on
10 top of that that will let us do this at cost. Basically,
11 encoders will just commit to the work that they've done
12 once they've done their job on chain.
13      Some of it will get challenged. And if they
14 did it correctly, they'll receive payment. If they
15 didn't, they'll get penalized. And everyone who
16 delegated towards them will get penalized, as well.
17      So it can come back to this in questions if
18 anyone wants to dig in or address it after.
19      The last thing technical that I want to mention
20 is the CDN piece. Some of you may have heard of a
21 project called Swarm.
22      It's kind of Ethereum's file storage network
23 and it's a CDN for static content. We've extended it to
24 support live content and live streaming.
25      We also have a back end that works on the P to

## Page 11

1  P, which is the IPFS networking layer, so we can work
2  kind of across the Web 3 stack, and kind of peer-to-peer
3  content delivery is really interesting.
4       It can save about 85 to 90 percent of the
5  bandwidth off of traditional origin CDN's when the peers
6  who are consuming the streams are also the ones who are
7  delivering them, kind of like in bit torrent. So we're
8  really excited about that layer, as well.
9       So finally, this is a little small project
10 status in where we're at, we're about nine months into
11 building Live Peer.
12      We've had a proof of concept with video peer to
13 peer working out for six months. Sorry, I couldn't show
14 it to you today.
15      My colleague Eric here thinks he might be able
16 to get the demo working if you want to take over.
17      I'll keep talking while you get set up. We
18 launched a test net last week with the implementation on
19 the Ethereum blockchain. So any of you can actually run
20 a node, participate, be a transcoder, be a delegator,
21 broadcast video through it.
22      I'm real excited about that, still very
23 technical command line centric, but we're working towards
24 one month, making it easier to use.
25      And we're working towards production. So --

## Page 12

1  oh, nice, Eric got the node running.
2       So he started our node. So like I said, we can
3  broadcast into this using any broadcasting application.
4       I'm going to use a dap that one of our
5  community members built called Live Peer Desktop.
6       And it's pretty simple. You hit the big red
7  button. And so now we are broadcasting live into Live
8  Peer. And I mentioned that that gives you an ID. You
9  can either share a link or copy the ID.
10      And then anyone with this ID can play your
11 video. So I'm going to access it through this other dap,
12 a web-based player that's pretty bare bones.
13      And let's see if this -- this works, our
14 Internet connection here. Boom. Peer-to-peer,
15 decentralized live steaming. (Applause.) It works.
16 It's not vaporware.
17      You see there's kind of about a 15-second
18 latency, which is pretty conventional for live streaming,
19 broadcasting.
20      So all right, I think that's kind of the gist
21 of our presentation. The last thing I just wanted to say
22 was that if you want to get involved, we'd love to have
23 you.
24      It's an open project. It's community driven.
25 We have four core team members, but we have, you know, 10

## Page 13

1  to 20 contributors in the community, all around the
2  world.
3       They'll tell you if you joint the test net, run
4  a node, if you're building a dap -- maybe a social
5  application, anything that could benefit from video, and
6  you want to include video, talk to us.
7       We can get that working inside your
8  decentralized application. We have lots of ideas for
9  things we want to see built.
10      And the best way -- place to find us is in our
11 chat room on Gitter -- Gitter.am./livepeer or
12 github.com/livepeer. All the work is done in GitHub
13 through the issues and everything.
14      So we're Live Peer. Thank you very much.
15 (Applause.)
16      MICHAEL: Want to take some questions?
17      MR. FUCANIX: Sure. Yeah, I think we have a
18 couple minutes for questions if anyone has any. Who has
19 got questions.
20      MICHAEL: No questions. You blew their mind.
21      MR. FUCANIX: Oh, we got one.
22      QUESTION: (Inaudible.)
23      MR. FUCANIX: Okay, the question was why Swarm?
24      QUESTION: (Inaudible.)
25      MR. FUCANIX: Good question. So just the asking

SEC-KIK-LIT-E-0002278

Page 14

1  about the content delivery layer. Swarm is a project
2  from the Ethereum Foundation. It's one of the three
3  pillars of projects that they raise money for in their
4  crowd sale.
5       And it has very tight Ethereum integration.
6  And we're implemented on Ethereum. So the Swarm protocol
7  is like, if you want to store a file on this network, you
8  pay ether.
9       Someone will give you a receipt to store it,
10  and it will be available. And if it's not available,
11  they'll pay a big penalty back to you.
12       And so because of this like, tight Ethereum
13  integration, we thought it was a great place to get
14  started. It's already a CDN. It already passes content
15  around between peers.
16       And we just needed to extend it to support
17  streaming and content that's not persisted forever. So
18  that was -- and it was an open-source project.
19       So it was great to build on top of that as a
20  head start. And then on the other side, there's this
21  IPFS the p-to-p ecosystem. And we're real excited about
22  that because they actually have a networking layer that
23  supports web RTC. It works in the web browser. It works
24  on mobile.
25       And even though it has less tight Ethereum

Page 15

1  integration, and the incentives weren't designed yet --
2  we were kind of waiting for the file coin paper to come
3  out to provide their incentives, we're excited about
4  their networking layer being able to work in the browser
5  and mobile and everywhere that users want to be.
6       Yeah.
7       QUESTION: (Inaudible.)
8       MR. FUCANIX: Good question. So the question
9  was if a reporter wants to use Live Peer anonymously, can
10  it be traced back to them?
11       This is live video so that depends on how they
12  conceal or reveal their identity if they're on camera.
13  But the content itself is anonymous.
14       You just have a cryptographic address, and
15  you're passing the content peer to peer, so it, you know,
16  can't be traced to your identity in that way.
17       There are certainly some weaknesses in how you
18  broadcast. So for example, if you're going from your
19  cellphone, and your cellphone is communicating to one
20  single cell tower, and someone can identify the source of
21  that video at the cell tower, that would be an
22  opportunity to, you know, potentially censor or to try
23  and identify where the origin phone was.
24       But that's much harder in an anonymous peer to
25  peer decentralized system where the video is being passed

Page 16

1  amongst thousands of peers in cryptographically secure
2  packets.
3       Much more -- much harder than just everything
4  going through Facebook, for example.
5       So, cool, time for one more question. One more
6  question.
7       QUESTION: (Inaudible.)
8       MR. FUCANIX: The question was which coin does
9  the encoder operate on?
10       QUESTION: Earn.
11       MR. FUCANIX: Earn. Earn. They earn Live Peer
12  token. So it's a token that's native to our protocol.
13  It's used to broadcast, and it's used for the proof of
14  stake and the verification of work protocol.
15       So it's a secure unit of account where all the
16  stake in the system is measured off of this ledger. It's
17  necessary that it be kind of accountable within this
18  ecosystem in order to do the math to secure the system.
19       QUESTION: (Inaudible.)
20       MR. FUCANIX: No, no, the mining isn't an
21  analogy in this system. It's basically rewarded to the
22  nodes that do the work and verify they did and everyone
23  who participates in the delegation protocol of electing
24  those nodes.
25       So if you stake some token and elect

Page 17

1  transcoders, then you'll earn new token in proportion to
2  your stake, as long as they don't cheat.
3       And if they cheat, you'll be penalized. So
4  elect wisely.
5       Cool. All right, well, thank you very much for
6  having me. This is great. (Applause.)
7       MICHAEL: Thanks, Doug. Fantastic, so I think
8  there's this narrative that all this crypto currency
9  stuff is this speculative bubble.
10       It's amazing to see real projects, real
11  applications being built on top of Ethereum as a
12  platform.
13       So up next we have Alex and Alex from Coin
14  Fund. They are going to talk to us about trends in
15  decentralized social media.
16       So you guys.
17       MR. FELIX: Hey, everyone. We are Coin Fund.
18  This is Alex Bulkin, and I'm Alex Felix.
19       We invest in blockchain projects across this
20  space, as well as spend a majority of our time advising
21  projects on building products and bringing their project
22  to market.
23       Sorry if you couldn't hear me. So tonight, we
24  wanted to spend a little bit of time with you talking
25  about decentralized social media.

