# SEC49-C


























SEC-KIK-LIT-E-0002354