# SEC53

Case 1:19-cv-05244-AKH   Document 60-63   Filed 03/20/20   Page 2 of 2

EXHIBIT
40
19-cv-5244-AKH

EXHIBIT 133
WIT:
DATE: 8/30/18
Melinda Johnson, CSR

## Kik Interactive Inc. - SAFTS

| Participant Name | Amount | Date of SAFT |
|---|---|---|
| Aidan David Tracey | $50,000 | July 12, 2017 |
| Alex Felix | $350,000 | July 14, 2017 |
| Anthony Di Iorio | $500,000 | July 12, 2017 |
| Betaworks Studio, LLC | $50,000 | July 14, 2017 |
| Blockchain Capital III Digital Liquid Venture Fund, LP | $500,000 | July 12, 2017 |
| Blockchain Opportunity Fund, LLC | $1,200,000 | September 11, 2017 |
| Bonseph Holdings Limited | $50,000 | September 11, 2017 |
| Brad Riddoch | $10,000 | September 11, 2017 |
| Burundi LLC | $71,500 | July 14, 2017 |
| BWC Group Inc. | $500,000 | July 14, 2017 |
| Coinhenge Corporation | $200,000 | July 14, 2017 |
| Crunch Fund III, L.P. | $400,000 | July 21, 2017 |
| Daniel Andrew Debow | $50,000 | July 12, 2017 |
| Daniel Peled | $500,000 | September 11, 2017 |
| Danny Karubian | $15,000 | September 11, 2017 |
| David Chan | $100,000 | August 30, 2017 |
| David Everett Jackson | $50,000 | July 14, 2017 |
| Davos Trade Limited | $500,000 | July 14, 2017 |
| Delrina Consolidated Ltd. | $600,000 | August 17, 2017 |
| eToro Group Trading Limited | $1,000,000 | July 12, 2017 |
| Eyal Muller | $100,000 | August 18, 2017 |
| iAngels Technologies LP - Kin Interactive Inc ICO Series (1st) | $1,000,000 | July 12, 2017 |
| iAngels Technologies LP - Kin Interactive Inc ICO Series (2nd) | $750,000 | July 12, 2017 |
| IDB Holding Corporation Ltd. | $525,000 | July 14, 2017 |
| Jed McCaleb | $2,000,000 | July 12, 2017 |
| John Carman Kelleher | $50,000 | July 12, 2017 |
| Larry Innanen | $10,000 | September 11, 2017 |
| Marc Heinke | $10,000 | September 11, 2017 |
| Ash Mukherjee | $10,000 | September 11, 2017 |
| Maple Ventures, LLC | $4,500,000 | July 14, 2017 |
| Michael Arrington | $100,000 | July 25, 2017 |
| Michael Karnjanaprakorn | $100,000 | August 30, 2017 |
| Netta Korin | $500,000 | July 14, 2017 |
| NextBlock Global Limited | $400,000 | August 17, 2017 |
| Nir Yosseph | $640,000 | July 10, 2017 |
| Novofam LLC | $2,000,000 | July 12, 2017 |
| Pantera Capital Management LP | $15,000,000 | July 6, 2017 |
| PB Digital LLC | $2,000,000 | July 3, 2017 |
| Polychain Fund I LP | $6,500,000 | July 12, 2017 |
| Protocol Labs Inc. | $1,000,000 | August 8, 2017 |
| Pythagoras Token Fund LLC | $700,000 | August 30, 2017 |
| RenGen LLC | $250,000 | July 14, 2017 |
| SAX-SKT-88, a series of SAX Master Fund A LLC | $1,450,000 | July 18, 2017 |
| Seiff & Company, LLC | $500,000 | July 14, 2017 |
| Singulariteam Fund II LP | $300,000 | July 14, 2017 |
| Tal Kol | $50,000 | September 11, 2017 |
| Uriel Peled | $150,000 | September 11, 2017 |
| Wences Casares | $500,000 | July 6, 2017 |
| William Mougayar | $100,000 | August 21, 2017 |
| Yariv Gilat | $1,600,000 | July 10, 2017 |
| Zeev Bregman | $100,000 | August 8, 2017 |