SEC58-A

File Produced in Native Format