# SEC58-B

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     ) File No. HO-13388-A
KIK INTERACTIVE                      ) AMENDED 1-23-2018

SUBJECT:   LIVE AUDIO KIN(360p).mp4

PAGES:     1 through 6

AUDIO TRANSCRIPTION

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
                    PROCEEDINGS
 1
 2          MR. LIVINGSTON:  So, my name's Ted
 3  Livingston.  I'm the founder and CEO of Kik.  I started
 4  Kik eight and a half years ago now, which is pretty
 5  amazing, and been building it ever since.  So, we're
 6  here today to introduce a new project we've been working
 7  on called Kin.
 8          MR. PELED:  Kik is entering the block chain
 9  space, and basically is going to bring cryptocurrency to
10  the masses.
11          MR. LIVINGSTON:  And what Kin is, is it's a
12  decentralized ecosystem of digital services to power the
13  daily lives of consumers.
14          MR. WILSON:  The thing that's so exciting about
15  Kik introducing Kin is that, here's a mainstream product
16  that hundreds of millions of people have used that many,
17  many people have on their phones, that is a brand that's
18  understood.
19          You know, people know what it is, introducing
20  the cryptocurrency, versus some thing that nobody's ever
21  used and never heard of before, which is really what the
22  past history of crypto has been.  Now, Kik's bringing it
23  to the mainstream.
24          MR. LIVINGSTON:  I think right now, we are on a
25  path to where digital services power everything we do in
```

Page 3

```
 1  our daily lives, but they're all controlled and owned by
 2  a very few number of companies.  Like, to me, honestly, I
 3  think that's a bit of a scary future.
 4          MR. BRUKHMAN:  So, block chain technologies and
 5  decentralized systems are, like, a really effective way
 6  of breaking down that silo, because it basically says,
 7  you know, the users and the data and these proprietary
 8  resources live in an open, transparent, and community-
 9  owned database.
10          MR. LIVINGSTON:  So, there's four steps to
11  making this happen.  The first step is creating a new
12  cryptocurrency, which we're calling "Kin".  The word "kin"
13  means family, and kinship, and the connectedness between
14  all of us.  And so, that's really what we're trying to
15  do.
16          We're trying to create this new family of apps,
17  this new ecosystem that all works together, and it's all
18  connected together. It would be an ERC-20 token on the
19  Ethereum block chain.
20          The second step is to give that cryptocurrency
21  value.  And the way we're going to do that is by
22  integrating it into Kik.  This is something we've been
23  experimenting with since 2014 with Kik Coins, where
24  through just a couple ways to earn, and a couple ways to
25  spend, we are able to create four times the transaction
```

Page 4

```
 1  volume of Bitcoin globally.
 2          That; then let's do number three, which is
 3  creating the Kin rewards engine.  We're going to take a
 4  big portion of Kin, and we're going to give away a bunch
 5  of it every day.  So that, if you're a developer, and you
 6  have a great digital service, and you bring it into this
 7  Kin ecosystem, and you integrate Kin, and you get people
 8  transacting in it, you will get a proportional amount of
 9  this daily reward every day.
10          So, you get all these developers coming in, and
11  that creates more transactions, but the more transactions
12  you get, the more demand for the currency.  The more
13  demand for the currency, the more valuable the currency
14  is, the more valuable the daily reward.  So, the fourth
15  and final step is to create the Kin Foundation to oversee
16  all of this.
17          MR. BRUKHMAN:  Many of these projects form non-
18  profit organizations that protect the interests of the
19  community as a whole.
20          MR. LIVINGSTON:  On one side, yes, they'll
21  administer the Kin reward engine, but they will also make
22  sure that key pieces of the infrastructure, like the
23  identity system and the transaction system, are open and
24  decentralized as well.
25          MR. WILSON:  I think Kin is good for the
```

Page 5

```
 1  industry, because it's a -- it's a monetization model, a
 2  business model for social platforms, communities,
 3  messengers, that really don't want to run advertising in
 4  them.
 5          MR. LIVINGSTON:  Any one app that's trying to
 6  take on these behemoths is going to lose.  But by banding
 7  together, and using this cryptocurrency, Kin, as a way to
 8  align us all together, to work together, I think we can
 9  make a better experience for consumers, but also a better
10  future for society in general.
11          Kik has both the experience, and the resources,
12  and the user-base to really make this happen. The success
13  of this project really comes down to how many other
14  people can we get excited to compete with us, to join
15  us, to work with us, and to build this together?
16          (End of audio.)
17                   * * * * *
```

2 (Pages 2 to 5)

Page 6

1     TRANSCRIBER'S CERTIFICATE
2
3     I, Eric Axt, hereby certify that the foregoing
4     transcript is a complete, true and accurate transcription
5     of all matters contained on the recorded proceedings in
6     the matter of:
7
8     KIK INTERACTIVE, LIVE AUDIO KIN(360p).mp4 - provided
9     material.
10
11    _____
12    Transcriber
13
14
15
16
17
18
19
20
21
22
23
24
25

3 (Page 6)

SEC-KIK-LIT-E-0000250