# SEC59-A

File Produced in Native Format