# SEC59-B

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )   File No. HO-13388-A
KIK INTERACTIVE              )

SUBJECT:   LIVE Audio Lookout bitcoin, Kik is the new
           digital currency in town.avi

PAGES:     1 through 6

VIDEO TRANSCRIPTION

Diversified Reporting Services, Inc.

(202) 467-9200

SEC-KIK-LIT-E-0002269

Page 2

```
 1              PROCEEDINGS
 2         MR. LIVINGSTON: Digital currency allows us to
 3   create a fundamentally new way to monetize. I think,
 4   historically, you build a community and use it to then
 5   sell people's attention to advertisers or try to sell
 6   them stuff that they either don't want or don't need.
 7         So now with the cryptocurrency, it unlocks a
 8   fundamentally new way to monetize the community. So
 9   instead you're just bringing people together, creating a
10   place where they can create value for each other
11   transacting in a new cryptocurrency, and that alone is
12   enough to make a great financial return.
13         INTERVIEWER: What exactly are they
14   transacting? And how do you make money by people using
15   Kin.
16         MR. LIVINGSTON: So this is something we've
17   been experimenting with, actually, since 2014 when we
18   launched Kik Points. And so there's a bunch of ways to
19   earn it. You could watch ads, you could host a great
20   group chat, create a great sticker, build a great bot.
21   And so there's all these different ways as a consumer
22   you can come in and build spend value. And how that
23   makes money for Kik is we create (inaudible) set some of
24   that aside for us such that if more and more people
25   transact in this cryptocurrency, the value of it grows
```

Page 3

```
 1   such that the value of our holdings grow as well.
 2         INTERVIEWER: So you have, according to a
 3   usage study -- this was done, granted, in May 2016, so
 4   this might be a little dated, but AYTM Market Research -
 5   - 5.8 percent of U.S. internet users use Kik. 38.9
 6   percent of respondents use Facebook Messenger. So is
 7   this -- are you hoping that more people will sign onto
 8   Kik thinking, hey, Kik's got this cool Kin currency, and
 9   it's a way of transacting and making some money, and so
10   therefor I'm going to do that, and you see that 5.8
11   percent number grow?
12         MR. LIVINGSTON: So I think this is not just a
13   new way to monetize a community, but it's also a new way
14   to compete. I think the real challenge that ourselves
15   as a top 100 app and under developers of spaces, it's
16   getting increasingly difficult to compete with these
17   huge, centralized companies. You know, they're the only
18   ones that have the necessary scale to monetize through
19   everything -- advertising. So they give everything else
20   away for free. So as a developer, you know, you don't
21   have the scale to monetize through advertising, and you
22   also live in this world where consumers expect
23   everything for free. So this is also a new way to build
24   a new ecosystem where we can use this cryptocurrency and
25   create a rewards engine to pull in other developers, to
```

Page 4

```
 1   build great services --
 2         INTERVIEWER: Sure.
 3         MR. LIVINGSTON: -- for consumers.
 4         INTERVIEWER: It's sort of like a chicken-and-
 5   egg problem, though, Ted, in that you've got a finite
 6   number of users right now using Kik. A certain
 7   percentage of those, a smaller percentage presumably,
 8   would Kin, and because of that, because you're only
 9   creating certain amounts of this cryptocurrency, the
10   trading could be -- I mean I don't know if there's going
11   be trading on this, but this could a very volatile
12   cryptocurrency. I mean we saw in the early days of
13   bitcoin where it would go up and down in crazy ways.
14   And right now bitcoin does the same, except that the
15   volumes traded on bitcoin are much, much greater than,
16   say, three years ago.
17         MR. LIVINGSTON: So I think this was the real
18   thing we were trying to prove with Kik Points, is could
19   we create this digital economy, this digital currency
20   when, instead of having to buy the currency, you could
21   earn it. So every day, millions of people would come
22   together and earn the currency so that you've created
23   this little digital economy. People are earning it,
24   people are spending it.
25         INTERVIEWER: So you could never transfer --
```

Page 5

```
 1         MR. LIVINGSTON: So they don't really care.
 2         INTERVIEWER: -- that money to dollars, and
 3   so, therefore, the only way to use this money is to
 4   actually transact. And so if the community is very
 5   small, then your options for using that earned money are
 6   limited, correct? Is that -- am I getting it?
 7         MR. LIVINGSTON: So I think the unique thing
 8   about Kik is we've led innovation in the space. We're
 9   the first chat to become a platform in 2011. And with
10   our bot platform, we were the first ones to launch in
11   2014. We've become one of the biggest platforms out
12   there. So over 2,000 bots have been created on Kik. So
13   we have millions of users, hundreds of thousands of
14   bots, and so we think we'll have a really thriving
15   ecosystem all running on top of this cryptocurrency.
16         INTERVIEWER: All right, Ted.
17         (End of audio file.)
18                   * * * * *
```

2 (Pages 2 to 5)

Page 6

1  I, Maria E. Paulsen, hereby certify that the foregoing
2  transcript is a complete, true and accurate
3  transcription of all matters contained on the recorded
4  proceedings in the matter of KIK INTERACTIVE.
5
6
7
8  Transcriber
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SEC-KIK-LIT-E-0002271