SEC60

| **From:** | Fred Wilson <fred@usv.com> |
|---|---|
| **Sent:** | Sunday, February 19, 2017 8:32 AM |
| **To:** | Ted Livingston <ted@kik.com> |
| **Subject:** | Re: kik token |

i sent you this a while ago but it was before you starting engaging with the Coinfund team

there is a standard for ethereum based tokens called ERC20

coinbase is going to support all tokens built on this standard in their exchange and consumer product (coinbase.com and mobile apps)

if we build on that it will make it easier for all of the exchanges to support our token

fred

On Sun, Feb 19, 2017 at 7:35 AM, Ted Livingston <ted@kik.com> wrote:
  Ok. If anything interesting please send my way.

  On Sun, Feb 19, 2017 at 10:30 AM Fred Wilson <fred@usv.com> wrote:
    ethereum just had their developer conference in paris this weekend

    we had some people there and i've been reading the stuff coming out of it

    i think that is the right call for Kik

    that's all

    Fred

    On Sun, Feb 19, 2017 at 7:06 AM, Ted Livingston <ted@kik.com> wrote:
      90% sure ethereum. Why do you ask?

      On Sun, Feb 19, 2017 at 10:02 AM Fred Wilson <fred@usv.com> wrote:
        do you know if they plan to build it on ethereum or its own blockchain?


        --
        fred wilson
        fred@usv.com
        ████████████
      --

      e: ted@kik.com
      k: ted


    --
    fred wilson
    fred@usv.com
    ████████████
  --

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00024739

e: ted@kik.com
k: ted


--
fred wilson
fred@usv.com