# SEC61

From:   Tanner Philp &lt;tanner@kik.com&gt;
Sent:   Thu 7/06/2017 12:08 PM (GMT-04:00)
To:   Daniel Debow &lt;█████████████&gt;
Cc:
Bcc:
Subject: Re: Kin Pre-sale

Thanks! We'll reconnect soon and I can help you out with storage, transmission etc.

On Thu, Jul 6, 2017 at 5:01 PM, Daniel Debow &lt;█████████████&gt; wrote:
Awesome, no rush, thanks Tanner.  Hope this goes really well!

On Thu, Jul 6, 2017 at 12:00 PM Tanner Philp &lt;tanner@kik.com&gt; wrote:
So once the token goes live (looking at end of summer). It will be traded on a number of exchanges, one of the more popular ones is: https://poloniex.com/

At that time I'd be happy to show you how to move between currencies (including USD/CAD) and track it.

On Thu, Jul 6, 2017 at 4:57 PM, Daniel Debow &lt;█████████████&gt; wrote:
Btw, once this is up, does it trade somewhere?  Is there a ticker I can follow?  And how does one sell when one wants to?

On Thu, Jul 6, 2017 at 11:56 AM Tanner Philp &lt;tanner@kik.com&gt; wrote:
Hey Daniel, yep no problem. Will have that sent over shortly.

Thanks,
Tanner

On Thu, Jul 6, 2017 at 4:54 PM, Daniel Debow &lt;█████████████&gt; wrote:
Ive signed docs, and have done the qualified investor form.
Can you send wire instructions so i can have it in on time.


On Wed, Jul 5, 2017 at 10:47 AM Tanner Philp &lt;tanner@kik.com&gt; wrote:
That's great, thanks. I'll have the docs sent over today

On Wed, Jul 5, 2017 at 3:27 AM, Daniel Debow &lt;█████████████&gt; wrote:
Thanks tanner. Sounds good. I'll fill out the form online; I qualify.

On Tue, Jul 4, 2017 at 7:28 PM Tanner Philp &lt;tanner@kik.com&gt; wrote:

Hi Daniel,

My name is Tanner; I work with Ted at Kik.

Ted let me know that you are interested in participating in the Kin pre-sale. I just wanted to give you a quick overview of the process and also provide my contact in the event you have any questions.

For the pre-sale we are limiting the participation to accredited investors and utilizing a third party to verify – link found here. This process takes a couple of days. The requirements to fulfill accredited status is either: net assets above $1M (excluding primary residence), or two successive years of income over $200,000.

We are utilizing a SAFT (Simple Agreement for Future Tokens) for the pre-sale. Included with the SAFT is a Private Placement Memo that outlines the process in greater detail. I'll have counsel send through a SAFT via Docusign for your review. Once the SAFT is completed we can send the wire details over.

If you have any questions, feel free to reach out at any time. I can be reached via email or phone at ▮▮▮▮▮▮▮▮

Thanks,

Tanner