# SEC62

**Attachments:**     eXJ7zcWk_bigger_95035FEB-12.jpg



**Kin Foundation** @kin_foundation

@Shonescus Hi Petar!
1) Yes, in ETH wallet
2) Kin is an ERC20 token so exchanges can list if they choose, many have… https://t.co/GhFkQSeaeC

8/30/2017 11:21 AM (UTC -04:00)

FOIA Confidential Treatment Requested                                                                KIK_00006919
By Kik Interactive Inc.