# SEC63



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00004467