# SEC70

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:          )

                           )  File No. HO-13388-A

KIK INTERACTIVE INC.       )


WITNESS:  Jake Brukhman

PAGES:    1 through 227

PLACE:    Securities and Exchange Commission

          200 Vesey Street

          New York, New York 10281

DATE:     Wednesday, July 11, 2018


     The above-entitled matter came on for hearing,

pursuant to notice, at 9:09 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
1   APPEARANCES:
2
3   On behalf of the Securities and Exchange Commission:
4       JEFFREY LEASURE, ESQ.
5       BRENT MITCHELL, ESQ.
6       JAMES MURTHA, ESQ.
7       Securities and Exchange Commission
8       Division of Enforcement
9       Brookfield Place, Suite 400
10      200 Vesey Street
11      New York, New York 10281
12
13
14  On behalf of the Witness:
15      PAUL J. ROSHKA, JR., ESQ.
16      Polsinelli
17      One East Washington Street, Suite 1200
18      Phoenix, Arizona 85004-2568
19
20
21
22
23
24
25
```

Page 4

```
1           C O N T E N T S
2   WITNESS                  EXAMINATION
3   Jake Brukhman                 7
4
5   EXHIBITS:     DESCRIPTION        IDENTIFIED
6   59   Subpoena                   9
7   60   E-Mail, Bates Stamped      108
8        COINFUND10967
9   61   CoinFund Engagement        114
10       Agreement, Bates Stamped
11       COINFUND5973
12  62   E-Mail Chain, Bates        126
13       Stamped COINFUND11441
14  63   E-Mail, Bates Stamped      153
15       COINFUND012600
16  64   Multi-Page Document,       167
17       Bates Stamped
18       COINFUND20094
19  65   E-Mail, Bates Stamped      185
20       COINFUND11319
21  66   E-Mail With Attachment,    194
22       Bates Stamped
23       COINFUND20083
24
25
```

Page 3

```
1   APPEARANCES: (Cont'd)
2
3   On behalf of the Witness(cont.):
4       MICHAEL M. BESSER, ESQ.
5       Polsinelli
6       2950 N. Harwood Street, Suite 2100
7       Dallas, Texas 75201
8
9   Also Present:
10      Adam Venturini, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1          C O N T E N T S (CONT'D)
2
3   EXHIBITS:     DESCRIPTION        IDENTIFIED
4   67   Kin Rewards Engine RFC      200
5        Bates Stamped
6        COINFUND8210
7   68   Blog Post                  213
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 6

P R O C E E D I N G S

1  THE VIDEOGRAPHER: This is tape one. We are now
2  on the record at 9:09 a.m. It is Wednesday, July 11,
3  2018. This is the opening of the deposition of Jake
4  Brukhman in the matter of Kik Interactive, Case Number
5  HO-13388.
6      This deposition is being held at the offices of
7  the SEC, located at 200 Vesey Street, New York, New
8  York.
9      The court reporter is Melissa Gilmore with
10 Diversified Reporting. I'm the legal videographer,
11 Adam Venturini, also with Diversified Reporting.
12     Would counsel please introduce themselves and
13 state whom they represent?
14     MR. LEASURE: Jeff Leasure. To my left is Brent
15 Mitchell. We represent the Securities and Exchange
16 Commission.
17     MR. ROSHKA: Paul Roshka and Mike Besser from
18 Polsinelli.
19     THE VIDEOGRAPHER: We are all set.
20     MR. LEASURE: Sir, can I ask you to raise
21 your right hand?
22     Do you swear to tell the truth, the whole truth
23 and nothing but the truth?
24     MR. BRUKHMAN: I do.

*(Note: line numbers 1–25 in left margin)*

## Page 7

1  MR. LEASURE: Can you please state and spell your
2  full name for the record?
3  MR. BRUKHMAN: Sure. My time is Jake Brukhman,
4  J-A-K-E, B-R-U-K-H-M-A-N. My legal name is Yakov
5  Brukhman, Y-A-K-O-V.
6  MR. LEASURE: That's fine. But you go by Jake?
7  MR. BRUKHMAN: I go by Jake.
8  Whereupon,
9      JAKE BRUKHMAN
10 was called as a witness and, having been first duly sworn,
11 was examined and testified as follows:
12         EXAMINATION
13 BY MR. LEASURE:
14 Q  Good morning, Mr. Brukhman. I am Jeff Leasure
15 and to my left is Brent Mitchell. We're going to be joined,
16 hopefully this morning, by a colleague of ours named James
17 Murtha.
18     Each of us are members of the staff of the
19 Enforcement Division of the United States Securities and
20 Exchange Commission, and officers of the Commission for
21 purposes of this proceeding.
22     This is an investigation by the United States
23 Securities and Exchange Commission in the matter of Kik
24 Interactive, File Number HO-13388, to determine whether
25 there have been violations of certain provisions of the

## Page 8

1  federal securities laws. However, the facts developed in
2  this investigation might constitute violations of other
3  federal or state, civil or criminal laws.
4      Prior to the opening of the record, you were
5  provided with a copy of the Formal Order of Investigation in
6  this matter as supplemented. That's the one on the top. It
7  will be available for your examination during the course of
8  this proceeding.
9      Mr. Brukhman, have you had an opportunity to
10 review the Formal Order?
11 A  I have.
12 Q  Do you have any questions about that?
13 A  I do not.
14 Q  Prior to the opening of the record, you were
15 provided with a copy of the Commission's Supplemental
16 Information Form 1662.
17     A copy of that notice has been
18 previously marked as Exhibit 1.
19     Have you had the opportunity to read Exhibit
20 Number 1?
21 A  I have.
22 Q  Do you have any questions concerning this notice?
23 A  I do not.
24 Q  I'm marking a copy of this document as
25 Exhibit 59.

## Page 9

1      (SEC Exhibit No. 59 was marked for
2      identification.)
3  Q  Mr. Brukhman, is Exhibit 59 a copy of the
4  subpoena you are appearing pursuant to here today?
5  A  I believe it is.
6  Q  Great. Thank you.
7      Mr. Brukhman, is there any reason you would be
8  unable to give complete and accurate testimony today?
9  A  Not that I can think of.
10 Q  Great. That's all the preliminaries.
11     We'd like to start by learning more about you and
12 then CoinFund, and let's start with you.
13     It would be helpful if we can get a resume level
14 overview of your background, perhaps starting with any
15 education after high school, going forward.
16 A  Sure.
17     My academic background is in mathematics
18 and computer science.
19     I attended Rutgers University for
20 undergrad.
21     I attended the Courant Institute of Mathematical
22 Sciences for graduate school.
23     My career is just about a ten-year career in
24 technology before going into blockchain.
25     The first five years of my career, I worked in

Page 10

1   financial technology, including -- Highbridge Capital
2   Management is a company that I worked at.
3       I thereafter went into pure technology.  I was a
4   technical product manager and engineer at Amazon.com.
5       And, thereafter, I was a CTO of a company called
6   Trenton Research, which is a fintech research company doing
7   research on private technology companies.
8       Thereafter, I started CoinFund and went full time
9   working on that company.
10  Q   When did you start CoinFund?
11  A   Well, CoinFund -- you know, CoinFund's kind of
12  record begins around July 1, 2015.
13  Q   When you say "record," was there something before
14  that, informal or --
15  A   It's just that, you know, it was before the
16  incorporation of CoinFund, LLC, as a legal entity.  That
17  happened later, but the activity is -- kind of started at
18  that time.
19  Q   Got it.  When did you become interested or
20  involved in blockchain or blockchain technology?
21  A   Sure.
22      I received my first bitcoin in 2011.  I
23  don't remember exactly the month.  It must have been spring.
24  That was the first time that I was introduced to the
25  technology.

Page 11

1       You know, I thereafter, as a technologist, as a
2   curious person, followed the developments of this
3   technology.
4       Around the time of Ethereum, I started being more
5   interested because I felt like it was a technology that was
6   continuing to develop.
7   Q   Okay.
8   A   Yep.
9   Q   And what led you to start CoinFund, then?
10  A   A desire to research and understand the
11  technology.
12  Q   I'm not sure I follow that.  Why does that lead
13  you to start an entity called CoinFund?
14  A   The idea behind CoinFund is to be kind of a
15  proprietary trading or investment firm, investing in
16  cryptocurrencies and digital assets.
17  Q   Got it.
18  A   Hence, the name.
19  Q   Makes sense.  So the idea was to start a fund and
20  make proprietary investments into various mostly digital
21  assets or other assets?
22  A   Exclusively cryptocurrencies and digital assets
23  was the thinking at that time.
24  Q   Okay.
25      And that's continued to the present?  The

Page 12

1   thinking, I should say, not CoinFund.
2   A   It has not.
3   Q   How has it changed?
4   A   Today, we, as investors, might invest in the
5   equity of companies as well as the digital assets that are
6   being produced by those companies.
7   Q   Companies only in the blockchain space or more
8   broad than that?
9   A   I would say predominantly in the blockchain
10  space.
11  Q   Got it.  Let's go back.
12      I think you said CoinFund was started in 2015,
13  and I think you explained why.  It was mostly -- it was a
14  vehicle, if I understand right, for proprietary investments
15  into various digital assets.
16      Do I have that right?
17  A   I believe so.
18  Q   Cool.  And you founded it?
19  A   Yes.
20  Q   With anybody else?
21  A   I mean, CoinFund LLC is an LLC, so it has a
22  number of members besides myself.  I was the sort of -- I
23  took the leading role in establishing the company.
24  Q   Okay.
25      And did you have any partners or employees

Page 13

1   when the company started?
2   A   We did not have employees.  We did have LLC members,
3   which I guess you can consider partners.
4   Q   Sure.
5       Who were the LLC members?
6   A   You know, the first member, besides myself, was
7   my dad.
8   Q   Cool.  Okay.
9   A   There are a number of folks that joined
10  subsequently.
11  Q   Okay.  I take it the fund -- you put some money
12  into the fund to make investments, correct?
13  A   So I want to clarify that.  So the company is not
14  a fund in the sense that it is a sort of traditional hedge
15  fund structure.
16      It's just sort of an LLC, proprietary
17  trading company.
18      So, as an LLC, you know, members are able to make
19  contributions of capital to the company, which the members
20  did.
21  Q   You did?
22  A   I did.
23  Q   I take it other friends and family may have?
24  A   They did.
25  Q   Okay.  And then, over time, were more people

1    added as members, employees or otherwise affiliated with
2    CoinFund?
3       A   Members were added over time.
4       Q   And who were they?
5       A   There's about ten members -- not about.  There's
6    ten members of CoinFund today.  Those are myself; my dad,
7    Greg Brukhman; Michael Bosworth who is currently CoinFund's
8    CTO; a few other people.  I mean, if you would like the
9    specific names.
10      Q   No, no, no.
11          What might be helpful is I'm going
12   to just give you a few names of people I think sort of
13   joined or participated over time, and maybe if you can
14   explain for me their roles at CoinFund.
15      A   Sure.
16      Q   Alex Felix?
17      A   Sure.
18          Alex Felix is one of our partners.  He
19   serves primarily as the chief investment officer of
20   CoinFund.
21      Q   And what does he do as the chief investment
22   officer?
23      A   Primarily research.
24      Q   What does he research?
25      A   He researches companies and, you know,

1    predominantly in the blockchain space or decentralized
2    technologies in the blockchain space, what they do, how they
3    operate, what they are meant to do.
4       Q   Okay.
5           I think I hope I'm not mispronouncing the
6    name, forgive me, Alexander Bulkin, B-U-L-K-I-N?
7       A   That's correct.  Alex Bulkin is one of our
8    partners as well.
9       Q   What does he do?
10      A   He is sort of also a researcher for CoinFund.  He
11   has a technical background very similar to my own.
12          He also, you know, researches the technology.  He
13   has made contributions to the field of blockchain technology
14   and consensus algorithms.  We call him our chief alchemist.
15      Q   Chief alchemist.  Okay.
16          With a technical or technological background in
17   the field?
18      A   That's correct.
19      Q   Oleg Golubov, G-O-L-U-B-O-V?
20      A   That's correct.
21          Oleg Golubov is a fourth
22   partner.  He has a background in computer science and law.
23   He's our General Counsel and Chief Operating Officer.
24      Q   So he has, as it were, two hats?
25      A   He is primarily on the latter side -- the law side.

1       Q   Okay.  Very good.
2           We are going to be talking a lot today about
3    early to mid 2017, a year, year and a half ago, and the
4    market for digital assets like cryptocurrencies.  I just
5    want to start with definitions so we don't get tripped up on
6    terms today.
7           What's an ICO?
8       A   ICO is commonly, you know, the abbreviated as
9    initial coin offering or initial currency offering.  It is a
10   sale of cryptocurrency.
11      Q   Okay.
12      A   Or distribution of such currency.
13      Q   Got it.  And the coin in an ICO, again, we're
14   dealing with basic terms here at the onset, what is that?
15      A   It typically refers to a digital asset, such as
16   those that emerge from blockchains.
17      Q   Okay.
18          And the term "token," is that used
19   interchangeably with coin in that sense or differently?
20      A   I don't know exactly how people use it.  I can
21   tell you that, in my mind, you know, token and coin and
22   digital asset carry a similar provenance, yeah.
23      Q   Okay.  I just want to make sure we don't get
24   tripped up between you and me, the term today.
25          So, again, going into the way-back machine to the

1    year, year and a half ago, 2017, what was CoinFund doing in
2    the crypto space at that time?
3       A   Proprietary trading, research and investments in
4    digital assets.
5       Q   So same business model as it had been from 2015,
6    or had it changed?
7       A   I mean, the business model, fundamentally, of
8    CoinFund LLC, is to invest in digital assets, and that has
9    remained consistent over time.
10          In 2017, CoinFund partners also, you know, did a
11   number of research projects for companies in the space.
12      Q   Okay.  And was one of those -- we'll talk more
13   about it, but was one of those Kik?
14      A   It was.
15      Q   Okay.
16          For, I think you called them, correct me
17   if I'm wrong, research projects, roughly, how many clients
18   did it have for which it did such projects?
19      A   We had approximately four major predominant
20   clients in 2017.
21      Q   And was that a new or newer sort of business area
22   to CoinFund at the time?
23      A   Just in the sense that we didn't do it before?
24      Q   Yeah.
25      A   I suppose it was.

Page 18

1    Q   Okay.  In doing those research projects, sort of
2    at a high level, what did CoinFund do for such clients?
3        A   The partners of CoinFund, you know, in my
4    estimation, are a highly multi-disciplinary team with a
5    number of areas of expertise, predominantly in blockchain
6    technology.
7            Myself and Alex Bulkin, between us, have over 25
8    years of experience in technology and study the
9    architecture, operation, behavior of decentralized systems.
10           Alex Felix has more of a traditional financial
11   services or investing background.  He studies, you know,
12   these technologies from a more financial and investment
13   perspective and, hence, he is our chief investment officer.
14           And, you know, Oleg, you know, helps us to
15   operate this company.
16           In the course of working with blockchain
17   companies, you know, we are extremely knowledgeable in the
18   technologies, in how they work, in what kind of technology
19   might suit a particular application or use case, what kind
20   of business verticals is particularly better suitable for
21   blockchain technologies versus not.
22           And, you know, interestingly, we also spend a lot
23   of time thinking about the economics of such systems, and
24   are able to sort of give expertise on technical areas and
25   the areas of how we've seen these companies operate.

Page 19

1    Q   Okay.
2        A   Or these technologies operate.
3    Q   That was helpful.  It sounds like clients
4    considering entering this space would hire CoinFund for, it
5    sounds like, a variety of different expertises then.
6        A   I mean, I would say that, primarily, our
7    expertise is in sort of recommending technical solutions and
8    understanding the economies that arise around these
9    technologies.
10   Q   I understand there were a variety of people at
11   CoinFund in 2017 it sounds to me had different backgrounds,
12   correct?
13       A   That's correct.
14   Q   You've walked me through the different things
15   that people specialized in and what CoinFund offered, you
16   know, potential clients.
17           Just to drill down on a couple things.  Would you
18   say that CoinFund had expertise in how to do a token
19   offering, just generally how to go about marketing and
20   selling a token?
21       A   CoinFund is not a marketing company.  That is not
22   our area of expertise.
23           In the course of being investors in blockchain,
24   we have certainly seen a number of ICOs or token offerings.
25   Q   Okay.  Did CoinFund or people who work there have

Page 20

1    expertise on the landscape of the coin market in 2017?
2        A   What do you mean by "expertise"?
3    Q   I think that might have been a term you used.  So
4    I can come up with another one.
5        A   I would say we certainly have technical
6    expertise.  We're certainly operating in this industry and
7    so we see the market.  I would say we know the market better
8    than people who aren't in our industry.
9    Q   Okay.  So if someone was not in the industry,
10   they might get some value out of talking to people who were
11   in the industry just about how the market looked and
12   operated?
13       A   I would say so.
14   Q   Okay.  Fair enough.
15           Moving the camera forward, and I will reverse it
16   shortly, but I just want to make sure I understand what
17   CoinFund is doing now in 2018, and if it differs at all from
18   what -- from what it was up to in 2017.
19       A   It does.
20   Q   How?
21       A   In 2018, we launched an actual LP fund, where we
22   raised money for it, we partnered with a major venture
23   capital firm called Venrock to do this.
24   Q   How do you spell that?  I'm sorry.  Just to help
25   out.

Page 21

1        A   V-E-N-R-O-C-K.
2    Q   Thank you.
3        A   And we are now primarily investors in the space
4    through this vehicle.
5    Q   I think we will cover that later.  Thank you.
6            How did -- let's turn to Kik.
7            How did CoinFund come to be retained by Kik?
8        A   I had a personal relationship with a gentleman
9    named Joel Monegro, who, at that time, was an analyst at
10   Union Square Ventures for a number of years, working, I
11   don't think exclusively, but in the blockchain space on
12   behalf of Union Square.
13           Kik Interactive Incorporated is a portfolio
14   company of Union Square Ventures.  Joel asked me if I would
15   like to talk to one of the partners at Union Square
16   Ventures, Fred Wilson, regarding a project that Kik
17   Interactive was working on.
18           He subsequently introduced me to Fred Wilson, and
19   Fred Wilson introduced me to Ted Livingston, the CEO of Kik
20   Interactive, and we, you know, worked with them from there.
21   Q   Awesome.  I think you have anticipated a document
22   I wanted to show you, but let me walk you through it anyway.
23           I'm going to show you a document that's been
24   previously marked as Exhibit 51.  Take a look at it.  You
25   will get used to the routine that we do with this.

Page 22

1    Take a look at it, and let me know when you are
2    ready.
3        While you are reading, I will identify it for the
4    record.
5    A   Sure.
6        I am familiar with this document.
7    Q   Oh.  And you've anticipated my first question.
8    Thank you.
9        Let me just read it out what is for the record.
10   Document 51 a multi-page printout of an e-mail chain ending
11   on January 17, 2017, with a subject "Kik," and I should say
12   it's Exhibit 51.
13       It has a Bates stamp COINFUND3459.
14       Are you ready?  Great.
15       You said you're familiar with this exhibit.  What
16   is it?
17   A   This is an e-mail thread between myself and Fred
18   Wilson on the topic of introducing CoinFund to Kik.
19   Q   Okay.
20       Let me point you to the beginning of the
21   thread, which in almost all of these, exactly, will be at the end
22   of the exhibit.
23       You had referenced, I see here, a person named
24   Joel Monegro, M-O-N-E-G-R-O.  Is that the personal friend
25   you had mentioned before?

Page 23

1    A   I don't believe I said that Joel was a personal
2    friend.
3    Q   I apologize.  Someone you knew.
4    A   Someone I was acquainted with, that's correct.
5    Q   Okay.  All right.
6        And is this -- is this e-mail
7    just -- you had walked out in a narrative form the process
8    by which you got introduced to Kik through Union Square.
9        Is this e-mail reflective of that process?
10   A   I would say so.
11   Q   Okay.  Great.
12       So Joel writes to you, "Jake, we think our
13   portfolio company, kik.com, should pursue a token strategy.
14   We are still working on getting them around to it, but they
15   would need to bring on an expert to execute."
16       Was CoinFund an expert to execute a token
17   strategy?
18   A   I mean, I think Joel is referring to the need for
19   an expert.
20       I don't think he is referring to CoinFund
21   specifically as filling that role.
22   Q   Did -- other than CoinFund, did Kik find an
23   expert to execute the token strategy?
24   A   I think Kik worked with a number of parties to
25   bring their product to market.

Page 24

1    Q   And so did they -- if it wasn't CoinFund, did
2    they otherwise find, you know, the sought-after expert to
3    execute?
4    A   Can you define expert?
5    Q   I'm less hung up on what I think and what Joel
6    wrote here.
7        But it sounds like you don't believe that
8    CoinFund, in the work that it subsequently did for Kik,
9    wasn't an expert to execute a token strategy?
10   A   You know, as I mentioned previously, our approach
11   to blockchain is largely technological in thinking about the
12   technology, the architecture and the economics of these
13   systems.
14       You know, to that extent, I think we are experts,
15   you know, in that area.
16       It is not clear to me specifically what Joel is
17   referring to as an "expert to execute."
18   Q   Understood.  I have no intention of getting hung
19   up on Joel's word, my word or anything.
20       Why don't we, at a high level right now, walk
21   through the things, if you would, that CoinFund did for Kik
22   in the process of Kik introducing Kin at a very high level?
23   A   Sure.
24   Q   Maybe we can drill down later today on some of
25   them.

Page 25

1    A   At a high level, CoinFund met with the executive
2    team of Kik, who are interested in understanding how
3    blockchain technology-based business model might be deployed
4    in a product for their business.  We engaged them in a
5    research study which lasted, you know, some weeks or months,
6    delivered a piece of research to Kik Interactive on that
7    topic, and subsequently were engaged by Kik Interactive
8    further to advise them on bringing this product to market.
9    Q   And thank you.  That is helpful.
10       The last piece -- again, we will have time to
11   break down and go through things that happened over the
12   months, but the last piece, I think you said to advise them
13   on bringing this product to market.
14       Can you break that down a little bit to me into
15   its component parts?
16   A   Like in the sense of like what we participated in
17   in that process or in the sense of what the goal of the
18   project?
19   Q   No, what you participated in, what you did.
20   A   Sure.
21       So there was, in the second, you know,
22   post-research engagement with Kik, you know, we helped Kik
23   Interactive go through a process of defining the product,
24   defining what cryptocurrency Kin was, what was its purpose,
25   what -- how that cryptocurrency would function in an

Page 26

1  economy, how it would integrate with Kik Interactive's
2  application to Kik Messenger, how it would potentially
3  integrate with third-party applications, and, you know, what
4  might be the use cases of it, and also help them think about
5  the economics of that cryptocurrencies, namely, the Kin
6  Rewards Engine.
7      Q  Okay.  And at a high level on the technological
8  side, because I understand, obviously, I think several
9  people at CoinFund have backgrounds in that area.
10         What did CoinFund do for Kik?
11     A  We helped them through the process of defining
12  this product.
13         We helped them, you know -- you know, we
14  helped them to construct the whitepaper that defines the
15  product.
16         We advised them on, you know, kind of the
17  technical specification of the Kin Rewards Engine, which is
18  a highly, almost mathematical kind of vocation.
19         I suppose we also, being participants in the
20  cryptomarkets, fielded questions from Kik about, you know,
21  general market conditions.  You know, and we're generally
22  available throughout the process that they went through in
23  2017, to field questions from the team.
24     Q  Okay.
25         That was helpful.  Thank you.  Again, I

Page 27

1  don't want to get hung up on the phrases used by Joel or
2  otherwise, but just to hear from you what you guys did is
3  helpful.
4      Just while we have this document in front of you,
5  I want to point you, on the start of page -- of the second
6  page, 3460, I'll start reading so you can see where I am.
7      Joel Monegro wrote, "Adding Fred@USV who leads
8  the Kik investment."
9      He then pastes some of Fred's
10  high-level thoughts on how this could work.
11         Do you see where I am?
12     A  Uh-huh.
13     Q  There's a list of what looks like Fred's
14  high-level thoughts.  I just want to point you to item 6.
15         He writes, "Get an exchange like Poloniex,"
16  P-O-L-O-N-I-E-X, "to create a market in BTC/Kik token so
17  that the Kik token becomes a traded asset and establishes a
18  market value."
19         Let me do some terms first.  Poloniex, what is
20  that?
21     A  Poloniex is a cryptocurrency exchange.
22     Q  And what's a cryptocurrency exchange?
23     A  It's a website where, typically, you know, you
24  can deposit cryptocurrency and then trade it for other
25  cryptocurrencies.

Page 28

1      Q  So, for example, I think the example here is BTC
2  for Kik.
3         In theory, could one exchange -- I take it that's
4  bitcoin, BTC?
5      A  BTC stands for bitcoin, usually, yes.
6      Q  Sure.  So, in theory, you could exchange bitcoin
7  for another cryptocurrency at such an exchange, right?
8      A  It happens all the time.
9      Q  Sure.  And so did -- later on in the process, did
10  Kik act to get Kin listed or tradeable on exchanges?
11     A  Sorry.  Can you repeat the question?
12     Q  Absolutely.
13         Later on in the process, again, we're in January
14  here, right, and I don't think they've come up with a term
15  "Kin" yet, correct?
16     A  I don't believe so.
17     Q  So we're moving forward in the process now.
18         Did Kik act or try to get Kin listed on
19  exchanges?
20     A  I'm not sure what Kik's strategy was in terms of
21  listing Kin on exchanges.
22     Q  Did CoinFund participate in that?
23     A  To the best of my recollection, we didn't
24  participate in helping Kik get their token listed on
25  exchanges.

Page 29

1      Q  Did you ever hear that that was part of Kik's
2  strategy, to get Kin onto exchanges?
3      A  I would say so.
4      Q  Tell me about that.
5      A  I can't point to any specific conversation.
6      Q  Okay.  So aside -- I get it.  It's hard to
7  remember specific conversations.
8         Generally, you had the impression that Kik had
9  been making some efforts in that regard?
10     A  I don't know specifically of any particular
11  effort.
12     Q  Okay.
13     A  Such a -- you know, such a statement may have
14  been made in a meeting.
15         It's hard to recall specifically
16  whether -- you know, when or if that happened.
17     Q  Fair enough.
18         MR. MITCHELL:  Did you have discussions with Kik
19  about why they wanted -- why Kik would want it on an
20  exchange?
21         THE WITNESS:  I did not.
22         BY MR. LEASURE:
23     Q  I want to talk for a second about, at this time,
24  early 2017, Kik's expertise or familiarity with blockchain
25  and the space.  How would you characterize it?

Page 30

```
1        A   You said familiarity with blockchain?
2        Q   Familiarity, experience, expertise with
3    blockchain.
4            MR. ROSHKA:  Do you understand the question?
5        THE WITNESS:  I'm not sure I understand the
6    question.
7        Q   Was Kik a blockchain company in early 2017?
8        A   I would say no.
9        Q   Okay.
10           So I'm not -- there's nothing sneaky here.
11           I'm trying to ask, from your perspective, how
12   familiar were they with blockchain when you were first
13   introduced to them?
14       A   I mean, it's hard for me to judge that,
15   specifically what knowledge like everyone at Kik had about
16   blockchain.
17       Q   Let me just push back slightly on that.
18           Subsequent to these e-mails and this
19   introduction, you met with people from Kik several times,
20   correct?
21       A   That's correct.
22       Q   Had a lot of conversations with them about a
23   potential blockchain project, correct?
24       A   That's correct.
25       Q   Okay.
```

Page 31

```
1            But you never formed an impression of
2    whether they were, you know, old hats in blockchain or
3    whether they were new to it?  You never formed an impression
4    about that?
5        A   I mean, that judgment is very subjective, right?
6    I would say I know more about blockchain than Kik.
7        Q   That's fine.
8            Were they looking -- sorry.  Let me ask that in a
9    better way.
10           Did you have the impression that Kik was looking
11   to people like CoinFund or other outside parties to help
12   them get up to speed on blockchain and its potential
13   application?
14       A   I'm only aware of, you know, our discussions with
15   Kik, and that they subsequently, in some manner, engaged
16   CoinTree, who we worked with.
17       Q   Okay.
18           Did they hire CoinFund, in part, for the
19   expertise CoinFund had in blockchain technology?
20       A   Yeah, I would say so.
21           MR. LEASURE:  Anything else on this?
22       Q   Okay.  Let me take that back from you.
23       A   (Handing.)
24       Q   So what was -- at the time you were introduced to
25   Kik, what was Kik's business?
```

Page 32

```
1        A   My understanding is that, primarily, Kik's
2    business was the development of a chat application which
3    runs primarily on mobile devices called the Kik Messenger.
4        Q   And how was that business performing?
5        A   I don't know.
6        Q   Did you ever have occasion to discuss the
7    performance of the messenger business with people at Kik?
8        A   I'm not privy to the financial performance of
9    Kik.
10           You know, Ted Livingston, the CEO of Kik, has
11   made public statements about -- about how he views their
12   performance.
13           That is where I would draw my knowledge from
14   regarding their performance.
15       Q   Okay.
16           Did you ever -- in connection with
17   CoinFund's engagement by Kik, did you ever have occasion to
18   review Kik's financials?
19       A   I have never reviewed Kik's financials besides
20   some metrics around the Kik points program.  I don't know if
21   that would even count as financials, but it's some internal
22   metrics of the company.
23       Q   Got it.
24           And the Kik's points, just so we are
25   clear, was a sort of prior experiment Kik had done with
```

Page 33

```
1    having some value system in the messaging app?
2        A   They had what amounts to a virtual currency, not
3    a blockchain-based virtual currency, but sort of points that
4    people were able to transfer internally in the app, is my
5    understanding.
6        Q   Did you ever have -- again, this is in connection
7    with CoinFund's engagement with Kik in 2017, did you ever
8    have occasion to review information or data about how --
9    about how the messaging app was performing?
10           MR. ROSHKA:  I'm sorry.
11           Do you understand the
12   question?
13       A   Can you be a little more specific about what you
14   mean by "performing"?
15       Q   Sure.
16           Were people -- were user -- was the
17   messaging app's user base growing or declining?  Did you
18   ever see that?
19       A   I never saw metrics on -- on the user base of
20   Kik, other than the statement -- well, like we have some
21   numbers like in the whitepaper which states sort of the
22   general number of registered and active users.
23       Q   Okay.  Why did Kik -- Kik was considering doing
24   an ICO in early 2017, correct?
25           MR. MITCHELL:  Can I just go back?
```

## Page 34

1    MR. LEASURE: Yeah.

2    MR. MITCHELL: Did you ever see metrics about

3    monthly average users, other daily average users?

