# SEC71

| | |
|---|---|
| From: | Google Calendar [calendar-notification@google.com] on behalf of ted@kik.com |
| Sent: | Monday, July 10, 2017 11:41 AM |
| To: | tanner.philp@kik.com; peter@kik.com; dany.fishel@kik.com; racheli.tapuchi@kik.com; ted@kik.com; uriel@cointree.capital; oded@cointree.capital; leonid@cointree.capital; tal@cointree.capital; daniel@cointree.capital |
| Subject: | [Update] Kin challenges: MSB and scalability |

Thank you everyone for the call today, as it provided helpful context for our 2 day executive offsite that we are starting tomorrow - I'm glad that scale is not as big of an issue as I though it might be.

For next steps, my biggest concern is getting the Reward Engine and developer platform in market ASAP. The reason for this is because whoever gets the Reward Engine in market first, will get developers first, which will grow the value of the currency, which will grow the value of the daily payout, which will lead to even more developers and even more momentum. Long story short, whoever gets the Reward Engine going first could quickly lock in a network effect that could become unstoppable. We want that to be us.

In order to get in market first, the question I am now asking myself is "what are all the options to achieve the following 3 objectives in the least amount of time":

1. Get 1,000 developers building Kik bots that provide ways to earn and spend Kin inside of Kik through bots (bots aren't as feature rich as apps, but they are faster for developers to build, easier for users to try, and we already have most of the platform in place today)
2. Get those bots used by 10,000 Kik power users that are each earning or spending through one of those bots at least once a day (we don't need all the users on day one, just enough users to provide a fair evaluation of which bots deserve what portion of the daily reward payout)
3. Get the Reward Engine paying out Kin to those developers each day in a way that is broadly perceived as fair (this will create momentum in the developer market, which will lead to a growing market cap, which will lead to even more and better experiences for users)

I would like to know what this group recommends as the top 3 ways to achieve the 3 objectives in the least amount of time, and what the pros and cons of each approach are.

I know there is a lot going on so I will leave it to Dany to figure out what is the best time to tackle this question and what is the best time to schedule a follow up meeting.

Thanks for all your help, and looking forward to the next discussion.

Ted

**Kin challenges: MSB and scalability**
Let's meet via VidyoCloud!

Join 9956205595948 at kik.vidyocloud.com using any of the following options:

- Join via Desktop or Mobile device: https://kik.vidyocloud.com/join/uxFds6PJJf
- Join via Phone in North America: (800) 208-0751x9956205595948
- Join via Phone in Israel: tel://+972-37-219-674,9956205595948*#

- For local access numbers outside of North America, please see https://support.vidyocloud.com/hc/en-us/articles/115003788268-



EXHIBIT 184
WIT:
DATE: 9/21/18
Melinda Johnson, CSR

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00002106

VidyoCloud-Voice-Access-Numbers

Need help getting started? Check out the Vidyo Knowledge Center at http://www.vidyo.com/knowledge-center/

| | |
|---|---|
| When | Mon Jul 10, 2017 9am – 10am Eastern Time - Toronto |
| Where | https://kik.vidyocloud.com/join/uxFds6PJJf, Tel-Aviv meeting room (map) |
| Video call | https://plus.google.com/hangouts/_/kik.com/kin-challenges |
| Who | - racheli.tapuchi@kik.com - organizer<br>- Peter Heinke<br>- uriel@cointree.capital<br>- leonid@cointree.capital<br>- tal@cointree.capital<br>- dany.fishel@kik.com<br>- daniel@cointree.capital<br>- oded@cointree.capital<br>- ted@kik.com<br>- Tanner Philp |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00002107