# SEC76

| | |
|---|---|
| From: | Ted Livingston [ted@kik.com] |
| Sent: | 9/7/2017 3:57:01 PM |
| To: | Peter Heinke [peter@kik.com]; William Mougayar [███████] |
| Subject: | Re: Kin |

**EXHIBIT 146** 19-cv-5244-AKH

Great :)

On Thu, Sep 7, 2017 at 9:56 AM William Mougayar <███████> wrote:
;)

--
Watch videos from The Token Summit in New York May 25
https://www.youtube.com/channel/UClKav1eOR8D825wY5PBYFUA

Read my best-seller, The Business Blockchain
http://thebusinessblockchain.com
--------------------------
William Mougayar
Founder, Startup Management

c: ███
e: ███
t: @███ and @startupmanage
blog: http://startupmanagement.org/blog

---------- Forwarded message ----------
From: "Vitalik Demin" <███>
Date: Sep 7, 2017 9:51 AM
Subject: Kin
To: "William Mougayar" <███>
Cc:

Sir, I sent you a message on Telegram but not sure how often you check in. I just wanted to let you know that I was very excited to watch your fireside chat with Ted and also to find out that you're an investor. I was planning to invest in Kin and that video made me even more confident!

Thank you for what you're doing! This is so beneficial for the entire ecosystem.

Vitalik







--

e: ted@kik.com
k: ted



Confidential Treatment Requested

MMLWM-00000889