# SEC79

| | |
|---|---|
| **From:** | Eran Ben Ari <eran.ben.ari@kik.com> |
| **Sent:** | Saturday, June 10, 2017 1:09 PM |
| **To:** | Martha Funston <martha@kik.com> |
| **Cc:** | Erin Clift <erin@kik.com>; Peter Heinke <peter@kik.com>; Ted Livingston <ted@kik.com>; Dany Fishel <dany@kik.com> |
| **Subject:** | Re: Crypto MVP/Alpha |

Hi all,

Jairaj has been working on the Kin MVP, an essential step in having a successful TDE. This MVP will show the first part of functionality within Kik for crypto wallet holders. It will be merged into Kik Android and iOS versions in the next few days and will be implemented as an A/B test (turned off by default). The MVP high level spec can be found <u>here</u>. **Martha** will notify everyone once it is live after QA.

Since this MVP was developed in TLV, but has broader implications for the product (settings menu, stickers packs, users tiers) QA will commence in both TLV and in Waterloo using the different sets of sanity tests. Testing will occur in 3 separate stages: 1) as part of the build in iOS and in Android; 2) when it goes live but before it is switched on (wallet cannot be accessed); 3) after it is switched on and wallet and functionality should be working as planned. Leading team to conduct testing should be the TLV QA team with the assistance of Waterloo QA team. Person responsible for this is Martha.

Thanks,

On Mon, Jun 5, 2017 at 10:11 PM, Eran Ben Ari <eran.ben.ari@kik.com> wrote:
> hi all,

> Below is a link to the spec I wrote a few weeks back. This was approved by Nanacy and later used as the basis for what Jairaj implemented within Kik (AFAIK we are now waiting for the stickers from Phil and Ilan).

> This definition was written with one purpose only: **COMPLIANCE**. This is NOT an MVP for product purposes, nor to satisfy any good user experience for crypto participants. We discussed that once we integrate Kin into Kik we will rebuild the entire product bottom up and the MVP will not be used in any way.

> https://docs.google.com/document/d/1tyf_0eTgqjS0SAN-lSHfcAu1feQGnONG1OxGpZP_A60/edit
> --

> Thanks,
> Eran

> Kik: eran5000

--
Thanks,
Eran

Kik: eran5000


EXHIBIT 194
WIT:
DATE: 10-23-18
Melinda Johnson, CSR

FOIA Confidential Treatment Requested
By Kik Interactive Inc.