SEC80

| | |
|---|---|
| **From:** | Ilan Leibovich <ilan.leibovich@kik.com> |
| **Sent:** | Tuesday, June 27, 2017 8:02 AM |
| **To:** | Phillip Yang <phillip.yang@kik.com> |
| **Subject:** | Re: Crypto Stickers |

Basically it doesn't really matter. The whole point is to make our legal department happy, not the users (who are actually investors and probably could care less that they got a sticker pack for their $10K investment into KIN).

The problem with the last set was only that they were sexiest. It's a general problem and not related to Crypto :)

These were the guidelines in Slack:

1. Unique - never used in Kik before
2. Not branded - created by an artist working with us
3. Won't be used in Kik in the future - other for users with the crypto wallet
4. 6 Pack - VIP -> bronze -> silver -> gold -> platinum -> diamond
5. Ted - let's try to make the content feel like a way to express your status rather than like premium content. Like when I share this with someone I'm basically bragging about my status level rather than using great content. If the same content was unlockable for everyone then it wouldn't have nearly as much value (as opposed to good content which has inherent value regardless of scarcity)

So I'm thinking maybe something around money. Maybe luxury items like airplane in silver, jeep, gold necklace, poker chips, diamonds, rings, wine bottle, suit, watch, etc.

VIP stickers can have "VIP" tag on them, bronze can be in bronze, silver in silver, etc.

That's my thinking anyway.

He could try a few directions and then we'll check with the relevant people.

On Tue, Jun 27, 2017 at 5:47 PM, Phillip Yang <phillip.yang@kik.com> wrote:
Hi Ilan,

I was wondering if you could share a little more detail on how you want the crypto stickers to be. I know the ones I sent were a bit too sexist - so I want to ensure our artist can create exactly the right specs and content for you.

I know it's "tier based" based off of status, but I think that may be difficult if we're not focused on spending etc. My thoughts were just creating different sets of animal based stickers or characters with various emotions based off of the top emotions used on our platform by users?

Let me know and I can get our artist to re-do and get cranking asap.

--
**Phillip Yang**
Sr. Program Manager
kik
T: 484-620-6559
Kik: @geekyyang



EXHIBIT
**76**
19-cv-5244-AKH

EXHIBIT _76_
WIT _Ilan Leibovich_
DATE _Dec. 19, 2019_
BRENDA MATZOV CA CSR 9243



EXHIBIT _98_
WIT:
DATE: _3/16/18_
Melinda Johnson, CSR

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00060737