# SEC91

| | |
|---|---|
| **From:** | Rod McLeod <rod@kik.com> |
| **Sent:** | Wednesday, May 24, 2017 12:56 PM |
| **To:** | Jake Brukhman <jake@coinfund.io> |
| **Cc:** | Uriel Peled <uriel@cointree.capital>; Ory Band <ory.band@kik.com>; Tanner Philp <tanner.philp@kik.com>; Ted Livingston <ted@kik.com>; Peter Heinke <peter@kik.com>; Dany Fishel <dany@kik.com>; erin <erin@kik.com>; Oded Noam <oded@cointree.capital>; alex@coinfund.io; eran@kik.com; Ilan Leibovich <ilan@kik.com>; jairaj.sethi@kik.com <jairaj@kik.com>; Ashley Goldstein <ashley.goldstein@kik.com> |
| **Subject:** | Re: Community management responsibilities |

Makes sense. Ashley will be sending over details for tomorrow in a bit.

On Wed, May 24, 2017 at 2:05 PM, Jake Brukhman <jake@coinfund.io> wrote:
> Thanks Uriel, sounds good.
>
> Can we make sure to:
>
> 1. Get clear guidelines from Kik's legal team about what is and is not off limits to talk about with respect to the sale and investments?
> 2. Let everyone know where the FAQ documents are going to be, so everyone can reference them when needed?
>
> Thanks,
> Jake
>
>> On May 24, 2017, at 1:10 PM, Uriel Peled <uriel@cointree.capital> wrote:
>>
>> Hi all, after discussing with Dany we would like to propose the following responsibilities:
>>
>> We would like to divide into two time zones, 3 topic categories and 2 tier support (tier1 = direct answer to community, tier2 = internal help with Q&A for which we have the internal slack group "crypto-faq").
>>
>> Tel Aviv:
>> Product & technology:
>> Tier1 - Uriel, Ori
>> Tier2 - Oded, Ilan, Jairaj
>>
>> Marketing & Kik product:
>> Tier1 - Uriel, Ori
>> Tier2 - Eran, Jairaj
>>
>> Foundation, sale structure & allocation:
>> Tier1 - Uriel, Ori
>> Tier2 - Dany
>>
>> NYC:
>> Product & technology:
>> Tier1 - Tanner, Jake
>> Tier2 - Alex

EXHIBIT 120
WIT: HO-13388
DATE: 8/21/18
Tasiana Basdekis, RPR

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00025159

Marketing & Kik product:
Tier1 - Tanner, Jake, Rod
Tier2 - Erin

Foundation, sale structure & allocation:
Tier1 - Tanner, Jake
Tier2 - Ted, Peter

Key guidelines:
- Be very cautious about answering anything related to investments.
- Be very cautious about answering anything currently not in the white paper.

Let me know if any feedback on the above.

@Tanner, @Jake lets sync before announcement on this?

Best!
Uriel

--
Jake Brukhman
jake@coinfund.io

CoinFund

(Blockchain technology research &
cryptoasset investments.)

http://coinfund.io
Brooklyn, NY

--
**Rod McLeod**
Sr. Director of Communications at Kik
Mobile:
Kik:

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00025160