# SEC94

| | |
|---|---|
| From: | Tanner Philp [tanner@kik.com] |
| Sent: | 9/6/2017 4:02:57 AM |
| To: | William Mougayar [ ] |
| Subject: | Re: Kin Update and Next Steps |

Great, thanks very much William!

On Tue, Sep 5, 2017 at 10:43 PM, William Mougayar < > wrote:
I just submitted the KIN form too and received the email confirmation back.
100K USD
(note the legal name is Walid Mougayar)

thanks.

On Thu, Aug 31, 2017 at 11:03 AM, Tanner Philp <tanner@kik.com> wrote:
Awesome, thank you!

On Thu, Aug 31, 2017 at 9:41 AM, William Mougayar < > wrote:
OK. My address is:

thanks.

On Wed, Aug 30, 2017 at 3:44 PM, Tanner Philp <tanner@kik.com> wrote:
Hey William,

There is a form we are using for pre-sale participants as entities, but there are only a couple of pre-sale participants as individuals so we are just getting you guys to register in the same portal to collect the ETH address and info for KYC. Don't worry about the amount field - you can put 100k.

The info for the OSC is a little more time sensitive so just wanted to grab that off you via email now as the form isn't due til 09/05

CoinList was great and would definitely recommend them. We didn't use them for the full process as they had bandwidth constrains with the Filecoin deal going on, but if we were doing the sale right now we'd use them. Happy to make an intro with the team there if you would like.

Thanks,
Tanner

On Wed, Aug 30, 2017 at 3:35 PM, William Mougayar < > wrote:
ok. thanks for the update, and congrats on the announcement.

That form you linked to is the public sale form. That's the one to use for pre-sales too? So, in the amount field, do I put in there the amount already sent or something else? And it does have the address as a field, so do I still need to give you my address as per "need is the address of Canadian investors for an extra level of reporting for the OSC."



EXHIBIT
141
19-cv-5244-AKH

Confidential Treatment Requested

MMLWM-00000877

btw- wanted to ask you - did you use Coinlist just for the accredited investors step for pre-sales only?
Curious why didn't you use them to collect the monies too, like Filecoin did? And how much did they charge you for their service?
I'm asking because i'm planning another ICO that could use them possibly.

William

On Wed, Aug 30, 2017 at 3:26 PM, Tanner Philp <tanner@kik.com> wrote:
Hey William,

First and foremost, amazing job at the meet-up in Toronto - there was a lot of great feedback.

Apologies on the delay in getting the executed SAFT out to you - waiting on the law firm to process a couple more things. The one outstanding item is that they actually need is the address of Canadian investors for an extra level of reporting for the OSC. When you get a chance would you mind sending that over? Additionally, here is the email on next steps I have been sending to all of the pre-sale investors - there are a couple of action items in there if you are able to execute by September 5, that would be great.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

## Sale Metrics

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

Structure

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need you to follow this form to provide us with your Ethereum address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Confidential Treatment Requested

MMLWM-00000878

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure.

Thanks again for your continued support -- if you have any questions, please let me know. I can be reached by email or by phone at ███

Best,

Tanner

--
<u>Videos</u> from the <u>The Token Summit</u> in New York
<u>My book</u>, The Business Blockchain
Check out the <u>book site</u> and latest reviews on it.

--------------------------------
William Mougayar
Founder, Startup Management

c: 
and @startupmanage

Confidential Treatment Requested

blog: Startup Management

--

Videos from the The Token Summit in New York
My book, The Business Blockchain
Check out the book site and latest reviews on it.

---------------------------
William Mougayar
Founder, Startup Management

c: [redacted]

[redacted] and @startupmanage
blog: Startup Management

--

Videos from the The Token Summit in New York
My book, The Business Blockchain
Check out the book site and latest reviews on it.

------------------------
William Mougayar
Founder, Startup Management

c: [redacted]

[redacted] and @startupmanage
blog: Startup Management