# SEC95

| **From:** | Tanner Philp <tanner@kik.com> |
|---|---|
| **Sent:** | Tuesday, August 29, 2017 7:32 PM |
| **To:** | Dan Morehead <dan@panteracapital.com>; Matt Gorham <Matt@panteracapital.com>; Paul Veradittakit <paul@panteracapital.com> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey guys,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. Obviously a couple small changes to our timelines today but it all turned out alright. We announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at █████████

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 7:34 PM |
| **To:** | Spencer Bogart <spencer@blockchain.capital> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Spencer,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019226

| **From:** | Tanner Philp <tanner@kik.com> |
|---|---|
| **Sent:** | Tuesday, August 29, 2017 7:35 PM |
| **To:** | Michael Hourigan <mhourigan@fortress.com> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Michael,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019242

| **From:** | Tanner Philp <tanner@kik.com> |
|---|---|
| **Sent:** | Tuesday, August 29, 2017 7:36 PM |
| **To:** | Steven Nerayoff <▮▮▮▮▮▮▮▮▮▮▮▮▮> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Steven,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019258

| From: | Tanner Philp <tanner@kik.com> |
|---|---|
| Sent: | Tuesday, August 29, 2017 7:41 PM |
| To: | Ryan Roebuck <rr@xdl.com>; Dennis Bennie <dennis@xdl.com> |
| Subject: | Kin Update and Next Steps |
| Attach: | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey guys,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019274

| From: | Tanner Philp <tanner@kik.com> |
|---|---|
| Sent: | Tuesday, August 29, 2017 7:46 PM |
| To: | Lior Yakoel <███████████████> |
| Subject: | Kin Update and Next Steps |
| Attach: | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Lior,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among-successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ███████████

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| From: | Tanner Philp <tanner@kik.com> |
|---|---|
| Sent: | Tuesday, August 29, 2017 7:48 PM |
| To: | Nofar Lenchner <nofarl@nsogroup.com> |
| Subject: | Kin Update and Next Steps |
| Attach: | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Nofar,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among-successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 7:49 PM |
| **To:** | Ryan Zurrer <rzurrer@polychain.capital>; Olaf Carlson-Wee <Olaf@polychain.capital> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf |

Hey guys,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public (thanks Ryan for the quote!): press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among-successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at 

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019322

| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 7:51 PM |
| **To:** | Shelly Hod Moyal <shelly@iangels.co>; Lilach Danewitz <lilachd@iangels.co> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Shelly and Lilach,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019326

| From: | Tanner Philp <tanner@kik.com> |
| Sent: | Tuesday, August 29, 2017 7:57 PM |
| To: | Ken Seiff < ▮▮▮▮▮▮▮ > |
| Subject: | Kin Update and Next Steps |
| Attach: | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Ken,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will  be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮

Looking forward to catching up next week!

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| From: | Tanner Philp <tanner@kik.com> |
|---|---|
| Sent: | Tuesday, August 29, 2017 7:59 PM |
| To: | Alexander Shelkovnikov < ▮▮▮▮▮▮▮▮▮▮ > |
| Subject: | Kin Update and Next Steps |
| Attach: | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Alex,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019358

| From: | Tanner Philp <tanner@kik.com> |
|---|---|
| Sent: | Tuesday, August 29, 2017 8:03 PM |
| To: | Chin Jonathan <jonchin@betaworks.com>; Matthew Hartman <m@betaworks.com>; Borthwick John <john@betaworks.com>; Patrick Montague <p@betaworks.com> |
| Subject: | Kin Update and Next Steps |
| Attach: | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey guys,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▓▓▓▓▓▓▓▓
I'm in New York next week - if you have any availability it would be great to connect in person and talk about next steps with Kin beyond just the sale. Let me know!

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 8:07 PM |
| **To:** | Mitchell Dong <mldong@pgix.com> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey Mitchell,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 8:10 PM |
| **To:** | Patrick Gallagher <​███████████​>; michael arrington <​███████​> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey guys,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process for CrunchFund, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records.

**Michael,** for your individual contribution, if you could register this form you can avoid the two forms attached.

If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ███████████

Best,

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00019407

| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 8:14 PM |
| **To:** | Netta Korin <■■■■■■■■■■■■> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | myetherwallet_guide.pdf |

Hey Netta,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need you to follow this form to provide us with your Ethereum address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ■■■■■■■■

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 8:23 PM |
| **To:** | Eyal Miller < ■■■■■■■■■■■■ > |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | myetherwallet_guide.pdf |

Hey Eyal,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among-successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need you to follow this form to provide us with your Ethereum address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ■■■■■■■■

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 8:23 PM |
| **To:** | zeev.bregman < ▮▮▮▮▮▮▮▮▮ > |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | myetherwallet_guide.pdf |

Hey Zeev,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
    - Pre-sale: $50mm (30% discount)
    - Public: $75mm

**Structure**

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need you to follow this form to provide us with your Ethereum address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, August 29, 2017 8:24 PM |
| **To:** | Michael Karnjanaprakorn <michael@skillshare.com>; David Chan<br>< ████████████ > |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | myetherwallet_guide.pdf |

Hey guys,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

**Sale Metrics**

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

**Structure**

- Pre-registration now open: will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need you to follow this form to provide us with your Ethereum address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ████████████

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| **From:** | Tanner Philp <tanner@kik.com> |
|---|---|
| **Sent:** | Tuesday, August 29, 2017 8:27 PM |
| **To:** | Ben Tran <ben@cryptowealthcapital.com>; Aaron Grinhaus <aaron@cryptowealthcapital.com>; Anton Polski <anton@cryptowealthcapital.com>; Cathy Kollar <▮▮▮▮▮▮▮▮▮▮▮▮>; stash <stash@inwentash.ca> |
| **Subject:** | Kin Update and Next Steps |
| **Attach:** | Ethereum Address Submission.docx; Kin Participant Due Diligence Form.pdf; myetherwallet_guide.pdf |

Hey guys,

First and foremost, thank you for your support in the Kin pre-sale. We are honoured to work with an amazing group of supporters and sincerely appreciate your commitment to the Kin ecosystem. We have just announced the details of the sale to the public: press release - here; and Medium post - here.

We wanted to share the key highlights with you as well as discuss next steps as we get closer to the TDE date.

**Sale Date and Time:** The sale will begin on 09/12 at 9:00 a.m. ET

### Sale Metrics

- Total cap: $125mm
  - Pre-sale: $50mm (30% discount)
  - Public: $75mm

### Structure

- Pre-registration now open; will close 09/09 at 9:00 a.m. ET
- We'll allocate $75mm proportionally among successful registrants
- Sale opens 09/12 at 9am; participants will have 24 hours to contribute up to their individual caps
- After 24 hours, any remaining Kin will be reallocated via an open sale to registered participants (subject to limitations on amount as Kik may determine in its discretion).
- **Note:** this guarantees: 1) broad and fair distribution and 2) a responsible cap

At the close of the public sale, tokens will then be distributed, including your allocation. In order to complete this process, we will need the attached forms filled out which includes your Ether address, as well as KYC information for our compliance records. If you could have this to us by 09/05 this will give us time to process and confirm details.

Prior to the token distribution event, we'll set-up a time to run a test transaction to ensure everything is secure. I've attached our official MyEtherWallet guide for reference – if you need any assistance, please let me know and I'd be happy to connect for a call.

Thanks again for your continued support – if you have any questions, please let me know. I can be reached by email or by phone at ▮▮▮▮▮▮▮

Best,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.