# SEC99



# Kin token distribution event starts today

September 12, 2017



**WATERLOO, Ontario** – Sept. 12, 2017 – Kik Interactive, the creator of the popular chat platform Kik, today announced the Kin token distribution event (TDE) will commence on Sept. 12, 9:00 a.m. ET. To date, 17,075 individuals from 139 countries have registered to participate in the token sale, in which Kik will look to raise a total of US$125 million.

TDE participants will have 24 hours starting on Sept. 12, 9:00 a.m. ET to participate up to US$4,393. This individual cap was determined by dividing the available US$75 million by the total number of registrants. In doing this, we are guaranteeing that not all of the US$75 million will be sold — registered participants who later decide not to participate at all or at the or maximum participation cap will result in unsold tokens. On Sept. 13, 9:00 a.m. ET, these unsold tokens will be sold in a subsequent sale for registered participants who would like to buy more. The maximum participation cap will be incrementally raised over the first hour and then be removed until all tokens are sold.

Kik has already raised US$50 million in a presale round, leaving 512 billion Kin tokens valued at US$75 million available for the public token sale. Notable participants of the pre-sale included Blockchain Capital, P Polychain Capital.

Only those who completed registration before Sept. 9 can which will only take place on kin.kik.com.

**About Kik:**

Kik Interactive Inc. connects the world through chat. The ( of Kik, a chat platform popular with U.S. teens where peop friends and connect with chat-based services. Founded in Inc. is headquartered in Waterloo, Ontario, Canada. For m please visit kik.com



EXHIBIT
94



### Share this article



### Recommended Posts



**Kik Launches New Ways to Earn and Spend Kin**

June 27, 2018

**Kik Partners with Crisis Text Line**

April 18, 2018

**Kik Forms Independent Safety Advisory Board**

December 06, 2017

Get Kik news straight to your inbox.

joe@gmail.com      Go

Follow us on Social.

**KIK**
Features
About
Careers
News
Contact

**COMMUNITY**
Kik <3 Blog
Help Center
Safety Center
Law Enforcement

**PARTNERS**
For Brands
For Developers
Case Studies
Resource Hub

7/25/2018                                    Kin token distribution event starts today



