# SEC100

# Kik raises nearly US$100 million in Kin token distribution event

September 26, 2017



**WATERLOO, Ontario – Sep. 26, 2017-** Kik Interactive, the creator of the popular chat platform Kik, has announced the Kin token distribution event (TDE) has successfully ended raising nearly US$100 million. More than 10,000 people from 117 countries participated in the token sale, immediately making Kin one of the most widely held cryptocurrencies in the world.

"We wanted as many people as possible to participate in the Kin token distribution event. Based on the outpouring of support leading up to and during the event, we clearly achieved that goal," said Ted Livingston, founder and CEO of Kik. "We envision Kin as the foundation for a decentralized ecosystem of digital services, starting with Kik, and we couldn't be more thrilled than to build this new future together with you."

Kin is an ERC20 token on the Ethereum blockchain that will be integrated into Kik as the primary transaction currency. By integrating Kin into Kik's chat platform, which has millions of users, to drive mainstream consumer adoption, Kin has the potential to become the most adopted and used cryptocurrency in the world. Eventually, the Kin Rewards Engine, an innovative cryptoeconomic structure intended to promote the use of Kin as a common currency, administered by the Kin Foundation, will foster the creation and development of a worldwide, decentralized ecosystem of digital services.

For more information on Kin, please visit: kin.kik.com.

**About Kik:**

Kik Interactive, Inc., connects the world through chat. The company is the maker of Kik, a chat platform popular with U.S. teens where people can chat with friends and connect with chat-based services. Founded in 2009, Kik Interactive, Inc. is headquartered in Waterloo, Ontario, Canada. For more information, please visit kik.com.

**Share this article**


EXHIBIT 95

7/25/2018    Kik raises nearly US$100 million in Kin token distribution event

    

**Recommended Posts**

| Kik Launches New Ways to Earn and Spend Kin | Kik Partners with Crisis Text Line | Kik Forms Independent Safety Advisory Board |
|---|---|---|
| June 27, 2018 | April 18, 2018 | December 06, 2017 |

**Get Kik news straight to your inbox.**

joe@gmail.com    [ Go ]

**Follow us on Social.**

| KIK | COMMUNITY | PARTNERS | PLATFORM |
|---|---|---|---|
| Features | Kik <3 Blog | For Brands | Developer Blog |
| About | Help Center | For Developers | Bot Shop |
| Careers | Safety Center | Case Studies | Bot Support Center |
| News | Law Enforcement | Resource Hub | |
| Contact | | | |

**Download the Kik app now**

7/25/2018      Kik raises nearly US$100 million in Kin token distribution event

Terms of Service    Privacy Policy    © 2018 Kik Interactive. All rights reserved.

View High Contrast Site

