# SEC101

| From: | Tanner Philp [tanner@kik.com] |
|---|---|
| Sent: | 9/26/2017 6:29:32 PM |
| To: | William Mougayar [ ] |
| Subject: | Token Distribution |



EXHIBIT 149
19-cv-5244-AKH

Hey William,

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- 59.43% pre-sale
- 40.57% public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.

As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.

As always, if you have any questions, please feel free to reach out via email.

Many thanks,

Tanner



[table illegible]