# SEC102

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 11:19 AM |
| **To:** | Spencer Bogart <spencer@blockchain.capital>; W Bradford Stephens <brad@blockchain.capital> |
| **Subject:** | Token Distribution |

Hey guys,

First and foremost, thanks for the time last week - it was all extremely helpful feedback.

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.

As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.

As always, if you have any questions, please feel free to reach out via email.

Many thanks,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00020141

| | |
|---|---|
| From: | Tanner Philp <tanner@kik.com> |
| Sent: | Tuesday, September 26, 2017 11:23 AM |
| To: | Alex Felix <felix@coinfund.io>; Team <team@coinfund.io> |
| Subject: | Token Distribution |

Hey guys,

*(You probably already know this anyways, but sending through the same update to you guys to keep you in the loop.)*

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.


As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.


As always, if you have any questions, please feel free to reach out via email.


Many thanks,

Tanner

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 11:23 AM |
| **To:** | Steven Nerayoff <█████████>; Steven Nerayoff <steven@mapleventures.com> |
| **Subject:** | Token Distribution |

Hey Steven,

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.


As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.


As always, if you have any questions, please feel free to reach out via email.


Many thanks,

Tanner

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 11:24 AM |
| **To:** | Patrick Gallagher <​​​​​​​​​​​​​​​> |
| **Subject:** | Token Distribution |

Hey Patrick,

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.

As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.

As always, if you have any questions, please feel free to reach out via email.

Many thanks,

Tanner

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 11:28 AM |
| **To:** | Olaf Carlson-Wee <Olaf@polychain.capital>; Ryan Zurrer <rzurrer@polychain.capital> |
| **Subject:** | Token Distribution |

Hey guys,

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.

As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.

As always, if you have any questions, please feel free to reach out via email. Would be good to catch-up soon and talk about next steps with the ecosystem. We are starting with a small group of airdropped users but will be scaling that quickly; I know you both have expertise in this area and Kin specific thoughts as well.

Many thanks,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00020145

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 11:30 AM |
| **To:** | William Mougayar <​​​​​​​​​​​​​​​​​​​​​​​​​​​​> |
| **Subject:** | Token Distribution |

Hey William,

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.


As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.


As always, if you have any questions, please feel free to reach out via email.


Many thanks,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00020146

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 11:30 AM |
| **To:** | Wences Casares <​────────────> |
| **Subject:** | Token Distribution |

Hey Wences,

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.

As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.

As always, if you have any questions, please feel free to reach out via email.

Many thanks,

Tanner

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 11:34 AM |
| **To:** | Ken Seiff <​█████████> |
| **Subject:** | Token Distribution |

Hey Ken,

The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 48-72 hours.


As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.


As always, if you have any questions, please feel free to reach out via email.


Many thanks,

Tanner

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 1:01 PM |
| **To:** | John C. Kelleher <​────────────​> |
| **Subject:** | Token Distribution |

Hey John,

I hope all is well. The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (included pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

Based on your $50,000 contribution, your allocation is as follows:

$$\text{Your Total Allocation} = \left( \left( \frac{\$50,000}{\$59,000,000} \right) \times \frac{\left( \frac{\$50M}{0.7} \right)}{\left( \left( \frac{\$50M}{0.7} \right) + \$48.8M \right)} \right) \times 1\text{Trillion} = 594,296,292 \text{ Kin}$$

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 24-48 hours.

As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.

I'm going to be in Toronto for the better part of next week – do you have any availability? Would be great to connect in person. I can show you how to access exchanges and what the rest of the landscape looks like outside of just Kin.

Talk soon,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00020149

| | |
|---|---|
| **From:** | Tanner Philp <tanner@kik.com> |
| **Sent:** | Tuesday, September 26, 2017 1:05 PM |
| **To:** | David Jackson <Djackson@hydropoolhottubs.com> |
| **Subject:** | Token Distribution |

Hey Dave,

I hope all is well. The token distribution event closed this morning. Here's a quick look at the results:

- $98.76M total raise (inclusive of pre-sale and public sale)
- Over 10,000 total participants from 117 countries

The hard cap for the sale was $125M. In order to maintain the 1T supply, the remaining allocation in the sale is being redistributed proportionally to all sale participants, while also maintaining the 30% discount to pre-sale participants. As such, the split of the 1trillion tokens netted out to:

- **59.43%** pre-sale
- **40.57%** public sale

Based on your $50,000 contribution, your allocation is as follows:

$$Your\ Total\ Allocation = \left(\left(\frac{\$50,000}{\$50,000,000}\right) \times \frac{\left(\frac{\$50M}{0.7}\right)}{\left(\left(\frac{\$50M}{0.7}\right) + \$48.8M\right)}\right) \times 1\ Trillion = 594{,}296{,}292\ Kin$$

The distribution of tokens is coming through in two instalments. The first, which you should see in your wallet now, is your proportional allocation of tokens of the initial 488B tokens allocated to the pre-sale cohort under the assumption of a full $125M sale. The second instalment is the redistribution of unsold tokens and you will see that in the next 24-48 hours.

As a reminder, per the terms of the SAFT, 50% of your allocation is locked up for 1 year. That 50% is sitting in a vesting trustee; we will follow-up with instructions on how to see that allocation and how to access that once they have vested.

As always, if you need anything please feel free to reach out.

Many thanks,

Tanner

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00020150
FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00020150