# SEC103

**EXHIBIT 62**
19-cv-5244-AKH



Innovation, Science and Economic Development Canada
Corporations Canada

Innovation, Sciences et Développement économique Canada
Corporations Canada

# Certificate of Incorporation
*Canada Not-for-profit Corporations Act*

# Certificat de constitution
*Loi canadienne sur les organisations à but non lucratif*

**KIN ECOSYSTEM FOUNDATION**

Corporate name / Dénomination de l'organisation

[REDACTED]

Corporation number / Numéro de l'organisation

I HEREBY CERTIFY that the above-named corporation, the articles of incorporation of which are attached, is incorporated under the *Canada Not-for-profit Corporations Act*.

JE CERTIFIE que l'organisation susmentionnée, dont les statuts constitutifs sont joints, est constituée en vertu de la *Loi canadienne sur les organisations à but non lucratif*.

*Virginie Ethier*

**Virginie Ethier**
Director / Directeur

**2017-09-12**
Date of Incorporation (YYYY-MM-DD)
Date de constitution (AAAA-MM-JJ)



Canadä



EXHIBIT 188
WIT:
DATE: 9/21/18
Melinda Johnson, CSR

FOIA Confidential Treatment Requested By Kik Interactive Inc.

KIK001071

Innovation, Science and Economic Development Canada
Corporations Canada

Innovation, Sciences et Développement économique Canada
Corporations Canada

**Form 4001**
**Articles of Incorporation**
*Canada Not-for-profit Corporations Act (NFP Act)*

**Formulaire 4001**
**Statuts constitutifs**
*Loi canadienne sur les organisations à but non lucratif (Loi BNL)*

1. Corporate name
   Dénomination de l'organisation
   **KIN ECOSYSTEM FOUNDATION**

2. The province or territory in Canada where the registered office is situated
   La province ou le territoire au Canada où est maintenu le siège
   **ON**

3. Minimum and maximum number of directors
   Nombres minimal et maximal d'administrateurs
   **Min. 1    Max. 10**

4. Statement of the purpose of the corporation
   Déclaration d'intention de l'organisation
   **See attached schedule / Voir l'annexe ci-jointe**

5. Restrictions on the activities that the corporation may carry on, if any
   Limites imposées aux activités de l'organisation, le cas échéant
   **None**

6. The classes, or regional or other groups, of members that the corporation is authorized to establish
   Les catégories, groupes régionaux ou autres groupes de membres que l'organisation est autorisée à établir
   **See attached schedule / Voir l'annexe ci-jointe**

7. Statement regarding the distribution of property remaining on liquidation
   Déclaration relative à la répartition du reliquat des biens lors de la liquidation
   **See attached schedule / Voir l'annexe ci-jointe**

8. Additional provisions, if any
   Dispositions supplémentaires, le cas échéant
   **See attached schedule / Voir l'annexe ci-jointe**

9. Declaration: I hereby certify that I am an incorporator of the corporation.
   Déclaration : J'atteste que je suis un fondateur de l'organisation.

   Name(s) - Nom(s)                          Original Signed by - Original signé par

   Peter Heinke                              Peter Heinke
                                             Peter Heinke

A person who makes, or assists in making, a false or misleading statement is guilty of an offence and liable on summary conviction to a fine of not more than $5,000 or to imprisonment for a term of not more than six months or to both (subsection 262(2) of the NFP Act).

La personne qui fait une déclaration fausse ou trompeuse, ou qui aide une personne à faire une telle déclaration, commet une infraction et encourt, sur déclaration de culpabilité par procédure sommaire, une amende maximale de 5 000 $ et un emprisonnement maximal de six mois ou l'une de ces peines (paragraphe 262(2) de la Loi BNL).

You are providing information required by the NFP Act. Note that both the NFP Act and the *Privacy Act* allow this information to be disclosed to the public. It will be stored in personal information bank number IC/PPU-049.

Vous fournissez des renseignements exigés par la Loi BNL. Il est à noter que la Loi BNL et la *Loi sur les renseignements personnels* permettent que de tels renseignements soient divulgués au public. Ils seront stockés dans la banque de renseignements personnels numéro IC/PPU-049.

Canada                                                                    IC 3419 (2008/04)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK001072

## Schedule "A"

6. Statements of Purpose:

(a) To develop an open ecosystem of digital services, including establishing a fair and transparent governance process, devoting resources to foster an environment of innovation, and directing and funding the development of tools to build, grow and create value within the ecosystem.

(b) To accumulate from time to time part of the fund or funds of the Corporation and income thereon subject to any statutes or laws from time to time applicable;

(c) To invest the funds of the Corporation pursuant to the Trustee Act (Ontario) if applicable; and

(d) To invest and re-invest the funds of the Corporation in such manner as may be determined by the directors, and in making such investments, the directors shall not be limited to the investments authorized by law for trustees, provided such investments are reasonable, prudent and sagacious under the circumstances and do not constitute, either directly or indirectly, a conflict of interest.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK001073

## Schedule / Annexe
## Classes of Members / Catégories de membres

The corporation is authorized to establish one class of members. Each member shall be entitled to receive notice of, attend and vote at all meetings of the members of the Corporation.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK001074

## Schedule / Annexe

**Distribution of Property on Liquidation / Répartition du reliquat des biens lors de la liquidation**

Any property remaining on liquidation of the Corporation, after discharge of liabilities, shall be distributed to one or more qualified donees within the meaning of subsection 248(1) of the Income Tax Act.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK001075

8 – Additional Provisions, if any:

The Corporation shall be carried on without the purpose of gain for its members, and any profits or other accretions to the Corporation shall be used in furtherance of its purposes.

Directors shall serve without remuneration, and no director shall directly or indirectly receive any profit from his or her position as such, provided that a director may be reimbursed for reasonable expenses incurred in performing his or her duties. A director shall not be prohibited from receiving compensation for services provided to the Corporation in another capacity.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK001076