UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

KIK INTERACTIVE INC.,

    Defendant.

Civil Action No. 19-cv-5244

---

# DECLARATION OF MICHAEL E. WELSH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Michael E. Welsh, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at the law firm of Cooley LLP, counsel for Defendant Kik Interactive Inc. ("Kik") in the above captioned action. I am duly admitted to practice before this Court. I am familiar with the proceedings in this case. I make the following statements based on personal knowledge of the facts and circumstances set forth herein.

2. I respectfully submit this declaration in support of Kik's Motion for Summary Judgement and to transmit true and correct copies of the following documents:

| Exhibit | Document Description |
|---|---|
| A. | Declaration of Tanner Philp |
| B. | Excerpts of the investigative testimony transcripts of Peter Heinke, dated September 20 and September 21, 2018. |
| C. | Excerpts of the investigative testimony transcripts of Tanner Philp, dated August 20 and August 21, 2018. |
| D. | Excerpts of the investigative testimony transcripts of Ted Livingston, dated November 11 and November 12, 2018. |

| E. | The Simple Agreement for Future Tokens. Produced at bates KIK000066. |
|---|---|
| F. | Private Placement Offering Memorandum. Produced at bates KIK000037. |
| G. | Form D filed by Kik Interactive Inc. with the U.S. Securities and Exchange Commission. Produced at bates KIK000073. |
| H. | The TDE Terms of Use. Produced at bates KIK000079. |
| I. | Kin Frequently Asked Questions. Produced at bates KIK000029. |
| J. | Kin User Registration Guide. Produced at bates KIK000098. |
| K. | Kin Whitepaper. Produced at bates KIK000001. |
| L. | Article titled "Announcing Kin, a Cryptocurrency for an Open Future," dated May 25, 2017, marked as Investigative Testimony Exhibit 200. |
| M. | Press Release, dated May 25, 2017, marked as Investigative Testimony Exhibit 3. |
| N. | Article titled "Why I am Telling my Friends and Family That They Should Participate in the Kin TDE," dated September 6, 2017. Produced at bates KIK_00045122. |
| O. | Article titled "Kin TDE: If You Want to Participate, You *Must* Register by September 9, 9:00 a.m. ET." Produced at bates KIK_00045080. |
| P. | Article titled "Kin token distribution event starts today," dated September 12, 2017, marked as Investigative Testimony Exhibit 94. |
| Q. | Blog post titled "ThirdEyeSunglasses.com Will Now Accept Kin Coin," dated January 2, 2018, publicly available at https://www.thirdeyesunglasses.205com/blogs/third-eye-sunglasses/thirdeyesunglasses-com-will-now-accept-kin-coin |
| R. | Current statistics of Kin transactions within the certain applications, publicly available at https://www.kin.org/stats/ |
| S. | Webpage listing applications that have integrated Kin, publicly available at https://www.kin.org/kin-apps |
| T. | KinFit webpage, publicly available at https://www.mykinfit.com/. |
| U. | Webpage describing Love & Loud app, publicly available at https://play.google.com/store/apps/details?id=com.lnlradio&hl=en_US |
| V. | Current blockchain utilization statistics for cryptocurrency projects, publicly available at https://blocktivity.info/. |
| W. | Twitter message published by Kin Foundation, dated September 13, 2017. Produced at bates KIK_00006213. |

| X. | Article titled "The Kin Revolution, in Kik CEO' Ted Livingston's Own Words, dated June 8, 2017, publicly available at https://news.communitech.ca/the-revolution-of-kin-in-kik-ceo-ted-livingstons-own-words/. |
|---|---|
| Y. | Press release, dated September 26, 2017, marked as Deposition Exhibit 61. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2019 in Boston, Massachusetts.

*/s/ Michael E. Welsh*
Michael E. Welsh

**CERTIFICATE OF SERVICE**

I, Michael E. Welsh, hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF on this 20th day of March, 2020.

                                                                  */s/ Michael E. Welsh*
                                                                  Michael E. Welsh