# Exhibit I



# Frequently Asked Questions



**Kik Interactive, Inc.**
August 2017

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000029

 **KIN**

# Table of Contents

How to Prepare Using Ethereum Wallet ..................................................................3

How to Prepare Using MyEtherWallet ..................................................................5

User Registration Guide..................................................................................6

2

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000030


# How to Prepare Using Ethereum Wallet

For more info, please visit the official Ethereum Wallet Wiki.

**Why can't I see my balances when I unlock my wallet?**
This is most likely due to the fact that you are behind a firewall. It is common for the API that is used to display the balance to be blocked by firewalls. You will still be able to send transactions, but you will need to use a blockchain explorer, such as Etherscan, to view your balance.

**Why can't I see the account I have just created in the blockchain explorer (e.g., Etherchain, Etherscan)?**
Only active accounts are visible in a blockchain explorer. Once you have transferred some ETH into the account, it should be visible.

**Why can't I see my ETH in the wallet?**
If you run into this issue, make sure you are synced with the network. You can also check your balance at a service like https://etherscan.io.

> 📶 6 peers  |  🗄 3,830,793  ⏱ 19s since last block

**Why am I getting a "Your computer's time is out of sync!" error?**
If the time of your computer is deviated, the wallet is not able to connect to the Ethereum blockchain. The wallet is able to detect if time synchronisation is turned off. Please enable time synchronisation per the below instructions

- **Windows:** http://windows.microsoft.com/en-gb/windows/set-clock#1TC=windows-7
- **Mac OSX:** https://support.apple.com/kb/PH21911?locale=en_US
- **Linux:** apt-get install ntp

**Why am I unable to find peers?**
There are several reasons why the wallet is not able to connect to the network:

- You might be using an older version of the wallet. Please update to the latest version of the wallet.
- A firewall is preventing access, check the logs of your firewall.
- A router does not allow NAT or the necessary UDP port 30303, or it may be blocking other connections made by the Ethereum node.

**I am trying to synchronize the wallet, and it seems to have stalled. What is going on?**
Each time the wallet is initiated, it needs to sync the chain with the network. Downloading and verifying specific parts of the chain during this synchronization will take time. In order to avoid re-starting the synchronization process, please be sure to wait for the download process to complete.

**Why wasn't my transaction confirmed?**
There could be a variety of reasons for this:

- You lowered the transaction fee. If your transaction fee is too low, miners may choose to ignore your transaction. If your transaction has been ignored, it can take a significant amount of time before your transaction reappears in the blockchain. Currently, Ethereum Wallet doesn't provide a solution to resend the transaction with a higher transaction fee.

**3**

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000031



- Ethereum Wallet is not fully synchronized with the network. Make sure you have peers (see the top bar) and that the block number matches the number shown on your block explorer (e.g., http://etherscan.io). Additionally, check to see if the block number is increasing over time. If not, the node is not connected to the network.
- Your client is out of sync. If you have peers and your block number matches or only slightly differs to the number shown on your block explorer (e.g., http://etherscan.io), click on the unconfirmed transaction.
   - A pop-up with the transaction details and the transaction hash will open. Click on the link and it will open a web page on Etherscan with details regarding the transaction.
   - If you can see the transaction details on Etherscan,the transaction is being processed. Please wait a few minutes and refresh the page to see if the transaction is now confirmed.
   - If the transaction details are not visible on Etherscan, then the transaction has not yet been processed. If this does not change after a few minutes, it is possible there was an error in processing your transaction.
- Ethereum Wallet can lose the connection to the underlying node. In this case, you will not be able to see  that the transaction was confirmed. Please restart the wallet and see if the issue is resolved.

**Why can't I unlock my account?**
Please have a look at a these recommendations. In some cases, the wallet loses connection to the underlying node, resulting in an inability to unlock the account.

**Why am I seeing two different versions of my Ethereum address -- one with uppercase letters and one with lowercase letters?**
Capitalization simply means the address has a checksum, which will detect input errors. Both addresses refer to the same wallet and are fully functional.

For example, two versions of an Ethereum address are below.

- `0x0430894efd64349c078877E42F1c7c7B838cf108`
- `0x0430894efd64349c078877e42f1c7c7b838cf108`

The address containing lowercase letters is not checksummed. Mistyping a letter or number in this address can result in the loss of ETH. On the other hand, the upper case checksummed version of the address will detect typos and inform you of an invalid address.

If you are sending ETH to one of your own wallets, you can save the checksummed address via the "View Wallet Info" page and copy the address displayed there.

4

FOIA Confidential Treatment Requested
By Kik Interactive Inc.


# How to Prepare Using MyEtherWallet

For more info, please visit the official: MyEtherWallet's FAQ.

**Why can't I see my balances when I unlock my wallet?**
This is most likely due to the fact that you are behind a firewall. It is common for the API that is used to display the balance to be blocked by firewalls. You will still be able to send transactions, but you will need to use a blockchain explorer, such as Etherscan, to view your balance.

**Why can't I see the account I have just created in the blockchain explorer (e.g., Etherchain, Etherscan)?**
Only active accounts are visible in a blockchain explorer. Once you have transferred some ETH into the account, it should be visible.

**How does MyEtherWallet actually work?**
Please check this page: https://myetherwallet.groovehq.com/knowledge_base/topics/how-does-myetherwallet-actually-work

**I am trying to unlock my wallet but it keeps freezing / hanging.**
Sorry you are having trouble. Decrypting the keystore files is an intensive process and doesn't enjoy being done in Javascript. We recommend:

1. Using Google Chrome.
2. Clicking "continue" when you see the unresponsive error alert pop up.
3. Closing other intensive programs open (a lot of browser tabs, video games, etc.).

