# Exhibit J





# User Registration Guide



**Kik Interactive, Inc.**
August 2017

1

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000098



# Table of Contents

| | |
|---|---|
| **Introduction** | **3** |
| **How To Register** | **3** |
|     **Registration Form** | **4** |
|         Basic Information | 4 |
|         Government Identification Number | 4 |
|         Ethereum Address | 5 |
|         Participation Amount | 5 |
|         Passport and Selfie | 6 |
|         Verification Process | 7 |
| **Frequently Asked Questions** | **8** |

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000099



# Introduction

Welcome to the User Participation Guide for the Kin token distribution event. This guide will provide a step-by-step overview of the registration process required to gain eligibility for participation. We hope you will find it useful!
We are excited to take the next steps in bringing Kin to life. The Kin token offering presents a unique opportunity for crypto investors, as Kin will offer mainstream audiences a chance to instantly interact with a cryptocurrency. Our approach to the token distribution event emphasizes the importance of building and nurturing a strong community of Kin contributors.

As such, we are taking steps to require verification for every participant. The information collected during the registration process will allow us to:

1) Meet compliance needs; and
2) Enable fair token distribution by allowing as many participants to join the sale as possible

We have provided an FAQ at the end of this document. However, if you should have any additional questions, please do not hesitate to reach out to us on:

- Slack: #registration channel on slack.kinfoundation.com
- Reddit: r/KinFoundation
- Twitter: https://twitter.com/@kin_foundation
- Support Email: kin.registration@kik.com

# How To Register

In order to be eligible to participate in the token distribution event, you must complete the registration process. You may start the registration process by visiting https://kin.kik.com and clicking on the "Register Now" button at the top of the page.
Here are some important pieces of information to know before we walk through the step-by-step overview of the registration process:

1. In the coming weeks, we will be announcing details on the event date, terms, and participation structure. Registration will close 72 hours prior to the token distribution event date.

2. As part of registration, we will be collecting information with the aim of verifying KYC ("know your customer") for every participant.

3. During registration, you will be asked to estimate the amount you are planning to participate with. If you are a United States (U.S.) citizen, buy-in amounts of $100,000 or more will require an additional step in verification -- uploading a high quality scan of your passport photo page as well as a photo of your face. This additional step in verification will also be required for all non-U.S.

3



citizens regardless of buy-in amount.

4. Ether (ETH) will be the only acceptable form of payment in the token distribution event. During registration, you will be asked to enter the address of the Ethereum wallet you will use for the token event. Any attempts to send ETH from a different address or directly from an exchange (such as Coinbase, Kraken, Poloniex, etc.) during the distribution event will result in an inability to purchase Kin and your ETH may be permanently lost.

# Registration Form

## *Basic Information*

Please enter your name, date of birth, email, and address. It is important to note that you will need to verify your email address. We will use this email address to communicate the status of your KYC verification and further instructions for the event. Please ensure the email you enter belongs to you and is readily accessible.



## *Government Identification Number*

You will need to provide a valid government identification number in the form of either a Passport Number or an American Social Security Number (SSN). Please note that this information will be validated by a third-party verification partner.

4

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000101





*Ethereum Address*

As ETH will be the only acceptable form of payment in the Kin token distribution event, you will need to provide the address of the Ethereum wallet you are planning to use. Any attempts to send ETH from a different address or directly from an exchange (such as Coinbase, Kraken, Poloniex, etc.) will result in an inability to purchase Kin. Such attempts will be rejected by the token smart contract and your ETH may be permanently lost.

If you do not have an Ethereum wallet, you may generate one using instructions contained in either our [Ethereum Wallet](#) or [MyEtherWallet](#) guides. Please note that you will need to create a token compatible Ethereum wallet that does not automatically generate a new address for every transaction.



*Participation Amount*

The Kin distribution event will employ a tiered approach designed to optimize the distribution of Kin. For this reason, we are asking users to estimate their prospective buy-in amount. For U.S. citizens, buy-in amounts of $100,000 or more will require one additional step in verification -- uploading a high quality scan of your passport photo page as well as a photo of your face. This additional step in verification will also be required for all non-U.S. citizens regardless of buy-in amount.

It's important to note that these estimates are not commitments, but rather they are meant to help us fine-tune our token smart contract in order to promote a more equitable token distribution.

At the event time, you may participate with amounts lower or higher than what you have estimated. However, if you are a U.S. citizen and have not completed the additional step in verification for amounts of $100,000 or more, you will not be able to participate at these levels during the event. This will be strictly enforced by the token smart contract.

5

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000102


KIN

Participation Amount ($)

Verify the exact amount in USD that you would like to participate with (check the User Registration Guide for more details)

**6**

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000103



*Passport and Selfie*

All non-U.S. citizens will be required to upload a high quality scan of their passport photo page as well as a photo of their face. If you are a U.S. citizen, and you believe that you will want to participate in the sale with a buy-in amount of $100,000 or more, you must also upload a high quality scan of your passport photo page as well as a photo of your face. Please make sure that you have also used your Passport Number as the valid form of government identification, instead of an American SSN.



Please upload a high quality scan of your passport photo page (min 400KB, max 4MB, PDF/PNG/JPG only)






Upload Selfie — Choose File   No file chosen

Please upload a high quality photo of your face (max 4MB, PNG/JPG only)






7



## Verification Process

Please check to ensure all of your personal information is correct and that you have properly understood key sales requirements.

