# Exhibit N

Applause from Doody Parizada, Rod McLeod, and 74 others



Ted Livingston
Founder and CEO of Kik
Sep 6, 2017 · 2 min read

## Why I Am Telling My Friends and Family That They Should Participate in the Kin TDE

I just got home from a long weekend with friends and family, and everyone was asking about the upcoming Kin token distribution event (TDE). They had read about the TDE and were excited, but they wanted to know if they should participate. I told them that I didn't know what would happen in the future, but that I thought they should. Here's why.

First, I said, the success of a new cryptocurrency depends on the number of people who work together to build it. The more people participating, the better. In this regard, Kin has already had amazing results, with more than 16,000 people registering with passports from 134 different countries. Kin is going to be a global movement.

Second, the economics are interesting. Because we are selling 10% of the 10 trillion Kin tokens for $125 million, some people have calculated that Kin's market cap must be $1.25 billion. But that's not quite correct. If you go to coinmarketcap.com and look at the market caps of various cryptocurrencies, you will see a column that says "Circulating Supply." In this column, Bitcoin shows a volume of only 16.5 million, even though we know that one day there will be 21 million.

This is the key thing that some people get wrong about Kin. There will one day be 10 trillion Kin tokens in circulation, but on the day of the TDE, there will only be 1.3 trillion (1 trillion from the TDE, and 0.3 trillion vesting for Kik), giving it an initial market cap of $162.5M (1.3 x $125M). After a year, that number will rise to 3.4 trillion. After two years: 5.6 trillion. If you look at current circulation, and not eventual circulation, you can see that Kin's initial market cap is lower than what some people are saying.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00045122

And third, I told people that Kin has at least one participant who was all in: Kik. With one strong digital service on board from day one, Kin can enjoy a good start regardless of whether or not other digital services adopt it right away. Kik has 15 million monthly active users, many of whom are already accustomed to exchanging digital goods, such as stickers and emoji, through chat.

So, should *you* participate?

I'll give you the same answer I gave my friends and family: yes. You should create an Ethereum address at myetherwallet.com, you should register at kin.kik.com, and then you should buy even just one dollar's worth of Kin.

This is about a movement. A movement to build an ecosystem where people get fairly compensated for the value they provide to digital services. A movement to build an ecosystem where smaller developers have a fair shot at making a living when they do what they love and build great things. A movement where consumers get immersive and unique experiences catered to their interests and needs.

A movement is only as strong as the people behind it, and a movement this ambitious needs as many people as possible. That's why I tell them, you should participate.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00045124