# Exhibit O

Applause from Rod McLeod, Amos Shinkle, and 99 others



Ted Livingston
Founder and CEO of Kik
Aug 29, 2017 · 3 min read

## Kin TDE: If You Want to Participate, You *Must* Register by September 9, 9:00 a.m. ET



Today, we announced that our token distribution event (TDE) will be held on Tuesday, September 12, at 9:00 a.m. ET. Anyone who wants to participate must complete registration on kin.kik.com by September 9, 9:00 a.m. ET. **If you don't register by this date, you will not be able to participate in the Kin TDE!** I want to explain why.

We believe there is an opportunity to fundamentally change how digital services are built, used and monetized. A way that gives consumers a richer ecosystem of digital services while compensating them for the value they contribute to those services. A way that empowers developers to follow their passions while still ensuring they can make a fair living.

We want as many people as possible to be able to participate in this project from the beginning. But we also want to be responsible with the amount of money that TDE participants give us.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00045080

To date, most TDEs have taken one of two different approaches:

1. Do a capped round, where tokens are sold for a responsible amount of money, but only a small number of sophisticated buyers get to participate; or

2. Do an uncapped sale, where anyone who wants to participate can, but the tokens end up being sold for an irresponsible amount of money.

Here is how we structured our TDE to try to get the best of both of these approaches:

We will sell 1 trillion Kin tokens for $125 million. Of that amount, $50 million has already been sold in a presale, which received a 30% discount, comprising 488 billion Kin tokens. The rest will be sold for $75 million during the TDE, comprising 512 billion Kin tokens.

There will be four steps to our TDE:

- People who want to participate will first need to register at kin.kik.com before September 9, 9:00 a.m. ET. Anyone who wants to participate *must* register by this date. Each participant will need to provide a passport or social security number, their Ethereum wallet address, and some other details. If you miss registering by September 9, 9:00 a.m. ET, you will not be able to participate.

- Once registration is complete, we will then take the $75 million allocation and divide it by the total number of successful registrations. This will give us a maximum participation cap for each registered participant in USD. At this time we will also set an exchange rate between USD and Ether, giving us a maximum participation cap per registered participant in ETH. We will email everyone who registered to let them know what the maximum participation cap is per registered participant.

- On September 12, at 9:00 a.m. ET we will start the TDE. Participants will have 24 hours to send us Ether from the Ethereum address they provided during registration. Ether sent from any other address will be rejected. Ether sent that is above the maximum participation cap will be rejected.

- In doing this, we are guaranteeing that not all of the $75 million will be sold—any registered participants who later decide not to participate or decide not to participate at the maximum participation cap, will result in unsold tokens. We will then take these unsold tokens and sell them in a subsequent sale for registered participants who would like to buy more than the maximum participation cap.

In this way, we hope we can hold a token distribution event that is open, fair, and responsible. So if you are thinking of participating, or know anyone you think might be interested, get your Ethereum Wallet address and register at kin.kik.com.

Let's build this together.

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00045082

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00045083