# Exhibit Q



FREE 2-3 DAY SHIPPING ~ YES WE SHIP WORLDWIDE!

Contact us | 702-903-9733 | Sales@ThirdEyeSunglasses.com

Log in | Create account

Search our store

0 items - $0.00

BUY NOW     UNBOXING VIDEOS     SHIPPING     BLOG     ABOUT US     RETURN POLICY     OUR MAILING ADDRESS

Home  ›  Third Eye Sunglasses  ›  ThirdEyeSunglasses.com Will Now Accept Kin Coin

# ThirdEyeSunglasses.com Will Now Accept Kin Coin



Posted by **Mrs. Shivas** on January 02, 2018

**We're excited to announce that will now accept Kin Coin as a new payment option.**

**Please Email Kin Coin Order to Sales@ThirdEyeSunglasses.com.**

Tags: kin coin, kin coin merchant

← Older Post                                                                                                    Newer Post →

## Recent Articles

Area51 - Yes we'll be there on September 20 2019
July 17, 2019

Third Eye Sunglasses
July 08, 2019

Third Eye Sunglasses
July 08, 2019

Third Eye Sunglasses
July 08, 2019

Third Eye Sunglasses - Buy 1 Get 1 Half Off Sale
June 18, 2019

Third Eye Sunglasses - Buy 1 Get 1 Half Off Sale
June 18, 2019

## Categories

#Marijuana

#NxtTakeOver

Chakra Sunglasses



Someone purchased a
Shivas - Unisex Tshirt

DCVDNS Sunglasses

garnet cosplay

kin coin

kin coin merchant

lord shiva

Marijuana Glasses

online stores accepting bitcoin

Orange third eye sunglasses

Pineal Gland

Prince Sunglasses

purple third eye sunglasses

sadhguru

shivas third eye

sunglasses donation

The Pineal Gland

the third eye

the velveteen dream

third eye

Third Eye Sunglasses

Third Eye Sunglasses For Sale

third eye sunglasses reviews

velveteen

velveteen dream

velveteen dream sunglasses

Yellow third eye sunglasses



## Free Shipping Within USA

**Arrives in 2-3 Days**



## Please Email For Wholesale Orders..

**On orders of 10 or more.**



**MENU**

BUY NOW
Unboxing Videos
Shipping
Blog

About Us
Return Policy
Our Mailing Address

**FOLLOW US**

**CONTACT US**

702-907-3393
Sales@ThirdEyeSunglasses.com

**NEWSLETTER**

Email Address    Ok

© 2000~2017 My Shivas /

Google Trusted Store ★★★★★



Someone purchased a
**Shivas - Unisex Tshirt**