# Exhibit R



### 57
Monthly active apps

### 1.9M
Monthly active spenders (MAS)

### 44.8%
Transaction under 10 seconds

### 7.3M
Total unique spenders

### 21.2M
Total unique earners

## Monthly active spenders (MAS)

(_Users_ with at least one spend over the last 30 days)

### By date



### By app

| # | APP | MAS | # Change |
|---|---|---|---|
| 1 | MadLipz | 558,941 | — |
| 2 | Rave | 467,761 | — |
| 3 | kik | 338,261 | — |
| 4 | Perfect365 | 216,702 | — |
| 5 | Trebel Mex ico | 87,032 | — |

More info

Show all

https://www.kin.org/stats

## Monthly active earners (MAE)

(*Users* with at least one earn over the last 30 days)

By date



By app

| # | APP | MAE | # Change |
|---|---|---|---|
| 1 | MadLipz | 978,537 | — |
| 2 | kik | 850,752 | — |
| 3 | Rave | 641,180 | — |
| 4 | Perfect365 | 349,469 | — |
| 5 | Nearby | 218,949 | — |

More info

**Show all**

## Monthly active tourists (MAT)

(*Users* who moved Kin between apps once in the last 30 days)

By date



By app

| # | APP | MAT | # Change |
|---|---|---|---|
| 1 | Kinny | 46 | — |
| 2 | PeerBet | 41 | — |
| 3 | Simple Transfer | 26 | — |
| 4 | Nearby | 15 | — |
| 5 | Kin Hub | 12 | — |

More info

**Show all**

Take a deeper look

Last update: Mar 19, 2020 11:59 PM        Blockchain network status: ●        Glossary 

| About us | Developers | Kin migration | Subscribe to our newsletter |
| Press | Stats | Block explorer | Your email → |
| Events | Kin apps | Dashboard | |
| Careers | Kin rewards engine | My Kin wallet |       |
| Contact us | Glossary | | |

Privacy policy        Terms and conditions                         Copyright © 2020 Kin Ecosystem