# Exhibit S



Developers   Stats   Kin apps   Blockchain   Kin rewards engine   About

# These are the good ones.
# The Kin ones.

These are the apps that put you at the center, recognize your contribution, and bring you a new world to explore.

Categories

iOS / Android

(Communication & Social)





**GoChallenge.me_**
Google Store →

(Communication & Social)



**Kinny**
Google Store →

(Communication & Social)



**Matchmaker**
Google Store →

(Communication & Social)



**Nearby**
Google Store →

(Communication & Social)



**Rave**
Google Store →

(Communication & Social)



**Vent**
Google Store →

(Communication & Social)



**Swelly**
Google Store →

(Communication & Social)



**Tapatalk**
Google Store →

(Communication & Social)



**Kik**
Google Store →

(Communication & Social)



**imgvue**
Google Store →

(Communication & Social)



**Just Joking**
Google Store →

(Communication & Social)



**Trymoi**
Google Store →

(Communication & Social)



**Kard**
Google Store →

(Communication & Social)



**Snipit**
Google Store →

(Communication & Social)



**ReKover**
Google Store →

(Communication & Social)



**StoryLabs**
Google Store →

(Travel & Local)



**City Routes**
Google Store →

(Gaming)



**Castle Rush AR**
Google Store →

(Gaming)

**RPS for Messenger**
Google Store →

(Gaming)

**Trivia Clan**
Google Store →

(Gaming)

**Pop.in**
Google Store →

(Gaming)

**Planets Nu**
Google Store →

(Gaming)

**Speed Genius**
Google Store →

(Gaming)

**PeerBet**
Google Store →

(Gaming)

**Bettapoint**
Google Store →

(Gaming)

**Tiny Ted**
Google Store →

(Gaming)

**Catpurse in: "Pop Art Peril!"**
Google Store →

(Gaming)



**Rentomania**
Google Store →

(Gaming)



**Dungeon Party**
Google Store →

(Gaming)



**Epic West**
Google Store →

(Gaming)



**Grandpa Bill's Dog Rescue**
Google Store →

(Gaming)



**BlackjacKin'**
Google Store →

(Gaming)



**Lootbox - El Dorado**
Google Store →



(Lifestyle & Finance)

**Perfect365**
Google Store →

(Lifestyle & Finance)

**Uwe**
Google Store →

(Lifestyle & Finance)

**Simple Transfer**
Google Store →

(Lifestyle & Finance)

**Kin Hub**
Google Store →

(Lifestyle & Finance)

**Kinoupon**
Google Store →

(Lifestyle & Finance)

**ThriftFly**
Google Store →



(Lifestyle & Finance)

**Altcoin Fantasy**
Google Store →

(Video Players & Editors)

**Kimeo**
Google Store →

(Video Players & Editors)

**Tippic**
Google Store →

(Health & Fitness)



**Kinetik**
Google Store →

(Health & Fitness)



**KinFit**
Google Store →

(Health & Fitness)



**Step And Spend**
Google Store →

(Health & Fitness)



**CureSense Community**
Google Store →

(Tools)



**King VPN**
Google Store →

(Tools)



**Photo Mail Joy**
Google Store →

(Tools)



**Wicrypt**
Google Store →

(Tools)



**Kiddobank**
Google Store →

(Tools)



**RentMole**
Google Store →

(Tools)



**FistBump.io**
Google Store →

(Tools)



**AgentsCove**
Google Store →

(Tools)



**ReferVia.com**
Google Store →

(Tools)



**OkPerk**
Google Store →

(Tools)



**KinFaucet**
Google Store →

(Education)



**Kinguist**
Google Store →

(Education)



**Syngli**
Google Store →

(Education)



**Sxlve**
Google Store →

(Education)



**Subti**
Google Store →

(Education)



**Facts around the world**
Google Store →

(News & Entertainment)



**MadLipz**
Google Store →

(News & Entertainment)



**Kinit**
Google Store →

(News & Entertainment)



**Love & Loud Radio**
Google Store →

(News & Entertainment)



**Drump Dance**
Google Store →

| About us | Developers | Kin migration | Subscribe to our newsletter |
| --- | --- | --- | --- |
| Press | Stats | Block explorer | Your email → |
| Events | Kin apps | Dashboard | |
| Careers | Kin rewards engine | My Kin wallet | |
| Contact us | Glossary | | |

Privacy policy    Terms and conditions    Copyright © 2020 Kin Ecosystem