# Exhibit T



Home    What is KinFit?    FAQ    App Updates    Blog    Media    Store

# WELCOME TO KINFIT

The app that pays you digital currency for your daily steps

## USE THE REAL-TIME PEDOMETER THAT IS ALREADY ON YOUR PHONE

Your phone stands ready to help you earn with a built-in pedometer that already records every step you take.

The **KinFit** app is a fully integrated platform that connects your phone's pedometer to the Kin Ecosystem.  This allows users to earn Kin cryptocurrency and to enjoy a wide range of spending options for the Kin they earn.  Gift cards from many major retailers are already available, and other opportunities to spend your Kin in exciting and unique ways are in the works.

You can also move your Kin to other apps and wallets... after all, the Kin you earn in **KinFit** belongs to YOU. It is yours to keep, or to use, forever.  Kin cryptocurrency is a form of money, and you can spend it however you wish.

Plans are also underway to exchange your Kin for your local currency (US Dollars, Euros, Japanese Yen, etc)

Download **KinFit** today and see what it can do for you!

## THE KIN ECOSYSTEM OF APPS IS GROWING!

**KinFit** is the app you will want to use every single day!  If you walk anywhere at all, you can use **KinFit** to reward yourself.

**KinFit** integrates seamlessly with other apps in the Kin Ecosystem, all interconnected by the Kin Blockchain, and paid out by the Kin Rewards Engine.  Kin has been used in millions of transactions, but is just getting started.

At **KinFit**, we couldn't be more excited by the opportunity to help people change their lives and encourage them to be more active, and therefore more healthy.  And the best part is that we pay them to do it.  It's not a joke, it's very, very real.  Your actions have value... and we are here to help you unlock that value.

This goes against everything we've all been taught... but it's the new reality.

The reality of the **KinFit**, and of the KIN ECOSYSTEM.

## LATEST UPDATES

All the Latest App Updates in One Place



### KINFIT IN THE APP STORE

For iPhone

Download Now



### KINFIT IN THE GOOGLE PLAY STORE

For Android

Download Now



#WALKWITHKINFIT

Kinfitters from around the World



KinFit

Subscribe Form

Submit

support@mykinfit.com



©2019 by Moose Landing LLC.