# Exhibit U

 

| | |
|---|---|
| **Apps** | Categories ▾   Home   Top charts   New releases |

My apps
**Shop**

Games
Family
Editors' Choice

Account
Payment methods
Play Points — New
My subscriptions
Redeem
Buy gift card
My wishlist
Play Points — New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide
Play Points — New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide
Play Points — New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide
Play Points — New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide



# Love & Loud Radio

**Love & Loud Music Corp.**   Music & Audio

E Everyone

⚠ You don't have any devices.

☐ Add to Wishlist    **Install**



   

Love & Loud Radio is a hybrid "Music Discovery App" and "Music Promotion App" that allows users to consume content submitted by other users who offer Kin for listening. The Kin can then be spent promoting their own audio or sent to other apps in the Kin ecosystem to be spent elsewhere. From the app, users can also easily connect to artists and share the music they have discovered.

**WHAT'S NEW**
- SendKin (Withdraw) module implemented
- Various user feedback implemented:
- When pasting link during promote audio flow, any extraneous text (e.g. "Listen to X by Y on #SoundCloud") is automatically removed
- Double tap back to exit (once toasts "Press back again to exit")
- Changed text of option from "Continue play outside" to "Continue play outside of Radio tab"

**READ MORE**

### ADDITIONAL INFORMATION

| | | |
|---|---|---|
| **Updated**  September 12, 2019 | **Size**  16M | **Installs**  100+ |
| **Current Version**  1.1 | **Requires Android**  5.0 and up | **Content Rating**  Everyone  Learn More |
| **Interactive Elements**  Users Interact, In-App Purchases | **Permissions**  View details | **Report**  Flag as inappropriate |
| **Offered By**  Love & Loud Music Corp. | **Developer**  Visit website  frontdesk@loveandloudmusic.com  Privacy Policy | |

## Similar     See more


POCKESTRA- Class...
POCKESTRA
★★★★☆


Keto-Mojo Classic...
KETO-MOJO
★★☆☆☆


Paradym: mental w...
Paradym Beta
★★★★☆

©2020 Google · Site Terms of Service · Privacy · Developers · Artists · About Google | Location: United States  Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.