# Exhibit V

# Block'tivity

*The real value of Blockchains*

One way to consider a blockchain project is through its market cap. Another way, closer to the real value, is observing the activity on the blockchain. Lots of FUD and HYPE are responsible for "misplaced" capital in the cryptocurrency space. Here, we are observing which project is actually being used by people, which is in our opinion, the best predictive indicator of value you can have.

# Blockchain Activity Matrix

*Let's discover the other face of the Blockchain !*

>>> More about Transactions Vs Operations

| # | | Name | Activity | | | Value | Index | |
|---|---|------|----------|---|---|-------|-------|---|
| | | | Activity | Average (7d) | Record | Market Cap | AVI | CUI |
| 1 | | **EOS** | **112,823,201**<sup>Op</sup> | 83,368,450<sup>Op</sup> | 112,823,201<sup>Op</sup> | $ **2.0 B** | 13,361 | |
| 2 | | **XLM** | **3,468,711**<sup>Op</sup> | 2,882,598<sup>Op</sup> | 3,468,711<sup>Op</sup> | $ **0.805 B** | 1,040 | |
| 3 | | **KIN** | **2,081,868**<sup>Op</sup> | 1,414,270<sup>Op</sup> | 5,258,216<sup>Op</sup> | $ **0.004 B** | 122,156 | |
| 4 | | **IOST** | **1,238,091**<sup>Op</sup> | 1,213,985<sup>Op</sup> | 2,067,416<sup>Op</sup> | $ **0.033 B** | 8,978 | |
| 5 | | **TRX** | **871,431**<sup>Op</sup> | 999,404<sup>Op</sup> | 5,306,869<sup>Op</sup> | $ **0.749 B** | 281 | |

| # | | Symbol | | | | $ | | |
|---|---|---|---|---|---|---|---|---|
| 6 | | ETH | 816,771 Op | 755,629 Op | 1,372,918 Op | $ 14 B | 14 | |
| 7 | | STEEM | 672,409 Op | 739,073 Op | 2,522,380 Op | $ 0.107 B | 1,521 | |
| 8 | | BSV | 558,188 Op | 501,044 Op | 933,056 Op | $ 2.8 B | 49 | |
| 9 | | TFD | 451,043 Op | 500,554 Op | 1,926,322 Op | $ 0.001 B | 73,932 | |
| 10 | | BTC | 449,777 Op | 402,800 Op | 1,178,080 Op | $ 109 B | 1.0 | |
| 11 | | MHC | 329,446 Op | 306,473 Op | 1,256,700 Op | $ 0.004 B | 21,285 | |
| 12 | | PROPS | 322,547 Op | 273,142 Op | 379,112 Op | $ 0.028 B | 2,781 | |
| 13 | | BTS | 274,926 Op | 286,660 Op | 6,112,075 Op | $ 0.046 B | 1,454 | |
| 14 | | INSTAR | 273,235 Op | 355,440 Op | 541,254 Op | $ 0.001 B | 54,674 | |
| 15 | | TLOS | 214,835 Op | 170,016 Op | 32,217,207 Op | $ 0.007 B | 7,780 | |
| 16 | | WAX | 172,001 Op | 235,351 Op | 7,330,584 Op | $ 0.039 B | 1,057 | |
| 17 | | WAVES | 154,365 Op | 175,838 Op | 6,141,108 Op | $ 0.097 B | 384 | |
| 18 | | ICX | 142,108 Op | 134,235 Op | 845,709 Op | $ 0.108 B | 318 | |
| 19 | | VET | 106,823 Op | 71,930 Op | 1,115,215 Op | $ 0.155 B | 167 | |
| 20 | | CYBER | 104,034 Op | 114,859 Op | 130,803 Op | $ 0.001 B | 49,879 | |
| 21 | | KMD | 65,141 Op | 64,202 Op | 1,144,644 Op | $ 0.058 B | 269 | |
| 22 | | SMART | 61,866 Op | 41,710 Op | 780,070 Op | $ 0.003 B | 4,299 | |
| 23 | | BCH | 58,466 Op | 42,332 Op | 1,734,766 Op | $ 3.9 B | 4 | |
| 24 | | LTO | 43,077 Op | 52,148 Op | 71,114 Op | $ 0.006 B | 1,659 | |
| 25 | | ETC | 33,752 Op | 39,499 Op | 111,057 Op | $ 0.572 B | 14 | |
| 26 | | DOGE | 33,139 Op | 29,139 Op | 88,928 Op | $ 0.216 B | 37 | |
| 27 | | DASH | 27,551 Op | 256,865 Op | 3,030,402 Op | $ 0.606 B | 11 | |
| 28 | | LTC | 23,210 Op | 23,536 Op | 226,968 Op | $ 2.4 B | 2 | |

| # | | Name | Op | Op | Op | $ | B | |
|---|---|---|---|---|---|---|---|---|
| 29 | | **GOLOS** | **18,232**Op | 19,778Op | 147,709Op | $ **0.000** B | 43,382 | |
| 30 | | **LOOM** | **14,009**Op | 11,458Op | 92,132Op | $ **0.013** B | 263 | |
| 31 | | **XMR** | **9,650**Op | 10,959Op | 16,055Op | $ **0.689** B | 3 | |
| 32 | | **ZEC** | **6,618**Op | 5,002Op | 19,054Op | $ **0.293** B | 5 | |
| 33 | | **NANO** | **6,289**Op | 7,562Op | 3,032,971Op | $ **0.062** B | 24 | |
| 34 | | **BEOS** | **1,816**Op | 2,542Op | 104,687Op | $ **0.000** B | inf | |
| 35 | | **LSK** | **1,073**Op | 1,578Op | 6,873Op | $ **0.139** B | 2 | |
| 36 | | **SCR** | **535**Op | 457Op | 22,822Op | $ **0.000** B | 1,321 | |
| 37 | | **PPY** | **88**Op | 12,063Op | 55,551Op | $ **0.001** B | 19 | |

(Last data update 2020-03-19 / 18:01:01 - UTC+2)

**More about the indexes and values**

▼ ▼ ▼

Created with Highcharts 8.0.4Operations on the most active blockchains (7 day average)