# Exhibit W

| Attachments: | eXJ7zcWk_bigger_95035FEB-12.jpg |



**Kin Foundation** @kin_foundation

@theshivpat We implemented individual caps during the first 24hrs to ensure all registered participants had a fair chance to purchase.

9/13/2017 11:23 AM (UTC -04:00)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00006213