# Exhibit Y



# Kik raises nearly US$100 million in Kin token distribution event

September 26, 2017

**WATERLOO, Ontario – Sep. 26, 2017-** Kik Interactive, the creator of the popular chat platform Kik, has announced the Kin token distribution event (TDE) has successfully ended raising nearly US$100 million. More than 10,000 people from 117 countries participated in the token sale, immediately making Kin one of the most widely held cryptocurrencies in the world.

"We wanted as many people as possible to participate in the Kin token distribution event. Based on the outpouring of support leading up to and during the event, we clearly achieved that goal," said Ted Livingston, founder and CEO of Kik. "We envision Kin as the foundation for a decentralized ecosystem of digital services, starting with Kik, and we couldn't be more thrilled than to build this new future together with you."

Kin is an ERC20 token on the Ethereum blockchain that will be integrated into Kik as the primary transaction currency. By integrating Kin into Kik's chat platform, which has millions of users, to drive mainstream consumer adoption, Kin has the potential to become the most adopted and used cryptocurrency in the world. Eventually, the Kin Rewards Engine, an innovative cryptoeconomic structure intended to promote the use of Kin as a common currency, administered by the Kin Foundation, will foster the creation and development of a worldwide, decentralized ecosystem of digital services.

EXHIBIT
61
19-cv-5244-AKH

For more information on Kin, please visit: kin.kik.com.

**About Kik:**

EXHIBIT
tabbies
95

Kik Interactive, Inc., connects the world through chat. The company is the maker of Kik, a chat platform popular with U.S. teens where people can chat with friends and connect with chat-based services. Founded in 2009, Kik Interactive, Inc. is headquartered in Waterloo, Ontario, Canada. For more information, please visit kik.com.

**Share this article**



7/25/2018 Kik raises nearly US$100 million in Kin token distribution event

    

Recommended Posts

Kik Launches New Ways to Earn and Spend Kin

June 27, 2018

Kik Partners with Crisis Text Line

April 18, 2018

Kik Forms Independent Safety Advisory Board

December 06, 2017

Get Kik news straight to your inbox.
joe@gmail.com
Go
Follow us on Social.
KIK
Features
About
Careers
News
Contact
COMMUNITY
Kik <3 Blog
Help Center
Safety Center
Law Enforcement
PARTNERS
For Brands
For Developers
Case Studies
Resource Hub
PLATFORM
Developer Blog
Bot Shop
Bot Support Center
Download the Kik app now

https://www.kik.com/blog/kik-raises-nearly-us100-million-in-kin-token-distribution-event/ 2/3

7/25/2018 Kik raises nearly US$100 million in Kin token distribution event

Terms of Service Privacy Policy © 2018 Kik Interactive. All rights reserved.

View High Contrast Site

https://www.kik.com/blog/kik-raises-nearly-us100-million-in-kin-token-distribution-event/ 3/3

