UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>KIK INTERACTIVE INC.,<br><br>    Defendant. | Civil Action No.:<br>19-cv-5244 (AKH) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, Benjamin J. Beaton hereby moves this Court for an Order for admission to practice *pro hac vice* in order to appear as counsel for amicus curiae, the Blockchain Association, in the above-captioned action.

I am in good standing of the bars of the District of Columbia and the states of Ohio and Kentucky; I have never been convicted of a felony; I have never been censured, suspended, disbarred or denied admission or readmission by any court, and there are no pending disciplinary proceedings against me, including in any state or federal court.

Dated: April 17, 2020.

                                              Respectfully submitted,

                                              S/ *Benjamin Beaton*
                                              Benjamin Beaton
                                              SQUIRE PATTON BOGGS (US) LLP
                                              2550 M Street, NW
                                              Washington, DC 20037
                                              Telephone: 202-457-6000
                                              benjamin.beaton@squirepb.com

                                              *Counsel for the Blockchain Association*