UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KIK INTERACTIVE INC.,<br><br>Defendant. | )<br>)<br>)  Civil Action No.:<br>)  19-cv-5244 (AKH)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF BENJAMIN J. BEATON

Pursuant to 28 U.S.C. §1746, I, Benjamin J. Beaton, state as follows:

1. I am in good standing with the District of Columbia bar and the bars of the states of Ohio and Kentucky.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me, including in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2020

> S/ *Benjamin Beaton*
> Benjamin Beaton
> SQUIRE PATTON BOGGS (US) LLP
> 2550 M Street, NW
> Washington, DC 20037
> Telephone: 202-457-6000
> benjamin.beaton@squirepb.com