AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| U.S.SECURITIES AND EXCHANGE COMMISSION, )<br>*Plaintiff* )<br>v. )<br>KIK INTERACTIVE INC. )<br>*Defendant* ) | Case No. 19-cv-5244 (AKH) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Blockchain Association .

Date: 04/17/2020

/s/ Keith Bradley
*Attorney's signature*

Keith Bradley, #4633921
*Printed name and bar number*

SQUIRE PATTON BOGGS (US) LLP
1801 California Street, Suite 4900
Denver, CO  80202

*Address*

keith.bradley@squirepb.com
*E-mail address*

(303) 830-1776
*Telephone number*

(303) 894-9239
*FAX number*