## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIK INTERACTIVE INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No.:<br>)  19-cv-5244 (AKH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
THE BLOCKCHAIN ASSOCIATION AS AMICUS CURIAE**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of this Court to evaluate possible bases for recusal or disqualification, the undersigned counsel for the Blockchain Association ("Blockchain") submits this Corporate Disclosure Statement. The undersigned counsel certifies that Blockchain is a not-for-profit trade association, has no parent company and issues no stock.

Dated: April 17, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>S/ *Keith Bradley*</u>
　　　　　　　　　　　　　　　　　　　　Keith Bradley
　　　　　　　　　　　　　　　　　　　　Benjamin Beaton (*pro hac pending*)
　　　　　　　　　　　　　　　　　　　　SQUIRE PATTON BOGGS (US) LLP
　　　　　　　　　　　　　　　　　　　　2550 M Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　Telephone: 202-457-6000
　　　　　　　　　　　　　　　　　　　　keith.bradley@squirepb.com
　　　　　　　　　　　　　　　　　　　　benjamin.beaton@squirepb.com

　　　　　　　　　　　　　　　　　　　　*Counsel for the Blockchain Association*