# SEC105

| | |
|---|---|
| From: | Ted Livingston <ted@kik.com> |
| Sent: | Monday, August 21, 2017 11:58 AM |
| To: | All of Kik <all@kik.com> |
| Subject: | Kin TDE Registration Soft Launched Today |

Hi All,

Today we soft launched registration for the token distribution event (TDE). Kin.kik.com has been updated to reflect this, and we shared this with our Slack and Reddit channels. Assuming everything goes smoothly we will do a bigger push tomorrow, which will include outreach to the 19K+ people on the Kin emailing list.

We will plan to announce sale details next week and will have a better idea on timing once we are able to see how registration is faring. We're aiming for the sale to happen the first half of September. Please keep this confidential.

For employees interested in participating in the sale, you will have to sign a Simple Agreement for Future Tokens (SAFT - all of our pre-sale participants were required to sign this), in addition to completing registration through kin.kik.com. Employees will be able to participate in the TDE up to $10,000 USD. More on this from Peter and Tanner soon.

This gets us one step closer to completing the TDE, and one step closer to integrating Kin into Kik. A huge thank you to everyone who made this happen - the train is now officially rolling.

Ted

--

e: ted@kik.com
k: ted

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00066759