SEC106

| From: | kin@kik.com on behalf of<br>Drayton Group LP <info@thedraytongroup.com> |
|---|---|
| Sent: | Wednesday, September 13, 2017 4:08 PM |
| To: | Kin by Kik <kin@kik.com> |
| Subject: | Re: Kin TDE Updates |

I tried buying but with no help ...

On Sep 13, 2017, at 5:55 PM, Kin by Kik <kin@kik.com> wrote:

Kin TDE Updates



Hello!

We wanted to share a few updates regarding the Kin token distribution event.

First, we are pleased to announce that over **9,500 people** from **115+ countries** have participated in the token distribution event. On Sept. 12th, we raised over **52,000 ETH**, and today, after removing the individual participation caps, we have seen the daily sales volume nearly double in just 9 hours. To date, we have sold **320,000 ETH** (**74%** of our total sales goal).

Over the past day, we have had many inquiries regarding the eligibility of Hong Kong and Taiwan residents. To clarify, all residents of Hong Kong and Taiwan who have successfully pre-registered are indeed eligible to participate in the Kin token distribution event.

If you haven't yet participated, you may join the token distribution event on kin.kik.com. And for those who have already bought in, there's still time to buy in on a higher level.

As a reminder, you must use the ETH address you registered with. If for some reason, you would like to use a different address to purchase Kin, please contact kin.registration@kik.com to request an ETH address adjustment.

**Purchase Kin Now**

Thanks!

- The Kin Team

---

*Kik Interactive, Inc., reserves the right to prohibit persons (both natural and non-natural) from participating in either the Kin token sale, and/or Kin network, who are domiciled in jurisdictions (both domestic and foreign) in accordance with legal and/or regulatory concerns or obligations, such as sanctions programs administered by the U.S. Department of Treasury's Office of Foreign Assets Control.*

*Copyright © 2017 Kik Interactive, Inc., All rights reserved.*

**Our mailing address is:**
Kik Interactive, Inc.
420 Weber Street North - Suite I
Waterloo, Ontario N2L 4E7
Canada
kin@kik.com

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list