# Exhibit BB-1

| | |
|---|---|
| **From:** | ryan ramsey ████████████ |
| **Sent:** | Monday, February 3, 2020 1:33 PM |
| **To:** | Bailey, Jenna C |
| **Cc:** | D'Allaird, Laura |
| **Subject:** | Updated Declaration about Kin ICO |
| **Attachments:** | Updated Declaration of Ryan Ramsey_Feb 3 2020.pdf |

**[External]**

Hey Jenna,

So it was my assumption when signing that declaration you guys sent me that it was just kind of a summary of some of the things you guys asked me about over the phone. I was informed that this document is quite a bit more serious than that and could be seen as my entire testimony under perjury of law about everything regarding Kik, Kin, and the ICO sale. That being said, I decided over the weekend to update the declaration to include everything that I feel is relevant to questions both you guys at Kik and the SEC asked me about – At least all the ones that I remember – and update some of the wording so I feel more comfortable with the truthfulness of it (rereading the first declaration, some of the wording seemed too absolute about certain things and didn't tell the whole story). In case this goes to court and I have to be called as a witness or whatever, I don't want to get in trouble or be accused of saying something over the phone about something that happened 3 years ago just because I don't remember exactly what happened or got my words twisted.

On top of going into more detail of things I thought relevant in the updated declaration, I also did a quick 5 minute google search of articles about Kik and Kin limited to a time between March 2017 and September 2017 and read all the ones that come up on the first results page. Since I cannot specifically remember reading certain things or viewing any videos with Ted talking about the Kin ICO, but I know with 100% certainty that I would have read these articles, I have also included things that I found in these articles. Since I've never written a legal document before, I don't know what kind of things are allowed or appropriate in the declaration or not; but since I assume it's kind of like a testimony of my take on everything, I have included my opinion on certain things as well.

Best,

Ryan Ramsey