# Exhibit DD

1              UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3

4    UNITED STATES SECURITIES        )
     AND EXCHANGE COMMISSION,        )
5                                    )
                  Plaintiff,         ) Civil No.
6                                    ) 1:19-cv-05244
       v.                            )
7                                    )
     KIK INTERACTIVE INC.,           )
8                                    )
                  Defendant.         )
9    _____)

10

11

12

13        VIDEOTAPED DEPOSITION OF JAMES WEATHERMAN

14                   9:59 a.m.

15              January 7, 2020

16                  Taken at:

17        SEC Salt Lake City Regional Office
         351 S. West Temple Street, Suite 6.100
18            Salt Lake City, Utah 84101

19

20

21

22

23

24   Reporter:
     Heidi Hunter, RPR, CCR
25   JOB No. 200107CCT

                                                          1

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFF:

4            Stephan Schlegelmilch, Esq.
             U.S. Securities and Exchange Commission
5            Attorneys at Law
             100 F. Street, N.E.
6            Washington, DC 20549
             202.551.4935
7            SchlegelmilchS@sec.gov

8

9

10   FOR THE DEFENDANT:

11           Jenna Bailey, Esq.
             Cooley, LLP
12           Attorneys at Law
             3175 Hanover Street
13           Palo Alto, CA 94394
             650.843.5000
14           Jbailey@cooley.com

15

16

17   FOR THE WITNESS

18           Neil T. Smith, Esq.
             K&L Gates, LLP
19           Attorneys at Law
             One Lincoln Street
20           Boston, MA 02111
             617.261.3180
21           Neil.smith@klgates.com

22

23

24

25

                                                        2

```
 1                    I N D E X

 2

 3                                              PAGE

 4   James Weatherman

 5        Examination by Mr. Schlegelmilch          6

 6        Examination by Mr. Smith               120

 7

 8                 E X H I B I T S

 9   NO.              DESCRIPTION                PAGE

10
     Exhibit 201    Jay Weatherman deposition subpoena    9
11
     Exhibit 202    Letter dated 12/10/19 from Neil    13
12                  Smith; Re: SEC v. Kik Interactive,
                    inc., S.D.N.Y. Case No. 19-cv-5244
13                  (AKH)

14   Exhibit 203    Email dated 12/24/19 from Neil    14
                    Smith; subj: Weatherman
15
     Exhibit 204    Moose Landing LLC About Us       21
16
     Exhibit 205    KinFit app description          44
17
     Exhibit 206    Kin: The Reader's Digest Version    45
18
     Exhibit 207    Laddering into Kin: How to beat the    60
19                  price swings

20   Exhibit 208    KinFit Hiker App Proposal       63

21   Exhibit 209    Email dated 5/7/19 from Alex Cohen;    68
                    Re: Go Live Milestone Reached - Kin
22                  Developer Program

23   Exhibit 210    Email dated 5/26/19 from Moose    70
                    Weatherman; Re: Kinfit and
24                  Kinnovation
     Exhibit 211    Email dated 6/6/19 from Hadar    72
25                  Landau; Re:  Congratulations
```

3

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

1

2       Exhibit 212    Email chain, first of which dated    73
                        6/17/19 from Hadar Landau; Re:
3                       Kinfit - 1st payment

4       Exhibit 213    Email dated 8/5/19 from Hadar         73
                        Landau; Re: 28/7 - 3/8 Tourism
5                       payment - KinFit

6       Exhibit 214    Email dated 11/22/19 from Kevin       75
                        Ricoy; Re: KRE Payout (Nov 3-9)
7       Exhibit 215    PM Convo with Kevin Rickoy            79

8       Exhibit 216    Reddit PM Convo with Yoel Rivlis      82

9       Exhibit 217    Private Message conversation with     89
                        Ted Livingston on Reddit
10
        Exhibit 218    Hackermoon piece on Kik vs SEC        98
11
        Exhibit 219    Hiker2mtn Reddit post                104
12
        Exhibit 220    Reddit thread                        108
13
        Exhibit 221    Reddit thread                        112
14
        Exhibit 222    Twitter post to Tylerwinklevoss &    113
15                      Cameron Winklevoss

16

17

18

19

20

21

22

23

24

25

4

```
 1                    P R O C E E D I N G S

 2

 3            VIDEOGRAPHER:  We are now on the record at

 4   approximately 9:59 a.m.  This is the videotaped

 5   deposition of James Weatherman, deponent in the matter

 6   of SEC verse Kik Interactive, Case Number 1:19-CV-05244.

 7            This deposition is being held at SEC Salt Lake

 8   City Regional Office, 351 South West Temple Street,

 9   Suite 6100, Salt Lake City, Utah 84101.  Today's date is

10   Tuesday, January 7th, 2020.  The time on the video

11   monitor is approximately 10:00 a.m.

12            My name is Christopher Harsh, legal

13   videographer for the day with Gradillas Court Reporting,

14   located at 400 North Grand Boulevard, Suite 950,

15   Glendale, California 91203.

16            Will all counsel and all present please

17   identify themselves and then the court reporter will

18   swear in the witness.

19            MR. SCHLEGELMILCH:  Stephan Schlegelmilch for

20   the SEC.

21            MS. BAILEY:  Jenna Bailey on behalf of Kik.

22            MR. SMITH:  Neil Smith of K&L Gates on behalf

23   of the deponent, Mr. Weatherman.

24            THE WITNESS:  James Weatherman, deponent.

25            COURT REPORTER:  Okay.  Raise your right hand,
```

5

1    please.

2            Do you solemnly swear or affirm the testimony

3    you're about to give is the truth, the whole truth, and

4    nothing but the truth?

5            THE WITNESS:  I do.

6                        EXAMINATION

7    BY MR. SCHLEGELMILCH:

8        Q    Good morning, Mr. Weatherman.  We met earlier

9    today.  My name is Stephan Schlegelmilch.  I'm with the

10   SEC.

11           Would you mind for the record stating your

12   full name and spelling your last name.

13       A    James Alexander Weatherman, Junior,

14   W-E-A-T-H-E-R-M-A-N.

15       Q    Would you mind providing your home address.

16       A    15705 Rosco Road, Alberton, Montana 59280.

17       Q    Do you have a business address that's

18   different from your home address?

19       A    Not at the moment.

20       Q    And this morning Mr. Smith is representing

21   you; is that correct?

22       A    Yes.

23       Q    And the Cooley law firm is not representing

24   you?

25       A    No.

6

1      Q    Are you paying Mr. Smith's legal bills?

2      A    No.

3      Q    Who is?

4      A    I'm not sure, but he was appointed for my

5   representation by Kik.

6      Q    Okay.  Have you ever been deposed before?

7      A    Yes.

8      Q    How many times?

9      A    Just once.

10     Q    Can you tell me a little bit about that matter

11  where you were deposed?

12     A    I was involved in a car accident.  I was in

13  the backseat of a taxi cab that got T-boned in New York

14  City and I got deposed as part of the process with that.

15     Q    Everything about that sounds horrible.

16     A    It was.

17     Q    Well, I don't know whether they went over the

18  ground rules the last time you were deposed -- well, how

19  long ago was that?

20     A    About a year.

21     Q    Okay.  Just for purposes of the record, just

22  so we can get a clean record here, there is a court

23  reporter sitting next to you and she's transcribing

24  everything that we say out loud.

25          So, as a result, in order to have a clear

                                                        7

1    record, we need to answer with a "yes" or a "no."  Like,

2    headshakes or "uh-huhs" or "uh-uhs" don't really

3    translate well to the written record; is that okay?

4        A    Yes.

5        Q    And I need to let you finish your answer

6    before I ask the next question and you need to let me

7    finish my next question before you start answering; is

8    that okay?

9        A    Yes.

10       Q    And if you don't understand something that I

11   say or a question that I ask, just let me know and I'll

12   give you a better question, okay?

13       A    Okay.

14       Q    There's a fair amount of jargon in this case

15   and so if I'm misusing it or I'm using it in a way that

16   you don't follow, just let me know.

17       A    Okay.

18       Q    I said this before we went on the record, but

19   I tend to take a lot of breaks.  I run out of steam.  So

20   if you run out of steam or if you want a break, just let

21   me know and we'll go off the record.  The only caveat

22   I'll make is that if there's a question pending, I'll

23   ask you to answer the question.

24       A    Okay.

25       Q    Are you taking any -- I know you have a cough

8

```
 1    drop.  Are you taking any other medication today that
 2    would affect your memory?
 3         A    Nothing that would affect my memory, no.
 4         Q    Is there any reason that you couldn't give
 5    full and complete testimony today?
 6         A    No.
 7         Q    Now, the SEC paid for your flight to Salt Lake
 8    City today; is that correct?
 9         A    That's correct.
10         Q    Are you receiving from the SEC any other
11    compensation for testifying today?
12         A    No.
13         Q    Are you receiving from anyone else any
14    compensation for testifying today?
15         A    No.
16         Q    Are you expecting to receive any compensation
17    for testifying today?
18         A    No.
19         Q    Are you expecting to receive any compensation
20    for testifying at trial?
21         A    No.
22         Q    Okay.  Let me hand you what we will mark as
23    Exhibit 201.
24                      (EXHIBIT 201 WAS MARKED.)
25         Q    Have you seen this before?
```

9

1       A     Yes.

2       Q     This is the deposition -- or this is the

3  subpoena that you received for this deposition today; is

4  that correct?

5       A     That is correct.

6       Q     Do you see at the -- there's a section marked

7  "production" on the first page of the subpoena?

8       A     I see it, yes.

9       Q     And it identifies a number of materials that

10  we asked you to produce in advance of your deposition.

11         Do you see that?

12      A     Yes, I do.

13      Q     What steps did you -- well, let me ask a

14  better question:  Did you take any steps to look for

15  material that was responsive to those requests?

16      A     I did.

17      Q     What steps did you take?

18      A     I did a search of our paper records and of our

19  computer records of all emails, all communications with

20  Kik via all methods that I could identify that we might

21  have received or communicated with Kik.

22      Q     Do you see the second item that was requested,

23  documents concerning the purchase of Kin and the

24  decision to purchase Kin.  Do you see that?

25      A     Yes.

                                                        10

1          Q    And I may have just missed it, but I didn't

2    see any documentation about any purchase of Kin that

3    you've made.

4               Have you purchased any Kin?

5          A    I have.

6          Q    Can you tell me when you purchased Kin?

7          A    I don't remember the exact dates and there

8    have been several.  I don't have any documents relating

9    to it.

10         Q    Okay.

11         A    But I did -- I have purchased Kin on several

12   occasions.

13         Q    Okay.  Can you provide me with -- when was the

14   first time that you purchased Kin?

15         A    Roughly it would be either late in the last

16   quarter of 2017 or early in the first quarter of 2018.

17   I believe it was late in the last quarter of 2017.

18         Q    Okay.  So between --

19         A    Roughly December timeframe.

20         Q    Okay.  So 12/2017.  Okay.  And that's the

21   first time you purchased Kin?

22         A    Yes.

23         Q    What was the -- well, did you purchase it with

24   ETH or with fiat currency?

25         A    Ether.

                                                            11

1        Q     And how -- what was the approximate U.S.

2   dollar value of the ether that you used to purchase Kin?

3        A     I would be guessing here.  Approximately $500.

4        Q     And you said that you've made several

5   purchases since then?

6        A     Yes.

7        Q     Okay.  Can you provide -- about how many

8   times?  And I'm looking for an approximation, just sort

9   of an order of magnitude.

10        A     Ten to 15 times.

11        Q     Okay.  And that's all since December of 2017?

12        A     Yes.

13        Q     Can you provide me with the -- and in those

14   instances, did you purchase with ether or with fiat

15   currency?

16        A     In every instance -- in no instance did I

17   purchase with fiat currency.  I always purchased with

18   either ether or bitcoin.  Generally with ether.

19        Q     Okay.  And can you provide me with -- and,

20   again, I'm just asking for sort of a high level

21   approximation -- with the approximate -- at the time of

22   purchase the approximate U.S. dollar value of your

23   purchases of Kin?

24        A     The total amount that I have purchased?

25        Q     Yes, sir.  Just an approximation.

                                                            12

1       A     Between 25- and $30,000.

2       Q     And that's at the time of purchase?

3       A     Yes.  And that's a rough number.

4       Q     No, I understand.  I'm just trying to sort of

5   get an order of magnitude.

6       A     Okay.

7       Q     So, great.  Okay.  Now, one of the things we

8   asked in the subpoena as you can see in 201 was for you

9   to identify the social media handles that you use.

10      A     Yes.

11      Q     And I'm going to have this marked as

12  Exhibit 202.

13                        (EXHIBIT 202 WAS MARKED.)

14      Q     Have you seen this letter before?

15      A     Yes.

16      Q     This is a letter from Mr. Smith, your

17  attorney, to me dated December 10th, 2019.

18      A     Yes.

19      Q     And it identifies a number of social media

20  platforms and your user handle; is that correct?

21      A     Yes.

22      Q     To the best of your knowledge, are these

23  accurate?

24      A     These are accurate.  I believe there's a

25  Medium handle that's not mentioned here.  I believe it's

13

```
 1   Hiker2mtn but it could be gonuclearnavy.  I'm not sure
 2   which.
 3        Q    Okay.  Well, let me -- let's mark as 203 an
 4   email that I have.
 5                      (EXHIBIT 203 WAS MARKED.)
 6        Q    All right.  Have you seen this email before?
 7        A    Yes.
 8        Q    Okay.  And this is an email I received from
 9   Mr. Smith, your attorney, on December the 24th of last
10   year.
11        A    Okay.
12        Q    And in this email he indicates that your
13   username for Medium is gonuclearnavy?
14        A    Yes.
15        Q    So does that -- is that accurate or do you
16   think that you also have another Medium handle?
17        A    No, sir.  I only have one.  I just couldn't
18   remember which one I -- which named I used under it.
19        Q    And forgive me if I've asked this before, but
20   for Facebook -- looking again at 202.  For Facebook,
21   Instagram, Reddit, Twitter, and then Twitter -- it looks
22   like you have two Twitter accounts?
23        A    Yes.  One is for my app and one is my personal
24   account.
25        Q    Okay.  And the usernames are -- the user
```

                                                            14

```
 1   handles are correct for those?

 2       A    Yes, sir.

 3       Q    And then gonuclearnavy for Medium?

 4       A    Correct.

 5       Q    Okay.  Do you have any other social media

 6   platform handles that you've used to talk about Kin or

 7   Kik?

 8       A    No, sir.

 9       Q    Do you use the Kik messenger?

10       A    No, I don't.

11       Q    Have you ever used it?

12       A    Yes.

13       Q    When was the last time you used Kik messenger?

14       A    It's been probably six months ago.

15       Q    Okay.  And when did you open a Kik messenger

16   account?

17       A    Probably -- I would be guessing here -- two

18   years ago.

19       Q    Well, I guess what I'm -- let me just sort of

20   get what I'm driving at.  Was it before or after your

21   first purchase of Kin?

22       A    After.

23       Q    So it would have been after -- so you opened a

24   Kik messenger account after December 2017?

25       A    Yes.
```

15

1      Q    Okay.  And did you open a Kik messenger

2  account in order to do something with your -- with the

3  Kin that you had purchased?

4      A    Not per se.  I opened a Kik messenger account

5  to explore the Kik messenger service and to learn more

6  about it.

7      Q    Why was that?

8      A    Because it was associated -- because of the

9  Kin cryptocurrency that we had bought.  And my process

10  for deciding to purchase Kin cryptocurrency included a

11  lot of research, a lot of reading.

12          My understanding of Kik as a messenger service

13  before I became involved with the cryptocurrency was

14  that it was mostly younger people that were involved,

15  and it -- when I communicate with, say, my children, I

16  used some messengering services that -- that they use,

17  SnapChat, but -- and Kik was along those lines.  I had

18  never actually used it for myself beforehand.  But I was

19  interested in it because of its connection to Kin.

20      Q    Okay.  And you said the last time you used it

21  was about six months ago?

