# Exhibit TT

| Attachments: | eXJ7zcWk_bigger_95035FEB-12.jpg |

 **Kin Foundation** @kin_foundation

@MemNambativ Hi Mem, that decision is up to the exchanges.

9/13/2017 11:43 AM (UTC -04:00)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00006208