# Exhibit UU

| Attachments: | eXJ7zcWk_bigger_95035FEB-12.jpg |
|---|---|



**Kin Foundation** @kin_foundation

@Ankit4043 Hi Ankit, it is up to the exchanges to list.

9/13/2017 1:22 PM (UTC -04:00)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00006180