# Exhibit VV

**Attachments:**                 eXJ7zcWk_bigger_95035FEB-12.jpg



**Kin Foundation** @kin_foundation

@froiland Hey Jon, we are not actively keeping track of exchanges that have expressed interest. Sorry about that!

9/13/2017 11:38 AM (UTC -04:00)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.