# Exhibit YY

KIN    Developers    Stats    Kin apps    Blockchain ⌄    Kin rewards engine    About ⌄

# 57
Monthly active apps

# 4.3M
Monthly active spenders (MAS)

# 94.7%
Transaction under 10 seconds

# 11.2M
Total unique spenders

# 26.7M
Total unique earners

## Monthly active spenders (MAS)

(*Users* with at least one spend over the last 30 days)

### By date



**More info**

### By app

Kin Foundation uses cookies in order to provide you with a better experience. To find out more about cookies, please see our Cookie Policy in our **Privacy Policy**.    Okay

**KIN**     Developers     Stats     Kin apps     Blockchain ⌄     Kin rewards engine     About ⌄

| | | | |
|---|---|---|---|
| 3 | kik | 440,882 | — |
| 4 | Perfect365 | 356,886 | — |
| 5 | Trebel Mexico | 106,066 | — |

[Show all](#)

## Monthly active earners (MAE)

(*Users* with at least one earn over the last 30 days)

### By date



[More info](#)

### By app

| # | APP | MAE | # Change |
|---|---|---|---|
| 1 | Rave | 2,226,823 | — |
| 2 | MadLipz | 2,098,444 | — |
| 3 | kik | 1,038,888 | — |
| 4 | Perfect365 | 418,936 | — |

Kin Foundation uses cookies in order to provide you with a better experience. To find out more about cookies, please see our Cookie Policy in our Privacy Policy.     [Okay]

4/24/2020 Case 1:19-cv-05244-AKH   Document 79-28   Filed 04/24/20   Page 4 of 5
Kin | Stats



Developers      Stats      Kin apps      Blockchain ⌄      Kin rewards engine      About ⌄

## Monthly active tourists (MAT)

(_Users_ who moved Kin between apps once in the last 30 days)

### By date



[More info](#)

### By app

| # | APP | MAT | # Change |
|---|-----|-----|----------|
| 1 | Kinny | 33 | — |
| 2 | PeerBet | 21 | — |
| 3 | Simple Transfer | 11 | — |
| 3 | Nearby | 11 | — |
| 4 | Kin Hub | 7 | — |

[Show all](#)

Take a deeper look

Kin Foundation uses cookies in order to provide you with a better experience. To find out more about cookies, please see our Cookie Policy in our **Privacy Policy**.            Okay



| About us | Developers | Kin migration |
|---|---|---|
| Press | Stats | Block explorer |
| Events | Kin apps | Dashboard |
| Careers | Kin rewards engine | My Kin wallet |
| Contact us | Glossary | |

Subscribe to our newsletter





Privacy policy        Terms and conditions        Copyright © 2020 Kin Ecosystem

Kin Foundation uses cookies in order to provide you with a better experience. To find out more about cookies, please see our Cookie Policy in our Privacy Policy.

Okay