# Exhibit ZZ

**Attachments:**              eXJ7zcWk_bigger_95035FEB-12.jpg



**Kin Foundation** @kin_foundation

@simon_dedic Hi Simon, thanks for reaching out! This depends on the exchanges themselves and who lists them.

8/31/2017 12:55 PM (UTC -04:00)

FOIA Confidential Treatment Requested
By Kik Interactive Inc.