Exhibit BBB



# Kik & Cryptocurrency
April 2017

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106715

# Build the best community chat

**Users**
Contribute to making the community safe & thriving
Reward developers & creators for their contributions

Enable all participants to share in the value of growing the community

**Kik**
The best community chat (engaged & loyal user base)

**Developers & Creators**
Provide users with the great content & experiences

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106716

# How cryptocurrency fits in



| Identity | People | Experience | Safety | Health |

Bot platform provides a diverse set of experiences for our users, creating greater richness across core pillars of our chat community

Cryptocurrency motivates behaviors that are beneficial for building a vibrant community chat

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106717

# We know there is appetite to transact in the Kik community



Daily Transaction Volume

—Kik Points  —Bitcoin

Kik Points had multiple days where the transaction volume was 4k Bitcoin's highest historical trading day

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106718

# Cryptocurrency can also be a bridge for future cross-platform chat alliance



MAU: 3 Month Average (MM)

- WhatsApp: 1,141
- FBM: 1,094
- Instagram: 760
- Twitter: 386
- Snapchat: 302
- LINE: 234
- Viber: 200
- Telegram: 104
- Tango: 26
- Kik: 22
- Groupme: 12
- Houseparty: 6
- ooVoo: 2

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106719

# Key phases

1. Research phase (preliminary validation)
2. White paper phase
3. Token sale phase
4. Kik product integration phase
5. Cross-platform alliance

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106720


FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106721

# Cryptoinvestor perspectives

## Cryptoinvestor Survey

Respondents assigned the two highest probabilities of participation to Kik's context:
- 68.95% established product with a large set of existing users
- 53.03% traditional tech product integrating cryptocurrency

Respondents rated the likelihood of success of token models highest amongst verticals related to Kik:
- Mobile Gaming
- Social Media
- Messaging

## Cryptoinvestor Expert Panel

**Ned Scott:** "They won't be able to pull it off in a timely or safe fashion given current available technologies."

**Demian Brener:** "Great to see tech companies outside the blockchain space exploring these ideas! I'd be most interested in learning if there's a real need for a token and how it is connected to the product's underlying mechanics."

**Stephan Karpischek:** "Interesting, the potential for mass adoption is great for all in blockchain and crypto. Many more companies should issue their tokens."

**Evan Van Ness:** "My first reaction would be: I'm skeptical that they nail the economics of it all. I'd scrutinize that. I'd want to know what motivated a token sale. How does it fit into their company's mission and vision?"

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106722

# Funding perspectives

|  | Avg. Historical Token Sales | Avg. Coinfund Case |
|---|---|---|
| Crowdsale Participants | 2,190 | 6,000 |
| Average Buy-In for Hypothetical Kik | $5,307 | $5,307 |
| **Crowdsale Revenue** | **$11,622,713** | **$31,843,050** |
| **Presale Revenue** | **$2,500,000** | **$2,500,000** |
| **Total Revenue** | **$14,122,713** | **$34,343,050** |

**Ned Scott:** "Millions, possibly tens of millions. It would increase several fold if it's highly marketed to users and the public at large. However, this risks becoming a security in the eyes of the SEC very quickly."

**Jesse Livermore:** "Depends entirely on the company. If it's a really well-known Reddit or AirBnb-type company and the offering is done openly, smartly and has a clear-cut use-case for the tokens, I imagine $100 million easily."

**Stephan Karpischek:** "Compare from previous network valuations, $10-15 per user would be a good benchmark."

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106723



FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106724

# Roadmap to white paper

 

Kick-off workplan

Key Roadmap Areas:
- Compliance
- Product Specification
- Token Specification
- Technological Architecture
- White paper Development
- Go-to-Market Plan

White paper announcement at Token Summit

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106725


FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106726

# General roadmap areas to token sale

 5/29

**Kick-off implementation phase**

General Roadmap Areas:
- Investor Marketing Plan
- Smart Contract Development
- Sales Portal Implementation
- Sale Compliance Sign-off
- Exchange Outreach
- Token Launch and Monitoring

 Jul TBD

**Launch token sale**

FOIA Confidential Treatment Requested By Kik Interactive Inc.

KIK_00106727


FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00106728