# Exhibit CCC

| | |
|---|---|
| **From:** | David Wachsman <david@wachsmanpr.com> |
| **Sent:** | Friday, September 15, 2017 1:11 PM |
| **To:** | Rod McLeod <rod@kik.com> |
| **Cc:** | Erin Clift <erin@kik.com>; Hayeon Kim <hayeon@kik.com>; Jake Brukhman <jake@coinfund.io> |
| **Subject:** | Re: Messaging re: reopening registration |

Thanks for the update, Rod. Guess I'm not flying to Ukraine!

On Fri, Sep 15, 2017 at 9:08 PM Rod McLeod <rod@kik.com> wrote:
> FYI - Ted is not going to Kiev or Japan.
>
> On Thu, Sep 14, 2017 at 6:33 PM, David Wachsman <david@wachsmanpr.com> wrote:
>> Hi Erin,
>>
>> I very much support your messaging and independently came up with many of the same ideas.
>>
>> Kiev would probably be a conference worth attending, and as I mentioned to Rod this evening, the odds are we could get a last minute speaking slot for Ted as well.
>>
>> World Blockchain Forum in London may be too pricy and perhaps too late.
>>
>> David
>>
>> On Thu, Sep 14, 2017 at 11:51 PM Erin Clift <erin@kik.com> wrote:
>>> Jake-
>>> Thanks for the quick call. As discussed, we are considering having Ted attend the below two conferences:
>>>
>>> - d10e in Kiev
>>> - bitkan in HK
>>>
>>> The goal would be for Ted to network with and generate interest from high value crypto investors to participate in the Kin token sale. We are looking for guidance on attendees/value to attend and whether you might be able to help us network to connect Ted on the ground.
>>>
>>> **Redacted**
>>>
>>> Let's try to get on a call at 9am ET (or when you're done with your day in Zurich - just text me).
>>>
>>> Thank you!
>>> Erin
>>>
>>>
>>> ---------- Forwarded message ----------
>>> From: **Rod McLeod** <rod@kik.com>
>>> Date: Thu, Sep 14, 2017 at 4:08 PM
>>> Subject: Messaging re: reopening registration
>>> To: Ted Livingston <ted@kik.com>, Tanner Philp <tanner.philp@kik.com>, Peter Heinke <peter@kik.com>, "Wojtas, Nancy" <nwojtas@cooley.com>, Eileen Lyon <eileen.lyon@kik.com>

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00125522

Cc: Hayeon Kim <hayeon@kik.com>, erin <erin@kik.com>, Leonid Beder <leonid@cointree.capital>, "jairaj.sethi@kik.com" <jairaj@kik.com>, Natasha Shine-Zirkel <natasha@kik.com>, Ronalda Clifton <ronalda.clifton@kik.com>, Ilan Leibovich <ilan@kik.com>

# Redacted

--
**Rod McLeod**
Sr. Director of Communications at Kik
Mobile: 415-963-2029
Kik: masrod

--
**David Wachsman**
*Founder*
Wachsman PR

110 Wall Street
New York, NY 10005

P: (212) 835-2511
E: david@wachsmanpr.com


--
**Rod McLeod**
Sr. Director of Communications at Kik
Mobile: 415-963-2029
Kik: masrod

--
**David Wachsman**
*Founder*
Wachsman PR

110 Wall Street
New York, NY 10005

P: (212) 835-2511
E: david@wachsmanpr.com

FOIA Confidential Treatment Requested
By Kik Interactive Inc.

KIK_00125524