UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br>　vs.<br>KIK INTERACTIVE INC.<br>　　　　　　Defendant. | Case No. 19-cv-5244 (AKH) |

## THIRD DECLARATION OF LAURA D'ALLAIRD

I, Laura D'Allaird, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1.　　I am a member of the bar of the State of New York, and I am admitted to practice *pro hac vice* in the above-captioned action. I am employed by Plaintiff United States Securities and Exchange Commission (the "SEC") in the SEC's headquarters office in Washington, D.C. as Senior Counsel in the Division of Enforcement.

2.　　I have personal knowledge of the facts and circumstances of this case. As counsel representing the SEC, I reviewed information and documents obtained by the SEC during its investigation and litigation of this matter, including documents described herein, and information provided to me by members of the SEC staff.

3.　　I am submitting this Declaration to put forth exhibits in support of the SEC's Reply Memorandum in Further Support of the SEC's Motion for Summary Judgment.

4.　　Attached hereto are true and correct copies of the following documents:

| Exhibit | Document Description | Bates |
|---|---|---|
| SEC109 | Transcript of Samuel Dowd Deposition Testimony, dated December 13, 2019 | N/A |
| SEC110 | Letter from P. Gibbs to B. Mitchell, dated November 17, 2017 | N/A |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
       May 8, 2020                                      /s/ Laura D'Allaird
                                                                  Laura D'Allaird

## CERTIFICATE OF SERVICE

I certify that on May 8, 2020, I caused the foregoing to be filed using the Court's CM/ECF system, which will send a notification of such filing to each counsel of record.

                                                                               */s/ Laura D'Allaird*

                                                                               Laura D'Allaird
                                                                               *Counsel for Plaintiff*