

**SECURITIES AND EXCHANGE COMMISSION**
DIVISION OF ENFORCEMENT
100 F Street, N.E.
WASHINGTON, DC 20549

**Stephan J. Schlegelmilch**
**Supervisory Trial Counsel**
**Trial Unit, Mail Stop 5977**
**(202) 551-4935 (t)**
**(301) 623-1184 (f)**
**SchlegelmilchS@SEC.gov**

May 11, 2020

**VIA ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re:  *SEC v. Kik Interactive Inc.*, **Case No. 1:19-cv-5244 (AKH) (S.D.N.Y.)**

Dear Judge Hellerstein:

  We represent the United States Securities and Exchange Commission ("SEC") in the above-referenced matter, and we write to follow up on our letter and your ruling dated March 13, 2020 (ECF No. 56). Specifically, we write to inquire as to the Court's preference for the manner in which the SEC provides to chambers certain video recordings cited in the SEC's motion for summary judgment (*i.e.*, ECF Nos. 60-36, 60-46, 60-48, 60-51, 60-54, 60-57, 60-68, and 60-70). Written transcripts of each of these recordings have been filed in connection with the SEC's motion, so those transcripts are already available to chambers and counsel via ECF.

  If it would assist the Court, the SEC can deliver copies of the video recordings (as well as any courtesy copies of the SEC's recent filings, should the court so instruct) through the SEC's secure file transfer protocol, Kiteworks. These deliveries could be made within a business day of our receipt of the Court's instruction. For this procedure, we would need the name and email address of a person in chambers who could receive the file transfer.

  We apologize for any inconvenience, and we thank you for your consideration of this request.

              Very truly yours,

              */s/ Stephan J. Schlegelmilch*

              Stephan J. Schlegelmilch

cc:  All counsel of record (via ECF)