UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
U.S. SECURITIES AND EXCHANGE :
COMMISSION, :
: **ORDER**
Plaintiff, :
: 19 Civ. 5244 (AKH)
-against- :
:
KIK INTERACTIVE INC., :
:
Defendant. :
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Court is in receipt of the SEC's motion to submit video files via secure file transfer. ECF No. 83. The SEC's motion for summary judgment is accompanied by 103 exhibits totaling over 2,000 pages of text. Those exhibits include transcripts of the video files the SEC seeks to submit. The SEC shall explain specifically what the Court would learn from the video files that it cannot learn from the documents already submitted.

       SO ORDERED.

Dated:    New York, New York       /s/ Alvin K. Hellerstein
           May 19, 2020                ALVIN K. HELLERSTEIN
                                                United States District Judge