UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
U.S. SECURITIES AND EXCHANGE       :
COMMISSION,                        :
                                   :    **ORDER REGULATING**
                Plaintiff,   :    **PROCEEDINGS**
                                   :
   -against-                      :    19 Civ. 5244 (AKH)
                                   :
KIK INTERACTIVE INC.,              :
                                   :
                Defendant.   :
                                   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Oral argument on the parties' motions for summary judgment will be held on July 9, 2020, at 11:00 a.m. Oral argument will be held telephonically via the following call-in number:

       Call-in number: 888-363-4749

       Access code: 7518680

       To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Not later than July 7, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

       SO ORDERED.

Dated:   June 18, 2020                /s/ Alvin K. Hellerstein
          New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge