

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

October 20, 2020

**By ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *SEC v. Kik Interactive Inc.*, Case No. 1:19-cv-5244 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

The parties, plaintiff United States Securities and Exchange Commission ("SEC") and defendant Kik Interactive Inc. ("Kik"), respectfully respond as follows to your Opinion and Order On Motions For Summary Judgment, issued September 30, 2020 (ECF No. 88), which instructs, in relevant part, that "[b]y October 20, 2020, the parties shall jointly submit a proposed judgment for injunctive and monetary relief."

The parties have reached agreement on a proposed judgment, and file herewith a Consent executed by Kik Interactive Inc. (Exhibit A) and a proposed Final Judgment (Exhibit B). The proposed Final Judgment, if approved by the Court, would permanently enjoin Kik from committing future violations of Section 5, pursuant to Section 20(b) of the Securities Act of 1933, 15 U.S.C. § 77t(b); impose a conduct-based injunction, as set forth in the proposed Final Judgment, under Section 21(d)(5) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(5); and require Kik to pay a penalty of $5 million, pursuant to Section 20(d) of the Securities Act, 15 U.S.C. § 77t(d). The proposed Final Judgment would conclude this action.

Very truly yours,

/s/ David S. Mendel                                     /s/ Patrick E. Gibbs
David S. Mendel                                          Patrick E. Gibbs
U.S. Securities and Exchange Commission   Cooley LLP
100 F Street, N.E.                                       3175 Hanover Street
Washington, DC  20549                                Palo Alto, CA 94304-1130
Tel:  (202) 551-4418                                    Tel:  (650) 843-5535
Mendeld@sec.gov                                      Pgibbs@cooley.com

2

| | |
|---|---|
| Counsel for Plaintiff U.S. Securities and Exchange Commission | Counsel for Defendant Kik Interactive Inc. |

cc: All Counsel of Record (by ECF)