SEC-KIK-LIT-E-0002279

Page 18

1    And what we want to focus on are some of the
2    core properties of decentralized social media that can
3    threaten incumbents and these things are very simple but
4    potentially disruptive components that you can use
5    blockchain to unlock.
6        And if you really think about why Facebook was
7    so successful, it was the first platform to introduce
8    social interactivity.
9        So let me kind of jump forward here.  So when
10   we think about the problem -- the problem that this space
11   faces is that we have a larger amount of control by fewer
12   entities.
13       And that sort of leads to opportunities for
14   spam, difficulties for any competitors to compete when
15   you have sort of moats around those businesses.
16       But those businesses are sort of focused on
17   their own monetization models, and less so on the
18   customer-centric experience.
19       So here's a slide -- and again, we're going to
20   focus a little less on the product and more on the sort
21   of underlying innovations and growth hacks that these
22   projects are using.
23       So -- blocking my own presentation here.  So
24   number one is kind of the technology.  Social media
25   platforms span from having their own blockchain protocol

Page 19

1    to using an ERC-20 token on top of Ethereum.
2        Next is sort of the innovation layer, which,
3    you know, talks about the specific purpose that that
4    service seeks to disrupt.
5        So if we take Steam It, for example, what
6    they're using is a process of speculative economics.  And
7    speculative economics is that they are inflating their
8    currency to reward users and content curators in return
9    for people actually buying the currency in the market.
10       So the price of the currency is whatever people
11   are willing to buy it for.  But they are using inflation
12   of their supply to pay people to do things.
13       So it's kind of a highly reflexive system where
14   when momentum in the price of the currency is going up in
15   the speculative markets and new people want to buy in and
16   joint the ecosystem, people operating the ecosystem are
17   actually earning more and more.
18       And vice versa on the other side.  So it's kind
19   of a -- it's an early stage test, but it's -- they
20   continue to kind of refine the model and balance the
21   system.  So that's extremely interesting.
22       And the growth hack there is customer
23   acquisition because you can actually pay people to do
24   things and pay people to join the network with currency
25   that you've generated and then someone else is buying on

Page 20

1    the speculative markets.
2        Leroy is a very simple decentralized Twitter.
3    It deals with -- it has elements of stateless smart
4    contracts where it can use an extremely low amount of gas
5    by keeping all the information in the call function.
6        And what this solves is micro tipping and
7    improving signal to noise.
8        So you have a product that you actually have to
9    pay to tell someone you want to say something to someone.
10    And that's, you know -- sort of improves quality.
11       And people also see kind of micro returns on
12   investment, because often you pay one cent.  And if
13   you're focused on delivering value for others, similar to
14   how you would if -- as a presenter, you know, your core
15   focus is to teach everyone else something, then you will
16   be rewarded for that and see a return on your one cent.
17       Kik and Kin who will present next is an
18   extremely compelling project that's built on a
19   programmable rewards engine that seeks to create massive
20   network effects by allowing people an incentive to join
21   and adopt Kin.
22       So they're going to spend a little more time on
23   that.  But what that model allows is for a centralized
24   company to launch a network that will extend far beyond
25   their actual application and that will create massive

Page 21

1    network effects and almost diminish any centralized risk
2    of Kin having -- you know, being an operator on that
3    platform.
4        And lastly, we have Civil, which is a crowd
5    source -- or sorry, it's a decentralized platform for
6    journalism.  And they're sort of flipping the model on
7    its head a little bit, and I'll let Alex Bulkin talk
8    about this a little more.
9        But they're actually going to prefund writers
10   who then will go out and create content that these people
11   would like to read.
12       So those are sort of some of the growth hacks
13   there, and, you know, we'll talk about it a little bit
14   more on the next slide here.
15       So this kind of goes through a couple of the
16   main points, number one being the speculative economics
17   we discussed.
18       And these five core features sort of present
19   that opportunity to dethrone incumbents.  So number one
20   speculative economics.  The customer acquisition and
21   rewards model problem.
22       Number two, user experience.  Products are
23   actually built with the user in mind and not the
24   monetization scheme of the company.
25       Data control and access -- this is a big

SEC-KIK-LIT-E-0002280

Page 22

1 problem today, where a lot of companies take all our
2 data. Repackage it and sell it.
3        So this is a way to actually control, you know,
4 who owns you and what -- your information you're giving
5 them.
6        It's compensatory, which means that you're also
7 being paid directly for the value that you're creating.
8 It's not the YouTube model where they receive advertising
9 dollars and they somehow then, you know, redistribute
10 some of that money.
11        This is a very direct relationship to the value
12 you're creating is what you're earning. And lastly, the
13 democratic ownership is a really under-rated -- or maybe
14 it's less under-rated these days, but this is what's
15 driving sort of this booming crypto currencies is that
16 when you are a part of owner in one of these networks,
17 you feel compelled to promote it, to evangelize it, to
18 use it.
19        And this is now at a really granular scale,
20 where you have people in many different countries as part
21 owners in the same network and helping to grow that
22 network in any way they can.
23        And being an early adopter, you know, puts you
24 in a good position as that network continues to grow.
25        So when you have the option to earn in network

Page 23

1 shares, you also have the option to, you know, hold the
2 interest in that network, or go and sell it on the market
3 for cash.
4        So that fundamental property is a powerful one
5 when you may only have to sell a little bit to cover your
6 expenses and if you can continue to sort of grow your
7 interest in the network.
8        So I'll leave -- I don't want to take too long.
9 I want to let Alex talk about his slides. But thank
10 you.
11        MR. BULKIN: My mic didn't work. I'm going to
12 do something different, not what we thought we're going
13 to do.
14        So I study crypto economics at Coin Fund, and I
15 kind of think about what it is that we can achieve with
16 incentives that come from our ability to create tokens on
17 blockchain.
18        And, you know, if you look at this whole
19 picture, it's basically trying to -- in small steps here
20 and there -- to redefine the incentives that drive
21 people's participation in the media.
22        So if you think about Facebook, right, there's
23 content being published by friends to friends. And when
24 you achieve a certain critical mass, you know, a bunch of
25 people want to join because they want to be read, and

Page 24

1 they want to read what other people write.
2        In this model here, you see a very different
3 picture because that's not the only reason why people are
4 joining the system.
5        So for example, you know, Leroy is a really
6 cute, young project that is basically trying to do what
7 people kind of think is impossible, which is like a micro
8 payment tipping model.
9        You know, it's like, it's never succeeded. But
10 if you actually go to Leroy and register and try to use
11 it, it's actually extremely compelling.
12        And so what Leroy is, is a clone of Twitter
13 with micro tipping where you pay for transactions.
14        And what you get from that also is the fact
15 that it's going to be completed clean of span because the
16 incentives of a spammer is to reach as many people as
17 possible as cheaply as possible.
18        Well, guess what in Leroy, you have to pay a
19 transaction fee to do anything whatsoever, so you can't
20 possibly do any spam.
21        Hence the incentives are actually balanced a
22 little more towards, you know, bona fide content. I
23 don't know if it's going to be good or bad, but it's
24 definitely not going to be spam.
25        Civil is trying to do crowd source fact-

Page 25

1 checking and Steam It also is trying to do crowd sourced
2 content quality from the inception.
3        And I don't know if you think Steam It has
4 succeeded at that or not, but it's an interesting idea
5 that you use crypto economic incentives to incentivize
6 something that is basically completely subjective, which
7 is content quality. Only a human being can decide
8 whether it's good or not.
9        So it's a really complex problem, and in
10 working with the Civil team, I really enjoy thinking
11 about this problem.
12        And actually Civil might hire services of a
13 peer economics research consulting company just to look
14 at this problem and try to design crypto economics that
15 actually achieve what it states.
16        How much time do I have?
17        So what is happening in this space right now is
18 there is this huge barrier to entry. And whatever
19 currently exists doesn't actually do quite what people
20 want.
21        So everybody is talking about how it is that we
22 can, you know, compete with Facebook, compete with
23 Twitter.
24        And all of these systems are very young, but
25 notably, you know, the potential for success here is huge

7 (Pages 22 to 25)

SEC-KIK-LIT-E-0002281

Page 26

1  because last summer, just based on a speculative crypto
2  economics of Steam It, Steam It has acquired, you know,
3  more than I think 100,000 people.
4       It's like, the only -- one of the very few
5  crypto projects that actually has an untrivial number of
6  non-crypto savvy people, or, you know, mainstream users
7  that are actually actively using it.
8       And so we basically see this as having kind of
9  great potential to disrupt the social media industry.
10 And this is a little bit of a summary of what the --
11 sorry -- right, this is a little bit of a summary of what
12 the disruptive experiment is trying to achieve in this
13 space.
14      Questions?  Yes.
15      QUESTION:  (Inaudible.)
16      MR. BULKIN:  For retention?
17      QUESTION:  (Inaudible.)
18      MR. BULKIN:  Actually that's --
19      MICHAEL:  Can you repeat the question?  Repeat
20 the question?
21      MR. BULKIN:  Oh, the question was what are the
22 statistics for user retention?
23      MICHAEL:  And the only project for which the
24 question currently makes sense is Steam.  And the answer
25 is that it's kind of like win some, lose some.