4    THE WITNESS: To the best of my recollection,

5    besides those top level numbers, I have not seen

6    internal monthly metrics.

7    MR. MITCHELL: What is the -- what do you mean?

8    THE WITNESS: So just the fact that, you know,

9    Kik is an application with 300 million registered

10   users.

11   I believe that's a fact stated in the

12   whitepaper.

13   MR. MITCHELL: You can go on.

14   BY MR. LEASURE:

15   **Q    So Kik was considering doing an ICO in early**

16   **2017, whether it should or shouldn't do an ICO?**

17   A    I don't know what Kik was considering. From my

18   perspective, you know, Kik was considering building a

19   digital economy based around a cryptocurrency. There were

20   certainly -- there was certainly an ICO aspect to that.

21   I would not characterize the ICOs being the only

22   thing that they were considering.

23   From my perspective, they

24   were building a product.

25   **Q    And were they considering using that product to**

## Page 35

1    **raise money?**

2    A    I wouldn't say so. I wouldn't say that they are

3    using the product to raise money. I would say that they are

4    raising money to build the product.

5    MR. MITCHELL: What's the product that you are

6    discussing?

7    THE WITNESS: In my understanding or in my

8    conception of Kin, the product is a decentralized

9    network which implements an economy around Kin

10   cryptocurrency in which any third party could

11   eventually participate.

12   MR. MITCHELL: Was that sometimes described when

13   you were working with Kik as the Kin ecosystem?

14   THE WITNESS: Yeah, I suppose you could put that

15   label on it.

16   MR. MITCHELL: And that, when you were just

17   saying Kik was -- you thought Kik was trying to create

18   a product, that was the product that you -- that you

19   had mentioned there?

20   THE WITNESS: Well, I mean, I think the ecosystem

21   is a sum of products, right? It might be the

22   integration of Kin inside of Kik's application. It

23   might additionally be the integration of Kin into

24   third-party applications, and together the sum of these

25   applications together with the decentralized network,

## Page 36

1    implementing Kin, in my conception, would constitute

2    the product.

3    MR. MITCHELL: That Kik was creating?

4    THE WITNESS: That Kik was creating.

5    BY MR. LEASURE:

6    **Q    Other than this product that Kik was creating, do**

7    **you know if Kik was considering alternative forms of capital**

8    **raising at the time?**

9    A    To the best of my knowledge, they were not, or

10   I'm not aware that they were.

11   **Q    So we're going to walk through the subsequent**

12   **months during the engagement CoinFund had with Kik.**

13   **Who were your primary contacts at Kik for that**

14   **engagement?**

15   A    I would say they varied over time. I would say,

16   on our research engagement, our primary contact was Hayeon

17   Kim and Erin Clift.

18   I would say, for the subsequent engagement, we

19   worked variously with members of the executive team at Kik

20   as well as employees of Kik.

21   **Q    Okay.**

22   **For the research project, your primary**

23   **contacts were Ms. Kim and Ms. Clift.**

24   **Do I have that right?**

25   A    Yes.

## Page 37

1    **Q    What did they do at Kik?**

2    A    It is my understanding that Erin was the chief

3    marketing officer of Kik, and I'm not sure the exact title

4    of Ms. Kim, but she reported to Erin.

5    **Q    And just --**

6    A    In my understanding.

7    **Q    Sorry to interrupt you.**

8    **Help me understand. It sounds like they were**

9    **your primary points of contact for the CoinFund research**

10   **project; is that right?**

11   A    That's correct.

12   **Q    Why would they be the primary points of contact**

13   **in their roles?**

14   A    I don't know. I did not make the decision to

15   make them the primary points of contact.

16   **Q    Did you -- did you or others at CoinFund have**

17   **occasion to interact significantly with Mr. Livingston?**

18   A    Yes.

19   **Q    Okay. What was his role in the project?**

20   A    Ted Livingston is the CEO of Kik.

21   **Q    Correct.**

22   **And so what did he do on this project?**

23   A    I mean, you know, as the CEO, he variously

24   participated in the project. I can't speak to specifically

25   everything, every little thing that he did.

1    Q   Did he discuss CoinFund's research and analysis
2    with you guys?
3    A   He did not.
4    Q   Okay.  Why don't we pause on that.  We will deal
5    with that later in time.
6    So --
7    MR. MITCHELL:  Can I ask one follow up?
8    MR. LEASURE:  Please.
9    MR. MITCHELL:  Did Mr. Livingston know as much
10   about the blockchain as you did?
11   THE WITNESS:  I don't know what Mr. Livingston
12   knows about the blockchain.  So it's hard for me to
13   judge.
14   BY MR. LEASURE:
15   Q   Pulling back from Kik for a second.  Let's talk
16   more broadly about the state of the market for new coins in
17   2017, ICOs, if we can use that term.
18   How would you characterize the ICO market in
19   2017?
20   A   Can you be a little bit more -- can we talk about
21   a more specific time frame?
22   Because I feel like 2017 was
23   quite an eventful year.
24   Q   I would love it.
25   And if you want to break it

1    down sort of chronologically for me, that would be very
2    helpful.
3    A   Sure.
4    Q   So we can start with the first half of 2017 or
5    any subdivision of 2017 that works for you.
6    A   Sure.
7    I would say, as an observer of the market,
8    I would say that in, you know, early to mid 2017, I would
9    say blockchain technologies have won kind of a fair amount
10   of mind share sort of in the world with various news
11   articles coming out, you know, about ICOs or
12   cryptocurrencies, having lived through the Dow events of
13   2016.
14   I think that was quite a newsworthy event published
15   in the Wall Street Journal, among other things, that made
16   people more aware of the space and drew interest to the
17   space.
18   I would say that, you know, at that time, I think
19   people were just getting more excited to learn about these
20   technologies and to understand cryptocurrencies.  And the
21   market was active.
22   I would say companies were coming to the
23   space to build products in blockchain.
24   Q   Were new investments -- I'm sorry.  Let me ask
25   that in a better way.

1    Were new investors or new money coming into this
2    market that hadn't been there previously?
3    A   Can you define new money?  What does this mean?
4    Q   Were new investors coming into this market that
5    hadn't been in the market previously?
6    A   When you say investor, do you mean a traditional
7    institutional investor, do you mean a hedge fund?
8    Q   I mean all of them.  Go ahead.
9    A   I would say that, you know, between mid 2016 and
10   mid 2017, again, the market certainly garnered the interest
11   of investors.
12   In my experience and understanding, those
13   kinds of investors were primarily early stage technology
14   VCs, venture capitalists.
15   Q   So to the extent there was -- was there more
16   money being invested in ICOs than there had been previously?
17   A   It's hard to say who was investing what money
18   where.
19   I can tell you, you know, looking at the market,
20   if you plot the kind of graph of raises of ICOs, it
21   certainly seemed that raises were increasing.
22   Q   And did you know who -- we touched on this
23   previously, but did you have a sense of the sources of that
24   money coming into the market?
25   A   By the nature of the technology, especially at

1    that time, it would be very hard to know where the money was
2    coming from.
3    Q   So you don't know what was driving demand for
4    coins in 2017?
5    A   I'd rather not speculate as to what was driving
6    demands for coins.
7    Q   I'm not asking you to speculate.
8    I'm saying, sitting here, you don't know what was
9    driving demand for coins in 2017?
10   A   How can I know?
11   Q   So the answer is no?
12   A   I think so.
13   Q   Okay.
14   Are you familiar with the term
15   "cryptoenthusiasts"?
16   A   I am.
17   Q   Who are they?
18   A   I would say cryptoenthusiast is a generic term
19   for, you know, a person who takes an interest in
20   cryptocurrencies and blockchain technologies.
21   Q   And within that generic term, what sort of --
22   what -- if I can ask you to construct an archetype of a
23   cryptoenthusiast, how would you characterize a
24   cryptoenthusiast?
25   A   I'm not sure there is a characterization.  I

Page 42

1    think people who take an interest in the space come from,
2    you know, various industries and backgrounds. I don't know
3    if there's a prototype.
4       Q   Sure.
5       In 2017, typically, would a
6    cryptoenthusiast believe that the future was bright for
7    crypto assets, for example?
8       A   I mean, there are many participants watching the
9    market.
10       I'm sure some of them had bullish views, and some
11    of them had bearish views.
12       There's a lot of literature, you
13    know, of incredulity about blockchain.
14       There's a lot of
15    literature that's excited about the future of blockchain.
16       Q   What motivated, to your knowledge,
17    cryptoenthusiasts to purchase ICOs in 2017?
18       A   I can't speak to the motives of cryptoenthusiasts
19    as a whole.
20       Q   Did CoinFund ever survey them?
21       A   We did.
22       Q   What were the results?
23       A   You know, is there a specific metric you're
24    looking for? It's been a while since I have seen the
25    survey.

Page 43

1       Q   I'm sorry.
2       CoinFund surveyed cryptoenthusiasts,
3    correct?
4       A   We did.
5       Q   And they surveyed them about what motivated them
6    to buy cryptocurrencies?
7       A   I believe we asked that question in the survey.
8       Q   And what were the results?
9       A   I don't recall off the top. I don't remember
10    what the choices were.
11       Q   Okay. All right. I'm showing you a document
12    previously marked as Exhibit 41.
13       A   Great. (Perusing.) Okay.
14       Q   What is this?
15       A   This is a tweet from CoinFund's Twitter account.
16       Q   Okay.
17       It's a tweet from, I think, correct me if
18    I'm wrong, the date is June 1, 2017; is that right?
19       A   That's what it says on this printout.
20       Q   Okay.
21       Tell me about the CoinFund Twitter
22    account.
23       A   CoinFund's Twitter account is our social media,
24    probably primary social media account, that we use to sort
25    of retweet or post news or, in this case, we did a poll.

Page 44

1       Q   Cool.
2       Who controlled, at the time, I guess this
3    is June of 2017, who controlled the CoinFund Twitter
4    account?
5       A   That would have been me.
6       Q   Did you post this tweet?
7       A   I believe I did.
8       Q   Okay.
9       Tell me about -- this appears to reflect,
10    what is this, a Twitter poll; is that right?
11       A   I would say so, yeah.
12       Q   Tell me about that Twitter poll.
13       A   What would you like to know?
14       Q   Well, I guess CoinFund conducted a Twitter poll,
15    correct?
16       A   That's correct.
17       Q   Why?
18       A   We were interested in gauging the sentiment of
19    folks who would see this.
20       Q   And does this accurately reflect -- I take it
21    this is an automatic -- let me ask this in a better way.
22       This accurately reflects the results of that
23    Twitter poll; is that correct?
24       A   Well, this is the results --
25       Q   Correct.

Page 45

1       A   -- of the Twitter poll.
2       Q   Any reason to think this is inaccurate?
3       A   Inaccurate relative to what?
4       Q   Did you change or alter the results?
5       A   Oh. Did I alter the results? I did not alter
6    the results.
7       Q   Of course not. Okay.
8       A   I wouldn't be able to if I wanted to.
9       Q   That's what I was trying to ask. Okay. I
10    understand.
11       Would you agree that, at least according to this
12    Twitter poll, that for cryptoenthusiasts, most of the token
13    sale purchases they made at this time were not for future
14    utilizations of the tokens on a platform?
15       A   I actually don't think I can draw that conclusion
16    for a number of reasons.
17       Q   Why don't you walk me through them?
18       A   Well, because, number, one a cryptoenthusiast is
19    not a well-defined concept. We have no guarantee that
20    anyone is or is not. It's a totally subjective label,
21    right? So who is or is not a cryptoenthusiast?
22       We have no guarantee that this poll reached
23    crypto -- quote/unquote, cryptoenthusiasts, simply reached
24    the people who were viewing our Twitter account. We have no
25    guarantee that those people answered correctly or they

Page 46

1  didn't lie or falsify information or simply weren't paying
2  attention as they answered the poll.
3      And, finally, the poll has 140 responses, which,
4  for the purposes of most surveys, I would say, as a
5  mathematician, is a fairly small sample.
6      Q   Sure.
7      A   I don't think we can draw any sweeping conclusion
8  from such a poll.
9      Q   Sure.  Let's walk through that.
10     You think the term, correct me if I'm wrong,
11  "cryptoenthusiasts" is an ill-defined term; is that correct?
12     A   When you say "ill defined," what do you mean?
13     Q   I'm trying to paraphrase my understanding of what
14  you said.  So let me try again.
15     You don't think the term "cryptoenthusiast" has a
16  clear --
17     A   I don't think it has a clear, unambiguous
18  definition, no.
19     Q   Correct me if I'm wrong, CoinFund chose to use
20  that term, correct?
21     A   Sure.
22     Q   Okay.  And then --
23     MR. MITCHELL:  Why?
24     THE WITNESS:  For the desire to reach, you know,
25  as best that we could, this particular segment of

Page 47

1  people.
2      MR. MITCHELL:  What segment of people?
3      THE WITNESS:  Cryptoenthusiasts.
4      MR. MITCHELL:  What does that mean?
5      THE WITNESS:  Again, to me, that means people who
6  were interested in blockchain technology and
7  cryptocurrencies.
8      MR. MITCHELL:  And at least when you wrote this,
9  you thought cryptoenthusiast was the best term to use?
10     THE WITNESS:  I would say, at this time, which is
11  June of 2017, most people in the industry were
12  cryptoenthusiasts, you know, as imprecise as that term
13  is.
14     BY MR. LEASURE:
15     Q   Understood.
16     Did you ever rerun the survey?
17     A   Certainly not as -- I think this is the only
18  Twitter poll of -- you know, reflecting this particular
19  question that we run.
20     Q   Yeah.
21     And the broader question of, for
22  cryptoenthusiasts, what motivated their purchases, are you
23  aware of other surveys that you, being CoinFund or others,
24  did in 2017?
25     A   I mean, we certainly did other surveys.  I don't

Page 48

1  have that survey in front of me, so I wouldn't be able to
2  remember exactly the questions that were on it.
3      It's possible that we asked similar questions on
4  that survey, but I'm not sure.
5      Q   So I hear your points on this is a Twitter poll
6  with a certain number of respondents.  I understand what
7  you're saying.
8      And so I'm asking, are you aware of surveys or
9  data that were done at the time that led -- that had
10  different results?
11     A   Different results --
12     Q   Than what is reflected on --
13     A   I'm not sure that we asked this question on other
14  surveys, as I said.
15     Q   That's fine.
16     And are you aware of anyone else doing that?
17     A   I'm not aware of anyone else doing that.
18     Q   Okay.  We will take that back.  Thank you.
19     A   (Handing.)
20     Q   A couple other terms that we see in documents and
21  in the literature.  We see a term "cryptoinvestors."
22     Are you familiar with that term?
23     A   Yes.
24     Q   What is that?
25     A   I would say a cryptoinvestor is someone who

Page 49

1  invests in cryptocurrencies and digital assets like
2  ourselves.
3      Q   Like you guys at CoinFund?
4      A   I would say so.
5      Q   Okay.  And I get that there aren't sort of crisp
6  Webster's Dictionary definitions that distinguishes all
7  these terms.  I'm just asking for your help as someone who
8  is in this space.
9      Are cryptoinvestors distinct or different from
10  cryptoenthusiasts?
11     A   That's a really good question.  I am not sure.
12     Q   Thank you.  Okay.  That's fine.
13     There is a term, I think, an import from the
14  financial markets, "whale."  I have seen it in some
15  reference to the crypto space and the market for crypto
16  assets in 2017.
17     Are you familiar with that term as applied there?
18     A   I am.
19     Q   What does it mean there?
20     A   I mean, I think the term crypto whale, is used in
21  a variety of contexts, but, in general, it just simply
22  refers to someone who has a lot of money.
23     Q   And is employing it in the crypto space -- I'm
24  sorry.  Let me ask that in a better way.
25     As applied to the crypto space, does it have a

Page 50

1  specific or --
2      A   I mean, if you're a crypto whale, then I suppose
3  you are in the crypto space.
4      Q   And how did -- was there a sense of how they were
5  participating in the space specifically in 2017?
6      A   I don't keep track of how everyone participates
7  in the space in 2017.  I apologize.
8      Q   The Kin offering, we have talked about sort of
9  what the market -- actually, let me back up.  I apologize.
10         When I first asked you to walk us through your
11  characterization of the market for digital assets in 2017, I
12  think you had said, I want to break it down chronologically
13  over time, which is fine, obviously.  But I'm not sure we
14  got through.
15         Did we get through that chronology?
16      A   So I believe we got through maybe the first half
17  of 2017.
18      Q   So then I apologize.  I cut you off.
19         Can you resume it going forward?
20      A   Sure.  I think, you know -- so in the first -- in
21  the first half of 2017, there's increasing interest in mind
22  share of the technologies and sort of activities going on in
23  the space, news media covering the space, banks doing
24  research and development, excuse me, on blockchain
25  technology.

Page 51

1         I think 2017 was also the year where we saw some
2  pretty large token sales or ICOs culminating in a market
3  high at the end of the year.
4      Q   And I believe the Kin offering took place or the
5  sale of Kin tokens to the public took place in September of
6  2017.  I'll represent that to you unless you have another --
7      A   To be quite honest, I don't remember the exact
8  dates.
9         That sounds like approximately the right period of
10  time.
11      Q   And I'm not going to get hung up on exact dates
12  today.
13         In -- having walked through the chronology of the
14  market, where was the market when the Kin offering, let's
15  say in the fall of 2017, September 2017, around that range,
16  where was the market at that time?
17      A   When you say "where was the market," are you
18  referring to the market cap of the sum of all of the
19  cryptocurrencies or --
20      Q   Of course not.  I don't need you to give me the
21  market cap.
22         I'm saying, generally, how would you characterize
23  the market for a digital asset like Kin as Kin was
24  introduced to the market then?
25      A   Are you asking me to evaluate the prospective

Page 52

1  success of Kin as, you know, as an adopted currency or what
2  specifically are you asking?
3      Q   I'm asking you to characterize your understanding
4  of how the market was performing then, and then I'm going to
5  ask you, subsequent to that, how Kin fit into -- how Kin
6  looked as compared to other digital assets being offered at
7  that time.
8         Why don't we start with the first?
9      A   You know, I seem to remember there was volatility
10  in the market.
11         I don't recall what it was or to what extent
12  it was happening.
13         I don't really recall the price of ether
14  at that time.
15         It's checkable facts, but --
16      Q   Sure.
17      A   My sense it was a bit of -- there was a bit of a
18  draw-down from kind of the highs of the summer, you know,
19  preceding the subsequent high of the market at the end of
20  the year.
21      Q   Okay.  And what did Kin, as it was introduced,
22  look like in that space maybe compared to other digital
23  assets being offered at that time?
24      A   Well, I would say that Kik's project was -- was
25  one of the first projects of its kind in the sense that most

Page 53

1  cryptocurrencies that came onto the market before then were,
2  you know, not created by a consumer technology company or a
3  VC-backed kind of brand name company or you might say a
4  large valuated company such as Kik.
5         So I would say that was a differentiator of Kin
6  tokens as opposed to other cryptocurrencies.
7      Q   I'm asking your sense, as someone who
8  participated in this market at that time, did that
9  differentiation that Kin was being offered by a more
10  established, you know, consumer company, did that change the
11  potential investor profile of someone who would be
12  purchasing Kin?
13      A   You know, it's hard to say how investors would
14  react to that differentiator.  I would say people had
15  different views.
16         I think people might look at that as a
17  positive thing, and I can think of reasons why.  I would say
18  other people would look at it as a negative thing, and I can
19  think of reasons why.
20      Q   Understood.
21         And we have been walking through your sense.
22  Again, it's only just your subjective sense of how the
23  market looked overall in 2017.
24      A   Uh-huh.
25      Q   What I'm trying to do is see if there was

Page 54

1   something about Kin that made it unique or different, set
2   apart from the broader trends going on in the crypto space
3   at that time.
4       A   I mean, I would say that, again, the fact that it
5   was a project that was instantiated by a large, well-known
6   consumer technology company was a differentiator.
7       Q   Okay.  Fair enough.
8           MR. LEASURE:  Why don't we go off the record?
9           THE VIDEOGRAPHER:  We are now off the record at
10  10:14 a.m.
11          (James Murtha is present at the deposition at
12  this time.)
13          (Recess taken.)
14          THE VIDEOGRAPHER:  This is tape two of the
15  deposition of Jake Brukhman.  We are now on the record
16  at 10:25 a.m.
17          BY MR. LEASURE:
18      Q   After a brief break during which, Mr. Brukhman,
19  you had no substantive conversations about this
20  investigation with the SEC staff?
21      A   Yes.
22      Q   Great.
23          MR. MITCHELL:  Just for the record, James Murtha
24  joined us right before the break.
25      Q   So I want to talk about CoinFund's early

Page 55

1   engagement with Kik.
2       I understand that there was a research
3   project undertaken for Kik; is that right?
4       A   That's correct.
5       Q   Why was that done?
6       A   At the request of Kik, I suppose with the
7   intention of understanding the blockchain market and
8   prospective avenues for building a blockchain-based product
9   within the company.
10      Q   Let me walk you through what looks like an early
11  document in the relationship.
12          This is a document that had
13  been previously marked as Exhibit 52.
14          Take a look and let me know when you are ready.
15  I will identify Exhibit 52 as a document entitled "CoinFund
16  Proposal for Research."  It has the Bates stamp
17  COINFUND6183.
18      A   Uh-huh.
19      Q   Do you recognize this?
20      A   I do.
21      Q   What is it?
22      A   This is a proposal that we have sent to Kik
23  Interactive proposing an engagement with them.
24      Q   The document says it's from 2016.
25          Do you believe this is from 2017?

Page 56

1       A   I believe that's a typo.  I believe this document
2   is from 2017.
3       Q   I do that for the first three months of every
4   year.  I type the prior year.  Okay.
5           I thought this might be helpful.  If I can point
6   you to page 3, that's 6185.  It lists out a timeline.
7           Do you see that?
8       A   Uh-huh.
9       Q   I thought it might be helpful to walk through a
10  few of these items.
11          The first one is Kik working session.  And the
12  purpose is to gain in-depth understanding of goals,
13  financials and product features.
14          Did that happen, a working session?
15      A   That happened, that's correct.
16      Q   Cool.  Tell me about that.
17      A   When engaging in a research project with clients,
18  we have often, as our first -- you know, as our first
19  session, sat down with the team to understand what their
20  goals are in creating such a project.  We did this in the
21  case of Kik.
22      Q   Where did you do it?
23      A   We did it at the Kik -- at Kik's New York office.
24      Q   You've never been to their Ontario office?
25      A   I have never been to their Ontario office.

Page 57

1       Q   And I don't need a full list of the attendees,
2   but you were there.
3           Who else was there?
4       A   This is quite a while ago.
5       Q   Sure.
6       A   I want to say, I'm not a hundred percent sure, I
7   want to say Alex Felix was there.  I'm not a hundred percent
8   sure.
9       Q   How about on the Kik side?
10      A   I remember that Erin Clift was there, and there's
11  probably more than one person from Kik's side, but I do not
12  recall specifically who that was.
13      Q   Kik's office is in Brooklyn?  Do I have that
14  right or in --
15      A   No.  Kik's office is in Manhattan.
16      Q   And you guys are in Brooklyn?
17      A   Yes, that's correct.
18      Q   Okay.  Tell me about the discussion.  What was
19  discussed at that meeting?
20      A   It was the CoinFund team asking the Kik team a
21  series of questions to try to understand what they wanted to
22  do in terms of building a blockchain-based product.
23      Q   Got it.
24          So it was get to know Kik and what their
25  goals were?

Page 58

```
1        A   I would say so.
2        Q   There's a reference here to understanding the
3   financials.
4            We touched on this earlier, but from that
5   meeting, did you have a sense of the performance of Kik's
6   existing business line?
7        A   We did not.  Despite the fact that, you know, I
8   wrote financials here, I don't believe financials were
9   discussed during this meeting.
10       Q   That's fine.
11           What was your sense, walking out of that meeting,
12  of why Kik was exploring at least entering the crypto space?
13       A   My sense, and probably how I would -- I conceive
14  of the Kik's project is that they were looking for
15  blockchain-based monetization strategy for their product.
16       Q   I'm sorry.  Just to define terms.  Monetization
17  strategy, what's that?
18       A   The model by which a business generates revenue.
19       Q   Oh, okay.  So it may be blockchain is an
20  alternative model to generating revenue for the Kik
21  business?  Is that what you mean by that?
22       A   No, I don't think so.  I don't think that I would
23  characterize it as blockchain technology was generating
24  revenue for the business.
25           I would say it would still be the
```

Page 59

```
1   responsibility of the company to build a business, but using
2   a basis of this kind of technology.
3        Q   That makes sense.  I appreciate that.
4            Okay.  Let me keep on this timeline -- again,
5   this might be in the spirit of defining terms and
6   understanding what CoinFund did.
7            Item 2 is model discovery with the purpose to
8   propose several viable cryptoeconomic models.
9            Did that happen?
10       A   I would say that that happened in the course of
11  our research, and is probably -- it probably happened in the
12  course of our research.
13       Q   Okay.  Is there a -- sorry.  Because this talks
14  about a high-level document.
15           Is there a document where that model discovery
16  actually was done or did it proceed differently than that?
17       A   So we had, you know, in the research phase with
18  Kik, we had a deliverable document which you should have,
19  and I believe that that document includes some prospective
20  and hypothetical cryptoeconomic models.
21       Q   Got it.  Okay.
22           Item 3, preliminary validation to understand the
23  market fit between Kik and cryptoinvestors and deliverable
24  is research and survey results.
25           We touched on that, and I might walk you through
```

Page 60

```
1   sort of a large document that I think might be the work
2   generated from that.
3            Before we do that, can you tell me about that
4   project for CoinFund and what you guys did?
5        A   Previously, you asked whether Kin -- the Kin
6   product or Kik's project would be -- would be well received
7   or poorly received by participants or cryptoenthusiasts, if
8   you will.
9            And the answer is that we didn't know.  We wanted
10  to -- we wanted to perform research to understand whether
11  that particular market of people who were very used to
12  dealing with highly decentralized systems and
13  cryptocurrencies would find this kind of product a
14  compelling product, a product that was engendered by a
15  private company such as Kik.
16       Q   And, to me, that sounds like a tall order.
17           How did you guys go about doing that, figuring
18  that out?
19       A   We ran some polls and did some research and tried
20  to gauge the sentiment of -- of the folks in our industry.
21       Q   And I think we'll walk through a document or two
22  about that.
23       A   Sure.
24       Q   I just want to look at a few other items here.
25  We're going to turn -- item 5 references a first draft
```

Page 61

```
1   whitepaper.
2            Do you see that?
3        A   Uh-huh.
4        Q   We are going to turn to that in a second, but is
5   that something that CoinFund also worked on later in time?
6        A   Later in time, CoinFund collaborated with Kik
7   Interactive on drafting their whitepaper, that's correct.
8        Q   And, again, this is in the spirit of trying to
9   see, at a high level, what CoinFund did.
10           Is there other, for lack of a better word, stuff
11  that CoinFund did in the Kik engagement that's not listed on
12  this preliminary timeline?  Can you think of anything?
13       A   You know -- you mean, in the course of the
14  research study?
15       Q   In the course of ever.
16       A   This is the scope -- you know, this proposal
17  describes the scope of our research study.
18           Are you asking about the research study phase or
19  are you asking about the subsequent phase?
20       Q   No.  That's an excellent clarification.  For the
21  research phase.
22       A   I don't believe that we did, you know, or at
23  least to my recollection, I don't think that there's
24  anything that we did outside of the scope that we had
25  proposed.
```

1        So with one clarification, which is that after we
2    did the initial research deliverable, Kik asked for
3    additional research, and we provided additional research.
4        Q   Okay.  Okay.
5            And then just to make sure we're
6    understanding the overall work that CoinFund did, after the
7    research phase, is it right that there was subsequent work
8    that CoinFund did on behalf of Kik?
9        A   Well, subsequent to our research phase, we had a
10   subsequent engagement with Kik with its own scope.
11       Q   And walk me through, at a high level, what
12   CoinFund did in that subsequent phase.
13       A   Sure.  I think CoinFund assisted Kik with the
14   actual formulation of what the Kin product would be.  We
15   assisted with the drafting of the whitepaper.
16           So even though, you know, this -- this timeline
17   says first draft whitepaper, the whitepaper phase didn't
18   come until later, right?
19       Q   Sure.
20       A   So this was just sort of kind of a, if I'm not
21   mistaken, one of the first volleys of our proposal.  We
22   might have actually subsequently had a different version of
23   this proposal for the research phase.
24           Subsequently, the research phase, Alex Bulkin and
25   myself worked very closely with the Kik team in Tel Aviv,

1    along with some of the executives at Kik Interactive to
2    define the product, to name the product, to understand what
3    the use cases of this product might be, to decide whether,
4    you know, it's a product solely kind in the discretion of
5    Kik Interactive or, you know, an ecosystem that would
6    involve third parties who could build applications on top,
7    which is ultimately where the product ended up.
8            And we helped them with thinking about the Kin
9    Rewards Engine.
10           Basically, I would say Kin Rewards Engine
11   is a cryptoeconomic centralized system that is able to
12   reward participants that utilize the cryptocurrency in the
13   economy of Kin tokens.
14           We thought through some technical problems around
15   how such a Kin Rewards Engine might work, and it's a fairly
16   significant technical problem.
17           Sorry.  I lost my train of thought there.
18           We, you know, recommended sort of architecture,
19   you know -- the Kik technology team had questions about
20   things like scalability rates.  So one thing that
21   differentiates Kik from previous projects that came before
22   is that Kik has a user base of 300 million users.  You know,
23   this necessitates more scalable technology, right?
24           And so as we saw subsequently in 2017, Ethereum
25   is not actually the most scalable technology.