The combination of the above typically eliminates the problem. If it doesn't, please contact us and include your browser and OS and we can advise from there.

**Why am I seeing two different versions of my Ethereum address -- one with uppercase letters and one with lowercase letters?**
Capitalization simply means the address has a checksum, which will detect input errors. Both addresses refer to the same wallet and are fully functional.

For example, two versions of an Ethereum address are below.

- 0x0430894efd64349c078877E42F1c7c7B838cf108
- 0x0430894efd64349c078877e42f1c7c7b838cf108

The address containing lowercase letters is not checksummed. Mistyping a letter or number in this address can result in the loss of ETH. On the other hand, the upper case checksummed version of the address will detect typos and inform you of an invalid address.

For this reason, MyEtherWallet warns you when your address is not checksummed. Remember to double check the address to prevent any issues.

If you are sending ETH to one of your own wallets, you can save the checksummed address via the "View Wallet Info" page and copy the address displayed there.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.                    KIK000033

 KIN

# User Registration Guide

**Is registration and KYC mandatory?**
Yes, registration and KYC are mandatory to be eligible to participate in the token distribution event. Our primary goal is to ensure we can build and maintain a strong community of Kin contributors. To this end, the information collected at registration will help us to 1) address compliance requirements and 2) allow as many participants to join the sale as possible.

**Can I use my driver's license if I don't own a passport?**
No, the only forms of government identification we will accept are either a Passport Number or an American Social Security Number (SSN).

**Can I register more than a single Ethereum address?**
No, the Ethereum address you provide during registration will be the only address from which you may purchase Kin with during the token distribution event. If you would like to update your Ethereum address to another, you may use the same email to go through the registration and KYC flow again -- as long as the registration period is still open.

**Why do I need to specify my Ethereum address during the registration?**
One of our primary objectives is to maximize participation (i.e., ensure as many people as possible may participate in the Kin token sale). We are asking participants to specify at registration the Ethereum address they will use for the token distribution event as this will help us to manage and promote a more equitable token distribution. We will be sharing details on our approach in the coming weeks.

**How long does it take for the participant verification to finish?**
Participant verification may take up to three business days, after which time you will be notified via email of your eligibility to participate in the Kin token distribution event.

**What are these KYC tiers you have mentioned?**
There are two KYC tiers for the Kin token distribution event: 1) Below $100,000; and 2) $100,000 or more. Depending on your citizenship, the KYC requirements will vary for the two tiers. See below for more details:

| Citizenship | Buy-in Amount | KYC Requirements |
|---|---|---|
| U.S. | Below $100,000 | <ul><li>Name</li><li>Address</li><li>Date of Birth</li><li>Email</li><li>Social Security Number or</li><li>Passport Number</li><li>Passport Photo Page Scan</li></ul> |
| U.S. | $100,000 or More | <ul><li>Name</li><li>Address</li><li>Date of Birth</li></ul> |

**6**

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

| | | |
|---|---|---|
| | | • Email<br>• Passport Number<br>• Passport Photo Page Scan and Selfie Photo |
| Non-U.S. | Any amount | • Name<br>• Address<br>• Date of Birth<br>• Email<br>• Passport  Number<br>• Passport Photo Page Scan with Selfie Photo |

**Can I participate with a lower amount of ETH than I've stated during my registration?**
Yes, you may participate with a lower amount of ETH than you've stated your registration.

**Can I participate with a higher amount of ETH than I've stated during my registration?**
Yes, you may participate with a higher amount of ETH than you've stated during your registration. However, if you are a U.S. citizen, and have not completed the additional verification step (upload a scan of your passport photo page as well as a photo of your face) required for Tier 2 buy-in amounts of $100,000 or more, then you will not be able to participate at Tier 2 levels during the token distribution event.

For example:

- If you are a U.S. citizen and you KYC'd for $5,000 participation you can participate at amounts up to $99,999 during the token distribution event (i.e., your Ethereum address is on the Tier 1 KYC whitelist).

- If you are a U.S. citizen and you KYC'd for $200,000 and thus have already submitted a scan of your passport photo page as well as a photo of your face, you would be able to participate with a higher amount than $200,000 during the token sale (i.e., your Ethereum address is already on the Tier 2 KYC whitelist).

- If you are a U.S. citizen and you KYC'd with $10,000, you will not be able to participate with $100,000 or more during the token distribution event (i.e., the smart contract will not recognize your Ethereum address in the Tier 2 KYC whitelist and will reject your participation).

- If you are a non-U.S. citizen, you may participate with any amount regardless of the estimate you provided during registration. (i.e., your Ethereum address is already on the Tier 2 KYC whitelist)

**Why do non-U.S. citizens need to upload a scan of their passport photo page as well as a photo of their face for buy-in amounts that are less than $100,000 when U.S. citizens are not required?**
Our 3rd party verification partner requires this in order to KYC non-U.S. citizens.

**I would like to update my KYC information. What should I do?**
If you would like to update your information or you have made an error, you may re-register using the same email address. Please note, that you must complete the entire KYC flow and click submit again. You will then receive another email from which you may confirm and restart the verification process.

7

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000035

**My registration was denied. What should I do?**
If your registration was denied, please contact us at our #registration Slack channel or at kin.registration@kik.com for further support.

**Where can I get more help?**
- Slack: #registration channel on slack.kinfoundation.com
- Reddit: r/KinFoundation
- Twitter: @kin_foundation
- Support Email: kin.registration@kik.com

8

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000036