After submitting your information, you will receive an email. Confirming your email address will then start the KYC verification process. Please note that this process may take up to three business days, after which time you will be notified via email of your eligibility to participate in the Kin token sale.

### Verify Information

- ✓ All the personal information that I've entered is correct.

- ✓ I certify that I'm participating in the Token Distribution Event in the capacity of an individual (and beneficial owner) and not as a representative (or agent) of a third party corporate entity (non-natural person)

- ✓ I understand that I won't be able to participate in the Token Distribution Event with a different Ethereum wallet that was entered in this form

- ✓ I understand that I won't be able to participate in the Token Distribution Event with a participation amount of $100,000 or more if I have not completed passport verification

- ✓ I agree to the Terms and Conditions

**SUBMIT**

8

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000105



# Frequently Asked Questions

**Is registration and KYC mandatory?**
Yes, registration and KYC are mandatory to be eligible to participate in the token distribution event. Our primary goal is to ensure we can build and maintain a strong community of Kin contributors. To this end, the information collected at registration will help us to 1) address compliance requirements and 2) allow as many participants to join the sale as possible.

**Can I use my driver's license if I don't own a passport?**
No, the only forms of government identification we will accept are either a Passport Number or an American Social Security Number (SSN).

**Can I register more than a single Ethereum address?**
No, the Ethereum address you provide during registration will be the only address from which you may purchase Kin with during the token distribution event. If you would like to update your Ethereum address to another, you may use the same email to go through the registration and KYC flow again -- as long as the registration period is still open.

**Why do I need to specify my Ethereum address during the registration?**
One of our primary objectives is to maximize participation (i.e., ensure as many people as possible may participate in the Kin token sale). We are asking participants to specify at registration the Ethereum address they will use for the token distribution event as this will help us to manage and promote a more equitable token distribution. We will be sharing details on our approach in the coming weeks.

**How long does it take for the participant verification to finish?**
Participant verification may take up to three business days, after which time you will be notified via email of your eligibility to participate in the Kin token distribution event.

**What are these KYC tiers you have mentioned?**
There are two KYC tiers for the Kin token distribution event: 1) Below $100,000; and 2) $100,000 or more. Depending on your citizenship, the KYC requirements will vary for the two tiers. See below for more details:

| Citizenship | Buy-in Amount | KYC Requirements |
|---|---|---|
| U.S. | Below $100,000 | <ul><li>Name</li><li>Address</li><li>Date of Birth</li><li>Email</li><li>Social Security Number OR Passport Number with Passport Photo Page Scan</li></ul> |
| U.S. | $100,000 or More | <ul><li>Name</li></ul> |

9



|  |  | <ul><li>Address</li><li>Date of Birth</li><li>Email</li><li>Passport Number</li><li>Passport Photo Page Scan</li><li>Selfie Photo</li></ul> |
|---|---|---|
| Non-U.S. | Any amount | <ul><li>Name</li><li>Address</li><li>Date of Birth</li><li>Email</li><li>Passport Number</li><li>Passport Photo Page Scan</li><li>Selfie Photo</li></ul> |

**Can I participate with a lower amount of ETH than I've stated during my registration?**
Yes, you may participate with a lower amount of ETH than you've stated your registration.

**Can I participate with a higher amount of ETH than I've stated during my registration?**
Yes, you may participate with a higher amount of ETH than you've stated during your registration. However, if you are a U.S. citizen, and have not completed the additional verification step (upload a scan of your passport photo page as well as a photo of your face) required for Tier 2 buy-in amounts of $100,000 or more, then you will not be able to participate at Tier 2 levels during the token distribution event.

For example:

- If you are a U.S. citizen and you KYC'd for $5,000 participation you can participate at amounts up to $99,999 during the token distribution event (i.e., your Ethereum address is on the Tier 1 KYC whitelist).

- If you are a U.S. citizen and you KYC'd for $200,000 and thus have already submitted a scan of your passport photo page as well as a photo of your face, you would be able to participate with a higher amount than $200,000 during the token sale (i.e., your Ethereum address is already on the Tier 2 KYC whitelist).

- If you are a U.S. citizen and you KYC'd with $10,000, you will not be able to participate with $100,000 or more during the token distribution event (i.e., the smart contract will not recognize your Ethereum address in the Tier 2 KYC whitelist and will reject your participation).

- If you are a non-U.S. citizen, you may participate with any amount regardless of the estimate you provided during registration. (i.e., your Ethereum address is already on the Tier 2 KYC whitelist)

**Why do non-U.S. citizens need to upload a scan of their passport photo page as well as a photo of their face for buy-in amounts that are less than $100,000 when U.S. citizens are not required?**
Our 3rd party verification partner requires this in order to KYC non-U.S. citizens.

**I would like to update my KYC information. What should I do?**

10



If you would like to update your information or you have made an error, you may re-register using the same email address. Please note, that you must complete the entire KYC flow and click submit again. You will then receive another email from which you may confirm and restart the verification process.

**My registration was denied. What should I do?**
If your registration was denied, please contact us at our #registration Slack channel or at kin.registration@kik.com for further support.

**Where can I get more help?**
- Slack: #registration channel on slack.kinfoundation.com
- Reddit: r/KinFoundation
- Twitter: @kin_foundation
- Support Email: kin.registration@kik.com

11

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK000108