22      A    That's an approximate time, yes.

23      Q    Can you tell me -- what year were you born?

24  I'm just looking for a little bit of sort of

25  biographical information about you.

                                                        16

1      A      1965.

2      Q      And where were you born, sir?

3      A      North Carolina.  Eden, North Carolina.

4      Q      And did you grow up in North Carolina?

5      A      I did.

6      Q      And did you graduate from high school?

7      A      I did.

8      Q      And did you go to college?

9      A      I did.  Initially I went to Appalachian State.

10  Go Mountaineers.

11      Q      I know Appalachian State because I'm from Ohio

12  and I know Appalachian State beat Michigan and that's a

13  good thing.

14          So you said you went there initially.  Did you

15  graduate from there?

16      A      I did not.

17      Q      Okay.  What happened after Appalachian State?

18      A      I joined the Navy, enlisted in the Navy and

19  was able to get into the naval nuclear power program.

20      Q      Okay.  And about what year did you enlist in

21  the Navy?

22      A      1980 -- 1980 -- early '86, I believe.  I'm

23  trying to remember if it's late '85 or early '86.

24      Q      And if you were in the nuclear power program,

25  you were a submariner or submariner?

17

1       A     I was a submariner, yes.

2       Q     What vessels were you on?

3       A     The U.S.S. San Juan, SSN-751.

4       Q     How long did you serve?

5       A     Approximately five and a half years.

6       Q     And did you get an undergraduate degree while

7   you were in the Navy?

8       A     I worked towards an undergraduate degree and

9   ended up having a problem with thyroid cancer and left

10  naval service.

11      Q     Okay.

12      A     A service-connected disability.  And I ended

13  up finishing a degree once I got out.

14      Q     Where did you finish your degree from?

15      A     Florida Institute of Technology.

16      Q     About what year was that?

17      A     That I finished the degree?

18      Q     Yes.

19      A     It would be 1994, I believe.

20      Q     Okay.  What was your degree in?

21      A     Aviation management.

22      Q     Where is Florida Institute of Technology?

23      A     Melbourne, Florida.

24      Q     I have family that went to Emery Riddle.

25      A     Okay.

18

1      Q    So what did you do in 1994 after graduating

2   from college?

3      A    I was a flight instructor.  I owned an

4   airplane and I taught people how to flight it.  The way

5   the process works is you build time and you put your

6   resume out and get hired by smaller airlines, you build

7   more time, and then you move up to a larger airline.  I

8   did that process.

9           During the early '90s while I was going to

10  school, I also worked for Delta Airlines as a customer

11  service agent while going to school and teaching, flight

12  instructing, and I was --

13     Q    Was this down in Florida?

14     A    This was in Florida, yes.

15     Q    Okay.

16     A    And then fast forward through several jobs

17  with a number of airlines, I got hired by Delta in 1997

18  and I've been there ever since.

19     Q    Okay.  And you -- you started with -- how did

20  the process work at -- let me start over.

21          Starting in 1997, can you just -- I know that

22  you were currently flying intercontinental flights; is

23  that correct?

24     A    Yes.

25     Q    So can you just at a very high sort of resume

19

1    level walk me through your progression from 1997 to the

2    present with Delta.

3         A    I was hired in late 1997 as a 727 flight

4    engineer and served Delta as a flight engineer for

5    approximately three and a half to four years, became a

6    co-pilot on the 737, went back to the 727 as a co-pilot,

7    and I was there for a number of years, then got hired as

8    a 767 co-pilot flying international routes.  Did that

9    for a number of years.  Became a captain for the first

10   time in 2012 as an MD-88 captain flying out of New York.

11        Q    Okay.

12        A    It's an narrow-body domestic aircraft.

13        Q    Yeah.  I was going to say, I think I've been

14   on one.

15        A    Yeah, you wouldn't forget it if you had.  It's

16   an interesting aircraft.

17             But I've worked my way up.  After that I

18   became a 767 captain in Seattle for a number of years.

19   Because of my wife's health issues, we decided to leave.

20   We lived in Seattle at the time.  We decided to leave

21   Seattle, so I bid off of the 767 as a captain to be a

22   co-pilot for more seniority out of Detroit on the airbus

23   A350.  And that's where I'm at now.

24        Q    Out of Detroit?

25        A    Yes, sir.

                                                            20

1      Q     And what's -- do you have, like, a standard

2   route?

3      A     We bid for schedules every month so it

4   changes.  But the reason for making that change and for

5   taking on that commute from Missoula to Detroit is

6   because of the seniority that allows me the flexibility

7   to bid the schedules that I'd like to have.

8      Q     Okay.  During a break I'd like to hear how you

9   make that work.  It sounds very interesting.

10      A     It's difficult.

11      Q     Okay.  Are you familiar with a company called

12   Moose Landing LLC?

13      A     Yes.

14      Q     What is Moose Landing LLC?

15      A     It is a company that my wife and I started

16   when we began exploring the ability to build an app with

17   an idea that I had for building on the Kin blockchain.

18   We realized we needed to have a corporate structure in

19   order to protect ourselves and to -- as part of the

20   process for becoming a developer on the Apple system for

21   Apple smart phones, they want you to have a corporate

22   structure.  So we went ahead and formed Moose Landing

23   and incorporated in Montana.

24      Q     Let me mark -- this will be 204.

25                      (EXHIBIT 204 WAS MARKED.)

21

1          Q    Have you ever seen this before?

2          A    Not in paper form, but, yes, I have.

3          Q    This is a printout of the About Us page on

4     Moose Landing LLC's website?

5          A    That's correct.

6          Q    Did you write this?

7          A    Not all of it by myself, but, yes, I had a

8     hand in writing it.

9          Q    Who else helped you write it?

10         A    My wife, Courtney, and our technical

11    developer, Luc.

12         Q    That's Mr. Hendriks?

13         A    Yes.

14         Q    And he lives in Amsterdam?

15         A    He does.

16         Q    And if you look on the first page under

17    Our History, it says in the summer of 2018.  Is that

18    about when Moose Landing sort of got off the ground?

19         A    That's correct.  That's when the idea for the

20    app came into my head.

21              MR. SCHLEGELMILCH:  Why don't we go off the

22    record?

23              VIDEOGRAPHER:  We are now off the record.  The

24    time is approximately 9:22 a.m.

25                        (Recess.)

                                                           22

1            VIDEOGRAPHER:  We are back on the record.  The

2    time is approximately 10:29 a.m.

3        Q    (BY MR. SCHLEGELMILCH)  When we left off we

4    were talking about Moose Landing LLC?

5        A    Yes.

6        Q    And I don't remember the line of questioning,

7    so I'll just sort of start as close to the beginning as

8    I can remember.  You said -- I think you said -- I'm not

9    trying to misquote you, but I think you said that

10   Moose Landing LLC sort of got off the ground in the

11   summer of 2018; is that right?

12       A    Later than that, actually.  We started -- I

13   actually came up with the concept for KinFit, the app

14   that we designed around that time, the summer of 2018.

15   And we had a lot of things going on with moving and with

16   other things in life, and I really shelved the idea for

17   several months and then started looking at it again in

18   the fall.  And so that was -- the summer of 2018 was the

19   genesis of the concept for the app, but the company came

20   I believe in the winter.

21       Q    Of 2018?

22       A    Yes.

23       Q    Okay.  Who owns Moose Landing LLC?

24       A    I do along with my wife.

25       Q    Does Mr. Hendriks have an ownership interest?

                                                        23

1      A      No.

2      Q      Is he an employee?

3      A      He's a partner in the app.

4      Q      So is it fair to say that other than -- well,

5      let me ask a better question:   Does Moose Landing LLC

6      have any employees?

7      A      No.

8      Q      Okay.   And other than KinFit, does

9      Moose Landing LLC have any other products?

10     A      No.

11     Q      Does Moose Landing LLC generate any revenue?

12     A      As a general rule speaking, no.   We do receive

13     a payout from the Kin Rewards Engine, the KRE, on a

14     weekly basis for the activity generated on the Kin

15     blockchain by our users.

16     Q      Okay.

17     A      But that's paid out in Kin, but not in fiat.

18     Q      Okay.   We will -- I have some -- we can talk

19     about that a little bit more.   But in U.S. dollars or

20     other fiat currency, there's no revenue for

21     Moose Landing LLC?

22     A      Not per se.   We did -- when we first launched

23     the app, we won a contest with it, with the

24     Kin Foundation, and won a $5,000 prize and 100 million

25     Kin on top of that.   So that was when we first launched

                                                              24

1    the app we were first to market in the contest.

2           But since then we've received -- let me take

3    that back.  We did receive a $400 payout from a portion

4    of the Kin Foundation that was looking for us to

5    implement a part of Kin that interacts with other apps

6    on the blockchain and allows our app to be searched and

7    referenced by other -- by users on other apps.  We did

8    get a $400 payout for that.

9           Q    And I think I have some -- an email about that

10   issue --

11          A    Yes.

12          Q    -- that we can -- so we can drill down a

13   little bit more.  You said that you got $5,000, though,

14   that --

15          A    Yes.

16          Q    -- Moose Landing LLC got $5,000.  From whom

17   did Moose Landing LLC get $5,000?

18          A    From the Kin Foundation.

19          Q    Okay.  Not from Kik?

20          A    No.

21          Q    So if I told you that that money came from

22   Kik's bank account, that would -- that's inconsistent

23   with your understanding?

24          MR. SMITH:  Objection.

25          You can answer.

                                                            25

1          A    I honestly don't know.  My assumption has been

2     from the Kin Foundation but I actually do not know.

3          Q    Okay.  I think you've mentioned her.  Several

4     times you've mentioned your wife, Courtney.

5          A    Yes.

6          Q    Is that Courtney Weatherman?

7          A    Yes.

8          Q    Okay.  This is a dumb question but I'm sort of

9     curious.  If you look on the second page --

10         A    Okay.

11         Q    -- it says at the very end of the narrative,

12    it reads, "And the patient skills and engaging UI/UX

13    dynamic brought to the project by Courtney Weatherman."

14              What is UI/US?

15         A    User interaction, user experience.

16         Q    Okay.  There you go.  That was -- I told you

17    it was a dumb question.  I just -- that phrase appears

18    in a bunch of different places and I just didn't know

19    what that meant.  All right.

20              Okay.  When was -- when did you start working

21    on KinFit?  And forgive me if you've answered this sort

22    of in a different way.

23         A    In the late fall, early winter of 2018.

24         Q    And when did it go live?

25         A    April of 2019 on the Android platform.

26

1      Q     Android.  And did it -- well, I know it went

2   live on the Apple as well?

3      A     It did.

4      Q     When did that happen?

5      A     Approximately three months later.  I want to

6   say July or August of last year.

7      Q     Prior to creating KinFit, have you had any

8   other experience with software development?

9      A     No.

10     Q     Or app creation?

11     A     No.

12     Q     How did you meet Mr. Hendriks?

13     A     Through Reddit.

14     Q     Okay.  Can you -- when -- let me step back.

15  When did you meet Mr. Hendriks?

16     A     During the process as I was fleshing out the

17  concept for KinFit, I went on Amazon and bought a bunch

18  of books on Android development thinking that I would

19  build this myself.

20           It didn't take long until I realized the

21  learning curve for that would be such that any product

22  that I could develop in time to get to market recalling

23  that we were involved with a contest to come to market

24  wouldn't be very valuable, would not be a great product.

25           So made the decision to seek help.  And we put

27

1  out a call for assistance on Reddit and we had a number

2  of people, a number of people expressed interest in

3  helping us develop the app.

4        After a number of conversations both online

5  and on the phone, we decided to partner with Luc and

6  it's been a very positive experience.  He's an

7  incredibly gifted programmer.

8        Q    And about when did you put out the call for

9  assistance on Reddit?

10       A    Fall of 2018.

11       Q    When did you decide to begin to work with

12  Mr. Hendriks?

13       A    It would probably be January of 2019.  These

14  are rough dates.  I don't have exact dates.

15       Q    Have you met Mr. Hendriks in person?

16       A    Yes.

17       Q    Does Mr. Hendriks own Kik?  Or I'm sorry,

18  forgive me.  Does Mr. Hendriks own Kin?

19       A    I -- I don't have direct knowledge of that.

20  He -- as one of our partnership, he has ownership in

21  some of the Kin we built for the partnership.  Beyond

22  that, I can't speak to his holdings.

23       Q    I'm not asking for specific tickers or

24  anything like that, but are you -- do you invest in the

25  stock market?

28

1       A    Yes, generally.  I have a 401(k) with my

2   employer.

3       Q    Okay.  And do you -- other than your 401(k),

4   do you have any sort of self-directed investments in the

5   stock market?

6       A    Not at this time.

7       Q    Have you ever?

8       A    Yes.

9       Q    Do you ever trade in options?

10      A    I have in the past, yes.

11      Q    Do you ever trade in gold or any commodities?

12      A    No.

13      Q    Are you familiar with the term "initial coin

14  offering" or "ICO"?

15      A    I am.

16      Q    And just in your own terms just so that we're

17  sort of operating off the same script, what is an ICO

18  and your understanding of it?

19      A     It's when a project issues coins to start

20  their project, basically, in order to get their coins

21  out into the -- into the world basically.  Generally

22  people who want -- who believe in the project will buy

23  the coins from them.  And during a controlled evolution

24  that carries a lot of know your customer regulations,

25  these people are -- they send their -- usually another

                                                          29

1    cryptocurrency in and it's exchanged for the coin that

2    they are buying.

3         Q    Have you ever purchased a digital token in an

4    ICO?

5         A    No.

6         Q    We touched on this earlier.  You did not

7    purchase Kin in its September 2017 ICO?

8         A    I did not.

9              MS. BAILEY:  Objection.

10        Q    Have you ever -- were you aware of the Kin ICO

11   in September of 2017?

12        A    I first learned about Kin during that fall

13   period.  I don't remember if I was aware of the ICO at

14   the time.  I believe that I became fully aware of what

15   Kin was all about after the ICO had occurred.

16        Q    So sometime between I think it was late

17   September of 2017 and when you purchased it in December

18   of 2017?

19        A    Yes.

20        Q    How did you become aware of Kin?

21        A    Just through researching.  I had become

22   interested that year in cryptocurrencies.  It was a

23   hobby.  I also learned about -- I had purchased the

24   cryptocurrency called Cardano.

25              The part of the team that had developed

                                                          30

1    Ethereum had split off and gone on to create Cardano.

2    So I was very interested in their technical expertise.

3    They had assembled quite a team of people, so I was

4    interested in that.  I bought some Cardano.

5            And I started looking around for other

6    interesting projects and that's when I came across Kik.

7        Q    And do you recall reviewing the Kik white

8    paper?

9        A    The Kin white paper?

10       Q    Yes.  Thank you.  Did you -- let me ask a

11   better question just so the record is clear:  Do you

12   recall reviewing the Kin white paper?

13       A    Yes.

14       Q    But you did not review it prior to the ICO?

15       A    I did not.

16       Q    Did you attend any -- any meetings where

17   Mr. Livingston who you understand to be the CEO of Kik?

18       A    No.

19           MS. BAILEY:  Objection.

20       Q    Did you watch any of the videos that were

21   recorded of Mr. Livingston speaking at various events in

22   the summer of 2017 about the Kin project?

23       A    I've seen many videos.  I didn't watch them in

24   the summer of 2017, but I have seen many videos of him,

25   yes.

                                                          31

1      Q    Okay.  Before making your purchase of Kin?

2      A    I would think so.  But it was a period of time

3    where I was doing a lot of reading and doing a lot of

4    learning.  I can't say for sure.

5      Q    Okay.  And when did you buy Cardano?

6      A    It would have been probably the summer of

7    2017.

8      Q    Do you have any -- I know that you've

9    exchanged ETH for Kin.  Do you hold any ether today?

10     A    No.

11     Q    Do you hold any bitcoin?

12     A    Yes.

13     Q    And are there any other digital tokens or

14   cryptocurrencies that you currently own other than Kin

15   and bitcoin?

16     A    No.

17     Q    Have you ever sold any Kin?

18     A    Yes.

19     Q    How many times?

20     A    I think on -- I would -- one to two occasions

21   I moved Kin -- some liquidity out of Kin and into

22   bitcoin.