Page 27

1       Because Steam -- joining Steam is highly
2  incentivized by the speculative economics.  So when Steam
3  is high, the network actually pays a lot of money to
4  people who write.
5       And so a lot of people join it and generate a
6  whole bunch of content, and then, you know, the market
7  tanks.  Steam goes down, and then the activity really
8  noticeably goes down.
9       So do you want to -- yeah, yeah, go ahead.
10      MR. FELIX:  But one of the things that's so
11 interesting about Steam It is it's a blockchain, right?
12      So you can go out and there are implementations
13 of analytics build to analyze the Steam blockchain.  So
14 you can actually create a dashboard around, you know, how
15 many new users joined this week?  How many total users
16 are active?  How many people posted?  How much do people
17 earn?
18      And you can actually understand, you know, the
19 user metrics really granularly and really well.  And
20 that's one of the core features of -- of this technology
21 we think is the ability to analyze systems and health of
22 systems -- why they're operating and in real-time.
23      So the retention has been an issue as they
24 haven't quite figured out the balance of, you know, those
25 speculative properties and how much they should pay

Page 28

1  people and the growth rate that they're experiencing of
2  new users.
3       But they're constantly refining the model, and
4  it seems to be improving.
5       MR. BULKIN:  More questions?  Yes.
6       QUESTION:  (Inaudible.)
7       MR. BULKIN:  In the crypto media space?  Who
8  are the big players?  Well, so -- oh, we don't have that
9  as a slide, right?
10      I think right now Steam is probably the biggest
11 existing platform.  There is a few other ones that are
12 kind of alpha and beta stage.
13      There's a Kasha and Yours that have been -- I
14 personally haven't seen a Kasha.  I don't know -- has the
15 alpha been released?
16      Yeah, they've been promising a release of the
17 alpha for a really long time.  Oh, yeah, and also you
18 might want to go to our blog, Jake wrote an article on
19 this, and he mentions a bunch of platforms.
20      Yes.
21      QUESTION:  (Inaudible.)
22      MR. BULKIN:  I think other than people trying
23 to -- process Steam It data, which is those Steam It
24 dashboards, I don't think we've seen much third-party
25 effort in processing.

Page 29

1       Like Steam It has really existed for quite a
2  long time right now.  It's one of the oldest active
3  projects in this space.  So it's now at a stage where you
4  can kind of like at it.  Everything else is very, very
5  nascent.
6       MR. FELIX:  But one of the core interesting
7  properties of the question you ask is when you have an
8  underlying blockchain like Steam It, you really can build
9  any UX experience you want on top of it.
10      And we actually see a world where you would
11 have competitive or just different UX experiences on top
12 of the same blockchain that might highlight or promote,
13 you know, certain interests for certain people.
14      And, you know, those would be -- potentially be
15 a centralized website that, you know, you could draw a
16 bunch of users to by building a cool implementation of
17 date that's implemented in that blockchain.
18      So that in and of itself, you know, could be an
19 interesting field going forward.
20      MR. BULKIN:  How much time, do we have?  One
21 more question.  One more question.
22      QUESTION:  (Inaudible.)
23      MR. BULKIN:  Of what?
24      QUESTION:  (Inaudible.)
25      MR. BULKIN:  The question is -- is Steam It the

8 (Pages 26 to 29)

SEC-KIK-LIT-E-0002282

Page 30

```
1    decentralized version of Acamy --
2         MR. FELIX:  I'm not as familiar with Acamy, but
3    it's similar to a decentralized Medium.
4         MR. BULKIN:  It's a hybrid between
5    decentralized Medium and decentralized Reddit.  That's
6    the way we think about it.
7         QUESTION:  (Inaudible.)
8         MR. BULKIN:  Oh, oh, you mean in terms of like,
9    the distribution of content?
10        Steam It is a social media application.  It's
11   not about content distribution.  It's basically content
12   lives on the blockchain.
13        It's a very different space than Live Peer.  Is
14   that -- am I understanding your question correctly?
15        It's user-generated content with basically, you
16   know, pages and photos and writing, and --
17        QUESTION:  (Inaudible.)
18        MR. BULKIN:  All the data -- just the text, I
19   believe.  I actually don't know where they store the
20   images.  But they have a decentralized architecture for
21   that.
22        QUESTION:  (Inaudible.)
23        MR. BULKIN:  The client reads it off the
24   blockchain.  Why don't you come over and we can figure it
25   out, offline?  Thanks.
```

Page 31

```
1         MR. FELIX:  Thank you, thank you very much.
2         MR. BULKIN:  Thanks, everybody.  (Applause.)
3         MICHAEL:  So up next we have a fireside chat.
4    There's no fire.  Maybe we can put a video of a fire up -
5    - fireside chat between Ted Livingston and Jesse Waldon.
6         So Jesse was a cofounder of Media Chain, which
7    is an early decentralized media company based here in New
8    York City, was recently acquired by Spotify.
9         By the way Jesse and I have been talking for
10   several months now.  Thank you, Jesse, for getting this
11   all organized.  It's been a great event.
12        Ted Livingston, CEO of Kik.  So you may be
13   familiar with the Kik ap -- or the Kik messaging
14   platform.
15        He joins us from Waterloo, Ontario, which by
16   the way is actually a really great hotbed for
17   cryptocurrency.  Lots of great crypto talent comes out of
18   Toronto.
19        Alex went to Waterloo.  I had an intern from
20   Waterloo this summer.  Very smart people at Waterloo.  So
21   take it away, guys.
22        MR. LIVINGSTON:  Awesome.
23        MR. WALDON:  Yeah, thanks, everyone, for
24   coming.  So I guess maybe we could just start off with a
25   really basic question, which is, we all know you're the
```

Page 32

```
1    CEO of Kik.  But why did you start it?  And what is it?
2         Oh, sorry -- the question is, who are you?  Why
3    did you start Kik?  And what is it?
4         MR. LIVINGSTON:  Okay, that's a good starting
5    place.  So yeah, so my background is I went to the
6    University of Waterloo, 2005.  Got to see mobile very
7    early.
8         So the cool thing about University of Waterloo,
9    why I think so many good people come out of there is if
10   you -- in order to graduate, you must complete six four-
11   month internships.
12        So I did a bunch of internships at Blackberry,
13   starting before the iPhone came out.  Saw mobile early
14   and sort of, you know, realized mobile as going to be
15   big.
16        And my boss actually pulled me aside one day
17   after two years of working there and said, hey, you're
18   really good at this stuff, you should leave and start
19   your own company.
20        Best advice I ever got.  Blackberry was here at
21   the time, and then two years later, it was here.
22        And so that's what I did.  In 2009, January of
23   2009, I founded Kik.  So it's been about seven and a half
24   years now.
25        And with really this idea that mobile was going
```

Page 33

```
1    to become the center of our lives, and that chat would
2    really be at the center of mobile, that it would one day
3    be the way we communicated -- not just with family and
4    friends, but also businesses, as well.
5         And so we built Kik.  We launched it October
6    2010.  We went from to a million users in 15 days, back
7    in 2010, fastest growing thing in like, known human
8    history.
9         And then fast-forward today.  Obviously, chat
10   is a very crowded space.  There's a bunch of different
11   big messengers.
12        But really makes Kik unique is it's quite
13   different than the other messengers.  Like, if you were
14   to get it, you go get it.  You're like, looks like, all
15   the other messengers.
16        But the fundamental difference is on Kik your
17   identity is based on a user name.  So it's not phone
18   number.  It's not a social profile.  It's just a user
19   name.
20        So the reason people really like it is you can
21   come in, you can be who you want to be.  And then you get
22   to sort of hang out and make friends in this environment
23   without judgement.
24        So, you know, more and more teens are hanging
25   out online.  They want a place to just hang out, be who
```

9 (Pages 30 to 33)

SEC-KIK-LIT-E-0002283

## Page 34

1  they want to be.
2      They don't want it to be about getting more
3  friends, getting more likes, getting story views. They
4  just want to hang out and make friends. And they do that
5  on Kik.
6      MR. WALDON: And so one thing I've heard a bit
7  about is that Kik has had some experience with digital
8  currency on the platform in its past. Nothing to do with
9  cryptocurrency, but there has been sort of transactions
10  as part of the experience -- with messaging as sort of
11  the base platform.
12      So I'm wondering if you could just talk a
13  little bit about experiences to date with currency on the
14  platform, what you guys have learned from that and what
15  it means. You know, why people in this room might be
16  interested in it.
17      MR. LIVINGSTON: Yeah, there's a lot of
18  questions in your questions. So I'll go through them.
19  Remind me if I forget any.
20      So I think -- like, if we just go back another
21  step. You know, why did we get into cryptocurrency sort
22  of goes back to how did we view chat back in the
23  beginning.
24      And I think the thing we thought about chat is
25  on one side we got really excited it could become this

## Page 35

1  central hub of daily life -- how you connect with
2  friends, families, businesses, and that that would be
3  really important to society.
4      But if it was going to become this really
5  important thing, really important to society and daily
6  life, it should be open and decentralized.
7      That's sort of how we started the company. But
8  the problem with that is in order to build the company,
9  we needed to, one, take a lot of money from investors
10  and two, take a lot of time from our team.
11      And they wanted to get a financial return from
12  that. So on one side we want to make this open, amazing
13  thing. And then on the other side, people want a
14  financial return.
15      And this is where we really got excited about
16  bitcoin back in 2011 where it was like, bitcoin for the
17  first time ever could provide a solution to this problem;
18  where now for the first time ever with blockchain, you
19  could actually guarantee the scarcity of a digital asset.
20      So once you create a cryptocurrency on the
21  blockchain, you can guarantee for the first time ever
22  that there will never be more.
23      So, you know, there's going to be 21 million
24  bitcoins. For the first time ever we can say, there will
25  never be more.