1    And so there is a fair amount of technical
2    thinking around what the correct technology would be.
3        Q   Okay.  That was helpful.  Thank you.
4            MR. LEASURE:  Do you guys have anything else on
5    this document?
6        Q   Okay.  I will take it back from you.
7        A   (Handing.)
8        Q   Okay.  Let me show you what I think is the first
9    iteration of the research project.  You can tell me.
10           This is a document, it's long, previously marked
11   as Exhibit 39.  Now, take a look at Exhibit 39.
12           My first question is going to be what it is, and
13   then I'm going -- you obviously take all the time you need.
14   I'm going to point you to specific parts of this document
15   because I recognize it's over 50 pages.
16       A   Right.  So this appears to be the research
17   deliverable for Kik, dated March 21, 2017.
18           I have not gone through every single page of this
19   document to ascertain that it is exactly that document, but
20   I believe it is.
21       Q   That's fine.  I'm not asking you to do all that.
22           Who prepared this?  I think you called it the
23   research deliverable.  Who prepared this?
24       A   This was prepared as a collaboration between the
25   members of the Kik team -- excuse me -- the members of the

1    CoinFund team.
2        Q   Right.  And just -- the title of it is "Token
3    Integration Research."
4            Can you explain to me what integration means in
5    this context?
6        A   You know, recognizing that this was a very early
7    document in the project, before we had a clear conception,
8    which only came many months later, about what the product
9    is.
10           This was sort of looking at the potential of
11   integrating a cryptocurrency or token, if you will, into
12   Kik's product.
13           Hence, it's called token integration
14   research.
15       Q   Got it.  I'm going to walk you through specific
16   sections, but I want to talk about what appears to me to be
17   actually two separate surveys that CoinFund undertook.
18           Does that ring a bell for you?
19       A   I would have to take a look at the specific
20   surveys.
21       Q   That's fine.
22           I'm going to drill down on these, but let me
23   point you to, if I can only find it, the one that I see is
24   on page 19 of this document that has 7709 stamped on the
25   bottom?

1    A  Yep.

2    **Q  Correct me if I'm wrong.  This describes a survey**

3  **that appears -- that CoinFund sent out via social media; is**

4  **that correct?**

5    A  Do you mind if I just take a look at the page to

6  ascertain?

7    **Q  Absolutely.  I was pointing particularly to the**

8  **methodology at the beginning section, but take your time.**

9    A  So this states that, "CoinFund conducted a public

10  and open-source survey in the blockchain research and

11  investment community targeting a set of people who are

12  knowledgeable and experienced in the issues surrounding

13  blockchain-based decentralized crowdfunding and known as

14  cryptoinvestors."

15    **Q  So let me pause on that.**

16      **Obviously, one of the reasons we wanted to talk**

17  **to you, we can see what it says, tell me about what you**

18  **remember about this survey.**

19      **How was it done?  How was it**

20  **conducted?**

21    A  To the best of my recollection, the survey was

22  conducted, put together, you know, primarily, I believe, by

23  myself, in a sense that I authored, I think, questions of

24  the survey.

25      It's possible that I got feedback on the forms

1  of those questions from my team.  It's hard to recall.

2      Subsequently, the survey was materialized as a

3  Google forum.

4      It was posted on sort of our social media

5  channels, and basically open to the public for -- for

6  responses.

7    **Q  And the goal of this survey was -- I'm trying to**

8  **integrate this with what you said earlier, so correct me if**

9  **I'm getting this wrong.**

10      **The goal of this survey was, on behalf of Kik, to**

11  **see if there would be interest in a coin being issued by an**

12  **established consumer technology company?**

13    A  Well, I would say more generally that its goal

14  was to understand whether a blockchain product, created by

15  an established traditional technology company, would find

16  product market fit with -- within the participants of our

17  industry.

18    **Q  Okay.**

19      MR. MITCHELL:  What kind of fit were you -- when

20  you say "fit," what do you mean?

21      THE WITNESS:  I mean, I think I generally mean

22  whether -- whether the people in blockchain would

23  accept such a product, like whether they would use a

24  product, whether they would trade the coin, whether

25  they would use the product in general.

1    MR. MITCHELL:  And I can see in the document that

2  you were just looking at that there's a discussion of

3  blockchain-based decentralized crowdfunding.

4      Were you looking to see whether people would

5  participate in a blockchain-based decentralized

6  crowdfunding with the kind of company you were thinking

7  about?

8    THE WITNESS:  I mean, I would say, at the time,

9  there were a number of projects undertaking

10  decentralized crowdfunding, and one of the goals was to

11  understand whether participation in the crowdfunding,

12  which I view as a -- as a fundamental piece of the

13  project sort of moving forward, right, you know, would

14  be amenable to the participants of the industry.

15    MR. MITCHELL:  And if it was amenable, people

16  would buy the coin or the token?

17    THE WITNESS:  It seems to me that, in order for

18  something to be amenable, you don't necessarily have to

19  have a participation in the crowdfunding.  It's just a

20  measure of sentiment.

21    MR. MITCHELL:  Okay.

22    BY MR. LEASURE:

23    **Q  Understanding that CoinFund has limited**

24  **resources, Kik has limited resources, did you think that**

25  **this was a good sample to take at the time?**

1    A  I mean, I think we did our best to get as many

2  respondents as we could.

3      According to this document, we got

4  223 responses.

5      I would say, overall, that's a fairly small

6  sample size.

7    **Q  Right.**

8      **I think you, in fact, you or CoinFund, I**

9  **don't want to say who wrote what, I don't know, but I think**

10  **in one of the caveats you give is it was a small sample**

11  **size, right?**

12    A  This is what it says under caveats, correct.

13    **Q  And I also take it Kik wasn't out at this time.**

14  **In other words, you didn't identify Kik as the specific**

15  **company?**

16    A  Absolutely not.

17      I believe that would have

18  constituted a breach of our NDA with Kik if we identified

19  them.

20    **Q  So you did not.**

21      **How did you identify -- do you remember what was**

22  **said about the company?**

23    A  I don't remember the specific language used in

24  the survey.

25      I'd have to look at the survey to recall, but

Page 70

1  from what I recall, I alluded to probably using words like,
2  sort of a well-known brand or a traditional consumer
3  technology company or a company in social media or
4  communications with a large user base.
5      Q  Got it.
6          We don't have it in front of us, but
7  whatever term you used, I take it the goal was to give
8  some -- Kik -- something usable to Kik or relevant to Kik
9  without identifying Kik itself?
10     A  I think the goal of the survey was to measure the
11 sentiment of these enthusiasts, as how they would react to a
12 cryptocurrency created by a company under such a
13 description.
14         As we have covered, Kik was not identified in the
15 survey, and it's -- I mean, the goal, I think, was to -- was
16 to measure a sentiment in general.
17     Q  Got it.
18         And I don't want to linger on the sample
19 and the survey, but in terms -- there's the group that was
20 sampled here, 223 responses in March, correct?  And then
21 there's a larger group of people, thousands, who ultimately
22 bought Kin tokens in, what, six months later, five months
23 later in September?
24         Do you have any reason, either way, to know
25 whether the group surveyed materially differed from the

Page 71

1  group that ultimately purchased tokens in September?
2      A  You know, I would say I have no way of knowing
3  whether those groups intersected at all or otherwise.  I
4  don't want to speculate on the constituency of those groups
5  because I simply don't know.
6      Q  No.  And I don't want you to speculate,
7  obviously.
8          Is there any reason you have, sitting here today,
9  to think that this sample failed to -- let me ask that in a
10 better way.
11         Do you have any reason to think that this sample
12 was materially skewed or didn't accurately capture a similar
13 group of people who might have purchased the token in
14 September?
15     A  It could have easily been skewed.  I have no
16 identifying information in the course of conducting the
17 survey of anyone who participated in the survey.  It would,
18 you know, sitting here right now, it would be impossible to
19 determine whether the group of token sale participants
20 subsequently and the group of surveyed participants were
21 even remotely the same group.  It's quite possible.
22     Q  I mean, obviously, it's 223 here, and I think
23 several thousand several months later.
24     A  Sure.
25     Q  I'm just asking if there's any demographic or

Page 72

1  other information you have, sitting here today, that tells
2  you whether there was a skew between one group or the other?
3      A  Sorry.  When you say "skew between one group or
4  the other," can you clarify what you mean?
5      Q  That one group drew from a different set of the
6  population versus another.
7      A  Like I said, I just have no information
8  whatsoever about the constituency of either group.
9      Q  That's fine.  That's all I'm asking.
10         I want to walk through the results of this
11 survey.
12         Again, I think there might have been an additional
13 smaller survey taken, which I'll then walk you through, but
14 I just want to make sure we're not confusing the two.
15         If I can point you to page 25 of this document.
16 That's with Bates stamp 7715.  It has user versus investor
17 interest.
18     A  Uh-huh.
19     Q  This states, "In the survey, we interviewed
20 cryptoinvestors and expected that most respondents would be
21 interested in the investment side of the token proposition."
22 It then provides some detail and some data.
23         Was this an accurate -- sitting here today, do
24 you think this was an accurate recitation of the results of
25 that survey?

Page 73

1      A  I would say that, since I used the results of
2  that survey to construct this particular section of the
3  document, then I would think that it is a -- it is an
4  accurate representation of the survey results.
5      Q  Okay.  Sure.
6          Did you ever re-perform this survey subsequent to
7  March?
8      A  I don't believe we did.
9      Q  Okay.
10         MR. LEASURE:  Anything else on that?
11     Q  Let me point you -- again, and this is sort of in
12 the spirit of being -- of clarifying.  Let me point you to
13 the next page, page 26.  That's 7716.
14         This is a CoinFund cryptoinvestor panel.
15     A  Uh-huh.
16     Q  And under methodology it states, "In March,
17 CoinFund interviewed ten experienced cryptoinvestors,
18 blockchain founders, and analysts from our community
19 regarding a prospective client looking at integrating crypto
20 tokens into their consumer technology application."
21         Again, this is why I wanted to clarify there
22 might have been different work streams.
23         Does that appear right to you?
24     A  I'm not sure I understand the question.
25     Q  This is different from the survey posted on

Page 74

1   social media that we just reviewed, correct?
2       A   I believe you're correct. I believe you alluded
3   to two parts of the survey research. One part was a public
4   anonymous survey, which we just discussed. Another part is
5   the panel documents that are in front of us right now.
6       Q   Tell me about this second part, the panel work
7   that was done.
8       A   Sure.
9           The goal was to -- the goal was exactly
10  the same as the other survey. The goal was to ascertain
11  sentiment of cryptoinvestors.
12          However, these investors are obviously, first of
13  all, not anonymous, and are fairly well known in the
14  industry and have a fair amount of expertise in the
15  industry.
16      Q   So as I understand it, the Kin offering was
17  ultimately conducted via a private sale to accredited or
18  larger investors, and then a subsequent public sale; is that
19  correct?
20      A   To the best of my understanding, I believe that's
21  correct.
22      Q   And that's fine.
23          I'm asking to then say, was there some effort in
24  doing this research project to survey both the potential
25  market for private sale and then a market for a public sale?

Page 75

1       A   I would say no. I would say my goal in reaching
2   out to knowledgeable, you know, members of the community was
3   to get a measure of their sentiment specifically about the
4   issue of whether a traditional consumer technology company,
5   as a newcomer to the industry, would fare well as a product
6   in the industry.
7       Q   Understood.
8           Why reach out, in addition to sort of an
9   anonymous public survey, why reach out to experienced
10  cryptoinvestors?
11      A   Simply because these folks tend to study our
12  industry every day. They have some excellent context into
13  what kind of products might work and what kind of products
14  might not.
15          Whereas, anonymous respondents on social media
16  might not have the same expertise.
17      Q   Okay.
18          So -- again, this is an outsider like me
19  reading this.
20          I read this as potentially an effort to gauge
21  interest from experienced cryptoinvestors in a private sale.
22          Is that -- am I wrong about that?
23      A   I'm sorry. Can you repeat the question?
24      Q   Sure.
25          I, as an outsider, read it as there was a

Page 76

1   separate effort to have a cryptoinvestor panel to possibly
2   gauge private sale or accredited investor interest. Is that
3   incorrect?
4       A   The goal was not to solicit investment from these
5   gentlemen and lady, and mostly gentlemen. The goal is to
6   measure sentiment.
7       Q   I'll let it go.
8           Let me point to the panel highlights and summary
9   also on page 26.
10          I want to point you to 2A. "Respondent
11  cites several concerns that were also reflected in the
12  general survey."
13          And the first one listed there, A, "Whether the
14  company is in it for the long haul and is willing to make a
15  commitment."
16          What does that mean "whether the company is in it
17  for the long haul"?
18      A   I'm sorry. Where are you reading?
19      Q   Oh, I apologize. The bottom of page 26.
20      A   Oh, I see. So the very last item.
21      Q   So it looks like you're highlighting several
22  concerns, "Respondent cites several concerns that were also
23  reflected in the general survey."
24          Do you see that?
25      A   I mean, I would say, in the ICO space, there's a

Page 77

1   healthy amount of skepticism around, which persists today,
2   around whether companies are doing these kinds of offerings
3   for the reason that they are building -- that they are
4   building kind of long-term sustainable products versus
5   whether they're trying to, you know, make a quick buck on
6   the market.
7           I think, unfortunately, in our industry, we have
8   seen examples of both, and I think that this would be a
9   reasonable concern when you are faced with a kind of
10  newcomer company like Kik, as we keep mentioning, someone
11  who has not operated in the space before and is a
12  traditional consumer technology company, really being the
13  first major one to undertake such a strategy. I don't think
14  it would be unreasonable for respondents to have that
15  concern, and that concern was highlighted in the course of
16  us measuring their sentiment using this survey.
17      Q   Got it. Let me see if I understand that
18  sentiment.
19          The concern or the worry among potential
20  participants in a token offering would be that a company,
21  you know, raises funds, issues a coin, and then doesn't
22  support or do work to support that coin in the future; is
23  that right?
24      A   Well, you know, I would say -- I would say
25  historically, right, there have been cases where founding

Page 78

1  teams of cryptocurrencies have collected funds simply to
2  disappear with them, right?
3      So there's always, you know, especially during
4  this time period, there's always sort of a taste of that.
5  There's a recollection of that in the market.
6      I think people are generally cautious.  From my
7  perspective, I think that actually, at the end of the day,
8  the fact that Kik was an established company with users,
9  with well-known investors actually increased its case for
10  being a good player in the market.  And, you know, having a
11  ton of experience over the course of almost a decade and
12  launching products was a high probability company to
13  actually launch a useful and good product.
14      However, what is reflected here in this 2A that
15  we are looking at is, I think, a reasonable concern from
16  participants in the market who have seen, you know, these
17  kinds of offerings, who have seen bad offerings and good
18  offerings, and are trying to evaluate a new kind of offering
19  that is coming to market.
20      And so I think it's a legitimate concern to say,
21  is this company, you know, in this for the right reasons.
22      MR. MITCHELL:  I guess I don't understand.  Why
23  were they concerned?  Sorry.
24      So their concern was about -- was about
25  whether -- whether the -- their concern was about sort

Page 79

1  of what would happen after the sale, like what would
2  happen after the token sale?
3      THE WITNESS:  I would characterize it as follows.
4  You know, when you're talking about cryptocurrencies in
5  general, you are talking about decentralized systems
6  that do not have a central issuer, that do not have a
7  central point of control.
8      And, therefore, they do not
9  have the risk that, for example, some centralized
10  company might go out of business, and the fact of
11  that -- of that happening would impact the price of the
12  cryptocurrency.
13      Like to be explicit, like, there's no company
14  that can go out of business that will directly impact
15  the price of bitcoin.  I would say, in my estimation,
16      That is not the case with Kin tokens in the sense
17  that differentiating from a fully decentralized
18  cryptocurrency at this stage of the development,
19  because, over time, I think the Kin ecosystem does
20  become a fully decentralized ecosystem, but in this
21  stage of the -- of the process, I think Kin would be
22  dependent on Kik.  They are -- they are the builder of
23  this -- of this product.
24      And so if the company is not in it for the long
25  haul, right, it might mean that they -- they don't

Page 80

1  finish delivering the product, and that would impact
2  kind of the economics of the cryptocurrency.
3      MR. MITCHELL:  You just said during this stage.
4  What stage were you referring to?
5      THE WITNESS:  Well, this is the earliest stages
6  of building such a product.
7      MR. MITCHELL:  So --
8      THE WITNESS:  The design stage of the product.
9      MR. MITCHELL:  Is that stuff -- was Kik still in
10  that design stage sort of end of 2017, early 2018?
11      Let me ask the question again.
12      Was the design stage done when they sold the Kin
13  tokens?
14      THE WITNESS:  I'm not sure because, you know,
15  frankly, that would be kind of an internal
16  determination whether something was done, and I'm not
17  privy to what --
18      MR. MITCHELL:  Did you think that the design
19  stage was done in, say, September 2017?
20      THE WITNESS:  I think, as a product, I think it
21  has a multi-year roadmap of development.  I think any
22  given year, a third party can come into this ecosystem
23  and build new products.
24      So, in a way, it's never done.  In a way, it's an
25  ongoing process to -- to get the ecosystem into a place

Page 81

1  where it's functioning.
2      MR. MITCHELL:  That's what I'm trying to
3  understand.
4      Had that work all been finished by the time that
5  Kik sold the tokens in September?
6      THE WITNESS:  So it would be the case that
7  probably by the time that they sold the token, like
8  they didn't have the same partners that they have
9  today.
10      MR. MITCHELL:  Did they have a Kin Reward Engine
11  at that time?
12      THE WITNESS:  I don't know.
13      MR. MITCHELL:  Thank you.
14      BY MR. LEASURE:
15      Q  I can point you to it on page 36.  That's with
16  Bates stamp 7726.  It looks like CoinFund did a section
17  called Raise Prospects.
18      A  Uh-huh.
19      Q  You are obviously welcome to walk through that,
20  but why was that a part of this research?
21      A  I would say -- I would say, you know, like the
22  market was in an interesting time, as we mentioned before
23  during this conversation, that the size of token sale or ICO
24  raises was increasing and this model, you know, came from a
25  desire to try to estimate how much the sale could

1    potentially raise in that context.
2         I mean, that's a piece of research that is
3    interesting to us as market observers.  It would naturally
4    be interesting to Kik.
5         **Q   Sure.**
6         **Kik wanted to know, if we go ahead with**
7    **this, how much can we realistically expect to raise,**
8    **correct?**
9         A   I mean, they could potentially use that
10   information in that way.  I don't know that they did, but...
11        **Q   Okay.**
12        **I think that's all I have on this**
13   **document.**
14        MR. MITCHELL:  Did you discuss this -- let me ask
15   a super basic question.
16        CoinFund gave this document to Kik?
17        THE WITNESS:  Excuse me?
18        MR. MITCHELL:  CoinFund gave this document and
19   this research to Kik?
20        THE WITNESS:  I believe we delivered the research
21   to Kik.
22        MR. MITCHELL:  And did you discuss it with anyone
23   at Kik afterwards, the research in this report?
24        THE WITNESS:  It's possible.  I don't have a
25   specific recollection of specifically discussing any

1    section of this document after delivery.
2         MR. MITCHELL:  Did any of the Kik folks tell you
3    how they used it?
4         THE WITNESS:  They did not.
5         BY MR. LEASURE:
6         **Q   Did anyone at Kik disagree with the analysis you**
7    **provided?**
8         A   Not to the best of my knowledge.
9         **Q   That's fine.**
10        **Sorry.**
11        **One quick question.  And going backwards**
12   **a bit to the survey, to the public that was incorporated**
13   **into this survey, not the -- not the panel of ten**
14   **cryptoinvestors, but to the public.  Those were anonymized**
15   **survey results?**
16        A   To the best of my recollection, the survey did
17   not collect identifying information about the respondents.
18        **Q   Great.  I will take that back.  Thank you.**
19        A   (Handing.)
20        **Q   Did Kik ask additional questions in response to**
21   **the research we just reviewed?**
22        A   Yes, I believe they did.  I believe they had an
23   additional ask for us, which was reflected in an additional
24   piece of research that we delivered to Kik subsequently to
25   delivering the initial deliverable that we have just

1    reviewed.
2         **Q   Okay.  Okay.  Let me show you the additional**
3    **piece of research deliverable.**
4         **Yeah.**
5         **This is an exhibit, maybe on point, that**
6    **could be helpful.  It's Exhibit 53.**
7         **Exhibit 53 is a one-page e-mail, and I will tell**
8    **you my understanding is there was an attachment to it that I**
9    **have included on the back page.**
10        **The e-mail is from March 24, 2017, with the**
11   **subject "Additional questions."  And it has Bates stamp**
12   **COINFUND9764.**
13        A   Uh-huh.
14        **Q   Tell me when you're ready.  My first question --**
15        A   Please go ahead.
16        **Q   -- is what is this document?**
17        A   This is an e-mail from the CFO of Kik, Peter
18   Heinke, to myself.
19        **Q   And others?**
20        A   And others, yeah, sure.  And, you know, others on
21   the Kik team, stating that they had, you know, additional
22   questions and would like to -- let's see here -- would like
23   to consult with us on those questions.
24        **Q   And these were questions in response to the**
25   **research deliverable CoinFund had provided; is that right?**

1         A   I don't think anything in this e-mail indicates
2    that, but I would say this -- you know, I would say, in the
3    course of doing the project, Kik had a number of questions
4    and this was a subsequent set of questions that they wanted
5    to consult with us on.
6         **Q   I agree it's not vital, but I think the research**
7    **deliverable was dated March 21.**
8         A   I believe that's correct.
9         **Q   Just for context, she references -- Peter says,**
10   **"Hi, Jake.  Thanks for the call today."**
11        **What was discussed on that call?**
12        A   I don't recall.
13        **Q   Okay.**
14        **He writes, "There are two areas we would**
15   **like to proceed with in parallel.  One, additional**
16   **questions.  In order to be ready for our board meeting,**
17   **there are still some additional questions we would like to**
18   **have answers for or at least a framework as to what needs**
19   **more in-depth work and analysis and would be part of your**
20   **next phase."**
21        **Let me pause there.**
22        **Were your research results shared with Kik's**
23   **board?**
24        A   I don't know.
25        There must be an e-mail where we

Page 86

1   send our final deliverable to Kik. Whoever would be on that
2   e-mail, you know, then we can verify that they received the
3   report.
4        What they did with the report subsequently to
5   receiving it, I don't have information on.
6     Q   That's fine.
7        Did you attend the Kik board meeting?
8     A   I never attended a Kik board meeting.
9     Q   Did people at Kik say or tell you we are going to
10   share your analysis with our board?
11    A   Not to the best of my recollection.
12    Q   I have to ask the converse.
13        Do you have any reason to believe they didn't
14   share the research with the board or --
15    A   I couldn't know.
16    Q   So, on the back, we see some questions, and I
17   think we'll see a research deliverable.
18        Let me just point you to one of these questions.
19   There's obviously a lot of questions here, and I don't want
20   to walk through all of them, but number 9, how much effort
21   is it to manage this in perpetuity, is this outsourced or do
22   we build?
23        Was there a discussion with Kik about how much
24   effort it would take to build this thing -- to build this
25   thing -- to build a Kin ecosystem?