23     Q    Can you tell me when that happened?

24     A    Sometime last summer.

25     Q    So summer -- well --

                                                            32

1        A     Summer of 2019.

2        Q     Okay, thanks.  Thank you.  It's in January so

3   when you say "last summer," I just want to make sure.

4   Summer of 2019?

5        A     Yes.

6        Q     And when you sold the Kin, how did you do it?

7        A     Trying to recollect which exchange I used.  I

8   can't remember at this point.

9        Q     CoinTiger?

10       A     CoinTiger is one that I use a lot, but I don't

11  know if I used it then or not.  I probably did.  And I

12  basically sold and moved back into bitcoin.

13       Q     Okay.  And then on the occasions I think

14  you've said -- I wrote it down -- maybe 10 to 15 times

15  that you've purchased Kin --

16       A     Yes.

17       Q     -- where -- on what exchange did you purchase

18  the Kin?

19       A     Usually -- initially it was on Mercatox and

20  more recently it's been on CoinTiger.

21       Q     Why did you transfer or exchange the Kin for

22  bitcoin in 2019?

23       A     In the wake of the news of the SEC's action

24  against Kik and the -- a company drop in value, it was a

25  financial decision based on trying to stop the

                                                           33

1    hemorrhage.  And I think I probably should have done it

2    earlier.  It's retrospect so it's hard to say, but it

3    was because of the drop in price.

4        Q    To preserve the value of your investment?

5        A    That's correct.

6             MS. BAILEY:  Objection.

7             Give me one quick second to get an objection

8    in before you answer if you can.

9             THE WITNESS:  Okay.

10       Q    I think I -- well, you've -- I think you

11   explained earlier today that you received Kin on a

12   number of occasions by a mechanism other than by

13   purchase, like directly from the Kin Foundation or the

14   Kin rewards engine; is that correct?

15       A    That's correct.

16       Q    Okay.  My understanding is that that has been

17   on a more or less weekly basis; is that correct?

18       A    That's correct.

19       Q    Okay.  And when did those transfers begin?

20       A    Fall of 2019.  I don't have the exact date.

21       Q    And those continue to the present?

22       A    Yes.

23       Q    Why did you buy Kin?

24       A    I believe in the project.

25       Q    Well, what does -- like, what does that mean?

                                                          34

1    What do you mean by that, "I believe in the project"?

2         A     I believe that when all things are considered,

3    there's any number of cryptocurrency projects out in the

4    world that could have value, that could make significant

5    changes in the way the world interacts with each other,

6    the way value is exchanged, the way people earn and

7    spend or exchange their efforts for value, and then

8    exchange that value for goods and services.

9              From everything that I've read and everything

10   that I learned, Kin made the most sense.  It made sense

11   that people could earn Kin for doing the mundane tasks

12   that they already do.

13             What we've -- the situation that social media

14   is in now with Facebook dominating the entire spectrum

15   of social media, it's all ad placement in front of

16   individuals.  And the Kin project kind of turns

17   everything on its head with that.

18             Instead of using user data and selling it,

19   scraping it from the user's actions and selling it to

20   advertisers, it's a shared reward system where the users

21   perform whatever tasks they were normally going to do

22   and their attention on the -- on whatever apps they're

23   using is rewarded.  The developer is rewarded; the user

24   is rewarded.  It's a shared effort, shared reward

25   system.

                                                          35

```
 1            And it really moves away from the current
 2   social media monetization concept of selling ad space,
 3   getting user data, taking user data and selling it
 4   without the user being aware or really wanting it to
 5   happen or feeling good about it.
 6            That really intrigued me, the entire concept
 7   of that.  It took me a while to wrap my head around,
 8   well, how could this work.  But the entire concept of
 9   how that goes about and the ability to bring anyone with
10   a smart phone the ability to earn money, to earn a
11   currency that has value.  That really -- that really
12   spoke to my inner normal person, I guess you could say.
13   And it was the genesis of my idea for KinFit.
14            I had thyroid cancer.  I've struggled with my
15   weight since that from my time in the Navy.  And in my
16   current job, I'm very sedentary.  I sit for many, many
17   hours.  All times of day and night, a lot of circadian
18   rhythm disruption.  And it's really an issue when I get
19   done with a flight my incentive to get up and move is
20   pretty low.  I want to eat something usually wrapped in
21   bread and go to bed.
22            So what's more incentivizing than money?  If
23   you can pay somebody to get off the couch, maybe they'll
24   take an extra thousand steps, maybe they'll take an
25   extra 5,000 steps.  And that's been the whole basis
```

36

```
 1   behind KinFit.
 2           Kin, the idea of rewarding users for their
 3   actions, and KinFit the idea of say, hey, you know, it's
 4   hard to get off the couch when you're tired, when you've
 5   had a long day, all you want to do is watch TV and eat
 6   ice cream.  Go for a walk, we'll pay you.  We'll pay
 7   you.
 8           So that's where the genesis came around and
 9   how I got excited about Kin versus any of the other
10   projects in this sphere.
11       Q   Did you -- based on what you just talked --
12   what you just talked about, did you buy Kin with the
13   hope that it would go up in value as a result of all
14   those benefits that you were talking about?
15       A   Well, of course.  We're capitalists.  I didn't
16   buy it with the idea of, you know, just say, oh, wow,
17   I've got this Kin.  The difference is that, you know,
18   buying a cryptocurrency and especially with Kin and
19   becoming a developer, it was more along the lines of I
20   can use it in my app, it can gain value.
21           There's many other ideas of things that we
22   brainstormed that we want to do with the app.  And if
23   we -- we currently have hundreds of people walking every
24   day with Kin around the world.  What if we had tens of
25   millions of people walking everyday with KinFit around
```

37

1    the world?  I need a supply of Kin.  So it's been a --

2    one moment, my mouth is drying out.

3          Q    Sure.

4          A    It's more for me from a really interesting

5    concept that turns the whole concept of labor and, you

6    know, being paid for your efforts on its head to being

7    something that I really feel strongly about that can

8    help people.  And there are other apps out there that

9    can do it as well on the KinFit -- on the Kin

10   blockchain.

11         Q    Okay.  You feel really strongly about your app

12   being able to help people?

13         A    I do.

14         Q    Did you speak with anyone at Kik before

15   deciding to purchase any Kin?

16         A    No.

17         Q    At the time of your first purchase, December

18   of 2017, what did you understand Kik would do with

19   respect to Kin, if anything?

20         A    My understanding was and has been that Kik is

21   a member of the Kin ecosystem, that they have integrated

22   the blockchain, they were working to integrate the

23   blockchain or that they -- at that time, they had not

24   yet, but they were going to.  There was a number of

25   technical hurdles that needed to be addressed and over

                                                              38

**(424) 239-2800**

1    the intervening two years they've been addressed.

2            But that Kik would be a member, and a rather

3    large one, of the ecosystem.  And that was -- that Kik

4    and Kin, the Kin Foundation and Kik were two separate

5    entities and that Kik would be implementing the

6    blockchain into their app.

7        Q    Do you know -- at the time that you purchased

8    Kin for the first time in December of 2017, do you know

9    whether the Kin Foundation had any employees?

10           MS. BAILEY:  Objection.

11       A    I have no knowledge of that.

12       Q    Do you know whether the Kin Foundation at that

13   time had any assets other than the Kin that it received

14   in September of 2017?

15       A    I have no knowledge of that.

16       Q    Do you know whether Kik employees were working

17   on the Kin blockchain?

18           MS. BAILEY:  Objection.

19       A    I have heard rumors that there was some labor

20   sharing, but I don't have any direct knowledge of it.

21       Q    What rumors did you hear?

22       A    That some Kin employees were working with the

23   foundation.

24       Q    Some Kik employees?

25       A    Or, I'm sorry, yes, Kik employees were working

                                                              39

1   with the foundation.  I don't know that to be a fact,

2   but I do remember it being a something that I heard or

3   read.

4        Q    Okay.  Do you remember where you may have

5   heard it or read it?

6        A    If I read it, it would be Reddit.

7        Q    Oh, okay.  At the time of your first purchase

8   of Kin, did you know what Kik planned to do with the

9   money that it received as part of its sale of Kin?

10       A    No.

11       Q    Was that something that was -- that was

12   important to you?

13       A    No.

14       Q    Why not?

15            MR. SMITH:  Objection.

16       A    I don't think I ever considered it.  I knew

17  that they had raised a significant sum of money during

18  the token distribution event and it was my -- I don't

19  know if it was my understanding or if I simply assumed,

20  but that that money would be generally be -- generally

21  be used to grow the ecosystem, to help -- I know that,

22  you know, one of the things they did was the development

23  contest that we won.  That was a significant sum of

24  money, not compared to the amount that was raised.

25            But things of that nature and the running of

                                                        40

1    the ecosystem was expensive.  I assumed that the money

2    was to be used to grow out the ecosystem.

3         Q    The money that Kik received from the sale of

4    Kin?

5         A    Excuse me.

6              MR. SMITH:  Objection.

7         A    I don't know how much money Kik received from

8    the Kin ecosystem.  And I don't know any of their plans

9    or any of -- anything that they did with any share of

10   money that they may have received.

11        Q    Okay.  From the initial sale of Kin?

12        A    Correct.

13        Q    Have you used -- have you used your Kin tokens

14   to access anything in an app that's integrated with Kin?

15        A    Yes.

16        Q    What have you done?

17        A    I've done that -- I've earned and spent Kin in

18   app in dozens of apps.  When a new app has come out,

19   generally we all download it and look at it and play

20   with it and see how it works.

21             Some of them are, frankly, not for people like

22   me, middle-aged man.  There's an app called Perfect 365,

23   it's a makeup app that allows virtual reality or

24   augmented reality for the user to see how they would

25   look with a certain type of makeup.  That's not

                                                              41

1   something that I would -- that I would be interested in,

2   of course.

3           But we looked at these apps.  There was a --

4   there's been several gaming apps.  We download, play

5   them.  Some of them are geared for younger people, much

6   younger, preteens.  And, again, it's an incentive and

7   reward system that each app developer is going to gear

8   towards the specific people that they're trying to

9   incentivize or to encourage to interact with their app.

10      Q    And your purpose in downloading those apps and

11  using them is to sort of see how they function?

12          MR. SMITH:  Objection.

13      A    To see how they -- how they interact well, to

14  get ideas on user interactions, on how to better make

15  the user -- how to make the user interaction with the

16  blockchain better, smoother, more interesting for the

17  user, how this app is rewarding versus that app versus

18  our app.

19          Because we're all working together for the

20  same -- we're not working together but we're working

21  towards the same goal.  And since there's no actual

22  centralized overarching organization that's telling us,

23  "Well, you do this and you do that and you do this other

24  thing," for each different group, it's a very -- it was

25  a very interesting open dialogue that we had with a

                                                         42

```
 1   number of these developers and people that use these
 2   apps in the community.
 3           None of these apps were done by -- that I'm
 4   mentioning now were built by Kik or by the
 5   Kin Foundation.  They were just developers that were
 6   interested in the blockchain and came and added value by
 7   building these ideas into apps.
 8           So we wanted to -- you know, people came and
 9   critiqued our app and gave us some good feedback and we
10   made changes.  We did the same for other developers.  We
11   also saw good ideas that, "Hey, we can do that on our
12   app too."
13           So it was kind of an open collaborative
14   process where everybody was encouraging everybody else.
15   But there's not a lot of direct talking.  We just saw
16   what people did and people saw what we did.
17       Q    Thank you, that's helpful.
18           MR. SCHLEGELMILCH:  Why don't we go off the
19   record.  Let's just take a short break.  We've been
20   going for about an hour.
21           VIDEOGRAPHER:  We are off the record.  The
22   time is approximately 11 a.m.
23                       (Recess.)
24           VIDEOGRAPHER:  Back on the record.  The time
25   is approximately 11:08 a.m.
```

43

```
 1            MR. SCHLEGELMILCH:  All right.  We're back.
 2   Let me mark an exhibit that I should have marked earlier
 3   but forgot.  So this will be 205.
 4                  (EXHIBIT 205 WAS MARKED.)
 5   BY MR. SCHLEGELMILCH:
 6        Q    Have you seen -- have you seen Exhibit 205
 7   before?
 8        A    Yes.
 9        Q    And this is something you wrote about KinFit,
10   the app, right?
11        A    That's correct.
12        Q    And under "author" on the first page, it says
13   "Moose Weatherman."  Is Moose your nickname?
14        A    It is one of my nicknames, yes.
15        Q    And it says it was published on April the 7th.
16   Is that of this year -- oh, I'm sorry, not of this year.
17   Was that April 7, 2019?
18        A    I believe so, yes.
19        Q    And I don't have -- I actually don't have very
20   many substantive questions or any substantive questions
21   about it, but I just want to confirm:  Is this something
22   that you wrote?
23        A    Yes.
24        Q    And you published on the Medium social media
25   platform?
```

44

```
 1           A     That's correct.

 2           Q     And the content of it, it is about the app

 3     that you were at that point developing?

 4           A     That's correct.

 5           Q     But have since developed?

 6           A     Yes.

 7           Q     Let me hand you what we'll mark as 206.

 8                           (EXHIBIT 206 WAS MARKED.)

 9           Q     Have you seen this before?

10           A     Yes.

11           Q     And this is a Medium post that you wrote and

12     had published on April 23rd, 2018?

13           A     That's correct.

14           Q     And you did, in fact, own Kin at this point,

15     correct?

16           A     Yes.

17           Q     How much -- I understand that you don't have

18     the numbers off the top -- on the top of your head.  How

19     much Kin in U.S. dollars did you own at this point, just

20     ballpark?

21           A     It would be hard to say because the value of

22     Kin changed over time significantly.  It could be as

23     much as five or $6,000.  I honestly do not have a -- I'm

24     guessing completely.  I don't know.

25           Q     Okay.  But you purchased Kin at least once?
```

45

1       A    Yes.

2       Q    And if -- and so probably more than that as

3   well?

4       A    I'm certain it's been more than once at

5   this -- the point of the writing of this, yes.

6       Q    Okay.  Did someone from Kik or Kin, the

7   Kin Foundation, ask you to write this?

8       A    No.  I was approached to be an author on their

9   Medium blog and I accepted that, but I was not asked to

10  write this, no.

11      Q    When were you asked to be an author on the

12  Medium blog?

13      A    Sometime in the spring of 2018.

14      Q    Who approached you?

15      A    I believe -- and this is best recollection --

16  Yoel Rivlis.  He's no longer with the -- he's been away

17  or he left the Kin Foundation a long time ago.  But I

18  believe it was him since he was the community liaison at

19  the time and I believe that it was through him.

20      Q    But how is it they asked you to become an

21  author on the Kin Foundation, Medium blog?

22          MS. BAILEY:  Objection.

23          MR. SMITH:  Objection.  Do you mean how they

24  communicated to him?

25          MR. SCHLEGELMILCH:  No, that's great.  Yeah,

46

1   no, I appreciate that.  Let's -- I'll ask both

2   questions.

3   BY MR. SCHLEGELMILCH:

4       Q    What -- how did they communicate with you

5   about becoming an author on the -- like, was it by

6   telephone, by email, by semaphore?

7       A    It was not by telephone or semaphore.  It was

8   probably by text on Reddit.  I can't remember exactly

9   how, but it could have been an email.  I believe it was

10  on text on Reddit.

11      Q    And why you?

12           MR. SMITH:  Objection.

13      Q    Why was is that you sort of -- if you know,

14  how is it that you came to Mr. Rivlis -- is that his

15  name?

16      A    Yes.

17      Q    How is it that you came to Mr. Rivlis or Kin

18  or Kik's attention to become an author on the Medium

19  page?

20      A    Because I've been a vocal supporter of Kin for

21  a long time.  And apparently I can string words together

22  in a way that makes sense.  So that would be my guess.

23  I wrote about Kin often.  And in the early days of Kin

24  when the community was larger and more vibrant, I was

25  probably writing on the Kin Foundation Reddit page a

                                                        47

1     couple of times a week, several times a week.