## Page 36

1      You know, whereas before with airline miles, or
2  any other sort of digital asset, somebody could always
3  print more.
4      And so what that meant is guaranteed scarcity -
5  - if you could create a new cryptocurrency, there's only
6  ever going to be so much of it, guaranteed scarcity,
7  guaranteed supply. If you could grow the demand for it,
8  then the price -- the value of that cryptocurrency would
9  go up, such that if you set some aside for yourself at
10  the beginning, you could make a lot of money.
11      And so this was the exciting insight for us.
12  It was like, for the first time ever, you could have open
13  and valuable.
14      And so this is something we started working on,
15  went to like, bitcoin conferences. At a bitcoin
16  conference in January 2012, it was like, 13 people.
17  Gavin, the lead developer on bitcoin was there. And Ted
18  this kid from Waterloo was there being like, I love
19  bitcoin, but it's flawed. Nobody is going to use it.
20  Nobody is earning in bitcoin. That's what we need to
21  figure out. And then we could have a mainstream
22  cryptocurrency.
23      Fast forward to 2014, we launch Kik Points,
24  which was a new digital currency inside of Kik, where we
25  wanted to test this experiment out, what if we created a

## Page 37

1  digital currency where you couldn't buy it and you
2  couldn't sell it, you could only earn it and spend it
3  inside of a Kik?
4      So it started with you could earn it by
5  watching ads, and you could spend it by buying smilies.
6  But then over time we built up more and more ways to earn
7  and more and more ways to spend.
8      And we got to this point where millions of
9  consumers were earning and spending in this digital
10  currency to the point it was like, three times the global
11  transaction volume of bitcoin.
12      And we did this with a team of like, a handful
13  of people. And so that's where we really said, hey,
14  there's something here. This could actually work.
15      It was a bit of a crazy idea. Like, hey,
16  instead of doing ads, let's build an economy around a new
17  cryptocurrency.
18      So then fast forward to today, 2017, we're all
19  in on this. You know, we try to do the ads things. We
20  don't have the data scale of these monopolies to
21  effectively monetize through advertising.
22      You know, selling stuff in a world where those
23  monopolies give everything away for free is impossible.
24  So not only is a cryptocurrency as a third option, a
25  great option, but for us, it's actually, we believe, the

10 (Pages 34 to 37)

SEC-KIK-LIT-E-0002284

Page 38

1  only option.
2       MR. WALDON:  Cool.  And I think you touch on a
3  really interesting point there which is, you know, Kik is
4  a pretty scaled up startup, as startups go.
5       But you've been sort of radically transparent
6  that you're facing growth challenges, you know, against
7  like, the Internet giants -- Google, Facebook, Apple, who
8  obviously have a huge stake in the messaging market.
9       And so that -- it's one, interesting that
10  you're transparent about that.  And I think that's led
11  to, you know, a lot of conversations -- you know, critics
12  who are looking at you guys doing a cryptocurrency
13  launch, and they're starting to ask the question, hey, is
14  this a mature startup that's just facing user growth
15  problems?  Is this a bow out for a startup that's looking
16  for a return on its investment?
17       And you yourself said in a recent interview,
18  you know, that cryptocurrencies do present a
19  fundamentally new way for startups to exit.
20       So I'm wondering, can you speak a little bit to
21  critics who make that criticism?  And I guess, as part of
22  that, explain, you know, what is the real vision here?
23  What are you expecting to get from Kin?  And does it
24  allow you to compete with Internet giants?
25       MR. LIVINGSTON:  A lot of questions.  A lot of

Page 39

1  questions.  I' going to have to give long answers.  Jesse
2  and I, we were both in the Union Square Ventures
3  portfolio together, so we go back.
4       I think that criticism is totally fair.  About
5  a year and a half ago, a journalist asked us, how is
6  growth going?
7       And we actually said we're struggling.  And the
8  journalist like, looked at me like, I can't believe you
9  just said that.  And he wrote it down.  He's like, this
10  is going to be the best article ever.  This billion-
11  dollar company is struggling with growth.  I can't
12  believe you said that.
13       And we're just like, oh, I thought that's --
14  you know, asks a question, you just give them the honest
15  response.  I didn't know that was a big thing.
16       And, you know, it was a bit painful for a while
17  because the impression it gave the industry was that Kik
18  was uniquely struggling.
19       And that was our impression was that we were
20  uniquely struggling.  But what we've found out since then
21  is pretty much every consumer service was struggling.
22       You know, Sound Cloud -- I know we're here at
23  Spotify, but laying off a huge chunk of their staff.
24  Twitter is not growing anymore.
25       Even Snapchat.  I think that was the final

Page 40

1  piece for us.  We look at Snapchat at their S1 at the end
2  of last year, and we're like, wait, wait a second, these guys
3  have raised billions of dollars.  They have thousands of
4  employees.  They had amazing product insight and amazing
5  execution, and even they are struggling.
6       And so this is when we decided like if even
7  Snapchat is struggling, we are on a losing path.
8  Everybody is on a losing path.
9       And that's where we decided as a board with our
10  investors and as a team that we had to go all in on
11  cryptocurrencies.
12       Because I think the key thing here is it's
13  always been hard for us to find a sustainable business
14  model, right?
15       We don't have the scale to do ads.  We can't
16  sell anything because everybody expects everything for
17  free.
18       So, you know, all we can do is just raise more
19  money at hopefully higher and higher prices.  But that
20  means, you know, we're trying to build a team with tens
21  of millions of dollars while Facebook, for example, is
22  making $10 billion a quarter.
23       So like, how do we compete with that?  And
24  we've really needed to find a sustainable business model.
25  So that's when we said a cryptocurrency could

Page 41

1  fundamentally change that for us.  Now it's not about
2  build a community to show them ads.  It's not about build
3  a community to try to sell them stuff.  It's build a
4  community and get them providing value to each other,
5  facilitating that with a cryptocurrency -- like, really
6  build a new economy, a virtual economy around a
7  cryptocurrency.
8       And that's what we tested out with Kik points.
9  And if we could do that, we could make a lot of money.
10  And we could compete again at the next level.
11       But the thing that was really interesting was
12  we said, wait a second, if we just took Kik points and we
13  put that on the blockchain, it would be the most used
14  cryptocurrency in the world.
15       That would be cool.  That would probably make
16  Kik points pretty valuable.  But then we had this bigger
17  idea:  What if we took a big chunk of that
18  cryptocurrency, and instead of keeping it for ourselves,
19  we set it aside for developers as an incentive to grow
20  the number of places that you could earn and spent Kin
21  beyond Kik, okay?
22       And this is what's called -- we call it the Kin
23  rewards engine.  We said okay, yeah, we're going to
24  create this economy inside Kik.  More and more people
25  will earn and spend it in more and more ways.

11  (Pages 38 to 41)

SEC-KIK-LIT-E-0002285

Page 42

```
1         And that will sort of grow the value of the
2   currency like this.  But what if we could go to other
3   digital services and say, hey, if you create ways to earn
4   and spend Kin inside your digital service, you'll be
5   growing the value of the currency.  Because now there
6   will be more transaction volume, more people.
7         What if that amount that you grew the value of
8   the economy, the size of the economy by integrating Kin,
9   what if we found a way to get that value back to you
10  through a rewards engine?
11        So now instead of everybody building their own
12  cryptocurrency, all these digital services would be
13  economically aligned to all build this ecosystem
14  together.
15        And that's where we said, okay, it shouldn't be
16  Kik points.  It should be something more broad, bigger,
17  and that's where we came up with the name Kin and family.
18  It's, yes, we'll use Kik to launch Kin.  That
19  will give it its value.
20        But then we'll use the cryptocurrency as a tool
21  to economically incentivize the creation of hundreds,
22  thousands, tens of thousands of other places where
23  consumers can go to earn and spend Kin.
24        What do you think about that?
25        MR. WALDON:  I mean, it sounds to me like, it's
```

Page 43

```
1   a big bet on open source, which is fascinating.  And so
2   one -- I guess a follow-up there is, you're sort of
3   saying, you know, Kik as a company you mentioned earlier,
4   is 125 people.
5         You guys have been building that for -- since
6   2009, building out new features.  And now you're saying
7   there's this whole world of developers out there who have
8   talent.  So it's sort of a bet that there's more talent
9   outside the company, than the sum of talent inside the
10  company.
11        And it sounds like the Kin rewards engine is a
12  way to bring those people in -- towards a common goal.
13        MR. LIVINGSTON:  Totally.  That's exactly
14  right.  Like, we -- I think we have like, 150 people --
15  as 150-person company doing a million different things
16  are never going to be able to compete with these
17  monopolies.
18        But what we are feeling, the pain we are
19  feeling as like, a top hundred app is the pain that
20  thousands, tens of thousands of developers are feeling.
21        Everybody is saying, I want to build great
22  stuff.  But I just can't find a model.  I can't get paid.
23  I can't make this my living.  So I got to go work for
24  these big monopolies.
25        And so what we're saying to them is not only
```