Page 87

1     A   I'm not sure what "this," the word "this" refers
2   to. So let me take a minute to review the document, if
3   that's okay.
4     Q   Please do. I'm not sure I do either. I might be
5   asking you that.
6     A   (Perusing.) After reviewing the document, it --
7   to me, it's very ambiguous what Peter is asking here. I'm
8   sure it was ambiguous to me at the time I received it as
9   well.
10       So it's hard for me to answer the question of, I
11   guess, what he means by this. He could be referring to any
12   number of things with respect to the project.
13       MR. MITCHELL: I don't think that's where Jeff
14   was trying to go.
15       Putting the document down, did you have
16   conversations with Kik about how much effort it would
17   take to create the product that you described earlier?
18       THE WITNESS: I'm sure we did. Essential
19   question would be, you know, in such a product, would
20   be, you know, what do we need to implement, what
21   blockchain do we need to use, how many engineers should
22   we hire to do this, right?
23       So I'm sure we had conversations. I can't recall
24   a specific conversation to that effect.
25       MR. MITCHELL: Why is the choice of blockchain

Page 88

1   important?
2       THE WITNESS: Various reasons. It affects, for
3   example, the viability of being able to build a
4   particular kind of application, to support a particular
5   level of throughput. Many technical reasons why you
6   would choose one blockchain over another.
7       MR. MITCHELL: So picking the blockchain -- so
8   picking between different blockchains is actually like
9   a decision that somebody has to make?
10       THE WITNESS: Absolutely. Every project has to
11   make such a decision.
12       Some projects build their own
13   blockchain.
14       MR. MITCHELL: Sorry.
15       You think that -- sorry --
16   I'm trying to -- that would be important to sort of the
17   outcome of a project or outcome of picking the
18   blockchain is?
19       THE WITNESS: Well, in the sense that, you know,
20   riding a horse or riding a Mercedes is important to how
21   you get to a place in the same way your choice of
22   technology is important to whether your project works
23   and operates correctly, whether your product is
24   adoptable by users and probably many other factors.
25       MR. MITCHELL: I apologize if I'm asking a very

Page 89

1   basic question.
2       And that's because different blockchains work
3   differently?
4       THE WITNESS: Absolutely. Different blockchains
5   have different, like, pricing for transactions. They
6   have different speeds.
7       They have different finality
8   times. I mean, I can go for 12 points about how they
9   differ.
10       MR. MITCHELL: Yeah, you'll lose me before you
11   get there. And so -- okay. That's great. Thank you.
12       BY MR. LEASURE:
13    Q   I think I will take that back from you.
14    A   (Handing.)
15       MR. MITCHELL: Can I ask one other question about
16   the blockchain, though?
17       What sort of -- once a project is going, can't
18   the people who, sort of the decentralized community,
19   get together and then just sort of change the
20   blockchain?
21       THE WITNESS: The general answer is it highly
22   depends on the facts and circumstances of every
23   individual blockchain.
24       In certain blockchains, that
25   might be possible through a decentralized governance

Page 90

1  system.
2       And in other blockchains, like bitcoin, it
3  would be extremely hard to change the state of the
4  blockchain, at least outside of the rules of how the
5  status changed.
6       MR. LEASURE:  Can we make it specific to the Ken
7  offering, then?
8       MR. MITCHELL:  Yeah.
9       BY MR. LEASURE:
10      Q   Just so when Kin was offered to the public,
11  again, I'll represent to you was September of 2017, what
12  blockchain was it on?
13      A   So I believe Kin was anticipating being an ERC20
14  token on the Ethereum blockchain.
15      Q   Got it.
16      MR. MITCHELL:  And so can everybody on the
17  Ethereum -- could people have gotten together and just
18  sort of -- let me start over.
19      Could the decentralized community have gotten
20  together and just moved Kik -- the Kin tokens off the
21  Ethereum blockchain?
22      THE WITNESS:  That has never happened -- well, it
23  kind of depends on what you mean, I suppose.
24      Would the holders of Kin tokens be able to, you
25  know -- you know, as a group, unilaterally make such a

Page 91

1  decision?  No.
2       MR. MITCHELL:  Okay.
3       BY MR. LEASURE:
4       Q   Cool.  I think this relates to the document we
5  just saw, but maybe you can tell me.
6       This is a document previously marked as
7  Exhibit 54.  Here you go.
8       Exhibit 54 is an e-mail printout with one of the
9  attachments.
10      A   Uh-huh.
11      Q   Well, maybe more of the attachments.
12      A   Uh-huh.
13      Q   The e-mail is dated April 3, 2017, from Jake
14  Brukhman to people at Kik, and an e-mail address at
15  CoinFund.
16      It has the Bates stamp COINFUND20091.  And let me
17  just represent some things to you.
18      The attachment begins on 19854.  I will represent
19  to you we -- I think these are -- the links you see in the
20  e-mail are Google documents.
21      Is it right that, in sharing documents with Kik,
22  CoinFund would sometimes use -- exchange Google documents
23  and links to Google documents with Kik?
24      A   That's correct.
25      Q   All right.  I will just represent to you we have

Page 92

1  worked with CoinFund's counsel to try and get some of them.
2  We're trying not to be overly burdensome and asking for
3  every Google document.  I think the attachments here at
4  least reflect the consolidated questions documents, and
5  maybe some of the other ones as Google documents.
6       Does that make sense?
7       A   That would make sense to me.
8       Q   Okay.  The subject here is additional research
9  deliverables.
10      What is this document?
11      A   So, as we saw previously, you know, Peter had
12  written us and asked us for additional -- an additional
13  consultation around some of the questions that he posed in
14  an attachment to the previous e-mail.  This is a response to
15  that attachment.
16      Q   Got it.  Okay.
17      A   I believe this is the response.
18      Q   That's fine.
19      Again, this is a long document.  I just want to
20  point you to various sections, okay?
21      A   Uh-huh.
22      Q   If I can point you to the page with the stamp
23  19855.  It is, in fact, the page you are on.
24      A   That's correct.
25      Q   It looks like Peter asked, correct me if I'm

Page 93

1  wrong, there's 3/23 questions from Peter, "What is the
2  structure of economy and mapping of all stakeholders both
3  primary, market participants and secondary?"
4       It looks like CoinFund -- is this a chart
5  prepared by CoinFund laying out the potential token sale
6  participants?
7       A   I would say this is a chart, and it's certainly
8  prepared by CoinFund.
9       Q   Okay.
10      A   And I believe that it is, you know, more or less
11  a standard diagram of how token sales, using a smart
12  contract, were conducted at the time.
13      It shows the issuer, Kik Interactive.  It shows a
14  yellow square for the smart contract it represents and
15  implements the token sale.
16      And it has two circles that
17  identifies private investors which, in my mind, translates
18  to institutional, accredited private investors, and also
19  cryptoinvestors, in general.
20      And it has arrows showing that, you know, some of
21  the token supply moves to the issuer as a hold-back.  Some
22  of the token supply moves to the investors in exchange for
23  their buy-in into this token sale.
24      You know, I would say this diagram is
25  representative of, you know, many, many, many ICOs that were

Page 94

1   conducted at that time in this manner.
2       Q   Got it.
3           This wasn't reinventing the wheel by
4   CoinFund.  This was a standard model at the time?
5       A   It's not even -- I wouldn't even say it's even a
6   standard model.  I would say this is simply a description of
7   what we saw was happening in the market.
8       Q   Understood.
9           This contemplates a structure where there was a
10  private commitment by private investors, and then or -- and
11  a buy-in by cryptoinvestors, correct?
12      A   Uh-huh.
13      Q   Okay.
14          Specifically for the Kin offering, when
15  was it decided to go with a model where there would be a
16  sale to private investors and a sale to cryptoinvestors?
17      A   So, actually, I want to clarify it, now looking
18  more at this diagram.
19      Q   Sure.
20      A   I had said, when I look at the private investors,
21  I think of them as being like institutions.  However, I want
22  to -- I want to restate that that's the case sort of later
23  on in the offering.
24          This is actually a very early -- this
25  is like pre -- this is just in the research phase here.

Page 95

1           And, in this case, what I mean when I say
2   "private investors," it's just simply -- I think investors
3   that go directly to the company to secure an allocation
4   without making a determination on whether they are
5   institutions or not, right?
6           So in a smart contract type of sale, private
7   investor, I think, means just someone who goes directly to
8   the company.
9           In the context of the sale that Kik actually
10  ended up conducting, which was using an instrument called
11  the SAFT, as I'm sure you're aware, private investors in
12  that case would mean the SAFT participants, and those are
13  typically institutions.
14      Q   I appreciate the clarification.  That anticipates
15  my next question.
16          I don't need the exact hour, date, minute it was
17  decided, but in your head, roughly when did you understand
18  that Kik was considering going with that SAFT followed by a
19  public sale structure?
20      A   I don't remember the exact date when I got that
21  knowledge, received that knowledge, but I believe, and I may
22  be wrong, but I believe it was in early June of 2017.
23      Q   Okay.
24          MR. MITCHELL:  Do you remember whether it was
25  before or after the whitepaper was published?

Page 96

1           THE WITNESS:  That would -- if I'm correct, that
2   this event took place in June, but that would have been
3   after the publication of the whitepaper, which happened
4   at token -- well, the release happened at Token Summit
5   at the end of May.
6           BY MR. LEASURE:
7       Q   Okay.  Let me turn to the next page with the
8   Bates stamp 19856.
9           MR. MITCHELL:  Could I just ask one follow-up
10  question?
11          That chart that's on the first page or maybe I
12  guess the whole -- all this -- did you discuss -- did
13  you discuss that concept with people at Kik during your
14  work for them, sort of the concept that's in that
15  chart?
16          THE WITNESS:  Beyond sending them the additional
17  research, I do not have recollection I specifically
18  discussed these charts with people at Kik.
19          BY MR. LEASURE:
20      Q   Sorry --
21      A   So we are going to the next page, which is 19856.
22      Q   Yeah, you got it.  Right at the top it says,
23  "'Cryptoinvestors' include regular participants of token
24  sales as well as Kik users who are participating in the sale
25  by way of cryptocurrency."

Page 97

1           Let me pause there.
2           This is early in the process.  This is, what,
3   early April?
4           There's five plus months until the public
5   sale.
6           Do you know, does this describe the groups who
7   actually participated in the public sale of Kin?
8       A   I have no knowledge of who actually participated
9   in the public sale of Kin.
10      Q   That's fine.
11          Did Kik users -- were users of the Kik Messaging
12  application a significant audience for the Kin offering?
13      A   I could not know that.  I do not know that.
14      Q   Do you know who -- just in your work with Kik or
15  otherwise, do you know who the typical users of the Kik
16  Messaging app are?
17      A   Yes.
18          In our initial -- in our initial research
19  meeting or kickoff meeting with Kik, we asked about the
20  demographics of Kik's user base.
21      Q   And who were they, generally?
22      A   Generally, younger users.
23      Q   And is that the same -- are younger users of a
24  messaging app like Kik the same audience that would
25  regularly participate in token sales during this time?

Page 98

1    A   I don't know who regularly participates in token
2  sales.
3        Token sales, especially at this period of time,
4  are anonymous.
5        And so it would be hard for me to determine
6  the age.  You know, obviously, we run surveys to try to
7  ascertain what the demographics of those folks are.
8        What the surveys show is that probably, maybe,
9  the age range is probably different from younger users.
10   Q   And just so we're clear, when we say younger
11  users of the Kik Messaging app, are we talking about, I hate
12  using generational terms, but teenagers, young adults?  What
13  was your sense?
14   A   I believe we got a numerical age range from the
15  team.  You might even have the document which has our notes
16  on that.  I do not have it in front of me.
17   Q   That's fine.  We can find that.
18        Let me point you to another section on the same
19  page, 19856.  Right at the bottom, the second to last
20  paragraph.  I will read it.  Just tell me if don't see it.
21        "Users will be able to redeem KT for bitcoin or
22  fiat value on cryptocurrency exchanges.  Similarly, Kik
23  Interactive, as well as investors in cryptomarket
24  speculators obtain KT liquidity on cryptocurrency
25  exchanges."

Page 99

1        Do you see that?
2    A   I do.
3    Q   First, I guess, KT, any reason to think that
4  doesn't mean Kik tokens?
5    A   I believe it means Kik tokens in this context.
6    Q   Maybe they hadn't come up with the term "Kin"
7  yet?
8    A   That's correct.  This is prior to the naming of
9  the currency.
10   Q   Was getting -- we may have touched this already,
11  but was getting Kik tokens, what became Kin, onto exchanges
12  important to the economy that was being contemplated here?
13   A   I mean, it could be.  It's hard to say, because I
14  don't think that we have seen this system in actuality.  So
15  it's hard to judge whether it would be important or not.
16   Q   But, at this time, I take it, CoinFund was
17  diagramming, literally diagramming the potential -- the
18  economics of a future Kin ecosystem, correct?
19   A   Well, this diagram describes sort of our
20  conception of the so-called cryptoeconomics of the system as
21  we saw it at this very early research phase.  Whether this is
22  actually what Kin -- the Kik team intended or whether they
23  followed this blueprint is not for me to know, but this is
24  certainly how I envisioned, at that time, the economics of
25  the system.

Page 100

1    Q   And the red circle in this diagram that's
2  entitled "Cryptomarket," do you see that?
3    A   I do.
4    Q   Are those the exchanges?
5    A   I would be referring to some kind of venue for
6  liquidity for tokens, yes.
7        MR. MITCHELL:  Such as the exchanges we discussed
8  earlier?
9        THE WITNESS:  Such as crypto exchanges.
10   Q   Can I point you to the next page, 19857?  It
11  says, "Regulatory bodies" -- "Precise regulatory analysis
12  must be completed in a thorough compliance review by legal
13  professionals.  The following should not be construed as
14  legal advice."
15        Among other things that follows, there's analysis
16  on the SEC and their potential reaction to this, correct?
17   A   That's what is on the page, yes.
18   Q   Great.  Why did CoinFund do this?
19   A   Do what?
20   Q   Do this.  Good question.
21        Why did CoinFund provide this analysis to Kik?
22   A   I mean, it was our desire to -- to provide our
23  client with sort of our intellectual knowledge, recognizing
24  that we are not legal professionals, accountants, tax
25  people, et cetera, but just the intellectual knowledge of

Page 101

1  our understanding of the regulatory environment with the
2  additional recommendation that they consult their counsel
3  for establishing the compliance of their process.
4    Q   So would you agree that, even relatively early on
5  in the process of considering a token offering, Kik was at
6  least aware of potential regulatory issues with the SEC?
7    A   I don't know what Kik was aware of.  I can say --
8    Q   If they read this, they were aware of it,
9  correct?
10   A   I don't know who read this.  I don't know how
11  they -- what they read would have factored into their
12  internal -- how it would have factored into their internal
13  discussions.  So I can't say how they -- whether they read
14  it or how they reacted to it.
15   Q   CoinFund certainly raised the issue, correct?
16   A   CoinFund included the issue in this response
17  e-mail.
18   Q   Okay.
19        MR. LEASURE:  Why don't we go off the record?
20        THE VIDEOGRAPHER:  We are now off the record at
21  11:32 a.m.
22        (Recess taken.)
23        THE VIDEOGRAPHER:  This is tape three of the
24  deposition of Jake Brukhman.  We are now on the record
25  at 11:40 a.m.

## Page 102

1  BY MR. LEASURE:
2  Q  On the record after a brief break during which,
3  Mr. Brukhman, did you have any substantive conversations
4  about this investigation with SEC staff?
5  A  We did not.
6  Q  Okay.  Let me point you to one or two more pieces
7  of this document, Exhibit 54, one with 19867 on the Bates
8  stamp.
9  19867 at the top says, "At a high level one MVP
10  system is," and then lists out five things.
11  We are going to be talking about this term more
12  later today, but in the context of the Kin offering, what is
13  an MVP?
14  A  MVP generally stands for a minimum viable
15  product.  What is being referred to here as an MVP is sort
16  of the minimum viable pieces that would kind of create a,
17  you know, fully, end-to-end product for Kik, but not
18  necessarily, you know, comprehensive product.  It's a
19  minimum viable product.
20  Q  And did it have any particular -- that term, MVP,
21  did it have particular specialized usage in connection with
22  the Kin offering beyond that?
23  A  This is a standard term used in technology to
24  refer to kind of early releases of software.
25  Q  Okay.  For purposes of CoinFund's analysis, just

## Page 103

1  help me understand, why was CoinFund analyzing what an MVP
2  system might be for a future Kin offering?
3  A  Because every project is interested to know, you
4  know, at which point and given which requirements they could
5  launch.
6  Q  Okay.  And there are five points of this
7  high-level MVP system listed here, correct?
8  A  I believe so.
9  Q  Yeah.  I think the next page doesn't have any
10  more.
11  Which of these were actually present, if you
12  wouldn't mind looking through them, which of these were
13  actually present or in existence when the public sale was
14  accomplished?
15  A  So it's hard for me to analyze exactly which of
16  these were present.  So, you know, the portal website
17  certainly existed.  That is a publicly-accessible piece of
18  information about the offering.  So I can say confidently
19  that the portal website definitely existed.
20  Q  Oh, I see.  So the portal website where investors
21  can remit funds to the token sale, that existed, right?
22  A  At the time of the sale, that existed, yes.
23  Q  There were smart -- for one, smart contracts or
24  Kik tokens and issuance structures secured and deployed on
25  Ethereum that existed, is that right, or do you know?

## Page 104

1  A  I don't know that to be the case.  I did not
2  review the smart contracts personally.
3  Q  Fair enough.  Number three, the messenger server.
4  This says, "The messenger interacts with the Ethereum
5  network to settle transactions."
6  Did that exist?
7  A  So, I don't know.
8  Q  Okay.
9  A  Also, it's important to remember that this is,
10  you know, my conception --
11  Q  Totally.
12  A  -- of what the MVP would be.  It's completely not
13  clear whether Kik even read this or followed this advice or
14  used this as a blueprint for their offering, and I'm not
15  aware and don't know whether they had a messenger server at
16  that time.
17  Q  Totally.
18  But to be clear, this wasn't -- this was
19  something you wrote out as what an MVP system would look
20  like?
21  A  In my conception of what I thought, at a high
22  level, it would be, yes.
23  Q  This wasn't Kik saying what they were going to do
24  with an MVP system at the time in April of 2017?
25  A  Certainly.  I'm the author of this -- this

## Page 105

1  paragraph.
2  Q  Understood.  Just wanted to be clear.
3  Just to finish it out.  Item 4, various in-app
4  integrations, wallet remittance, tipping, in-game currency.
5  Was that in place at the time of the public sale?
6  A  I am not aware of exactly what was in place in
7  terms of integrations at the time of the sale.
8  Q  So you don't know?
9  A  I don't know.
10  Q  Was there a wallet in place at the time of the
11  public sale?
12  A  I don't know.
13  Q  Did you personally buy Kin either in the private
14  or purpose sale?
15  A  I did not personally buy Kin in any sale.
16  Q  Did CoinFund, LLC?
17  A  CoinFund, LLC did not buy Kin in any sale.
18  Q  My understanding is that at least one employee or
19  partner or member of CoinFund did; is that right?
20  A  Alex Felix was an investor in the Kin sale, yes.
21  Q  Great.  Anyone else affiliated with CoinFund
22  participate?
23  A  To the best of my knowledge, no.
24  Q  Okay.
25  MR. MITCHELL:  Was there any integration of Kin

## Page 106

1  into the -- sorry.  I'm looking at number 4 again.
2       Was there any in-app integration of Kik at the
3  time of the sale to the public?
4       THE WITNESS:  I don't know.
5       MR. MITCHELL:  Did anyone from Kik ever talk to
6  you and ask your opinion or advice about what --
7  what -- sorry -- whether in-app integration was
8  something that sort of the market would want?
9       THE WITNESS:  I don't think anyone specifically
10 talked to me about that.
11      MR. MITCHELL:  Did they ask you anything
12 generally about, hey, how would in-app integration sort
13 of affect our business opportunities?
14      THE WITNESS:  To the best of my recollection, I
15 never had such a conversation.
16      MR. MITCHELL:  Thanks.
17      BY MR. LEASURE:
18      **Q   So we have seen the prior research deliverable.**
19 **There's this, answers to Peter's questions, right?**
20      **Was there any additional research -- I know**
21 **there's subsequent work done, obviously, by CoinFund, but**
22 **was there other research like this or research deliverables**
23 **that CoinFund prepared?**
24      A   When you say "like this," what do you mean?  Like
25 as a consolidated like document?

## Page 107

1       **Q   Consolidated analysis, yes.**
2       A   I believe these are the two main consolidated
3  analysis -- analyses that were delivered to Kik in our
4  research phase.  Certainly, we did work subsequently and
5  there may have been one-off analyses that we delivered.
6       They did not have this kind of comprehensive
7  form, to the best of my memory.
8       **Q   Were there other firms other than CoinFund**
9  **providing this type of analysis to Kik at the time?**
10      A   I can only speak to the fact that, you know, we
11 worked, specifically myself and you, know, and other members
12 of the Kik team worked with CoinTree.  We were present in
13 meetings together with CoinTree during the summit in Tel
14 Aviv.
15      You know, I can speak to some of like what was
16 covered in those meetings, but I don't know what, if any,
17 kind of analysis was provided by CoinTree, let's say, to
18 Kik.  I'm not privy to those communications.
19      **Q   Fair enough.**
20      **And at a high level, what did CoinTree do in**
21 **connection with the Kin offering?**
22      A   You know, to the best of my sort of view, from
23 where I sat, they provided -- you know, they participated
24 along with us in the Tel Aviv summit where we were defining
25 the product.  And so they provided, you know, kind of

## Page 108

1  brains, thoughts around product, thoughts around the
2  economics of such a system, and in a similar capacity to
3  what we were doing.
4       **Q   Do you think -- so we've just seen two, you know,**
5  **lengthy research deliverables that CoinFund delivered to**
6  **Kik.**
7       **Do you think Kik incorporated CoinFund's analysis**
8  **into what became the Kin offering?**
9       A   I have no way of knowing how they integrated or
10 did not integrate our analysis.  I know that I sent them the
11 analysis, but I just have no way of knowing what, if
12 anything, they incorporated into their offering from our
13 analysis.
14      **Q   Do you have any reason to doubt that they**
15 **reviewed it and thought about it?**
16      A   I just simply don't know.  I just don't have that
17 knowledge.
18      **Q   Okay.  I will take -- just for housekeeping, let**
19 **me take those documents back.**
20      MR. ROSHKA:  (Handing.)
21      MR. LEASURE:  Thank you.
22      **Q   Let me show you a document I will have marked as**
23 **Exhibit 60.**
24           (SEC Exhibit No. 60 was marked for
25           identification.)

## Page 109

1       **Q   Take a look at Exhibit 60 and let me know when**
2  **you're ready.**
3       **I will identify it for the record as a multi-page**
4  **printout of an e-mail chain ending March 23, 2017, with the**
5  **subject "Quick Update."**
6       **It has the Bates stamp COINFUND10967.**
7       A   (Perusing.)  I'm going to take a minute to review
8  the document, if that's okay.
9       **Q   I appreciate it.  Let me know when you're ready.**
10      A   (Perusing.)  I have completed reading the
11 document.
12      **Q   Okay.  What is this document?**
13      A   This is an e-mail from Hayeon Kim to the CoinFund
14 team, noting that our deliverable was received and that Kik
15 would be looking probably to move into phase two of the
16 project.
17      **Q   Cool.  And if I were to interpret the deliverable**
18 **to be the research work that we just reviewed, can you think**
19 **of anything else you might be referring to?**
20      A   It appears that they are referring to the main
21 research deliverable.  They refer to it as final
22 deliverable.  That's how we referred to it, even though, in
23 fact, it was not the final deliverable.  We had an
24 additional piece of research.
25      **Q   Clients do that.**

Page 110

1    A   Clients will do that.
2        So I believe that she is referring to that
3    deliverable.
4        Q   And she references -- she says, "Hope you are
5    well.  We've reviewed and discussed the final deliverable
6    with the executive team yesterday in an epic three-hour
7    meeting.  It was very well received."
8        Did you hear anything else about that allegedly
9    epic three-hour meeting or anything about Kik's response to
10   the deliverable?
11   A   To the best of my recollection, I did not.  I'm
12   looking at this e-mail now, and it's great, but it also does
13   not make any kind of determination about how the materials
14   were used.
15       Q   No.  I understand.  And I'm just trying to see if
16   this refreshes any recollections.
17       There's also a reference, she says, "We have a
18   good idea of what we will be focusing on for the BOD in
19   order to move on to phase two of the project."
20       First, I guess, does any of that refresh any
21   recollections about discussions about, you know, Kik's
22   management, meeting with its board, discussing the research?
23   A   To the best of my recollection, we never met with
24   Kik's board.  We never discussed how the board processed our
25   deliverable or how the team processed the deliverable.

Page 111

1        It's great that they thought it was good and well
2    received, and that made us feel good as a researcher, but I
3    have no knowledge or recollection about any conversations
4    about how the company used the deliverable.
5        Q   Okay.  You then, I think in response to Ms. Kim,
6    perhaps, write, "Here is what we suggest for scoping," and
7    then you write, "We would offer to structure another
8    proposal to continue working with Kik for putting together a
9    roadmap and estimate costs.  This could involve," and then
10   there's a list of three things.
11       I think we're, just in the spirit of
12   transitioning to what else CoinFund did, I wanted to walk
13   through these three and just first confirm, did CoinFund do
14   these things for Kik?
15   A   So let's go through them one by one.
16       Number one contemplates going through a
17   compliance review.  It would have been CoinFund's
18   expectation that our client, Kik, would retain counsel and
19   would go to them for a compliance review, and we encouraged
20   our client to do this, as you can see in this e-mail.
21       Q   Sorry.  Just to pause.
22       Kik did retain counsel and do a compliance
23   review, as best as you know?
24   A   I'm not aware of what specifically they did for
25   compliance review.  I'm just not privy to those discussions.

Page 112

1    They certainly had counsel.
2        Q   Did CoinFund engage at all with that counsel in
3    connection with compliance in the Kin tokens?
4        A   I was present in a meeting that I recall where
5    Kik's counsel, which was Cooley, and represented by Marco
6    Santori, was in the room and they discussed compliance
7    issues.
8        Q   Okay.  Tell me what you can about that meeting.
9    In other words, where was it or when was it?
10       MR. ROSHKA:  Let's just be cautious.  Was Cooley
11   your counsel at the time in any capacity?
12       THE WITNESS:  It may have been -- like I don't
13   know the date of that meeting in my memory, but Cooley
14   was also our counsel in a separate matter, which is the
15   matter of structuring CoinFund, LP, our hedge fund.
16       At that time, Marco was acting in the capacity of
17   Kik's counsel, but I do not remember whether that was
18   before or after Cooley was retained as our counsel.
19       BY MR. LEASURE:
20       Q   That's fine.
21       So let me just ask general questions and we'll
22   see where we go.
23       I know you don't remember when the meeting was.
24   Do you think it was before or after, say, the research
25   deliverables we just saw?

Page 113

1    A   It's -- I don't want to speculate when it was.  I
2    just don't remember.
3        Q   I understand you don't want to speculate.  It was
4    before the token offering, correct?
5    A   It would have been before the token offering.
6        Q   And the topic, you said, was compliance; is that
7    right?
8    A   One of the topics discussed in the meeting was
9    compliance.
10       Q   Okay.  It was you -- was it just you at CoinFund?
11   Were other people at CoinFund present?
12   A   I don't recall.
13       Q   I take it Kik people were there?
14   A   I'm sure Kik people were there.  I,
15   unfortunately, do not remember who specifically was there.
16       Q   Where was it?
17   A   I believe it was -- I'm actually now -- I'm not
18   sure.  I'm not sure if I'm recalling Marco Santori in the
19   capacity of Kik's lawyer or Marco Santori in the capacity of
20   another client's lawyer.  I'm actually not sure that it's
21   correct.
22       Q   That's fine.
23       Just one more item on this particular Exhibit 60.
24   Writing out a roadmap for integration and estimating costs
25   for developing, marketing and ongoing compliance.

1       **Did you guys -- did you guys -- did CoinFund do**
2   **that?**
3       A   I'm sorry.  Can you repeat the question?
4       **Q   Sure.  Item 3, writing out a roadmap, did**
5   **CoinFund do that?**
6       A   I believe we did.
7       **Q   Okay.  Let me maybe show you what might be a**
8   **contract about this next phase.  If I can pull that back**
9   **from you.**
10      A   (Handing.)
11          MR. LEASURE:  I'm going to have this -- I'm going
12  to have this marked as Exhibit 61.
13          (SEC Exhibit No. 61 was marked for
14          identification.)
15      **Q   Take a look at Exhibit 61, and as always, let me**
16  **know when you are ready.**
17      A   Thank you.
18      **Q   Exhibit 61 is a multi-page document dated May 6,**
19  **2007, with the Bates stamp COINFUND5973.**
20          **As always, I'm going to ask you what this is and**
21  **then really point you to specific parts of it.**
22      A   (Perusing.)  Okay.
23      **Q   Okay.  What is this?**
24      A   This is the original CoinFund engagement
25  agreement with Kik Interactive on sort of the post research

1   phase of our engagement.  This particular engagement was
2   subsequently terminated and replaced with the actual
3   engagement that we had with Kik.
4       **Q   So this was, in fact, superseded by a subsequent**
5   **engagement?**
6       A   That's correct.
7       **Q   Why was it superseded?  What changed?**
8       A   On the advice of our counsel, we decided to
9   change some of the aspects of this agreement.
10      **Q   Don't tell me about the advice of your counsel**
11  **specifically, please.**
12          **What aspects changed in the subsequent agreement?**
13      A   Primarily what changed was the compensation
14  structure.
15      **Q   How did it change?**
16      A   In the agreement that was implemented
17  subsequently, our compensation structure was in the form of
18  hourly fees followed by fixed success fee for the project
19  net of those fees, and then a discretionary bonus, which was
20  in the discretion of Kik to provide for us.
21      **Q   And in the event, after the agreement was**
22  **superseded, the arrangements were only to receive hourly**
23  **fees and not the discretionary bonus?**
24      A   No.  The discretionary bonus was available, but
25  at the discretion of Kik based --

1           MR. MITCHELL:  One second.
2           The terms you just described, was that the
3   original agreement or the revised agreement?
4           THE WITNESS:  This is the revised agreement that
5   went into actual effect.
6       **Q   I apologize.  Got it.  Okay.**
7           **Any other changes?**
8       A   It's possible that there are minor changes.  I
9   would have to do a red line between two contracts to know
10  exactly.
11          MR. MITCHELL:  Did the scope of work -- did the
12  sort of the tasks that Kik was asking CoinFund to do,
13  did that change materially?
14          THE WITNESS:  In the course of changing from this
15  original agreement to the subsequent agreement that was
16  in place, did our scope change?
17          MR. MITCHELL:  Yes.
18          THE WITNESS:  I do not believe it did.
19          BY MR. LEASURE:
20      **Q   And I have to ask this.  You signed this original**
21  **agreement?**
22      A   I did.
23      **Q   Okay.  Let me point you to the last parts of**
24  **this.  It's on stamp 5992.**
25          **Do you see that it looks like a list of items or**

1   **whitepaper stage, implementation stage, and the like?**
2       **Do you see that?**
3       A   Yes.
4       **Q   First, I guess, who wrote this?**
5       A   I believe it was my -- me.
6       **Q   And how were these items determined?**
7       A   You know, this is -- this is an estimate of what
8   I thought sort of the hourly expenditure for our team would
9   be for these items and kind of a description of the work
10  that would be included.
11          MR. MITCHELL:  How did you come up with sort of
12  the work items?
13          THE WITNESS:  I simply did my best to try to
14  anticipate the work that we would have to do, given our
15  prior experience of working together, you know, and did
16  my best to compartmentalize that as a table.
17          MR. MITCHELL:  And did you discuss those items
18  with people from Kik?
19          THE WITNESS:  You know, certainly we shared this
20  information with people from Kik.  It was at their
21  request.
22          I believe we just looked at an e-mail from Hayeon
23  where she requested to know approximately how much time
24  it would take and kind of an estimate for costs of the
25  roadmap.