2         Q    Okay.  So you wrote this which is titled "Kin,

3     the Reader's Digest Version"?

4         A    Correct.

5         Q    Did you receive any assistance or

6     informational assistance in writing this?  And what I

7     mean by that:  Is there any information that you got

8     from Kik or from Kin or from some other source to write

9     this, this piece?

10             MR. SMITH:  Sorry.  Do you mean directly or do

11    you mean did he -- that was provided to him directly or

12    did you mean did he see it on someone else's webpage or

13    things like that?

14             MR. SCHLEGELMILCH:  I'll ask directly and then

15    I'll go indirectly.

16        Q    So did you receive directly from anyone

17    information, background information that you should

18    include or you could include in your writing?

19        A    No.

20        Q    Which is Exhibit 206?

21        A    No.

22        Q    Did you receive sort of indirectly, whether

23    it's on Reddit or on some other online source

24    information that you ended up including in here?

25        A    Yes.

                                                          48

1          Q     And what were those sources?

2          A     The Kin white paper would be a large one.

3    Social media being what it is, it's hard to remember

4    exactly where you are because we jump between them

5    several times a day.

6                But I had gathered information from news

7    outlets, from information about Kik's earlier investors,

8    including Tencent.  And there was just -- there was a

9    large value back then of information in the

10   cryptocurrency sphere about Kin.  It was new and people

11   were very interested in it.

12         Q     Okay.  Were you sort of a Kin Foundation

13   author at the time this was published, April 23rd, 2018?

14         A     I'm not a hundred percent sure on that but I

15   think I was.

16         Q     Were you compensated in any way for writing

17   this?

18         A     No.

19         Q     If you look on the Page 3 of 13, under the

20   "Basics of Kin," I just want to read something into the

21   record and ask you some questions about it.  You wrote,

22   "Kin is the first cryptocurrency designed for mass

23   adoption and utility.  It was engineered specifically to

24   act as a currency to be used in millions of daily small

25   and microtransactions; in other words, it was a coin

                                                        49

1    designed to be spent by the masses, not held by

2    speculators."

3            You wrote that?

4    A    Yes.

5    Q    When you -- do you have an understanding of

6    how Kik marketed the Kin token to investors during the

7    ICO?

8            MS. BAILEY:   Objection.

9    A    I do not.

10   Q    Okay.  If you look on Page 4 of 13, you write

11   if you -- it's the first, second -- third full

12   paragraph, the ones that begins "notice that I did not

13   say."

14   A    Yes.

15   Q    Okay.  In there you write at the end of that

16   paragraph, "Those who buy Kin now while the price is

17   well below 1/100ths of a cent will see significant

18   return on their investments."

19           You wrote that?

20   A    Yes.

21   Q    What was the basis for that statement?

22   A    A belief in the growth of the ecosystem which

23   would grow the value of Kin.

24   Q    Okay.  And would cause the price to rise?

25   A    Correct.

50

1        Q     And where did -- you said that you had a

2   belief in the growth of the ecosystem.  Where is that --

3   or what I'm driving at is, what is that belief based on

4   at this point in time in April of 2018?

5        A     It was based on at that time many months of

6   reading, research of looking at other projects and what

7   they are and aren't doing, what this project was doing

8   and attempting to do, and the -- the use model that they

9   had put forward of creating a remonetization of social

10  media such that user interaction is rewarded to the user

11  as well as to the developer, not just data scraping for

12  advertisement placement.

13       Q     Is it fair to say when you wrote -- when you

14  wrote this that you thought that Kin was a good

15  investment, that people should invest in Kin?

16             MR. SMITH:  Objection.

17       A     I -- I had trouble with the word "investment"

18  because it's a currency, it's not a stock.  Do we expect

19  or anticipate or want for its value to rise?  Of course

20  we do.  But it has a utility.

21             And from the -- I mean, there are thousands of

22  cryptocurrencies that don't have utility, that don't

23  have a workable use case.  That's pure speculation.

24             This is not one of them.  This is one that's

25  had an incredible team of technical knowledge behind it

                                                            51

1    to build it in the first place and a really compelling

2    case for growing a system for people to earn, use, and

3    spend the currency.

4            Of course we want it to appreciate.  Of course

5    we do.  Could you -- did you have further question for

6    that for me?

7        Q    Yeah, so the question I have is:  When you

8    first bought Kin in December of 2017, what were you able

9    to do with it?

10       A    Wait.  Wait and see what the ecosystem would

11   flesh out.  The reason I got interested in Kin in the

12   first place because it was different, because it was --

13   there was no -- it wasn't a fly-by-night thing.  It was

14   a strong technical team that were going to build a --

15   the world's best blockchain, arguably the world's

16   fastest, strongest, most secure blockchain to put into

17   user's hands and let them earn and spend through

18   their -- through apps on their phone.

19           It's totally unique.  At the time they came up

20   with it, there's nothing out there like it.  It was

21   exciting to me.  It was, obviously, you don't buy

22   something -- just like people that trade euros and

23   dollars and yen, they expect to make money with it.

24           But there's an entire ecosystem around those

25   fiat currencies that compel the trader to -- or the --

                                                              52

1   you know, the investor, if you want to use that term, to

2   buy those currencies.

3           And it was very similar with this.  We --

4   speaking for myself only, I saw a compelling use case.

5   I'm tired of speaking about something to my wife next to

6   Alexa and then going on Google and finding an ad for

7   that.  I'm tired of that.  I don't like it.

8           Because Google is scraping my data and putting

9   ads in front of me and they're not compensating me for

10  it.  They're not doing anything but making lots of money

11  off of me.  And so with the Kin use case, it's just very

12  compelling for me.

13      Q    But when you made your first purchase in

14  December of 2017, those actual uses were --

15      A    No, it was -- they were not there yet.

16          MR. SMITH:  Let him answer -- let him finish

17  his question.

18          THE WITNESS:  I'm sorry.  My apologies.

19      Q    My point was just that when -- that the actual

20  uses when you made your first purchase of Kin in

21  December of 2017 were hypothetical.  The ecosystem was

22  hypothetical at that point?

23          MR. SMITH:  Objection.

24          THE WITNESS:  So answer?

25          MR. SMITH:  Yes, please.

53

1          A     To my mind they were hypothetical, but they

2    were planned.

3          Q     Okay.  What is Metcalfe's law?

4          A     Metcalfe's law, to my knowledge, not being a

5    mathematician, is the law that states that the value of

6    an electronic system is comparable or parallel to the

7    number of users that use it.  An iteration of that has

8    been used to evaluate a number of transactions.

9          Q     Okay.  Later on in this piece you talk

10   about -- and specifically I'm looking at 9 of 13.

11         A     Okay.

12         Q     You talk in this section about the two

13   blockchain cryptocurrency that is Kin; is that correct?

14         A     Show me where you're --

15         Q     Sure.  All -- there's a paragraph that begins:

16   "But what about exchanges."

17         A     Right.  I'm with you now.

18         Q     Okay.  And to close out that paragraph, you

19   write, "The solution was to create the first ever

20   two-blockchain cryptocurrency.  All Kin bought and sold

21   on exchanges is on the Ethereum Blockchain."

22               So my question -- I don't want to read it all

23   into the record, although I can, but my question is:

24   What is this about?  Like, what's your understanding of

25   the two blockchain system and how it works?

                                                          54

1    A    First off, it doesn't work anymore.  It was

2    pivoted away from when technical challenges became

3    insurmountable.  And this is, again, my understanding.

4    I was not part of the decision-making process or, you

5    know, advised or in the loop with that in any way.

6         But they started initially with Kin on

7    Ethereum, and that's how when we first became purchasers

8    of the token it was Kin on Ethereum, Ethereum based.

9    What they learned is that Ethereum was not robust enough

10   to handle the amount of traffic they expected on the

11   blockchain from Kin.  There was a group of developers on

12   Ethereum that came up with a game called --

13   Q    CriptoKitties?

14   A    CriptoKitties.  It brought the system to a

15   standstill.  And this is just my guess, but I think that

16   the Kin Foundation, the technical side, saw that and

17   said, "We have to make a change."  And they pivoted to

18   the two blockchain system.

19        That wasn't the final iteration.  They pivoted

20   again to a fork of the Stellar Lumens blockchain which

21   is where Kin rests now.  And I think there are probably

22   some people out there that still hold Ethereum-based

23   Kin, but there's been a swap process in which I think

24   most users by now have swapped over to the Stellar Lumen

25   forked-based Kin blockchain.

55

1      Q     Okay.  And that was sort of my next question.

2   Are all of your Kin in the Stellar blockchain?

3      A     Yes.

4      Q     Okay.  Are you able to liquidate the Kin that

5   you hold without converting them into ether, the Ether

6   Blockchain or the Ethereum Blockchain?

7      A     Yes.

8      Q     Okay.  And that transition from the Ethereum

9   Blockchain to the Stellar Lumens blockchain, who

10  effected that transition?

11         MR. SMITH:  Objection.

12     A     The Kin Foundation partnered with a number of

13  organizations to make the swap in the spring of last

14  year, 2019.  And these organizations set up systems by

15  which holders of Kin would submit their Kin, their

16  Ethereum-based Kin and it would be swapped out for

17  Stellar Lumens, a fork of Stellar Lumens-based Kin.  And

18  it was a one-for-one swap.  There was no value change.

19  But that was offered in the spring of last year.

20     Q     And do you know whether -- and in the spring

21  of 2019 whether the Kin Foundation had any employees?

22         MS. BAILEY:  Objection.

23     A     I don't have any knowledge of the

24  Kin Foundation's employees.

25     Q     Do you know whether or not it was actually

56

1    Kik Interactive employees that did the transition from

2    one blockchain to the other?

3         A    I do not.

4         Q    In writing this piece, is it fair to say that

5    your purpose was to get people to invest in Kin?

6              MR. SMITH:  Objection.

7         A    No.

8         Q    What was your purpose?

9         A    To educate.  When people -- when

10   cryptocurrency enthusiasts purchase a cryptocurrency,

11   it's for a number of reasons, some of which,

12   unfortunately, are because they've been scammed.  But

13   what I've found is that being able to disseminate

14   information is a positive thing, and that was my goal.

15             To be honest with you, whether one person or

16   another person invests in Kin doesn't matter to me.  It

17   doesn't change anything I'm doing because my focus and

18   my goal was not on speculative purchasing.

19             I'm a developer now and I have a vested

20   interest in the success of the blockchain.  I have, you

21   know, a small company that hasn't made any money but

22   that we're very excited about what we've been doing.

23             My focus in everything I've done -- and this

24   is before I developed the app, but this was part of the

25   process.  Writing this was part of the process that got

57

1    me to where I felt like I could make a positive impact

2    with an app that does what mine does.

3            I felt then that the more knowledge that

4    people have about Kin, the more that people are apt to

5    see it in the -- out in the world and say, "Oh, there's

6    an app that uses Kin.  I heard about that.  I read about

7    that.  I'm not afraid of that."

8            Because, remember, bitcoin was only invented

9    11 years ago, 10 years ago, whatever the number is.

10   Everything is very new.  And we felt -- at the time that

11   I wrote this, I felt that there was going to be a time

12   when everybody new what Kin was.  But that time wasn't

13   now, and helping people to understand what Kin can do on

14   a macroscale, a big picture scale, was very important to

15   me.

16           I make no money, have no interest in whether

17   or not people that read this go out and buy Kin.  It

18   doesn't affect me at all.  And I don't think -- I mean,

19   if enough people do it, of course it could affect the

20   price, but in the long run, the goal is utility, the

21   goal was -- is mass adoption, and bringing something of

22   value to the user.

23        Q    Did anyone at Kik or Kin review this before

24   you published it?

25        A    No.

                                                          58

1      Q    But just to return to something that you just

2  said, is it fair to say, though, that you wrote this in

3  order to encourage sort of the larger adoption of Kin?

4      A    Sure, I would agree with that.  If by

5  "adoption" you mean get the word out about Kin, make it

6  so that people are familiar with the term, familiar with

7  the ecosystem so that when they find an app that uses

8  Kin they're not immediately worried about, you know,

9  "Oh, it's a cryptocurrency, is it a scam," because

10 there's a lot of bad information about that kind of

11 thing.  That's the kind of thing that I was wanting to

12 influence in people.

13        And, to be honest with you, this is something

14 I wrote on Medium.  It was published -- I published it

15 on Reddit.  It was for the community because there are a

16 lot of new people that are coming in and asking very

17 basic questions, and have -- I wanted to put something

18 out there that was kind of an overview of how I felt the

19 Kin Foundation was setting itself up for the future and

20 its growth.

21        There was -- you know, these are my opinions,

22 nobody else's.

23     Q    Okay.

24     A    So based on the readings and the information

25 that I had at the time.

59

```
 1          Q     Okay.

 2                      (EXHIBIT 207 WAS MARKED.)

 3          Q     Have you seen this before?

 4          A     Yes.

 5          Q     This is another Medium post that you authored

 6   about a month after the one we just looked at?

 7          A     Yes.

 8          Q     And your purpose -- your stated purpose in

 9   this was to inform people how to invest in Kin, correct?

10                MR. SMITH:  Objection.

11          A     It was -- my purpose was to inform people how

12   I felt a smarter way to invest or to buy Kin was because

13   of the volatility.  Using a dollar cost averaging

14   technique where you don't -- if you have, say, $500, you

15   don't just go buy $500 worth of Kin.  Set it up on a

16   weekly schedule or a monthly schedule or whatever works

17   for your -- the money that you intend to spend.  And

18   that way you tamper down the -- not tamper, you tamp

19   down the volatility in the price swings.

20          Q     Okay.  And so your intent was to educate

21   people on how you had been purchasing Kin?

22          A     Yes.

23          Q     In order to deal with the volatility?

24          A     Yes.

25          Q     Were you still a Kin author at this time in
```

60

1    May of 2018?

2         A    I believe so, yes.

3         Q    Did anyone at Kik or Kin provide you with

4    information that you used to put in this?

5         A    No.

6         Q    Did anyone at Kik or Kin review it before you

7    published it?

8         A    No.

9         Q    Were you compensated in any way for publishing

10   this?

11        A    No.

12        Q    And why is it that you wanted to provide

13   people with information about how you had purchased Kin?

14        A    Because, again, it's helpful.  It helps

15   people.  If someone purchases Kin and the price drops by

16   20 percent, they've lost value.  If they've spent

17   their -- all the money they had to buy Kin for X period

18   of time and then the price drops, it's damaging to them.

19            For people that saw the same utility in value

20   in Kin that I did, if they're buying in, I just put it

21   out there as this might be a better way, a more safe

22   way, that could minimize the swings and allow you to buy

23   Kin without, you know, basically putting yourself at the

24   begarities (phonetic) of what's the current price.

25            Because the price was based -- since we didn't

61

1    really have a fleshed out ecosystem, everything was

2    still being built and there were a lot of decisions

3    still left to be made with Kin.  The only value that was

4    coming out of -- or the only thing that was affecting

5    the value of Kin was speculation at that time.  And

6    that's a very fickle thing.

7            So my thought was to maybe help some people

8    who didn't have a lot of money but wanted to buy a

9    little Kin from getting too hurt.  Instead of spending

10   all your money all at once, buy a little now, buy a

11   little down the road, but a little more down the road.

12   And as you go down the road, obviously you have more

13   information, too, and you can make better decisions the

14   more information you have.

15       Q    So when you wrote this it was your view that

16   the only thing that was really affecting the value of

17   Kin was speculation?

18            MR. SMITH:  Objection.

19       A    That's correct.  There were technical -- we

20   knew there were technical hurdles that had to be

21   addressed and that the Kin Foundation was working on at

22   that time, and there was still a lot up in the air as to

23   how the technical issues would be addressed.

24            But at that time, yes, we didn't have a fully

25   fleshed out ecosystem.  We only had a plan for one.  I'm

                                                              62

1   not sure exactly what we had going on at that point, but

2   the main driver of value was speculation.

3       Q    Okay.  I think this is the point in my

4   presentation where we can start going quickly because

5   we've covered a lot of this out of order.  Yeah, we have

6   covered.