Page 44

```
1   can this be a business model for Kik, a way for us to
2   make money by growing the value of this asset, but it can
3   also be a business model for you.  So you can pursue your
4   passion.  You can build amazing stuff that you want to
5   build to provide value to consumers.
6         Don't do ads.  Don't do any of that crap.  Just
7   bring people together.  Find a way for them to provide
8   value to each other -- whether it's in music, or games,
9   or live streaming or chat.
10        And the more you do that, the more money you
11  will make.  And so that's the other thing I love, it's
12  like, amazing and it aligns all these developers.
13        But it also aligns with consumers.  So now it's
14  like, a developers' goal of, like, listen consumer,
15  you're in my service.  I don't want to show you ads.  I
16  don't want to sell you stuff.  I just want you to get
17  compensate for the value you provide to this ecosystem.
18        MR. WALDON:  So basically you're taking, you
19  know, Kik the company and you're sort of dissolving it
20  into this larger community of just developers -- where
21  Kik is a developer.  You're open-sourcing that at some
22  point, right?
23        And then now you're just one developer among
24  this -- you know, the entire sea of developers out there
25  that want to develop a chat-based application.
```

Page 45

```
1         MR. LIVINGSTON:  Not just chat-based.  Like any
2   application.  So I think that's -- that's exactly right.
3    Like, the way I think of it is, number one , imagine
4   somebody -- some new project created Kin.
5         Hey, we're going to create this new ecosystem
6   of digital services for consumers so you can go to all
7   these different places, all these great services.
8         But everybody would be like, well, who is going
9   to adopt that?  So now we're saying, well, actually we
10  signed up the first digital service, and it's this
11  company called Kik -- this app called Kik.
12        It has 15 million monthly active users.  It's a
13  top 100 app in the U.S., and it's actually the number
14  five most-searched for term in the App Store because
15  everybody uses it to connect across communities.
16        Everybody would be like, wow, Kin, that sounds
17  amazing.  And you've already signed up Kik -- this top
18  100 app?  Like, that's a really exciting project.
19        And so that we think is like, the killer
20  innovation is not only have we built the platform and the
21  ecosystem with Kin, but we've also found that first
22  killer app.
23        And, you know, if you look at the history of
24  platforms, that's always how they evolve.  You know,
25  like, Nintendo had Super Mario Brothers.  Windows had
```

SEC-KIK-LIT-E-0002286

Page 46

1    Excel.  Even the iPhone had the iPod.
2         So we think we have both the platform and the
3    killer app to start this whole thing.
4         MR. WALDON:  Awesome.  And yeah, there's --
5    this is really early days for crypto, and especially when
6    it comes to like, you know, consumer media applications,
7    I think there's a sharp contrast between the users of
8    those applications and the people who are, like, really
9    deep into crypto.  You know, it's still pretty nerdy at
10   this stage.
11        And a lot of the -- I think a lot of the
12   challenges are around how do you get people to understand
13   what cryptocurrency is, how to manage private keys to
14   move cryptocurrency around, where you can spend the
15   cryptocurrency, where you exchange it, what the
16   volatility means.
17        So these are like, big, hard challenges that
18   sort of stand in the way of adoption.  That's what keeps
19   me up at night when I think about large-scale adoption of
20   cryptocurrencies.  I'm curious, you know, what are you
21   thinking about -- what do you hope to learn when this
22   thing launches?
23        MR. LIVINGSTON:  So I think I put the
24   challenges into two buckets.  I think the first bucket is
25   around getting consumers to understand it and volatility

Page 47

1    and all these things.
2         And I think that's what we really wanted to
3    show with Kik points is if that -- you could create an
4    economy -- a virtual economy where people were earning in
5    the digital currency and then immediately spending in the
6    digital currency.  And there was like, no outside
7    exchange.  Like, you couldn't buy it, you couldn't sell
8    it.  You could only earn it and spend it, that it would
9    greatly reduce the effects of volatility.
10        Because now you're saying, listen, I do this
11   over here.  I host a great chat.  I earn one Kin, and
12   then I go over here and I, you know, get a great sticker
13   and I spend one Kin.
14        I don't care if one Kin is a dollar.  I don't
15   care if it's $10.  Or not nearly as much because
16   everything I want to do is in Kin.
17        And I think that's sort of like, here, right?
18   Like, you get your paycheck in U.S. dollars.  You go buy
19   a pizza with U.S. dollars.  Do you care what the exchange
20   rate is with Australian dollars?
21        You're like, no, I don't really care.  Some
22   people will care, but not very many people.  So I think
23   that's the first thing.  That's what we proved with Kik
24   points is -- and that was our fundamental program with
25   bitcoin is nobody is earning in bitcoin.

Page 48

1         And so therefore people are just speculating on
2    it.  We want to find a way to get people earning, so
3    they'd actually use it.
4         The second category of problems is with the
5    blockchain and the technology.  There's a bunch of
6    challenges here.
7         Scalability is a real issue.  You know, if we
8    wanted to go in and just give one Kin to each of our
9    users, we'd tie up the Ethereum network for something
10   like 30 days.  Take 30 days, like, you get one Kin.  You
11   get one Kin.  Come back 30 days later, and you get one
12   Kin.
13        And it would take down the whole network.  And
14   so I think, you know, getting that scalability, it's a
15   big challenge.
16        How we're going to do it is we want everything
17   to be on chain from day one because we're going to do
18   sort of like, a Gmail-style rollout inside of Kik.  So
19   we're going to start with just a thousand users.
20        And then from there, as we figure out the
21   scalability, we increase the scalability of the
22   blockchain -- whether it's on Ethereum, whether it's on
23   our own sort of blockchain 3.0 project, or somebody
24   else's blockchain 3.0, I call it, as we can increase the
25   scalability, we'll increase the size of the consumer

Page 49

1    bases again.
2         And then the other big thing is, you know,
3    private keys.  You know, we think it's really important
4    that it's all on chain and that the user controls their
5    private keys for a bunch of reasons.
6         But for a consumer, it's like, so if I lose
7    this key, it's gone?  And they're like, no, no, no, I
8    call you guys and you give me the key back.
9         And we're like, no, no, no, it's gone, right?
10   And the consumer is like, oh, I could never use that.
11        And so I think that's like the big -- the
12   second big category of technology products -- really
13   product problems -- is innovating around how people use
14   keys, how recovery works, how fraud works.  All these
15   different things.
16        But I think that's where Kik has a great track
17   record.  Like, we were the first chat app to go viral in
18   2010.  The first chat app to become a platform in 2011,
19   and the first chat app in the Western world to launch
20   Bots in 2014.
21        So we have like, a history of innovation around
22   product in these new emerging areas.
23        MR. WALDON:  Yeah, I think the product
24   experience on those challenges will be an amazing
25   learning experience for the entire space because those

SEC-KIK-LIT-E-0002287

Page 50

1    challenges are really I think something that any
2    developers here who are thinking about building a
3    decentralized media application are thinking about how
4    are we going to get people to actually use this thing and
5    interact with it?
6          And the sort of UX is just so trailing behind
7    the excitement in the space.
8          MR. LIVINGSTON:  Totally.  And so how do you
9    think about like, the challenges in the space?  You know,
10   we're here at Spotify.
11         Spotify bought Media Chain, which was really
12   cool.  Like, wow, good for you Spotify and good for you
13   Media Chain.  How are you guys thinking about it now that
14   you've been here this -- you know, another big company?
15         MR. WALDON:  Yeah, so we're tracking the space
16   closely. Frankly, the Kik announcement was a really big
17   deal for us here inside of Spotify.
18         Because it's like, hey, big companies are
19   starting to think about this stuff.  Obviously, we've
20   been thinking about it for a long time prior.
21         And so at the moment we're just sort of
22   exploring, you know, from a research standpoint, how
23   might this play a role.
24         You know, Spotify -- one way to think about it,
25   you have on one side artists, and then on the other side,

Page 51

1    obviously, there are fans.
2          And we're constantly looking for ways to bring
3    them closer and closer together.  The idea that, you
4    know, potentially there's a token that maybe an artist
5    creates or a token that allows for exchange, like you're
6    talking about.
7          That's a fascinating way to remove some of the
8    middlemen that are currently in between that exchange.
9          And, you know, Spotify is a platform that's
10   constantly looking to do that and bring artists and fans
11   together more directly.
12         So there's a lot of alignment in I think the
13   spirit of the blockchain space and the cryptocurrency
14   space and what Spotify is trying to do for artists.
15         MR. LIVINGSTON:  Awesome.
16         MR. WALDON:  Yeah, it's exciting.  I wanted to
17   maybe shift gears a little bit and talk technical a
18   little bit more, specifically like, why -- so why
19   Ethereum?
20         You know, I think there's a lot of parallels --
21   if you think about like, a loyalty program, like,
22   Starbuck's runs or something like that, you know, there
23   are a lot of similarities in that, you know, Starbuck's
24   is trying to, you know, incentivize people to do certain
25   things that benefit Starbuck's.