1      I'm sure I discussed it with Kik.  I don't
2  remember a specific instance of discussion.
3          MR. MITCHELL:  When you signed this contract, was
4  this the understanding of the work that Kik wanted
5  CoinFund to do?  Was this -- was this your
6  understanding -- was this a description of the work
7  that Kik wanted CoinFund to do?
8          THE WITNESS:  You know, this was a conception
9  from, you know, our side of what that work would
10  entail.  It is an estimate.  Estimates are usually
11  unreliable, especially in technology.  It may or may
12  not have transpired this way.  In fact, there almost
13  certainly are sections of this that didn't go in the
14  order that it is presented or maybe even happened at
15  all, but this was an attempt to understand what that
16  process would be.
17          MR. MITCHELL:  And did anyone from Kik object to
18  any of items that were on here?
19          THE WITNESS:  To the best of my recollection,
20  they did not.
21          MR. MITCHELL:  Did Mr. Heinke sign this contract?
22          THE WITNESS:  I believe he did, on page 5 here.
23          BY MR. LEASURE:
24      Q   Let me walk you few -- let me get words.
25          Let me walk through a few of these items on here

1  and see what CoinFund actually wound up doing, okay?
2          Under the section whitepaper stage, there's a
3  item 5 that says, "Kin token whitepapers."
4          We are going to walk through this in more detail,
5  but it states that CoinFund's role is that CoinFund will
6  author the Kin token whitepaper.
7          Do you see where that's written?
8      A   I do.
9      Q   Is that what happened?
10      A   I would say that the Kin whitepaper was
11  definitely a collaboration between not only the CoinFund
12  team and not only the Kik team, but also CoinTree and also
13  other third parties, including a professional writer who did
14  some editing on the paper.
15      Q   So you would say, correct me if I'm wrong, that
16  people at CoinFund participated in a process of writing a
17  whitepaper?
18      A   We did.
19      Q   There's a few items I want to walk through under
20  the implementation stage, again, just to see what CoinFund
21  did.
22          The first one is, "One, marketing support.  Goal,
23  to reach community investors and liaison with crypto
24  community and media."
25          Particularly for this item, what did CoinFund

1  wind up doing?
2      A   Not much.  On one or two occasions, I would
3  present in the Kin Foundation Slack to answer technical
4  questions about the Kin Rewards Engine and Kin
5  cryptocurrency.
6      Q   We will touch on this maybe more today, but did
7  people at CoinFund, including yourself, ever directly reach
8  out to potential investors in Kin?
9      A   To the best of my recollection, I never reached
10  out to a prospective investor specifically with the purpose
11  of bringing them to the offering.
12      Q   Did you or others at CoinFund introduce Kik to
13  potential investors?
14      A   In the course of working with clients, you know,
15  people definitely reached out to us.  They are -- they saw
16  that we were working on the project.  They were interested
17  in the project.  At times, they may have asked for an
18  introduction to the team.
19          There might have been one or two times or three
20  times or some small number of times when that introduction
21  was provided.
22          I do not know whether that introduction resulted
23  in investment.  I don't know -- it was not my intention
24  to -- bring an investor to the offering specifically with
25  the goal of having them invest.  It's not my core expertise

1  or intention in the course of the project.
2          And I do not know whether any such introductions
3  that we made ended up in like commercial relationships or
4  provider relationships or investor relationships.
5      Q   How, if at all, was CoinFund's role in the Kin
6  project publicized at the time?
7      A   We were in the whitepaper.  It wasn't -- it
8  wasn't broadly publicized, but someone who read the
9  whitepaper, for example, could know that we were advising on
10  the project.
11      Q   Was there any other way, like on social media,
12  was it put out there that CoinFund's involvement in this
13  project?
14      A   I may have tweeted to that effect that, you know,
15  CoinFund or myself was working with Kin.  I don't remember
16  specifically what that tweet would have said, but it could
17  have been.
18      Q   Was CoinFund or were people at CoinFund reluctant
19  to participate in the marketing of Kin?
20      A   I would say so.
21      Q   Tell me about that.
22      A   Marketing is not our core area of expertise.  Our
23  core area of expertise is technology and analysis of the
24  economics of cryptoeconomic systems.  And sometimes our
25  clients get really excited, you know, they want us to do

Page 122

1  other things, but it's not something that we enjoy doing or
2  is our core business or anything like that.
3  **Q  Was there any other reason for the reluctance?**
4  A  I'm not sure.
5  **Q  Okay.  One more item here.  Item 5, "Exchange**
6  **outreach.  Goal, to facilitate the listing of Kik tokens on**
7  **centralized and decentralized exchanges."**
8  A  Uh-huh.
9  **Q  Tell me about CoinFund's role, if any, in that.**
10  A  To the best of my recollection, we never did
11  this.
12  **Q  Why not?**
13  A  It's just -- it never came up.
14  **Q  Kik never asked you to do it?**
15  A  To the best of my recollection, I was never asked
16  to get Kin tokens in an exchange.
17  MR. MITCHELL:  Did Kik ever ask anyone from
18  CoinFund to make an introduction to exchanges?
19  THE WITNESS:  I mean, I can only speak for
20  myself.  To the best of my recollection, I do not
21  remember that.
22  BY MR. LEASURE:
23  **Q  Okay.  Let me take that back from you.**
24  A  (Handing.)
25  **Q  So you -- turning to the Kin whitepaper.  You,**

Page 123

1  **yourself, what did you do to help prepare the Kin**
2  **whitepaper?**
3  A  I authored sections of the paper.  I edited the
4  paper.
5  **Q  Did you have the final decision on what went into**
6  **the whitepaper?**
7  A  No.
8  **Q  Who did?**
9  A  I don't know, but I presume, after sort of we
10  delivered kind of our portion of the work to the Kik team,
11  they would have made that decision.
12  MR. MITCHELL:  After you delivered, did the
13  document change?
14  THE WITNESS:  I wouldn't be able to know without
15  doing a red line on sort of my final version and their
16  final version.
17  MR. MITCHELL:  Do you remember them making any
18  changes?
19  THE WITNESS:  I don't remember specifically them
20  making a statement to the effect that they made
21  changes.  I also did not check whether they did or not.
22  MR. MITCHELL:  Sure.  Did you read the whitepaper
23  after it was published?
24  THE WITNESS:  I believe I did.
25  MR. MITCHELL:  Do you remember noticing any

Page 124

1  changes from your draft?
2  THE WITNESS:  I don't believe I do.
3  BY MR. LEASURE:
4  **Q  I apologize for a basic question.**
5  **At a high level, what was the purpose of the Kin**
6  **whitepaper?**
7  A  In our industry, you know, the purpose of
8  whitepapers varies from describing highly technical or
9  mathematical systems underlying blockchain technologies to
10  describing the products built on top of those technologies.
11  In Kik's case, the purpose of the paper was to
12  introduce a motivation of why a company like Kik might want
13  to undertake such a -- such a project, and to describe what
14  the -- kind of the Kin product looked like, and as we
15  discussed previously, that would have been, you know, the
16  decentralized ecosystem around the Kin currency and various
17  parties building applications around that open and
18  decentralized ecosystem.
19  **Q  Was one of the purposes to encourage people to**
20  **consider purchasing Kin?**
21  A  I wouldn't say that.  I would say that the
22  primary purpose of the paper was to describe the product.
23  MR. MITCHELL:  To who?
24  THE WITNESS:  To anybody who might be interested
25  in it.

Page 125

1  BY MR. LEASURE:
2  **Q  Was there a particular audience for the**
3  **whitepaper that people had in mind?**
4  A  I suppose that would be the people who were
5  interested in the project that would go on the website where
6  that paper was available.
7  **Q  Was the audience cryptoinvestors?**
8  A  It's conceivable that some of the audience was
9  cryptoinvestors.  I do not know who specifically the
10  audience of their website would be.
11  MR. MITCHELL:  What about the audience of the
12  whitepaper?
13  THE WITNESS:  It would be anyone on the internet.
14  MR. MITCHELL:  But when it was drafted, did
15  you -- did you have in audience in mind?
16  THE WITNESS:  My goal in drafting the paper was
17  to describe -- or helping to draft the paper was to
18  describe the product.  You know, I would think that the
19  person reading it, in other words, the audience of that
20  paper would be those people interested in understanding
21  what the product was.
22  BY MR. LEASURE:
23  **Q  But at the time, you -- you, yourself, were**
24  **thinking about who the audience or audiences might be for**
25  **the whitepaper?**

Page 126

```
 1        A   I wouldn't say that I was thinking about who the
 2   audience might be.  I would say I maybe was thinking about
 3   sort of their level of technical sophistication or something
 4   like that, but like not specifically who they were or like
 5   what class of participant they were.
 6        The goal of the paper, I would say, from my
 7   perspective, is to describe the product, you know, in as
 8   simple language as possible to communicate what this product
 9   is to anyone who might be interested in the product.
10        Q   Okay.  Let me show you a document.  I'm going to
11   mark this as Exhibit 62.
12        (SEC Exhibit No. 62 was marked for
13             identification.)
14        Q   Exhibit 62 is a multi-page printout of an e-mail
15   chain ending May 3, 2017, with the subject "Feedback on
16   whitepaper materials."  It has the Bates stamp beginning
17   COINFUND11441.
18        A   Uh-huh.
19        Q   Tell me when you're ready.
20        A   Let me just take a read through, if you don't
21   mind.
22        Q   Sure.
23        A   (Perusing.)  Please continue.
24        Q   Sure.  What is this document?
25        A   This appears to be an e-mail between Hayeon Kim
```

Page 127

```
 1   and myself about some feedback on the materials that they
 2   shared with me, which seems to be a whitepaper roadmap.  I
 3   don't have the attachments here materialized, so it's hard
 4   to know exactly which document they are referring to.
 5        Q   Okay.  Let me point you to what appears to be
 6   your general feedback on May 3.  You write, on the second
 7   bullet point, "My general comments with respect to the
 8   whitepaper outline."
 9        Do you see that?
10        A   Uh-huh.
11        Q   Your second bullet point is, "It needs a clear
12   audience.  On one hand, it's explaining decentralization to
13   cryptoinvestors (superfluous).  On the other hand, it's
14   explaining the tech stack to mainstreamers (over their
15   heads)."
16        Were these the audiences that you had in mind for
17   the whitepaper?
18        A   No.  I would say that this piece of feedback
19   demonstrates that the paper was written in a very general
20   manner.  It anticipated that not everybody that was reading
21   it was a cryptoinvestor, and, at the same time, anticipating
22   that potentially cryptoinvestors could be the ones reading
23   it.
24        MR. MITCHELL:  Did you tell Ms. Clift and Ms. Kim
25   that it needed a clear audience?
```

Page 128

```
 1        THE WITNESS:  It appears I did.  I generally
 2   would say that, you know, when you're writing a -- when
 3   you're authoring like any kind of material, you
 4   probably do want to consider an audience.
 5        MR. MITCHELL:  And when you write, do you try to
 6   do that?
 7        THE WITNESS:  I would say I generally try to do
 8   that.
 9        BY MR. LEASURE:
10        Q   And so maybe just going further through the
11   document.  Under the third bullet point, you write, "Overall
12   suggestions for improving the outline."
13        Do you see that?
14        A   Uh-huh.
15        Q   Then you write in a subbullet, "Establish a
16   target audience.  My suggestion here would be to go after
17   cryptoinvestors, as that is the core market."
18        Was that your view at the time?
19        A   It appears that was my recommendation at the
20   time.
21        Q   Do you recall Kik ever disagreeing with you or
22   stating that that was not the core market?
23        A   I don't think I received, you know, a detailed
24   response from Kik beyond what's here, and I don't believe
25   that their response made reference to this point.
```

Page 129

```
 1        Q   So, no, they never disagreed with you --
 2        A   I believe no.
 3        MR. LEASURE:  Let's go off the record.
 4        THE VIDEOGRAPHER:  We are now off the record at
 5   12:23 p.m.
 6        (Luncheon recess taken at 12:23 p.m.)
 7
 8
 9
10        A F T E R N O O N     S E S S I O N
11        THE VIDEOGRAPHER:  This is tape four of the
12   deposition of Jake Brukhman.  We are now on the record
13   at 1:17 p.m.
14        MR. MITCHELL:  Mr. Brukhman, during the lunch
15   break, did you have any substantive conversations with
16   the SEC staff about this case?
17        THE WITNESS:  I did not.
18        MR. MITCHELL:  I'm just going to start with a
19   couple of sort of clean-up things.
20        A couple of times during the morning, you
21   mentioned the word "mind share."
22        What does that mean?
23        THE WITNESS:  It's just referring to the general
24   familiarity of people with blockchain technology.
25        MR. MITCHELL:  So I think, at some points, you
```

Page 130

1   said like blockchain became a bigger part of the mind
2   share.
3           THE WITNESS:  Yes.  Just meaning that more people
4   in the world have heard of cryptocurrencies and
5   blockchain technologies.
6           MR. MITCHELL:  Okay.  Great.  I'm going to give
7   you back what was previously marked as Exhibit 54.
8           THE WITNESS:  Thank you.
9           MR. MITCHELL:  Can I -- so, again, Exhibit 54,
10  this is an e-mail you sent to Mr. Heinke, Ms. Kim and
11  Ms. Clift in April of 2017?
12          THE WITNESS:  Ms. Clift, yes, with a T, indeed.
13          MR. MITCHELL:  Yes.  There's an e-mail on the CC
14  line that says coreteam@coinfund.io.
15          THE WITNESS:  That's correct.
16          MR. MITCHELL:  What is that e-mail address?
17          THE WITNESS:  It's just a Google group containing
18  the members of the CoinFund team.
19          MR. MITCHELL:  In April 2017, who would have been
20  the CoinFund team?
21          THE WITNESS:  To the best of my recollection, it
22  probably would have been -- that probably would have
23  been myself, Alex Bulkin, Alex Felix, and I believe
24  Oleg Golubov.
25          MR. MITCHELL:  Great.  I'm going to have you flip

Page 131

1   to the page that starts -- that has a Bates number at
2   the bottom that ends in 869.  And then the middle of
3   the page, you see it says "Crypto Survey" -- "Survey
4   Feedback"?
5           THE WITNESS:  Uh-huh.
6           MR. MITCHELL:  Is the section under that, are the
7   black sections, are those questions that Kik asked?
8           THE WITNESS:  Let me examine the document.  I
9   believe they are.
10          MR. MITCHELL:  And what's the blue section?
11          THE WITNESS:  The responses that we provided.
12          MR. MITCHELL:  So I take you to the second black
13  section.  So was that -- was that question, "Do you
14  guys have any insight into the investor groups that
15  make up the category of 5K to 50K?"
16          THE WITNESS:  That is what is written in the
17  black section, yes.
18          MR. MITCHELL:  And then was your answer that,
19  "This category is reserved for serious cryptoinvestors
20  globally as well as small VC funds and family offices
21  that are pushing into the space"?
22          THE WITNESS:  That appears to be my response,
23  yes.
24          MR. MITCHELL:  And was that -- when you sent that
25  response, was that your -- sort of your understanding

Page 132

1   at the time?
2           THE WITNESS:  I believe so.
3           MR. MITCHELL:  And did you talk about that issue
4   after this point with Kik at all?
5           THE WITNESS:  I don't recall any specific
6   discussion of this particular point.
7           MR. MITCHELL:  Do you remember any conversations
8   with them about, hey, who should we expect the category
9   of 5K to 50K to be?
10          THE WITNESS:  I don't recall a discussion of that
11  particular point.
12          MR. MITCHELL:  And then on the -- if you could
13  turn to the next page that ends with the Bates number
14  870.
15          Do you see the first black section that says,
16  "Also interested in understanding the elasticity of
17  investor interest as other factors such as vesting come
18  into play.  Some concern over the 'pump and dump'
19  investors versus more longer term," and then it
20  continues on.
21          THE WITNESS:  I do see that section.
22          MR. MITCHELL:  And then, so -- and that's a
23  question that Kik is asking?
24          THE WITNESS:  If you allow me to review the
25  paragraph, I will let you know my opinion.  (Perusing.)

Page 133

1   It doesn't appear to be in the form of a
2   question.
3           MR. MITCHELL:  Okay.  Is the blue section below
4   that, is that part that you wrote to Kik?
5           THE WITNESS:  Sure.
6           MR. MITCHELL:  So was part of your answer to
7   Kik -- well, was part of your e-mail -- part of your
8   communication to Kik that speculative investors are a
9   fact of life in unregulated cryptomarkets, and can have
10  both positive, e.g., added liquidity, and negative,
11  e.g., price shock impacts on markets?
12          THE WITNESS:  That is my response, yes.
13          MR. MITCHELL:  And was that true at the time?
14          THE WITNESS:  I mean, this was my interpretation
15  of the way that I saw the market.  Whether I could
16  factually verify that, in fact, the market consisted of
17  speculative investors, I would say I can't verify that,
18  but -- but that was my impression of the market.
19          MR. MITCHELL:  At the time?
20          THE WITNESS:  At the time.
21          MR. MITCHELL:  And that's what you told Kik?
22          THE WITNESS:  Correct.
23          MR. MITCHELL:  And then the next sentence, do you
24  see where it says, "One of our goals is to advise you
25  on structure and product in such a way as to minimize

Page 134

1   adverse effects of speculators and amplify positive
2   effects of users?"
3       Do you see where I read that?
4       THE WITNESS: Yes.
5       MR. MITCHELL: Was that one of your goals?
6       THE WITNESS: Well, one of our goals in helping
7   to formulate the product is to understand the economics
8   of this decentralized system and the cryptocurrency
9   upon which it runs. You know, and this sentence
10  describes that goal.
11      MR. MITCHELL: So part what you just described is
12  working out a structure and a product in such a way as
13  to minimize the adverse effects of speculators and
14  amplify positive effects of users?
15      THE WITNESS: Our desire as, you know, as a
16  system designer is, of course, to have positive effects
17  of users as it mentioned in the sentence.
18      And, you know, we are forced to think about these
19  issues in the course of designing these kinds of
20  technological systems.
21      MR. MITCHELL: And is one of the positive things
22  that can happen in that kind of system that the system
23  has liquidity?
24      THE WITNESS: I wouldn't say that liquidity is a
25  necessary requirement for every such system. There are

Page 135

1   examples of blockchain systems where you have assets
2   that are not liquid.
3       MR. MITCHELL: Okay. Is liquidity a positive --
4   is liquidity one of the positive effects that you can
5   have on a system, though?
6       THE WITNESS: I don't believe that that's what
7   the sentence is alluding to. I think the sentence is
8   more likely alluding to the fact that users are using
9   this cryptocurrency to transact in the economy of the
10  Kin ecosystem.
11      MR. MITCHELL: So do you think the author of that
12  was alluding to that or that's what the author was
13  saying?
14      THE WITNESS: I'm sorry. Can you repeat the
15  question from the beginning?
16      MR. MITCHELL: Is that what you are saying here?
17      THE WITNESS: What is that in your question?
18      MR. MITCHELL: Do you know who wrote this?
19      THE WITNESS: I believe I wrote this.
20      MR. MITCHELL: So when you wrote that one of your
21  goals was to minimize adverse effects of speculators
22  and amplify positive effects of users, what was the
23  positive -- sitting here today, do you remember what
24  positive effects you were talking about?
25      THE WITNESS: There are ways of technologically,

Page 136

1   and I apologize if I -- if I interrupted you.
2       MR. MITCHELL: The question was, sitting here
3   today, do you remember what positive effects you were
4   referring to?
5       THE WITNESS: I think -- I think the positive
6   effects are -- is the idea of users kind of using the
7   cryptocurrency in the way that it's intend to be used.
8   In other words, as a currency for purchasing, you know,
9   products or media or -- or services within the context
10  of the economy.
11      MR. MITCHELL: Okay. And you remember that's
12  what you meant when you wrote that here?
13      THE WITNESS: I would think that that's what I
14  meant.
15      MR. MITCHELL: Sitting here today, do you
16  remember that's what you meant or are you just reading
17  it?
18      THE WITNESS: I'm interpret -- you know, it's
19  hard to go -- this was a long time ago. This is
20  probably close to a year ago, if not over a year ago.
21  It's hard to remember exactly what I was intending
22  mentally at the time, but sitting here now and trying
23  to convey to you what I think I was intending, that
24  would be what I was intending -- this is what I think I
25  was intending.

Page 137

1       MR. MITCHELL: But do you remember it?
2       THE WITNESS: I mean, in general, I can't say
3   that I specifically remember that that's what I was
4   intending.
5       MR. MITCHELL: Okay. But at least for this
6   thing, when I asked this question, you have a
7   general -- let me start over.
8       You're using the word "specific."
9       Do you have some general memory of what you meant
10  when you said this?
11      THE WITNESS: The fact of the matter is these are
12  technological systems that you can design in a way that
13  makes them, you know, more attractive to a speculator
14  or more attractive to a user. There are various
15  systems that have created incentives that, you know,
16  one way or the other, I can give examples, if you like.
17      What I think our intention here in the sentence
18  is to help design a technological system that has the
19  latter property versus the former property, or where
20  the former property is the so-called adverse effects of
21  speculators. In other words, people who hold the
22  currency try to make money, try to speculate on its
23  price versus actual users who are using the currency in
24  the way that is intended to be used as a medium of
25  exchange inside of this ecosystem, and that's what I

Page 138

1  was intending.
2      MR. MITCHELL:  Okay.  So then a quick aside.
3  Does CoinFund own coins or tokens or these things and
4  hold them in the hopes that they will go up in value?
5      THE WITNESS:  There are certainly investments
6  that we have made that are in the form of digital
7  currency that we believe will appreciate in the long
8  term and that we hold as an investment.
9      MR. MITCHELL:  So are you a speculator on those?
10     THE WITNESS:  I would say we, as an investor,
11  have a much longer-term view on investments than what
12  you would typically think a speculator would have.
13     MR. MITCHELL:  So speculative investors, when you
14  wrote "speculative investors" on this page, that's only
15  some small set of investors?
16     THE WITNESS:  I can't speak to the number of
17  investors in the market who are speculators or not.
18     MR. MITCHELL:  But when you -- but when you wrote
19  "speculative inspectors," you don't mean all investors
20  are speculators there?
21     THE WITNESS:  No.  I mean specifically investors
22  who don't have kind of long-term investments to hold
23  the cryptocurrency and maybe want to, you know, quickly
24  transact in it to make a quick profit.
25     MR. MITCHELL:  Some there might be -- some

Page 139

1  investors would be speculators and some investors would
2  be investors, but not speculators?
3      THE WITNESS:  I would say so, from my point of
4  view.
5      MR. MITCHELL:  So did you help Kik structure --
6  did you advise Kik on structuring product in such a way
7  as to minimize the adverse effect of speculators and
8  amplify the positive effects of users?
9      THE WITNESS:  I don't believe we did.
10     MR. MITCHELL:  Why not?
11     THE WITNESS:  It just never really came up.
12     MR. MITCHELL:  So are you aware of any way that
13  Kik tried to minimize the adverse effects of
14  speculators?
15     THE WITNESS:  I am not.
16     MR. MITCHELL:  Are you aware of any way that Kik
17  tried to amplify the positive effects of users?
18     THE WITNESS:  Not specifically.
19     MR. MITCHELL:  Generally?
20     THE WITNESS:  I mean, I could have an opinion on
21  that as an observer, but I don't know if, you know, if
22  Kik was intending a particular feature to perform this
23  function.
24     MR. MITCHELL:  Did you see Kik add some feature
25  or take out some feature that -- such that the effect,

Page 140

1  you thought, was that either minimize the adverse
2  effects of speculators or amplify the positive effects
3  of users?
4      THE WITNESS:  Well, if you look at the
5  whitepaper, you know, for example, Kik provides
6  perspective use cases in the whitepaper about how the
7  cryptocurrency could be used in their application.
8      As a third-party observer, I might say, well,
9  this is a reason why users would use this
10  cryptocurrency in a way that was nonspeculative, in a
11  way to transact in the economy.
12     MR. MITCHELL:  Anything else?
13     THE WITNESS:  That's the example that comes to
14  mind.
15     MR. MITCHELL:  Any other examples come to mind?
16     THE WITNESS:  No.
17     MR. MURTHA:  Did you draft the use cases in the
18  whitepaper?
19     THE WITNESS:  I did not.
20     BY MR. LEASURE:
21  Q  Who did?
22  A  I don't know, but -- I don't know would drafted
23  them.
24  Q  Speaking of the whitepaper, I will present it to
25  you.

Page 141

1  Can I take that document back?
2  A  (Handing.)
3  Q  I'm handing you a document previously marked
4  Exhibit 2.
5      Take a look at Exhibit 2.  As always, for these
6  larger documents, I will be pointing you to specific pieces.
7      Exhibit 2 is a multi-page document entitled "Kin,
8  a Decentralized Ecosystem of Digital Services for Daily
9  Life, Position Paper," dated May of 2017.  It has the Bates
10  stamp KIK1.
11     Do you recognize this document?
12  A  I do.
13  Q  Is this the Kik whitepaper we were discussing?
14  A  It is.
15  Q  Okay.  You and others at CoinFund helped prepare
16  this document; is that right?
17  A  We did.
18  Q  Are there particular pieces or sections of this
19  document that you focused on?
20  A  I wouldn't say I had a special focus.
21  Q  Okay.  So it was throughout the document?
22  A  I provided editing throughout the document.  I
23  authored many paragraphs in the document.
24  Q  Great.
25      Let me point you to a few pieces in here now.  If

Page 142

1   I can point you to page 5. That's under Bates stamp KIK5,
2   as it were.
3           Under the section, Kik's vision, so right at the
4   beginning, there's the third paragraph begins with the
5   sentence, I will read. Tell me if you don't see where we
6   are.
7           It says, "To foster an ecosystem that is not only
8   open and decentralized, but also more compelling than its
9   traditional counterpart, Kik must create a series of new
10  products, services and systems."
11          Do you see where I am?
12      A   I do.
13      Q   Just a first question. Do you know what's meant
14  here by its traditional counterpart?
15      A   I think that that sentence is referring to the
16  difference between a decentralized application, which is
17  what the project is intending to build, and the traditional
18  application, which is centralized, which I suppose is the
19  Kik Messenger application.
20      Q   Got it. And the second part of that sentence is
21  that, "Kik must create a series of new products, services
22  and systems."
23          What new products, services and systems is being
24  referred to there, to your knowledge?
25      A   I don't think that the project -- I don't think

Page 143

1   it creates a requirement of a particular kind of service or
2   system. I think the requirement is more along the lines
3   that, you know, it is a product that integrates the
4   cryptocurrency for use within that product, but I would say
5   that the product itself could be quite general.
6       Q   And so let me just talk about the work that Kik
7   had to do either then or -- before or after the sale to make
8   the ecosystem meet the vision, if that's okay.
9           Are there specific tasks that Kik had to do to
10  obtain this vision?
11      A   I don't know that Kik had to do or was required
12  to do --
13      Q   Anything?
14      A   I guess it depends by what you mean by had to do
15  or required to do.
16      Q   Again, in order to obtain the vision outlined of
17  the Kik ecosystem, what needed to be done?
18      A   Well, again, from my perspective in the way that
19  I have personally envisioned the product, you know, I would
20  say that what would be -- what would be, quote/unquote,
21  required or what would be a good set of features to have for
22  more or less kind of complete, but maybe minimal product,
23  would be a decentralized cryptocurrency, a Kin Rewards
24  Engine and third parties which could be, you know,
25  individuals, it could be companies, it could be open-source

Page 144

1   projects, developing applications and integrating Kin into
2   those applications.
3       Q   And did Kik play a role or would Kik play a role
4   in those tasks?
5       A   Conceivably, Kik would be one of the applications
6   on this decentralized platform.
7       Q   Okay. In terms of the Rewards Engine, who would
8   build the Rewards Engine?
9       A   I think it was the intention of Kik to build the
10  Rewards Engine.
11      Q   Okay. In terms of building the technological
12  backbone, the decentralized blockchain underlying the
13  project, who does that?
14      A   Well, I think Kik.
15      Q   Okay. That's fine.
16          MR. MITCHELL: What about recruiting the
17  developers you just discussed, what was the intention
18  at the time of the whitepaper? Who -- what was the
19  intention of who would attract developers to join the
20  system?
21          THE WITNESS: When you are talking about
22  decentralized systems, third-party developers are free
23  to develop on those systems as they see fit. So it's
24  not necessarily that Kik would have had to recruit
25  developers.