7            You owned EUR/C20 Kin tokens?

8       A    Yes, I did.

9       Q    And you migrated them all?

10      A    Yes.

11      Q    Look at that.  Making progress.  Okay.  Let's

12  mark this as -- I'd like to talk a little bit more about

13  the KinFit app.

14      A    Okay.

15      Q    So let's mark this as 208.

16                      (EXHIBIT 208 WAS MARKED.)

17      Q    Have you seen this before?

18      A    Yes.

19      Q    And this -- I'm just doing this for speed's

20  sake.  This is the proposal that you put together to

21  submit for the contest; is that right?

22      A    No.

23      Q    Oh, well, then, I'm -- let's not skip ahead.

24  What is this?

25      A    This is a PowerPoint presentation that I made

                                                        63

```
 1   in order to find a designer, find a technical expert to
 2   build the app with us.  And it was used after getting
 3   confidentiality statements from people that were
 4   interested.  I sent this to them and we talked about it.
 5   And this was the PowerPoint presentation that Luc
 6   received and got him interested in participating with
 7   us.
 8        Q    Okay.
 9        A    That said, I may have submitted this with doc,
10   I don't recall.
11        Q    Yeah, I don't know either.  I just -- I saw it
12   in your production and that's what I assumed it was.
13             So I'd like to just ask a little bit about how
14   the app works.  So I -- it is a -- it's -- it's a step
15   tracker?
16        A    It uses your phone's native-built pedometer --
17        Q    Right.
18        A    -- and accesses the data from that.
19        Q    Okay.  And then based on the number of -- and
20   I'm not -- I'm trying to -- if I get anything wrong,
21   just correct me.  But based on the number of steps you
22   take, if you cross certain threshold, you receive Kin;
23   is that correct?
24        A    That is correct, yes.
25        Q    And where does -- the Kin goes from where to
```

64

1    where?

2         A    The Kin goes from our -- we have a wallet,

3    what's called a hot wallet on the blockchain that the

4    app accesses when a user takes steps and earns Kin --

5    this all happens at the end of the day.

6         Q    Okay.

7         A    Let me start at the beginning.

8         Q    Yeah, please.

9         A    Twenty-four hour period starting at 0001 user

10   time and ending at 2400 user time.  During that time,

11   when the user opens the app, it accesses the blockchain

12   and triggers the app to look at your pedometer on your

13   phone.  It takes that information in broad strokes --

14   Android and IOS both work similarly through different

15   methods but it takes that data.  And based on the

16   algorithm we designed, it rewards you, the user, Kin

17   based on the number of steps you've taken during the

18   day.

19            And as you reach progressive setpoints of

20   steps, that amount grows.  At the end of the day, 2400,

21   the app accesses the blockchain again and rewards the

22   user the appropriate amount of Kin into a native wallet

23   on their phone that's nested in the app.

24            So they have access to the Kin in the app.

25   They can send it from the app to wherever they wish.

                                                            65

1    They can donate it to Unicef from the app.  And right

2    now we're just waiting for legislative clarity to

3    proceed further with more things to do with the Kin that

4    our users earn and what they can do with it.

5         Q    Okay.  So the -- and then broad strokes, at

6    the end of the day, the app figures out how many steps

7    you've taken, how many Kin you are due, and the Kin

8    moves from your hot wallet -- and by "your," I mean

9    KinFit's hot wallet --

10        A    That's correct.

11        Q    -- to the user's hot wallet or the user's

12   embedded wallet?

13        A    Correct.

14        Q    Where does the Kin in your hot wallet,

15   KinFit's hot wallet, come from?

16        A    I bought it.

17        Q    Okay.

18        A    In addition to the KRE has -- rewards us on a

19   weekly basis based on user interaction.  The vast

20   majority of it that's in our hot wallet I purchased for

21   this purpose.  And -- but there is some that comes from

22   the KRE.  There's also a hundred million that we won

23   from the contest for designing the app in the first

24   place.

25        Q    Okay.  I think -- is it 1 million?

                                                            66

1        A    100 million.

2        Q    Oh, okay.  Well, I got -- okay.  So how does

3    KinFit, your company, how does it profit from the

4    operation of the app?

5        A    We are rewarded through the KRE an amount

6    based on the KRE's algorithms, which is in excess of

7    what we pay out to our users.  Off the top of my head, I

8    don't know the numbers.  Although -- and our payouts

9    have changed.  We've changed them as we've designed the

10   app and gone through the different iterations.  But we

11   are rewarded more than we pay out.

12       Q    Okay.

13       A    And so our pay is in Kin cryptocurrency.

14       Q    In the delta between what you received from

15   the KRE and what you pay out to users of the app?

16       A    That's correct.

17       Q    And so if the value of Kin increases, both the

18   value to the users increases and the value to KinFit and

19   Moose Landing increase?

20       A    That's correct.

21       Q    That's the value proposition of why you went

22   through all the effort --

23       A    Yes.

24       Q    -- of building an app?

25       A    Yes.

                                                        67

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

1      Q     Let's mark this as 209.

2                  (EXHIBIT 209 WAS MARKED.)

3      Q     This is an email to you from Alex Cohen at

4      the -- at kin.org dated May the 7th of 2019 at

5      10:51 a.m.

6            Have you seen this before?

7      A     Yes.

8      Q     Okay.  And obviously you would know better

9      than I, but you were right, you received 10 million

10     dollar -- or 10 million Kin as part of this contest?

11     A     No, sir.  100 million Kin.

12     Q     I got it wrong again.  And I'm, like, looking

13     at it and I still got it wrong.  What -- let's start

14     over.

15           What's -- what's happening in this email?

16     A     This is alerting us to the fact that we had

17     reached the milestones that we were striving for with

18     our app going live and that they were going to deposit

19     100 million Kin into our wallet and that they were

20     sending us $5,000 for the Early Bird Award per their

21     contest rules.

22     Q     And do you recall -- and I think I've asked

23     this earlier in the day, and forgive me for that, but do

24     you recall from whom you received the $5,000, whether it

25     was Kik or Kin or somebody else?

                                                          68

1          A     I do not recall.

2          Q     Did you, in fact, receive $5,000?

3          A     We did.

4          Q     And the 100 million Kin, did you, in fact,

5     receive that?

6          A     Yes.

7          Q     What was -- at the time of this email, May 7

8     of 2019, what was the approximate dollar value of 100

9     million Kin?

10         A     Approximately $5,000.

11         Q     Okay.

12         A     I remember the overall number being in the

13    neighborhood of $10,000 value for the $5,000 in U.S.

14    fiat dollars and 100 million Kin being worth about

15    $5,000.

16         Q     Okay.  And the $5,000 U.S. dollars, was this

17    wired to you?

18         A     Yes.

19         Q     And what -- I think you've talked about this

20    but I just want to be specific, what was it that you

21    were being compensated for or awarded for?  What had you

22    done that made you eligible to receive this reward of

23    $5,000 and the 100 million Kin?

24         A     We had initially applied for and been accepted

25    into the Kin developer program which was a contest, and

                                                          69

1    that these were the rewards for -- for -- I believe it

2    mentions in here, we achieved the Go Live Milestone and

3    we were one of the first 10 apps to go live.  In fact,

4    we were the first to go live, if I remember correctly,

5    which triggered both of those awards.

6        Q    Okay.

7                      (EXHIBIT 210 WAS MARKED.)

8        Q    I'm handing you what's Exhibit 210.  This is

9    an email -- this is an -- the top email is an email from

10   you to Hadar Landau with a carbon to Mr. Hendriks --

11       A    Yes.

12       Q    -- dated May the 26th of 2019.  Do you see

13   that?

14       A    Yes.

15       Q    Who is Mr. Landau?

16       A    Hadar Landau is female.

17       Q    Oh.

18       A    And she was part of the team in Israel.  I've

19   never met her or spoken to her directly.  But she was

20   running the Discovery Kinnovation program which was a

21   program to allow users from each app to learn about and

22   explore other apps in the Kin ecosystem.

23            And it's a module which is a group of code

24   that goes into each individual app and allows the users

25   to interact with -- move to and interact, possibly

                                                        70

1    download other apps, and to learn more about the Kin

2    ecosystem.   It also allowed users to move Kin between

3    apps.   So if perhaps they wanted to earn their Kin with

4    KinFit, my app, and they wanted to spend it somewhere

5    else, they could move it and spend it somewhere else.

6         Q    And does that functionality exist in KinFit,

7    in your app?

8         A    Yes.

9         Q    So you could send it to -- what is it --

10   Perfect 365?

11        A    You could, yes.

12        Q    And so is this thing -- the first email that

13   you wrote to Ms. Landau lists the Lean Discovery -- Lean

14   Disco Model [SIC] and the Kinnovation Module.   Are those

15   two separate things?

16        A    It's my understanding that they are, yes.

17        Q    So which is which?

18        A    The Lean Discovery Module or Lean Disco, as I

19   colloquialize it there, is a module that allows the user

20   to look at a link to other apps and maybe a small

21   explanation, a short explanation of what the other

22   apps -- each other app does.   The --

23        Q    Like, a thumbnail, that's why it would be

24   lean?

25        A    Similar, yes.   It's -- it's a small -- a small

71

1    insertion into your program.  The Kinnovation module is

2    the one that allows -- and this is just my

3    understanding.  I'm not the technical side of this, but

4    my understanding is the Kinnovation model allows users

5    to move Kin between the apps.

6        Q    Okay.  Great.  I'm gonna hand you what I will

7    soon mark as 211.

8                        (EXHIBIT 211 WAS MARKED.)

9        Q    This is an email -- it's to you but you're by

10   blind carbon --

11       A    Right.

12       Q    -- from Ms. Landau, dated June the 6th of

13   2019.  And she's writing to let you know that you won

14   the Lean Discovery Module challenge.  What is that?

15       A    That was a challenge to institute the Lean

16   Disco Module into our app.  And each developer had this

17   challenge as well, had the option to opt in and do this.

18   But within a certain period of time, if you put your app

19   in or put the module into your app, they would reward

20   you with a small financial grant.

21       Q    You received $400?

22       A    My memory is it was $400 and 1 million Kin.

23       Q    Okay.  Do you recall where you received -- or

24   from whom you received the $400, was it from Kik or Kin

25   or some other entity?

                                                          72

1       A    My assumption is it's from Kin.  Hadar's email

2    address is a kin.org email address.  I've been under the

3    assumption that everything we've earned comes from Kin.

4    I don't have direct knowledge of that, but that's been

5    my assumption.

6       Q    Okay.  Just to close the loop on this,

7    here's -- I'm handing you what's been marked as 212.

8    We're at them, I might as well mark them.

9                      (EXHIBIT 212 WAS MARKED.)

10      Q    And this is an email from Ms. Landau to you

11   and Mr. Hendriks dated June the 17, 2019.

12           Do you see that?

13      A    Yes.

14      Q    And in here she's informing you about your

15   receipt of 1 million Kin, 327-and-some-change additional

16   Kin, and 400 U.S. dollars; is that correct?

17      A    That's correct.

18      Q    And this was money that -- money in Kin that

19   you received for implementing the discovery module, the

20   Lean Discovery Module into your app?

21      A    That's correct.

22                      (EXHIBIT 213 WAS MARKED.)

23      Q    Let me hand you what's been marked as 213.

24   And this is an email from Ms. Landau to you and

25   Mr. Hendriks with a carbon to Orad Weisberg?

                                                         73

```
 1        A    Correct.

 2        Q    This indicates that you're receiving a payment

 3   for tourism transactions and the payment is in the

 4   amount of 161,538 Kin?

 5        A    That's correct.

 6        Q    What is a tourism transaction?

 7        A    The tourism effect is the movement of Kin from

 8   one app to another.  It was realized sometime ago that

 9   as each app developer builds their app and attracts

10   users, they reward Kin to those users.  Well, that Kin

11   comes out of that app developer's wallet.  It's their

12   asset that they're rewarding to their users.

13             If there's no accounting for the amount that

14   users take out of one wallet and put into another for

15   the purposes of rewarding under the KRE, some app

16   developers might be unjustly punished if people that

17   will earn on one app and move to another were simply to

18   do that and there was no accounting for it.

19             The tourism payment is a KRE accounting of

20   that movement of Kin so that the app developer whose

21   users earned that Kin -- and remember that once the user

22   earns Kin, it's theirs.  It belongs to them.  It's their

23   wallet.  If they move it off of that app and don't spend

24   it in that app, then that developer loses a portion of

25   their KRE computations for rewarding because it's not
```

74

1    just earning, it's also spending.

2            This tourism payment is to account for some

3    amount of that.  The exact numbers, I don't know.  It's

4    beyond -- well, it's beyond anything that our -- us as

5    an app have to do with.  It's done at the KRE level.

6    Kin Foundation does it.

7        Q    This email was -- is dated August 5th of 2019.

8    Does the tourism -- tourism transactions or the tourism

9    compensation, does that still exist?

10       A    To my knowledge, it does.

11       Q    Okay.  And how often do you receive tourism

12   payments?

13       A    Once a week.  They -- I believe they may have

14   merged into one payment versus two separate payments,

15   but I honestly don't know.  I can't -- I'm trying to

16   remember the last time I saw a discrete tourism payment.

17   It's been a while.

18       Q    Okay.  So it's your understanding that KRE --

19   the weekly KRE payment and the tourism payments have

20   been merged into one payment?

21       A    Yes, that's my understanding, but I don't have

22   knowledge to that.

23       Q    Okay.

24                     (EXHIBIT 214 WAS MARKED.)

25       Q    Let me hand you what's been marked as 214.

                                                              75

1    And this -- in the documents that you produced pursuant

2    to our subpoena, there were a number of emails like

3    this.  I just picked one.

4              Are you familiar with that?

5         A    Yes.

6         Q    Okay.  And this was an email dated

7    November 22nd, 2019, from Kevin Rickoy.  Did I pronounce

8    that right?

9         A    I think so, yes.

10        Q    To you.  And it indicates that you received

11   10,591,993 Kin for the period November 3 through

12   November 9th?

13        A    Correct.

14        Q    And, again, you received, maybe not this

15   amount, but you received payments like this every week

16   or so from the KRE?

17        A    Yes.  There's some interruptions with the

18   holidays and they changed dates a little bit, but, yes,

19   we get them every week.

20        Q    Okay.  Are they in about -- currently, are

21   they in about this magnitude of 10 million?

22        A    They're a little bit larger.

23        Q    Okay.  Can you recall just to -- I'm not

24   asking for precision, but can you recall sort of the

25   order of magnitude of the most recent KRE payment you

76

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

1   got?

2        A     Probably about 70 percent larger than this,

3   somewhere in the neighborhood of 18 to 19 million Kin.

4        Q     And a portion of that Kin that you receive is

5   to compensate you, the app developer?

6        A     Correct.

7              MR. SCHLEGELMILCH:  You know what, we've been

8   going for another hour, can we go off the record?

9              VIDEOGRAPHER:  We are off the record.  The

10  time is approximately 12:03 p.m.

11                        (Recess.)

12             VIDEOGRAPHER:  We are back on the record.  The

13  time is approximately 12:48 p.m.

14       Q     (BY MR. SCHLEGELMILCH)  We're back.

15  Mr. Weatherman, do you understand that you're still

16  under oath?

17       A     Yes.

18       Q     Great.  In the last two -- well, I guess now

19  we're at three months, have you heard anything about

20  layoffs at Kik?

21       A     I've heard rumors.  Nothing official.  I'm

22  trying to differentiate between Kin Foundation and Kik

23  here.  I don't -- to my recollection, I don't know about

24  layoffs at Kik.  I've heard of layoffs at the

25  Kin Foundation.

                                                          77

1      Q    What have you heard?

2      A    That they let basically -- well, the majority

3  of the team go with the exception of 19 members, 19 key

4  workers.

5      Q    Okay.  And those -- the 19 that remain are

6  employees of which entity?

7      A    I don't know this, but it's my assumption that

8  they are Kin Foundation, but I don't know.

9      Q    Okay.  So based on what you understand, has

10  the -- has the recent layoffs had anything to do

11  whatsoever with Kik?