Page 52

1          And with Kin you're trying to incentivize
2    developers to, you know, build applications that will
3    drive -- you know both systems are trying to incentivize
4    people to do stuff that the system architect wants to do.
5          So why Ethereum versus, you know, any other
6    blockchain solution or non-blockchain solution?
7          MR. LIVINGSTON:  Okay, two questions in there -
8    - why Ethereum?  Is it like rewards?
9          Okay, so why Ethereum, I think it's really
10   simple.  It s a really easy way to get into the market.
11    It's the best blockchain to build for right now.  We can
12   create a new cryptocurrency, new token very quickly and
13   easily.
14         And then we set it up such that as new
15   blockchains emerge, if they have higher scalability, we
16   can move between blockchains.  We can move the
17   cryptocurrency.
18         So I think that's the first one.
19         In terms of like, rewards programs, I think
20   that's right.  Like, with a rewards program you're trying
21   to create an incentive system to incentivize the behavior
22   that you want to see.
23         So I think in that way, like, Starbuck's points
24   and Kin are -- any other cryptocurrency are similar.
25         But where I think it's different and really

Page 53

1    compelling is in the Starbuck's model, if I go -- if you
2    go to Starbuck's and you drink a ton of coffee, and you
3    get a bunch of Starbuck's points, that doesn't help me.
4          And if I go to Starbuck's, and I drink a bunch
5    of coffee, and I get a bunch of Starbuck's points, that
6    doesn't help you.
7          But in a cryptocurrency, the opposite is true.
8     If I come in and I provide a bunch of value, and I
9    create demand for this cryptocurrency, then the value of
10   the cryptocurrency overall is going to go up.
11         And it goes up for me, and it goes up for you.
12    And if you're a developer creating a bunch of demand for
13   Kin and a bunch of ways to earn and spend, you're getting
14   this reward engine, daily payout, you're causing the
15   value of the cryptocurrency to go up, as well.
16         And it's going up for you, and it's going up
17   for me.  So it's would sort of be like, if at Starbuck's,
18   you know, if you -- listen, I don't have to do anything,
19   I went and drank coffee one day, and I got one Starbuck's
20   point.
21         But tomorrow you go in and you drink a coffee
22   every day for the next year, that now is economically
23   benefitting me.
24         So it's sort of like a networked incentive
25   system, and I think that's like, the super powerful thing

14 (Pages 50 to 53)

SEC-KIK-LIT-E-0002288

Page 54

1   about cryptocurrencies, is it can economically align a
2   large group of people to all work together to create
3   amazing new things.
4          MR. WALDON:  Awesome.  How are we doing on
5   time?  Do we want to open it up to questions soon?
6          MICHAEL:  So, yeah, I mean, this conversation
7   is amazing.  It's eight o'clock.  I think there's
8   probably lots of questions -- maybe we'll let the
9   audience --
10         MR. WALDON:  Sure, let's do it.
11         QUESTION:  (Inaudible.)
12         MR. LIVINGSTON:  So the question is, it seems
13  like a closed system.  Have you ever considered opening
14  it up so that you could use it outside?
15         So Kin is an ERC20 token.  So you get it, it's
16  yours.  You can do whatever you want with it.  But I
17  think -- you know, the problem with cryptocurrencies is
18  like, they're great to speculate on.  You know, I'll get
19  one.  I'll hold it, and hopefully it will go up.
20         But nobody actually uses them for transactions
21  -- real transactions.  And so what I think the innovation
22  of our project is -- one is we have a, you know -- a test
23  where we got millions of people earning and spending in a
24  new digital currency.  That's one.
25         But two, we've created this really interesting

Page 55

1   rewards engine to incentive other developers to create
2   places beyond Kik, where you can earn and spend Kin, as
3   well.
4          QUESTION:  (Inaudible.)
5          MR. LIVINGSTON:  Cool.
6          MR. WALDON:  Any other questions out there?
7          QUESTION:  (Inaudible.)
8          MR. LIVINGSTON:  Yeah, I heard you.  How do you
9   separate the private entity of Kik with the foundation?
10  That's your question, right?
11         So we are -- so maybe I'll just talk about the
12  allocation for a second.  So we're creating Tuesday next
13  week -- it's been a long time coming, I'm very excited,
14  10 trillion Kin tokens.  Okay?
15         Everybody said, wow, that's a lot.  It's
16  actually not a lot.  You know, it's just a matter of
17  where the decimal place falls.
18         The reason why 10 trillion versus 21 million
19  bitcoins, for example, is because if I host a great group
20  chat, or make a great playlist or build a great game, I
21  don't want to earn .00001 bitcoin.  I'd rather earn 10
22  Kin.
23         Okay, so this our lens on everything.
24  Everything is about the consumer and making it really
25  easy to understand.  So we're creating 10 trillion Kin.

Page 56

1   And we're selling 1 trillion Tuesday next week in a token
2   distribution event.
3          I'll talk about that in a second.  We're
4   putting aside 3 trillion for Kik, vesting in at 10
5   percent a quarter for 10 quarters.  So over two and a
6   half years -- that's Kik's incentive for being the first
7   killer app on this platform, how we convinced our
8   investors to do this.
9          And then we're setting 6 trillion Kin aside for
10  the foundation and the rewards engine.  And those we'll
11  vest into the market at 20 percent of whatever is left of
12  that 6 trillion each year, paid out daily.
13         Okay, so it's sort of like, the mining reward.
14  You know, there's some that keeps getting paid out, but
15  less and less and less, but hopefully at higher and
16  higher prices.
17         So in terms of separating like, the private
18  entity of Kik and the foundation, the Kin rewards engine,
19  today, you know, obviously Kik has influence on both.
20         And that's what we need to do to get it going.
21  But over time, the idea is Kik becomes just another
22  participant in this much broader ecosystem.
23         And this Kin foundation becomes this
24  independent, open, and ultimately completely
25  decentralized organization that's goal is to get Kin used

Page 57

1   in as many places as possible.
2          So like, grow the overall size of the economy -
3   - whether that's in Kik or hopefully well beyond Kik.
4          Why over time will we want the Kin foundation
5   as Kik to be as independent as possible is simply because
6   it's in our best economic interest.
7          This is the thing I love about
8   cryptocurrencies, it's so many times, like, why would we
9   open source Kik for the users?
10         Because we'll make more money.  Because the
11  more we grow the usage of this asset, the ecosystem
12  around it, the more valuable the currency, the more
13  valuable our 30 percent.
14         If people perceive that, hey, this Kin
15  foundation, they're favoring Kik as one of these
16  participants in the system, nobody will adopt it, and Kin
17  won't be worth anything.
18         And so it's just in our economic best interest,
19  which is always the best test.  If it's in somebody's
20  economic best interest, they're probably going to do it.
21  And so that's how we tried to set it up here.
22         Maybe I'll just also talk about the token
23  distribution event.  We're taking a totally new approach
24  on this, and so for those of you that have projects, we
25  think it's going to be cool.

SEC-KIK-LIT-E-0002289

Page 58

1   So there's two ways typically to do a token
2   distribution event.  On the one side you can say, hey,
3   we're only going to raise this much money.  And whoever
4   gets in first gets it all.
5       So this is what happened with the bad ICO, $35
6   million, 200 people ended up taking all of that $35
7   million.  A bunch of people who wanted that, got left
8   out.  And then those 200 people immediately flipped it
9   onto exchanges for immediate two to three times return.
10      So everybody is pissed off, like, why did you
11  give it to these guys that don't care about the project
12  at all, and they made all the money, and you didn't give
13  it to us?
14      So then what people did is they said, oh, we
15  have a solution.  What if we just take as much money as
16  people want to give us for a period of time, and then
17  we'll divide it up from there?
18      So oh, great, now everybody can participate,
19  but we get these $150, $200, $250 million -- it's like, a
20  team of five people, they're like, damn, that was sweet.
21  Like -- (laughter) -- and it's like -- we're like, okay,
22  that -- we don't want to do that either.  That just feels
23  irresponsible.
24      And so what we said is like, could we get the
25  best of both?  So we are raising $125 million -- you

Page 59

1   know, in our last round, we raised $50 million, so it's
2   about double.  Every time we raise money, we raise about
3   twice as much money -- $125 million capped round.
4       But then on the other side to make sure that
5   everybody can participate who wants to, we are requiring
6   people to register ahead of time with their passports.
7   Okay?
8       And this is the part I love -- I love this.  So
9   how do we make sure that people aren't double-dipping,
10  getting extra allocation, taking it all is we go and we
11  say, if you want to participate Tuesday next week, you
12  must register at Kin.Kik.com by this Saturday at 9:00
13  a.m. Eastern with your passport and Ethereum address.  If
14  you do not register, you will not participate.  Period.
15      Since then, since we announced that, we've had
16  15,000 people from 134 different countries register with
17  their passports, okay?  It is awesome.
18      And we didn't expect that, that many -- like,
19  people like, here's my passport.  And then we're like --
20  we get all these passports, and we're like -- we're
21  working with a bunch of different vendors to verify them
22  and do all this stuff.
23      But actually there's a manual review, and
24  there's like, training for it.  It's all hands on deck,
25  and we're like, oh, man, we need way more people doing