Page 145

1           MR. MITCHELL: Right. But was there an intention
2   that Kik would try to recruit partners to join it?
3           THE WITNESS: I mean, we can make reference to
4   sort of what's outlined in the whitepaper to that
5   effect. I haven't read this in about a year, so it's
6   hard for me to recall, but it probably touches upon
7   this issue in this document.
8           MR. MITCHELL: Okay. But do you remember, like
9   was there an intention at the time of this document,
10  that Kik would recruit other developers and other
11  partners to the system?
12          THE WITNESS: I don't remember if this document
13  specifically mentions that intention. I would think
14  that it could.
15          MR. MITCHELL: I don't mean the document. I
16  mean, when you were working with Kik around the time of
17  this document, I'm just trying to put us generally in
18  the May time period, late spring, early summer 2017,
19  was there an intention at the time that Kik would try
20  to recruit developers or other partners to join this
21  project?
22          THE WITNESS: There could have been. I don't
23  remember a specific conversation to that effect that I
24  participated in.
25          BY MR. LEASURE:

1      Q   We are still under Kik's vision.  There's a
2   section also on KIK5 called a new digital currency.
3          I just want to read you the last paragraph.  It
4   says, "But simply creating a digital currency is not enough
5   for a cryptocurrency to be viable.  It must also be useful
6   and valuable.  To establish a company around the new
7   currency, Kik must" -- "To establish an economy around the
8   new currency, Kick must help to establish Kin's fundamental
9   value."
10         Reading that paragraph, what does it mean to you
11   that Kik must help to establish Kin's fundamental value?
12     A   This passage is not obviously being very, very
13   specific about what that means.  You know, if I were
14   interpret it for myself as a blockchain researcher, I would
15   think that that means that the company would foster and
16   support development around applications that integrate Kin,
17   helping to build the digital economy that is intended here
18   in this whitepaper.
19         MR. MITCHELL:  Was one way that Kik would help
20   establish Kin's fundamental value by integrating Kin
21   into its chat app?
22         THE WITNESS:  I believe that's what the paper
23   mentions.
24         MR. MITCHELL:  Was that true when the paper
25   mentioned it?

1          THE WITNESS:  You're asking whether Kik had
2   integrated --
3          MR. MITCHELL:  No.  I'm asking, at that time, was
4   that one of the ways that Kik would help to establish
5   Kin's fundamental value?
6          THE WITNESS:  Well, I think the paper makes
7   reference to use cases for Kin inside of the Kik
8   application.  Conceivably, that would fall under my
9   interpretation, which I just gave, of what it means for
10   Kik to establish Kin's fundamental value.
11         In other words, by being a venue where Kin is
12   integrated, I think Kik would be helping the economy.
13   The same thing would be true of any other application
14   that integrated Kin.
15         MR. MITCHELL:  Thanks.
16         BY MR. LEASURE:
17     Q   Do you think that potential purchasers of Kin
18   would be interested in the Kik Messenger application?
19     A   It's hard for me to say, because I don't know who
20   you're referring to or what assumptions they're operating
21   under or what goals they're operating under.
22     Q   I mean -- but we've already seen that you were
23   thinking about who the audience for this document might be,
24   correct?
25     A   I mean, from my perspective, I think the audience

1   would be a general audience.
2      Q   Not cryptoinvestors?
3      A   I think cryptoinvestors would be included under
4   the general audience of the document.
5      Q   Okay.  Was the Kik app, the Kik Messaging app
6   relevant, in your mind, to the overall package of the Kin
7   offering?
8      A   I think so.
9      Q   Was it relevant sort of who was using the
10   messenger app?
11     A   Who -- can you specify what you mean?
12     Q   I'm not trying to hide the ball.  Let me point
13   you to page 9.  There appears to be a discussion of the Kik
14   Messenger app.
15         Tell me if you see that.
16     A   Page 9.
17     Q   Yep.
18     A   (Perusing.)  Yep.
19     Q   Do you see that there is discussion of the amount
20   of users of the Kik app and their age?
21     A   I do.
22     Q   Okay.  Why was that included?
23     A   I think this is included as an informational
24   section describing the product of Kik to date.
25     Q   And it states there are over 15 million monthly

1   active users.
2          Do you see that?
3      A   I do.
4      Q   Do you know if that -- do you know if that user
5   base was increasing or decreasing at that time?
6      A   To the best of my recollection, I don't have that
7   information.
8      Q   Okay.  I just -- do you know why this section
9   about the Kik Messenger app was included in this document?
10     A   I don't want to speculate why, but it was
11   included, yes.
12         MR. MITCHELL:  You don't want to speculate why.
13   Did you -- did the whitepaper include things that you
14   thought were sort of irrelevant to the Kin token?
15         MR. ROSHKA:  Do you understand what he means by
16   benefit, beneficial?
17         MR. MITCHELL:  I didn't use the word
18   "beneficial."
19         THE WITNESS:  Can you repeat the question?
20         MR. MITCHELL:  Did you include things in the
21   whitepaper that were irrelevant to the Kin token?
22         THE WITNESS:  Can you describe what you mean by
23   "irrelevant"?
24         MR. MITCHELL:  Did not matter to.
25         THE WITNESS:  I mean, it's hard to judge the

Page 150

1 relationship between a piece of material and how that
2 would impact or what way it would impact the Kin token.
3        MR. MITCHELL: Did you include information in
4 here that you thought that readers would find
5 irrelevant to know that?
6        THE WITNESS: Of the parts that I worked on, I
7 don't believe so.
8        MR. MITCHELL: So the parts that you worked on --
9 sorry. I apologize if this is part of what you've
10 already talked about.
11       So this information here about the Kik app and
12 its number of users and the, you know, number of the
13 time that the users spend and how much they -- how many
14 messages they send, did you see a connection between
15 this and the Kin token?
16       THE WITNESS: Only in the sense that, you know,
17 you're describing sort of the company who is building
18 the project and, you know, this description of the
19 company establishes that it is a, you know, an
20 existing, established company with 150 employees, and
21 an existing product.
22       MR. MITCHELL: And are these statistics here a
23 description of the their existing product?
24       THE WITNESS: I would say that the second
25 paragraph is a description of the demographics of the

Page 151

1 users on the Kik Messenger, and in that sense it is a
2 description of the existing product.
3       Is it a complete description of the product? No,
4 it is not.
5       MR. MITCHELL: And is that the same with the
6 third and fourth paragraphs?
7       THE WITNESS: The third paragraph, you know,
8 mentions that over a quarter of a billion messages are
9 sent on Kik every day. So this is a metric of usage on
10 the Kik Messenger app. So, as such, I believe it is a
11 description of the existing product. An average Kik
12 user, it says, spends 37 minutes and sent 55 messages
13 daily on the platform. So I would say those are
14 metrics about usage and, thus, a description of the
15 existing product.
16       MR. MITCHELL: Okay. And the same thing for the
17 fourth paragraph.
18       THE WITNESS: The fourth paragraph mentions, you
19 know, a bot platform is maintained by a Kik platform,
20 and the number of bots in a platform and, as such, is a
21 metric of usage on that product and, as such, is a
22 description of the product, yes.
23       MR. MITCHELL: And how did you see that
24 description of the product as being relevant to people
25 reading about the Kin token project?

Page 152

1        THE WITNESS: I mean, I don't think it's unusual
2 to describe the company that is undertaking a project.
3 It happens all the time, especially in whitepapers.
4        MR. MITCHELL: Because people who view
5 whitepapers want to know that?
6        THE WITNESS: People want to know who is building
7 the project. As an investor, I wouldn't invest in a
8 project that is created by anonymous entities that I
9 didn't know who they were -- anonymous people who I
10 didn't know who they were.
11       MR. MITCHELL: And then the whitepaper, Kik said
12 it would incorporate the Kin token into this app
13 described here, right?
14       THE WITNESS: I'm not sure if Kik made that
15 promise, but they certainly alluded to possible use
16 cases where Kin would be integrated into the app
17 according to the whitepaper.
18       MR. MITCHELL: Let me just turn you back to Kik
19 00005, three lines up from the bottom.
20       THE WITNESS: Uh-huh.
21       MR. MITCHELL: Do you see where it says, "Kik
22 will build fundamental value for the new currency by
23 integrating Kin into its chat app?"
24       THE WITNESS: Yes.
25       MR. MITCHELL: Include, "Indeed, Kin will be

Page 153

1 Kik's primary transaction currency and Kik will the
2 first service to join the Kin ecosystem."
3        THE WITNESS: Yes.
4        MR. MITCHELL: Let me just ask my question again.
5 Did Kik say in the whitepaper that it would
6 integrate Kin into its chat app?
7        THE WITNESS: It appears now that we have found
8 this passage that, in the whitepaper, Kik stated an
9 intention to integrate Kin into its chat app.
10       MR. MITCHELL: Did folks from Kik have you put
11 this information that's on KIK00009 into the
12 whitepaper?
13       THE WITNESS: I do not believe that I personally
14 was directed by Kik to put this passage into the
15 whitepaper.
16       MR. MITCHELL: Okay. Let me mark what will be
17 Exhibit 63.
18       For the record, 63 is a single page document with
19 the Bates number COINFUND012600.
20       (SEC Exhibit No. 63 was marked for
21          identification.)
22       MR. MITCHELL: And it appears to be an e-mail
23 that ends with the last e-mail at the top of May 23,
24 2017.
25       Take how much time you want. My question is

Page 154

1  going to be, what is this document?
2       THE WITNESS:  This is a document providing -- it
3  appears the e-mail is addressed to myself.  So it
4  appears to be providing myself with, you know, usage
5  statistics of the Kik application.
6       MR. MITCHELL:  And what did you write back --
7  sorry.
8       Did Ms. Kim send you that information?
9       THE WITNESS:  It appears she did.
10      MR. MITCHELL:  And what did you write back?
11      THE WITNESS:  I said, "Excellent.  Thanks.  We
12 will incorporate."
13      MR. MITCHELL:  Okay.  So going back to the
14 question, does this refresh your recollection about
15 whether Kik instructed you to include the information
16 in Exhibit 62 -- 63 in the whitepaper?
17      THE WITNESS:  I mean, this is an e-mail that is
18 providing metrics.  To the extent that I have read this
19 e-mail, I do not see that it directs me to create a
20 section about Kik in the whitepaper, but it does give
21 me the precise metrics that I can use as data as I am
22 writing sections of the whitepaper.
23      MR. MITCHELL:  So did you include this data in
24 the whitepaper?
25      THE WITNESS:  I believe some of this data was

Page 155

1  included.  If we turn back to, I guess, page 5.
2       MR. LEASURE:  9.
3       THE WITNESS:  I'm sorry, 9.  I believe we see a
4  figure of 57 percent of Kik's active user base is
5  comprised of a certain demographic, and I believe we
6  see this metric mentioned in the e-mail.
7       So I believe I did include at least some data in
8  the whitepaper that was provided to me.
9  BY MR. LEASURE:
10      Q   Did Kik ever tell you whether one of these
11 metrics here, monthly average users -- monthly active users,
12 was going up or down during this time?
13      A   To the best of my recollection, I don't recall
14 whether they did.
15      Q   Had they done so, would you have wanted to
16 include that information?
17      A   I don't know what I would have done at that time.
18      Q   Let me be more specific.  If monthly average
19 users were going down during this time, would you have
20 considered that as information to include in this section of
21 the whitepaper?
22      A   I mean, assuming that monthly active users were
23 going down at the time, this would not come as a total
24 surprise, given sort of the public statements that Ted
25 Livingston had made around the time of this project about

Page 156

1  why Kik was engaging in this kind of project, right?
2       So, you know, this is publicly available
3  information, where Ted talks about competition in this
4  particular space, competition with large technology
5  companies, how it's very difficult for a company, even of
6  the size of Kik, which is valued at a billion dollars, to
7  compete in an advertising business model.
8       And this is precisely why the blockchain strategy
9  is interesting, because it creates a way that Kik could
10 monetize using an alternative business model compared with
11 their existing business model, which doesn't seem to be
12 viable.
13      So if users were going down at the time, it would
14 appear that that would be consistent with Ted's
15 understanding of his business.
16      Q   In connection with the Kin offering, did Kik
17 disclose to the public its financial statements?
18      A   Not to my knowledge.
19      Q   Did they disclose its operating results?
20      A   Not to my knowledge.
21      Q   Did they disclose -- other than what we see on
22 page 9, are you aware of any disclosures Kik made as to its
23 monthly average users?
24      A   It's conceivable, you know, that I was on other
25 e-mails with such data, for example, as I mentioned before,

Page 157

1  we received metrics on Kik points in the course of doing our
2  research study.  Again, I don't remember specifically, like,
3  if there was.
4       Q   Yeah.  No.  And I'm asking, was there some -- we
5  have a whitepaper.
6       Was there disclosure about trends in the Kik
7  Messaging app made to the general public?  Not to you, but
8  to the general public?
9       A   Not that I recall seeing.
10      Q   Okay.  Let me point you briefly --
11      MR. MITCHELL:  Should I take 63 back?
12      MR. LEASURE:  Yes, for good housekeeping, that
13 would be good.  Thank you.
14      THE WITNESS:  (Handing.)
15 BY MR. LEASURE:
16      Q   Let me point you briefly to page 8 of Exhibit 2.
17 We're still on the whitepaper.
18      There's a section called, "Implementation,
19 Ethereum and ERC20."  The first sentence says, "Kin would be
20 implemented on the public Ethereum blockchain as an ERC20
21 token."
22      Do you see that?
23      A   Yes, I do.
24      Q   I think we talked earlier today, correct me if
25 I'm wrong, about some issues with the throughput on

Page 158

1    Ethereum; is that right?
2        A   That is correct.  We did touch upon the
3    scalability of blockchains earlier in our conversation.
4        Q   Did you have, at the time of this whitepaper,
5    spring, early summer of 2017, did you have concerns about
6    scalability and Ethereum for the Kik/Kin project?
7        A   So I would say scalability is a concern for every
8    application in the blockchain space today, generally
9    speaking.  And Kik is not an exception.
10       Q   Understood.
11           I guess I'm asking you, did you think it was
12   possible, at this time, that Kin couldn't be implemented on
13   the Ethereum blockchain?
14       A   No.  I thought it could be implemented.
15       Q   Is Kin being implemented on the Ethereum
16   blockchain now?
17       A   Yes.
18           MR. MITCHELL:  Is Kin being implemented solely on
19   the Ethereum blockchain?
20           THE WITNESS:  No.
21           MR. MITCHELL:  Tell us about that.
22           THE WITNESS:  I'm not privy to the exact
23   technological roadmap here, as this has been more of a
24   recent development, but my understanding is that Kin
25   will be dually implemented on Ethereum, as well as a

Page 159

1    private Stellar -- network based on Stellar.
2            MR. MITCHELL:  Why?
3            THE WITNESS:  One of the concerns is scalability
4    and Stellar will provide a greater degree of throughput
5    in, you know, it seems in the opinion of the Kik's
6    technology team than Ethereum.
7            MR. MITCHELL:  And would Ethereum allow
8    sufficient throughput to run the Kin ecosystem that's
9    described in the whitepaper?
10           THE WITNESS:  I mean, I don't know, because the
11   answer to that question depends on how many users adopt
12   Kin, and because we don't know how many users will
13   adopt Kin in the future, it's hard to say whether
14   Ethereum will support that level of adoption.  So there
15   are different levels that Ethereum will support, and
16   surely there are levels that Ethereum will not, but I
17   don't know where we will land.
18           MR. MITCHELL:  Was there ever a point where you
19   got comfortable that the Kin ecosystem could just be
20   run on the Ethereum blockchain?
21           THE WITNESS:  I mean, I think projects building
22   on Ethereum, you know, anticipate scalability
23   improvements in the platform over time.  And so,
24   whereas, projects might start out with a small
25   throughput requirement, they might have an increased

Page 160

1    throughput requirement down the road, but the
2    scalability roadmap of Ethereum itself might support
3    that requirement.
4            MR. MITCHELL:  But none of that was said or sure
5    at the time that you were -- at the time of the Kin
6    token offer?
7            THE WITNESS:  It's hard for me to recall exactly
8    the discussions that we had on the scalability of
9    Ethereum at that time, but it's conceivable that we
10   would have covered these issues.
11           BY MR. LEASURE:
12       Q   Let's talk about use cases.  If I can point you
13   to page 12 of this document, at Kik 12.  Right towards the
14   bottom, there's a section -- it looks like a section called
15   "Kik economy and prospective use cases."
16           Do you see that?
17       A   Yes.
18       Q   All right.  "Kik will introduce a number of
19   marketplace use cases that will prompt consumers and brands
20   to transact with Kin."
21           I will tell you that the document that precedes
22   to give some example use cases, right?
23           Let me just start with the section that I just
24   read, that Kik will introduce a number of marketplace use
25   cases.

Page 161

1            What can you tell me about that?
2        A   Can you be more specific?
3        Q   What was the plan for Kik to introduce a number
4    of marketplace use cases?
5        A   I mean, to the extent that -- that the use cases
6    are laid out here, I think this represents the sort of
7    directional thinking of what those use cases would be.
8        Q   And the idea is that Kik would find or recruit
9    companies or groups or bots that would then use Kin?
10       A   Third parties could certainly -- well, as is the
11   intention of the network, they could certainly come in and
12   try to be third-party developers on this platform.
13       Q   Right.  But I don't want to linger on it, but the
14   language here says Kik will introduce these use cases.
15           Would you agree that that doesn't envision at
16   least -- go ahead.
17       A   Please finish.
18       Q   No.  I was just going to say that doesn't
19   envision, as an initial matter, people coming to it, that
20   that envisions Kik introducing a number.
21       A   So I think there's a logical distinction between
22   kind of Kik creating use cases and also Kik enabling or
23   fostering like third-party development on the platform.  I
24   think those are two different things?
25       Q   Correct.  Okay.

Page 162

1    A   So what this -- what this sentence reads to me
2  like is that Kik would be working on use cases within their
3  product.
4    Q   Okay.  And then let's -- I just want to point --
5  there are several use cases in the subsequent pages,
6  starting on page 13.  There are VIP groups.  I think there's
7  a pizza bot, tipping brands.
8        I hate to ask this basic question, where do these
9  use cases come from?
10    A   To my recollection, these use cases were -- were
11  provided by the Kik team.
12    Q   Okay.  And these were hypothetical things that
13  might be able to be done in the future on Kin?
14    A   I think specifically on the Kik Messenger in
15  integrating Kin.
16    Q   Got it.  These didn't exist at the time?
17    A   These are mockups.  So these are prospective
18  directions that could be created in the future.
19    Q   And it wasn't clear -- for example, there's a
20  reference to a pizza bot.
21        It wasn't clear whether there would be a pizza
22  bot or if the deal -- there's no way to know if it would be
23  pizza versus another fast food.  It's just a mockup of what
24  could be done?
25    A   That is my understanding.

Page 163

1    Q   Okay.  That's fine.
2        MR. MITCHELL:  Just so I understand.  At the time
3  that the whitepaper was written, did any of these uses,
4  these use cases exist so the people could actually do
5  them?
6        THE WITNESS:  My inclination is to say no, but at
7  the end of the day, I was not monitoring the software
8  repositories of the Kik technology team to know exactly
9  what they had built and what they had not built at that
10  time.
11        MR. MITCHELL:  Sure.  Let me give you a more
12  simple one, though.
13        When did the whitepaper come out?
14        THE WITNESS:  May 24, I believe, or so.
15        MR. MITCHELL:  When were Kin tokens created?
16        THE WITNESS:  I don't know.
17        MR. MITCHELL:  Were they created in May?
18        THE WITNESS:  They could have been.  I don't
19  know.
20        MR. MITCHELL:  Had they been distributed in May?
21        THE WITNESS:  I don't believe they were
22  distributed in May.
23        MR. MITCHELL:  Okay.  So do you think that there
24  were people -- that people could actually use --
25  actually do the things that are described in these use

Page 164

1  cases at the time the whitepaper came out?
2        THE WITNESS:  When you say "people" --
3        MR. MITCHELL:  People are like human beings out
4  in the world.
5        THE WITNESS:  So any random user in the world,
6  could they download the Kik app and can they -- could
7  they, on May 24, use these use cases?  I don't believe
8  that they could.
9        That does not mean that those use cases were not
10  implemented maybe privately, maybe in a beta you see.
11        MR. MITCHELL:  Ah.
12        THE WITNESS:  It's my understanding that those
13  use cases were not publicly available.
14        MR. MITCHELL:  Not publicly available.
15        And you don't know whether or not Kik had
16  actually built them and just held them privately.
17        THE WITNESS:  I don't know whether they built
18  them at that time.
19        MR. MITCHELL:  Thank you.
20        BY MR. LEASURE:
21    Q   Last thing on this document.  If I can point you
22  later on to page 23, KIK23.
23        At the head of this page, there's a section,
24  "Token distribution event."
25        And it says, "The Foundation will commence the

Page 165

1  token distribution event once Kik has completed the
2  technology upgrade to integrate with Kin and the
3  cryptocurrency can be used functionally with Kik."
4        The Foundation there, is that the Kin Foundation?
5    A   I believe it is.
6    Q   Okay.  And the token distribution event, we have
7  been referring to a sale of tokens to the public.
8        Is that what that is?
9    A   I mean, I think token distribution event refers,
10  generally, to the distribution of, in this case, Kin tokens.
11  That may include the private sale.  It may include all
12  possible events where tokens are distributed.
13    Q   When tokens were distributed, is the token
14  distribution event, right?
15    A   I would say so.
16    Q   After this document, there was a token
17  distribution event; is that right?
18    A   It's my understanding that there was a token
19  distribution event.
20    Q   Okay.  And, at that time, could the
21  cryptocurrency be used functionally within Kik?
22    A   I don't know.
23    Q   You don't know either way?
24    A   I simply didn't -- I didn't look.
25    Q   Okay.  Looking through this document, and I can

1  tell you I have searched through it and hit control F and
2  searched through it, I don't see references to the term
3  "profit" or how people could make money if they bought Kin.
4       Was that -- why is there no reference to that in
5  this whitepaper?
6       A  Why do you think there should be a reference to
7  it?
8       Q  Was there any consideration given to talking
9  about that?
10      A  To the best of my recollection, no.
11      Q  Were there instructions or consideration -- were
12  you ever told not to talk about concepts like profit,
13  investment, things like that in connection with the Kin
14  offering?
15      A  I mean, I think we always tried to be careful and
16  always, you know, sought the advice of counsel in how we
17  should talk to -- to protect ourselves from liability, as is
18  proper.
19      I think we recommended to Kik, on multiple
20  occasions, to seek the advice of their counsel around how
21  they should communicate and be compliant and defer to their
22  counsel for that advice.
23      I don't remember -- I don't remember ever getting
24  instructions from the Kik team to not include certain
25  concepts or words specifically.

1       Q  Did you get instructions from anybody not to
2  include concepts like profit or Kin as an investment in the
3  whitepaper?
4       A  There may have been e-mails where we discussed
5  that with third parties.  There may have been discussion of
6  that with CoinTree, but I don't remember that being a point
7  of discussion with the Kik team.
8       Q  Okay.  CoinTree, any other third parties?
9       A  Not that I can think of.
10      Q  Tell me about those communications with CoinTree.
11      A  I believe there's a communication where Uriel
12  Pelid said something to that effect, like we should be
13  careful about how we should talk about this publicly.
14      MR. ROSHKA:  Can you spell Uriel?
15      THE WITNESS:  U-R-I-E-L, P-E-L-I-D.
16      Q  And what was your response to that?
17      A  I don't recall.
18      Q  Let me show you a document.  I'm going to mark
19  this as Exhibit 64.
20      (SEC Exhibit No. 64 was marked for
21      identification.)
22      Q  Take a look.  Let me know when you're ready.  I'm
23  going to identify it.  I'm going to point you just to the
24  first page of Exhibit 64.
25      Exhibit 64 is a multi-page document with Bates

1  stamp COINFUND20094.  It is from Alexander Bulkin (Google
2  docs), and the subject is "1, 2 background," and it goes on
3  from there.
4       Do you recognize this?
5       A  I don't recognize this specific edit, but I do
6  recognize that this was one of the edits that, you know,
7  that I was probably a party to.
8       Q  Are we seeing communications, I take it, on a
9  Google document?
10      A  You are seeing a comment that I left on a
11  particular passage in a Google document.
12      Q  And is the passage related to the whitepaper or
13  some other document?
14      A  To be honest, it's hard to say without -- without
15  seeing what the document that is linked to this comment is.
16      Q  And I'll represent to you, I think we asked for
17  that, and that might be what's reflected on the attachment.
18  I don't know if eyeballing that gives you any insight into
19  what's being commented on.
20      A  Oh, okay.  I see.
21      Q  This was a part of the challenge we had with
22  CoinFund's counsel about trying to get access to documents
23  like Google documents.
24      A  Okay.  So you're representing that that this
25  comment was made on some portion of this document that you

1  have included subsequently?
2       Q  Yeah.
3       A  On 19910?
4       Q  I'm representing it came to us, the attachment is
5  somehow linked to the comment.
6       A  Okay.  Sure.  What is your question?  Would you
7  mind repeating it?
8       Q  Sure.  There appears to be a comment being
9  discussed on the first page -- sorry -- you were on the
10 right page and I misdirected you.  Right there.
11      There appears to be a comment that says, "By
12 using Kin to drive an economy inside Kik, the value of Kin
13 cryptocurrency will rise.  This will create an opportunity
14 to establish the Kin Rewards Engine."
15      And just looking at it in this form, is it right
16 that you responded to Alexander, "Not sure we want to make
17 assertions about rising price.  Will review."
18      A  It appears that I made that comment, yes.
19      Q  That's fine.  Again, I appreciate that this is
20 logistically a little hard to see who wrote it.
21      Why did you make that comment?
22      A  Simply because it's very hard to predict how
23 cryptocurrency prices will behave.  Cryptocurrencies are
24 very volatile.  Why would we want to almost certify or
25 guarantee that the price would go up when we don't really

Page 170

```
 1   know that?
 2       Q   And this wasn't related to any concern about
 3   making representations in documents about Kin relating to
 4   profit motivations?  There was no concern about that?
 5       A   Not that I see here.
 6       Q   And, generally, there was no concern about making
 7   representations about people expecting profits in connection
 8   with the Kin offering?
 9       A   I mean, I can tell you that my concern with this
10   particular comment was probably around the unpredictability
11   of pricing rather than a concern about the latter.
12       Q   And then, more broadly, was the latter a concern
13   that was in your head?
14       A   I don't believe so.
15       Q   Okay.  I will take that back.  I will also take
16   the other exhibit back.  Thank you.
17       A   (Handing.)
18       Q   Was there a technical whitepaper published?
19       A   There definitely are a number of technical
20   documents that I recall.  At the time -- at the time of this
21   work, the main technical document that I remember working on
22   was sort of a architectural and technological exploration of
23   the Kin Rewards Engine.
24       Q   I think we have that, and we will turn to that.
25           Was there -- other than the Rewards Engine
```

Page 171

```
 1   document, was there a technical whitepaper ever published,
 2   anything like that?
 3       A   You know, I personally was not involved if there
 4   was a technical whitepaper published.  And so it's hard for
 5   me to say, with certainty, whether one was published.
 6       Q   So around the time of the whitepaper, late May,
 7   June of 2017, was there a plan in place for what the
 8   structure of the Kin offering would look like?
 9       A   Can you define what you mean by "structure"?
10       Q   Yeah.  We talked about this earlier today when we
11   were looking at diagrams, right?  There was a diagram early
12   on in February showing, you know, private, public and,
13   ultimately, as we talked about, the Kin offering went into a
14   SAFT structure followed by a token distribution event,
15   correct?
16       A   I believe that's the case.
17       Q   Okay.  And so I'm trying to figure out, by the
18   time of this whitepaper, was that -- the outline of that
19   plan in effect?
20       A   This would have been, you know, an internal
21   matter of Kik and something that I personally had relatively
22   little surface area with or touch points with.  So it's hard
23   for me to say what plan was in place or what was being
24   executed upon at that time.
25       Q   Did you discuss with Kik the idea of doing a
```

Page 172

```
 1   SAFT?
 2       A   I don't believe I personally discussed with Kik
 3   the idea of doing a SAFT.  It's conceivable that Kik would
 4   have asked us about SAFT, but I don't remember a specific
 5   instance of them doing that.
 6       Q   When did you first become aware that there was a
 7   plan to do a SAFT in this transaction?
 8       A   As we mentioned earlier in this interview, I
 9   believe that that happened in early June 2017.
10       Q   Early June.  And what was the context for that?
11       A   I'm sorry.  What was the context for?
12       Q   For you becoming aware in early June of the SAFT
13   structure?
14       A   I believe I was -- I was alerted by my team
15   members that Kik had decided to go with a SAFT.
16       Q   Did they tell you why?
17       A   I don't -- I'm not sure.  They could have.  I
18   just -- I don't have a specific recollection of, you know,
19   reasoning why.
20       Q   Do you know why Kik -- sitting here today, do you
21   know why Kik elected to use the SAFT structure that it did?
22       A   I don't want to speculate why.
23       Q   Feel free to speculate.  Just tell me you're
24   speculating.
25           MR. ROSHKA:  Go ahead.  He knows you're
```

Page 173

```
 1   speculating.
 2       A   Okay.  If you guys know that I'm speculating, I'm
 3   assuming that they would go to a SAFT on the advice of their
 4   counsel.
 5       Q   Okay.  You don't know of any business reason,
 6   let's leave aside counsel stuff and advice of their counsel,
 7   are you aware of any business reason that drove them to do
 8   that?
 9       A   I'm not aware of any business reason.
10       Q   Let's talk about the marketing of the Kin token.
11           What role, if any, did CoinFund play in marketing
12   Kin?
13       A   Can you define marketing?
14       Q   Geez.  We will break it out if you'd like.
15           What role, if any, did CoinFund play in
16   publicizing the Kin offering?
17       A   I mean, very little, I would say, if any.  You
18   know, as I mentioned before, you know, I answered questions
19   about Kin in the Kin Foundation slack.  I believe I mostly
20   kept to sort of the technical aspects, which is like my
21   area.
22           You know, as I mentioned before, I may have had a
23   tweet where I mentioned that I was working with Kin or
24   CoinFund was working with Kin.  I'm not sure.
25           I authored a blog post, as I often do, with a
```

1    view on why I thought the Kin economy was an interesting
2    product. And I think that mainly sums up the activity that
3    would have been public emanating from myself regarding this
4    project.
5        Q   When was Kin first publicly announced?
6        A   I believe it was announced at the 2017 token
7    summit event which was on May, I think it was 24. It might
8    have been a few days before or after.
9        Q   That's okay. That's one of those -- that's a
10   knowable fact probably.
11       A   Yes.
12       Q   Around the time of the whitepaper we have been
13   discussing?
14       A   Well, the announcement of the whitepaper is the
15   announcement of Kin, is it not?
16       Q   No. I'm talking about the token summit.
17       A   Sorry. The token --
18       Q   Let's go back.
19       A   Okay.
20       Q   When was Kin first publicly announced?
21       A   I believe that it was publicly announced with the
22   whitepaper, right?
23       Q   Okay. And was there a token summit at which the
24   Kin was announced?
25       A   Yes.