12      A    I don't know that.  I don't have any

13  information about it.

14      Q    Okay.  And what's the source of information

15  that you do have?

16      A    Just reading different people's comments on

17  Reddit.

18      Q    Okay.

19      A    Social media.  So nothing solid, nothing

20  official from the company with the exception of the fact

21  that there were 19 people left.  I read that from a post

22  that Ted Livingston put out.

23      Q    And Mr. Livingston is the CEO of Kik?

24      A    Kik Interactive is my understanding, yes.

25      Q    But just to make sure I understand, it's your

78

 1    understanding that the recent departures and the fact --

 2    or the fact that there's only 19 left, that those 19

 3    left are Kin Foundation employees?

 4         A    I don't have that information.  I perhaps

 5    assumed that.

 6         Q    Oh, okay.

 7         A    But I don't know that.  And I wasn't involved

 8    with any of those decisions or have knowledge, direct

 9    knowledge of it.  I've just heard rumors and heard

10    different things.  It was my assumption that they were

11    Kin Foundation employees, but I don't know that for a

12    fact.

13         Q    Okay.

14                        (EXHIBIT 215 WAS MARKED.)

15         Q    Let me hand you what has been marked as 215.

16    This is one of the documents that you produced in --

17    pursuant to our subpoena?

18         A    Yes.

19         Q    And this is a PM convo, is that a private

20    message conversation?

21         A    Yes.

22         Q    And what -- what platform is this -- is this

23    generated by?

24         A    It's on Reddit.

25         Q    Okay.  So you can private message on Reddit?

                                                            79

```
 1        A     Yes.

 2        Q     Okay.  And it looks like the participants --

 3   and just correct me if I'm wrong.  But it looks like the

 4   participants in this private conversation are you,

 5   Hiker2mtn, and Kevin from Kin?

 6        A     That's correct.

 7        Q     And Kevin from Kin's actual name is

 8   Kevin Rickoy?

 9        A     Correct.

10        Q     Okay.  R-I-C-K-O-Y.

11              Does Mr. Rickoy, does he moderate or curate

12   the Kin Subreddit?

13        A     I believe he does.  I believe that's part of

14   his responsibilities.  He is a -- considered a community

15   liaison or a community moderator --

16        Q     Okay.

17        A     -- for the Reddit community.

18        Q     And whom is his employer?

19        A     I believe that it's Kin, Kin Foundation.

20        Q     And not Kik?

21        A     That's my understanding.

22        Q     Has he ever told you who he works for?

23        A     No.  But his handle was Kevin from Kin,

24   so . . .

25        Q     So based on his handle, you assumed that he
```

80

```
 1    works for Kin?
 2         A    Based on his handle, yes.
 3         Q    What -- so this -- it looks like the first
 4    message in the thread is November 9th.  Is that of
 5    November 9th of 2019?
 6         A    Yes, it is.
 7         Q    And what is -- what's going on in this thread?
 8         A    Well, for the month of November I was able to
 9    bid for as part of my normal job a layover in Amsterdam.
10    To fly the jet over, have 24 hours in Amsterdam, and fly
11    the jet back.
12              And I started thinking of it would be a good
13    idea to get together with Luc because we don't have many
14    opportunity to see him.  Courtney had never met him and
15    my wife, Courtney, came with me on that trip.
16              We decided to open that up and have a KinFit
17    meet-up where we put a call-out on Reddit for some of
18    our users, some of the people that we've chatted with
19    over the months and the years to come and have an adult
20    beverage and talk about KinFit.  And we ended up having
21    that.  And I'm trying to think of the exact date.  I
22    cannot remember.  I believe it was the 26th, but I'm not
23    a hundred percent.
24         Q    Okay.
25         A    It's right after Thanksgiving.
```

81

1      Q      Okay.  And you held that -- the meet-up in

2  Amsterdam?

3      A      Yes.

4      Q      Where in Amsterdam?

5      A      In the bar at the -- in the lobby of the hotel

6  where we stay as a flight crew.  It's called the

7  NH Galaxy.

8      Q      And then it looks like you asked Kevin from

9  Kin if he could reimburse you for the cost of the drinks

10  purchased at the --

11      A      Yes.

12      Q      And have you been reimbursed for the drinks?

13      A      No, I haven't submitted the receipt as of yet.

14      Q      Okay.  Let me hand you what's been marked as

15  216.

16                     (EXHIBIT 216 WAS MARKED.)

17      Q      This is another Reddit private message

18  conversation between you -- you and Yoel Rivlis; is that

19  correct?

20      A      Correct.

21      Q      And you produced this to the SEC pursuant to

22  our subpoena?

23      A      Yes.

24      Q      And it looks like the first message in the

25  thread is from September 11th, 2018.  Am I reading that

                                                          82

```
 1   right?

 2        A    That's what it looks like, yes.

 3        Q    And who is Mr. Rivlis, or is it a mister or is

 4   it -- I don't --

 5        A    It is a mister.

 6        Q    Okay.

 7        A    To my knowledge, yes.  In fact, I've seen a

 8   picture.  He's male.  He was the community, lack of a

 9   better term, moderator, community liaison for the Reddit

10   community.  Social media coordinator perhaps is another

11   term for it.  Between the community and the Kin

12   Foundation.

13             And this was in 2018.  He's no -- he left --

14   I'm trying to think of exactly when he left the

15   Kin Foundation but it was some time ago.

16        Q    Okay.  If you look at your message on

17   September 14th, 2018, you say, "Hey, Yoel, got some

18   Fudding going on, on the sub.  Someone should get in

19   there and address Adam SC1's issues as real and being

20   handled or not real and not an issue and why."

21             What are you talking about in that message?

22        A    I'm talking about FUD.

23        Q    Which is fear, uncertainty and doubt.

24        A    That's correct.  Being spread by a member of

25   the community who had been working -- this person, Adam,
```

83

1    who I do not know personally had been a -- selected as a

2    community -- excuse me -- as a community leader by the

3    Kin Foundation early on and then ended up having

4    personality clashes and getting into some arguments --

5    this is my understanding -- with people and was no

6    longer -- he was disinvited to be a community leader.

7           And that turned his attitude from very

8    positive on Kin to working very hard to undermine in the

9    community.  So he was spreading FUD.  This is my

10   opinion.  And he is also a coder.  A lot of the things

11   that he was saying I didn't have the technical expertise

12   to address.

13          And in this conversation, I'm asking Yoel to

14   get some assistance in either, you know, addressing his

15   concerns as valid and we're fixing it or not valid and

16   don't listen to him because I didn't have the technical

17   expertise to determine.  And that's what this

18   conversation is about.

19       Q    So you're asking Mr. Rivlis to sort of better

20   curate the Subreddit?

21       A    To get some technical help.  Yoel was not a

22   coder, to my knowledge, either.  He may have been, but I

23   didn't know that at the time.

24       Q    Was there an event at an AMA, which I think is

25   an Ask Me Anything --

                                                            84

1       A    Yes.

2       Q    -- that you recall?

3            What happened?

4       A    You'll have to be more specific.  Sure.

5       Q    A number of the -- as the thread goes on,

6  there's a number of conversations about -- so, for

7  example, looking at the December 5th, 2018, message from

8  Mr. -- Mr. Rivlis to you, he writes, "Thank you, Buddy.

9  It's funny.  We walked into this AMA feeling good with

10 the preparation made and the team's excitement and the

11 community's engagement, and then it happened, this

12 feeling that there is someone waiting by the corner with

13 a baseball bat waiting for us to make a move so they can

14 hit."

15      A    Right.

16      Q    I'm just -- were you at the AMA or do you have

17 an understanding of what happened at the AMA?

18      A    Well, first off, the AMA is not a place.  It

19 is an online event.

20      Q    I see.

21      A    It is a period where on Reddit the community

22 can ask questions on a thread and the most up-voted or

23 liked questions will be addressed by whoever the AMA

24 is -- whoever is doing the AMA.  In this case, it would

25 be Ted, Ted Livingston.

85

1        The questions that this person that I had

2    mentioned before, Adam SC1, asked were adversarial in

3    nature and were very critical of the Kin Foundation's

4    technical decision making and technical implementation

5    of the then still building out Kin blockchain.

6        That's what this was about.  And this person

7    has the kind of personality, speaking of Adam SC1,

8    whereas if he's not the chief then everything that

9    everybody else does is wrong.

10        And it's a toxic personality trait that I

11    think was identified pretty quickly.  It's obvious that

12    he has knowledge and skills and has built several apps,

13    but it's his -- he was unable to work well or play well

14    with others.

15        And this is what we were talking about.  AMA's

16    were opportunities to get information out to the

17    community from the Kin Foundation that the community

18    wanted answers on or needed answers on or were concerned

19    about.

20        And I believe the feeling during this

21    discussion is that the AMA got hijacked by this person

22    and some people that kind of went in with him with the

23    intention of disrupting the AMA.

24    Q    Okay.  So if you -- what day is that?  That's

25    on December 5th.  It looks like a week later on December

86

1    the 11th, Mr. Rivlis sends you another message at, it

2    looks like 2:16 a.m.  Although I don't know how the

3    timestamps are generated so that can be any time.

4              But it's -- he writes, "Hi" -- "Hey,

5    Hiker2mtn.  So the community team is working on

6    different engagement initiatives from the start of the

7    new year.  One of the first ones we want to do is with a

8    handful of our most active members, working with the BI

9    team, we were able to track pulling stats from Reddit

10   and Telegram our most active and engaged members of the

11   community."

12             What was your understanding of what they were

13   planning to do as it pertained to you?

14        A    Let me read forward here.

15        Q    Yeah, of course.

16        A    There have been a number of initiatives over

17   the two and a half years that I have been involved, or

18   two years.  I don't believe that this ever came to

19   fruition.  I don't believe anything ever came of it.

20   And I'm drawing a blank as to anything that may have

21   come from it.

22             I believe that at this point I was already an

23   author on the Medium blog that I mentioned earlier in

24   the deposition, but I cannot recall that anything ever

25   came of this.  I'm pretty sure that I answered his

                                                        87

1    questions, but I don't believe that I was ever

2    designated as anything or became anything from that

3    moment.

4         Q    Yeah, that's where I was getting at.  And I

5    think if you look at Page -- it's the -- it ends in 136.

6         A    Okay.

7         Q    And this is what -- on December the 18th of

8    2018, Mr. Rivlis at 8:25 a.m. asks if you can send your

9    address because "we were hoping to send everything out

10   by the end of the week."

11        A    Right.

12        Q    I'm just curious if you have a memory of what

13   it was --

14        A    I do.

15        Q    -- that they wanted to send you or what did

16   they send you?

17        A    They sent a Christmas card and a pair of socks

18   with the Kin emblem on it.

19        Q    Oh, okay.

20        A    It was kitschy.  It was just a little silly

21   gift.

22        Q    Okay.

23        A    I think my wife still has those socks.

24        Q    All right.  Okay.  I think that's all I have

25   on that one.

                                                        88

1          Here's 217.

2                    (EXHIBIT 217 WAS MARKED.)

3     Q    And this, is it not, a private message

4  conversation with Ted Livingston on Reddit?

5     A    That is correct.

6     Q    And, again, you produced this in -- in

7  response to the SEC subpoena?

8     A    Yes.

9     Q    And I have a question about your post on

10  October the 18th, 2018.

11    A    Okay.

12    Q    You write in the second part of your message,

13  "As an aside, I dropped your team an email this week,

14  careers@kinecosystem, hoping to be considered for a

15  position in your communication team.  I'm an airline

16  pilot by trade and, obviously, I love my job, but I have

17  a lot of downtime, much of which I already spend reading

18  or writing about Kin anyway.  If you need an

19  enthusiastic communicator, let me know.  Take care and

20  keep on changing the world for the better."

21         So at this time in October of 2018, had you

22  asked Kik or Kin for a job?

23         MR. SMITH:  Objection.

24    A    I had offered -- I don't know that I really --

25  I don't know if I phrased it as a job or as an I'm

                                                        89

1    available if you need assistance because I'm on Reddit

2    pretty constantly anyway talking about this back then.

3    In any event, nothing ever came of it.

4         Q    Okay.  Was it your hope that it would be a

5    paid position?

6         A    You know, no, because I'm not -- I wasn't

7    going to leave my job.  Any pay that they want to give

8    would have been fine, but I wasn't really looking for

9    that.  I wanted to be more involved.

10        Q    Have you ever met Mr. Livingston in person?

11        A    No.

12        Q    Have you ever talked to him on the phone?

13        A    No.

14        Q    But you've had -- you've communicated with him

15   on Reddit in the private message?

16        A    That's correct.

17        Q    Have you -- have you communicated with him in

18   any other way?

19        A    No.

20        Q    Not by email or anything like that?

21        A    I don't believe so.

22        Q    Okay.

23        A    I'm fairly certain that I have not.

24        Q    If you look at the post on October the 29th,

25   which is at Page 128.

                                                            90

1      A    Say again, the -- oh, October 29th.  I'm right

2  here.

3      Q    And that's October the 29th -- October 29th of

4  this year, correct?  No, that's incorrect.  It's October

5  the 29th of 2019.

6      A    It doesn't say here and I'm -- I would assume

7  you are correct, but I do not -- without taking -- it

8  says '18 and then January.  Assuming that these are in

9  chronological order, it would be '19, 2019.

10     Q    Well, let me ask you a couple of questions and

11  I think it will clear up what you were talking about.

12  You write, "Hey, Ted, just got off the phone with

13  Luke Cadigan.  Spoke yesterday with Jenna also from

14  Cooley."

15          Who is Mr. Cadigan?

16     A    Luke Cadigan, he is an attorney with Cooley

17  who's representing Kik.

18     Q    In this litigation?

19     A    That's correct.

20     Q    And Jenna is here at the table, right?

21     A    That's correct.

22     Q    Also with Cooley?

23     A    Yes.

24     Q    Also representing Kik?

25     A    To my knowledge, yes.

                                                      91

1          Q    So is it fair to say that based on -- you

2     said -- your statement to Mr. Livingston was that you

3     just got off the phone with Mr. Cadigan and then the day

4     before with Jenna that it was from October the 29th of

5     2019?

6          A    That's -- makes sense, yes.

7          Q    What -- how long was your conversation with

8     Mr. Cadigan?

9          A    Between one and two hours, roughly.

10         Q    Okay.  Was anyone else on the phone?

11         A    I don't recall.  Not from my end.

12         Q    Okay.  You don't know whether anyone was on

13    the phone with Mr. Cadigan?

14         A    No.

15         Q    What about --

16         A    There may have been.  I don't recall.

17         Q    What about the call with Jenna, how -- how

18    long was that call?

19         A    I do -- that was approximately the same

20    length, one to two hours, somewhere in there.

21         Q    Okay.  What -- what did you talk about with

22    Mr. Cadigan?

23         A    Mr. Cadigan wanted to know about my experience

24    with Kik, how I had -- how I viewed Kik, a little bit

25    about the development of the app.  And in the end,

                                                          92

1     whether or not I'd be interested in being a witness for

2     the defense.

3         Q     Did you talk to Mr. Cadigan about the

4     litigation?

5         A     No, I don't think so.

6         Q     Okay.  But he asked you if you would be a

7     witness for the defense?

8         A     Yes.

9         Q     Did you talk to Mr. Cadigan about the SEC's

10    complaint against Kik?

11        A     To my knowledge, no.

12        Q     Did you talk to Mr. Cadigan about the -- Kik's

13    answer to the complaint?

14        A     No.

15        Q     Have you independently read the SEC's

16    complaint against Kik?

17        A     Yes.

18        Q     Have you independently read Kik's answer to

19    the complaint?

20        A     Yes.

21        Q     Have you independently read other court

22    filings in the litigation?

23        A     Yes.

24        Q     Okay.  What court -- to the extent you can

25    recall, what court filings have you read?

93

1          A    To the extent that I can recall, I've read

2     everything I could get my hands on.  Everything that's

3     been put online.

4          Q    Okay.  And why is that?

5          A    Because I'm very interested in the outcome of

6     this case.