Page 60

1   this.
2       So actually I jumped in and I reviewed
3   passports.  I reviewed 200 passports.  It took me two
4   hours.  I got the training, did the passports.  So cool.
5   It's like, here's their passport.  Here's their selfie.
6   Here's all their information.
7       And I'm like, okay -- like, the customs guy,
8   I'm like, welcome to Kinland.  (Laughter.)
9       You're in.  You're out.  And the cool thing is
10  I did about 200 passports, and in those 200 passports,
11  there were 50 unique countries -- countries I had never
12  even heard of.
13      And so what -- so this is cool -- so we got
14  15,000 passports so far.  There's still a day and a half
15  to go or whatever it is.
16      And then what we're going to do is we're going
17  to take that $75 million and equally divide it between
18  all those people who registered.
19      And so on Tuesday, it's this like, race at the
20  door, it's hey, you signed up -- $75 million divided by
21  15,000 is whatever that number is -- $6,000.  We have a
22  conversion rate -- or an exchange rate between Ether and
23  dollars.  So send us up to this much Ether within 24
24  hours, and we will send you back the corresponding amount
25  of Kin.

Page 61

1       So everybody will have this opportunity.
2   There's no rush.  There's no like, taking down the
3   blockchain.  Just very calm:  You registered.  You're
4   equal.  You get up to $6,000.
5       If you want it all, send us this much ether.
6   If you want less, send us less.  We'll send it back to
7   you.
8       So this guarantees that everybody who wants to
9   participate can participate on day on, on a capped round.
10  We are then -- by doing it that way, we're guaranteeing
11  that we won't raise the $75 million in that first round
12  because somebody registered, but they decided not to
13  participate.
14      Okay, there's $6,000 gone.  Somebody
15  registered, but they only participated at half the cap.
16  Okay, there's $3,000 gone, so it will be actually quite a
17  bit less.
18      And then from there, we'll do subsequent
19  rounds, where we keep raising the cap.  And in this way,
20  we think we can do a global distribution with thousands
21  and thousands of people in 134 and maybe more countries,
22  where everybody goes, that was awesome.  That was fair.
23  And I'm excited.
24      And so we're excited about that.
25      MR. WALDON:  Awesome, and just to be clear, is

16 (Pages 58 to 61)

Page 62

1    it going to the Kin Foundation?
2        MR. LIVINGSTON:  So that is going to Kik, and
3    we are using that to set up Kik and Kin as -- you know,
4    Kin set up the platform, and then Kik as the first killer
5    app into that platform, and then get the reward engine
6    and go from there.
7        MR. WALDON:  Okay.
8        QUESTION:  I was wondering if you could give
9    like, the 60-second version of how the reward engine
10   works and how those, you know, 1.2 trillion tokens will
11   be distributed over the next year or so?
12       MR. LIVINGSTON:  Yeah, 1.2 trillion.  It's
13   going to be awesome.  Okay, so what we want to do is --
14   everybody heard the question, right?  Yeah, you had a
15   mic.
16       What we want to do is there's a bunch of
17   developers out there, right?  Everybody is looking at a
18   cryptocurrency.
19       And so the question everybody is going to ask
20   themselves is, why would I adopt Kin when I could launch
21   my own cryptocurrency and do my own token distribution
22   event?
23       And so the answer we want to give to that is
24   because you will make more money.  And so that's really
25   how we thought about Kin is how can we set it up such

Page 63

1    that as a developer, who has a digital service like, I
2    could do my own cryptocurrency, but if I adopt Kin, I'll
3    just make more money.
4        Because we think that's the way to unite all
5    these developers to work together instead of spreading
6    out all their efforts across hundreds, if not thousands
7    of these very small cryptocurrencies.
8        So how do we do that?  Well, first of all, we
9    say, okay, you're a developer.  You adopted Kin.  You
10   created places for people to earn and spend Kin, how much
11   is that increasing the value of the economy?
12       And the answer to that is in transaction
13   volume.  So what we will do is we say every day -- so
14   there's that 1.2 trillion a year, that converts into a
15   daily payout.
16       And every day, we will look at the overall Kin
17   economy.  And we'll go digital service by digital
18   service, and we will add up transaction volume.
19       So hey, you did 1 percent of all the
20   transaction volumes in the overall economy.  You did 2
21   percent.  You did 3 percent.  And we will pay out that
22   daily reward for that last 24 hours proportional to that.
23       So hey, maybe one day, we'll get Spotify on
24   there.  Spotify did 10 percent of the transactions
25   yesterday, they should get 10 percent of the daily

Page 64

1    reward.
2        Now, the thing we haven't released yet -- and
3    we will but not yet -- is -- the obvious question is, but
4    isn't that really gameable?
5        Like, what if, you know, Jesse at Spotify is a
6    little bit evil, and he says, instead of like, creating
7    real transactions, what if I just great a bunch of bots
8    to send Kin back and forth with each other, and I'll
9    drive up this transaction volume, and, you know, who is
10   real?  Who is a bot?  You can't know.
11       I think the secret sauce to the algorithm is
12   how we solve for that problem, how we solve for game
13   ability.  We're not releasing that yet.  We're very
14   excited about that, but that's really how the Kin -- that
15   wasn't 60 seconds, but that's how the Kin rewards engine
16   works is if the Kin economy like, is worth this much
17   without you, and this much with you, we're going to find
18   a way -- a fair, programmable, and ultimately
19   decentralized way to get that value to you, such that
20   it's in your best economic interest to adopt Kin versus
21   build your own cryptocurrency.
22       QUESTION:  (Inaudible) so you mentioned Kik,
23   Snap, Twitter, all these other companies are suffering
24   from lack of user growth, Kin won't necessarily solve
25   that.

Page 65

1        Even if the volume -- or the value of Kin goes
2    up over time, Kik still has to deal with users are not
3    coming into the platform -- necessarily.  I'm not saying
4    that is or is not the case.
5        So that still doesn't really solve the problem
6    of longevity for a developer or platform adopting Kin.  I
7    guess -- what are your thoughts on that?  Or how are you
8    guys planning for that?
9        MR. LIVINGSTON:  So two things, I think that's
10   a great question.  The first thing is, with Kik, why
11   couldn't we compete with these bigger companies is
12   because we didn't have the resources.
13       You know, we've raised $120 million, which
14   seems like a lot of money, but that's been over the last
15   eight years.
16       So it's you know, $15 million a year.  And
17   you're competing with guys that are making $10 billion a
18   quarter -- $40 billion a year.  How many orders of
19   magnitude is that -- three -- over three.
20       And so I think a big part of Kin is giving us
21   the resources to properly invest in the right things in
22   Kik to actually be able to compete at a higher level.
23       Okay, so I think that's how Kik -- this does
24   actually really solve growth.
25       But on the developer side, I think how the

17  (Pages 62 to 65)

SEC-KIK-LIT-E-0002291

1   economy outside of Kik grows much faster is there's like,
2   all these different segments of consumers out there that
3   have their own unique interest -- things they want.
4       And we're actually all pretty different, right?
5   Like, we don't -- like, I could be very interested in
6   this little thing, and you're very interested in that
7   little thing.
8       But the way the economics of the industry are
9   set up today is that the only people that can survive --
10  that can make money become sustainable, you have to have
11  massive scale. Because that's the only way you're going
12  to make any money through ads.
13      And if you can't make money through ads, you're
14  going to go out of business. So what does that mean? We
15  have a world today where each of us probably only use a
16  few very big apps that try to serve everybody in the same
17  way.
18      We believe that with this ecosystem and this
19  new monetization model, we will be able to support many
20  more developers, building for many more niche interests
21  because now it's not based on scale to get ads. It's
22  about creating transaction volume to get a piece of this
23  daily reward.
24      And we think that will allow developers to
25  build much better experiences for a specific group of

1   this stuff is coming out.
2       I actually read a stat that $700 million was
3   raised last quarter through token distribution events,
4   which is more than all early stage investing.
5       So already token distribution events have
6   replaced venture capitalists. Okay? You know, the
7   venture capitalist might not know yet, but everybody else
8   does. Okay.
9       So as a regulator, you're saying, okay, shit,
10  unstoppable, global. On one side, we need to protect the
11  consumer because there are blatant scams, okay?
12      There are blatant scams getting tens of
13  millions of dollars in Ether. We can't have that. We
14  all agree, right? We can't have that.
15      But on the other side, if we do regulation
16  wrong, we won't stop it, it will just move somewhere
17  else.
18      And you know, I think this is what a lot of the
19  analysis was with China saying, token distribution events
20  are illegal. Everybody in Silicon Valley is going,
21  whooo.
22      Because all this innovation that was about to
23  happen in China now can't happen there, and now Silicon
24  Valley gets a huge head start.
25      And so I think this is the really interesting