1        Q   Okay. Tell me about that.
2        A   Token summit was a blockchain conference held
3    here in New York. It's run by William Mougayar and Nick
4    Tomaino. And they, you know, as part of the conference,
5    they had a segment where Ted Livingston went up on stage for
6    a so-called fireside chat with William Mougayar. And, at
7    that point, he announced the Kin project.
8            And I believe that was the point at which they
9    launched or at least the day when they launched the Kin
10   whitepaper.
11       Q   Okay. Do you know why it was launched at that
12   event?
13       A   Do I know why it was launched at that event? I
14   don't know why specifically it was that event versus some
15   other event.
16       MR. MURTHA: Were you at the event?
17       THE WITNESS: I was at the event.
18       Q   Did you help prepare Mr. Livingston for, what was
19   it, the fireside chat?
20       A   I didn't. I was a speaker at the conference,
21   which is why I was at the event.
22       Q   So did you meet with Mr. Livingston in advance of
23   the announcement?
24       A   I didn't.
25       Q   Have you ever met with Mr. Livingston?

1        A   I have.
2        Q   Okay. Did CoinFund help identify or introduce
3    Kik to potential investors in Kin?
4        A   I don't believe so.
5        Q   Did CoinFund help with preparing Kik for any road
6    shows to meet with investors?
7        A   I mean, the extent of our -- our activity in this
8    sort of area would be along the lines of like research,
9    right? So maybe Kin -- sorry. Maybe the Kik team would
10   want to know, like, what is -- what are the constituents of
11   a particular market, and we could prospectively do that
12   research for them, but it was either our sort of core
13   activity or activity or business to specifically bring
14   investors to the Kin offering.
15       Q   I feel like this was touched on in some of the
16   analysis that we looked at earlier, the types of people or
17   purchasers that were out there in the space at the time.
18           From where you sat, did you know what type of
19   purchasers Kin wanted to attract, particularly to the public
20   sale.
21       A   I have no data on that.
22       Q   And you never talked with them about that?
23       A   No.
24       Q   We have seen references in documents to there
25   being speculators versus users in this space.

1    Do you recall that?
2        A   Yes.
3        Q   Did Kik have a view as to who the types of
4    people, speculators versus users, that it wanted to attract?
5        A   In conversations that I have had with them, I
6    don't believe that I remember any -- any time when they made
7    a special mention of wanting to attract a particular kind of
8    users.
9        Q   So they never expressed a preference to you?
10       A   To the best of my recollection, they have not
11   expressed a preference to me on that particular matter.
12       Q   And either then or today, do you know either way
13   who was attracted to the Kin public sale?
14       A   I don't know who was attracted or participated in
15   the Kin public sale. I just don't have access to that
16   information.
17       Q   Do you know if Kik ever, in connection with
18   marketing the Kin token, ever made a push to find larger
19   investors?
20       A   I don't know.
21       Q   Do you know if they ever made an effort to find
22   the term we used this morning, so-called whale investors to
23   invest in Kin?
24       A   I'm not -- to the best of my recollection, I'm
25   not privy to such conversations, such discussions, nor did I

Page 178

1   ever -- was I ever involved in such a transaction.
2       Q  Were you involved in discussions about setting up
3   a referral program during the public sale?
4       A  It's a long time ago. It's conceivable that a
5   referral program was discussed. As was the case with many
6   such sales at the time, I have a hard time sort of
7   remembering specifically whether it was discussed or what
8   the substance of such a discussion would have been.
9       Q  That's fine. Was there a referral program in
10  fact used for the Kin sale?
11      A  To the best of my recollection, I don't believe
12  there was.
13      Q  Okay. Do you know why not?
14      A  I don't know why not.
15          MR. LEASURE: Okay. Why don't we go off the
16  record?
17          THE VIDEOGRAPHER: We are now off the record at
18  2:26 p.m.
19          (Recess taken.)
20          THE VIDEOGRAPHER: This is tape five of the
21  deposition of Jake Brukhman. We are now on the record
22  at 2:40 p.m.
23          BY MR. LEASURE:
24      Q  After a brief break during which, Mr. Brukhman,
25  did you have any substantive conversations about this

Page 179

1   investigation with the SEC staff?
2       A  I did not.
3       Q  We see reference in the documents to a meeting
4   and conference with Kik in Tel Aviv at some point.
5           Did you attend that?
6       A  I attended a series of meetings in Tel Aviv with
7   Kik Interactive, yes.
8       Q  What can you tell me about those meetings in Tel
9   Aviv?
10      A  Those meetings were intended to, you know, bring
11  the core team members together and advisors together, as
12  well, and sort of proceed with the kind of design of the
13  blockchain-based product that would then become the Kin
14  ecosystem.
15      Q  And were there particular -- was there a
16  particular focus or topic of discussion at those meetings?
17      A  There was a number of topics of discussion
18  including, you know, what -- you know, the definition of the
19  product, what is the product, the technology involved in the
20  product, the naming of the cryptocurrency, which occurred
21  during that time to Kin, you know, and so on and so forth.
22      Q  Okay. Who was there from the Kik side?
23      A  There were a number of individuals there from the
24  Kik side. It's hard to recall every single person from the
25  Kik side that there was, but certainly Ted was there, Peter

Page 180

1   was there, Tanner was there and many of the kind of core
2   team members of the project from the Kik side.
3           From the CoinFund side, myself and Alex Bulkin
4   attended this series of meetings.
5       Q  Anyone else outside of CoinFund and Kik people?
6       A  CoinTree.
7       Q  Anyone else?
8       A  Not to my recollection.
9       Q  What do you remember about the outcome of those
10  meetings in Tel Aviv being?
11      A  You know, the meetings were working toward a
12  specification of the product. So the output would be like
13  decisions about what, you know, what the product was, what
14  the name of the product was. You know, thinking about --
15  thinking through the technological architecture of the
16  system, you know, what blockchain it would work on, things
17  of that nature.
18      Q  Okay. Was there any discussion of what the MVP
19  of the product would be?
20      A  I don't recall that there was.
21      Q  And then moving ahead from the Tel Aviv meeting,
22  were there discussions, generally, before or after the
23  whitepaper was issued about what MVP should be in place
24  before the public sale started?
25      A  It's conceivable that there were. I don't

Page 181

1   remember any specific conversation that I had on that topic
2   beyond kind of the, you know, MVP suggestions that we went
3   over today from my end.
4       Q  You didn't have any other views other than what
5   we've already seen from your research work?
6       A  I don't believe I did.
7       Q  Okay. Was that something that, aside from you,
8   that CoinFund generally was involved in thinking about the
9   scope of what an MVP should be for this product?
10      A  I think we thought about the MVP on the request
11  of the client to think through that in the additional
12  research.
13      Q  And were there such requests from the client?
14      A  Well, as you saw, there was an additional
15  research request that we fulfilled.
16      Q  I apologize. After that.
17      A  Oh. On the topic of MVP, I don't recall that we
18  ever did any more work on that after that document.
19      Q  Do you know what MVP was, in fact, in place
20  during the public token distribution event in September?
21      A  I don't know.
22      Q  Let me ask that in a better way.
23          Do you ever hear that the definition of what
24  should be in place for the MVP changed or evolved over time?
25      A  I don't believe I did.

Page 182

```
 1        Q   Did you ever hear of discussions about stickers
 2   and the ability for Kin token holders to access stickers?
 3        A   I believe that stickers were discussed as a
 4   potential use case for integration of Kin into the Kik app.
 5   The Kik app is a messaging app.  It might use stickers and
 6   one might use digital currency to purchase those stickers or
 7   to sell those stickers.
 8        Q   Just so we're defining terms, what is a sticker
 9   in this context?
10        A   My understanding, and I'm not an expert on
11   stickers, unfortunately, but my understanding is that a
12   sticker is an image that you can attach to a text message in
13   the context of a text messaging app.
14        Q   And when you say it was a considered use case,
15   was that in connection with the use cases in the whitepaper
16   we're looking at -- we looked at or somewhere else?
17        A   I just seem to remember, you know,
18   non-specifically discussions of what use cases might be, and
19   I feel like someone, at some point, brought up the use case
20   of stickers.
21        MR. MITCHELL:  That was a use case that people
22   might be able to buy stickers with Kin tokens?
23        THE WITNESS:  Or sell stickers.
24        MR. MITCHELL:  Anything else about stickers other
25   than buying them with Kin tokens and selling them with
```

Page 183

```
 1   Kin tokens?
 2        THE WITNESS:  I don't think so.
 3        BY MR. LEASURE:
 4        Q   Was the ability to buy or sell stickers with the
 5   Kin tokens a part of any marketing efforts for Kin you saw?
 6        A   Not that I'm aware of.  Not that I saw.
 7        Q   So did you ever see documents that told people
 8   that you could get access to stickers as a holder of Kin?
 9        A   I don't remember that.
10        Q   Do you know whether access to stickers were the
11   main reason that people bought Kin in the public token
12   distribution event?
13        A   I can't speculate as to why people would choose
14   to buy Kin.  They probably have a thousand different reasons
15   why.
16        MR. MITCHELL:  Do you know anyone who bought
17   stickers because they wanted access -- sorry.  Let me
18   strike that.
19        Do you know anyone would bought Kin tokens
20   because they wanted access to digital stickers on the
21   Kik app?
22        THE WITNESS:  I don't know of any investor in Kin
23   other than Alex Felix.  So I do not know.  I'm not
24   aware of someone who bought stickers or who bought Kin
25   for the purpose of buying stickers.
```

Page 184

```
 1        BY MR. LEASURE:
 2        Q   Okay.  Just to be clear, I don't want to keep
 3   repeating ourselves on these, but you don't know who bought
 4   Kin in the public distribution of that.
 5        A   I just simply don't have a KYC that's internal to
 6   Kik.  I would assume, and I just don't know who the
 7   participants were.
 8        Q   That's fine.
 9        And you also don't know why people bought Kin?
10        A   I can't speculate as to why people bought Kin.
11        Q   Okay.  Was there ever any consideration done to
12   delaying the public sale until Kin was fully functional
13   within the Kik app?  Does any of that ring a bell?
14        A   I don't believe it does.
15        Q   Okay.  Give me just a moment.
16        Do you know, at the time of the public sale,
17   which I'll represent to you was late September, do you know
18   if there was anything people could buy with Kin at that
19   time?
20        A   I don't know.
21        Q   You don't know either way, if they could or
22   couldn't?
23        A   I mean, if Kin was not distributed, then I don't
24   see how they would buy things with Kin because they wouldn't
25   have a Kin in their position.
```

Page 185

```
 1        Q   No.  Sorry.
 2        A   After the distribution of Kin, whether there was
 3   a feature in some application where you could use Kin to
 4   purchase goods or services, I simply am not aware.
 5        Q   And particularly in the Kik messaging app, you
 6   don't know either way --
 7        A   I just simply don't look.  I didn't look.
 8        Q   Let me show you a document I'm marking as
 9   Exhibit 65.
10        (SEC Exhibit No. 65 was marked for
11        identification.)
12        Q   Exhibit 65 is a multi-page printout of an e-mail
13   chain ending May 1, 2017, with the subject "Questions on
14   governance."
15        It has the Bates stamp COINFUND11319.
16        A   Uh-huh.  (Perusing.)
17        Q   Tell me when you're ready.
18        A   (Perusing.)
19        Q   Okay.  What is this document?
20        A   This seems to be a communication between the
21   CoinFund team and Tanner Philp of Kik, with Tanner asking to
22   connect with us over -- over some general questions that
23   they had.
24        Q   Okay.  If I can point you to the second page,
25   Tanner writes, "Hey, guys.  I hope the weekend is treating
```

1  you well.  Derek, who is leading the efforts in setting up
2  the entity for the token economy, has a few questions
3  below."
4        Simple question.  Who is Derek?
5    A   I'm not sure.  It would seem that Derek is not on
6  the e-mail chain here, and I can't seem to recall who that
7  is.
8    Q   That's fine.
9        One of the questions is, "How does the initial
10  contribution typically look?  Do the tokens go to Kik first
11  and then get sold or do they {sic} proceeds flow into the
12  new entity (foundation, trust or Corp.)"
13        Let me pause there because there's a reference at
14  least to a foundation there.
15        Was CoinFund involved in thinking about whether
16  there should be a foundation set up in connection with the
17  Kin offering?
18    A   Speaking for myself, I don't believe that I was
19  involved in such discussions.  Foundations, in the context
20  of decentralized networks, are a common structure employed
21  by those networks.  So I wouldn't be surprised if such a
22  conversation took place.
23    Q   Why are foundations common in decentralized
24  networks?
25    A   Because the view is that a decentralized network

1  is not owned by a central issuer party or company and,
2  therefore, a foundation is sort of an independent entity
3  that could act in the interest of that network without being
4  affiliated with a particular private, you know, interest or
5  company or -- or person.
6    Q   And was a foundation set up in connection with
7  the Kin offering?
8    A   I wouldn't know.  I don't know what -- what
9  structures Kik ended up legally setting up.
10    Q   Okay.  Let me point you to the middle of the
11  first page here.  Tanner writes, "Do you guys have any time
12  before 4 p.m. today?  A few additional things we were hoping
13  to touch on.  And there are some bullets."
14        I just want to point you to one bullet.  "Number
15  of exchanges we are targeting for the ICO."
16        What can you tell me about that topic, about
17  exchanges that we are targeting for the ICO?
18    A   Not much.  I, unfortunately, I don't recall
19  whether this conversation actually took place that is being
20  referred to in the e-mail.  And if it did take place, I,
21  unfortunately, don't recall what was covered on that -- on
22  that call, just because we're talking about over a year ago.
23    Q   Sure.  Go ahead.
24    A   So I unfortunately, I don't have that much
25  information on this topic.

1    Q   You don't remember the call, it seems to me.
2    A   I don't remember the call where this purportedly
3  would have been discussed.
4    Q   Was Kik targeting certain exchanges for the ICO?
5    A   I don't have that information.
6    Q   You don't know either way?
7    A   I don't know.
8    Q   And I think we touched on this before.  Did
9  CoinFund help target any exchanges for the ICO?
10    A   To the best of my recollection and speaking
11  specifically for myself, I never did that.
12    Q   Okay.  I will take that back.  Thank you.
13    A   Of course.  (Handing.)
14    Q   Let's talk about a concept we have covered a bit
15  previously, the Rewards Engine in connection with Kin.
16        What is the Rewards Engine?
17    A   The Rewards Engine, you know, in its concept, is
18  a decentralized system which is able to issue, in a fully
19  automated and decentralized way, tokens to participants in
20  the Kin ecosystem.  Specifically, you know, these are third
21  parties that are creating applications on the platform and
22  integrating Kin and, therefore, are creating sort of use
23  cases for the cryptocurrency.
24        The Kin Rewards Engine is technologically a smart
25  contract where such entities could, upon creating a kind of

1  usage within the economy, usage might be measured in
2  transactions, where they can go and receive rewards in Kin
3  tokens for doing that.
4        So it is an incentive mechanism for third parties
5  to build use cases digital economy use cases for Kin.
6    Q   From reading about it, it seems like a relatively
7  deceptively simple thing to set up that actually has a lot
8  of complexity baked into it.  In other words, it seems
9  relatively simple to reward people just for shear usage of
10  Kin, right?
11    A   I would disagree with that.  My expert opinion
12  would be that it was actually deceptively difficult to
13  create a Kin Rewards Engine because, you know, you'd need a
14  mechanism that ensures the security of such a system, and
15  it's actually very hard to do in a decentralized context.
16    Q   Yeah.  Couldn't people -- isn't there some risk
17  that people could cheat or otherwise --
18    A   There are many -- I'm sorry.
19    Q   No.  You go ahead.  Go ahead.
20    A   There are many -- I get excited about blockchain.
21    Q   Go for it.
22    A   There are many attack vectors that one could
23  conceive where a third party could try to attack the Kin
24  Rewards Engine and sort of unfairly reap rewards and stuff
25  like that.

Page 190

1    So it's a very difficult technological problem to
2  ensure that that doesn't happen.
3    Q.  Right.  So, for example, I could set up a bot to
4  trade with myself and create fake usage activity, for
5  example?
6    A   The design of the engine would need to anticipate
7  probably that as one of the attack vectors and try to
8  prevent it.
9    Q.  Okay.  And so what Kik would be trying to do,
10 correct me if I'm getting this right {sic}, is design a
11 reward engine that identifies valuable, useful activity in
12 the Kin ecosystem and reward that?
13   A   You know, at a high level, you know, you can
14 characterize it that way.  I think there's a lot of nuance
15 and complexity.  We can get into it, if you like.
16     But, generally speaking, there are attack vectors
17 for such systems.  It's a difficult problem to prevent all
18 attack vectors.
19   Q   Got it.
20     MR. MITCHELL:  To have a Kin Rewards Engine,
21 someone would need to write that kind of smart -- write
22 a smart contract to implement?
23     THE WITNESS:  I think a Kin Rewards Engine could
24 be implemented many different ways.  I wouldn't even
25 say that it is a single smart contract or many smart

Page 191

1  contracts.  It could be a combination of decentralized
2  smart contract or set of smart contracts, and
3  decentralized system that become decentralized over
4  time.  There are many architectural configurations
5  about how it, you know -- in how it can work.
6      And one of our sort of contributions to the
7  project was thinking through how that might be
8  technologically architect.
9      MR. MITCHELL:  And was that complete at the time
10 of the -- of the Kin token offering?
11     THE WITNESS:  No.  I wouldn't say so.
12     MR. MITCHELL:  So, in order to have a Kin reward
13 engine, someone would need to sort of make those
14 decisions about architecture that you just described?
15     THE WITNESS:  In order to have a Kin Rewards
16 Engine, I suppose -- I suppose the company would need
17 an architecture plan, and then they would execute upon
18 that plan.
19     MR. MITCHELL:  Okay.  So under your -- and then
20 someone would need to -- so -- let me back up.
21     Who was -- what was your understanding of who was
22 going to do that work as of the time of the Kin token
23 offering?
24     THE WITNESS:  When you say "that work," you mean
25 specification of the Kin Rewards Engine?

Page 192

1    MR. MITCHELL:  Yeah.
2    THE WITNESS:  I would say that the specification
3  of the Kin Rewards Engine was owned probably by the
4  technology team of Kik, and then we provided sort of
5  feedback and expertise around -- around those plans.
6    MR. MITCHELL:  And by "we," you mean CoinFund?
7    THE WITNESS:  Yes.
8  BY MR. LEASURE:
9    Q   In thinking about modeling -- well, let me back
10 up.
11     You guys, you guys being CoinFund, thought about
12 how to model a working Rewards Engine that met the goals of
13 the Kin ecosystem, correct?
14   A   We did.
15   Q   Okay.  And I take it, in thinking about that, you
16 have to understand who or at least model who the various
17 users and participants in the Kin ecosystem would be?
18   A   I don't know if that's a requirement of thinking
19 about such a system.
20   Q   Did you do that?
21   A   We may have.  It's conceivable that we did.
22   Q   Okay.  Would secondary trading and trading on
23 exchanges have any effect or importance for the Kin Rewards
24 Engine?
25   A   I mean, I think the Kin Rewards Engine, sort of a

Page 193

1  standalone system, that would not be aware of a secondary
2  trading itself.  So I would say no.
3    Q   So if people, in a hypothetical ecosystem that
4  has a Rewards Engine, if people were satisfied with
5  receiving Kin, in and of itself, there would be no need to
6  have a secondary trading mechanism?
7    A   It's hard to say what would satisfy future
8  hypothetical prospective users of Kin.
9    Q   Okay.  Was there -- were there draft documents
10 modeling or discussing the Kin Rewards Engine that you were
11 involved in?
12   A   Yes.
13   Q   Okay.  Tell me about those.
14   A   You know, at the time of us working with the
15 project around, I guess around the time of the -- it was
16 after like the Tel Aviv series of meetings, there was a
17 design document for the Kin Rewards Engine that we gave
18 feedback on, for sure.
19   Q   I see something, I'm about to show it to you so I
20 can reference it, called a request for comments on the --
21   A   Uh-huh.
22   Q   Is that what you are referring to?
23   A   I believe so, but I'd have to look at the
24 document to be sure.
25   Q   Sure.

Page 194

1         I'm marking this as Exhibit 66.
2              (SEC Exhibit No. 66 was marked for
3         identification.)
4         Q   Take a look at Exhibit 66, and let me know when
5    you're ready.
6         A   (Perusing.)
7         Q   Exhibit 66 --
8         A   Yep.
9         Q   Let me identify it.  Exhibit 66 is a one-page
10   e-mail with an attachment.  It has the Bates stamp
11   COINFUND20083.  The attachment begins with Bates stamp
12   COINFUND19730.  It has the subject "Reward Engine RFC."
13        I will represent to you this uses -- again, we
14   had an issue with trying to get access to certain Google
15   documents.
16        My understanding, from CoinFund's production, is
17   that the attachment reflects at least one of the documents,
18   Google documents being linked in the e-mail.
19        A   Okay.
20        Q   Okay.  What is this?
21        A   This is a request for comment for paper which I
22   believe attempts to specify the Kin Rewards Engine.
23        Q   Okay.  So this is a draft document sort of
24   outlining how a Kin reward engine would work?
25        A   To my understanding, that is what this document

Page 195

1    is, yes.
2         Q   Okay.  Was this document or version of this
3    document published, to your knowledge?
4         A   To my knowledge, I don't know that it was or was
5    not.
6         Q   Who worked on this document?
7         A   My recollection is that this document was a
8    collaboration between the Kik team, CoinTree and also
9    ourselves in the capacity of giving feedback and comments on
10   this document.
11        Q   Understood.
12        Did you have a sense of, within those groups, if
13   there was someone who was leading the charge on this
14   document?
15        A   I did not have that sense.
16        Q   Okay.  It wasn't -- were you?
17        A   I wouldn't characterize us as leading.  I would
18   characterize us as giving feedback on the document.
19        Q   Giving feedback, understood.
20        Let me point you to a few sections in here.
21        On page 2 of the document, that's 19732, there is
22   a section called "Who are the actors?"
23        A   Yes.
24        Q   And it says, "In defining the Rewards Engine, we
25   focused mainly on the behavior incentives to three

Page 196

1    architypes of actors in the Kin economy; common users,
2    capitalists and digital service developers."
3         A   Uh-huh.
4         Q   First, do you know where this -- where these
5    architypes and actors, who developed this section of the
6    document?
7         A   I don't recall who wrote this section of the
8    document.  I'm inclined to say that it wasn't me but I don't
9    know that for a fact.  I just simply don't remember.
10        It is not uncommon, in analyzing sort of systems
11   that think about incentives, to list out the potential
12   participants of that system, as is being done, simply
13   because you want to understand, you know, what incentives
14   are important to every class of participant.
15        MR. MITCHELL:  Was it true, at the time, that the
16   group of people working on the Kin Rewards Engine
17   focused mainly on the behavior incentives of these
18   three architypes of actors?
19        THE WITNESS:  Sorry.  Can you repeat the
20   question?
21        MR. MITCHELL:  Was it true, at the time of this
22   e-mail, that the team that was working on the Kin
23   Rewards Engine was focused mainly on the behavior and
24   incentives of these three architypes of actors?
25        THE WITNESS:  This is what the document purports

Page 197

1    to have happened.  And that sentence would be the
2    reference that I would use to answer that question.
3    And I don't have any other knowledge other than that
4    sentence to indicate that they were using or not --
5    they were thinking or not thinking about other
6    participants.
7         MR. MITCHELL:  What about you?  What were you
8    focused on?
9         THE WITNESS:  I was mainly focused on thinking
10   about the attack vectors.
11        MR. MITCHELL:  And did the type of actors go into
12   that type of analysis?
13        THE WITNESS:  I would say predominantly not.  I
14   would say you would be thinking about a hacker and like
15   how a hacker might create transactions or attack the
16   smart contract in order to effectuate the release of
17   rewards for himself.
18        BY MR. LEASURE:
19        Q   So you suspect, but don't know, I just want to
20   make sure I'm understanding you, you suspect, but don't
21   know, that you weren't the primary person thinking about
22   modeling, you know, the architypes of different categories
23   of actors in this system?
24        A   I was certainly not the primary person, to my
25   recollection, to think through that particular issue, but I

50 (Pages 194 to 197)

1    was a reviewer of the document.

2        Q   That's fine.  Okay.  Let me read you the one on

3    capitalists.  It's still on page 2.  "Capitalists are

4    individuals with significant holdings in Kin for investment

5    purposes rather than spending purposes.  Their main interest

6    is for Kin to increase in value.  Token sale participants,

7    for example, are likely to be considered members of this

8    group," and it goes on from there.

9        I take it you don't recall you, yourself, writing

10   that?

11       A   I don't believe I wrote that.

12       Q   Okay.  Do you have any reason to think that this

13   is inaccurate?

14       A   It's really -- again, it's really hard to

15   speculate about the behavior of individual token sale

16   participants or why they might buy Kin or what they might

17   expect the price of Kin to be.

18       Q   You don't know either way?

19       A   It's evident that this is -- this was a thought,

20   but I do not know that the token sale participants actually

21   thought this way.

22       Q   Again, I just want to know what you think and you

23   know.

24       Do you know either way whether token sale

25   participants thought this way?

1        A   I do not know whether token sale participants

2    thought as is described in this sentence.

3        Q   Okay.  Let me point you -- again, this is also on

4    capitalists, to page 7, under the section model analysis.