7          Q    And why are you interested in the outcome of

8     this case?

9          A    Because I'm a developer on the Kik

10    blockchain -- or the Kin blockchain and a lot is riding

11    on how this case plays out.

12         Q    And you also have a significant position in

13    Kin, correct?

14              MS. BAILEY:  Objection.

15              MR. SMITH:  Objection.

16         A    I do.

17         Q    Your answer was you do?

18         A    I do.  Definition of "significant" being not

19    defined.

20         Q    Okay.  Well, I think your statement was you've

21    invested 25- to $30,000?

22              MS. BAILEY:  Objection.

23         A    Yes.

24         Q    Did Mr. Cadigan tell you what -- how you sort

25    of fit into Kik's defense of the litigation?

                                                            94

1        A      No.

2        Q      When you spoke to Jenna, what did you talk

3   about with her?

4        A      Talked about my experience with Kin over the

5   last two years and everything that the Kin community has

6   gone through with the project and the development of my

7   app and my reasons for developing the app in the first

8   place, those sort of things.

9        Q      Forgive me if I've asked this already:  Did

10  you talk with either -- either attorney from Cooley --

11  scratch that.  It was winding up to be a terrible

12  question.

13          So you spoke to Mr. Cadigan once.  You spoke

14  to Jenna once.  Have you spoken with either of them

15  again?

16       A      Not until today when I spoke with Jenna just

17  to meet her for the first time.

18       Q      When was that?

19       A      This morning.

20       Q      When did you guys meet?

21       A      Just before the deposition.

22       Q      Okay.  And was this private or was this with

23  everybody else?

24       A      With everyone else.

25       Q      Okay.  And had --

95

1          MR. SMITH:  This was in the room, right?

2          MR. SCHLEGELMILCH:  I'm sorry?

3          MR. SMITH:  This was in the room.

4    BY MR. SCHLEGELMILCH:

5      Q    Okay.  Oh, here in the room?

6      A    Yes.

7      Q    Okay.  Now I follow.  Okay.

8          And have you spoken with any other Cooley

9    lawyers other than Mr. Cadigan and Jenna?

10     A    No.

11     Q    Have you spoken with anybody at Kik regarding

12   the litigation or your willingness to testify in the

13   litigation?

14     A    No.

15     Q    You wrote, "We talked at length about Kin and

16   Kik and about the actions of the SEC that brought us

17   here."

18          Do you see that -- I'm sorry, I'm back to the

19   exhibit.  I should have --

20     A    Okay.

21     Q    You wrote, "We talked at length about Kin and

22   Kik and about the actions of the SEC that brought us

23   here."

24     A    Yes.

25     Q    What did you -- what did you mean by that?

96

1       A      We talked about the path that Kin has been on,

2   recalling that Kik had been sold and that the basic

3   perception is that Kin is in an existential fight for

4   its life.

5              And that's what we talked about.  We talked

6   about the situation that we're in.  And, you know, the

7   offer was -- or the -- I was asked if I would be

8   interested in discussing Kin as a witness and I said,

9   "Absolutely, yes."

10      Q      And you talked -- you wrote to Mr. Livingston

11  that you spoke to both attorneys about the actions of

12  the SEC that brought us here.

13      A      Yes.

14      Q      What is that referring to?

15      A      The SEC -- to my understanding, the SEC has

16  brought suit against Kik Interactive.

17      Q      And why has that "brought us here," what do

18  you mean by that?

19      A      Into the lawsuit and to the point where Kin is

20  in an existential fight for its life.

21      Q      I see.  And you expressed an interest in

22  joining that existential fight for Kin's life; is that

23  correct?

24              MR. SMITH:  Objection.

25      A      If I have anything to add that could help the

                                                          97

1    process, I was eager and willing to help as a developer

2    but no real connection to Kin or to Kik personally,

3    myself.

4         Q    Other than your investment?

5              MS. BAILEY:  Objection.

6              MR. SMITH:  Objection.

7         A    Other than my purchase of Kin tokens.

8         Q    Okay.  Let me hand you what's been marked as

9    218.

10                     (EXHIBIT 218 WAS MARKED.)

11        Q    This is a portion of a Reddit thread that I

12   found on the Kin Foundation Reddit page.  And Hiker2mtn,

13   that's you, correct?

14        A    Yes.

15        Q    And you wrote this, the -- I guess the gray

16   portion of this post?

17        A    Okay.

18        Q    That's a question.  Did you write this?

19        A    Yes.

20        Q    Okay.  You recall writing this?

21        A    Yes.

22        Q    Now, the topic at the top says, "Hackernoon

23   piece on Kik versus SEC."  What is that, do you recall?

24        A    There was an article on a blog called

25   Hackernoon.

                                                          98

1       Q    Okay.  And what was it about?

2       A    About the Kik versus SEC litigation.

3       Q    Okay.  And I just want to ask you some

4   questions about some of the things that you wrote.

5       A    Okay.

6       Q    You wrote, "The SEC has a history.  They

7   aren't pure benevolent actors in this."

8            Did you write that?

9       A    Yes.

10      Q    What did you mean by that?

11      A    I don't believe that the SEC is a benevolent

12  actor in this.  I think there was a political motive

13  behind the litigation.

14      Q    What's the political motive?

15      A    I don't know.

16      Q    You have no idea why -- what's motivating the

17  litigation?

18      A    I have opinions, but I don't have anything

19  based on fact.

20      Q    Okay.  What are your opinions?

21      A    My opinion is that the SEC has chosen to

22  regulate through litigation versus issuing clear,

23  bright-line regulation that the average person can

24  follow.  And I believe that there are both legislators

25  and possibly members of the SEC that are not in favor of

                                                        99

1    cryptocurrencies or see it as a threat to the government

2    or to the U.S. dollar, I'm not sure which.

3        Q    Okay.  But an -- as a result of that, you

4    think the SEC is not a purely benevolent actor; is that

5    correct?

6            MR. SMITH:  Objection.

7        A    That's my belief.

8        Q    Okay.

9            MR. SMITH:  Pure benevolent actor in this, in

10   this -- pure benevolent actors in this.

11           THE WITNESS:  In this litigation.

12   BY MR. SCHLEGELMILCH:

13       Q    Okay.  And then in the next paragraph you

14   write, "This isn't anti-SEC comment because the SEC is

15   biased, flawed, and has a track record of pursuing

16   innocent people and organizations and knowing that they

17   are doing it at the same time."

18           Did you write that?

19           MR. SMITH:  Sorry, I just want to make sure

20   the record is clear, it says, "This isn't an

21   anti-government."

22           MR. SCHLEGELMILCH:  I'll read the whole

23   paragraph.

24           MR. SMITH:  No, that's fine.  I just wasn't

25   clear if "isn't" would be caught in this.

                                                          100

```
 1   BY MR. SCHLEGELMILCH:
 2        Q    I'll read the whole paragraph.  "This isn't an
 3   anti-government comment, except in jest.  This is an
 4   anti-SEC comment because the SEC is biased, flawed, and
 5   has a track record of pursuing innocent people and
 6   organizations and knowing that they are doing it at the
 7   same time."
 8             Did you write that?
 9        A    Yes.
10        Q    And is that consistent with your belief?
11        A    Yes, it is.
12        Q    Other than what we've already talked about,
13   what is it that you're referring to when you say that
14   the SEC is biased?
15        A    In my opinion, based on reading I did before I
16   wrote this -- and I don't have a date on this.  Do you
17   have a date for this?
18        Q    So I can tell you that I printed it the week
19   of New Year's.  And so it says five months ago, so it
20   was through the summer.
21        A    Roughly last summer.  There were comments on
22   social media and on the news.  And I don't have exact
23   quotes.  Chairman Clayton's comments about the
24   litigation or about the personalities involved in the
25   litigation were in social media, and looking back on SEC
```

101

```
 1    policy of litigation through litigation -- regulation
 2    through litigation versus issuing bright-line
 3    regulation.
 4            The statement that I made there is because I
 5    have the opinion that it's easier to litigate than it is
 6    to actually regulate.  And I believe that the SEC has
 7    made a decision to regulate through litigation.  And I
 8    don't believe that's in the best interests of technology
 9    in the United States or of innovation in the
10    United States or in the government's best interest
11    overall.
12            There are a number of people that have --
13    reading the accounts of Mark Cuban and his interactions
14    with the SEC led me to believe that there's some biases
15    going on.  And that's what I'm talking about there.
16        Q    Okay.  And maybe just to build on that, you
17    write that "the SEC has a track record of pursuing
18    innocent people and organizations and knowing they are
19    doing it at the same time."  What is it that you're
20    referring to there?
21        A    With organizations," I'm referring to Kik.
22        Q    Okay.  You said a track record.  To my mind,
23    it implies more than one.  Are there other instances
24    that you're referring to?
25        A    I can't recall.  I know that I've read about
```

102

1    others but I can't recall specific details.

2        Q    Okay.  And what -- when you said that the SEC

3    knows they are doing it at the same time, what is it

4    you're referring to there?

5        A    Referring specifically to the Kin Foundation

6    and Kik is that the juxtapose position between -- with

7    cryptocurrencies, trying to apply, for instance, the

8    Howie test to cryptocurrencies, the stretch that is

9    required to make that work.

10            Looking at Kin and how it's obviously -- has

11   utility.  It's obviously being used as a currency now.

12   Ethereum, bitcoin, any number of other cryptocurrencies,

13   even though they've had ICOs in the United States, some

14   of them, they haven't been -- they haven't been

15   targeted.  They haven't been sued.  And it leads me to

16   believe that there is an overarching reason why Kik was.

17            And I'm on the outside looking in.  I am a

18   veracious reader, but I don't have any direct knowledge

19   of any of it.  It feels like it's a bias process.  It

20   feels like -- for the most part, one of the theories

21   that I had was that many cryptocurrencies aren't

22   connected to a company that can be attacked.

23            Kin was because it was connected to -- started

24   by Kik Interactive.  That made Kik an easier target.  I

25   know enough to know that the Kin Foundation has worked

103

1    hard to be aboveboard and worked within regulatory

2    frameworks where they could get them, where they could

3    find them.  And that's the basis of my comments there.

4    It feels like an unfair process.  And that's the genesis

5    of that.

6         Q    Going -- going down a little bit, you wrote,

7    "The SEC has a history of lying and bullying innocent

8    parties to try to force a settlement and win."  What is

9    it that you're referring to there?

10        A    I've read many of Mark Cuban's writings and

11   spoken things about his interactions with the SEC, and

12   that's his accusation and that's where I got that.

13        Q    Is there anything else other than Mark Cuban?

14        A    No.

15        Q    Hand you what's been marked as 219.

16                    (EXHIBIT 219 WAS MARKED.)

17        Q    This is another Reddit post that you wrote, is

18   it not?

19        A    Yes.

20        Q    And this came after Judge Hellerstein ruled on

21   a discovery issue between the parties, correct?

22        A    Correct.

23        Q    And you thought Judge Hellerstein got it

24   wrong?

25                    MR. SMITH:  Objection.

                                                          104

```
 1        A     That's my opinion, yes.
 2        Q     And you wrote I think in response to Judge
 3   Hellerstein's order but you should tell me if I got it
 4   wrong, that, "Having the government lie about you
 5   doesn't matter."  Did you write that?
 6        A     Where are we at?
 7        Q     It's in the first paragraph.  You -- I'll --
 8   it reads:  "The reality is that being right doesn't mean
 9   winning.  Having the government lie about you doesn't
10   matter."
11        A     I see it.
12        Q     You wrote that?
13        A     Yes.
14        Q     And you thought that the government was lying?
15        A     I think that based on my readings of the -- my
16   legal phraseology is escaping me.  The SEC's writing,
17   their lawsuit against Kik, I think they --
18        Q     The complaint?
19        A     The complaint.  That's the word I'm looking
20   for, thank you.
21              The complaint has some statements that are not
22   correct.  And based on my knowledge of both Kin and the
23   Kin Foundation and what's been happening, and I felt
24   like some of those statements were not true, some of the
25   statements in their complaint are not true.
```

                                                           105

1      Q    Okay.  Based on -- or what -- what statements

2   in the complaint do you think are false or lies?

3      A    If you can provide me with a copy of the

4   complaint, we can go through it.

5      Q    Okay.  I don't have it here but I can print it

6   out.

7      A    I don't have it here either.

8      Q    Okay.  But you think that there are lies in

9   the complaint?

10     A    I think there are some --

11          MR. SMITH:  Objection.

12          MR. SCHLEGELMILCH:  No, that's -- that's his

13   word.

14     Q    You think that there are lies in the

15   complaint, correct?

16          MR. SMITH:  Objection.

17          You can answer.

18     A    I believe that there are statements -- there

19   are incorrect statements of fact.

20     Q    Not lies?

21     A    What's the difference?  I don't understand the

22   legal difference between a lie and a material

23   misstatement of fact.

24     Q    I'm trying to understand what you wrote --

25     A    Yes.

                                                    106

1          Q     -- when you wrote "having the government lie

2     about you doesn't matter."   Who's the "you" in that

3     sentence?

4          A     Well, I'm making a point that I believe that

5     some of the government's assertations in the SEC

6     complaint are untrue.   And I believe that they are

7     demonstrably untrue and I believe that the SEC knew it

8     when they were written.

9          Q     Okay.   Sitting here today --

10         A     Yes.

11         Q     -- is there anything in the complaint that you

12    can identify as a lie?

13         A     Not without going through the complaint again.

14         Q     Can you tell me the general topic of things in

15    the complaint that you think are lies?

16         A     I hesitate to do that without the information

17    in front of me.

18         Q     You can't even provide me with a broad -- or

19    just a broad description of what the topics are that you

20    think the SEC lied about in the complaint?

21              MR. SMITH:   Objection.

22         A     No, I can't without review of the documents

23    itself.

24         Q     Not a single lie?   Without looking at the

25    complaint, you can't identify a single lie sitting here

                                                              107

1    today?

2            MR. SMITH:  Objection.

3        A    I can't without reviewing the paperwork.

4        Q    Okay.  And your determination that certain

5    things in the complaint are a lie are based on what,

6    on -- based on what, in contrast to what?

7            MR. SMITH:  Objection.

8        A    Again, if we want to go and pull the complaint

9    out, I'm happy to go through it with you and talk about

10   what I was talking about.  I don't feel comfortable

11   trying to draw from a document of that size from memory.

12                    (EXHIBIT 220 WAS MARKED.)

13       Q    Okay.  Oh, here we go.  Here it is.  This is a

14   more -- if you look, the first post is not by you, it's

15   by somebody named Raketenerie.  I don't know who -- do

16   you know who that person is?

17       A    Just by Reddit handle.

18       Q    Okay.  And then you write a series of

19   responses, correct?

20       A    Yes.

21       Q    And those are yours, you wrote those?

22       A    Yes, that's correct.

23       Q    The ones that come under Hiker2mtn?

24       A    Yes.

25       Q    And this was -- this was in December of 2019,

                                                       108

1    was it not?

2         A    I am looking for a date.  I'm not seeing a

3    date.

4         Q    Okay.  Well, it's -- I worked on it before I

5    left for Christmas break, three days -- so -- well, let

6    me ask a better question because who cares when I

7    printed it out.

8              Do you recall when you wrote this?

9         A    Specifically, no.  I know that I did write it,

10   but I don't know when.

11        Q    Okay.

12        A    The KRE in -- the KRE has been something I've

13   talked about many times and as is the price of Kin

14   declining.

15        Q    If you look on the second page of this

16   exhibit, you write, "Remember, Kin is not the only coin

17   that dropped today."

18             Do you see where I am?

19        A    Yes.

20        Q    "Kin is fighting a legal battle, however, and

21   there really -- there will really be no rally until the

22   oppressive boot of the U.S. government is removed from

23   its throat."

24             Do you see that?

25        A    Yes.

109

1      Q    Did you write that?

2      A    Yes.

3      Q    And you believe that the -- is that the --

4    when you say "the US government," are you referring to

5    the SEC?