1   consumers than these handful of monopolies try to build
2   for everybody.
3       QUESTION: (Indiscernible) you talk about the
4   50 unique passports you received, right? Did people from
5   -- are any of those countries giving any tax incentives
6   for participating or doing transactions in Kin or Kik?
7   Or are there any that are showing signs of giving
8   developers tax incentives to participate in that economy?
9       MR. LIVINGSTON: I don't know. But to me
10  that's like, step eight.
11      QUESTION: Okay.
12      MR. LIVINGSTON: Is like, tax incentives for
13  like, crypto -- really, we're going to create a whole new
14  financial system here, and there will be lots of things
15  we got to figure out.
16      But that's like, way down the road. I think
17  the bigger thing right now that regulators are trying to
18  deal with is: What the fuck do we do?
19      Okay, because on one side it's open and
20  decentralized. So it's like, the Internet. Well, the
21  only way to stop is to turn off the Internet. We don't
22  want to turn off the Internet. So okay, it's
23  unstoppable. Okay, that's a problem.
24      And then they got to decide -- on one side
25  there's like, all this innovation, all this funding, all

1   going forward. This is issue number one, is how do we do
2   regulation such that we foster innovation, but we protect
3   the consumer?
4       QUESTION: I can answer that. Just today
5   there's an organization in DC called Coin Center, and
6   they do advocacy work for this technology to make sure
7   that, you know, regulators are informed and able to make
8   smart decisions. And today a bill was put forward that
9   would essentially allow for small transactions -- I think
10  transactions under $600 to be tax exempt.
11      Because I think at the moment, at least in the
12  U.S., if you send -- if I send you, like, a tiny fraction
13  of a bitcoin to pay for a coffee or something, that's
14  like a taxable, you know, capital gains event, where
15  based on what I paid for that bitcoin, I have to measure
16  whether if I gained or lost when I spent it.
17      And that, of course, like, doesn't work very
18  well when you're trying to do -- you know, sell stickers
19  or something like that.
20      So yeah, so Coin Center has been doing work to
21  try to make, you know, regulation favorable to small
22  transactions, but still allow for this like, investment
23  use case, as well.
24      MR. LIVINGSTON: That's awesome. I think like,
25  the right analogy for this, too, is just like, this is

18 (Pages 66 to 69)

Page 70

1   the dot.com.
2       Right, when the Internet came out, it was this new
3   innovation, very disruptive at the time, and on one side
4   it created all these opportunities, but on the other
5   side, it created all these challenges.
6       And you know, regulators have a choice, like,
7   oh, look at all the sex on the Internet. Like, shut it
8   down.
9       But if they did that, they would miss out on
10  this decade's biggest opportunity of innovation and
11  economic wealth generation.
12      And so just like with the dot.com, I think, you
13  know, crypto today is very similar. There's a lot of
14  excitement. There's going to be a lot of money made.
15  There's going to be a lot of money lost.
16      But that the end of the day, something the size
17  of Amazon and Google will come out of it.
18      QUESTION:  (Inaudible.)
19      MR. LIVINGSTON:  So the question is, what has
20  developer interest been, and what do we expect some of
21  the use cases to be?
22      So developer interest -- if I just back up for
23  a second, I think what's really interesting about Kik is
24  we have a very long history of building platforms.
25      So we became the first chat app in the world to

Page 71

1   become a platform so you could integrate other native
2   apps back in 2011.
3       First chat app to add a web platform in 2012.
4   First chat app in the Western world to add bots in 2014.
5   And with our bot platform today, we've have over 100,000
6   bots built for Kik.
7       So we have a history of building for platforms,
8   and we have a lot of excitement with our developer base
9   around this.
10      But because of these scalability issues, it
11  will take some time, okay?
12      In terms of use cases -- and this is not just
13  for Kik, but if we go broad for a second -- you're trying
14  to figure out how people can create value.
15      All these projects in crypto are about creating
16  value and compensating those people who create the value.
17  So, you know, it could be, hey, I'm really good at
18  creating stock trading algorithms. It could be, hey,
19  I'll give you some of my storage. It could be, hey, I'll
20  give you some of my computational power.
21      In Kik it's ways that people -- consumers can
22  provide value to other consumers. And so we think things
23  like, I could host a great group chat for you, and you
24  pay to join.
25      And then you host a great group chat for me,

Page 72

1   almost like a virtual Uber. Today, I'll drive for you,
2   and I'll pay you 10 bucks. And you paid me 10 bucks.
3   And tomorrow you drive for me, I'll pay you 10 bucks.
4       No money has changed hands, but we've both done
5   a transaction. We've grown the economy.
6       And so we're trying to create all the virtual
7   equivalents of that. You know, I create a playlist for
8   you. You create a playlist for me.
9       I host a group chat for you, you host a group
10  chat for me. I create content for you. You create
11  content for me.
12      And so those are all the sorts of use cases in
13  the consumer space that we're looking at.
14      QUESTION:  What are some ideas or examples of
15  how like, free platforms would use Kin? Like, maybe
16  like, if Twitter or Reddit or some -- something you don't
17  pay for, right?
18      Like, you -- you said on Kik you watch ads,
19  right? Like, are there other kinds of examples that
20  would get already established platforms to think about
21  how can we create these transactions?
22      MR. LIVINGSTON:  Yeah, so this is like, the
23  really interesting thing about crypto is you look at
24  something like Twitter, and you drop a cryptocurrency
25  into it, and it wouldn't work because Twitter is set up

Page 73

1   for maximum scale and maximum advertising.
2       How Twitter would have to change their thinking
3   to make crypto work is they'd have to step back and ask
4   themselves how are our users providing value to other
5   users on the platform?
6       And how could we create a marketplace around
7   that? Facilitated with a cryptocurrency. So, you know,
8   if I have to pay to read your tweets, like, nobody is
9   going to do that. It will kill the platform.
10      But what are things that people would pay for?
11  You know, you're talking about fans earlier, if I'm like
12  a great tweeter, could I create a fan club?
13      I haven't thought about Twitter, but, you know,
14  we're talking about it now. Could I create a fan club
15  where, you know, maybe I let the first thousand in for
16  free. I build up a reputation in the system of having
17  the best fan club.
18      But now the fan club is getting pretty full and
19  I ratchet up the price to get in. So now as a user, I'm
20  paying to join another tweeter's fan club, and then
21  they're turning around, making all this cryptocurrency,
22  and they're saying, oh, whose fan club can I join?
23      And so that's what you're doing. You're
24  building an economy around some way that consumers can
25  provide value to other consumers where there's sort of

19  (Pages 70 to 73)

SEC-KIK-LIT-E-0002293

## Page 74

1    like, built-in scarcity.
2         You know, I can only have so many people in my
3    fan club.  I'd love to give it to you all for free, but I
4    can't.  So who will pay me the most, and let's facilitate
5    that with a cryptocurrency.
6         The really cool thing about this is now as a
7    digital service provider as Twitter, your number one
8    metric is how well can you get consumers compensated,
9    okay?
10        Before it was how well can we extract value
11   from consumers.  Now, it's how well can we give value to
12   consumers.
13        And the more you do that, the more valuable the
14   cryptocurrency will be.
15        And the second cool thing is that person giving
16   value t the ecosystem and getting compensated for it, no
17   matter how much value they provide and no matter what
18   country they live in, we can get them that value.
19        Right, if you think about it if we were trying
20   to do this with U.S. dollars, where okay, this person
21   provided .0001 U.S. dollars' worth of value, and they're
22   in India.  Let's mail them a check, right?  Could never
23   do it.
24        But with cryptocurrency no matter where you
25   live, no matter how much value, you provide, we can get

## Page 75

1    you that compensation.  So I think that's really cool,
2    too.
3         MICHAEL:  So, guys, checking on in time, it's
4    8:30.  This is obviously very engaging and everybody
5    wants to keep asking questions, but we have to be out by
6    8:45 I understand, right, Jesse?
7         So maybe we break --
8         MR. LIVINGSTON:  The landlord.
9         MR. WALDON:  Yeah, I think we can break and we
10   can continue the discussion over whatever beer and pizza
11   is left over there.  But thanks again, for everyone for
12   coming and Michael for hosting this recurring event.
13        MR. LIVINGSTON:  Thank you.
14        MICHAEL:  Thanks, Ted.
15        (End of audio.)
16             * * * * *
17
18
19
20
21
22
23
24
25

## Page 76

1              TRANSCRIBER'S CERTIFICATE
2
3    I,  Mike McCormick, hereby certify that the foregoing
4    transcript is a complete, true and accurate transcription
5    of all matters contained on the recorded proceedings in
6    the matter of:
7    KIK INTERACTIVE.
8
9
10   _____
11   Transcriber
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SEC-KIK-LIT-E-0002294