5    It's on Bates stamp 19737.  And there's a balance between

6    capitalists and common users.

7        Do you see where I am?

8        A   Yes.

9        Q   "Could the ecosystem reach a steady state in

10   which all Kin is held by capitalists or all is held by

11   regular users?"

12       And then it reads, "At Kin's launch, capitalists

13   are in abundance.  Therefore, getting to a state of absence

14   of capitalists could only be the result of speculators

15   selling their Kin as they expect long-term inflation," and

16   it goes on from there.

17       Again, I'm just going to ask you generally, did

18   you write this section of the document?

19       A   I don't believe I did.

20       Q   And this wasn't -- I'm taking it from your prior

21   answers, this issue, what people's interest were at the

22   start of the launch of Kin, that wasn't a focus of your

23   review of the Rewards Engine; is that accurate?

24       A   I don't believe I'm the author of this.  I

25   probably reviewed it, but it is not -- it wasn't my focus in

1    this document to analyze or speculate, for that matter,

2    about the behavior of so-called capitalists or speculators.

3        Q   Is it right that you don't know either way

4    whether this is an accurate prediction of who would be --

5    whether capitalists would be in abundance at the launch of

6    Kin or not?

7        A   I have no information about the constituency of

8    the token sale participants.  And so I wouldn't know whether

9    we could even characterize those as capitalists or any other

10   label.

11       Q   That's fine.

12       I'll tell you, on page 9, the document starts to

13   talk about attempts to game the Rewards Engine.

14       Do you see where I'm pointing?

15       A   Uh-huh.

16       Q   Was that more of your focus in terms of the

17   thinking about the Rewards Engine?

18       A   Indeed.

19       Q   Let me show you another document.  You can keep

20   that in front of you because I want to ask you about a

21   change to this document.

22       MR. LEASURE:  I am marking Exhibit 67.

23       (SEC Exhibit No. 67 was marked for

24        identification.)

25       Q   Take a look.  This will look similar, but it has

1    some differences I want to point you to.

2        Exhibit 67 is a multi-page document entitled "Kin

3    Rewards Engine RFC," with a Bates stamp COINFUND8210.

4        It has a date of June of 2017 on it.  I'll

5    represent for you guys that, in the metadata that comes with

6    documents when we get it, this -- it states this was created

7    on June 11.  So that would be, math is hard, five days after

8    Exhibit 66?  I'm just representing to you what the

9    metadata --

10       A   This is Exhibit 66, and you're saying this was

11   five days before -- please continue.

12       Q   You nailed it.  And let me just state it again.

13       Exhibit 66, according to my understanding of the

14   metadata, is five days before what we see in Exhibit 67.

15       A   Very well.

16       Q   Representing to you what appears to be a later

17   draft.

18       A   Okay.

19       Q   Do you recognize Exhibit 67?

20       A   It appears to be a later draft of the Kin Rewards

21   Engine RFC.

22       Q   Okay.  The only reason -- the main reason I'm

23   showing this to you is to point you to the third page of

24   Exhibit 67, which is Bates stamped 8213.

25       This now says, under the section capitalists, if

Page 202

1    I can point you there. This says, "Capitalists are
2    individuals with significant holdings in Kin used for
3    investment purposes rather than spending purposes. They
4    constitute a minority of participants in the ecosystem," and
5    it goes on from there.
6         As I compare that language to the language in
7    Exhibit 66, which stated that token sale participants, for
8    example, are likely to be considered members of this group,
9    in Exhibit 67 it now states that capitalists are a minority
10   of participants in the ecosystem.
11        That's a long winded way of asking a simple
12   question. Do you know why this language changed?
13   A   I do not.
14   Q   Do you have any basis to support either view of
15   capitalists as reflected in these documents?
16   A   You know, I -- I like to operate on data. If
17   there's an assertion that the majority of a set participant
18   behave a certain way, I like to see evidence of that.
19        I do not have data on the behavior of token sale
20   participants in Kin and, therefore, it's really hard for me
21   to answer the question.
22        And I can't -- I can't speculate as to -- as to
23   why or how or what attitude, hypothetically, these
24   participants would have toward Kin.
25        So I view these statements as a speculation, as a

Page 203

1    speculative statement, as an educated guess about how the
2    system would behave, but I don't see that it is based on
3    data. I think this is a guess.
4    Q   Fair enough.
5         I appreciate you prefer to rely on data, I assume
6    particularly with a mathematics and technical background,
7    correct?
8    A   I would say so.
9    Q   Good.
10        Are you aware of any data that came in from
11   June 6 to June 11, 2017 that would support a change to this
12   document?
13   A   To my recollection, I am not aware of the reasons
14   why these views or guesses were changed, and I don't have
15   knowledge of any additional data that came in during that
16   time that would make them change it.
17        I just simply was not involved with this document
18   to a large degree.
19   Q   That's fine. That's fine.
20        And in terms of data, other than the data that we
21   see that CoinFund prepared early in its engagement, right?
22   A   Uh-huh.
23   Q   A survey and analysis of that data, are you aware
24   of other data that Kik had access to that would provide Kik
25   information with the motivations of Kin purchasers?

Page 204

1    A   I am not.
2    Q   There was no subsequent survey or market analysis
3    that you're aware of?
4    A   Not that we provided other than what you have,
5    and I don't believe that we provided more than what we've
6    already discussed today.
7         MR. MITCHELL: Are you aware of any data or facts
8    or anything that Kik had access to, to support just the
9    factual contention that capitalists constitute a
10   minority of participants in the ecosystem?
11        THE WITNESS: I mean, as we saw earlier today, we
12   had a survey with 223 participants that could inform
13   that educated guess. Whether that survey was correct,
14   whether it actually surveyed random people or
15   cryptoenthusiasts or cryptoinvestors or institutional
16   investors, we don't know.
17        How Kik would have used that data to inform this
18   particular set of documents, I'm just simply not aware
19   of.
20        MR. MITCHELL: Are you aware of any -- sorry.
21        Did your survey support the contention that
22   capitalists constitute a minority of participants in
23   the ecosystem?
24        THE WITNESS: I'm not sure. I'd have to look at
25   the survey results, which I don't have in front of me,

Page 205

1    but even if the survey results purported to show, you
2    know, results that supported this conclusion, the
3    survey results themselves, I don't think are conclusive
4    based on a small sample size.
5         MR. MITCHELL: Okay. Other than your survey, was
6    there any other data that you were aware of?
7         THE WITNESS: Not that I'm aware of.
8         MR. MITCHELL: And did anyone at Kik ask you
9    about this? Did anyone at Kik ask you or CoinFund,
10   hey, what percentage of participants do you predict
11   capitalists will be in the ecosystem?
12        THE WITNESS: To my recollection, I was never
13   asked that.
14        BY MR. LEASURE:
15   Q   I will represent to you that, to my
16   understanding, the Rewards Engine, RFC, wasn't ultimately
17   published until after the token distribution event.
18        I saw a medium post in October of 2017, so I see
19   that stuff, but I don't know what happened.
20        Do you have any context or insight you can give
21   me into why that RFC might have been delayed?
22   A   I don't know the internal, you know, logistical
23   reasons why. I could speculate why. I prefer not to
24   speculate why.
25        MR. ROSHKA: You are not going to. No

Page 206

1    speculation.
2         Are you going to beg him to speculate again?
3         MR. LEASURE:  Not on this topic.  I reserve the
4    right to beg to speculate.  Just not on this topic.
5         BY MR. LEASURE:
6    Q    So I will take those documents back.
7    A    (Handing.)
8    Q    We saw in some of the earlier work that CoinFund
9    prepared for Kik that there was at least a reference to
10   compliance or regulatory concerns.
11        Do you remember that?
12   A    Sure.
13   Q    And, again, I want to caution you not to tell me
14   anything that counsel to CoinFund told you in connection
15   with legal advice, but in advance of Kin offering, did Kik,
16   from your perspective, consider whether the Kin tokens would
17   be securities under US law?
18   A    It's conceivable that they did.  You know, as you
19   have in my informal intellectual analysis of the
20   regulatory environment around blockchain, an industry which
21   I study, we mentioned the SEC and issues of securities.
22        We recommended to Kik to retain professional
23   counsel to conclusively advise them on the strategy as it
24   relates to regulatory compliance and we assumed that they
25   did that and we deferred to their counsel to do that

Page 207

1    correctly.
2    Q    But -- okay.  From what you saw, Kik did retain
3    regulatory counsel?
4    A    Well, it's my understanding that Kik retained
5    Cooley, yes.
6    Q    And remind me, did you ever meet with Cooley?  I
7    think you referenced one meeting with an individual named
8    Marco Santori?
9    A    As we mentioned earlier today, Marco Santori was
10   also our lawyer on a separate matter.  We were definitely in
11   conference calls with members of the Cooley team, including
12   Marco.
13   Q    Did people at Kik ever share with you the
14   legal -- any legal analysis that Cooley prepared for them in
15   connection with the Kin offering?
16   A    Not to my recollection.
17        MR. MITCHELL:  Did you ever discuss these issues
18   with anyone from Union Square Ventures?
19   A    Not to my recollection.
20   Q    Did you ever discuss with anyone outside of Kik
21   what Kik's thinking was with regard to the securities laws
22   issues in the Kin offering?
23   A    I don't believe I did.  I mean, it's conceivable
24   that --
25        MR. ROSHKA:  You answered the question.

Page 208

1    Q    Is it conceivable that you did?
2    A    It's conceivable that I did.  This is a core
3    issue of our industry.
4    Q    Sure.  Right.  And people were talking about this
5    even in 2017, correct?
6    A    Of course.
7    Q    This was a big issue?
8    A    I think so.
9    Q    Okay.  One thing that happened in 2017 is the SEC
10   issued it's so-called Dao report, D-A-O.
11        Are you familiar with that?
12   A    I am familiar with it.
13   Q    In fact, I think I saw that CoinFund issued a
14   client memo relating to that report, correct?
15   A    That's correct.
16   Q    And so that was an important development for the
17   industry; is that accurate?
18   A    I would say that it represented a increase in
19   sort of regulatory analysis of our -- of our industry.
20   Q    Okay.  Now, turning now to Kik.  How, if at all,
21   did Kik respond to the Dao report, do you know?
22   A    I don't recall any specific conversation where
23   they responded to it.
24   Q    Do you know if Kik reconsidered doing its Kin
25   offering in response to the Dao report?

Page 209

1    A    I don't know that.
2    Q    Okay.  How about, did Kik restructure any aspect
3    of the Kin offering in response to the Dao report?
4    A    If they did, I am not aware that they did.
5    Q    You weren't involved in discussions about that?
6    A    To the best of my recollection, I was not
7    involved in discussions about that.
8    Q    Did you ever have discussions with Kik in which
9    there was consideration of registering the offer and sale of
10   the Kin offering with the SEC?
11   A    To the best of my recollection, I was not.
12   Q    Okay.  How about within CoinFund, did the
13   CoinFund team ever discuss that possibility?
14   A    I don't believe that we did.
15   Q    To your knowledge, did Kik ever discuss the
16   potential Kin offering with regulators from other countries?
17   A    Sorry.  Can you repeat the question?
18   Q    Absolutely.
19        To your knowledge, did Kik ever discuss the
20   potential Kin offering with regulators from other countries?
21   A    My understanding is that, during the course of
22   the project, the Ontario Securities Commission made some
23   statements around ICOs.  I believe that, you know, it
24   touched Kik, and I believe that Kik met with that commission
25   and had a conversation with them about their offering.

Page 210

1    I know that Kik subsequently blocked Canadian
2  investors from their offering and those are sort of the
3  facts that I know about.
4    **Q   Did you hear about what happened in those**
5  **meetings or discussions with the Ontario --**
6    A   I am not privy to the content of the meetings.
7    **Q   Did you hear if they went well or poorly for Kik?**
8    A   I don't recall having that conversation.
9    **Q   Were there any other countries in which Kik**
10  **declined to offer Kin as a result of the discussions with**
11  **regulators, to your knowledge?**
12    A   To my knowledge, the OSC is the only regulator
13  that I am aware of that Kik spoke to.  There may have been
14  more that I'm not aware of.  I know during the course of the
15  sale, you know, China, I think, also had regulatory around
16  cryptocurrency.
17    **Q   China also had regulatory issues?**
18    A   Activity around cryptocurrencies, but I'm not
19  aware that Kik met with Chinese regulators.
20    **Q   In your discussions with Kik, did anyone raise**
21  **the possibility of, in a similar way to which they had**
22  **dialogue with the OSC, having a dialogue with the US SEC?**
23    A   I am not aware that they wanted to do that or
24  that they did that.
25    **Q   Or considered doing that?**

Page 211

1    A   I am just not aware whether they considered doing
2  that.
3    **Q   That's fine.**
4    **Does CoinFund still have an engagement or role**
5  **with Kik?**
6    A   I believe our engagement has, at this point, been
7  concluded.  I don't remember the exact terms of like when
8  legally our engagement is officially concluded according to
9  the terms and conditions of our contract.
10    I can tell you that we worked with Kik throughout
11  the course of the engagement.  We worked with Kik and billed
12  Kik after the sale.  We, on occasion, have, you know,
13  meetings with the Kik team as participants in our industry
14  and as colleagues.
15    A few months ago, I was at a developer conference
16  for Kin, but we have not sort of billed Kik as a client in
17  some time at this point.  So I would consider our engagement
18  probably completed at this time.
19    **Q   I don't know if you are still tracking it or**
20  **keeping tabs on it, what's the current status of Kin, to**
21  **your knowledge?**
22    A   I haven't checked the price of Kin, so I wouldn't
23  know.
24    **Q   Do you know what the status is of building out**
25  **the Kin ecosystem?**

Page 212

1    A   I don't know the exact status.
2    **Q   Do you know what you can do with Kin nowadays?**
3    A   I'm not aware of what you can do with Kin
4  nowadays.
5    **Q   Is CoinFund -- so I understand that CoinFund, in**
6  **2017, had some sort of advisory or research role with Kik**
7  **and a handful of other companies; is that right?**
8    A   We had a number of clients in 2017, yes.
9    **Q   Is that type of work still ongoing at CoinFund?**
10    A   I would say no.  I would say that, with the
11  launch of our 2018 LP fund, we are generally -- we generally
12  take the role of an investor in equity or digital assets
13  companies.
14    MR. LEASURE:  Let's go off the record.
15    THE VIDEOGRAPHER:  We are now off the record at
16  3:30 p.m.
17    (Recess taken.)
18    THE VIDEOGRAPHER:  This is tape six in the
19  deposition of Jake Brukhman.  We are now on the record
20  at 3:46 p.m.
21    MR. MITCHELL:  Mr. Brukhman, during the break,
22  did you have any substantive conversations about the
23  case with the SEC staff?
24    THE WITNESS:  I did not.
25    MR. MITCHELL:  Earlier today, you mentioned a

Page 213

1  blog post that you remembered writing.  I'm going to
2  give you what we just marked Exhibit 68.
3    (SEC Exhibit No. 68 was marked for
4    identification.)
5    MR. MITCHELL:  Can you just take a look at it and
6  tell me if you recognize this document?
7    THE WITNESS:  Yes, I do recognize the document.
8  I'm just reading through it to refresh my memory, if
9  that's okay.  (Perusing.)
10    MR. MITCHELL:  Do you recognize it?
11    THE WITNESS:  I do.
12    MR. MITCHELL:  What is it?
13    THE WITNESS:  This is a blog post that I authored
14  and was published on, I believe, the Kin Foundation
15  medium blog.
16    MR. MITCHELL:  Why did you write it?
17    THE WITNESS:  I often write blog posts, a number
18  of blog posts on our -- on our blog at CoinFund.
19    I wrote this at the request of Kik to produce a
20  blog post for them partially, but partially I wrote it
21  because I felt that Kin was an exciting project and
22  wanted to analyze it in this way.
23    MR. MITCHELL:  And what kind of blog posts or
24  what did Kik ask for when it asked you for a blog post?
25    THE WITNESS:  They weren't specific.  They just

Page 214

1    said, you know, if you want to kind of publish on our
2    blog, you're welcome to do that.
3         They didn't give me any specific, like, criteria
4    for what to write about.  This is what I chose to write
5    about.
6         MR. MITCHELL:  And why did you choose to write
7    about this?
8         THE WITNESS:  I chose to write about this because
9    I honestly believed, at the time, and still believe
10   that companies like Kik, traditional consumer
11   technology companies taking on blockchain strategies
12   are an exciting prospective way for mainstream users to
13   adopt blockchain technology.  I wanted to analyze it
14   from that perspective.
15        MR. MITCHELL:  And you wanted to communicate that
16   out -- that's what you were trying to communicate out
17   to readers?
18        THE WITNESS:  It's a view.  It's an opinion.  But
19   yes.
20        MR. LEASURE:  So I'm going to ask you to
21   literally understand what it means.  If you turn to the
22   second page at the top, it says, "However, we are
23   observing that in the early stages of cryptocurrencies,
24   their volatility serves an interesting function."
25        And then that paragraph has two parts.  It sort

Page 215

1    of says, "First it attracts users to speculative
2    returns and helps to build up aligned user bases which
3    assuage the chicken and egg problems of technology
4    products."
5         What does that mean?
6         THE WITNESS:  You know, speaking in general, as
7    an observer of the blockchain space, you know, let me
8    break it down.
9         So chicken and egg problem, right, refers to the
10   idea that technology company might build a product, but
11   how does it get users to use it, right?  So there's a
12   certain concept known as network effect where the more
13   users are using a particular product, the more useful
14   it is, and if you don't have it, it's hard to aggregate
15   it.
16        One of the really exciting applications of
17   cryptocurrencies is that they might help to build
18   network effects around products.
19        And they do that by attracting users in various
20   ways through their properties.  One of those properties
21   could be sense of ownership in the product.  For
22   example, if your token gets governance rights over a
23   network, it's conceivable that some users might be
24   attracted to the returns of a cryptocurrency.
25        But I think the point here is that while -- while

Page 216

1    that -- while those kind of properties might be present
2    in the early stages of these systems, once users are
3    there, the systems transition to kind of much more
4    fundamentally valuable systems, where users are
5    actually using them for the purpose -- economic purpose
6    for which they're intended.
7         MR. MITCHELL:  Is that the part that begins
8    "second" in this paragraph, that, "Second, increased
9    liquidity eventually counteracts the volatility"?
10        THE WITNESS:  So I think that's a separate
11   observation that, you know, one of the -- one of the
12   reasons why a very volatile cryptocurrency asset might
13   cease to be volatile is just simply a large number of
14   users enter its, I guess, ecosystem or begin to use it
15   at large scale.
16        MR. MITCHELL:  Okay.  And so am I right that what
17   you're saying is that volatility at first attracts
18   users to speculative returns, it helps build up a user
19   base, but then later that large user base sort of
20   actually can tap down the volatility because there are
21   so many users?
22        THE WITNESS:  That conceivably could be the case
23   with a cryptocurrency.  I'm not saying here that it is
24   the case with any particular cryptocurrency, but this
25   is how I, you know, envisioned at the time of this

Page 217

1    writing a conceivable process by which a cryptocurrency
2    might come to fruition.
3         MR. MITCHELL:  And you also wrote then that the
4    Kik's blockchain project, Kin, recognizes and embraces
5    those properties of pure cryptocurrencies; is that
6    right?
7         THE WITNESS:  That is what I wrote.
8         MR. MITCHELL:  Sorry.  And was that correct when
9    you wrote it?
10        THE WITNESS:  It is correct that I thought that,
11   as a cryptocurrency, Kin was interesting, because it's
12   trying to build a digital economy.
13        MR. MITCHELL:  Okay.  And down below you wrote,
14   "Moreover, Kik is the first traditional consumer
15   technology to venture into the cryptocurrency space and
16   to bring its mainstream audience with it."
17        Did you think that was sort of important to the
18   Kin project that had been announced by that point?
19        THE WITNESS:  I would say so.
20        MR. MITCHELL:  Okay.  Why?
21        THE WITNESS:  Because I think putting a
22   blockchain project in front of a large audience of
23   mainstream users is interesting because it probably
24   creates a higher likelihood that that product would be
25   adopted by that audience.

## Page 218

1    MR. MITCHELL: Thanks.
2    BY MR. LEASURE:
3    Q   I think we touched on this earlier. I want to
4  turn to any contacts you've had --
5    MR. MITCHELL: Let me just take the document.
6    Q   -- contacts that you've had this year with people
7  who work at Kik.
8    A   Uh-huh.
9    Q   You had mentioned at a conference, a programming
10 conference, you had met some people at; is that right?
11   A   Yes.
12   Q   Tell me about that, the contacts you had there.
13   A   So simply that, you know, Kik was holding an
14 event in New York related to its, you know, developer
15 network effort. They invited Fred Wilson to speak at the
16 event, and they invited me to interview Fred Wilson.
17   Q   Cool. And when you say developer member work --
18 sorry. What was the --
19   A   Developer network.
20   Q   Network. Tell me about that conference and those
21 efforts there.
22   A   Often, when a technology company is building a
23 platform where third-party developers can build on that
24 platform, they will hold events to sort of get those
25 developers in one place, educate them and, you know, give

## Page 219

1  them information about -- about developing on that platform,
2  which is what Kik did.
3    Q   And so this was trying to attract developers to
4  the Kin network?
5    A   You know, my scope in participating in the event
6  was an interview with Fred Wilson. So I was not there for
7  the entire time. I was there for sort of my interview time.
8    I'm not exactly sure what they were discussing at
9  the conference beyond the time that I participated in at the
10 conference.
11   MR. MITCHELL: What did you interview him about?
12   THE WITNESS: We had a general interview about
13 the state of the blockchain space and his outlook on,
14 you know, how blockchain products might be adopted and
15 some of their recent investments at Union Square
16 Ventures.
17   MR. MITCHELL: Did you talk about Kin tokens?
18   THE WITNESS: We did.
19   MR. MITCHELL: What did you talk about?
20   THE WITNESS: I believe I asked Fred, you know,
21 why he -- you know, why he backed this project or why
22 this project was interesting to him personally or, you
23 know, in the capacity of an investor at Union Square.
24   MR. MITCHELL: Why did you ask that?
25   THE WITNESS: I think -- I think it's interesting

## Page 220

1  for people to -- to understand those kinds of
2  reasonings, to better understand products.
3    MR. MITCHELL: But why for this audience?
4    THE WITNESS: I mean, as an interviewer, that's
5  my job. It's my job to interview an investor about why
6  he does what he does. And Fred Wilson is an investor.
7  He invests in projects. And I asked him why he
8  invested.
9    MR. MITCHELL: The people in the audience, they
10 were other investors?
11   THE WITNESS: No. They were members of the Kik
12 team and, to my understanding, they were kind of the
13 developer community of -- around the Kin ecosystem.
14   MR. MITCHELL: They were developers around the
15 Kin ecosystem?
16   THE WITNESS: That's my understanding, yes.
17   BY MR. LEASURE:
18   Q   Did you talk with -- at that conference, did you
19 have occasion to talk to people other than Fred Wilson who
20 were connected to or affiliated with Kik?
21   A   Yes.
22   Q   Who?
23   A   I talked with Peter Heinke.
24   Q   Tell me about that.
25   A   It was very pleasant. You know, we hadn't seen

## Page 221

1  each other for a few months in person. Said hellos. Rather
2  informal conversation.
3    Q   Did you talk about Kin, how Kin was going?
4    A   Not particularly.
5    Q   Anyone else at that conference you talked to?
6    A   There were a few staff members, I don't even know
7  their names, who were helping out with the event that I
8  interacted with on like -- on logistics and things like
9  that.
10   MR. MURTHA: Did you talk to Mr. Heinke about the
11 SEC's investigation?
12   THE WITNESS: I did not.
13   Q   Outside of that conference in this year, have you
14 talked to people from Kik?
15   A   Yeah. I believe I talked to Mr. Heinke on at
16 least one occasion by phone. I believe -- I believe our
17 team talked to Tanner this year on at least one occasion.
18   Q   Tell me about the Tanner conversation.
19   A   I can't really recall the details.
20   Q   Was it about Kin?
21   A   I can't really remember.
22   Q   Have you had discussions or contacts with people
23 from Kik about the SEC's investigation?
24   A   I don't believe so.
25   Q   Did they ever reach out to you in connection with

Page 222

```
 1    the SEC investigation?
 2        A   I think the extent to which we, you know,
 3    communicated is our engagement agreement provides that --
 4    that we were required to let them know if there was, sort
 5    of an investigation of some kind or regulatory activity.
 6    You know, we did that through our counsel and through their
 7    counsel.
 8        Q   Not directly through you?
 9        A   Not directly, uh-huh.
10        Q   Did they give you any feedback or response to
11    that?
12        A   That would be a question for our counsel.
13        Q   You never heard anything?
14        A   I'm not aware exactly what happened.
15        Q   Did anyone from Kik or Kik's counsel tell you how
16    to respond to SEC subpoenas?
17        A   From Kik's counsel?
18        Q   Correct.
19        A   Absolutely not.
20        Q   Did anyone from Kik or did Kik's counsel tell you
21    how to testify here today?
22        A   No.
23        Q   Did you meet with your counsel in preparation for
24    today's testimony?
25        A   I did.
```

Page 223

```
 1        Q   Roughly how long?
 2        A   Probably about nine hours.
 3        Q   Nine hours.  Did you review documents in advance
 4    of that -- I'm sorry.
 5            Did you review documents while you met with your
 6    counsel?
 7        A   We viewed documents.
 8        Q   Roughly how many?
 9        A   I'm not sure if that falls under attorney/client
10    privilege.
11            MR. ROSHKA:  If you recall the number of
12    documents that you looked at when you met with us.
13        A   I don't recall the exact number of documents.
14        Q   Can you give me a scope, 2, 200,000, somewhere in
15    between?
16        A   It's definitely not 200,000.
17        Q   I'm glad it wasn't 200,000.  So are we in tens of
18    documents?
19        A   I would say it would be under -- I would say it
20    would be around probably order of ten documents.
21        Q   Great.
22            A lot of the events I asked you about today dealt
23    with events a year ago, right, in 2017?
24        A   Yes.
25        Q   In reviewing documents with counsel, did they
```

Page 224

```
 1    help refresh your recollection about events in 2017?
 2        A   Some of the documents that we viewed helped to
 3    refresh my recollection, yes.
 4        Q   Okay.
 5            MR. MITCHELL:  Can I ask the about developer
 6    conference?  Did Kik run that conference?
 7            THE WITNESS:  It is my understanding that they
 8    did.
 9            MR. MITCHELL:  How many developers were in the
10    audience?
11            THE WITNESS:  I don't know.
12            MR. MITCHELL:  How many people were in the
13    audience when you were on the stage?
14            THE WITNESS:  I didn't count them.
15            MR. MITCHELL:  Okay.  Roughly how many people?
16            THE WITNESS:  It's hard to say.  I don't have any
17    particular talent for estimating numbers of people in a
18    crowd.
19            MR. MURTHA:  Where did it take place?
20            THE WITNESS:  It took place in a space in
21    Manhattan.
22            MR. MURTHA:  In what space?
23            THE WITNESS:  I don't recall the name of the
24    space.
25            MR. MITCHELL:  Was it videotaped?
```

Page 225

```
 1            THE WITNESS:  I don't know.  I don't recall.
 2            BY MR. LEASURE:
 3        Q   We have no further questions for you at this
 4    time.  Should we have additional questions for you, we will
 5    reach out to your counsel.
 6            Mr. Brukhman, is there anything you want to add
 7    or clarify to the testimony you've given today?
 8        A   I think -- I think that's fine.
 9            MR. LEASURE:  Counsel, do you have any additional
10    clarifying questions?
11            MR. ROSHKA:  No, thank you very much.
12            MR. LEASURE:  All right.  We are off the record.
13            THE VIDEOGRAPHER:  Okay.  This concludes today's
14    deposition of Jake Brukhman.  We are now off the record
15    at 4:04 p.m.
16            (Whereupon, at 4:04 p.m., the examination was
17    concluded.)
18                    * * * * *
19
20
21
22
23
24
25
```

Page 226

```
1          PROOFREADER'S CERTIFICATE
2
3    In the Matter of:  KIK INTERACTIVE
4    Witness:      Jake Brukhman
5    File Number:     HO-13388-A
6    Date:         Wednesday, July 11, 2018
7    Location:      New York, New York
8
9        This is to certify that I, Christine Boyce, (the
10   undersigned) do hereby swear and affirm that the attached
11   proceedings before the U.S. Securities and Exchange
12   Commission were held according to the record, and that
13   this is the original, complete, true and accurate
14   transcript, which has been compared with the reporting or
15   recording accomplished at the hearing.
16
17
18   _____     _____
19   (Proofreader's Name)        (Date)
20
21
22
23
24
25
26
```