6      A    I am.

7      Q    And that the SEC has an oppressive boot on

8    Kik's throat?

9           MR. SMITH:  Objection.

10     A    It's a hyperbolic literary term, but, yes.

11     Q    And later in the thread closer to the bottom

12   of the next page -- or the bottom of this page, sorry,

13   you wrote that, "We are adversaries at war."  Do you see

14   where -- see where that's from?

15     A    I'm looking for it.  I see it.

16     Q    Do you believe that you are at war with the

17   SEC?

18          MR. SMITH:  Objection.

19     A    I believe that Kin is in a legal battle with

20   the SEC.

21     Q    Okay.  But you wrote "we."  The way I would

22   read that is including you.

23     A    As a member of the Kin community, I feel like

24   I have a stake in the outcome of it, yes.

25     Q    And as a result of that, you feel like you and

                                                        110

1   the balance of the Kin community are at war with the

2   SEC?

3             MR. SMITH:  Objection.

4        A    In a legal battle, yes.  In a legal sense,

5   our -- the project that we care deeply about is being

6   attacked, yes.

7        Q    Okay.  If you look at the next page, the last

8   paragraph on that page, actually, the last sentence on

9   the second page -- on the third page of the exhibit.

10  You wrote, "But the SEC has removed speculative interest

11  in Kin.  And until the SEC is dealt with, it will not

12  return."

13            Do you see that?

14       A    Yes.

15       Q    And you wrote that?

16       A    I did.

17       Q    And so is it your position that the SEC needs

18  to be defeated in the litigation so that speculative

19  investment in Kin can return?

20            MR. SMITH:  Objection.

21       A    No, that's not my assertion there.  The

22  situation, the lawsuit needs to be dealt with, whether

23  it be a win, a loss, a settlement, or some other method.

24  But the reason why speculative interest has left is

25  because of the uncertainty that this legal action has

                                                       111

```
 1   brought.
 2        Q    And so when the SEC litigation is over, it's
 3   your view that speculative interest will return?
 4             MR. SMITH:  Objection.
 5        A    I believe so.
 6                       (EXHIBIT 221 WAS MARKED.)
 7        Q    Handing you 221.  Just take a minute to look
 8   at it, but if you --
 9        A    Thank you.
10        Q    You can return that this is -- if you can
11   confirm that this is another Reddit thread that you
12   participated in.
13        A    Yes.
14        Q    And, in fact, the last sentence on the page
15   you wrote, "Speculative demand will return when the boot
16   of the SEC has been removed from the throat of
17   Kik Interactive and the Kin Foundation"; is that
18   correct?
19        A    Yes.
20        Q    And that's your belief?
21        A    Yes.
22        Q    And speculative demand returning will cause
23   the unit price of Kin to increase, correct?
24             MR. SMITH:  Objection.
25        A    It is one of the things, yes.
```

                                                          112

```
 1         Q    Hand you what's been marked as 222.

 2                    (EXHIBIT 222 WAS MARKED.)

 3         Q    This is a post from your Twitter account, is

 4    it not?

 5         A    Yes.

 6         Q    And on June the 19th of 2019 you wrote, Hey

 7    @Tylerwinklevoss and Cameron Winklevoss, meet at

 8    Ted Livingston.  "All y'all were screwed by the SEC and

 9    by Zuck.  Perhaps you should consider joining forces

10    against these two existential threats to crypto."

11              Did you write that?

12         A    I did.

13         Q    Okay.  And it's your view that Ted Livingston

14    was screwed by the SEC?

15              MR. SMITH:  Objection.

16         A    I believe that the lawsuit is unjust.

17         Q    And you wrote -- but you wrote that he got

18    screwed by the SEC?

19         A    Yes.

20         Q    And I don't know -- do you know richie.exe?

21         A    Not personally, no.

22         Q    Okay.  But that is a fantastic, whatever that

23    is.

24         A    Well, twin Schwarzeneggers, to my, you know,

25    comment on the Winklevoss twins.
```

                                                          113

1      Q    Oh, I know why it's there, but it's great.

2      A    It's pretty good.

3           MR. SCHLEGELMILCH:   Okay.  So would everyone

4    mind if I -- if we went off the record for five minutes

5    and I can just look at my notes and see if we're either

6    done or very close to done?

7           MR. SMITH:  Of course.

8           MR. SCHLEGELMILCH:  We can go off the record.

9           VIDEOGRAPHER:  We are off the record.  The

10   time is approximately 1:38 p.m.

11                    (Recess.)

12           VIDEOGRAPHER:  We are back on the record.  The

13   time is approximately 1:45 p.m.

14      Q    (BY MR. SCHLEGELMILCH)  Could you take a look

15   at Exhibit 219 that's in the stack in front of you?

16   Right there.

17      A    Yes.

18      Q    There we go.  I have one additional question

19   about that exhibit.

20           So you do recall -- correct me if you don't,

21   if I get this -- I mean, this is wrong.

22           You do recall that you wrote this?

23      A    Yes.

24      Q    Do you recall that you put it on Reddit?

25      A    Yes.

                                                      114

1       Q    And you do recall that it was about the same

2  time as one of the Court's rulings on a discovery issue?

3       A    I don't have a date here and I'm trying to

4  look at it here and figure out exactly what I'm talking

5  about.  Okay.  Ask me your question again, please.

6       Q    Sure.  You do -- let me ask a more general

7  question because I'm mostly just trying to get you sort

8  of referenced in time here.  This was in response to a

9  ruling the judge made in --

10      A    Okay.

11      Q    In the Kik litigation?

12      A    Right.

13      Q    Do you recall deleting this post?

14      A    No, I don't.  Did I?  I might have.

15           MR. SMITH:  Don't ask questions.

16      Q    Is it a possibility that you deleted this

17 post?

18           MR. SMITH:  Objection.

19      Q    You said you might have.  What did you mean by

20 that?

21      A    I don't have a recollection of deleting it,

22 but it is possible.

23      Q    Okay.  Does Mr. Rickoy, Kevin from Kin, the

24 moderator or the curator for the thread, does he have

25 the ability to delete posts?

                                                        115

1      A     I do not know.

2      Q     Earlier today we talked about two telephone

3  conversations that you had with Kik's lawyers, the

4  Ms. Bailey and Mr. Cadigan.  Do you recall that?

5      A     Yes.

6      Q     Do you have an understanding for how they got

7  your contact information?

8      A     Per my recollection, which is flawed of

9  course, it's my understanding that -- and I believe it

10  was Kevin Rickoy asked me if I would be interested in --

11  or willing to speak with some of the attorneys in the

12  case, and I said yes.  And I was asked for a method of

13  contact.  I believe it was Kevin.  It may have been

14  Chase Barker.  I don't recall, to be honest with you.

15      Q     And how did Mr. Barker or Mr. Rickoy pose that

16  question to you, like, what -- was it by email, by text?

17      A     Probably by text, I would guess.

18      Q     Text on --

19      A     A PM on Reddit, most probably.

20      Q     I didn't -- I didn't see it on any of the

21  threads that we marked and those are the only three

22  threads that you produced.  Are there -- is there

23  another thread?

24      A     It's entirely possible that I missed one, but

25  I'm -- I could go back and look, but I don't --

116

1      Q    I'll ask your counsel if he could do that.

2      A    Yes, sure.

3           MR. SMITH:  Sure.

4      A    I'd be happy to.

5      Q    Do you think that either Mr. Barker or

6  Mr. Rickoy posed a question to you via Reddit private

7  message?

8      A    I believe so, yes.

9      Q    And then what contact information -- I don't

10 want the actual contact information but what medium of

11 contact information did you provide to them?

12     A    A telephone number.

13     Q    Okay.  So Mr. Cadigan and Ms. Bailey

14 telephoned you on your cell phone?

15          MR. SMITH:  Objection.

16     A    Most probably on our home phone --

17     Q    Okay.

18     A    -- because we don't have good cell reception

19 at my house.

20     Q    Gotcha.  And then have you ever corresponded

21 with Mr. Cadigan or Ms. Bailey by email?

22     A    No.

23     Q    Have you ever corresponded with either of

24 those two or any of Kik's lawyers by email?

25     A    No.

                                                    117

1    Q    Have you ever corresponded with them via text?

2    A    No, not to my knowledge.

3    Q    Have you ever corresponded with them in

4    writing in any way?

5    A    Not to my knowledge.

6    Q    I am not asking for the substance of your

7    communication with your lawyer, I'm just -- and he

8    should step in and shut down anything that he thinks is

9    over the line, but how did you prepare for today's

10   deposition?

11   A    I had a discussion with my lawyer yesterday by

12   telephone.

13   Q    I don't want to know what you talked about.

14   About how long?

15   A    Hour and a half.

16   Q    Okay.  And prior to the conversation on the

17   telephone, have you -- did you do anything else to

18   prepare?

19   A    He also sent me a ZIP file with a number of my

20   submissions --

21        MR. SMITH:  Just say a ZIP file with some

22   documents.

23        THE WITNESS:  A ZIP file with some documents.

24   BY MR. SCHLEGELMILCH:

25   Q    And I presume you looked them over?

118

```
1        A    I did.
2        Q    Okay.  And I think we've asked this before.
3   Did you meet with any of Kik's lawyers to get ready for
4   today?
5        A    No.
6        Q    Do you know whether they provided any records
7   to you to review?
8             MR. SMITH:  Objection.
9        A    They did not.
10            MR. SMITH:  So he means directly to you,
11  right?
12            THE WITNESS:  Yes.  That's my understanding as
13  to the question.
14            MR. SCHLEGELMILCH:  Thank you.  That was my
15  question.
16            Subject to redirect, I have nothing further.
17            MS. BAILEY:  I have nothing.
18            MR. SCHLEGELMILCH:  What was that?
19            MS. BAILEY:  I have nothing, sorry.
20            MR. SCHLEGELMILCH:  Okay.  I was disappointed.
21  I was going to see how you did.
22            THE WITNESS:  We could exchange coughing fits
23  over here.
24            MR. SMITH:  So I just have a couple of
25  questions.
```

                                                            119

1          MR. SCHLEGELMILCH:  Oh, of course.  Yeah,

2    yeah.  Oh, yeah, I should have asked you as well.

3          MR. SMITH:  No, that's okay.

4                        EXAMINATION

5    BY MR. SMITH:

6     Q    Just to -- I just want to sort of put a pin in

7    some of this stuff and then I think Mr. Schlegelmilch

8    just covered it.  But the Reddit posts we've gone over

9    today, especially sort of towards the tail end of the

10   deposition, did anyone at Kik or Kin ask you to write

11   those posts?

12    A    No.

13    Q    Or did anyone at Kik or Kin or anyone else

14   tell you what to write in those posts?

15    A    No.

16    Q    Were those posts based on your own opinion and

17   your own analysis of the facts that you've seen in the

18   public record?

19    A    Yes.

20    Q    Are you privy to any inside information from

21   Kik or Kin -- inside information, to your knowledge,

22   from Kik or Kin about their strategy in the lawsuit or

23   what they see as the merits of the lawsuit or anything

24   like that?

25    A    No.

                                                      120

```
 1          Q    Are you a lawyer?

 2          A    No.

 3          Q    So you essentially are reviewing the -- what

 4     is available to you about the litigation online in a

 5     variety of forms and is that the source of your opinion

 6     here?

 7          A    It is.

 8          Q    On the litigation itself anyway?

 9          A    It is.

10          Q    And I think it's fairly obvious, but you --

11     you know, you have -- you side with Kik Interactive in

12     the lawsuit against the SEC; is that fair to say?

13          A    I do.

14          Q    And is that based in part on the fact you have

15     an app on the platform and some financial interest in

16     the --

17          A    Absolutely.

18          Q    -- in Kin?

19               Okay.  Is it based on anything else?

20          A    No.  Other than a sense of right and wrong.

21          Q    What do you mean by that?

22          A    My belief is that the lawsuit is -- that the

23     SEC has brought is counterproductive in a number of

24     ways, looking at a macro view.  It stifles innovation

25     and it deters innovators from even existing in the
```

121

1    United States.

2            And it's my hope that there will be a change

3    and that litigation can be set aside for regulation,

4    commonsense regulation that people can follow.  It's

5    important, I think, for the future of the industry, the

6    future of innovation in the United States.

7        Q    Thank you.  Were you finished?  I didn't mean

8    to cut you off.

9        A    I was finished.

10       Q    And just, again, to be clear:  You weren't

11   being compensated by anyone or any entity for these

12   Reddit posts that you've -- that you posted correct?

13       A    Correct.  Not at all.

14       Q    And you're not also seeking compensation for

15   your time coming here today?

16       A    No.

17       Q    Other than having the SEC pay for your airline

18   flight and I guess I paid for your lunch?

19       A    Yes.  And thank you for both.

20       Q    You're welcome.

21            MR. SMITH:  No further questions.

22            THE WITNESS:  I'd love to get on another

23   airplane.

24            MR. SCHLEGELMILCH:  I have nothing based on

25   that.

                                                          122

1           VIDEOGRAPHER:  This concludes the videotaped

2    deposition of James Weatherman.  We are off the record.

3    The time is approximately 1:53 p.m.

4           MR. SMITH:  Read and sign.

5           MS. BAILEY:  A copy.

6                   (Concluded at 1:53 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        123

```
 1                    CERTIFICATE OF WITNESS

 2

 3

 4        I, JAMES WEATHERMAN, do hereby declare under

 5        penalty of perjury that I have read the entire

 6        foregoing transcript of my deposition testimony,

 7        or the same has been read to me, and certify that

 8        it is a true, correct and complete transcript of

 9        my testimony given on January 7, 2020, save and except

10        for changes and/or corrections, if any, as indicated

11        by me on the attached Errata Sheet, with the

12        understanding that I offer these changes and/or

13        corrections as if still under oath.

14            _____ I have made corrections to my deposition.

15            _____ I have NOT made any changes to my deposition.

16

17   Signed _____
               JAMES WEATHERMAN
18

19   Dated this _____ day of _____ of 20____.

20

21   Sworn to and Subscribed before me,
     this_____day of_____, 20____.
22

23   _____
     Notary Public          My commission expires:_____
24

25

                                                           124
```

1                    REPORTER'S CERTIFICATE

2    STATE OF UTAH          )

3    COUNTY OF SALT LAKE  )

4

5              I, Heidi Hunter, RPR, CCR, for the state

6    of Utah.

7              That the foregoing proceedings were taken
     before me at the time and place set forth in the
8    caption hereof; that the witness was placed under
     oath to tell the truth, the whole truth, and nothing
9    but the truth.

10             That I thereafter transcribed my said
     shorthand notes into typing and that the typewritten
11   transcript of said deposition is a complete, true
     and accurate transcription of my said shorthand
12   notes taken at said time.

13             I further certify that I am not a relative
     employee, attorney, or counsel of any of the parties
14   nor am I a relative or employee of any of the
     parties' attorney or counsel connected with the
15   action, nor am I financially interested in the
     action.

16

17   _____

18   Heidi Hunter, RPR, CCR

19   **Date: January 14, 2020**

20

21

22

23

24

25

```
1                              ERRATA SHEET

2      Deposition of: JAMES WEATHERMAN
       Date taken:  January 7, 2020
3      Case:  SEC v. KIK INTERACTIVE INC.

4      PAGE  LINE
       _____ _____ CHANGE: _____
5                     REASON: _____

6      _____ _____ CHANGE: _____
                      REASON: _____
7
       _____ _____ CHANGE: _____
8                     REASON: _____

9      _____ _____ CHANGE: _____
                      REASON: _____
10
       _____ _____ CHANGE: _____
11                    REASON: _____

12     _____ _____ CHANGE: _____
                      REASON: _____
13
       _____ _____ CHANGE: _____
14                    REASON: _____

15     _____ _____ CHANGE: _____
                      REASON: _____
16
       _____ _____ CHANGE: _____
17                    REASON: _____

18     _____ _____ CHANGE: _____
                      REASON: _____
19
       _____ _____ CHANGE: _____
20                    REASON: _____

21     _____ _____ CHANGE: _____
                      REASON: _____
22
       _____ _____ CHANGE: _____
23                    REASON: _____

24
       Signed_____
25     Dated_____

                                                              126
```